## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                            :
                                            :
In re:                                      :   Chapter 7
                                            :
Interactive Health Solutions, Inc.,[1]      :   Case No. 20–11526 (BLS)
                                            :
                      Debtor.               :
                                            :
                                            :
------------------------------------------------------------x
                                            :
                                            :
In re:                                      :   Chapter 7
                                            :
Interactive Health Holdings Corp.,          :   Case No. 20–11527 (BLS)
                                            :
                      Debtor.               :
                                            :
                                            :
------------------------------------------------------------x
                                            :
                                            :
In re:                                      :   Chapter 7
                                            :
IHS Intermediate, Inc.,                     :   Case No. 20–11528 (BLS)
                                            :
                      Debtor.               :
                                            :
                                            :
------------------------------------------------------------x
                                            :
                                            :
In re:                                      :   Chapter 7
                                            :
Interactive Health New York, LLC,           :   Case No. 20–11529 (BLS)
                                            :
                      Debtor.               :
                                            :
                                            :
------------------------------------------------------------x
```

---

[1] The debtors in the above-captioned chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Interactive Health Solutions, Inc.(8756); Interactive Health Holdings Corp. (4913); IHS Intermediate, Inc. (4172); Interactive Health New York, LLC (2261); Health Solutions, Inc. (0944); and Health Solutions Services, Inc. (0325). The address of the first four Debtors is 1700 East Golf Road, Suite 900 Schaumburg, Illinois 60173 while the address of the last two Debtors is 11409 Cronhill Drive, Suite K-R, Owings Mills, Maryland 21117.

```
-----------------------------------------------------------------x
                                            :
                                            :
In re:                                      :  Chapter 7
                                            :
Health Solutions, Inc.,                     :  Case No. 20–11530 (BLS)
                                            :
                    Debtor.                 :
                                            :
                                            :
-----------------------------------------------------------------x
                                            :
                                            :
In re:                                      :  Chapter 7
                                            :
Health Solutions Services, Inc.,            :  Case No. 20–11531 (BLS)
                                            :
                    Debtor.                 :
                                            :
                                            :
-----------------------------------------------------------------x
```

### GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

      **These Global Notes, Methodology, and Specific Disclosures (the "Global Notes") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") in connection with the Debtors' Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.**

1.     The Debtors prepared these unaudited Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Except where otherwise noted the information provided herein is presented based on the Debtors books and records as of the beginning of business on June 14, 2020. The Debtors last performed their standard monthly accounting close procedures related to its books and records for the period ending April 30, 2020. Unless otherwise indicated, all amounts are listed as of the Petition Date or as of the latest available record date prior to the Petition Date.

2.     While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete, based upon information that was available to them at the time of preparation, inadvertent errors, or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs. Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

3.     In reviewing and signing the Schedules and SOFAs, Matthew Manning, of M-III Advisory Partners, LP, the duly authorized and designated representative of the Debtors (the "Designated

Representative"), appointed in accordance with the Chapter 7 filing resolutions attached to the Chapter 7 petitions, has necessarily relied upon the prior efforts, statements and representations of other employees, personnel, and professionals of the Debtors. The Designated Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts and their addresses.

4. The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to the chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

5. Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve all of their rights with respect to any such credits and allowances.

6. Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated. In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," "none calculated" or to similar effect. Accordingly, for this and other reasons, the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

7. At times, the preparation of the Schedules and the SOFAs required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Bankruptcy Rule 1009, the Debtors may amend their Schedules and SOFAs as they deem necessary and appropriate to reflect material changes. In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

8. Given the differences between the information requested in the Schedules and the financial information utilized under Generally Accepted Accounting Principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP. Information contained in the Schedules and SOFAs has been derived from the Debtors' books and records and historical financial statements.

26816128.3

9.   Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of net book value of the asset or liability in accordance with such Debtor's accounting books and records. Therefore, unless otherwise noted, the Schedules and SOFAs are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values. It would be cost-prohibitive and unduly burdensome to obtain current market valuations of the Debtors' property interests. Except as otherwise noted, the Debtors' assets are presented, in detail, as they appear on the Debtors' accounting sub-ledgers. As such, the detail may include error corrections and value adjustments (shown as negative values or multiple line items for an individual asset). The Debtors believe that certain of their assets, including intangible assets, may have been significantly impaired by, among other things, the events leading to, and the commencement of, the Debtors' chapter 7 cases. The Debtors did not formally evaluate the appropriateness of the carrying values ascribed to their assets prior to commencement of the chapter 7 cases.

10.  Owned property and equipment are recorded at cost and are shown net of depreciation. Depreciation is recorded using the straight-line method over the estimated useful lives of the assets, which range from three to seven years for furniture, fixtures, equipment, and software.

11.  Certain litigation actions (collectively, the "Litigation Actions") reflected as claims against a particular Debtor may relate to any of the other Debtors. The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and SOFAs of the Debtor that is the party to the Litigation Action. The inclusion of any Litigation Action in the Schedules and SOFAs does not constitute an admission by the Debtors of liability, the validity of any Litigation Action, or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

12.  With respect to Schedule A/B, Part 3, the Debtors have made certain adjustments to the responses in this section and provide comments for clarification to properly reflect the Debtors' accounts receivable (the "Accounts Receivable"), with the information available. First, the Debtors excluded all customers where the net balance to such customer was shown on the Debtors' books and records as a negative amount. Second, the Debtors' unapplied cash and unposted payments accounts were netted against the Accounts Receivable in the respective Debtor entity's books and records in which they were recorded, and for purposes of this Schedule A/B, Part 3, all are assumed to be aged less than 90 days. Third, the Debtors' allowance for doubtful accounts were applied as shown on the Debtors' unaudited consolidating balance sheets and not otherwise allocated between entities, and are assumed to be aged less than 90 days. Lastly, the claims billing Accounts Receivable accounts are all assumed to be aged less than 90 days.

13.  With respect to Schedule A/B, Question 3, bank account balances are reported as of close of business on June 12, 2020.

14.  With respect to Schedule A/B, Question 61, the Debtors' books and records do not reflect which of the Debtor entities owns the domain names listed on Schedule A/B, Question 61, for Debtor Interactive Health Solutions, Inc. Because Debtor Interactive Health Solutions, Inc. was the primary operating company and owns 100% of the subsidiaries below it, the domain names are only listed in Debtor Interactive Health Solutions, Inc.'s Schedule A/B, Question 61.

26816128.3

15. Schedule D does not include beneficiaries of letters of credit.  Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

16. Certain claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim.  All claims listed on Schedule D, however, appear to have arisen or been incurred before the Petition Date.

17. The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

18. Except as specifically stated herein, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

19. The amounts listed on Schedule D do not include legal fees and expenses in connection with prepetition work provided on behalf of the secured lenders.

20. With respect to Schedule E/F, Part 2, all creditors and amounts listed are derived from the Debtors' accounts payable as of June 12, 2020.  The Debtors are unable to state with certainty the dates that such debts were incurred, but in many instances have included the last invoice date listed in the Debtors' accounts payable books and records.

21. With respect to Schedule E/F, Part 2, where the addresses for certain creditors were not available in the Debtors' books and records, such addresses have been omitted.

22. The Debtors have included information for all of their known employees, each of whom was paid through and including June 14, 2020, on account of earned wages, salaries and paid time off.  Any amounts owed to such employees are unknown, and have been listed as such on the Schedules. Appropriate correspondence regarding the commencement of these chapter 7 cases was sent to known employees and former employees immediately upon the filing of these proceedings.

23. With respect to Schedule G, Part 2, the remaining term for certain executory contracts or unexpired leases were not available based on access to the Debtors' books and records at the time of preparation of these Schedules.  Such entries for remaining term have been omitted.

24. The businesses of the Debtors were complex and, while reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary.  Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.  The

presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

25.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments, and agreements that may not be listed therein.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements.  Such agreements, if any, are not set forth in Schedule G.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.

26.  For purposes of Schedule H, the Debtors have not listed their past insurers or current insurers as co-debtors because the Debtors are unaware of any actual present liability on the part of these parties. The Debtors reserve their rights to assert that any of the various foregoing parties (or any other party not listed on Schedule H whom the Debtors later discover to be liable in whole or part for any obligation of the Debtors) is a co-debtor with the Debtors, and neither these Global Notes nor the Schedules and SOFAs shall be deemed a waiver of any rights of the Debtors to assert that any entity not listed in response to Schedule H is a co-debtor with respect to one or more of the Debtors' obligations.

27.  Prior to the commencement of these cases, during the week ending June 14, 2020, the Debtors issued multiple special payrolls to all employees for their earned wages, salaries, and paid time off.  All other payrolls were made in the ordinary course of business on a biweekly basis.  Due to the voluminous nature of such employee payments, the Debtors have excluded payments to rank and file employees in SOFA Question 3.  For the avoidance of doubt, the Debtors have included all applicable payments to insiders in SOFA Question 4.

28.  With respect to SOFA Question 3, the Debtors have included any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to or on behalf of insiders (which payments appear in response to SOFA Question 4), employees, interbank transfers done as part of the Debtors' cash management system, and bankruptcy professionals (which payments appear in SOFA 11 and include any retainers paid to bankruptcy professionals during the one-year time period).

29.  With respect to SOFA Questions 5, 6, 8, 10, 12, 22, 23 and 24, the Debtors have indicated a response of "None" to each Question. The Debtors have indicated such responses to the aforementioned Questions based on the information available at the time of preparation of the Schedules and SOFAs, and any information to the contrary was not available in the Debtors' books and records based upon reasonable review of available information.

30. With respect to SOFA Questions 26(b) through 26(d), the Debtors have excluded rank and file accountants and bookkeepers in response to this Question, instead listing those officers who supervised them, as well as the Debtors' external accounting and audit firms.

31. With respect to SOFA Question 26(d), the Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors and other parties within two years immediately before the Petition Date. The disclosure of each such parties would be impractical and burdensome as the Debtors generally do not track such sharing. Moreover, the parties with which the Debtors have shared such financial statements may have in turn further shared the financial statements with other entities without the Debtors' knowledge or consent.

32. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Designated Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

33. The Debtors have excluded certain categories of assets and liabilities from the Schedules and SOFAS, such as but not limited to, tax accruals, accrued salaries, employee benefit accruals, and accrued accounts payable. The Debtors also have excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that have been or may be rejected. In addition, other immaterial assets and liabilities may also have been excluded.

**Fill in this information to identify the case:**

Debtor name     **Interactive Health Solutions, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum

**Summary of Assets and Liabilities for Non-Individuals**     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*......................................................................................................................    $ _____ **Unknown**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*....................................................................................................................    $ _____ **3,007,095.67**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*......................................................................................................................    $ _____ **3,007,095.67**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*......................................    $ _____ **184,443,852.46**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................................    $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................    +$ _____ **4,154,717.94**

4.    **Total liabilities** ......................................................................................................................................
    Lines 2 + 3a + 3b     $ _____ **188,598,570.40**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Interactive Health Solutions, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | |
| None | | | |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BMO Harris Bank N.A. | Operating | 9197 | $54,399.39 |
| 3.2 | BMO Harris Bank. N.A. | Payroll | 9205 | $661.13 |
| 3.3 | BMO Harris Bank N.A. | Medical Claims | 4148 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | None | |

| 5. | **Total of Part 1.** | $55,060.52 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Seed money - Aetna | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor     **Interactive Health Solutions, Inc.**         Case number *(if known)* _____

      Name

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.2 | Gift cards deposits – various | Unknown |
| 7.3 | Landlord security deposit - A&M Fulton West Owner, LLC | $256,576.05 |
| 7.4 | Landlord security deposit - 300 N. Elizabeth, LLC | $40,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Prepaid Insurance - GCG Risk Management Consultants LLC | $76,665.19 |
| 8.2 | Prepaid Insurance – Aon Risk Service Central | $36,945.14 |
| 8.3 | Prepaid Insurance - Willis of NY | $4,741.44 |
| 8.4 | Prepaid Insurance - CNA Insurance | $31,292.20 |
| 8.5 | Prepaid Subscription – DiscoverOrg Data, LLC | $3,088.95 |
| 8.6 | Prepaid Professional Services – CT Corporation | $15,000.00 |
| 8.7 | Prepaid Maintenance – Atlassian Pty. Ltd. | $2,143.49 |
| 8.8 | Prepaid Maintenance – CDW Computer Centers Inc. | $23,698.87 |
| 8.9 | Prepaid Maintenance – Citrix Systems Inc. | $5,481.64 |
| 8.10 | Prepaid Maintenance – HITRUST Service Corp. | $13,875.00 |
| 8.11 | Prepaid Maintenance – HushHush | $4,608.80 |
| 8.12 | Prepaid Maintenance – IBM Corporation | $3,259.10 |
| 8.13 | Prepaid Maintenance – Macola Software aka Exact Software N. America | $4,400.02 |
| 8.14 | Prepaid Maintenance – Microsoft Corporation | $26,837.58 |
| 8.15 | Prepaid Meetings & Events | $1,666.67 |
| 8.16 | Prepaid License – Ahaí Labs Inc. | $10,844.47 |
| 8.17 | Prepaid License – AppExtremes, LLC. dba Conga | $14,851.48 |
| 8.18 | Prepaid License – CDW Computer Centers, Inc. | $7,436.14 |
| 8.19 | Prepaid License – Citrix Systems, Inc. | $7,168.80 |
| 8.20 | Prepaid License - Dell - Quest Software | $2,189.90 |
| 8.21 | Prepaid License – Evolve e-Learning Solutions | $2,253.81 |
| 8.22 | Prepaid License – Itentive Healthcare Solutions | $15,902.21 |
| 8.23 | Prepaid License – MineralTree | $3,937.50 |
| 8.24 | Prepaid License – NCQA | $20,209.92 |
| 8.25 | Prepaid License – The Nemours Foundation | $2,343.75 |
| 8.26 | Prepaid License – Pluralsight, LLC | $9,305.19 |
| 8.27 | Prepaid License – Salesforce.com Inc | $204,432.75 |
| 8.28 | Prepaid License – SecureWorks Inc. | $17,520.70 |
| 8.29 | Prepaid License – Splunk, Inc. | $6,424.14 |
| 8.30 | Prepaid License – Survey Monkey | $1,693.58 |
| 8.31 | Prepaid License – Veracode, Inc. | $20,937.53 |

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.         **$897,732.01**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Official Form 206A/B         Schedule A/B Assets - Real and Personal Property         page 2

Debtor        **Interactive Health Solutions, Inc.**                                    Case number *(if known)* _____
              Name

☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        _____$1,337,263.28    -    _____$150,482.54   = ....        _____$1,186,780.74
                                 face amount                        doubtful or uncollectible accounts

11b. Over 90 days old:          _____$242,522.40     -    _____ =....        _____$242,522.40
                                 face amount                        doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                          | $1,429,303.14 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☒ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
|  | Name of fund or stock: | | |
| 14.1. | None | | |

| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
|  | Name of entity: | % of ownership | |
| 15.1. | Health Solutions, Inc. | 100 % | Unknown |
| 15.2 | Health Solutions Services, Inc. | 100 | Unknown |
| 15.3 | Interactive Health New York, LLC | 100 | Unknown |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
|  | Describe: | | |
| 16.1. | None | | |

17.    **Total of Part 4.**                                                                          | Unknown |
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

Debtor      **Interactive Health Solutions, Inc.**                                    Case number *(If known)*
            Name

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| Office supplies | | **$11,449.19** | | Unknown |

23. **Total of Part 5.**
    Add lines 19 through 22.  Copy the total to line 84.                                           _____ **Unknown**

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.

☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |

29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

Debtor      **Interactive Health Solutions, Inc.**                                              Case number *(if known)* _____

            Name

30.     **Farm machinery and equipment** *(Other than titled motor vehicles)*

31.     **Farm and fishing supplies, chemicals, and feed**

32.     **Other farming and fishing-related property not already listed in Part 6**

33.     **Total of Part 6.**                                                                                                        $0.00
        Add lines 28 through 32. Copy the total to line 85.

34.     **Is the debtor a member of an agricultural cooperative?**
        ☐ No
        ☐ Yes.  Is any of the debtor's property stored at the cooperative?
                ☐ No
                ☐ Yes

35.     **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
        ☐ No
        ☐ Yes. Book value _____   Valuation method _____   Current Value _____

36.     **Is a depreciation schedule available for any of the property listed in Part 6?**
        ☐ No
        ☐ Yes

37.     **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
        ☐ No
        ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**  **Office furniture** | | | |
| Furniture & Fixtures | $120,511.64 | | Unknown |
| **40.**  **Office fixtures** | | | |
| See Question 39 | | | |

Debtor    **Interactive Health Solutions, Inc.**                                    Case number *(if known)* _____
              Name

**41.    Office equipment, including all computer equipment and communication systems equipment and**
        **software**

| | | |
|---|---|---|
| Hardware & Software | $505,341.92 | Unknown |
| Telephone Equipment | $30,961.27 | Unknown |
| Equipment lease – Canon 01-0219306-018 | $4,130.94 | Unknown |
| Equipment lease – Canon 01-0219306-019 | $4,130.94 | Unknown |
| Equipment lease – Canon 01-0219306-020 | $10,255.65 | Unknown |
| Equipment lease – Canon 01-0219306-021 | $11,964.89 | Unknown |
| Equipment lease – Canon 01-0219306-022 | $114,386.36 | Unknown |
| Equipment lease – Canon 01-0219306-023 | $252,080.00 | Unknown |
| Equipment lease – Cisco 25499496 | $32,182.50 | Unknown |
| Software Licenses | $55,036.85 | Unknown |

**42.    Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal;
        stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

        42.1.    _____    _____    _____    _____

**43.    Total of Part 7.**                                                                    Unknown
        Add lines 39 through 42.  Copy the total to line 86.

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
        ☐  No
        ☒  Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ☒  No
        ☐  Yes

**Part 8:    Machinery, equipment, and vehicles**

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

        ☒  No.  Go to Part 9.
        ☐  Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. | | | |
| **49.    Aircraft and accessories** | | | |
| 49.1.. | | | |

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  _____  _____  _____

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| Corporate Headquarters 1700 East Golf Road, Suite 900, Schaumburg, IL 60173 | Lessee | Unknown | | Unknown |
| Office 300 North Elizabeth Street, Chicago, IL 60607 | Lessee | Unknown | | Unknown |
| Leasehold improvements | | $639,036.19 | | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | Unknown |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| Trademark – Interactive Health 4565677 | Undetermined | | Undetermined |
| Trademark – INTERACTIVE HEALTH and Design (Sun) 4724236 | Undetermined | | Undetermined |
| Trademark – Miscellaneous Design (Sun) 4724237 | Undetermined | | Undetermined |
| Trademark – ACTIVE ENGINE 4743081 | Undetermined | | Undetermined |
| Provisional Patent – Application number 62878778 | Undetermined | | Undetermined |
| Unregistered copyrights - ScreeningReg.com website and code | Undetermined | | Undetermined |
| Unregistered copyrights - Marketing materials, including sales presentations, standard proposals and program descriptions | Undetermined | | Undetermined |
| Unregistered copyrights - Content of Guarantors' websites | Undetermined | | Undetermined |
| Unregistered copyrights - Participant handouts, including consent forms, data collection forms and coaching handouts | Undetermined | | Undetermined |
| Unregistered copyrights – Internally developed operating systems and IT processes and systems relating to its workflow and billing to its customers and an array of "Smart Like Me" software, videos and related material | Undetermined | | Undetermined |

| | | | |
|---|---|---|---|
| **61.** **Internet domain names and websites** | | | |
| Web address - interactivehealthinc.com | Undetermined | | Undetermined |
| Web address - myinteractivehealth.com | Undetermined | | Undetermined |
| Web address - healthsolutions.com | Undetermined | | Undetermined |
| Web address - wellnessworkshub.com | Undetermined | | Undetermined |
| Web address - screeningreg.com | Undetermined | | Undetermined |
| Web address - admin.interactivehealthinc.com | Undetermined | | Undetermined |
| Web address - healthsolutionsadmin.com | Undetermined | | Undetermined |
| Web address - manage.myinteractivehealth.com | Undetermined | | Undetermined |
| Domain name - 100healthiestcompanies.com | Undetermined | | Undetermined |
| Domain name - adpdoc.com | Undetermined | | Undetermined |
| Domain name - adpvirtualmedicalfile.com | Undetermined | | Undetermined |
| Domain name - adpvirtualmedicalrecord.com | Undetermined | | Undetermined |
| Domain name - ailmentslikeme.com | Undetermined | | Undetermined |
| Domain name - ailmentslikeme.net | Undetermined | | Undetermined |
| Domain name - ailmentslikeme.online | Undetermined | | Undetermined |
| Domain name - ailmentslikeme.org | Undetermined | | Undetermined |
| Domain name - americanhealthservices.com | Undetermined | | Undetermined |
| Domain name - americashearthealthiestcompanies.com | Undetermined | | Undetermined |
| Domain name - corpih.com | Undetermined | | Undetermined |
| Domain name - corpih.net | Undetermined | | Undetermined |
| Domain name - Domain Backorder (interactivehealth.com) | Undetermined | | Undetermined |
| Domain name - geneslikeme.com | Undetermined | | Undetermined |
| Domain name - geneslikeme.net | Undetermined | | Undetermined |
| Domain name - geneslikeme.org | Undetermined | | Undetermined |
| Domain name - gmlifesteps.com | Undetermined | | Undetermined |
| Domain name - healthiestcompanies.com | Undetermined | | Undetermined |
| Domain name - healthsmartlikeme.com | Undetermined | | Undetermined |
| Domain name - healthsolutionservicesinc.com | Undetermined | | Undetermined |
| Domain name - hearthealthiest.com | Undetermined | | Undetermined |
| Domain name - hearthealthiestcompanies.com | Undetermined | | Undetermined |
| Domain name - hearthealthiestcompaniesinamerica.com | Undetermined | | Undetermined |
| Domain name - ihapp.com | Undetermined | | Undetermined |
| Domain name - ihapplication.com | Undetermined | | Undetermined |
| Domain name - ihtest.com | Undetermined | | Undetermined |
| Domain name - interactivehealth.biz | Undetermined | | Undetermined |

Debtor        **Interactive Health Solutions, Inc.**                                    Case number *(if known)*
              Name

| Domain name - interactivehealth.company | Undetermined | | Undetermined |
| Domain name - interactivehealth.net | Undetermined | | Undetermined |
| Domain name - interactivehealthinc.biz | Undetermined | | Undetermined |
| Domain name - interactivehealthinc.com | Undetermined | | Undetermined |
| Domain name - interactivehealthinc.company | Undetermined | | Undetermined |
| Domain name - interactivehealthinc.net | Undetermined | | Undetermined |
| Domain name - interactivehealthinc.org | Undetermined | | Undetermined |
| Domain name - interactivehealthinc.us | Undetermined | | Undetermined |
| Domain name - interactivehealthindex.com | Undetermined | | Undetermined |
| Domain name - interactivehealthsolutions.com | Undetermined | | Undetermined |
| Domain name - interactivehealthsolutions.org | Undetermined | | Undetermined |
| Domain name - interactivehs.com | Undetermined | | Undetermined |
| Domain name - inthealth.com | Undetermined | | Undetermined |
| Domain name - livehealthylikeme.com | Undetermined | | Undetermined |
| Domain name - myhealthlink.com | Undetermined | | Undetermined |
| Domain name - myih.com | Undetermined | | Undetermined |
| Domain name - myihapp.com | Undetermined | | Undetermined |
| Domain name - myihsnews.com | Undetermined | | Undetermined |
| Domain name - myinteractivehealth.biz | Undetermined | | Undetermined |
| Domain name - myinteractivehealth.com | Undetermined | | Undetermined |
| Domain name - myinteractivehealth.company | Undetermined | | Undetermined |
| Domain name - myinteractivehealth.net | Undetermined | | Undetermined |
| Domain name - myinteractivehealth.org | Undetermined | | Undetermined |
| Domain name - myinteractivehealth.us | Undetermined | | Undetermined |
| Domain name - ourlifesteps.com | Undetermined | | Undetermined |
| Domain name - smartlikeme.com | Undetermined | | Undetermined |
| Domain name - smartlikeme.net | Undetermined | | Undetermined |
| Domain name - smartlikeme.org | Undetermined | | Undetermined |
| Domain name - the100healthiestcompanies.com | Undetermined | | Undetermined |
| Domain name - wellnessworkshub.biz | Undetermined | | Undetermined |
| Domain name - wellnessworkshub.com | Undetermined | | Undetermined |
| Domain name - wellnessworkshub.net | Undetermined | | Undetermined |
| Domain name - wellnessworkshub.org | Undetermined | | Undetermined |
| Domain name - whyihs.com | Undetermined | | Undetermined |

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Interactive Health Solutions, Inc.**                                    Case number *(if known)* _____

Name

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

Unknown

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

☐ No
☒ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**

Description (include name of obligor)

| Note receivable – restricted | **$211,548.87** - | Unknown = | |
|---|---|---|---|
|  | Total face amount | doubtful or uncollectible amount | Unknown |

72.    **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Federal tax refund | | Tax year  2019 | $625,000.00 |
|---|---|---|---|

73.    **Interests in insurance policies or annuities**

| Continental Insurance Company (Policy 6023696604) | Unknown |
|---|---|
| Continental Insurance Company (Policy 6023696599) | Unknown |
| National Fire Insurance Co Of Hartford (Policy 6023696585) | Unknown |
| National Fire Insurance Co Of Hartford (Policy 6023696571 (CA Only)) | Unknown |
| National Fire Insurance Co Of Hartford (Policy 6022727724 (AOS)) | Unknown |
| Columbia Casualty Company (Policy 4032296664) | Unknown |

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Nature of claim | |
|---|---|
| Amount requested | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of**

Debtor    **Interactive Health Solutions, Inc.**                                Case number *(If known)* _____
Name

**the debtor and rights to set off claims**

_____

**Nature of claim**          _____
**Amount requested**         _____

76.    **Trusts, equitable or future interests in property**

_____

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____

78.    **Total of Part 11.**                                                                    $625,000.00

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    **Interactive Health Solutions, Inc.**                                    Case number *(if known)* _____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $55,060.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $897,732.01 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,429,303.14 | |
| 83. **Investments.** *Copy line 17, Part 4.* | Unknown | |
| 84. **Inventory.** *Copy line 23, Part 5.* | Unknown | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | Unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | Unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $625,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,007,095.67 | + 91b. | Unknown |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,007,095.67 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Interactive Health Solutions, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1. | Bank of Montreal | Describe debtor's property that is subject to a lien | $116,434,795.06 | Unknown |
|---|---|---|---|---|

Creditor's Name

Attn: Adam Lively
111 West Monroe St.
Chicago, IL 60603

Creditor's mailing address

First lien on substantially all assets of the debtor

**Describe the lien**

Term loan and revolving loan

Creditor's email address, if known

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

07/20/2015

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Specify each creditor, including this creditor and its relative priority.

Underlying holders

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Solar Capital, Ltd. | Describe debtor's property that is subject to a lien | $68,009,057.40 | Unknown |
|---|---|---|---|---|

Creditor's Name

Attn: Philip Guerin And Julie Greenberg
500 Park Avenue, 3rd Floor.
New York, NY 10022

Creditor's mailing address

Second lien on substantially all assets of the debtor

**Describe the lien**

Term loan

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

07/20/2015

**Last 4 digits of account number**

Debtor    __Interactive Health Solutions, Inc.__    Case number (if known) _____
                    Name

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Specify each creditor, including this creditor and its relative priority.

Underlying holdes

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | Cisco Systems Capital Corporation | | **Describe debtor's property that is subject to a lien** | | Unknown | Unknown |

Creditor's Name

Leased office equipment

170 W Tasman Drive
San Jose, CA 95134

Creditor's mailing address

**Describe the lien**

UCC-1 financing statement

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☒ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $184,443,852.46 |

Debtor      **Interactive Health Solutions, Inc.**
_____                    Case number (if known) _____
            Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Chapman and Cutler LLP<br>Attn: Stephen R. Tetro II<br>111 West Monroe Street<br>Chicago, IL 60603 | Line 2. 1 | |
| Name and address<br><br>Stroock & Stroock & Lavan LLP<br>Attn: Jayme Goldstein<br>180 Maiden Lane<br>New York, NY 10038 | On which line in Part 1 did you enter the related creditor?<br><br>Line 2_.2 | Last 4 digits of account number for this entity |
| Name and address | On which line in Part 1 did you enter the related creditor?<br><br>Line 2._ | Last 4 digits of account number for this entity |
| Name and address | On which line in Part 1 did you enter the related creditor?<br><br>Line 2._ | Last 4 digits of account number for this entity |
| Name and address | On which line in Part 1 did you enter the related creditor?<br><br>Line 2._ | Last 4 digits of account number for this entity |

**Fill in this information to identify the case:**

Debtor name    **Interactive Health Solutions, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11530 (BLS)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**300 N. Elizabeth, LLC**<br>**C/O Sterling Bay**<br>**1040 West Randolph Street**<br>**Attn: Andrew Gloor**<br>**Chicago, IL 60607**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor / Other**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**3MD Inc.**<br>**18300 Redmond Way, Ste 140**<br>**Redmond, WA 98052**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor / Other**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**4GEN**<br>**2298 W. Stonehurst Drive**<br>**Rialto, CA 92377**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor / Other**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**4M Building Solutions, Inc.**<br>**2827 Clark Ave**<br>**St Louis, MO 63103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor / Other**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**A&K Railroad Materials, Inc.**
**1505 South Redwood Road**
**Salt Lake City, UT 84130**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**A&M Fulton West Owner, LLC.**
**205 West Randolph Street, Suite 830**
**Chicago, IL 60606**

Date(s) debt was incurred  6/1/2020
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$56,418.99**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**A-KORN ROLLER INC.**
**3545 S. Morgan**
**Chicago, IL 60609**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**A.E.R.O. Special Education Cooperative**
**7600 South Mason Avenue**
**Burbank, IL 60459**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**A.J. Manufacturing, Inc.**
**1217 Oak Street**
**Bloomer, WI 54724**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
**Aaren Laboratories LLC**
**1040 S. Vintage Ave, Bldg A**
**Ontario, CA 91671**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
**Aarete**
**200 E Randolph Street**
**Suite 3010**
**Chicago, IL 60601**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address**

**Aaron's**
**309 East Paces Ferry Rd.**
**NE**
**Atlanta, GA 30305**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.13** | **Nonpriority creditor's name and mailing address**

**Aaronson, Barbara**
**18528 Brasilia Drive**
**Northridge, California 91326-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.14** | **Nonpriority creditor's name and mailing address**

**Abarca, Melissa**
**32519 N. Kostner**
**Chicago, Illinois 60641-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Abate, Samuel**
**5 Eastford Court**
**Parkville, Maryland 21234-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16** | **Nonpriority creditor's name and mailing address**

**Abbad, Hiba**
**17227 71st Court**
**Tinley Park, Illinois 60477-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.17** | **Nonpriority creditor's name and mailing address**

**Abbott, John**
**7 Summer Hill Road**
**Medway, Massachusetts 02053-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.18** | **Nonpriority creditor's name and mailing address**

**Abbott, Katie**
**9308 Ridgely**
**Lubbock, Texas 79424-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abbott, Samantha**
**16 Masachusetts Ave**
**Portland, Maine 04102-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abdel-Rahman, Amber**
**1144 North A Street**
**Oxnard, California 93030-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abel, Jonathan**
**351 Dodini Court**
**Suisun City, California 94585-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abella, Lita**
**825 East Cassia Lane, Unit E**
**Azusa, California 91702-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abernathie, Angela**
**4636 E 57th Place**
**Tulsa, Oklahoma 74135-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abhold, Amber**
**10221 Matthew Ave Ne**
**Albuquerque, New Mexico 87112-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aboagye, Mavis**
**43 Heritage Pl**
**Glen Carbon, Illinois 62034-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abodunrin, Kolapo**
**1439 72nd Ave**
**Oakland, California 94621-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abongo, Judith**
**350 Gran Via #3082**
**Irving, Texas 75039-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abraham, Bethany**
**3167 Linden Road**
**Rocky River, Ohio 44116-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abraham, Hannah**
**138 Domain Drive**
**Morgantown, West Virginia 26501-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abram, DeVaughn**
**2028 Northeast 18th Street**
**Oklahoma City, Oklahoma 73111-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abramson, Merril**
**23 Sanborn Street**
**Portland, Maine 04103-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abrha, Kahsay**
**1220 - 12th Street NW**
**Apt 306**
**Washington, District of Columbia 20005-0**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
**Abrishamcar, Afsaneh**
**1512 Ascension Dr**
**San Mateo, California 94402-0000**

Date(s) debt was incurred _____
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.34** | Nonpriority creditor's name and mailing address
**ABS Global Inc**
**1525 River Rd**
**DeForest, WI 53532**

Date(s) debt was incurred _____
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.35** | Nonpriority creditor's name and mailing address
**Abshire, Melissa Kathelina R**
**728 STETSON DR**
**OAKDALE, California 95361-0000**

Date(s) debt was incurred _____
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.36** | Nonpriority creditor's name and mailing address
**Academic Technical Services**
**17300 S Delia Ave**
**Chicago, IL 60586**

Date(s) debt was incurred __6/8/2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$13,870.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**Academy of Our Lady of Peace**
**4860 Oregon Street**
**San Diego, CA 92116**

Date(s) debt was incurred _____
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.38** | Nonpriority creditor's name and mailing address
**Access One, Inc.**
**P.O Box 74008744**
**Chicago, IL 60674**

Date(s) debt was incurred __5/1/2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$11,718.06**

---

**3.39** | Nonpriority creditor's name and mailing address
**Accurate Office Supply Co**
**260 Gerzevske Lane**
**Carol Stream, IL 60188**

Date(s) debt was incurred __4/9/2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$1,583.67**

---

Debtor **Interactive Health Solutions, Inc.**
Name

Case number (if known) **20-11530 (BLS)**

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Acevedo, Cynthia**
**28242 Via Cascadita**
**Menifee, California 92585-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Acevedo, Michelle**
**4615 N. Albany Ave**
**Apt #3**
**Chicago, Illinois 60625-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Acevedo, Patricia**
**1216 Baltic Mill Drive**
**Belvidere, Illinois 61008-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Achates Power, Inc.**
**4060 Sorrento Valley Blvd**
**San Diego, CA 92121**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Acklin, Shetani**
**304 Webb St.**
**Calumet City, Illinois 60409-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,532.30 |
|---|---|---|---|

**ACM Medical Laboratory**
**160 Elmgrove Park**
**Rochester, NY 14624**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/31/2020**

Basis for the claim: **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Acme Finishing Company, LLC**
**1595 Oakton Street**
**Elk Grove Village, IL 60007**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|

Name

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Acosta, Kristal**
**211 College Street**
**Royse City, Texas 75189-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Acrisure dba Benefit Health Advisor**
**9605 S Kingston Ct**
**Attn: Brian Hillier**
**Englewood, CO 80112**

Date(s) debt was incurred  4/24/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$15,773.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Active Glass Company**
**1530 Landmeier Road**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**ACUMENT GLOBAL TECHNOLOGIES, INC.**
**830 East Menomonie Street**
**Belvidere, IL 61008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**ACV Enviro**
**1500 Rahway Ave.**
**Avenel, NJ 07001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.52**

**Nonpriority creditor's name and mailing address**

**Ada, Tasi Ann**
**4600 Duke Street Unit 1307**
**Alexandria, Virginia 22304-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Adachi, Jamie**
**1410 S King Street**
**Seattle, Washington 98144-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adam, Kelsey**
**2500 Mulberry Street**
**Coralville, Iowa 52241-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adams Central Community Schools**
**222 W. Washington St.**
**Monroe, IN 46772**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adams Columbia Electric Cooperative**
**401 E. Lake Street**
**Friendship, WI 53934**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adams, Amanda**
**8300-H Streamview Drive**
**Huntersville, North Carolina 28078-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adams, Antoinette**
**15584 Rose Drive**
**South Holland, Illinois 60473-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adams, Holly**
**505 Fourth Street**
**Solvay, New York 13209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adams, Jessica**
**537 Boulevard Street**
**Shreveport, Louisiana 71104-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Adams, Justin**
7329 Oldham Leeds Way
Springfield, Virginia 22150-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Adams, Michelle**
2130 Chester Ridge Drive
Apt. A
High Point, North Carolina 27262-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Adams, Nannette**
8843 S. May
Chicago, Illinois 60620-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Adams, Suzanne**
328 Silver Bell Wy
Oakley, California 94561-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Adams, Thomas**
4 Cormer Court
Apt 204
Timonium, Maryland 21093-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Adams, Victoria**
165 Metacomet Dr
Berlin, Connecticut 06037-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Adanandus, Choyia**
2355 N. Hwy 360
Apt. 727
Grand Prairie, Texas 75050-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Adaptive Methods**
**5860 Trinity Pkwy, Suite 200**
**Centreville, VA 20120**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Addari, Christina**
**745 Warwick Ct.**
**Carol Stream, Illinois 60188-0000**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Addison School District 4**
**222 N. Kennedy Drive**
**Addison, IL 60101**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Adeoye, Olaoluwa**
**11102 Maiden Dr**
**Bowie, Maryland 20720-0000**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Adeptus Health**
**220 Las Colinas Blvd.**
**Irving, TX 75039**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Adeyemi, Ayoade**
**391 Washinton Ave**
**Albany, New York 12206-0000**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Adigwe, Nneka**
**3154 Audubon Blvd**
**Cleveland, Ohio 44104-0000**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adirondack Bank**
**185 Genesee St**
**Utica, NY 13501**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $78.00 |
|---|---|---|---|

**Adirondack Medical Center**
**PO Box 1380**
**2233 State Route 86**
**Saranac Lake, NY 12983**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2020

**Basis for the claim:** **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adjei, Priscilla**
**6916 Storch Circle**
**Lanham, Maryland 20706-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adkins, Lucille**
**211 Blair Drive**
**Yorktown, Virginia 23692-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adkins, Sarah**
**6298 Joes Creek Road**
**Comfort, West Virginia 25049-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adkins, Susan**
**2408 Grand Avenue, Apt #4**
**Everett, Washington 98201-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Admiral at the Lake**
**929 West Foster Avenue**
**Chicago, IL 60640**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,134.66** |
|---|---|---|---|

**ADP Inc**
**P.O Box 842875**
**Boston, MA 02284**

Date(s) debt was incurred  5/31/2020

Last 4 digits of account number __

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Adrian, Clotilde**
**4003 Avoca Ave**
**Bethpage, New York 11714-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Advanced Group**
**111 West Jackson Blvd**
**#1400**
**Chicago, IL 60606**

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$743.75** |
|---|---|---|---|

**Advanced Telecommunications of Illinois**
**750 Warrenville Road**
**Ste 250**
**Lisle, IL 60532**

Date(s) debt was incurred  5/21/2020

Last 4 digits of account number __

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Advantest America, Inc.**
**3061 Zanker Road**
**San Jose, CA 95134**

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ADVICS**
**1650 Kingsview Dr**
**Lebanon, OH 45036**

Date(s) debt was incurred __

Last 4 digits of account number __

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,361.64** |
|---|---|---|---|

**Aerotek, Inc.**
**3689 Collection Ctr. Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred  2/13/2020

Last 4 digits of account number __

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|

Name

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,895.84** |
|---|---|---|---|

**Aetna Life Insurance Company**
**151 Farmington Ave**
**Hartford, CT 06156**

Date(s) debt was incurred  6/1/2020

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Aetna Plywood**
**1401 St Charles Rd**
**Maywood, IL 60153**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Affiliated Laboratory, Inc.**
**P.O Box 638**
**Bangor, ME 04402**

Date(s) debt was incurred  3/1/2020

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Affiliated Pathologists Medical Group, I**
**2374 E. Pacifica Place**
**Rancho Domiguez, CA 90220**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Affirma Consulting**
**3380 146th PL SE, Suite 200**
**Bellevue, WA 98007**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Afolabi, Ashley**
**100 Banks Ave**
**Apt. 1231**
**Rockville Centre, New York 11570-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Afzal, Sheema**
**232 Julep Ave**
**Oswego, Illinois 60543-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Agabu, Abieyuwa**
**P.O.BOX 971**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**AgBest Cooperative Inc**
**2101 N Granville Ave**
**Muncie, IN 47303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Agidigbi, Femi**
**1621 217th street**
**sauk village, Illinois 60411-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Agnew Randle, April**
**PO Box 1595**
**Gig Harbor, Washington 98335-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Agnor, Sarah**
**16 Thomas Lane**
**Reynoldsburg, Ohio 43068-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Agone, Rebecca**
**PO Box 74**
**Calais, Vermont 05648-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Agri Stats, Inc.**
**6510 Mutual Drive**
**Fort Wayne, IN 46825**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AgriVision Equipment Group**
**710 E. Taylor (Highway 34)**
**Creston, IA 50801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Agua Fria Union High School District**
**750 East Riley Drive**
**Avondale, AZ 85323**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aguila Elementary School District**
**50023 N. 514thh Avenue**
**Aquila, AZ 85320**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aguilar, Andrea**
**117 Bralan Court**
**Gaithersburg, Maryland 20877-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aguilar, Darlene**
**4343 Longmeadow Lane**
**Beavercreek, Ohio 45430-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aguilar, Lynn**
**5328 Sigrid Way**
**San Jose, California 95123-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aguilar, Victoria**
**945 S Mesa Hills Dr APT 2514**
**El Paso, Texas 79912-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aguirre, Nohemy**
**9990 Bowman Blvd**
**Dallas, Texas 75220-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Agustin, Virginia**
**3664 W Sella Ct**
**Eagle, Idaho 83616-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aguwa, Juliet**
**22310 Bent Bridge Lane**
**Richmond, Texas 77469-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AHI Supply, LP**
**2800 North Gordon Street**
**Alvin, TX 77511**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AHLSTROM-MUNKSJO (formerly Expera**
**Specia**
**600 Thilmany Rd**
**Kaukauna, WI 54130**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ahmed, Kajori**
**21 Norwood Rd**
**Northport, New York 11768-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ahmed, Musab**
**109 Achsah Dr**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ahmed, Nazia**
**627 Brookhurst Blvd**
**Lathrop, California 95330-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ahmed, Nikita**
**420 W Park Row Dr**
**Apt 221C**
**Arlington, Texas 76010-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ahrens, Jo Ann**
**14548 Club Circle Drive**
**Oak Forest, Illinois 60452-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AHS Investment Corporation**
**200 The American Rd.**
**Morris Plains, NJ 07950**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ahuja, Tijess**
**497 Singley Drive**
**Milpitas, California 95035-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aiken, N'Jelle**
**460 Hillandale Park Drive**
**Lithonia, Georgia 30058-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aimable, Judith**
**198 Halpine Road**
**Apt 1482**
**Rockville, Maryland 20852-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AinaAkinpelu, Modupe**
**P. O. Box 360030**
**Decatur, Georgia 30036-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.125 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Air-Conditioning, Heating, and Refrigera**
**2111 Wilson Blvd., Suite 500**
**Arlington, VA 22201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.126 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Airbus Helicopters**
**2701 N Forum Dr**
**Grand Prairie, TX 75052**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.127 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Airline Hydraulic Corp**
**3557 Progress Drive**
**Bensalem, PA 19020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.128 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ajiboye, Whitney**
**14411 Secretariat Dr**
**Bowie, Maryland 20721-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.129 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ajjarapu, Srilatha**
**1020 Olmo Court**
**San Jose, California 95129-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.130 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ajuzieogu, Nnenna**
**15 Richmar Road, APT E1**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**AK Steel**
**9227 Centre Point Drive**
**West Chester, OH 45069**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**AK Tube**
**30400 E. Broadway**
**Walbridge, OH 43465**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**AK Tube - Union**
**30400 E. Broadway**
**Walbridge, OH 43465**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Akers Packaging Michiana Corrugated**
**110 N. Franks Avenue**
**Sturgis, MI 49091**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**AKERS PACKAGING MIDDLETOWN**
**2820 Lefferson Rd.**
**Middletown, OH 45042**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Akhlaghi, Roberta**
**12 Santa Cruz Court**
**Manhattan, California 90266-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Akinola, Kayode**
**2003 Maryland Ave NE 101**
**Washington, District of Columbia 20002-0**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Akron Brass**
**343 Venture Boulevard**
**Wooster,, OH 44691**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aksoy, Jane**
**1423 Cedarcroft Rd**
**Baltimore, Maryland 21239-0000**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AkzoNobel**
**525 W Van Buren St.**
**Chicago, IL 60607**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Al Khafaji, Iman**
**2921 Timberwood Dr, Apt 1304**
**Fort Collins, Colorado 80528-0000**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Al Warren Oil Company Inc./Altom Transpo**
**1646 Summer Street**
**Hammond, IN 46320**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Al-ezzi, Saud**
**12060 Meadow Bend Loop**
**Apt 404**
**orlando**
**Orlando, Florida 32821-0000**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alabama Department of Revenue**
**P.O. Box 327430**
**Montgomery, AL 36132-7430**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Taxing Authority__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.145** **Nonpriority creditor's name and mailing address**

**Alaie, Seyedeh**
**8217 Amity Circle**
**Gaithersburg, Maryland 20877-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.146** **Nonpriority creditor's name and mailing address**

**Alanis Orozco, Jose L**
**4048 N Cadillac Dr. Apt 6**
**Fayetteville, Arkansas 72703-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.147** **Nonpriority creditor's name and mailing address**

**Alaska Department of Revenue**
**P.O. Box 110420**
**Juneau, AK 99811-0420**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Taxing Authority**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.148** **Nonpriority creditor's name and mailing address**

**Alaska National Insurance Company**
**7001 Jewel Lake Rd**
**Anchorage, AK 99502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.149** **Nonpriority creditor's name and mailing address**

**Albaugh, Pamela**
**1419 E. Brockton Ave**
**Redlands, California 92374-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.150** **Nonpriority creditor's name and mailing address**

**Albert, Amanda**
**2619 Chateau Royal Ct.**
**Morgantown, West Virginia 26505-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.151** **Nonpriority creditor's name and mailing address**

**Albright, Shelby**
**165 Yarborough Ave**
**Ashdown, Arkansas 71822-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.152** | **Nonpriority creditor's name and mailing address**
**Alburez, Edgar**
**33953 Woodland Circle**
**Lewes, Delaware 19958-0000**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address**
**Albury-Morrison, Joelle**
**8244 S Lake Forest Drive**
**Davie, Florida 33328-0000**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address**
**Aldana, Ervin**
**1903 timberland drive**
**Mesquite, Texas 75181-0000**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address**
**Aldrich, Aija**
**126 Sweet Allen Farm Road**
**Wakefield, Rhode Island 02879-0000**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address**
**Aldrich, Maryanne**
**380 Claremont Drive**
**Brentwood, California 94513-0000**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address**
**Aldridge Electric, Inc.**
**844 East Rockland Road**
**Libertyville, IL 60048**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**
**Aleck, Vena Sue**
**714 Mayfair Drive**
**Carol Stream, Illinois 60188-0000**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alen USA LP/White Cap, Inc.**
**14825 Northwest Freeway, Suite**
**Houston, TX 77040**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alesse, Tyler**
**306 N School St**
**Mount Prospect, Illinois 60056-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexander Lumber**
**515 Redwood Dr**
**Aurora, IL 60506-3381**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexander, Charles**
**3702 Frankford Rd.**
**6108**
**Dallas, Texas 75287-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexander, Crystal**
**691 Antrim Dr 1a**
**Newport News, Virginia 23601-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexander, Forrest**
**91 Ashlee Meadow Drive**
**Charleston, West Virginia 25312-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexander, Gail**
**PO Box 19874**
**So Lake Tahoe, California 96151-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alexander, Matthew**
**7606 Black Willow Lane**
**Arlington, Texas 76002-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alexander, Rodney**
**11740 Northpointe Blvd**
**Apt 1009**
**Tomball, Texas 77377-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alexander, Sabrina**
**3064 mount blanc dr**
**Marrero, Louisiana 70072-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alford, Rasheeda**
**718 N. Eden Street**
**Baltimore, Maryland 21205-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Algara, Heidy**
**3939 S Harvard Blvd**
**Los Angeles, California 90062-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alhadi, Dee**
**664 Price Street**
**Daly city, California 94014-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alhambra Elementary School District**
**4510 N 37th Avenue**
**Phoenix, AZ 85019**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alice Hyde Medical Center**
**133 Park St**
**Malone, NY 12953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alion Science and Technology Corp**
**STE 1300, 1750 TYSONS BLVD**
**Mclean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aljazzar, Tinamarie**
**2820 W Howard Ave 4**
**Milwaukee, Wisconsin 53221-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ALL TRUCK TRANSPORTATION**
**4924 S. Austin Avenue**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allain, Gina**
**3620 Dumaine Street**
**New Orleans, Louisiana 70119-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allbaugh, Chelsea**
**1775 W State Street**
**#131**
**Boise, Idaho 83702-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allegany-Cattaraugus Schools Medical Hea**
**1825 Windfall Road**
**Olean, NY 14760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Allegiance Benefit Plan Management**
**2806 S Garfield St**
**Missoula, MT 59801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,790.00** |
|---|---|---|---|

**Allegiance Benefit Plan Management- Brok**
**2806 South Garfield Street**
**Missoula, MT 59806**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/24/2020**

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alleman, Lindsey**
**1360 N Lake Shore Dr**
**Apt 1615**
**Chicago, Illinois 60610-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Allen County**
**1 N. Washington**
**Iola, KS 66749**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Allen County Regional Hospital**
**3066 N. Kentucky (PO Box 540)**
**Iola, KS 66749**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Allen, Alfredia-Princella**
**1112 E. 82nd street #1A**
**chicago, Illinois 60619-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Allen, Alissa**
**5779 N Rosa Springs Ave**
**Meridian, Idaho 83646-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
---|---|---|---

**Allen, Daisy**
**1763a Sheets Place**
**Frederick, Maryland 21702-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Allen, Deborah**
**5900 Leaping Lizard Loop**
**Las Cruces, New Mexico 88012-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Allen, Erika**
**9200 Bustelton Ave Apt. 107**
**Philadelphia, Pennsylvania 19115-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Allen, Jacqueline**
**144 Pine Street**
**Dover, Delaware 19901-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Allen, Jaimi**
**14 4th Street**
**Greenbrier, Arkansas 72058-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Allen, Jordan**
**301 Rawlinson Rd**
**Rochester, New York 14617-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Allen, Kay**
**5523 W. 70Th Street**
**Prairie Village, Kansas 66208-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen, Keeley**
324 Fayette Avenue
Fayetteville, West Virginia 25840-0000

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen, Laquinna**
6620 S. May
Apt. G
Oklahoma City, Oklahoma 73159-0000

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen, Regina**
20502 Rainstone Court
Katy, Texas 77449-0000

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen, Sharika**
19 Stratum Way
Hampton, Virginia 23661-0000

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen, Tubrea**
13717 Jane Cr
Plainfield, Illinois 60431-0000

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen-Bailey Tag & Label, Inc.**
3177 Lehigh Street
Caledonia, NY 14423

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alliance Steel LLC**
6499 W 66th Place
Bedford Park, IL 60638

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alliant Credit Union**
**11545 W. Touhy Ave.**
**Chicago, IL 60666**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alliant Technologies**
**2080 Nelson Miller Pkwy #100**
**Louisville, KY 40223**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allianz Global Risks US Insurance Compan**
**Allianz Global Corporate & Specialty**
**28 Liberty Street**
**38th Floor**
**New York, NY 10005**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allison, Gail**
**3835 Oak Meadows Loop**
**Newberg, Oregon 97132-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allmon, Rahisi**
**6548 S Rhodes Ave**
**Chicago, Illinois 60637-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allsop, Kim**
**11067 US Hwy 16, Lot 18**
**Custer, South Dakota 57730-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allwein, Ryan**
**10217 Kings Arm Tavern Ct.**
**Ellicott City, Maryland 21042-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Interactive Health Solutions, Inc.** |
| | Name |
| | Case number (if known)    **20-11530 (BLS)** |

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alotta, Veronica**
**76 S. Grandean Way**
**Eagle, Idaho 83616-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alpha, Aminata**
**4713 8th St NW**
**Washington, District of Columbia 20011-0**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ALSAC**
**501 St Jude Place**
**Memphis, TN 38105**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alsip, Hazelgreen, Oaklawn SD 126**
**11900 South Kostner Avenue**
**Alsip, IL 60803**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alston, Bria**
**2109 Crestwood Place**
**Denton, Texas 76209-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Altar Valley School District**
**10105 S. Sasabe Rd**
**Tucson, AZ 85736**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Altemuehle, Lauren**
**5006 Barnsby Lane**
**Cincinnati, Ohio 45244-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Altman, Bryan**
**1719 Kimball Ave**
**Arnold, Pennsylvania 15068-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alty, Kristina**
**1832 Colonial Village Way**
**APT 4**
**Waterford, Michigan 48328-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alvarado, Ivanna**
**1122 Norham St.**
**Houston, Texas 77022-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alvarado, Maria**
**1383 Westchester Drive**
**Glendale Heights, Illinois 60139-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alvarez, Andrew**
**365 Grand Ave**
**St. Paul, Minnesota 55102-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alvarez, Cara**
**10210 Avalon Way Apt 4**
**Fort Wayne, Indiana 46825-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alvarez, Doucette**
**9624 S Carpenter**
**Chicago, Illinois 60643-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.222** | Nonpriority creditor's name and mailing address
**Alvarez, J.**
3224 Isla Banderas Way
El Paso, Texas 79925-0000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.223** | Nonpriority creditor's name and mailing address
**Alvarez, Jillian**
1448 S. Jellick Ave, Apt G
Rowland Heights, California 91748-0000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.224** | Nonpriority creditor's name and mailing address
**Alvarez, Maria**
649 Trace Dr
#203
Buffalo Grove, Illinois 60089-0000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.225** | Nonpriority creditor's name and mailing address
**Alvarez, Moses**
106 N. Main St.
Muncy, Pennsylvania 17756-0000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.226** | Nonpriority creditor's name and mailing address
**Ambry Genetics Corporation**
15 Argonaut
Aliso Viejo, CA 92656

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.227** | Nonpriority creditor's name and mailing address
**Amburn, Jesse**
PO Box 208
Arp, Texas 75750-0000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.228** | Nonpriority creditor's name and mailing address
**Amchei, Antanina**
230 174th Street
Apt. 1606
Sunny Isles Beach, Florida 33160-0000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amcor Flexibles Milwaukee**
**1919 S. Butterfield Rd.**
**Mundelein, IL 60060**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amcor Flexibles USA**
**1919 S. Butterfield Rd.**
**Mundelein, IL 60060**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amcor Rigid Packaging**
**935 Technology Dr**
**Ann Arbor, MI 48108**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AMCOR TOBACCO PACKAGING AMERICAS**
**445 Dividend Drive**
**Peachtree City, GA 30269**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**America, Captain**
**123 Avenger Ave**
**Kenosha, Wisconsin 53143-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**American Academy of Dermatology**
**930 East Woodfield Rd.**
**Schaumburg, IL 60173**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**American Advisors Group, Inc.**
**3800 W. Chapman Ave**
**Orange, CA 92868**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**American Alloy Steel, Inc.**
**6230 North Houston Rosslyn Road**
**Houston, TX 77091**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**American Association of Nurse Anesthetis**
**222 S. Prospect Ave.**
**Park Ridge, IL 60068**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**American Board of Psychiatry and Neurolo**
**2150 E. Lake Cook Road**
**Suite 900**
**Buffalo Grove, IL 60089**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**American Board of Radiology**
**5441 E. Williams Circle**
**Tucson, AZ 85711**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**American Community Bank and Trust**
**1290 Lake Ave**
**Woodstock, IL 60098**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**American Heart Assoc - Workplace Health**
**7272 Greenville Avenue**
**Dallas, TX 75251**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/19/2020__

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**American Heart Association Wellness Foru**
**12555 Manchester Road**
**St. Louis, MO 63131**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

**3.243**

**Nonpriority creditor's name and mailing address**
**American Heritage Railways**
479 Main Ave
Durango, CO 81301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.244**

**Nonpriority creditor's name and mailing address**
**AMERICAN NTN BEARING MFG. CORP.**
1575 Holmes Rd.
Elgin, IL 60123

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.245**

**Nonpriority creditor's name and mailing address**
**American Public Works Association**
1200 Main St Ste 1400
Kansas City, MO 64105

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.246**

**Nonpriority creditor's name and mailing address**
**American Red Cross**
431 18th Street, NW
Washington, DC 20006

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.247**

**Nonpriority creditor's name and mailing address**
**American Registry for Internet Numbers,**
PO Box 759477
Baltimore, MD 21275

Date(s) debt was incurred __3/26/2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**$150.00**

---

**3.248**

**Nonpriority creditor's name and mailing address**
**American Society of Radiologic Technolog**
15000 Central Ave. SE
Albuquerque, NM 87123

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.249**

**Nonpriority creditor's name and mailing address**
**americaneagle.com**
2600 South River Road
Des Plaines, IL 60018

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Americase, Inc.**
**6200 N. I35 East**
**Waxahachie, TX 75165**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
|---|---|---|---|

**Amerilabs24**
**6810 S Cedar #7**
**Lansing, MI 48911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/16/2020**

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AmeriQual Group LLC**
**1609 Stone Ridge Drive**
**Stone Mountain, GA 30083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ames, Morgan**
**639 N. Woodington Rd**
**Baltimore, Maryland 21229-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Amewuho, Jennifer**
**33 Willfred Road**
**Manchester, Connecticut 06040-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Amherst Schools**
**55 Kings Highway**
**Amherst, NY 14226**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Amin, Nagma**
**1314 Park Ave #A**
**St. Louis, Missouri 63104-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor     **Interactive Health Solutions, Inc.**

Case number (if known)     **20-11530 (BLS)**

Name

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amjad, Rhonda**
**905 Crown Drive #2**
**Edmond, Oklahoma 73034-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amkaya, Syvil**
**901 McBryde Lane**
**Blacksburg, Virginia 24060-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ammatuna, Gabriela**
**14515 Kentish Fire Street**
**Gainsville, Virginia 20155-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amphitheater Public Schools**
**701 West Wetmore Road**
**Tucson, AZ 85705**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amucha, Veronica**
**3750 - 78th Ave Se**
**Mercer Island, Washington 98040-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amy Sadowski**
**6010 Eagle Point Dr**
**Racine, WI 53406**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anacta, Herald**
**3549 Dana Lane**
**Virginia Beach, Virginia 23452-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anchor Packaging Inc. - Hermann Companie**
**13515 Barrett Pkwy**
**St Louis, MO 63021**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anctil, Paula**
**10111 Redbud Lane**
**Lenexa, Kansas 66220-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andersen, Maureen**
**802 Highland Cir**
**Kearney, Missouri 64060-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andersen, Nicole**
**285 Ritchey Street**
**San Diego, California 92114-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andersen, Susan**
**4739 Millrace Lane**
**Murray, Utah 84107-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anderson II, Cedric**
**14613 Dante**
**Dolton, Illinois 60419-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anderson, Andrea**
**4490 W Westchester Lane**
**Libertyville, Illinois 60048-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anderson, Anyonna**
14613 Dante Ave
Dolton, Illinois 60419-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anderson, Audrey**
6619 Sycamore Bend Trace
Louisville, Kentucky 40291-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anderson, Cari Jo**
490 Temperance St.
#203
St Paul, Minnesota 55101-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anderson, Crystal**
105 San Miniato Street
Georgetown, Texas 78628-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anderson, Derek**
407 Academy Ave
Owings Mills, Maryland 21117-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anderson, Ellen**
3998 22nd Ave N
St Petersburg, Florida 33713-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anderson, Graeme**
8917 Antioch Way
Las Vegas, Nevada 89117-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.278**

**Nonpriority creditor's name and mailing address**

**Anderson, Lureen**
**7 Arch Street**
**Norwalk, Connecticut 06850-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.279**

**Nonpriority creditor's name and mailing address**

**Anderson, Marissa**
**3976 LeTort Lane**
**Alllison Park, Pennsylvania 15101-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.280**

**Nonpriority creditor's name and mailing address**

**Anderson, Mavis**
**471 West Shadow Wood Street**
**Green Valley, Arizona 85614-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.281**

**Nonpriority creditor's name and mailing address**

**Anderson, Natasha**
**1501 Oakridge Road**
**Baltimore, Maryland 21218-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.282**

**Nonpriority creditor's name and mailing address**

**Anderson, Selynto**
**1225 Mathis Rd Unit 12**
**Greenwood, South Carolina 29649-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.283**

**Nonpriority creditor's name and mailing address**

**Anderson, Sunny**
**10322 W. Joplin Road**
**Boise, Idaho 83714-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.284**

**Nonpriority creditor's name and mailing address**

**Anderson, Tara**
**704 Windy Way Unit 108**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrade, Andrea**
**1414 Lake Ave, Apt 208**
**Metairie, Louisiana 70005-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Wages / Other**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Andreozzi, Magdalena**
**29 Parker Street**
**1st Fl R**
**West Warwick, Rhode Island 02893-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Wages / Other**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrews, Andrea**
**6711 Capstan Drive**
**Annandale, Virginia 22003-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Wages / Other**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrews, Ethan**
**1303 Oxford Ct.**
**Libertyville, Illinois 60048-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Wages / Other**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrews, Jason**
**3321 W. 62nd Ave**
**Denver, Colorado 80221-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Wages / Other**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrews, Kiara**
**2460 Silverado Trl**
**Grand Prairie, Texas 75052-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Wages / Other**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrews-Seals, Shirine**
**4506 S St Lawrence Ave**
**Chicago, Illinois 60653-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Wages / Other**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.292**

**Nonpriority creditor's name and mailing address**
**Andrus, Christine**
**8919 South 3020 West**
**West Jordan, Utah 84088-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.293**

**Nonpriority creditor's name and mailing address**
**Anenen, Patrick**
**4319 North Richmond**
**3S**
**Chicago, Illinois 60618-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.294**

**Nonpriority creditor's name and mailing address**
**Angel, Aleida**
**8256 PRESTIGE COMMONS DR**
**Tamarac, Florida 33321-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.295**

**Nonpriority creditor's name and mailing address**
**Angel, Gail**
**2609 S. 272nd St.**
**#33**
**Kent, Washington 98032-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296**

**Nonpriority creditor's name and mailing address**
**Angel, Natasha**
**3921 N Sawyer Ave**
**Apt 1f**
**Chicago, Illinois 60618-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.297**

**Nonpriority creditor's name and mailing address**
**Angelini, Stephanie**
**500 N. Ashland**
**Park Ridge, Illinois 60068-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.298**

**Nonpriority creditor's name and mailing address**
**Anger, Ashley**
**6505 Bernadine St**
**Watauga, Texas 76148-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ann Rowland**
**4117 N Central Park Avenue**
**Chicago, IL 60618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Anna Garcia**
**1618 S. Halsted St**
**Unit 5B**
**Chicago, IL 60608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Anne Leavell**
**130 Whitebridge Ln**
**Winnetka, IL 60093**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Annweiler, Alexandra**
**160 Balmoral DR**
**Bolingbrook, Illinois 60440-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Antelope Union High School District**
**9168 S. Avenue 36E**
**Wellton, AZ 74356**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Anthony J Costello & Son's Development**
**One Airport Way, Suite 300**
**Rochester, NY 14624**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Anthony Medical Center**
**400 S Santa Fe**
**Salina, KS 67401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Interactive Health Solutions, Inc.**                          Case number (if known)    **20-11530 (BLS)**
_____                                            _____
Name

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Anthony, Ciana**
**6201 N 10th St**
**Apt 306**
**Philadelphia, Pennsylvania 19141-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Anthony, Monyea**
**236 St. David Court, Apt 201**
**Cockeysville, Maryland 21030-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Antkowiak, Angela**
**21032 E. 45th Avenue**
**Denver, Colorado 80249-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Antonacci, Elizabeth**
**12204 S. Solomon Rd**
**Olathe, Kansas 66061-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35.00** |

**Any Lab Test Now Fargo**
**3019 13th Ave S**
**Fargo, ND 58103**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/10/2020__

**Basis for the claim:** __Vendor / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Aon Exchange (DEMO)**
**4 Overlook Point**
**Lincolnshire, IL 60069**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Aon Risk Services**
**200 East Randolph Street**
**8th Floor**
**Chicago, IL 60601**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.313** | Nonpriority creditor's name and mailing address
**Apale, Tiffany**
**3099 W. Chapman Avenue**
**Apt 311**
**Orange, California 92868-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address
**APCI-American Property Casualty Insurers**
**8700 W. Brynn Mawr Suite 1200S**
**Chicago, IL 60613**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address
**Apex Analytix LLC**
**1501 Highwoods Blvd**
**Greensboro, NC 27410**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address
**Apex Capital Corporation**
**6000 Western Place Suite 1000**
**Ft. Worth, TX 76107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address
**Aponte-Torres, Rose**
**1911 13th Street**
**Pascagoula, Mississippi 39567-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address
**Appalachian Regional Healthcare System**
**336 Deerfield Road**
**Boone, NC 28607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address
**AppExtremes, LLC. dba Conga**
**P.O Box 7839**
**Broomfield, CO 80021**

Date(s) debt was incurred  __6/9/2020__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$1,500.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Applegate, Kenneth**
**1242 South 760 West**
**Provo, Utah 84601-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Applied Composites Engineering, Inc.**
**705 S. Girls School Road**
**Indianapolis, IN 46231**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Applied Engineering Solutions, Inc.**
**250 Commonwealth Drive, Suite**
**Greenville, SC 29615**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Appling Healthcare System**
**163 E Tollison St**
**Baxley, GA 31513**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aprati, Michael**
**108 E. Tower Dr.**
**Tower Lakes, Illinois 60010-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aquascape, Inc**
**901 Aqualand Way**
**St. Charles, IL 60174**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aquinas Companies, LLC**
**3900 Essex Lane**
**Houston, TX 77027**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aquipel, Christensen**
**1169 Pipe Dream Court**
**San Jose, California 95122-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$571.70** |
|---|---|---|---|

**Aramark**
**1851 Howard Street**
**Suite F**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2/10/2020_

Basis for the claim: **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arbuthnot, Heather**
**304 Nicholson st**
**APT 1**
**Joliet, Illinois 60435-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ARC of Onondaga**
**600 S Wilbur Avenue**
**Syracuse, NY 13204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arc Thrift Stores**
**12345 West Alameda Parkway**
**Suite 111**
**Lakewood, CO 80226**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arce, Alexis**
**318 Lake Forest Terrace**
**Deltona, Florida 32738-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arch Coal**
**One City Place Drive Suite 300**
**St. Louis, MO 63141**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Archbold Schools**
**600 Lafayette Street**
**Archbold, OH 43502**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Archer, Leslie**
**5508 Sprindlewood Ct.**
**Durham, North Carolina 27703-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arciniega, Joyce Sicat**
**96 Monroe**
**Irvine, California 92620-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135.49** |
|---|---|---|---|

**Arcpoint Labs of Libertyville**
**1659 Northwind Blvd**
**Libertyville, IL 60048**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  5/31/2020

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |
|---|---|---|---|

**ARCpoint Labs of Milwaukee North**
**4125 N. 124th St. Suite G**
**Brookfield, WI 53005**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  3/6/2020

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**ARCpoint Labs of Schaumburg**
**1375 Remington Rd, Suite A**
**Schaumburg, IL 60173**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  6/1/2020

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arctic Office Products**
**100 W Fireweed Ln**
**Anchorage, AK 99503**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.341** | **Nonpriority creditor's name and mailing address**
Arellano, Jennifer
1740 S. Villa Ave
Fresno, California 93727-0000

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address**
Arellano, Virginia
3603 Ridgeland Avenue
Houston, Texas 77039-0000

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address**
Arena Products, Inc.
2101 Mt Read Blvd
Rochester, NY 14615

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address**
Arenas, Janet
3652 W. 60th Pl
Chicago, Illinois 60629-0000

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address**
Argandona, Eleanor
10 Brookvale Road
Framingham, Massachusetts 01701-0000

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address**
Argo Community High School
7329 W 63rd St,
Summit, IL 60501

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address**
Arias, Annalie
7202 Barker Cypress Rd
Apt 8202
Cypress, Texas 77433-0000

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| **3.348** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arias, Irma**
**146 S Lalonde Ave**
**Addison, Illinois 60101-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arif, Muhammad**
**4123 Sierra Gold Drive**
**Antelope, California 95843-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arinder, Elizabeth**
**4597 Pitchpine Ln W**
**Apt 2B**
**Ypsilanti, Michigan 48197-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.351** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arizona Department of Revenue**
**Office of the Arizona Attorney General**
**c/o Tax, Bankruptcy and Collection Sct**
**2005 N Central Ave, Suite 100**
**Phoenix, AZ 85004**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.352** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arkansas Department of Finance & Adminis**
**Legal Counsel Room 2380**
**PO Box 1272**
**Little Rock, AR 72203-1272**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.353** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Armando, Anthony**
**6 Windridge Road**
**So Barrington, Illinois 60010-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.354** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Armfield, Niquita**
**3828 W. Wilcox St.**
**Chicago, Illinois 60624-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.355**

Nonpriority creditor's name and mailing address
**Armstrong, Sharon**
**41 Highway 19**
**West, Mississippi 39192-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.356**

Nonpriority creditor's name and mailing address
**Armstrong, Yesika**
**46895 Eaton Terr #201**
**Sterling, Virginia 20164-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.357**

Nonpriority creditor's name and mailing address
**Arneson, Marcia**
**109825 53rd Ave**
**Chippewa Falls, Wisconsin 54729-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.358**

Nonpriority creditor's name and mailing address
**Arnett, Lori**
**1234 Gladeville Rd**
**Mt Juliet, Tennessee 37122-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.359**

Nonpriority creditor's name and mailing address
**Arnold Magnetic Technologies**
**770 Linden Avenue**
**Rochester, NY 14625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.360**

Nonpriority creditor's name and mailing address
**Arnold, Amanda**
**819 W. Illinois Ave**
**Carterville, Illinois 62918-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.361**

Nonpriority creditor's name and mailing address
**Arnold, Amy**
**2107 Ironbridge ct**
**Lafayette, Indiana 47905-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Arnold, Debbie**
**5837 River Meadows Place**
**Fort Worth, Texas 76112-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Arnold, Eugene**
**171 kemah rd**
**Ridgewood, New Jersey 07450-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Arnold, Megan**
**5014 Youngs Rd**
**Poseyville, Indiana 47633-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Arnold, Melissa**
**2520 SE Stone Prairie Dr**
**Waukee, Iowa 50263-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Arnold, Rachel**
**103 Third St**
**Medway, Ohio 45341-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Arnott, Patricia**
**2113 N Mozart St, #2N**
**Chicago, Illinois 60647-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Arredondo, Amanda**
**50 Post Oak Road**
**La Vernia, Texas 78121-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arriaga, Tanya**
**11712 Harvest Court**
**Huntley, Illinois 60142-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ARROWSTREAM**
**231 S. LaSalle St.**
**Suite 1700**
**Chicago, IL 60604**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arroyo, Julissa**
**1229 Baker St**
**Hillside, New Jersey 07205-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arseneault, Aimee**
**9152 Nashua Trl**
**Flushing, Michigan 48433-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arundel, Maria**
**4851 - 114th Ave NE**
**Blaine, Minnesota 55449-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ASBA**
**2100 N. Central Ave., Ste. 200**
**Phoenix, AZ 85004**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ASC Cortland**
**15 Neubig Road**
**Cortland, NY 13045**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ascension (HMNYS)**
**1254 Erie Ave**
**North Tonawanda, NY 14120**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180.00** |
|---|---|---|---|

**Ascension Medical Group - Fox Valley/Men**
**1186 Appleton Road**
**Menasha, WI 54952**

Date(s) debt was incurred  5/29/2020
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72.00** |
|---|---|---|---|

**Ascension St. Michaels's Hospital Inc.**
**5412 Highway 10 East**
**Stevens Point, WI 54482**

Date(s) debt was incurred  3/31/2020
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ash Fork Joint Unified School District**
**46999 N 5th St**
**Ash Fork, AZ 86320**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ashdown, Susan**
**440 N 2006**
**Kaysville, Utah 84037-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ashley Furniture**
**1 Ashley Way**
**Arcadia, WI 54612**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ashley, Pamela**
**217 5th Ave**
**Dyersburg, Tennessee 38024-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

| | 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- | --- |

| **3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Ashley, Victoria**<br>**11767 Barrows Lane**<br>**Woodbridge, Virginia 22192-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Wages / Other__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Ashmon-McAlister, Erica**<br>**20486 Tyler Dr**<br>**Lynwood, Illinois 60411-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Wages / Other__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Ashmore, Alyssa**<br>**1581 Gaylord Dr**<br>**Mobile, Alabama 36695-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Wages / Other__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Ashmore, Stephanie**<br>**80 Samuel Dr**<br>**Washington, Pennsylvania 15301-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Wages / Other__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Ashu, Mambi**<br>**1040 Main Street**<br>**apt 11**<br>**Malden, Massachusetts 02148-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Wages / Other__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Asilo, Brandon**<br>**1450 Drolette Way**<br>**Benicia, California 94510-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Wages / Other__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
| --- | --- | --- | --- |
| | **Aspect - Voxeo**<br>**P O Box 2869**<br>**Carol Stream, IL 60132** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __6/5/2020__ | Basis for the claim: __Vendor / Other__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.390** Nonpriority creditor's name and mailing address

**Aspen Skiing Company**
38700 Highway 82
Aspen, CO 81611

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.391** Nonpriority creditor's name and mailing address

**Aspire**
4110 Litt Drive
Hillside, IL 60162

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.392** Nonpriority creditor's name and mailing address

**Aspire Financial Services, Inc.**
4100 Alpha Rd., #100
Farmers Branch, TX 75244

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.393** Nonpriority creditor's name and mailing address

**Aspirus Clinics Inc**
PO Box 535
Wausau, WI 54402

Date(s) debt was incurred  5/1/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$257.25**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.394** Nonpriority creditor's name and mailing address

**Assaf, Yousef**
608 Manchester Dr.
Mansfield, Texas 76063-0000

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.395** Nonpriority creditor's name and mailing address

**AssistedCare Management Group, Inc.**
1003 Olde Waterford Way, Suite
Leland, NC 28451

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.396** Nonpriority creditor's name and mailing address

**Associated Credit Union of Texas**
1095 West League City Parkway
League City, TX 77573

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.397**

**Nonpriority creditor's name and mailing address**
**Association Headquarters, Inc.**
**1120 Route 73**
**Mt Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.398**

**Nonpriority creditor's name and mailing address**
**Assured Information Security**
**153 Brooks Road**
**Rome, NY 13441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.399**

**Nonpriority creditor's name and mailing address**
**Astro-Physics**
**11250 Forest Hills Rd.**
**Machesney Park, IL 61115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.400**

**Nonpriority creditor's name and mailing address**
**Atchison, Brittany**
**232 Tudor Ln**
**Schaumburg, Illinois 60193-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.401**

**Nonpriority creditor's name and mailing address**
**ATF INC.**
**3550 W. Pratt Ave.**
**Lincolnwood, IL 60712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.402**

**Nonpriority creditor's name and mailing address**
**Athans, Bessie**
**517 Barnsdale RD**
**Lagrange Park, Illinois 60526-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.403**

**Nonpriority creditor's name and mailing address**
**Atkin, Michelle**
**5025 9th Street South**
**Arlington, Virginia 22204-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ATKINS & PEARCE**
**One Braid Way**
**Covington, KY 41017**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Atlanta Convention & Visitors Bureau**
**233 Peachtree Street NE, Suite**
**Atlanta, GA 30303**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Atlanta Dental Supply**
**1650 Satellite Blvd**
**Deluth, GA 30097**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Atlas Air**
**2000 Westchester Ave.**
**Purchase, NY 10577**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,445.63** |
|---|---|---|---|

**Atlassian Pty Ltd**
**32151 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19/2020**

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Attarian, Sherrill**
**15 Johnson Rd**
**Andover, Massachusetts 01810-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Attaway, Donee**
**2810 Nela Ave**
**Orlando, Florida 32809-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Atwood Heights SD 125** <br> **12150 South Hamlin Avenue** <br> **Alsip, IL 60803** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Atwood, Alysia** <br> **3202 Napa Ct** <br> **DeKalb, Illinois 60115-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Wages / Other** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Audette, Emily** <br> **511 Lake Vista Circle, Apt I** <br> **Cockeysville, Maryland 21030-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Wages / Other** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Audiology Distribution, LLC dba HearUSA** <br> **10455 Riverside Drive** <br> **Palm Beach Gardens, FL 33410** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Aughenbaugh, Joyce** <br> **3639 Paradise Way** <br> **Jacksonville Beach, Florida 32250-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Wages / Other** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **August- Gilio, Amber** <br> **1116 Schiedler Drive** <br> **Batavia, Illinois 60510-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Wages / Other** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Augustine, Kassidy** <br> **480 Allegheny Drive** <br> **Harrisburg, Pennsylvania 17112-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Wages / Other** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Auman, Kelsie**
**19506 N 41st Ln**
**Glendale, Arizona 85308-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AURA**
**950 N. Cherry Ave.**
**Tucson, AZ 85726**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AURORA COOPERATIVE**
**2225 Q Street**
**Aurora, NE 68818**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Aurora Medical Group**
**C/O Accounting Dept**
**PO Box 341880**
**Milwaukee, WI 53234**

Date(s) debt was incurred _3/1/2020_

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Austin, Alexandro**
**2027 N Prospect Ave**
**apt. 307**
**Milwaukee, Wisconsin 53202-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Austin, Charles**
**15534 University**
**Dolton, Illinois 60419-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Austin, Erinn**
**12610 Kornett Lane**
**Bowie, Maryland 20715-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ausura, Jessica**
**709 Woodfin Road**
**Newport News, Virginia 23605-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AUTOHAUS AUTOMOTIVE**
**1600 Frontage Road**
**Northbrook, IL 60062**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Automatic Sprinkler Fitters Local 281**
**11900 S Laramie Ave**
**Alsip, IL 60803**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Automation Anywhere**
**633 River Oaks Parkway**
**San Jose, CA 95134**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Autrey, Tonya**
**7630 Crestwood Dr**
**Kannapolis, North Carolina 28081-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,085.00** |
|---|---|---|---|

**Auxiant**
**2450 RimRock Rd**
**Suite 300**
**Madison, WI 53713**

Date(s) debt was incurred **4/24/2020**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Avadel US Holdings, Inc.**
**16640 Chesterfield Grove Road,**
**Chesterfield, MO 63005**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Avance, Dionne**
**6739 Kinnerton Drive**
**Indianapolis, Indiana 46254-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Avancena, Anicia**
**701 Hawkshead Road**
**Lutherville, Maryland 21093-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Avanti Hospital**
**222 North Sepulveda Blvd Suite 950**
**El Segundo, CA 90245**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ave Maria Foundation**
**24 Frank Lloyd Wright Dr**
**Ann Arbor, MI 48105**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Avedis Zildjian**
**22 Longwater Drive**
**Norwell, MA 02061**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Avelar, Joanne**
**16218 N. 159th ave**
**Surprise, Arizona 85374-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Avepoint, Inc.**
**3 2nd Street, 9th Floor**
**Jersey City, NJ 07302**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Avery, Lindsey**
**34 Flintlock Drive**
**Cumberland, Maine 04021-0000**

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aviation Exteriors Louisiana, Inc**
**1218 Hangar Drive**
**New Iberia, LA 70560**

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Avila, Elizabeth**
**702 Alma Ct**
**Apt 2B**
**Carpentersville, Illinois 60110-0000**

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Avila, Rosemary**
**110 anton drive**
**san antonio, Texas 78223-0000**

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Avitus Group**
**175 North 27th Street Floor 6, 7 & 8**
**Billings, MT 59101**

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Avoca SD 37**
**2921 Illinois Road**
**Wilmette, IL 60091**

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Avondale Elementary School District**
**235 W Western Avenue**
**Avondale, AZ 85323**

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Interactive Health Solutions, Inc.**

Case number (if known)   **20-11530 (BLS)**

Name

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Awad, Deborah**
**16091 Lorene Drive 38**
**Victorville, California 92395-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Awad, Dema**
**3751 Brookside Drive**
**Apt. F**
**Elsmere, Kentucky 41018-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Awan, Sadia**
**8623 5th Ave**
**Apt #2R**
**Brooklyn, New York 11209-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Axe, Ann**
**584 Persimmon Drive**
**Fitchburg, Wisconsin 53711-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AXIS Commercial Management Solutions**
**Connell Corporate Park**
**300 Connell Drive**
**P.O. Box 357**
**Berkeley Heights, NJ 07922-0357**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ayala, Robert**
**11206 Akron Avenue**
**Lubbock, Texas 79423-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ayersville Local Schools**
**28046 Watson Rd**
**Defiance, OH 43512**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ayeski, Lisa**
**8244 W Maple Ave**
**Norridge, Illinois 60706-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ayotte, Darlene**
**32722 Via Del Venado**
**Valley Center, California 92082-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ayotte, Drew**
**841 Airport Blvd. Trlr. #24**
**Austin, Texas 78702-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Azat, Kate**
**1933 Mill Road**
**South Pasadena, California 91030-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Azelis Americas**
**262 Harbor Drive**
**Stamford, CT 06902**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Aziz, Siddiqa**
**3579 Skyline Dr**
**Hayward, California 94542-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Azucena, Erica**
**32062 Arya Ct**
**Union City, California 94587-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|--------|----------------------------------------|------------------------|---------------------|
|        | Name                                   |                        |                     |

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|---------|

**B&L Pipeline Services, Inc.**
**20465 State Highway 249 #200**
**Houston, TX 77070**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|---------|

**Ba, Halima**
**6074 Fernview Avenue**
**Cincinnati, Ohio 45212-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|---------|

**Babasa, Kristie**
**416 Paramount Drive**
**Millbrae, California 94030-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|---------|

**Babayemi, Ayobami**
**16005 Audubon lane**
**Bowie, Maryland 20716-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|---------|

**Babayemi, Ayodipo**
**16005 Audubon Lane**
**Bowie, Maryland 20716-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|---------|

**Babchak, Hannah**
**861 W Buena Ave**
**Apt E3**
**Chicago, Illinois 60613-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|---------|

**Babineau, Jennifer**
**264 Hill Street**
**Leominster, Massachusetts 04153-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Baboquivari Unified School District**
**State Route 86, Milepost 115.5**
**Sells, AZ 85634**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Back, David**
**4301 S University Dr**
**Allendale, Michigan 49401-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Backhaul Direct LLC**
**1 Virginia Avenue, Suite 400**
**Indianapolis, IN 46204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Backhaus, Bridget**
**847 Williamsburg Dr**
**Naperville, Illinois 60540-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Backman, Alexa**
**712 W 48th St #503**
**Kansas City, Missouri 64112-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BackOffice Associates**
**7900 Tysons One Place**
**Suite 310**
**McLean, VA 22102**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Baclig, Cameron**
**108 Vierra Cir**
**Folsom, California 95630-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bader, Edward**
**145 Cygnet Pl**
**Orono, Minnesota 55356-0000**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |
|---|---|---|---|

**Badger Testing Services**
**554 Grand Canyon Drive**
**Madison, WI 53719**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2020**
Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bagdad Unified School District**
**515 Breezy Circle**
**Bagdad, AZ 86321**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bagley, Aimee**
**1817 Southwood Trail**
**Saint Cloud, Minnesota 56301-0000**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Baidu USA LLC**
**1195 Bordeaux Drive**
**Sunnyvale, CA 94089**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bailey Sr, Michael**
**1638 Oak Creek Dr**
**Lewisville, Texas 75077-2755**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bailey, Dawnali**
**11693 Orchardview Dr**
**Fenton, Michigan 48430-0000**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bailey, Debbie**
**101 Cole Court**
**Warner Robins, Georgia 31088-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bailey, Julie**
**2605 E. 56th Street**
**Tulsa, Oklahoma 74105-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bailey, Pamela**
**2357 S Thelma**
**Springfield, Missouri 65807-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bailey, Porscha**
**17980 NE 31st Ct.**
**Apt. 1203**
**Aventura, Florida 33160-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bailey, Sara**
**5737 Gardner Court**
**Hanover Park, Illinois 60133-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bailey, Tracy**
**5720 Fieldstone Tr**
**McHenry, Illinois 60050-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bailey, Zachary**
**1800 Hillman Street**
**Conway, Arkansas 72034-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bainter, Denise**
**28474 Lytle Ave**
**Malvern, Iowa 51551-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bair, Jericha**
**2745 Annelise Way**
**Fort Collins, Colorado 80525-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baird, Lynne**
**1538 River Birch Drive**
**Saint Peters, Missouri 63376-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baker & McKenzie**
**300 E. Randolph Street, Suite 5000**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baker, Amanda**
**2709 E Beryl Ave**
**Phoenix, Arizona 85028-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baker, Cissie**
**P. O. Box 1021**
**Conover, North Carolina 28613-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Baker, McKel**
**291 E Whitbeck Street**
**Kuna, Idaho 83634-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Bakker, Lori**
**5818 Florence Blvd**
**Omaha, Nebraska 68110-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Balanced Body Nourishment, LLC - Maria M**
**229 2nd Avenue SW**
**Fort McNair, DC 20024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Balandra, Rosemarie**
**7950 Delphinium Circle**
**Buena Park, California 90620-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Baldemor, Marion**
**115 Coriander Bend**
**San Antonio, Texas 78253-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Balducci, Alyssa**
**2700 W Powell Blvd #R3142**
**Gresham, Oregon 97030-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Balinas, Joseph**
**12103 Hunters Lane**
**Rockville, Maryland 20852-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Baliton, Michael**
**33043 Arizona St.**
**Union City, California 94587-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ball Horticultural Company** | ☐ Contingent | |
| | **622 Town Road** | ■ Unliquidated | |
| | **West Chicago, IL 60185** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Vendor / Other</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ball, Arlene** | ☐ Contingent | |
| | **4470 Colchester Creek Drive** | ■ Unliquidated | |
| | **Cumming, Georgia 30040-0000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Wages / Other</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ballard, Lindsay** | ☐ Contingent | |
| | **458 South Bay Circle** | ■ Unliquidated | |
| | **Colchester, Vermont 05446-0000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Wages / Other</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ballayan, Yassah** | ☐ Contingent | |
| | **8309 Fredonia Rd** | ■ Unliquidated | |
| | **Richmond, Virginia 23227-0000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Wages / Other</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ballentine, Anterior** | ☐ Contingent | |
| | **300 Lincoln Street** | ■ Unliquidated | |
| | **Sardis, Mississippi 38666-0000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Wages / Other</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ballew, Julie** | ☐ Contingent | |
| | **309 S. Circle** | ■ Unliquidated | |
| | **Grandview, Texas 76050-0000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Wages / Other</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Balli, Alejandra** | ☐ Contingent | |
| | **1911 Conestoga Trail Unit B** | ■ Unliquidated | |
| | **Austin, Texas 78744-0000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Wages / Other</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Balsz Elementary School District**
**4825 East Roosevelt Street**
**Phoenix, AZ 85008**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Banach, Keely**
**26430 West Ingleside Shore Rd**
**Ingleside, Illinois 60041-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Banda, Sylvia**
**11327 Camp Creek Trl**
**San Antonio, Texas 78245-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**BANDO USA**
**2720 Pioneer Dr**
**Bowling Green, KY 42101**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bank Iowa Corporation**
**1150 Jordan Creek Parkway**
**West Des Moines, IA 50266**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bank, Linda**
**539 N Greenwood Dr**
**Palatine, Illinois 60074-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bankhead, Abby**
**217 East Curling Drive**
**Boise, Idaho 83702-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.516** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Banks, Cecelia**
**4126 Dunwoody Dr**
**Charlotte, North Carolina 28215-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.517** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Banks, Chante**
**3324 Tavern Rd**
**Petersburg, Virginia 23805-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Banks, Kasheena**
**4905 Grazing Court AptD**
**Virginia Beach, Virginia 23464-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.519** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Banks, LaCosha**
**8443 Bird Run**
**Missouri city, Texas 77489-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Banner Solutions**
**1000 Century Drive**
**Kansas City, MO 64120**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Banner, Tamela**
**20 Whitney Ct.**
**Covington, Georgia 30016-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Bansal, Bindia**
**8103 Shoal Creek Drive**
**Laurel, Maryland 20724-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Banton, Wendy**
**649 Aberdeen Road**
**APT S 6**
**Newport News, Virginia 23661-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Baptist Village Retirement Community**
**3800 N. May Ave**
**Oklahoma City, OK 73112**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Baptiste, Maria**
**2812 W. Crawford St.**
**Denison, Texas 75020-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barajas, Erika**
**1480 Royale Castle Dr.**
**Lawrenceville, Georgia 30043-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barajas, Miguel**
**1045 McKinstry St**
**Detroit, Michigan 48209-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Baran, Emilia**
**5 Panama Lane**
**Cheektowaga, New York 14225-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Baran, Valerie**
**375 Pesaro Way**
**Reno, Nevada 89521-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barbee, Christyn**
**8928 N Newman Ave**
**Portland, Oregon 97203-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barber, Rebecca**
**10240 El Monte Street**
**Overland Park, Kansas 66207-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barber, Robin**
**10240 El Monte St**
**Overland Park, Kansas 66207-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barber, Tierra**
**6917 DYLAN DRIVE UNIT D**
**NEW ALBANY, Ohio 43054-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barclay Damon, LLP**
**300 South State Street**
**Syracuse, NY 13202**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barcroft, Joyce**
**P.O. Box 473**
**Clermont, Georgia 30527-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barefield, EvaMaria**
**15703 E Caspian Cir #208**
**Aurora, Colorado 80013-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.537** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
---

**Barker, Emily**
**2656 E. Hampshire Ct.**
**Eagle, Idaho 83616-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Barker, Janet**
**609 Gatling Pointe Parkway**
**Smithfield, Virginia 23430-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Barkey, Lisa**
**263 Trudy Court**
**Forest Hill, Maryland 21050-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Barkman-Solomon, Lois**
**7077 Fairway Bend Lane**
**Sarasota, Florida 34243-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Barksdale, Jocelyn**
**9340 Donachy Drive**
**Richmond, Virginia 23235-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Barlow, Ashton**
**1062 W Sandstone Dr**
**Hanford, California 93230-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Barlow, Mona**
**201 Ivy Brook Trl**
**Pelham, Alabama 35124-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.544**

**Nonpriority creditor's name and mailing address**

**Barnas, Jill**
**534 Birchwood Rd**
**Frankfort, Illinois 60423-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.545**

**Nonpriority creditor's name and mailing address**

**Barnes, Stephanie**
**3201 Edgewood Drive**
**San Angelo, Texas 76903-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.546**

**Nonpriority creditor's name and mailing address**

**Barnett, Andrea**
**5918 Leona Street**
**St Louis, Missouri 63116-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.547**

**Nonpriority creditor's name and mailing address**

**Barnett, Jacqueline**
**18 Grove Ave**
**Derby, Connecticut 06418-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.548**

**Nonpriority creditor's name and mailing address**

**Barnett, Linda**
**13718 E 31st PL**
**Tulsa, Oklahoma 74134-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.549**

**Nonpriority creditor's name and mailing address**

**Barnett, Stacey**
**2175 Unity Court Nw**
**Marietta, Georgia 30064-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.550**

**Nonpriority creditor's name and mailing address**

**Barnette, Hallie**
**306 Mockingbird Lane**
**Shreveport, Louisiana 71105-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barney Trucking**
**235 State Route 24**
**Salina, UT 84654**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barney, Harry**
**37 Michelle Lane**
**Mansfield Center, Connecticut 06250-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barr Credit Services, Inc.**
**5151 E Broadway Boulevard Suite 800**
**Tucson, AZ 85711**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barragan, Priscilla**
**14327 Millard**
**Midlothian, Illinois 60445-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barragar, Monique**
**250 West El Camino Real, #6100**
**Sunnyvale, California 94087-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barraza, Christian**
**234 Rose St bensenville il**
**Bensenville, Illinois 60106-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barraza, Elaina**
**902 S. Claremont Avenue**
**Apt. 2**
**Chicago, Illinois 60612-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Barrera, Emily**
**289 W. Inman Ave**
**Rahway, New Jersey 07065-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Barrett, Renee**
**816 Bennett Drive**
**Elyria, Ohio 44035-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Barrette Outdoor Living**
**740 N. Main St.**
**Bulls Gap, TN 37711**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Barrientos, Tyler**
**2727 E. 53rd ave**
**F106**
**Spokane, Washington 99223-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Barrientos-Garcia, Marisol**
**16354 Edgemere Drive**
**Pflugerville, Texas 78660-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Barrington, Lisa**
**1936 London Bridge Road**
**Virginia Beach, Virginia 23453-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Barron, Gina**
**3106 Sherbrooke Rd Apt 5**
**Toledo, Ohio 43606-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barry, Nichole**
**9401 S 50th Ave**
**Oak Lawn, Illinois 60453-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bartell Machinery**
**6321 Elmer Hill Road**
**Rome, NY 13440**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bartelloni, Kathleen**
**8336 Bryn Glen Way**
**San diego, California 92129-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barthelemy, Edwidge**
**1451 72 Street**
**North Bergen, New Jersey 07047-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barthlow, Ashley**
**3610 Kings Point Dr.**
**Troy, Michigan 48083-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barthuli and Associates/Oswald Associate**
**5250 North Palm Avenue, #403**
**Fresno, CA 93704**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bartlett Learning Center**
**125 E. Seminary Avenue**
**Wheaton, IL 60187**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.572**

**Nonpriority creditor's name and mailing address**

**Bartlett, Patricia**
**0N472 Taylor Drive**
**Geneva, Illinois 60134-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.573**

**Nonpriority creditor's name and mailing address**

**Bartodej, Christina**
**7413 NW 28th St**
**Bethany, Oklahoma 73008-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.574**

**Nonpriority creditor's name and mailing address**

**Bartrug, Lena**
**9519 Reno Dr.**
**Waco, Texas 76712-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.575**

**Nonpriority creditor's name and mailing address**

**Bash, Chevelle**
**2402 Battersea Pl Apt 302**
**Milford Mill, Maryland 21244-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.576**

**Nonpriority creditor's name and mailing address**

**Basis Educational Group, Inc.**
**7975 N. Hayden Road, Suite B100**
**Scottsdale, AZ 85258**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.577**

**Nonpriority creditor's name and mailing address**

**Bass, Graham**
**5268 W 52nd ST**
**Parma, Ohio 44134-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.578**

**Nonpriority creditor's name and mailing address**

**Bass-Appiah, Johnnie**
**1290 Santa Fe rd**
**#108**
**Romeoville, Illinois 60446-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bassett, Shaina**
**4700 N. 16th St, Apt 108**
**Phoenix, Arizona 85016-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Batdorff, Karleea**
**9204 Wondermere Rd**
**Wonder Lake, Illinois 60097-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bateman, Heather**
**25 Hillwood Drive**
**Cheektowaga, New York 14227-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bateman, Lori**
**9507 Braes Valley St.**
**Austin, Texas 78729-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bates, Brittany**
**62 B Tall Pines Way**
**Newport News, Virginia 23602-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bates, Geneva**
**3100 S.Manchester St.#118**
**Falls Church, Virginia 22044-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Baucum, Malinda**
**105 3rd St E**
**New Augusta, Mississippi 39462-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Baugh, Angi**
**1139 Lee Street**
**Wyoming, Michigan 49509-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Baum, Kevin**
**1530 S State St**
**617**
**Chicago, Illinois 60605-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Baumeister, Judy**
**3755 NE 10 Court**
**Homestead, Florida 33033-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Baumgardner, Monica**
**4025 Duval Road**
**Apt 2638**
**Austin, Texas 78759-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Baur, Emily**
**22929 Brookdale Boulevard**
**St Clr Shores, Michigan 48082-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bautovich, Lindsey**
**1603 Miller Court**
**Arlington, Texas 76013-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Baxter, Kambree**
**5441 Caribou Ridge Drive**
**Watauga, Texas 76137-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Interactive Health Solutions, Inc.**

Name

Case number (if known)   **20-11530 (BLS)**

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bay Federal Credit Union**
3333 Clares Street
Capitola, CA 95010

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Baylor, Sara**
1639 Kyle Drive
Evansville, Indiana 47720-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BAYOU STATE OIL CORPORATION**
1115 Hawn Ave
Shreveport, LA 71107

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bays, Madison**
1003 6th Sreet
Charleston, Illinois 61920-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Beach Park SD 3**
11315 West Wadsworth Road
Beach Park, IL 60099

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Beal, LouAnn**
4385 Trenton Ln No #108
Plymouth, Minnesota 55442-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Beall, Jessica**
905 Pond Street
Clayton, North Carolina 27520-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bean Moving & Storage**
**P.O. Box 17018**
**Hattiesburg, MS 39404**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bean, Kiley**
**9155 Buckingham Court**
**Huntley, Illinois 60142-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bear Lake Memorial Hospital**
**164 S 5th St**
**Montpelier, ID 83254**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beard, Jane**
**175 Archers Place**
**Madison Heights, Virginia 24572-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beardall, Shawn**
**1638 E 1180 S**
**Spanish Fork, Utah 84660-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bearese, Brian**
**11701 Clearview Ct.**
**Hagerstown, Maryland 21742-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beasley, Rachel**
**559 Smith Ave S, Apt 1**
**St Paul, Minnesota 55107-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beattie, Heather**
**131 Morgan Hill Rd**
**Morgan, Pennsylvania 15064-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beaumont, Mark**
**77 Risley Road**
**Brookline, Massachusetts 02467-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beaverhead County**
**2 South Pacific**
**Dillon, MT 59725**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beavers Holdings**
**3550 Hobson Rd**
**Woodridge, IL 60517**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beccavin, Anne**
**10731 Persimmon Creek Drive**
**Mint Hill, North Carolina 28227-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Becerril Arroyo, Martha Ligia**
**9412 A Solana Vista Lp**
**Austin, Texas 78750-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BECHT ENGINEERING BT INC.**
**410 Richmond Ave.**
**Point Pleasant Beach, NJ 08742**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BECHT ENGINEERING CO, INC.**
**22 Church Street**
**Liberty Corner, NJ 07938**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beck, Jaime**
**307 Laurel-Moors Drive**
**Exton, Pennsylvania 19341-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beck, Palina**
**36 Regency Drive**
**Norwalk, Connecticut 06851-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Becker, Geraldine**
**1830 Burr Ridge Dr**
**Hoffman Estates, Illinois 60192-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Becker, Jennifer**
**35269 Chateau Trail**
**Waukee, Iowa 50263-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Becker, Kathy**
**2213 N 73rd Court**
**Elmwood Park, Illinois 60707-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Becker, Phyllis**
**404 Jones Dr, APT 205**
**Randolph, Wisconsin 53956-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.621**

**Nonpriority creditor's name and mailing address**
**Beckerman, Trey**
**106 Erin Drive**
**Mt. Carmel, Illinois 62863-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.622**

**Nonpriority creditor's name and mailing address**
**Beckham, Danielle**
**25 W Bannister Rd**
**Kansas City, Missouri 64114-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.623**

**Nonpriority creditor's name and mailing address**
**Beckman, Melissa**
**124 Woodloch Forest Dr**
**Rockton, Illinois 61072-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.624**

**Nonpriority creditor's name and mailing address**
**Beckwith, Marion**
**675 Perry Street**
**Marshfield, Massachusetts 02050-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.625**

**Nonpriority creditor's name and mailing address**
**Beene, Hannah**
**904 E 11th St**
**Cushing, Oklahoma 74023-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.626**

**Nonpriority creditor's name and mailing address**
**Behavioral Healthcare, Inc.**
**1290 Chambers**
**Aurora, CO 80011**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.627**

**Nonpriority creditor's name and mailing address**
**Behler, Julia**
**6518 Cocos Dr**
**Orlando, Florida 32807-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.628**

**Nonpriority creditor's name and mailing address**

**Behymer, Karly**
**1783 Vista Creek Drive**
**Roseville, California 95661-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.629**

**Nonpriority creditor's name and mailing address**

**Beil, Mark**
**5307 Louisiana Ave N.**
**Crystal, Minnesota 55428-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.630**

**Nonpriority creditor's name and mailing address**

**Beinstein, Carolyn**
**10815 Meadowlea Road**
**Owings Mills, Maryland 21117-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.631**

**Nonpriority creditor's name and mailing address**

**Beiseigle, Jeannemarie**
**110 Lakeside Drive**
**Stillwater, Minnesota 55082-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.632**

**Nonpriority creditor's name and mailing address**

**Belatrix**
**Belatrix Software Inc.**
**444 Brickell Av**
**Ste 51-473**
**Miami, FL 33131**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.633**

**Nonpriority creditor's name and mailing address**

**Belcher, Lashonda**
**1809 cutters mill way**
**Lithonia, Georgia 30058-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.634**

**Nonpriority creditor's name and mailing address**

**Belden**
**2200 US Hwy 27 South**
**Richmond, IN 47374**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.635**

**Nonpriority creditor's name and mailing address**
**Belew, Leslie**
**910 Milwaukee Ave**
**APT 1013**
**Lubbock, Texas 79416-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.636**

**Nonpriority creditor's name and mailing address**
**Belford, Melissa**
**3480 Granada Ave**
**Apt 260**
**Santa Clara, California 95051-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.637**

**Nonpriority creditor's name and mailing address**
**Belill, Mark**
**P.O. Box 1094**
**Placitas, New Mexico 87043-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.638**

**Nonpriority creditor's name and mailing address**
**Belill, Michelle**
**2 High Mesa Court**
**Placitas, New Mexico 87043-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.639**

**Nonpriority creditor's name and mailing address**
**Bell, Kelsey**
**250 East Leslie**
**South Salt Lake, Utah 84115-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.640**

**Nonpriority creditor's name and mailing address**
**Bell, Rebecca**
**8101 W Lobelisa St, Unit 7**
**Sioux Falls, South Dakota 57106-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.641**

**Nonpriority creditor's name and mailing address**
**Bell, Rhonda**
**1919 Ygnacio Valley rd 56**
**Walnut Creek, California 94598-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bell, Yvette**
**220 Hensley Drive**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bellows, Elaine**
**9370 Columbia Hwy**
**Eaton Rapids, Michigan 48827-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Belluardo, Brandon**
**3990 Wallings Road**
**North Royalton, Ohio 44133-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bellwood School District 88**
**640 Eastern Avenue**
**Bellwood, IL 60104**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81.00** |
|---|---|---|---|

**Beloit Health System, Inc.- IH**
**1650 Lee Lane**
**Beloit, WI 53511**

Date(s) debt was incurred  __5/7/2020__
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beloney, Andrea**
**7408 Ireland Court**
**El Paso, Texas 79930-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beloved, Elana**
**P.O. Box 620182**
**Littleton, Colorado 80162-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.649** | **Nonpriority creditor's name and mailing address** | | **Unknown**

**Belser, Mimi**
**666 Chauncey Court**
**San Jose, California 95128-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.650** | **Nonpriority creditor's name and mailing address** | | **Unknown**

**Belsterling, Rachel**
**6626 Chapel Hill Blvd. G304**
**Pasco, Washington 99301-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address** | | **Unknown**

**Benacka, Jodi**
**3644 N. Damen Ave, Unit 2**
**Chicago, Illinois 60618-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.652** | **Nonpriority creditor's name and mailing address** | | **Unknown**

**Bencekovich, Lora**
**1801 Waterstone Blvd**
**Miamisburg, Ohio 45342-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.653** | **Nonpriority creditor's name and mailing address** | | **Unknown**

**Bench, James**
**1700 Seaspray Ct #1143**
**Houston, Texas 77008-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.654** | **Nonpriority creditor's name and mailing address** | | **Unknown**

**Bender, Carrie**
**10531N Margarets Lane**
**Hayward, Wisconsin 54843-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.655** | **Nonpriority creditor's name and mailing address** | | **Unknown**

**BENEFIT ADMINISTRATIVE SYSTEMS LLC**
**17475 Jovanna Drive**
**Suite 1B**
**Homewood, IL 60430**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.656** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,730.00**

**Benefit Administrative Systems, LTD**
**17475 Jovanna Drive**
**Suite 1B**
**Homewood, IL 60430**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/24/2020

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.657** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$826.00**

**Benefit Advantage- IH**
**P.O. Box 5490**
**De Pere, WI 54115**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/4/2020

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.658** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,325.00**

**Benefit Advisors dba Premier Consulting**
**1416 Sweet Home Road**
**Suites 5 & 6**
**Buffalo, NY 14228**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/24/2020

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.659** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Benefit Commerce Group**
**14300 North Northsight Boulevard #221**
**Scottsdale, AZ 85260**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Benefit Express Services, LLC**
**1700 East Golf Road Suite 1000**
**Schaumburg, IL 60173**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.661** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,420.00**

**Benefit Management Inc**
**PO Box 1090**
**Great Bend, KS 67530**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/24/2020

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.662** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Benefit Management LLC**
**2015 - 16th**
**Great Bend, KS 67530**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benes, Carrie**
**15018 Burt St**
**Omaha, Nebraska 68154-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benford, Erika**
**46 Knisley Dr**
**Hanover, Pennsylvania 17331-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benkoski Furlin, Alison**
**1101 N. Cold Springs Road**
**Bull Valley, Illinois 60098-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benner, Mary Jo**
**1701 Claire Stevens Cir**
**Knoxville, Tennessee 37931-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benner, Matthew**
**1701 Claire Stevens Cir.**
**Knoxville, Tennessee 37931-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bennett, Alicia**
**7250 N. Chester Ave**
**Indianapolis, Indiana 46240-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bennett, Christopher**
**32722 Via Del Venado**
**Valley Center, California 92082-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennett, Latisha**
**3032 S Marsali Ave**
**Dallas, Texas 75216-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennett, Rebekah**
**401 E Ontario St #1801**
**Chicago, Illinois 60611-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennett, Sheron**
**91-11 222nd Street**
**Queens Village, New York 11428-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennett-West, Shaundra**
**1200 Plantation Dr S**
**Colleyville, Texas 76034-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennion, Nicole**
**2813 South Keltic Ct**
**West Valley City, Utah 84128-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bennison, Lori**
**7020 Tesque Drive NW**
**Albuquerque, New Mexico 87120-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benoit, Mila**
**805 s 11th st**
**Copperas cove, Texas 76522-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bensenville Elementary School District 2**
**210 South Church Street**
**Bensenville, IL 60106**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benson Unified School District**
**360 S Patagonia St.**
**Benson, AZ 85602**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benson, Breanne**
**6716 Covington Creek Trail**
**Fort Wayne, Indiana 46804-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benson, Ellen**
**5431 W. Agatie**
**Chicago, Illinois 60630-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bentley, Dorothy**
**149 Grandveiw Ave**
**Hamden, Connecticut 06514-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benton, Debra**
**101 West Horn Court**
**Chapin, South Carolina 29036-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bercaw, Tiffany**
**151 Shipper Court**
**Martinsburg, West Virginia 25404-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.684**

**Nonpriority creditor's name and mailing address**

**Berdugo, Maria**
**17348 Malaga Street**
**Fontana, California 92336-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.685**

**Nonpriority creditor's name and mailing address**

**Berg, Heidi**
**42770 - 259th St**
**Emery, South Dakota 57332-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.686**

**Nonpriority creditor's name and mailing address**

**Bergh, Sarah**
**4087 Misty Morning Drive**
**Hermantown, Minnesota 55811-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.687**

**Nonpriority creditor's name and mailing address**

**Bergstrom, Amy**
**1276 Winchester Dr. NE**
**Swisher, Iowa 52338-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.688**

**Nonpriority creditor's name and mailing address**

**Berhane, Rigbe**
**526 Rene Ct**
**Westerville, Ohio 43081-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.689**

**Nonpriority creditor's name and mailing address**

**Berkeley Bowl Produce, Inc.**
**920 Heinz Ave**
**Berkeley, CA 94710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.690**

**Nonpriority creditor's name and mailing address**

**Berkeley SD 87**
**1200 N Wolf Rd**
**Berkeley, IL 60163**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.691**

**Nonpriority creditor's name and mailing address**
**Berlasi, Lisa**
**4771 Crooked Stick Court**
**Brighton, Michigan 48116-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.692**

**Nonpriority creditor's name and mailing address**
**Berlett, Sharon**
**604 N Center Street**
**La Harpe, Illinois 61450-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.693**

**Nonpriority creditor's name and mailing address**
**Berlinsky, Thomas**
**602 Rolling Hill Walk #201**
**Odenton, Maryland 21113-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.694**

**Nonpriority creditor's name and mailing address**
**Berndt, Scott**
**5004 Hibiscus Valley Drive**
**Austin, Texas 78739-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.695**

**Nonpriority creditor's name and mailing address**
**Bernhardt, Christie**
**1926 Midnight Pass**
**Brownsburg, Indiana 46112-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.696**

**Nonpriority creditor's name and mailing address**
**Berry Global, Inc.**
**101 Oakley St**
**Evansville, IN 47710-1252**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.697**

**Nonpriority creditor's name and mailing address**
**Berry, Angelique**
**39 N 22nd St**
**Columbus, Ohio 43203-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.698** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Berry, Bobby**
**6012 Danbury St**
**Bel Aire, Kansas 67220-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Berry, Dana**
**13511 Krislyn Woods Place**
**Charlotte, North Carolina 28278-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.700** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Berry, Debra**
**1290 Cameron Drive**
**Mobile, Alabama 36695-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.701** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Berry, Jamila**
**2321 Wyoming Aave**
**Norfolk, Virginia 23513-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Berte, Danielle**
**2199 190th St**
**Humboldt, Iowa 50548-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Bertinelli, Rasa**
**4 Barrett St**
**4 Barrett Street**
**Greenville, South Carolina 29601-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Bertocchi, Victor**
**8644 Carmen Ave**
**Norridge, Illinois 60706-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Berwyn South SD 100**
**3401 S Gunderson Avenue**
**Berwyn, IL 60402**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Best Cutting Die Company**
**8080 McCormick Boulevard**
**Skokie, IL 60076**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Betances, Cristina**
**6120 W. School Street**
**Chicago, Illinois 60634-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Betancourt, Gabriela**
**1413 N. Quentin RD**
**Palatine, Illinois 60067-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Betancourt-Baumann, Elsa**
**250 Marsh Hawk Drive**
**Vonore, Tennessee 37885-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Beth LaCoste**
**15525 W. 154th Street**
**Olathe, KS 66062**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Beth W. Ask**
**19 Buffalo Street**
**Cogan Station, PA 17728**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bethany Home**
**321 Chestnut St.**
**Lindsborg, KS 67456**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bethea, Brendan**
**913 Olmstead Rd**
**BALTIMORE, Maryland 21208-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bethea, Deante**
**10 Westfield Place**
**Hampton, Virginia 23661-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bethesda Health Group Inc.**
**1630 Des Peres Road Ste. 290**
**St. Louis, MO 63131**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bethge, Amy**
**119 Country Road**
**Fairfield, Connecticut 06824-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bethshan**
**12927 S. Monitor Avenue**
**Palos Heights, IL 60463**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bethune, Courtney**
**1525 SE 44th Ave**
**Apt 402**
**Portland, Oregon 97215-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.719** | Nonpriority creditor's name and mailing address

**Betschman, Nicole**
**9055 Thamesmeade Road**
**Apt. A**
**Laurel, Maryland 20723-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.720** | Nonpriority creditor's name and mailing address

**Betteridge, Maria**
**3701 Harvey Penick Cove**
**Round Rock, Texas 78664-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.721** | Nonpriority creditor's name and mailing address

**Betton, Aaron**
**4850 S Drexel Blvd Apt 203**
**Chicago, Illinois 60615-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.722** | Nonpriority creditor's name and mailing address

**Bey, Tatiana**
**306 S Kyle Dr**
**Waukeegan, Illinois 60085-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.723** | Nonpriority creditor's name and mailing address

**Bezanilla, Kathryn**
**219 Elm Street, Apt 2**
**Saratoga Springs, New York 12866-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.724** | Nonpriority creditor's name and mailing address

**Bhargava, Meeta**
**4840 Pine Street, Apt C 102**
**Philadelphia, Pennsylvania 19143-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.725** | Nonpriority creditor's name and mailing address

**BHC Foundation**
**8888 Ladue Rd.**
**Suite #250**
**Saint Louis, MO 63124**

Date(s) debt was incurred **2/5/2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,000.00**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bhonsale, Nutan**
**112 Cedarbrook Rd.**
**Naperville, Illinois 60565-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bhullar, Amrita**
**38 Avignon Ave**
**Foothill Rach, California 92610-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bi State Development Agency**
**211 N. Broadway**
**Suite 700**
**St. Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bibbentuckers, LLC**
**4245 N. Central Exp. #510**
**Dallas, TX 75205**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bibens, Michelle**
**601 N. 6th St. Ct.**
**Princeton, Iowa 52768-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bicheler, Melissa**
**3402 E Blacklidge Dr**
**Tucson, Arizona 85716-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bickford, Jennifer**
**1905 Margaret St E.**
**St. Paul, Minnesota 55119-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bickham, Brittany**
**11555 Southfork Ave, Apt 3060**
**Baton Rouge, Louisiana 70816-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bickham, Shamaleitha**
**107 Comfort Street**
**Rochester, New York 14620-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bideaux, Albert**
**8 Central Drive #4**
**Jamaica, New York 10954-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Big Horn County**
**121 West 3rd St..**
**Hardin, MT 59034**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bigham, Marquita**
**8103 Penrod**
**Houston, Texas 77028-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bilder, Eric**
**3105 Rustown Dr.**
**Mesquite, Texas 75150-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Billesbach, Ryne**
**2488 Circle Drive**
**Belvidere, Illinois 61008-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.740**

**Nonpriority creditor's name and mailing address**
**Billings, Rachele**
**1121 Oak Avenue North**
**Onalaska, Wisconsin 54650-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.741**

**Nonpriority creditor's name and mailing address**
**Billings, Sara**
**360 Old Menchville Rd**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.742**

**Nonpriority creditor's name and mailing address**
**Billock, Shawn**
**4346 Dogwood Lane**
**Toledo, Ohio 43623-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.743**

**Nonpriority creditor's name and mailing address**
**Bingaman, Karon**
**4902 James Ct**
**Abilene, Texas 79606-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.744**

**Nonpriority creditor's name and mailing address**
**Bingham, Cynthia**
**501 E. Avenue G, Apt B**
**Jerome, Idaho 83338-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.745**

**Nonpriority creditor's name and mailing address**
**Binus, Christine**
**30402 Ne 98th Ave**
**Battle Ground, Washington 98604-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.746**

**Nonpriority creditor's name and mailing address**
**Binyamin, Maryanna**
**9028 N Cumberland Ave, Apt 1E**
**Niles, Illinois 60714-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.747** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
---|---|---|---

**Birchman, Christina**
**18857 8th Ave NW**
**Shoreline, Washington 98177-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.748** **Nonpriority creditor's name and mailing address**

**Bird, Stephanie**
**2374 England Street**
**Chico, California 95928-0000**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.749** **Nonpriority creditor's name and mailing address**

**Bird-X, Inc.**
**300 N. Oakley Blvd.**
**Chicago, IL 60612**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.750** **Nonpriority creditor's name and mailing address**

**Birdsall, John**
**56 S Shaddle Ave**
**Apt 112**
**Mundelein, Illinois 60060-0000**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.751** **Nonpriority creditor's name and mailing address**

**Bireline, Gail**
**6568 E. Circulo Dali**
**Anaheim, California 92807-0000**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.752** **Nonpriority creditor's name and mailing address**

**Birge, Jamie**
**6 Tanglewood Drive**
**Collinsville, Illinois 62234-0000**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.753** **Nonpriority creditor's name and mailing address**

**Bisbee Unified School District**
**100 Old Douglas Road**
**Bisbee, AZ 85603**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bischoff, Mary**
**3034 Iowa Ave**
**Ogden, Utah 84403-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bisek, Sylvia**
**1125 S. Ebenezer Ave, Apt 140**
**Sioux Falls, South Dakota 57106-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bishop, Erin**
**1326 Gay Street**
**Longmont, Colorado 80501-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bishop, Karen**
**11780 E Sand Hills Rd**
**Scottsdale, Arizona 85255-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bissmeyer, Jennifer**
**5531 Oak View Terrace**
**Liberty Township, Ohio 45011-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bitzer Scroll**
**6055 Old Ct St**
**Syracuse, NY 13206**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blachford, Inc.**
**1400 Nuclear Drive**
**West Chicago, IL 60185**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|

Name

---

| 3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Black Equipment Company, Inc**
**2685 Pembroke Rd**
**Hopkinsville, KY 42240**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**Black Hills Surgical Hospital LLP**
**PO Box 817**
**Rapid City, SD 57709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/3/2020**

**Basis for the claim:** **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Black, Kim**
**430 Buckingham Rd**
**Apt 727**
**Richardson, Texas 75081-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Black, Vincent**
**2725 Kimberly Drive**
**Murfreesboro, Tennessee 37129-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Blackburn, Rebecca**
**108 Standing Rock Road**
**Deer Lodge, Tennessee 37726-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Blackie, Sandra**
**2949 Garnet Ave.**
**San Diego, California 92109-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Blackline Systems**
**21300 Victory Blvd 12th Floor**
**Woodland Hills, CA 91367**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.768**

**Nonpriority creditor's name and mailing address**

**Blackman, Sarah**
**2100 W 68th St**
**Mission Hills, Kansas 66208-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.769**

**Nonpriority creditor's name and mailing address**

**Blackwell, Lisa**
**1612 Pennsylvania Ave**
**Austin, Texas 78702-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.770**

**Nonpriority creditor's name and mailing address**

**Blaine County**
**420 Ohio St N**
**Chinook, MT 59523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.771**

**Nonpriority creditor's name and mailing address**

**Blair, Caitlin**
**8309 Prospect Lane**
**Ashland, Virginia 23005-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.772**

**Nonpriority creditor's name and mailing address**

**Blair, Erica**
**2130 Highland St**
**Helena, Montana 59601-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.773**

**Nonpriority creditor's name and mailing address**

**Blair, Jody**
**5494 Koester Knoll**
**Batavia, Ohio 45103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.774**

**Nonpriority creditor's name and mailing address**

**Blake, Barbara**
**3072 Monet Dr**
**Virginia Beach, Virginia 23453-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blake, Mary**
**521 E. Windsor Dr. Apt 102**
**Denton, Texas 76209-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blanco Electric LTD Co.**
**915 Lehman St.**
**Houston, TX 77018**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blander, Andrea**
**2817 Saddlebred Ct**
**Glenwood, Maryland 21738-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blaney, Cecilia**
**4097 Buck Brush Lane**
**Lake Oswego, Oregon 97035-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blatz, Lynda**
**9762 Crane Drive**
**Myrtle Beach, South Carolina 29572-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blaue, Sharon**
**2713 - 68th St**
**Urbandale, Iowa 50322-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bledsoe, Vanessa**
**6242 N Cheyenne Ave**
**Tulsa, Oklahoma 74126-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.782** | **Nonpriority creditor's name and mailing address**

**Bleistein, Ashley**
**380 Laurie Lane**
**Grand Island, New York 14072-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.783** | **Nonpriority creditor's name and mailing address**

**Bless, Brittany**
**96 Basswood Dr**
**Cheektowaga, New York 14227-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.784** | **Nonpriority creditor's name and mailing address**

**Bless, Michael**
**2509 Lawndale Ave**
**Rockford, Illinois 61101-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.785** | **Nonpriority creditor's name and mailing address**

**Bletko, Christina**
**PO Box 885**
**Preston, Washington 98050-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.786** | **Nonpriority creditor's name and mailing address**

**Blevins, Brittany**
**167 Eunice Lane**
**Montclam, West Virginia 24737-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.787** | **Nonpriority creditor's name and mailing address**

**Bleyhl Farm Service, Inc.**
**940 E Wine Country Rd**
**Grandview, WA 98930**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.788** | **Nonpriority creditor's name and mailing address**

**Blick Art Materials (formerly Dick Blick**
**695 US Highway 150 East**
**Galesburg, IL 61401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.789**

**Nonpriority creditor's name and mailing address**

**Bloch Klepper, Susan**
**206 Martelllago**
**Nokomis, Florida 34275-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.790**

**Nonpriority creditor's name and mailing address**

**Blocher, Tricia**
**949 Fremont Way**
**Sacramento, California 95818-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.791**

**Nonpriority creditor's name and mailing address**

**Blohm, Rana**
**5843 N. Kenmore**
**Chicago, Illinois 60660-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.792**

**Nonpriority creditor's name and mailing address**

**Blok, Ryan**
**7977 Paseo Membrillo**
**Carlsbad, California 92009-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.793**

**Nonpriority creditor's name and mailing address**

**Blonk, Heather**
**13133 37th Ave**
**Chippewa Falls, Wisconsin 54729-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.794**

**Nonpriority creditor's name and mailing address**

**Bloomingdale SD 13**
**164 South Euclid Ave**
**Bloomingdale, IL 60108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.795**

**Nonpriority creditor's name and mailing address**

**Blosser, Kelly**
**105 Pleasant View Drive**
**Etters, Pennsylvania 17319-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Blount County Government**
**337 Court St.**
**Maryville, TN 37804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Blue Valley Recreation Commission**
**6545 W. 151 Street**
**Overland Park, KS 66223**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Bluff Holdings, Inc.**
**1400 Everman Parkway**
**Fort Worth, TX 76140**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Bluffton Harrison MSD**
**805 E. Harrison St**
**Bluffton, IN 46714**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Blum, Lauren**
**11094 Hidden Trail Drive**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Blumell, Charla**
**131 Red Lake Street**
**Garner, North Carolina 27529-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Blumenthal, Alison**
**1906 Rambling Ridge Lane Apt 1**
**Baltimore, Maryland 21209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blunt, Myranda**
**6502 E 45th St**
**Sioux Falls, South Dakota 57110-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BMWC Constructors Inc.**
**1740 W. Michigan St.**
**Indianapolis, IN 46222**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Board of Education-City of Meriden**
**22 Liberty Street**
**Meriden, CT 06450**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boateng, Bernice**
**811 Issaqueena Trail**
**Apt #1408**
**Central, South Carolina 29630-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boatright, Amanda**
**2410 W Bloomingdale**
**Apt 3C**
**Chicago, Illinois 60647-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bobian, Stephen**
**7747 Umatilla St.**
**Denver, Colorado 80221-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bochsler, Amanda**
**2350 SW 331st**
**Hillsboro, Oregon 97123-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bocke, Eleanor**
**1823 Vermont**
**Quincy, Illinois 62301-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bodemuller, Dorothy**
**18034 N 41st Street**
**Apt 1**
**Phoenix, Arizona 85032-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Boden Store Fixtures, Inc.**
**5335 NE 109th Ave**
**Portland, OR 97220**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bodiford, Donna**
**26615 Snuggle Valley**
**San Antonio, Texas 78260-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Boehm, Luke**
**309 Bellwood Ct**
**Cranberry, Pennsylvania 16066-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bogle, Marci**
**2710 West Columbine Lane**
**Wichita, Kansas 67204-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bogner, Thomas**
**3127 Post Oak Tritt Road**
**Marietta, Georgia 30062-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bohannon, Mary**
**2 Easterly Drive**
**East Sandwich, Massachusetts 02563-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bojes, Rebecca**
**1352 narragansett dr**
**carol stream, Illinois 60188-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bolam, Margaret**
**1328 E. Granary Ct**
**Spokane, Washington 99208-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bolden, Gary**
**1612 Old Drummer Boy Lane**
**Fort Washington, Maryland 20744-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bolden, Raquita**
**211 East Ohio Street apt 1205**
**Chicago, Illinois 60611-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Boldizsar, Brenda**
**650 River Falls Court**
**Roswell, Georgia 30076-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bolds, Rakeshia**
**5200 Adams Drive**
**The Colony, Texas 75056-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.824**

**Nonpriority creditor's name and mailing address**
**Boley, Brooke**
**5201 Riggs**
**Mission, Kansas 66202-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.825**

**Nonpriority creditor's name and mailing address**
**Bolo, Mary**
**9998 Clarksburg Rd**
**Eden, New York 14057-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.826**

**Nonpriority creditor's name and mailing address**
**Bolton, Courtney**
**263 Beverly Road**
**Barrington, Illinois 60010-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.827**

**Nonpriority creditor's name and mailing address**
**Boluwaji, Sherifat**
**6332 Wallard Drive**
**Indianapolis, Indiana 46224-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.828**

**Nonpriority creditor's name and mailing address**
**Bommarito, Julie**
**333 Michigan Ave**
**South Haven, Michigan 49090-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.829**

**Nonpriority creditor's name and mailing address**
**Bond, Neila**
**9485 North 47th Street**
**Brown Deer, Wisconsin 53223-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.830**

**Nonpriority creditor's name and mailing address**
**Bonet, Melissa**
**6965 Batiquitos Drive**
**Carlsbad, California 92011-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bongiovi, Rebecca**
**12430 Oxford Park Dr**
**Apt. 439**
**Houston, Texas 77082-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bonilla, Gladis**
**414 Unicorn Ranch**
**San Antonio, Texas 78245-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bonino, Jessica**
**2431 Stanton Cir**
**Lake in the Hills, Illinois 60156-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bonitas School District**
**13636 - Sunset Route Box 1**
**Wilcox, AZ 85643**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bonner, Christopher**
**55 Angle Rd 24**
**West Seneca, New York 14224-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bontrager, Tonya**
**6949 Sumner St**
**Wellington, Colorado 80549-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Booker, Nadia**
**10770 SW 150th Terr**
**Miami, Florida 33176-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.838 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Booker, Robin**
**1220 N. Scott St, Apt 305**
**Arlington, Virginia 22209-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Booker, Sonya**
**5728 Warning Street**
**Virginia Beach, Virginia 23464-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bordessa, Jacqueline**
**609 16th Street, Apt C**
**Sacramento, California 95814-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Boren, Cody**
**2401 Wyndhurst Court**
**York, Pennsylvania 17408-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Boretzky, Stephen**
**352 Townsend Road**
**Baltimore, Maryland 21221-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Borg, Christina**
**7855 Jackson St**
**Spring Lake Park, Minnesota 55432-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Borges Espinosa, Luis**
**833 Village Quarter Road**
**Apt A7**
**West Dundee, Illinois 60118-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.845**

**Nonpriority creditor's name and mailing address**

**Borkowski, Jennifer**
**5904 NE Pearl Circle**
**Lees Summit, Missouri 64064-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.846**

**Nonpriority creditor's name and mailing address**

**Borle, Monica**
**396 White Fence Dr**
**Westminster, Maryland 21157-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.847**

**Nonpriority creditor's name and mailing address**

**Bornemann, Collette**
**420 bornemann rd**
**Hyde Park, Vermont 05655-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.848**

**Nonpriority creditor's name and mailing address**

**Bornick, Kendra**
**872 State Street**
**River Falls, Wisconsin 54022-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.849**

**Nonpriority creditor's name and mailing address**

**Borsheims**
**120 Regency Pkwy**
**Omaha, NE 68114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.850**

**Nonpriority creditor's name and mailing address**

**Boschetto, Michele**
**3244 E. Morenci Rd**
**San Tan Valley, Arizona 85143-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.851**

**Nonpriority creditor's name and mailing address**

**Boseman, Charita**
**180 S Van Dorn St. #b220**
**Alexandria, Virginia 22304-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.852** | Nonpriority creditor's name and mailing address

**Boska, Anita**
**515 1/2 Whitman**
**Rockford, Illinois 61103-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.853** | Nonpriority creditor's name and mailing address

**Bosso, Andrew**
**332 East Chester Street**
**Long Beach, New York 11561-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.854** | Nonpriority creditor's name and mailing address

**Bostick, Tiffany**
**213 Southshore Place**
**Webster, New York 14580-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.855** | Nonpriority creditor's name and mailing address

**Boswell, Aryian**
**1420 greentree valley ct 7**
**memphis, Tennessee 38119-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.856** | Nonpriority creditor's name and mailing address

**Boswell, Gay**
**7 Frampton Ln**
**Bella Vista, Arkansas 72714-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.857** | Nonpriority creditor's name and mailing address

**Bosworth, Barbara**
**83 Burning Tree Drive**
**Chesterfield, Missouri 63017-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.858** | Nonpriority creditor's name and mailing address

**BOTTCHER SYSTEMS**
**4600 Mercedes Dr.**
**Belcamp, MD 21017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bottemuller, Kaylin**
**404 Woodson Lane**
**Greenwood, Missouri 64034-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bouchamoun, Danielle**
**44 Pavilica Road**
**Stockton, New Jersey 08559-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Boucher, Annalyse**
**1204 Salem Avenue**
**Hillside, New Jersey 07205-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Boudet, Ashley**
**1990 Bay Drive #17**
**Miami Beach, Florida 33141-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Boukhelif Yahia, Fatima Zohra**
**78 Holly Drive**
**Crystal Lake, Illinois 60014-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Boulanger, Monica**
**18067 Kimberly Sue Ct**
**Lake Elsinore, California 92532-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bouse Elementary School**
**P.O. Box S / 44936 Joshua Rd.**
**Bouse, AZ 85328**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.866**

**Nonpriority creditor's name and mailing address**

**Bouthilette, Barry**
**3 Trinity Row**
**Florence, Massachusetts 01061-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.867**

**Nonpriority creditor's name and mailing address**

**Bovard, Amy**
**99 Forest Hill Drive**
**Munroe Falls, Ohio 44262-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.868**

**Nonpriority creditor's name and mailing address**

**Bove, Nicholas**
**192 West Islip Road**
**West Islip, New York 11795-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.869**

**Nonpriority creditor's name and mailing address**

**Bowen, Cynthia**
**804 - 57th Place**
**West Des Moines, Iowa 50266-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.870**

**Nonpriority creditor's name and mailing address**

**Bowles, Carly**
**4589 clearview st**
**Salt Lake City, Utah 84117-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.871**

**Nonpriority creditor's name and mailing address**

**Bowley, Laura**
**5921 North 110th Circle**
**Omaha, Nebraska 68164-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.872**

**Nonpriority creditor's name and mailing address**

**Bowman, Alexis**
**3006 Persimmon Drive**
**Killeen, Texas 76543-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.873** | Nonpriority creditor's name and mailing address
**Bowsher, Linda**
3308 Teckla Blvd
Amarillo, Texas 79106-0000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.874** | Nonpriority creditor's name and mailing address
**Boyce Thompson Institute**
533 Tower Road
Ithaca, NY 14853

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.875** | Nonpriority creditor's name and mailing address
**Boyce, Kristin**
6350 Partridge St
Norfolk, Virginia 23513-0000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.876** | Nonpriority creditor's name and mailing address
**Boyd, Amanda**
PO Box 244
Lebanon, Illinois 62254-0000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.877** | Nonpriority creditor's name and mailing address
**Boyd, Koosje**
14936 Nw Twinflower Dr
Portland, Oregon 97229-0000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.878** | Nonpriority creditor's name and mailing address
**Boyd-Buggs, LeVette**
1611 Heatherglade Lane
Lawrenceville, Georgia 30045-0000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.879** | Nonpriority creditor's name and mailing address
**Boyette, Tyrona Renee**
7095 Brace St
Houston, Texas 77061-0000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Boyko, Rachael**
**1882 S. Pennsylvania St**
**Denver, Colorado 80210-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Boyle, Deborah**
**11 Moore Street**
**Wilmington, Massachusetts 01887-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Boyll, Vicki**
**9621 S Lakeridge Drive**
**Unit 130**
**Bloomington, Indiana 47401-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bozek, Arlene**
**120 Windmill Blvd**
**North Ft Myers, Florida 33903-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |
|---|---|---|---|

**Bozeman Health**
**1600 Ellis St. Box 9**
**Bozeman, MT 59715**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/5/2020**

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bozeman Motors**
**2900 North 19th Avenue**
**Bozeman, MT 59718**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bracken, Jennifer**
**8387 Oakwood Ave NE**
**PO Box 453**
**Otsego, Minnesota 55330-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Braden, Brandi**
**Po Box 31**
**Delight, Arkansas 71940-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bradford, Laura**
**217 Fuller Street**
**Brookline, Massachusetts 02446-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bradley, Wendy**
**3714 Pulsar Drive**
**Garland, Texas 75044-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bradshaw, Diamond**
**14800 Shepard Rd**
**Dolton, Illinois 60419-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bradshaw, Garlaina**
**209 Copper Ridge Way**
**Florence, Mississippi 39073-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bradway, Jerelyn**
**4305 Gary Lee Dr.**
**Kokomo, Indiana 46902-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brady, Hannah**
**109 Gable Hill Rd**
**Levittown, Pennsylvania 19057-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brady, Jessica**
**7198 Colosseum Dr #125**
**Rockford, Illinois 61107-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Braet, Karla**
**6 Villa Verde Dr**
**Apt 315**
**Buffalo Grove, Illinois 60089-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Braham, Denise**
**9132 S Pulaski Road**
**Oak Lawn, Illinois 60453-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brain, Kathleen**
**465 Harman Street Apt 3l**
**Brooklyn, New York 11237-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bramlish, Michael**
**5017 Flynnhave Ct**
**Columbus, Ohio 43221-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brand, Laura**
**7101 5th Ave NE**
**Sauk Rapids, Minnesota 56379-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brander, Stacey**
**1312 Griggs St SE**
**Grand Rapids, Michigan 49507-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brandon, Jada**
**962 Maple Drive**
**Memphis, Tennessee 38108-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brandy, Micaela**
**87 Deerberry Drive**
**Magnolia, Delaware 19962-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brannock, Kristen**
**500 Cascade Falls Lane**
**Apt. 207**
**Durham, North Carolina 27713-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brant, Richard**
**9528 Spanish Moss Lane**
**Sun City, Arizona 85373-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brantley, Antarnisear**
**311 Scott Street Apt# 118**
**Atlanta, Georgia 30311-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brantner, Nancy**
**1615 Freeman Rd**
**Hoffman Estates, Illinois 60192-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brasher, Victoria**
**336 Village Drive**
**Calera, Alabama 35040-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Braswell, Evan**
**304 SE Railroad Street**
**Bronte, Texas 76933-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bratcher, Brittny**
**7447 Towerview Lane**
**Missouri City, Texas 77489-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bravo, Michelle**
**18068 W Rimrock St**
**Surprise, Arizona 85388-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brawley, Sarah**
**511 Kerri Cove Court**
**Apt 103**
**Midlothian, Virginia 23113-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Braxton, Tanisha**
**142 Chapel Neck Road**
**North, Virginia 23128-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Breeding Insulation Company**
**2802 Sheridan Street**
**Knoxville, TN 37921**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Breene, Jerri**
**18140 Westminster Dr**
**Lake Oswego, Oregon 97034-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |

Name

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bregoli, Anne**
**116 Monatiquot Ave**
**Braintree, Massachusetts 02184-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Breitner, Emily**
**5743 SIGLER RD**
**South Rockwood, Michigan 48179-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BRENNAN EQUIPMENT AND**
**MANUFACTURING, INC**
**730 Central Avenue**
**University Park, IL 60484**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brennan, Carole**
**404 Mineral Ave**
**Bozeman, Montana 59718-0000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Breon, Amanda**
**1182 Palmwood Ct**
**Arnold, Maryland 21012-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Breuer, Logan**
**39303 215th Avenue**
**Goodhue, Minnesota 55027-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brewer, Adam**
**7924 Martin Bluff Road**
**Gautier, Mississippi 39553-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.922**   Nonpriority creditor's name and mailing address

**Brewer, Melinda**
**7853 S. Joplin Ave**
**Tulsa, Oklahoma 74136-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.923**   Nonpriority creditor's name and mailing address

**Brewer, Tracy**
**3002 Rib Mountain Way**
**Wausau, Wisconsin 54401-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.924**   Nonpriority creditor's name and mailing address

**Brewster, Jill**
**122 North Berwick Lane**
**Franklin, Tennessee 37069-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.925**   Nonpriority creditor's name and mailing address

**Brewster-McCarthy, Wayne**
**2010 Spencer Oaks Lane**
**Lithonia, Georgia 30058-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.926**   Nonpriority creditor's name and mailing address

**Bridger Orthopedic and Sports Medicine P**
**P.O Box 17177**
**Belfast, ME 04915**

Date(s) debt was incurred  **4/1/2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.927**   Nonpriority creditor's name and mailing address

**Bridgers & Paxton Consulting Engineering**
**4600-C Montgomery Boulevard NE**
**Albuquerque, NM 87109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.928**   Nonpriority creditor's name and mailing address

**Bridges, Melissa**
**8536 N Eastern Ave**
**Kansas City, Missouri 64157-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.929**

**Nonpriority creditor's name and mailing address**
**Bridges-Owens, Jacqueline**
**279 Hoxie Avenue**
**Calumet City, Illinois 60409-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.930**

**Nonpriority creditor's name and mailing address**
**Bridgford, Ashley**
**705 Moraine Ct, Apt 103**
**Virginia Beach, Virginia 23455-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.931**

**Nonpriority creditor's name and mailing address**
**Bright, Ariel**
**4400 Wakefield Dr**
**Virginia Beach, Virginia 23455-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.932**

**Nonpriority creditor's name and mailing address**
**Brill, Pamela**
**437 E Kaliste Saloom #6**
**Lafayette, Louisiana 70508-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.933**

**Nonpriority creditor's name and mailing address**
**Brillantino, Joseph**
**42 Page Lane**
**Westbury, New York 11590-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.934**

**Nonpriority creditor's name and mailing address**
**Brinkley, Monika**
**603 cobblestone circle**
**newport news, Virginia 23608-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.935**

**Nonpriority creditor's name and mailing address**
**Brinson, David**
**768 Dorchester Court**
**Smyrna, Delaware 19977-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|--------|------------------------------------------|--------------------------|---------------------|
| | Name | | |

---

**3.936** | Nonpriority creditor's name and mailing address

**Briscoe, Colleen**
**1210 S. Parkside Dr**
**Palatine, Illinois 60067-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.937** | Nonpriority creditor's name and mailing address

**Briski, Felicia**
**2310 Hamilton-Middletown Road**
**Hamilton, Ohio 45011-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.938** | Nonpriority creditor's name and mailing address

**Briski, Melissa**
**2310 Hamilton-Middletown Rd**
**Hamilton, Ohio 45011-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.939** | Nonpriority creditor's name and mailing address

**Brissette, Christina**
**1306 South Hanover Street**
**Baltimore, Maryland 21230-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.940** | Nonpriority creditor's name and mailing address

**Brisson, Marianne**
**5439 Nw 5th Ct**
**Miami, Florida 33127-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.941** | Nonpriority creditor's name and mailing address

**Bristlecone, Inc**
**10 Almaden Boulevard Suite 600**
**San Jose, CA 95113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.942** | Nonpriority creditor's name and mailing address

**Britt, Earl**
**1312 Cobblestone Road**
**Dayton, Ohio 45432-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.943** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Brittin, Averie**
**704 Melvin Road**
**Telford, Pennsylvania 18969-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.944** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Britton, Tobie**
**5702 Fair Forest Dr**
**Houston, Texas 77088-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.945** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Brixius, Jessa**
**1904 Main Street NW**
**Elk River, Minnesota 55330-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.946** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Broadhead Jr, Robert**
**1101 S Quinlan Park Rd**
**Austin, Texas 78732-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.947** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$121.40**

**Broadwater Health Center**
**110 N Oak Street**
**Townsend, MT 59644**

Date(s) debt was incurred  6/1/2020
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.948** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Brock, Ekayi**
**401 Rosewood Drive**
**Belleville, Illinois 62223-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.949** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Brock, Lindsay**
**1779 Goldsboro Lane**
**Crystal Lake, Illinois 60014-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brockmeyer, James**
**18304 94th Ave NE**
**Bothell, Washington 98011-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brom, Barbara**
**1560 S. Queen Street**
**Lakewood, Colorado 80232-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bronzie, Angela**
**3216 Grischy Lane**
**Cincinnati, Ohio 45208-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brookfield SD 95**
**3724 Prairie Ave**
**Brookfield, IL 60513**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brooks, Angie**
**2800 Tranquility Lk Blvd**
**#5306 P.O. Box 841213**
**Pearland, Texas 77584-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brooks, Artelia**
**8352 S Ellis**
**Apt 201**
**Chicago, Illinois 60619-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brooks, Ashley**
**3130 North Lake Shore Dr #1004**
**Chicago, Illinois 60657-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brooks, Bobbie**
**1339 Mack Road**
**Asheboro, North Carolina 27205-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brooks, Brandie**
**522 Riverwood Dr**
**Dallas, Georgia 30157-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brooks, Jasmine**
**10 Hertel Ave, #1304**
**Buffalo, New York 14207-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brooks, Pamela**
**56 Lakeview Terrace Drive**
**Altoona, Florida 32702-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brooks, Rebecca**
**9 Horizon Drive**
**Simpsonville, South Carolina 29681-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brooks, Sandra**
**6314 Gladewell Drive**
**Houston, Texas 77072-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brooks, TaMar**
**3918 Atascocita rd apt 1512**
**Humble, Texas 77396-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.964**

Nonpriority creditor's name and mailing address

**Brooks, Tiffany**
**1740 Sotogrande Blvd #117**
**Hurst, Texas 76053-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.965**

Nonpriority creditor's name and mailing address

**Brooks-Dupla, Brandale**
**1067 Gladstone Dr**
**League City, Texas 77573-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.966**

Nonpriority creditor's name and mailing address

**Brooks-TLC Hospital System**
**529 Central Ave**
**Dunkirk, NY 14048**

Date(s) debt was incurred  **3/17/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**$10.50**

---

**3.967**

Nonpriority creditor's name and mailing address

**Brookwood School District 167**
**201 East Glenwood-Dyer Road**
**Glenwood, IL 60425**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.968**

Nonpriority creditor's name and mailing address

**Broshear, Amie**
**2518 Crosspark Drive**
**Murfreesboro, Tennessee 37129-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.969**

Nonpriority creditor's name and mailing address

**Broughton, Allen**
**1235 Dublin Ct**
**Woodstock, Illinois 60098-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.970**

Nonpriority creditor's name and mailing address

**Broughton, Sheila**
**1142 Billy Kirk RD**
**Heath Springs, South Carolina 29058-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.971**

**Nonpriority creditor's name and mailing address**
**Brown & Crouppen**
**211 N. Broadway**
**St. Louis, MO 63102**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.972**

**Nonpriority creditor's name and mailing address**
**Brown Dorsey, Tracy**
**981 WINNING COLORS**
**WILMER, Texas 75172-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.973**

**Nonpriority creditor's name and mailing address**
**Brown, Allison**
**1005 13th Street**
**Highland, Illinois 62249-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.974**

**Nonpriority creditor's name and mailing address**
**Brown, Angelica**
**PO Box 2746**
**Gary, Indiana 46403-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.975**

**Nonpriority creditor's name and mailing address**
**Brown, Bialajah**
**11 Mistywood Circle A**
**Lutherville Timonium, Maryland 21093-000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.976**

**Nonpriority creditor's name and mailing address**
**Brown, Blake**
**328 Walton Lane**
**Madison, Tennessee 37115-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.977**

**Nonpriority creditor's name and mailing address**
**Brown, Bria**
**12613 Seattle Slew Dr. 3307**
**Houston, Texas 77065-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.978**

**Nonpriority creditor's name and mailing address**
**Brown, Carolin**
**5402 Kermit**
**Flint, Michigan 48505-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.979**

**Nonpriority creditor's name and mailing address**
**Brown, Carrie**
**2158 Mirasol Dr**
**Winter Haven, Florida 33881-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.980**

**Nonpriority creditor's name and mailing address**
**Brown, Cassondra**
**2259 Doris Drive**
**Decatur, Georgia 30034-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.981**

**Nonpriority creditor's name and mailing address**
**Brown, Chantay**
**101 Aspen Court**
**Prince George, Virginia 23875-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.982**

**Nonpriority creditor's name and mailing address**
**Brown, Clarisa**
**17421 NE 32nd St**
**Vancouver, Washington 98682-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.983**

**Nonpriority creditor's name and mailing address**
**Brown, Courtney**
**3801 Dina Terrace**
**#10**
**Cheviot, Ohio 45211-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.984**

**Nonpriority creditor's name and mailing address**
**Brown, Darryl**
**15533 North Nemo Ct.**
**Bowie, Maryland 20716-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.985**

**Nonpriority creditor's name and mailing address**

**Brown, Deborah**
**9841 Jefferson Pkwy**
**Apartment A3**
**Englewood, Colorado 80112-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.986**

**Nonpriority creditor's name and mailing address**

**Brown, Debra**
**1S291 Ingersoll Lane**
**Villa Park, Illinois 60181-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.987**

**Nonpriority creditor's name and mailing address**

**Brown, Devon**
**105 - Fourth Ave #402**
**Murfreesboro, Tennessee 37130-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.988**

**Nonpriority creditor's name and mailing address**

**Brown, Jasmine**
**79 Swanson Parkway**
**Portsmouth, Virginia 23704-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.989**

**Nonpriority creditor's name and mailing address**

**Brown, Jason**
**5362 Hannah View Dr**
**Fairfield, Ohio 45014-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.990**

**Nonpriority creditor's name and mailing address**

**Brown, Johnathan**
**400 Palisides Drive**
**Aberdeen, North Carolina 28315-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.991**

**Nonpriority creditor's name and mailing address**

**Brown, LaTasha**
**1021 Windgrove Trail**
**Maitland, Florida 32751-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brown, Lisa**
**1890 Arden Drive**
**Allison Park, Pennsylvania 15101-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brown, Marie**
**2214 W. Waren Blvd**
**Chicago, Illinois 60612-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brown, Melissa**
**118 Norman RD**
**Magee, Mississippi 39111-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brown, Nadia**
**2505 Bender Road**
**#60**
**Texarkana, Texas 75501-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brown, Patricia**
**336 Ogden Road**
**Apt A**
**Wenonah, New Jersey 08090-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brown, Sandra**
**6170 Silberman Drive**
**San Jose, California 95120-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brown, Sheila**
**800 Pleasant Street**
**Henrico, Virginia 23075-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Brown, Shelley**
**1258 Stage Rd**
**Guilford, Vermont 05301-8720**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Brown, Terese**
**3625 East Ray Road**
**Apt. 2002**
**Phoenix, Arizona 85044-0000**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Brown, Timothy**
**1100 Crestview Dr**
**Batavia, Illinois 60510-0000**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Brown-Jackson, Yolanda**
**234 Ingleside**
**Glenwood, Illinois 60425-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Brown-Ransom, Denise**
**3743 e market**
**Apt 108**
**Warren, Ohio 44484-0000**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Browne, Antia**
**1413 Charlsetown Dr**
**Edgewood, Maryland 21040-0000**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Brubaker, Steven**
**7 Stevens Road**
**P.O. Box 122**
**Stevens, Pennsylvania 17578-0000**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Interactive Health Solutions, Inc.**
Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.100 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brulin Holding Company, Inc.**
**2920 Dr Andrew J. Brown Avenue**
**indianapolis, IN 46290**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brumfield, LaBria**
**15535 Riverdale Ave. E**
**Baton Rouge, Louisiana 70816-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brunet, Heather**
**116 Casa Dr**
**Gray, Louisiana 70359-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bryan Cave Leighton Paisner**
**211 North Broadway**
**St. Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bryan City Schools**
**1350 Fountain Grove**
**Bryan, OH 43506**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BRYAN EQUIPMENT SALES**
**457 Wards Corner Rd**
**Loveland, OH 45140**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bryan, Rosayln**
**4244 121st Road**
**Rock, Kansas 67131-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Interactive Health Solutions, Inc.**

Name

Case number (if known)  **20-11530 (BLS)**

---

| 3.101 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bryant, Angelique**
**111 w 48 st**
**Philadelphia, Pennsylvania 19138-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bryant, Breelon**
**4218 Tela Drive**
**Moss Point, Mississippi 39563-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bryant, LeShawn**
**10047 S. Aberdeen**
**Chicago, Illinois 60643-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bryant, Marshae**
**1045 Wycomb Drive**
**Florissant, Missouri 63033-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bryant, Otis**
**7221 S Hermitage**
**Chicago, Illinois 60636-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Brymer, Rita**
**5711 Sinking Creek Rd**
**Greenback, Tennessee 37742-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bryner, Summar**
**770 Bonnie Brae Ave SE**
**Warren, Ohio 44484-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.102 0 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bucci, Ryan**
**128 Puritan Ave**
**Cranston, Rhode Island 02920-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 1 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bucher, Callie**
**5711 W Hills Rd**
**Fort Wayne, Indiana 46804-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 2 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Buck, Travis**
**7414 Shady Hollow Lane**
**San Antonio, Texas 78255-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 3 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Buckeye Elementary School District #33**
**25555 West Durango**
**Buckeye, AZ 85326**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 4 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Buckeye Union High School District**
**1000 E Narramore**
**Buckeye, AZ 85326**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 5 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Buckman, Jeannie**
**4571 Doncaster Dr**
**Ellicott City, Maryland 21043-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 6 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Budd Van Lines, Inc.**
**24 Schoolhouse Rd.**
**Somerset, NJ 08875**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Interactive Health Solutions, Inc.**
_____    Case number (if known)    **20-11530 (BLS)**
Name

---

| 3.102 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Budin, Rebecca**
**93 Brauncroft Lane**
**Amherst, New York 14226-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Buehrle, Jessica**
**2040 Alemany Blvd**
**San Francisco, California 94112-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Buenger, Tiffany**
**2751 Hennepin Ave S #118**
**Minneapolis, Minnesota 55408-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Buffalo Wire Works**
**1165 Clinton St**
**Buffalo, NY 14206**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Buffaloe, Patrechia**
**7134 Gregory Drive**
**Norfolk, Virginia 23513-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Buffington, Carmen**
**1920 Gunbarrel Rd**
**Apt. 416**
**Chattanooga, Tennessee 37421-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Buggs, Jamon**
**27825 Maywood Bend Drive**
**Menifee, California 92585-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.103 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Buhler Group**
**8170 33rd Ave. South**
**Minneapolis, MN 55425**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Builder, Kristi**
**2026 E. Evans Dr.**
**Phoenix, Arizona 85022-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Builtech Service LLC**
**1834 Walden Office Square #350**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Buko, Martha**
**5621 Selby Court**
**Worthington, Ohio 43085-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bulgerin, Keith**
**5129 Laurel Lane**
**N Richland Hills, Texas 76180-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bullhead City Elementary School District**
**1004 Hancock Road**
**Bullhead City, AZ 86442**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bullock, Kelli**
**232 Yellow Jacket Ridge**
**Clayton, North Carolina 27520-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.104 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bunge Loders Croklaan (formerly IOI LODE**
**24708 W. Durkee Road**
**Channahon, IL 60410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.104 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bunns, Lauren**
**411 Kettering Drive**
**Upper Marlboro, Maryland 20774-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.104 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Burbank SD 111**
**7600 S. Central**
**Burbank, IL 60459**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.104 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Burgdorfer, Mark**
**122 Taylor Meadow Drive**
**Oxford, Mississippi 38655-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.104 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Burgess, Josh**
**2416 Deerfield St**
**Springfield, MO, Missouri 65807-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.104 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Burgess, William**
**11156 Cedar Lane**
**Bealeton, Virginia 22712-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.104 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Burington, Michelle**
**419 Wisconsin Street**
**Waupaca, Wisconsin 54981-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.104 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Burke, Julie**
**307 S. Reynods St, Apt 305**
**Alexandria, Virginia 22304-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Burke, Marcenia**
**205 Lee Street #402**
**Gaithersburg, Maryland 20877-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Burns, Annemarie**
**5787 Mission Center Road**
**Unit 201**
**San Diego, California 92108-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Buro Happold Consulting Engineers PC**
**100 Broadway 23rd Floor**
**New York, NY 10005**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Burr Ridge CCSD180**
**15 W 451 91st Street**
**Burr Ridge, IL 60527**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Burr, Emily**
**7514 Grackle Drive**
**Cypress, Texas 77433-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Burrell, Kayla**
**6558 Shaffers Way**
**Lithonia, Georgia 30058-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

**Burrus, Heather**
**2100 N H St**
**Midland, Texas 79705-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

**Burton, Celester**
**10500 S Normal Ave**
**Chicago, Illinois 60628-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.105 7**

**Nonpriority creditor's name and mailing address**

**Burton, Julie**
**4261 Stanhope Kelloggsville Rd**
**Andover, Ohio 44003-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

**Burton, Kelly**
**5277 Se 39th Loop**
**Ocala, Florida 34480-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

**Burton, Tara**
**205 E High St**
**Monticello, Illinois 61856-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

**Burton, Valerie**
**702 Wright Ave**
**McHenry, Illinois 60051-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

**Busalacchi, Katherine**
**2746 Kingsview Avenue**
**Easton, Pennsylvania 18045-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.106<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Busari, Adeola**
**1608 Memorial Drive**
**APT 1**
**Calument City, Illinois 60409-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bussie, Michele**
**124 Amelia Way**
**Owings Mills, Maryland 21117-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bustos, Anthony**
**3209 S IH 35 APT 1102**
**Austin, Texas 78741-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Butcher, Maame-Esi**
**8132 Aspenwood Way**
**Jessup, Maryland 20794-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Butler Health Plan**
**400 North Erie Blvd.**
**Suite B.**
**Hamilton, OH 45011**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Butler, Ebony**
**4221 Belvieu**
**Baltimore, Maryland 21215-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Butler, Eugene**
**6116 Daleshire Drive**
**North Chesterfield, Virginia 23234-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.1069**

**Nonpriority creditor's name and mailing address**

**Butler, Lakesha**
**12123 Kings Creek Ct**
**Carrollton, Virginia 23314-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1070**

**Nonpriority creditor's name and mailing address**

**Butner, Eleanor**
**2522 Huntington Rd**
**Charlottesville, Virginia 22901-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1071**

**Nonpriority creditor's name and mailing address**

**Butterfield, Meghan**
**455 Riverside Dr**
**Crystal Lake, Illinois 60014-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1072**

**Nonpriority creditor's name and mailing address**

**Butterman, Rachel**
**2026 Bonnycastle Ave**
**Louisville, Kentucky 40205-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1073**

**Nonpriority creditor's name and mailing address**

**Buuck, Angela**
**2690 CR 64**
**Auburn, Indiana 46706-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1074**

**Nonpriority creditor's name and mailing address**

**Buyak, Iryna**
**4182 Cove Lane**
**Apt F**
**Glenview, Illinois 60025-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1075**

**Nonpriority creditor's name and mailing address**

**Buzdugan, Miriam**
**1534 N River West Ct. Apt 3B**
**Mount Prospect, Illinois 60056-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|--------|-----------------------------------|------------------------|----------------|
| | Name | | |

---

**3.107 6**

**Nonpriority creditor's name and mailing address**
**BWI Companies**
**1355 North Kings Highway**
**Nash, TX 75569**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**
**Bynum, Kie**
**41 Broadway**
**York, Maine 03909-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**
**Bynum, Tammy**
**2628 Brookvalley Ln**
**Grand Prairie, Texas 75052-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**
**Byrd, Jennifer**
**2017 Parkview Drive**
**Jackson, Mississippi 39553-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**
**Byrd, Rhonda**
**508 OAK Street**
**Cincinnati, Ohio 45216-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**
**Byrne, Cynthia**
**6248 King Graves Road**
**Fowler, Ohio 44418-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.108 2**

**Nonpriority creditor's name and mailing address**
**Byrne, Robin**
**2107 W Summerdale Av**
**Chicago, Illinois 60625-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor   **Interactive Health Solutions, Inc.**                          Case number (if known)   **20-11530 (BLS)**

Name

| 3.108 3 | **Nonpriority creditor's name and mailing address**<br>**Byron CUSD 226**<br>**696 North Colfax Street**<br>**Byron, IL 61010**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.108 4 | **Nonpriority creditor's name and mailing address**<br>**Byron, April**<br>**24 Leighton Farm Road**<br>**Scarborough, Maine 04074-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.108 5 | **Nonpriority creditor's name and mailing address**<br>**Byron, Wanda**<br>**252 Makenna Dr**<br>**Hampton, Georgia 30228-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.108 6 | **Nonpriority creditor's name and mailing address**<br>**C & D Zodiac, Inc.**<br>**5701 Bolsa Ave.**<br>**Huntington Beach, CA 92647**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.108 7 | **Nonpriority creditor's name and mailing address**<br>**C&N**<br>**90-92 Main Street, PO Box 58**<br>**Wellsboro, PA 16901**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.108 8 | **Nonpriority creditor's name and mailing address**<br>**C.H. Guenther & Son, Inc.**<br>**2201 Broadway Street**<br>**San Antonio, TX 78215**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.108 9 | **Nonpriority creditor's name and mailing address**<br>**C.H. Robinson**<br>**14701 Charlson Road**<br>**Eden Prairie, MN 55347**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1090**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| C.R.T.S., Inc.<br>3301 Integrity Drive<br>Garner, NC 27529 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Vendor / Other</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1091**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| Caballero, Amanda<br>18200 Blanco Springs<br>Apt 2027<br>San Antonio, Texas 78258-0000 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Wages / Other</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1092**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| Cabezas, Michelle<br>12700 FM 1960 Road W.<br>#1204<br>Houston, Texas 77065-0000 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Wages / Other</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1093**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| Cabiness, Adrienne<br>2926 Dodier Street<br>Saint Louis, Missouri 63107-0000 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Wages / Other</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1094**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| Cabrera, Bianca<br>2874 Sorrel Row<br>Lake in the Hills, Illinois 60156-0000 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Wages / Other</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1095**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| Cacioppo, Anthony<br>1403 S. Division Avenue<br>Unit B<br>Boise, Idaho 83706-0000 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Wages / Other</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1096**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| Cadaret Grant & Co. Inc.<br>1 Lincoln Rd FL 5<br>Syracuse, NY 13212-3612 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Vendor / Other</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.109 7**

**Nonpriority creditor's name and mailing address**
**Cadbury at Lewes**
**17028 Cadbury Circle**
**Lewes, DE 19958**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109 8**

**Nonpriority creditor's name and mailing address**
**Cadillac Products Automotive**
**29784 Little Mac**
**Roseville, MI 48066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109 9**

**Nonpriority creditor's name and mailing address**
**Caelwarts, Tyler**
**6985 Allen Rd**
**Oconto, Wisconsin 54171-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 0**

**Nonpriority creditor's name and mailing address**
**Cahill, Stephanie**
**507 Little Lake Ct**
**Winter Haven, Florida 33884-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 1**

**Nonpriority creditor's name and mailing address**
**Cain Watters & Associates, PLLC**
**6900 N. Dallas Parkway, suite 500**
**Plano, TX 75024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 2**

**Nonpriority creditor's name and mailing address**
**Cain, Melissa**
**8068 Phoebe Way**
**Citrus Heights, California 95610-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 3**

**Nonpriority creditor's name and mailing address**
**Cain, Natasha**
**575 fifth ave f2**
**Conway, Arkansas 72032-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.110 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Caine, Thea**
**1100 Holladay Street**
**Portsmouth, Virginia 23704-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cakebread Cellars**
**8300 St. Helena Hwy**
**Rutherford, CA 94573**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Calabrese, Kurt**
**10230 Tuscan Sun Drive**
**Las Vegas, Nevada 89178-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Calderara, Dawn**
**1422 Deering Center Road**
**Deering, New Hampshire 03244-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Caldwell Manufacturing Company**
**2605 Manitou Rd Ste 100**
**Rochester, NY 14624-1199**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Caldwell, Chloe**
**900 Riverbend Dr**
**Lancaster, Texas 75146-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Calef, Lindsay**
**36 Pillsbury Lane**
**Georgetown, Massachusetts 01915-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

**3.111**
**1**

**Nonpriority creditor's name and mailing address**
**Calhoun, Annemarie**
**23 A South Commons**
**Lincoln, Massachusetts 01773-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**2**

**Nonpriority creditor's name and mailing address**
**Calhoun, Cheryl**
**2365 Shoemaker Ct**
**Indianapolis, Indiana 46229-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**3**

**Nonpriority creditor's name and mailing address**
**California Department of Tax & Fee Admin**
**PO Box 942879**
**Sacramento, CA 94279-0055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**4**

**Nonpriority creditor's name and mailing address**
**Call One**
**225 W Wacker Drive**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**5**

**Nonpriority creditor's name and mailing address**
**Call, Andrew**
**102 Spring Brook Dr**
**Bristol, Tennessee 37620-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**6**

**Nonpriority creditor's name and mailing address**
**Call, Nan**
**1543 Mirabella Way**
**Fruit Heights, Utah 84037-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**7**

**Nonpriority creditor's name and mailing address**
**Callaghan, Tiffany**
**1929 Fabien Circle**
**Viera, Florida 32940-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.111 8**

**Nonpriority creditor's name and mailing address**

**Callaway, Twana**
**6488 Woodrow Road**
**Lithonia, Georgia 30038-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

**Calumet Public School District 132**
**1440 West Vermont Street**
**Calumet Park, IL 60827**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

**Calvin B Taylor Bank**
**24 N. Main Street**
**Berlin, MD 21811**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

**Camacho, Ariana**
**5505 Cornwall Ave**
**Riverside, California 92506-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 2**

**Nonpriority creditor's name and mailing address**

**Camaya, Khariza**
**546 Knights Circle**
**Vallejo, California 94591-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

**Camden County**
**520 Market Street**
**Camden, NJ 08073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

**Camerlingo, Christina**
**692 Summit Ave, Apt 3F**
**Jersey City, New Jersey 07306-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

**Cameron, Wesley**
**18 Mitchell Cir.**
**Greenbrier, Arkansas 72058-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

**Cammllarie, Lori Ann**
**9809 Tumbleweed Blvd**
**Fort Wayne, Indiana 46825-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 7**

**Nonpriority creditor's name and mailing address**

**Camp Verde Unified School District**
**410 Camp Lincoln**
**Camp Verde, AZ 86322**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

**Campbell, Amy**
**854 Opoddum Creek Rd**
**Victor, West Virginia 25938-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

**Campbell, John**
**6408 South Mason Avenue**
**Tacoma, Washington 98409-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 0**

**Nonpriority creditor's name and mailing address**

**Campbell, Kristin**
**436 Willow Glen**
**Addison, Illinois 60101-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 1**

**Nonpriority creditor's name and mailing address**

**Campbell, La'Daisha**
**1844 Blue Knob**
**Virginia Beach, Virginia 23464-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.113 2**

**Nonpriority creditor's name and mailing address**
**Campbell, Laurie**
**31 Sturbridge Lane**
**East Longmeadow, Massachusetts**
**01028-000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 3**

**Nonpriority creditor's name and mailing address**
**Campbell, Maria**
**4222 E San Gabriel Ave**
**Phoenix, Arizona 85044-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 4**

**Nonpriority creditor's name and mailing address**
**Campbell, Shari**
**5717 Taylor St**
**Hollywood, Florida 33021-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 5**

**Nonpriority creditor's name and mailing address**
**Campbell, ShawnToria**
**14529 Murray**
**Dolton, Illinois 60419-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 6**

**Nonpriority creditor's name and mailing address**
**Campos, Janette**
**2836 Riley Ridge Rd**
**Holland, Michigan 49424-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 7**

**Nonpriority creditor's name and mailing address**
**Campos, Lauren**
**1819 Riggs Place Nw #1 2 base**
**Washington, District of Columbia 20009-0**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 8**

**Nonpriority creditor's name and mailing address**
**Canady, Renee**
**3122 Fairview Ave**
**Logansport, Indiana 46947-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.113 9**

Nonpriority creditor's name and mailing address

**Canales, Bethany**
**N67 W23667 Linda Drive**
**Sussex, Wisconsin 53089-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114 0**

Nonpriority creditor's name and mailing address

**Canales, Katy**
**24 Eugene Street**
**Melville, New York 11747-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114 1**

Nonpriority creditor's name and mailing address

**Canas, Flora**
**6224 State Highway 359**
**Alice, Texas 78332-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114 2**

Nonpriority creditor's name and mailing address

**Candlelight Cabinetry, Inc.**
**24 Michigan Street**
**Lockport, NY 14094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114 3**

Nonpriority creditor's name and mailing address

**Canjura, Luis**
**6 Michael Lane**
**American Canyon, California 94503-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114 4**

Nonpriority creditor's name and mailing address

**Cannister, Jessica**
**321 West Palm St**
**Enid, Oklahoma 73701-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114 5**

Nonpriority creditor's name and mailing address

**Cannizzo, Sandra**
**PO BOX 999**
**Green Valley, Arizona 85622-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.114 6**

**Nonpriority creditor's name and mailing address**
**Cannon Safe, Inc.**
**6680 Surrey Street**
**Las Vegas, NV 89119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 7**

**Nonpriority creditor's name and mailing address**
**Cannon, Lindsay**
**13070 SW Barlow Rd**
**Beaverton, Oregon 97008-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**
**Cannon, Michael**
**308 El Paso Ln**
**Carol Stream, Illinois 60188-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**
**Cannon, Tywanda**
**P.O. Box 48**
**4440 Highway 956**
**Ethel, Louisiana 70730-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**
**Canon Financial Services**
**14904 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  **4/11/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$37,170.79**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**
**Canon Financial Solutions**
**158 Gaither Drive, Suite 200**
**P.O. Box 5008**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**
**Canon Solutions America, Inc.**
**15004 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  **5/23/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$14,013.83**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.115 3**

**Nonpriority creditor's name and mailing address**

**Canterbury, Joyce**
**302 Johnson Road**
**Collegeville, Pennsylvania 19426-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 4**

**Nonpriority creditor's name and mailing address**

**Canton-Potsdam Hospital**
**50 Leroy Street**
**Potsdam, NY 13676**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 5**

**Nonpriority creditor's name and mailing address**

**Cantrell, Tonya**
**461 Cardinal Street**
**Inman, South Carolina 29349-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

**Canzonieri, Amanda**
**2115 Copper Top Court**
**Charlotte, North Carolina 28214-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 7**

**Nonpriority creditor's name and mailing address**

**Capacci, Kathleen**
**4037 32nd Ave West**
**Seattle, Washington 98199-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

**Capelli, Katie**
**79 Springfield Circle**
**Middletown, Delaware 19709-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

**Capital Health Services**
**5020 Philadelphia Drive**
**Dayton, OH 45415**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

**Capital Management**
**698 1/2 South Ogden Street**
**Buffalo, NY 14206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

**Capitol Dealerships, Inc., dba Capitol T**
**783 Auto Group Ave NE**
**Salem, OR 97301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.116 2**

**Nonpriority creditor's name and mailing address**

**Caplan, Lauren**
**145 Lowell Avenue**
**Newtonville, Massachusetts 02460-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

**Capri, Charms**
**1507 9th Street**
**#3**
**Oregon City, Oregon 97045-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.116 4**

**Nonpriority creditor's name and mailing address**

**Capstone Benefits Consulting LLC - Maste**
**1100 Brampton Avenue, Suite N**
**Statesboro, GA 30458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

**Cara, Devin**
**2430 Cromwell Cir, #912**
**Austin, Texas 78741-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

**CARAUSTAR**
**555 N. Tripp**
**Chicago, IL 60624**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

| 3.116 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carbaugh, Alisha**
**6912 S 234th East Ave**
**6912 S 234th East Ave**
**Broken Arrow, Oklahoma 74014-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carbon County**
**17 West 11th - PO Box 887**
**Red Lodge, MT 59068**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Card, Kathryn**
**10511 Mary Street**
**Omaha, Nebraska 68122-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cardinal Distributing Company**
**269 Jackrabbit Lane**
**Bozeman, MT 59718**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cardoza, Edward**
**7640 W. Claremont St.**
**Glendale, Arizona 85303-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Careaga, Christine**
**880 New Jersey Ave SE #1025**
**Washington, District of Columbia 20003-0**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Caribou Memorial Hospital**
**300 S 3rd W,**
**Soda Springs, ID 83276**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.117 4**

**Nonpriority creditor's name and mailing address**

**Carl Marks Advisory Group**
**900 Third Ave**
**33rd Floor**
**New York, NY 10022**

Date(s) debt was incurred  **5/31/2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$9,062.50**

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

**CARLE**
**PO Box 4024**
**Champaign, IL 61824**

Date(s) debt was incurred  **5/1/2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$515.00**

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

**Carlin, Brittany**
**681 Shunpike Rd**
**Green Village, New Jersey 07935-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 7**

**Nonpriority creditor's name and mailing address**

**Carlin, Mariah**
**2412 Kapalua Pl**
**Pflugerville, Texas 78660-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

**Carlomagno, Maureen**
**605 Hawthorne Lane**
**Charlotte, North Carolina 28204-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

**Carlson, Kenneth**
**3412 S. Jebel Ct.**
**Aurora, Colorado 80013-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

**Carlson, Kevin**
**216 Pinecroft Drive**
**Roselle, Illinois 60172-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.118**
**1**

**Nonpriority creditor's name and mailing address**
**Carlson, Teresa**
**1091 Creekside dr.**
**Derby, New York 14047-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.118**
**2**

**Nonpriority creditor's name and mailing address**
**Carmadelle, Leslie**
**4600 Purdue**
**Metairie, Louisiana 70002-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.118**
**3**

**Nonpriority creditor's name and mailing address**
**Carnes, Debbie**
**778 Doty Dr**
**Wadsworth, Ohio 44281-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.118**
**4**

**Nonpriority creditor's name and mailing address**
**Carney, Karlin**
**325 Westmoreland Avenue**
**Syracuse, New York 13210-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.118**
**5**

**Nonpriority creditor's name and mailing address**
**Carosi, Kimberly**
**571 Live Oak Lane**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.118**
**6**

**Nonpriority creditor's name and mailing address**
**Carr, Jamie**
**1015 Oakcrest St**
**APT H5**
**Iowa City, Iowa 52246-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.118**
**7**

**Nonpriority creditor's name and mailing address**
**Carr, Minne**
**14424 San Francisco Ave**
**Posen, Illinois 60469-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.118 8**

**Nonpriority creditor's name and mailing address**
**Carr, Vaneesia**
**2212 O'Fallon Lakes Drive**
**O'Fallon, Missouri 63366-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118 9**

**Nonpriority creditor's name and mailing address**
**Carrera, Laura**
**310 Stonehurst Ln**
**Roselle, Illinois 60172-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 0**

**Nonpriority creditor's name and mailing address**
**Carrion, Michelle**
**4306 Biel Court**
**Kissimmee, Florida 34746-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 1**

**Nonpriority creditor's name and mailing address**
**CARRIS REELS**
**49 Main Street**
**Proctor, VT 05765**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 2**

**Nonpriority creditor's name and mailing address**
**Carrizalez, Grecia**
**16726 Grant Street**
**Victorville, California 92395-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 3**

**Nonpriority creditor's name and mailing address**
**CARROLL COLLEGE**
**1601 N. Benton Ave**
**Helena, MT 59601**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 4**

**Nonpriority creditor's name and mailing address**
**Carroll, Amie**
**8108 Aspen Avenue Ne**
**Alburquerque, New Mexico 87110-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.119 5**

**Nonpriority creditor's name and mailing address**
**Carroll, Jaime**
**746 W. 3200 S.**
**Bountiful, Utah 84010-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.119 6**

**Nonpriority creditor's name and mailing address**
**Carroll, Kelley**
**849 N Crestway**
**Wichita, Kansas 67208-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.119 7**

**Nonpriority creditor's name and mailing address**
**Carroll, Monica**
**29 Ramsdell Ave**
**Upper Right**
**Buffalo, New York 14216-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.119 8**

**Nonpriority creditor's name and mailing address**
**Carrotti, Marlene**
**15976 US HWY 60 East**
**Canyon, Arizona 85118-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.119 9**

**Nonpriority creditor's name and mailing address**
**Carter, Ashley**
**1706 Rebecca Court**
**Largo, Maryland 20774-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.120 0**

**Nonpriority creditor's name and mailing address**
**Carter, Jessica**
**924 Darda Court**
**Lexington, Kentucky 40515-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.120 1**

**Nonpriority creditor's name and mailing address**
**Carter, Kimberly**
**203 King St Carborro**
**Carrboro, North Carolina 27510-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.120
2**

**Nonpriority creditor's name and mailing address**

**Carter, Melody
2216 Maricopa Street
Torrance, California 90501-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120
3**

**Nonpriority creditor's name and mailing address**

**Carter, Monica
755 Rothwell Drive
Middletown, Delaware 19709-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120
4**

**Nonpriority creditor's name and mailing address**

**Carter, Patricia
120 Einstein Loop 7E
Bronx, New York 10475-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120
5**

**Nonpriority creditor's name and mailing address**

**Carter, Stephanie
CMR 450 Box 191
APO AE, Foreign 09705-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120
6**

**Nonpriority creditor's name and mailing address**

**Carter, Trina
1806 Oakbrok Ct.
Sauk Village, Illinois 60411-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120
7**

**Nonpriority creditor's name and mailing address**

**Carter, Wanda
6206 Queen Meadow Drive
Mableton, Georgia 30126-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120
8**

**Nonpriority creditor's name and mailing address**

**Carterby, Brittany
19941 Cornwall Lane
Hillsboro, Oregon 97124-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.120 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cartright, Brendalee**
**109 Patrick Street**
**Dumas, Arkansas 71639-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cartwright Elementary School District**
**5220 W. Indian School Road**
**Phoenix, AZ 85031**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Caruso, Maria**
**8924 ridge ln**
**orland hills, Illinois 60487-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Carusona, Sarah**
**2831 N Clark Unit 202**
**Chicago, Illinois 60657-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Carver, Jackie**
**11645 Dogwood Drive**
**Garfield, Arkansas 72732-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cary School District 26**
**2115 Crystal Lake Road**
**Cary, IL 60013**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Casa Dorinda**
**300 Hot Springs Road**
**Santa Barbara, CA 93108**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.121 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Casa Grande Union High School District**
**2730 N Trekell Rd**
**Casa Grande, AZ 85122**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Casarez, Samantha**
**148 S. State St.**
**Elgin, Illinois 60123-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cascade County**
**325 2nd Ave North**
**Great Falls, MT 59401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Casciotta, Alecia**
**3820 NW 58th Terrace**
**Oklahoma City, Oklahoma 73112-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CASE**
**22W600 Butterfield Road**
**Glen Ellyn, IL 60134**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Case, Katherine**
**100 Brookshade Circle**
**Garner, North Carolina 27529-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Casey Machine (HMNYS)**
**74 Ward Road**
**Lancaster, NY 14086**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

**3.122**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Casey, Marguerite**<br>**3131 SW 20th CT.**<br>**Fort Lauderdale, Florida 33312-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.122**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Casey, Tiffani**<br>**1822 Park Maple Dr**<br>**Katy, Texas 77450-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.122**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Cash, Brittani**<br>**353 East Park Creeke Lane**<br>**Apt D**<br>**Salt Lake City, Utah 84115-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.122**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Cash, Lindsey**<br>**2431 Almost Heaven Rd**<br>**Covington, Virginia 24426-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.122**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Cashwell, Katelyn**<br>**2092 S Sherwood Dr**<br>**Apt J77**<br>**Valdosta, Georgia 31602-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.122**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,039.30** |
|---|---|---|
| **CASO Document Management**<br>**3453 IH35N**<br>**Suite 215**<br>**San Antonio, TX 78219** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/1/2020 | | |
| Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.122**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Caspari, Shontel**<br>**140 Hainesport Drive**<br>**Lake Alfred, Florida 33850-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known) **20-11530 (BLS)**

---

**3.123 0**

**Nonpriority creditor's name and mailing address**
**Cassell, Kayla**
**1219 duke st apt B**
**portsmouth, Virginia 23704-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.123 1**

**Nonpriority creditor's name and mailing address**
**Cassettari, Rita**
**13046 N Desert Flora Lane**
**Marana, Arizona 85658-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.123 2**

**Nonpriority creditor's name and mailing address**
**Castagna, Heather**
**1612 N Kilpatrick Street**
**Portland, Oregon 97217-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.123 3**

**Nonpriority creditor's name and mailing address**
**Castaneda, Cristina**
**3271 Sul Ross #9**
**Houston, Texas 77098-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.123 4**

**Nonpriority creditor's name and mailing address**
**Castaneda, Fatima**
**13284 Phillippi Ave**
**Sylmar, California 91342-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.123 5**

**Nonpriority creditor's name and mailing address**
**Castaneda, Sergio**
**1707 Aquarena Springs #137**
**San Marcos, Texas 78666-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.123 6**

**Nonpriority creditor's name and mailing address**
**Castellanos, Jennifer**
**6133 W Evans Dr**
**Glendale, Arizona 85306-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|

Name

---

**3.123 7**

**Nonpriority creditor's name and mailing address**

**Castillo, Abigail**
**7726 Pipers View St.**
**San Antonio, Texas 78251-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123 8**

**Nonpriority creditor's name and mailing address**

**Castillo, Mirna**
**1906 E 92nd St, Apt 3**
**Los Angeles, California 90002-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123 9**

**Nonpriority creditor's name and mailing address**

**Castle, Chikira**
**625 61st St**
**Downers Grove, Illinois 60516-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 0**

**Nonpriority creditor's name and mailing address**

**Castor, Ashley**
**10 Plymouth Street**
**Cambridge, Massachusetts 02141-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 1**

**Nonpriority creditor's name and mailing address**

**Castrejon, Raul**
**1922 Athens St**
**Brownsville, Texas 78520-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 2**

**Nonpriority creditor's name and mailing address**

**Castro, Melanie**
**11001 Westminster Court**
**Fredericksburg, Virginia 22407-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 3**

**Nonpriority creditor's name and mailing address**

**Cat, Grumpy**
**123 Sunshine and Rainbows Way**
**Los Angeles, California 90029-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.124**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Catalina Foothills School District**<br>**2101 E River Road**<br>**Tucson, AZ 85718** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.124**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **CATCHALL SERVICES, INC.**<br>**299 Swan Drive**<br>**Centralia, IL 62801** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.124**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Cate, Kylie**<br>**1930 South Main Street**<br>**Jay, Oklahoma 74346-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.124**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Catholic Health**<br>**144 Genesee Street**<br>**Buffalo, NY 14203** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.124**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,820.00** |
|---|---|---|
| **Catholic Health- Dept Of Laboratory Serv**<br>**2157 Main Street**<br>**Buffalo, NY 14214** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **5/5/2020**<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.124**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **CATHOLIC ORDER OF FORESTERS**<br>**355 Shuman Boulevard**<br>**P O Box 3012**<br>**Naperville, IL 60566** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.125**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Catholic Partnership**<br>**795 Main Street**<br>**Buffalo, NY 14203** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.125**
**1**

**Nonpriority creditor's name and mailing address**

**Cattaraugus County**
**303 Court Street**
**Little Valley, NY 14755**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.125**
**2**

**Nonpriority creditor's name and mailing address**

**Caudillo, Ericka**
**2122 W Arthur Ave**
**Apt 1W**
**Chicago, Illinois 60645-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.125**
**3**

**Nonpriority creditor's name and mailing address**

**Causbie, Cynthia**
**19 Bartlett Road**
**Methuen, Massachusetts 01844-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.125**
**4**

**Nonpriority creditor's name and mailing address**

**Cauthon, Ericka**
**9938 Wethers Field Cir**
**Aubrey, Texas 76227-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.125**
**5**

**Nonpriority creditor's name and mailing address**

**Cavanna, Christina**
**142 Hardwood Ave**
**Syracuse, New York 13224-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.125**
**6**

**Nonpriority creditor's name and mailing address**

**Cavazos, Leslie**
**3563 49th**
**Lubbock, Texas 79413-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.125**
**7**

**Nonpriority creditor's name and mailing address**

**Caveo LLC**
**1701 E Woodfield Road**
**Schaumburg, IL 60173**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.125 8**

**Nonpriority creditor's name and mailing address**
**Cavil, Orzealyea**
**1783 Danville Drive**
**Memphis, Tennessee 38117-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.125 9**

**Nonpriority creditor's name and mailing address**
**Cayemitte, Marc**
**5036 Main Street**
**Skokie, Illinois 60077-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.126 0**

**Nonpriority creditor's name and mailing address**
**Cayenne Express, Inc.**
**410 Transpoint Drive**
**Dupo, IL 62239**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.126 1**

**Nonpriority creditor's name and mailing address**
**Cayet, Claire**
**1130 Kentucky**
**Lawrence, Kansas 66044-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.126 2**

**Nonpriority creditor's name and mailing address**
**Cayford, Melody**
**9 Bayard St.**
**Dedham, Massachusetts 02026-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.126 3**

**Nonpriority creditor's name and mailing address**
**Cayuga County Consortium**
**160 Genesee St**
**Auburn, NY 13021**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.126 4**

**Nonpriority creditor's name and mailing address**
**Cboe Global Markets Inc.**
**400 S. LaSalle Street**
**5th Floor**
**Chicago, IL 60605**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.126 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**CCC Information Services**
**222 Merchandise Mart Suite 900**
**Chicago, IL 60654**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**CDW**
**CDW Computer Centers, Inc.**
**P.O Box 75723**
**Chicago, IL 60675-5723**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,888.71** |
|---|---|---|---|

**CDW Computer Centers, Inc.**
**P.O Box 75723**
**Chicago, IL 60675**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/20/2020**
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**CEBCO: Adams County**
**215 North Cross Street**
**Suite 102**
**West Union, OH 45693**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**CEBCO: Allen County**
**204 N. Main St.**
**Lima, OH 45801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**CEBCO: Ashland County**
**110 Cottage Street**
**Ashland, OH 44805**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**CEBCO: Ashtabula County**
**25 West Jefferson St**
**Ashtabula, OH 44047**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

**3.127 2**

**Nonpriority creditor's name and mailing address**
**CEBCO: Athens County**
**15 S. Court Street**
**Athens, OH 45701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 3**

**Nonpriority creditor's name and mailing address**
**CEBCO: Belmont County**
**101 West Main Street S**
**Clairsville, OH 43950**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 4**

**Nonpriority creditor's name and mailing address**
**CEBCO: Brown County**
**800 Mt. Orab Pike, Suite 101**
**Georgetown, OH 45121**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 5**

**Nonpriority creditor's name and mailing address**
**CEBCO: Carroll County**
**301 Moody Ave**
**Carrollton, OH 44615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 6**

**Nonpriority creditor's name and mailing address**
**CEBCO: Champaign County**
**1512 S. US Hwy 68, Ste. Q100**
**Urbana, OH 43078**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 7**

**Nonpriority creditor's name and mailing address**
**CEBCO: Clinton County**
**180 E. Sugartree St.**
**Wilmington, OH 45177**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 8**

**Nonpriority creditor's name and mailing address**
**CEBCO: County Commissioners**
**Association**
**2019 East State Street**
**Columbus, OH 43215**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

| 3.127 9 | **Nonpriority creditor's name and mailing address** **CEBCO: Crawford County** **112 E Mansfield St** **Bucyrus, OH 44820** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 0 | **Nonpriority creditor's name and mailing address** **CEBCO: Darke County** **520 South Broadway** **Greenville, OH 45331** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 1 | **Nonpriority creditor's name and mailing address** **CEBCO: Delaware County** **10 Court Street** **Delaware, OH 43015** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 2 | **Nonpriority creditor's name and mailing address** **CEBCO: Fayette County** **133 South Main Street, Suite 401** **Washington, OH 43160** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 3 | **Nonpriority creditor's name and mailing address** **CEBCO: Fulton County** **152 S. Fulton Street** **Suite 165** **Wauseon, OH 43567** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 4 | **Nonpriority creditor's name and mailing address** **CEBCO: Geauga County** **470 Center St., Bldg.4** **Chardon, OH 44024** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 5 | **Nonpriority creditor's name and mailing address** **CEBCO: Hardin County** **1 Courthouse Square** **Suite 100** **Kenton, OH 43326** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

**CEBCO: Huron County**
**12 East Main**
**Suite 102**
**Norwalk, OH 44857**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 7**

**Nonpriority creditor's name and mailing address**

**CEBCO: Jackson County**
**200 East Main Street**
**Jackson, OH 45640**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 8**

**Nonpriority creditor's name and mailing address**

**CEBCO: Lawrence County**
**111 South 4th Street**
**Ironton, OH 45638**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 9**

**Nonpriority creditor's name and mailing address**

**CEBCO: Logan County**
**117 E. Columbus Ave.**
**Bellfontaine, OH 43311**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 0**

**Nonpriority creditor's name and mailing address**

**CEBCO: Madison County**
**306 Lafayette St., Ste B**
**London, OH 43140**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 1**

**Nonpriority creditor's name and mailing address**

**CEBCO: Marion County**
**222 West Center Street**
**Marion, OH 43302**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 2**

**Nonpriority creditor's name and mailing address**

**CEBCO: Morrow County**
**619 West Marion Street**
**Mt. Gilead, OH 43338**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.129 3**

**Nonpriority creditor's name and mailing address**

**CEBCO: Paulding County**
**115 North Williams St**
**Paulding, OH 45879**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 4**

**Nonpriority creditor's name and mailing address**

**CEBCO: Perry County**
**121 West Brown Street, Ste C**
**New Lexington, OH 43764**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 5**

**Nonpriority creditor's name and mailing address**

**CEBCO: Preble County**
**101 East Main**
**Eaton, OH 45320**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 6**

**Nonpriority creditor's name and mailing address**

**CEBCO: Putnam County**
**245 East Main Street**
**Ottawa, OH 45875**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 7**

**Nonpriority creditor's name and mailing address**

**CEBCO: Richland County**
**50 Park Ave**
**East Mansfield, OH 44902**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 8**

**Nonpriority creditor's name and mailing address**

**CEBCO: Ross County**
**2 N. Paint Street, Suite H**
**Chillicothe, OH 45601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 9**

**Nonpriority creditor's name and mailing address**

**CEBCO: Sandusky County**
**622 Croghan Street**
**Fremont, OH 43420**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.130 0**

**Nonpriority creditor's name and mailing address**

**CEBCO: Scioto County**
**602 7th St., Room 1**
**Portsmouth, OH 45662**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 1**

**Nonpriority creditor's name and mailing address**

**CEBCO: Seneca County**
**3362 South Township Rd 151**
**Tiffin, OH 44883**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 2**

**Nonpriority creditor's name and mailing address**

**CEBCO: Shelby County**
**129 East Court St.**
**Sidney, OH 45365**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

**CEBCO: Union County**
**233 West Sixth Street**
**Marysville, OH 43040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

**CEBCO: Van Wert County**
**114 East Main Street**
**Van Wert, OH 45891**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

**CEBCO: Vinton County**
**100 East Main Street**
**McArthur, OH 45651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

**CEBCO: Washington County**
**342 Muskingham Drive**
**Marietta, OH 45750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.130 7**

**Nonpriority creditor's name and mailing address**

**CEBCO: Williams County**
**One Courthouse Square**
**4th Floor**
**Bryan, OH 43506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

**Ceccotti, Mollie**
**75 York Drive**
**Longmeadow, Massachusetts 01106-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

**Cece, Abbigail**
**92 Koch Drive**
**Hollister, California 95023-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

**Cedars Health LLC**
**428 South Durbin St. Suite 104**
**Casper, WY 82601**

Date(s) debt was incurred __5/21/2020__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$61.80**

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

**Cedeno Castillo, Yefi**
**3150 Victoria Drive**
**Kissimmee, Florida 34746-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 2**

**Nonpriority creditor's name and mailing address**

**Centegra Health System**
**213 N. Front St**
**Suite 1**
**McHenry, IL 60050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

**Center Cass School District 66**
**699 Plainfield Rd.**
**Downers Grove, IL 60516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.131 4**

**Nonpriority creditor's name and mailing address**
**Central Local Schools**
**06289 US Hwy 127**
**Sherwood, OH 43556**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.131 5**

**Nonpriority creditor's name and mailing address**
**Central Maine & Quebec Railway US Inc.**
**15 Iron Road**
**Hermon, ME 04401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.131 6**

**Nonpriority creditor's name and mailing address**
**Central Ohio Transit Authority (COTA)**
**33 N. High Street**
**Columbus, OH 43215**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.131 7**

**Nonpriority creditor's name and mailing address**
**Central Wyoming Counseling Center**
**1430 Wilkins Circle,**
**Casper,, WY 82601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.131 8**

**Nonpriority creditor's name and mailing address**
**Centric Projects**
**1814 Main Street**
**Kansas City, MO 64108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.131 9**

**Nonpriority creditor's name and mailing address**
**Centurion Auto Logistics**
**5912 New Kings Road**
**Jacksonville, FL 32209**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.132 0**

**Nonpriority creditor's name and mailing address**
**CenturyLink**
**PO Box 52187**
**Phoenix, AZ 85072**

Date(s) debt was incurred **5/19/2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

$78.39

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

**3.132
1**

**Nonpriority creditor's name and mailing address**

**Cepero, Martha**
**14312 Perrywood Dr**
**Burtonsville, Maryland 20866-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132
2**

**Nonpriority creditor's name and mailing address**

**Cephalopod Media LLC**
**224 S. 200 W. #230**
**Salt Lake City, UT 84101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132
3**

**Nonpriority creditor's name and mailing address**

**CERES Solutions Co-op, Inc.**
**2112 Indianapolis Rd Box 432**
**Crawfordsville, IN 47933**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132
4**

**Nonpriority creditor's name and mailing address**

**Cerra, Maria**
**7525 153rd Street, Apt 744**
**Flushing, New York 11367-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132
5**

**Nonpriority creditor's name and mailing address**

**CERTCO**
**5321 Verona Rd**
**Madison, WI 53711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132
6**

**Nonpriority creditor's name and mailing address**

**Cervantes, Denise**
**3602 E. La Jara St.**
**Long Beach, California 90805-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132
7**

**Nonpriority creditor's name and mailing address**

**Cerveny, Caroline**
**407 Davidson Dr**
**Minooka, Illinois 60447-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.132 8**

**Nonpriority creditor's name and mailing address**
**Cetrone, Wanda**
**11 Uplook Drive**
**Sudbury, Massachusetts 01776-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.132 9**

**Nonpriority creditor's name and mailing address**
**CFA Institute**
**915 East High Street**
**Charlottesville, VA 22902**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.133 0**

**Nonpriority creditor's name and mailing address**
**CFG Health Network**
**765 East Route 70**
**Building A-100**
**Marlton, NJ 08053**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.133 1**

**Nonpriority creditor's name and mailing address**
**Cha, Yeram**
**614 Picardy Circle**
**Northbrook, Illinois 60062-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.133 2**

**Nonpriority creditor's name and mailing address**
**Chabert, Karen**
**812 Third Street**
**New Orleans, Louisiana 70130-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.133 3**

**Nonpriority creditor's name and mailing address**
**Chafin, Jordan**
**2 Brittany Ct**
**Hamilton, Ohio 45013-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.133 4**

**Nonpriority creditor's name and mailing address**
**Chager, Amrita**
**21882 E. Lake Ave**
**Aurora, Colorado 80015-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.133 5**

**Nonpriority creditor's name and mailing address**
**Chairez, Nancy**
**2454 W Moffat St**
**Chicago, Illinois 60647-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.133 6**

**Nonpriority creditor's name and mailing address**
**Challenge Manufacturing Holdings Inc.**
**3079 3 Mile Road**
**Walker, MI 49534**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.133 7**

**Nonpriority creditor's name and mailing address**
**Chalmers, Brandon**
**1641 Mussula Rd**
**Towson, Maryland 21286-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.133 8**

**Nonpriority creditor's name and mailing address**
**Cham, Arielle**
**204 Elder Ave**
**Bergenfield, New Jersey 07621-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.133 9**

**Nonpriority creditor's name and mailing address**
**Chamberlain, Christianne**
**12 1/2 S. Main St**
**Apt. 1**
**Phoenixville, Pennsylvania 19460-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.134 0**

**Nonpriority creditor's name and mailing address**
**Chamberlain, Louis**
**330 Crescent Pl**
**Flushing, Michigan 48433-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.134 1**

**Nonpriority creditor's name and mailing address**
**Chamberlin, Katharine**
**384 Powder Mill Road**
**Concord, Massachusetts 01742-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.134 2**

**Nonpriority creditor's name and mailing address**

**Chambers, Donna**
**1920 Grassmere Lane**
**#1417**
**McKinney, Texas 75071-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 3**

**Nonpriority creditor's name and mailing address**

**Chan, Kwo**
**900 Mickley Rd, APT N2-3**
**Whitehall, Pennsylvania 18052-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

**Chancellor, Tyler**
**1000 Berkley**
**APT 310**
**Kansas City, Missouri 64120-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

**Chandler, Alicia**
**435 Koons Ave**
**Buffalo, New York 14211-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

**Chandler, Britt**
**1560 Summerset Dr**
**Dunwoody, Georgia 30338-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 7**

**Nonpriority creditor's name and mailing address**

**Chandler, Marjorie**
**17628 Pine St**
**Omaha, Nebraska 68130-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 8**

**Nonpriority creditor's name and mailing address**

**Chandler, Robert**
**9396 Garfield Dr**
**Shreveport, Louisiana 71118-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.134
9**

**Nonpriority creditor's name and mailing address**
**Chandra, Katherine**
**9717 N. Granville Ave**
**Fresno, California 93720-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135
0**

**Nonpriority creditor's name and mailing address**
**Chandramouli, Aneesh**
**510 Aurora**
**Redding, California 96001-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135
1**

**Nonpriority creditor's name and mailing address**
**Change Healthcare Solutions LLC**
**P.O. Box 572490**
**Salt Lake City, UT 84157**

Date(s) debt was incurred __4/1/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$11,215.08**

---

**3.135
2**

**Nonpriority creditor's name and mailing address**
**Changeux, Jennifer**
**17 E Ninth St**
**Derby, Connecticut 06418-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135
3**

**Nonpriority creditor's name and mailing address**
**Chap, Carol**
**P.O. Box 1582**
**Venice, Florida 34284-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135
4**

**Nonpriority creditor's name and mailing address**
**Chapkovich, Larissa**
**1600 East Ave**
**Apt 907**
**Rochester, New York 14610-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135
5**

**Nonpriority creditor's name and mailing address**
**Chapman and Cutler LLP**
**111 W. Monroe Floor 13**
**Chicago, IL 60603**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.135 6**

**Nonpriority creditor's name and mailing address**
**Chapman, Elizabeth**
**1629 Park Place Drive**
**Westerville, Ohio 43081-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 7**

**Nonpriority creditor's name and mailing address**
**Chapman, Latysha**
**1078 Willow Green Dr**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 8**

**Nonpriority creditor's name and mailing address**
**Chapman, Maria**
**621 Kammer Avenue**
**Dayton, Ohio 45417-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 9**

**Nonpriority creditor's name and mailing address**
**Chapman, Saraka**
**460a M Flowers Road**
**Batesville, Mississippi 38606-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 0**

**Nonpriority creditor's name and mailing address**
**Chapman, Vikita**
**10704 Ridgefield Drive**
**Olive Branch, Mississippi 38654-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 1**

**Nonpriority creditor's name and mailing address**
**Chappell, Lara**
**194 Beckwith Road**
**Whitehall, New York 12887-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 2**

**Nonpriority creditor's name and mailing address**
**CHARLES E. LARSON & SONS**
**2645-65 N. Keeler**
**Chicago, IL 60639**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.136 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles, Ronald**
**PO Box 568**
**Robstown, Texas 78380-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charlotin, Sophia**
**19 Sterling Rd**
**Elmont, New York 11003-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charoenkul, Angela**
**1064 Newton Road**
**Apt. 12**
**Iowa City, Iowa 52246-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charter Schools USA, Inc.**
**800 Corporate Dr. Suite 124**
**Ft. Lauderdale, FL 33334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chartier, Mandy**
**2417 1/2 Glendale Ave**
**Green Bay, Wisconsin 54313-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chartwell Staffing Services**
**245 Centerville Rd**
**Lancaster, PA 17603**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chase Products Company**
**2727 Gardner Road**
**Broadview, IL 60155**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.137 0**

Nonpriority creditor's name and mailing address
**Chase, Janija**
**99 Dunbar Avenue**
**Dunbar, West Virginia 25064-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 1**

Nonpriority creditor's name and mailing address
**Chathams, Jaelyn**
**3209 Kenner Loop**
**Bismarck, ND 58504**
**Bismarck, North Dakota 58504-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 2**

Nonpriority creditor's name and mailing address
**Chau, Mony**
**6612 Reservoir Lane**
**San Diego, California 92115-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 3**

Nonpriority creditor's name and mailing address
**Chavers, Rukiya**
**9330 w. McDowell rd apt 1072**
**Phoenix, Arizona 85037-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 4**

Nonpriority creditor's name and mailing address
**Chavez, Maricella**
**13912 Auberry Drive**
**Helotes, Texas 78023-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 5**

Nonpriority creditor's name and mailing address
**Chavla, Sidra**
**90 Milbeck Drive**
**Washington, Pennsylvania 15301-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 6**

Nonpriority creditor's name and mailing address
**Che, Abonghatou**
**10 Vernon Pl**
**East Orange, New Jersey 07017-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.137**
**7**

**Nonpriority creditor's name and mailing address**
**Check, Kathryn**
**456 Stagecoach Ct**
**Glen Ellyn, Illinois 60137-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.137**
**8**

**Nonpriority creditor's name and mailing address**
**Chemicals Incorporated**
**12321 Hatcherville Road**
**Baytown, TX 77521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.137**
**9**

**Nonpriority creditor's name and mailing address**
**Chemours**
**1007 N. Market Street**
**Wilmington, DE 19898**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.138**
**0**

**Nonpriority creditor's name and mailing address**
**Chen, Gordon**
**2558 47th Ave**
**San Francisco, California 94116-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.138**
**1**

**Nonpriority creditor's name and mailing address**
**Chenevert, Becca**
**259 County Road 4899**
**Boyd, Texas 76023-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.138**
**2**

**Nonpriority creditor's name and mailing address**
**Cherisme, Daphne**
**418 Perrie Drive**
**Elk Grove Village, Illinois 60007-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.138**
**3**

**Nonpriority creditor's name and mailing address**
**CHEROKEE COUNTY KS**
**110 W Maple**
**Columbus, KS 66725**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.138**
**4**

**Nonpriority creditor's name and mailing address**
**Cherokee Nation**
**100 Bliss Avenue**
**Tahlequah, OK 74464**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138**
**5**

**Nonpriority creditor's name and mailing address**
**Cherry Americas, LLC**
**5732 95th Avenue**
**Kenosha, WI 53144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138**
**6**

**Nonpriority creditor's name and mailing address**
**Cherry Moving Company, Inc.**
**9235 Edgebrook Dr**
**Houston, TX 77048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138**
**7**

**Nonpriority creditor's name and mailing address**
**Cherry, James**
**1219 S. Lakes End Drive**
**B-1**
**Ft. Pierce, Florida 34982-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138**
**8**

**Nonpriority creditor's name and mailing address**
**Cherry, Savannah**
**3100 Hyman Place**
**Fayetteville, North Carolina 28303-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138**
**9**

**Nonpriority creditor's name and mailing address**
**Cherry-Kerby, Pamela**
**2745 Garrett Ball Rd**
**Gates, Tennessee 38037-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139**
**0**

**Nonpriority creditor's name and mailing address**
**Cheung, Melissa**
**1029 Rafael Drive**
**San Jose, California 95120-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number *(if known)* | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.139**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Cheung, Samantha | ☐ Contingent | |
| 330 Tremont Street Apt. B1303 | ■ Unliquidated | |
| Boston, Massachusetts 02116-0000 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.139**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Chicago Faucets | ☐ Contingent | |
| 59992100 S. Clearwater Drive | ■ Unliquidated | |
| Des Plaines, IL 60018-5999 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.139**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|
| Chicago Podcast Cooperative LLC | ☐ Contingent | |
| 1917 N Elston Ave | ☐ Unliquidated | |
| Chicago, IL 60642 | ☐ Disputed | |
| Date(s) debt was incurred **2/29/2020** | Basis for the claim: **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.139**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| CHICAGO TRADING COMPANY | ☐ Contingent | |
| 440 S. LaSalle Street | ■ Unliquidated | |
| 4th Floor | ☐ Disputed | |
| Chicago, IL 60605 | | |
| Date(s) debt was incurred _ | Basis for the claim: **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.139**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| CHICAGO TUBE & IRON | ☐ Contingent | |
| One Chicago Tube Drive | ■ Unliquidated | |
| Romeoville, IL 60446 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.139**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Chicchelly, Frosti | ☐ Contingent | |
| 2520 - 6th Street | ■ Unliquidated | |
| Marion, Iowa 52302-0000 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.139**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Children's Hospital of Orange County (CH | ☐ Contingent | |
| 505 South Main Street, 4th Floor | ■ Unliquidated | |
| Orange, CA 92868 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.1398**

**Nonpriority creditor's name and mailing address**

**Children's Museum of Houston**
**1500 Binz**
**Houston, TX 77004**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1399**

**Nonpriority creditor's name and mailing address**

**Childs, Sharon**
**149 E. 115th Street**
**Chicago, Illinois 60628-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1400**

**Nonpriority creditor's name and mailing address**

**ChildServe**
**5406 Merle Hay Road, P.O. Box 707**
**Johnston, IA 50131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1401**

**Nonpriority creditor's name and mailing address**

**Chiles, Carol**
**4951 S Haggerty Rd, #25**
**Canton, Michigan 48188-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1402**

**Nonpriority creditor's name and mailing address**

**Chillis, Ashley**
**21070 Andover Road**
**Southfield, Michigan 48076-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1403**

**Nonpriority creditor's name and mailing address**

**Chima, Florence**
**5043 Leasdale Road**
**Rosedale, Maryland 21237-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1404**

**Nonpriority creditor's name and mailing address**

**Chima, Nneka**
**497 Annandale Parkway**
**Madison, Mississippi 39110-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.140
5**

**Nonpriority creditor's name and mailing address**
**Chin, Kimberly**
**355 1st Street #1504**
**San Francisco, California 94105-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.140
6**

**Nonpriority creditor's name and mailing address**
**Chin, Tiffany**
**1250 Oak View Lane**
**La Verne, California 91750-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.140
7**

**Nonpriority creditor's name and mailing address**
**Chino Valley Unified School District**
**760 E Center Street**
**Chino Valley, AZ 86323**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.140
8**

**Nonpriority creditor's name and mailing address**
**Chiricahua Community Health Centers, Inc**
**1205 F Avenue**
**Douglas, AZ 85607**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.140
9**

**Nonpriority creditor's name and mailing address**
**Chiverton, Jered**
**215 William Penn Plaza**
**Apt 1031**
**Durham, North Carolina 27704-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.141
0**

**Nonpriority creditor's name and mailing address**
**Chiville, Bryan**
**9109 John Simmons St**
**Frederick, Maryland 21704-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.141
1**

**Nonpriority creditor's name and mailing address**
**Chmielewski, Laura**
**235 S Hickory Ave**
**Bartlett, Illinois 60103-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
| | Name | | |

---

**3.141**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Cho, Emily**<br>**4023 N. Newport Lane**<br>**Arlington Hts., Illinois 60004-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.141**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Chohany, Sandra**<br>**727 Sherwood Dr**<br>**Carlisle, Pennsylvania 17013-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.141**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Choi, Candice**<br>**3308 Pine Valley Rd.**<br>**San Ramon, California 94583-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.141**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Choi, Diana**<br>**2822 Leaf Shade Drive**<br>**Ellicott City, Maryland 21042-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.141**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Choi, Duke**<br>**215 East Ash Street**<br>**#112**<br>**Brea, California 92821-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.141**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Chong, Henry**<br>**811 W 15th Place**<br>**Unit 815**<br>**Chicago, Illinois 60608-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.141**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Chopp, Adam**<br>**4616 Ridgeway Circle**<br>**A**<br>**Kalamazoo, Michigan 49006-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.141
9**

Nonpriority creditor's name and mailing address
**Chou, Valerie**
**10405 Grandin Road**
**Sliver Spring, Maryland 20902-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142
0**

Nonpriority creditor's name and mailing address
**Chouteau County**
**1308 Franklin - PO Box 459**
**Fort Benton, MT 59442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142
1**

Nonpriority creditor's name and mailing address
**Christenson, Julie**
**10420 N 10th St #3**
**Phoenix, Arizona 85020-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142
2**

Nonpriority creditor's name and mailing address
**Christian, Chelsea**
**137 Lake Country**
**Mannford, Oklahoma 74044-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142
3**

Nonpriority creditor's name and mailing address
**Christiancy, Julie**
**11141 Trenton Ct**
**Alta Loma, California 91701-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142
4**

Nonpriority creditor's name and mailing address
**Christians, Ronald**
**905 Madison Ave**
**Wauconda, Illinois 60084-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142
5**

Nonpriority creditor's name and mailing address
**Christie Clinic LLC**
**101 West University Ave**
**Champaign, IL 61820**

Date(s) debt was incurred  5/1/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

**CHS Insurance Services**
**P.O. Box 64089**
**Saint Paul, MN 55164**

Date(s) debt was incurred  4/24/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

$8,995.00

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

**Chuck, William**
**8105 4th AVE**
**APT 1G**
**Brooklyn, New York 11209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

**CHURCH OF THE BRETHREN BENEFIT**
**TRUST INC**
**1505 Dundee Ave.**
**Elgin, IL 60120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

**Church, Karen**
**114 Ryanridge Rd**
**Huntsville, Alabama 35806-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.143 0**

**Nonpriority creditor's name and mailing address**

**CICERO SCHOOL DISTRICT 99**
**5110 W. 24th Street**
**Cicero, IL 60804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.143 1**

**Nonpriority creditor's name and mailing address**

**Cichowlas, Sabrina**
**5400 Astor Lane**
**Apt 105**
**Rolling Meadows, Illinois 60008-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.143 2**

**Nonpriority creditor's name and mailing address**

**CiCi Enterprises, LP & JMC Distribution**
**1080 W. Bethel Rd.**
**Coppell, TX 75019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.143 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**CID Resources, Inc.**
**601 S. Royal Lane Suite 100**
**Coppell, TX 75019**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ciesielka, Kerri-Anne**
**106 Chancery Pl**
**Plymouth Meeting, Pennsylvania 19462-000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cifuentes, Stephanie**
**73 Nutley Avenue**
**Nutley, New Jersey 07110-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cilia, Richard**
**114 N Fairview**
**Mt Prospect, Illinois 60056-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cimperman, Dawn**
**8845 Willow Terrace Drive**
**apt 2101**
**Orland Hills, Illinois 60487-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cincinnati Incorporated**
**7420 Kilby Road**
**Harrison, OH 45030**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ciner Resources Corporation**
**254 County Road**
**Green River, WY 82935**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.144 0**

**Nonpriority creditor's name and mailing address**
**Cintas Corporation**
**6800 Cintas Blvd.**
**Cincinnati, OH 45262**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144 1**

**Nonpriority creditor's name and mailing address**
**Cintas First Aid & Safety- IH**
**P.O Box 631025**
**Cincinnati, OH 45263**

Date(s) debt was incurred __5/1/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$620.73**

---

**3.144 2**

**Nonpriority creditor's name and mailing address**
**Cintron, Christine**
**9231 East Carol Avenue**
**Mesa, Arizona 85208-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144 3**

**Nonpriority creditor's name and mailing address**
**Circle Graphics**
**120 9th Ave.**
**Longmont, CO 80501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144 4**

**Nonpriority creditor's name and mailing address**
**Cisco Systems Capital CRP**
**P.O Box 41602**
**Philadelphia, PA 19101**

Date(s) debt was incurred __6/6/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$7,231.36**

---

**3.144 5**

**Nonpriority creditor's name and mailing address**
**Cisneros, Annabell**
**2633 15th Avenue**
**Kingsburg, California 93631-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144 6**

**Nonpriority creditor's name and mailing address**
**Citizens Community Federal Bank**
**2174 Eastridge Center |**
**Eau Claire, WI 54701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.1447**

**Nonpriority creditor's name and mailing address**

**City Brewing Company**
**925 S. 3rd Street**
**La Crosse, WI 54601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1448**

**Nonpriority creditor's name and mailing address**

**City of Arnold**
**2101 Jeffco Blvd**
**Arnold, MO 63010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1449**

**Nonpriority creditor's name and mailing address**

**City of Bangor**
**73 Harlow Street**
**Bangor, ME 04401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1450**

**Nonpriority creditor's name and mailing address**

**CITY OF BATAVIA IL**
**100 N Island Ave**
**Batavia, IL 60510**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1451**

**Nonpriority creditor's name and mailing address**

**City of Bedford**
**2000 Forest Ridge Dr**
**Bedford, TX 76021-5713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1452**

**Nonpriority creditor's name and mailing address**

**City of Berkeley**
**8425 Airport Rd**
**St Louis, MO 63134**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1453**

**Nonpriority creditor's name and mailing address**

**City of Burley**
**2020 Parke Ave**
**Burley, ID 83318**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.145 4**

**Nonpriority creditor's name and mailing address**

**City of Burnsville**
**City Hall**
**100 Civic Center Parkway**
**Burnsville, MN 55306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.145 5**

**Nonpriority creditor's name and mailing address**

**City of Centennial**
**13133 E Arapahoe Rd**
**Centennial, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.145 6**

**Nonpriority creditor's name and mailing address**

**City of Crystal Lake**
**100 W Woodstock St**
**Crystal Lake, IL 60014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.145 7**

**Nonpriority creditor's name and mailing address**

**City of DeKalb**
**200 South Fourth Street**
**DeKalb, IL 60115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.145 8**

**Nonpriority creditor's name and mailing address**

**City of Desloge**
**300 N. Lincoln Street**
**Desloge, MO 63601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.145 9**

**Nonpriority creditor's name and mailing address**

**CITY OF DOUGLAS-GEORGIA**
**224 E Bryan St**
**Douglas, GA 31533**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.146 0**

**Nonpriority creditor's name and mailing address**

**City of Duluth**
**411 West First Street Rm 313**
**Duluth, MN 55802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

| 3.146 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**City of Duncanville**
203 E Wheatland Rd.
Duncanville, TX 75116

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.146 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**City of El Campo**
315 E. Jackson St.
El Campo, TX 77437

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.146 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CITY OF ELMHURST**
209 N. York St.
Elmhurst, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.146 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**City of Festus**
711 West Main Street
Festus, MO 63028

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.146 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**City Of Franklin**
9229 W Loomis Rd
Franklin, WI 53132

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.146 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**City of Grand Junction**
250 North 5th Street
Grand Junction, CO 81501

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.146 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**City of Hazelwood**
415 Elm Grove Lane
Hazelwood, MO 63042

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.146 8**

**Nonpriority creditor's name and mailing address**
**City of Higginsville**
**1922 Main Street**
**HIgginsville, MO 64037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.146 9**

**Nonpriority creditor's name and mailing address**
**City of High Point**
**211 S Hamilton St**
**High Point, NC 27260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.147 0**

**Nonpriority creditor's name and mailing address**
**CITY OF KEMMERER**
**220 Wyoming Hwy 233**
**Kemmerer, WY 83101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.147 1**

**Nonpriority creditor's name and mailing address**
**City of Kirksville**
**201 S Franklin St**
**Kirksville, MO 63501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.147 2**

**Nonpriority creditor's name and mailing address**
**City of Lakeville**
**Lakeville City Hall**
**20195 Holyoke Avenue**
**Lakeville, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.147 3**

**Nonpriority creditor's name and mailing address**
**City of Lamar**
**102 E Parmenter St**
**Lamar, CO 81052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.147 4**

**Nonpriority creditor's name and mailing address**
**CITY OF LEXINGTON**
**406 E. 7th St.**
**P. O. Box 70**
**Lexington, NE 68850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.147 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Malden**
**201 S. Madison**
**Malden, MO 63863**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Maryville TN**
**404 W. Broadway**
**Maryville, TN 37801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Maryville, MO**
**415 N. Market Street**
**Maryville, MO 64468**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Meriden**
**142 E Main St**
**Meriden, CT 06450**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City Of Middletown**
**245 Dekoven Dr**
**Akron, OH 44325**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of New Madrid**
**560 Mott Street**
**New Madrid, MO 63869**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of New Richmond**
**156 East First Street**
**New Richmond, WI 54017**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.148 2**

**Nonpriority creditor's name and mailing address**
**City of Norman**
**201 W Gray St**
**Norman, OK 73070**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 3**

**Nonpriority creditor's name and mailing address**
**City of North Platte**
**211 West Third Street**
**North Platte, NE 69101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 4**

**Nonpriority creditor's name and mailing address**
**City of Oxford**
**15 South College Avenue**
**Oxford, OH 45056**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 5**

**Nonpriority creditor's name and mailing address**
**City of Palmer**
**231 W Evergreen Ave.**
**Palmer, AK 99645**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 6**

**Nonpriority creditor's name and mailing address**
**City of Shelbina**
**116 E. Walnut St.**
**Shelbina, MO 63468**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 7**

**Nonpriority creditor's name and mailing address**
**City of South Burlington**
**575 Dorset Street**
**South Burlington, VT 05403**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 8**

**Nonpriority creditor's name and mailing address**
**City of South Houston**
**1018 Dallas St.**
**South Houston, TX 77587**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.1489**

**Nonpriority creditor's name and mailing address**
**City of St. Paul**
**8170 33rd Ave. South**
**Minneapolis, MN 55425**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1490**

**Nonpriority creditor's name and mailing address**
**City of Superior**
**8170 33rd Avenue South**
**Minneapolis, MN 55425**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1491**

**Nonpriority creditor's name and mailing address**
**City of Trenton**
**1100 Main Street**
**Trenton, MO 64683**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1492**

**Nonpriority creditor's name and mailing address**
**City of Union**
**500 East Locust Street**
**Union, MO 63084**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1493**

**Nonpriority creditor's name and mailing address**
**City of Valdez**
**212 Chenega Avenue**
**Valdez, AK 99686**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1494**

**Nonpriority creditor's name and mailing address**
**City of Waterbury - Department of Educat**
**235 Grand Street**
**Waterbury, CT 06702**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1495**

**Nonpriority creditor's name and mailing address**
**City of Waterbury - Government Offices**
**235 Grand Street**
**Waterbury, CT 06702**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.1496 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**City of Wheaton**
**303 West Wesley Street**
**Wheaton, IL 60187**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.1497 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**City of Wills Point**
**120 N 5th St.**
**Wills Point, TX 75169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.1498 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**City of Woodbury**
**8301 Valley Creek Rd**
**Woodbury, MN 55125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.1499 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Civil Constructors, LLC**
**425 Downs Blvd**
**Franklin, TN 37064-3823**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.1500 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Civis Analytics, Inc.**
**200 West Monroe Street**
**Suite 2200**
**Chicago, IL 60606**

Date(s) debt was incurred  6/1/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$84,000.00**

---

| 3.1501 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Civis Analytics, Inc.**
**200 West Monroe Street**
**Suite 2200**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.1502 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**CK Mechanical Plumbing & Heating, Inc.**
**153 Progress Circle**
**Mills, WY 82601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|--------|----------------------------------------|-------------------------|---------------------|
| | Name | | |

---

**3.150
3**

**Nonpriority creditor's name and mailing address**
**Claflin-Coy, Heather**
**557 South Main Street**
**West Hartford, Connecticut 06107-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.150
4**

**Nonpriority creditor's name and mailing address**
**Claiborne, Jacqueline**
**402 Tyler Ave**
**Newport News, Virginia 23601-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.150
5**

**Nonpriority creditor's name and mailing address**
**Clair, Kevin**
**P.O. Box 1039**
**Ponte Vedra Beach, Florida 32004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.150
6**

**Nonpriority creditor's name and mailing address**
**Clair, William**
**P.O. Box 3572**
**Ponte Vedra Beach, Florida 32004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.150
7**

**Nonpriority creditor's name and mailing address**
**CLARITY CONSULTING INC.**
**20 North Wacker Drive**
**Suite 1450**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.150
8**

**Nonpriority creditor's name and mailing address**
**Clark, Adam**
**24 Virginia Lane**
**Bangor, Maine 04401-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.150
9**

**Nonpriority creditor's name and mailing address**
**Clark, Angela**
**165 St. Paul Rd.**
**Byhalia, Mississippi 38611-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.151 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Clark, Cheyla** <br> **360 High Hardin way** <br> **Lawrenceville, Georgia 30043-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.151 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Clark, Crystal** <br> **2012 Spruce Lane** <br> **Monticello, Illinois 61856-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.151 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Clark, Jenevie** <br> **2925 NE 190th St Apt #106** <br> **Aventura, Florida 33180-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.151 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Clark, Laura** <br> **3208 Mt. Tabor Rd.** <br> **Buffalo, Kentucky 42716-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.151 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Clark, Leslie** <br> **7608 Delta Pointe Way** <br> **Sacramento, California 95823-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.151 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Clark, Macie** <br> **6801 Wolfin Ave** <br> **Apt. 1034** <br> **Amarillo, Texas 79106-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.151 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Clark, Marie** <br> **627 W Juniper Ct** <br> **Louisville, Colorado 80027-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim: Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.151 7**

**Nonpriority creditor's name and mailing address**

**Clark, Rachael**
**P.O. Box 74**
**Azusa, California 91702-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 8**

**Nonpriority creditor's name and mailing address**

**Clark, Romega**
**1249 East Eva Blvd**
**Chesapeake, Virginia 23320-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 9**

**Nonpriority creditor's name and mailing address**

**Clark, Sara**
**1904 Carnegie Lane**
**Grapevine, Texas 76051-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 0**

**Nonpriority creditor's name and mailing address**

**Clark, Sarah**
**15227 Aurora Circle**
**Urbandale, Iowa 50323-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 1**

**Nonpriority creditor's name and mailing address**

**Clark, Sarina**
**520 Ridgewood Ave S**
**Apt 002**
**Minneapolis, Minnesota 55403-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 2**

**Nonpriority creditor's name and mailing address**

**Clark, Selena**
**727 Canary Circle**
**Fernley, Nevada 89408-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 3**

**Nonpriority creditor's name and mailing address**

**Clark, Shannon**
**304 Mistletoe Dr**
**Newport News, Virginia 23606-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.152 4**

Nonpriority creditor's name and mailing address
**Clark, Sharon**
**112 Old Pond Way**
**Richmond, Kentucky 40475-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 5**

Nonpriority creditor's name and mailing address
**Clark, Tonya**
**2077 Polk Ford Road**
**Stanfield, North Carolina 28163-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 6**

Nonpriority creditor's name and mailing address
**Clarke, Gabrielle**
**249 S Ann Street**
**Baltimore, Maryland 21231-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 7**

Nonpriority creditor's name and mailing address
**Clause, Brittany**
**P.O. Box 342**
**Sanborn, New York 14132-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 8**

Nonpriority creditor's name and mailing address
**Claussen, Timothy**
**116 North School Street**
**Mount Prospect, Illinois 60056-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 9**

Nonpriority creditor's name and mailing address
**Claxton Hepburn Medical Center**
**214 King Street**
**Ogdensburg, NY 13669**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.153 0**

Nonpriority creditor's name and mailing address
**Claxton-Hepburn Med Ctr**
**214 King Street**
**Ogdensburg, NY 13669**

Date(s) debt was incurred  **5/1/2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

Debtor **Interactive Health Solutions, Inc.**
Name

Case number (if known) **20-11530 (BLS)**

---

| 3.153 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Clay, Dewana**
**PO Box 260105**
**Plano, Texas 75026-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.153 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Claypool, David**
**110 Pinelodge Drive**
**Beckley, Virginia 25801-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.153 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Clayton, Chelsea**
**500 31st Street**
**Apt. 20**
**Des Moines, Iowa 50312-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.153 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Clear Channel Outdoor**
**3714 N. Pan Am Expressway**
**San Antonio, TX 78219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.153 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**ClearChoiceMD, PLLC**
**P.O Box 645485**
**Cincinnati, OH 45264**

Date(s) debt was incurred  3/31/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

| 3.153 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cleare, Ronesha**
**235 North 152nd Drive**
**Goodyear, Arizona 85338-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.153 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Clearwater Credit Union**
**3600 Brooks Street**
**Missoula, MT 59801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.1538**

**Nonpriority creditor's name and mailing address**
**Clements, Joshua**
**313 Primrose Lane**
**Flushing, Michigan 48433-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1539**

**Nonpriority creditor's name and mailing address**
**Clemmons, Lakeisha**
**1622 Village Place**
**Winston Salem, North Carolina 27127-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1540**

**Nonpriority creditor's name and mailing address**
**Clemons, Alexis**
**922 E Sonterra Blvd**
**#2111**
**San Antonio, Texas 78258-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1541**

**Nonpriority creditor's name and mailing address**
**Cleopatra Resources, LLC**
**1200 Lebanon Rd**
**West Mifflin, PA 15122**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1542**

**Nonpriority creditor's name and mailing address**
**Cleveland Hill School District**
**105 Mapleview Road**
**Cheektowaga, NY 14225**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1543**

**Nonpriority creditor's name and mailing address**
**Cleveland, Nathan**
**1901 Rockefeller Lane #3**
**Redondo Beach, California 90278-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1544**

**Nonpriority creditor's name and mailing address**
**Cleveland-White, Clara**
**406 Foxborough trl**
**Bolingbrook, Illinois 60440-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.154 5**

**Nonpriority creditor's name and mailing address**
**Cleverbridge**
**350 N. Clark Street, Suite 700**
**Chicago, IL 60654**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 6**

**Nonpriority creditor's name and mailing address**
**Clif Bar & Company**
**1451 66th Street**
**Emoryville, CA 94608**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 7**

**Nonpriority creditor's name and mailing address**
**Clifford, Kerry**
**637 N Wells Street**
**Unit #1401**
**Chicago, Illinois 60654-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 8**

**Nonpriority creditor's name and mailing address**
**Clifton, Alexia**
**7120 Beaumont Place**
**Hanover, Maryland 21076-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 9**

**Nonpriority creditor's name and mailing address**
**Clincy, Phoenix**
**9719a Copper Creek Dr**
**Austin, Texas 78729-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 0**

**Nonpriority creditor's name and mailing address**
**Clinical Laboratories of Hawaii**
**P.O Box 1300**
**Honolulu, HI 96807**

Date(s) debt was incurred __5/1/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$286.45**

---

**3.155 1**

**Nonpriority creditor's name and mailing address**
**Clinicare Corporation**
**11919 W. Bluemound Road**
**Wauwatosa, WI 53226**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.155 2**

**Nonpriority creditor's name and mailing address**

**Clinkscale, Tammy**
**250 North 5th Street**
**Apt 2109**
**Garland, Texas 75040-0000**

Date(s) debt was incurred _

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

**Clique Studios LLC**
**410 S Michigan Ave, Suite 801**
**Chicago, IL 60605**

Date(s) debt was incurred  **3/11/2020**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,500.00**

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

**Clogg, Edith**
**3420 Wheatwheel Lane**
**Annandale, Virginia 22003-0000**

Date(s) debt was incurred _

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

**closerlook, inc.**
**212 W. Superior**
**Suite 300**
**Chicago, IL 60610**

Date(s) debt was incurred _

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

**ClosingCorp, Inc.**
**6165 Greenwich Drive**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**Clough, Todd**
**448 Perrie Drive**
**Apt 301**
**Elk Grove Village, Illinois 60007-0000**

Date(s) debt was incurred _

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**CNA Insurance**
**PO Box 74007619**
**Chicago, IL 60674**

Date(s) debt was incurred  **6/1/2020**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,651.98**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.1559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Co-op Country Farmers Elevator**
**340 Dupont Ave N.E.**
**P.O. Box 604**
**Renville, MN 56284**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Co-Operative Industries**
**1401 South Cherry Lane**
**Fort Worth, TX 76108**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Coal City CUSD #1**
**550 S. Carbon Hill Road**
**Coal City, IL 60416**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cobb, Jennifer**
**5935 E. 56th**
**Tulsa, Oklahoma 74135-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cobb, Wendy**
**1809 FIRST STREET**
**PLATTE CITY, Missouri 64079-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Coburn, Seth**
**1220 Blair Mill Road APT 610**
**Silver Spring, Maryland 20910-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cocco, Deborah**
**3003 - 55th Street**
**San Diego, California 92105-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.156 6**

Nonpriority creditor's name and mailing address
Cochran, Michelle
4521 Clarence Ave
St. Louis, Missouri 63115-0000

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.156 7**

Nonpriority creditor's name and mailing address
Codat, Dan
7540 N Ridge Blvd
#3G
Chicago, Illinois 60645-0000

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.156 8**

Nonpriority creditor's name and mailing address
Codner, Stephanie
421 E Grove St
Shell Rock, Iowa 50670-0000

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.156 9**

Nonpriority creditor's name and mailing address
Cofer, Alicia
Po Box 983
Marble Falls, Texas 78654-0000

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.157 0**

Nonpriority creditor's name and mailing address
Coffee County Board of Commissioners
101 South Peterson Ave
Douglas, GA 31533

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.157 1**

Nonpriority creditor's name and mailing address
Coffee Regional Medical Center
PO Box 1227
Douglas, GA 31534

Date(s) debt was incurred  **4/7/2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

$72.00

---

**3.157 2**

Nonpriority creditor's name and mailing address
Coffee, Katherine
1707 Thousand Oaks Circle
Austin, Texas 78746-0000

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

**Coffer, Jacqueline**
**4102 W. Gladys Ave**
**Chicago, Illinois 60624-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

**Coffey, Jennifer**
**341 Nebraska Ave**
**Berthoud, Colorado 80513-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

**Coffey, Robert**
**7005 Tramore Lane**
**Clemmons, North Carolina 27012-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**Coffren, Southern**
**259 Dayton Ave Apt. 6**
**Saint Paul, Minnesota 55102-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

**Cog Hill Golf & Country Club**
**12294 Archer Avenue**
**Lemont, IL 60439**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

**Cogar, Joanna**
**5780 Revere Drive**
**North Olmsted, Ohio 44070-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

**Cohen, Jay**
**419 North Rose Street**
**Baltimore, Maryland 21224-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known) __20-11530 (BLS)__

| | |
|---|---|
| 3.158<br>0 | |

**Nonpriority creditor's name and mailing address**

**Cohen, Jenna**
**1726 Mission Springs Dr.**
**Katy, Texas 77450-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.158<br>1 | |

**Nonpriority creditor's name and mailing address**

**Cohen, Nancy**
**501 E. Canyon View Drive**
**Tucson, Arizona 85704-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.158<br>2 | |

**Nonpriority creditor's name and mailing address**

**Coilcraft**
**1102 Silver Lake Road**
**Cary, IL 60013**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.158<br>3 | |

**Nonpriority creditor's name and mailing address**

**Coke Corporation**
**3875 River Road**
**Tonawanda, NY 14150**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.158<br>4 | |

**Nonpriority creditor's name and mailing address**

**Coker, Janet**
**4057 Pheasant Hill Drive**
**Valdosta, Georgia 31601-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.158<br>5 | |

**Nonpriority creditor's name and mailing address**

**Coker, Lisa**
**244 Summit Vista Street**
**Henderson, Nebraska 89052-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.158<br>6 | |

**Nonpriority creditor's name and mailing address**

**Colacicco, Michael**
**8501 Springmont Lane, Apt. 251**
**Keller, Texas 76244-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.158 7**

**Nonpriority creditor's name and mailing address**
**Colavito, William**
**715 W Prospect Rd.**
**Fort Collins, Colorado 80526-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.158 8**

**Nonpriority creditor's name and mailing address**
**Colbath, Jeanne**
**15 Lancaster Dr**
**Framingham, Massachusetts 01701-3215**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.158 9**

**Nonpriority creditor's name and mailing address**
**Colby, Julia**
**7203 County Road 19**
**Auburn, Indiana 46706-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.159 0**

**Nonpriority creditor's name and mailing address**
**Colby, Tralisa**
**1304 Marigold Ct**
**Belcamp, Maryland 21017-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.159 1**

**Nonpriority creditor's name and mailing address**
**Cole, Ashley**
**10573 Glen Hannah Dr**
**Laurel, Maryland 20723-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.159 2**

**Nonpriority creditor's name and mailing address**
**Cole, David**
**2316 E. Baltimore Street**
**Baltimore, Maryland 21224-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.159 3**

**Nonpriority creditor's name and mailing address**
**Cole, Qwameca**
**1513 - 47th St W**
**Birmingham, Alabama 35208-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

| 3.159 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cole, Sharon**
**1948 S Cherry St**
**Denver, Colorado 80222-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cole, Vanessa**
**1670 Village Place Circle**
**Conyers, Georgia 30012-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Coleman, Amanda**
**376 - 8th Ave**
**New York, New York 10001-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Coleman, Candace**
**8509 Lucerne Road**
**Randallstown, Maryland 21133-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Coleman, Ruth**
**268 Foster Road**
**Leeds, Alabama 35094-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Coleman-Jones, Bridgette**
**2823 Forest Lane**
**Waukegan, Illinois 60087-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Coles, Carmela**
**4210 Rio Verde Street**
**Cheyenne, Wyoming 82001-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.160 1**

**Nonpriority creditor's name and mailing address**
**Coles, Gerard**
**7629 Sheffield Village Lane**
**Lorton, Virginia 22079-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.160 2**

**Nonpriority creditor's name and mailing address**
**Coles-Shilcock, Deborah**
**7318 Shannondale Drive**
**Sugar Land, Texas 77479-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.160 3**

**Nonpriority creditor's name and mailing address**
**Colette Thompson**
**176 Station Road**
**New Sweden, ME 04762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.160 4**

**Nonpriority creditor's name and mailing address**
**Colgan, Carol**
**2927 Summerwinds Circle**
**St. Cloud, Florida 34769-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.160 5**

**Nonpriority creditor's name and mailing address**
**Colimore, Stacey**
**8853 Green Needle Dr**
**Nottingham, Maryland 21236-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.160 6**

**Nonpriority creditor's name and mailing address**
**Collado, Kenneth**
**6670 Black Forest Drive**
**Eastvale, California 92880-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.160 7**

**Nonpriority creditor's name and mailing address**
**Collegis, LLC**
**8300 Norman Center Drive**
**Suite 400**
**Bloomington, MN 55437**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.160 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Collentro-Schoeb, Susan**<br>**3715 E Ebano Street**<br>**Gilbert, Arizona 85295-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.160 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Collier, Allison**<br>**101 Campbell Blvd #18303**<br>**Manahawkin, New Jersey 08050-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.161 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Collier, Kedra**<br>**395 North Perry Pkwy, Apt O-7**<br>**Perry, Georgia 31069-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.161 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Collier, Teia**<br>**1420 Hermitage**<br>**Mesquite, Texas 75149-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.161 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Collins Jr., Gerald**<br>**1304 Middle Cir**<br>**Richmond, Virginia 23235-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.161 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Collins, Catherine**<br>**15 Mill St Ext**<br>**Lincoln, Massachusetts 01773-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.161 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Collins, Kimberlynn**<br>**214 Eagle Head Drive**<br>**Fort Washington, Maryland 20774-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.161 5**

**Nonpriority creditor's name and mailing address**

**Collins, Sandra**
**24066 Northpark Drive**
**Porter, Texas 77365-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 6**

**Nonpriority creditor's name and mailing address**

**Coloma, G.**
**1560 Potrero Grande Dr**
**Unit A**
**Rosemead, California 91770-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 7**

**Nonpriority creditor's name and mailing address**

**Colon, Michelle**
**19883 San Juan Capistrano Ct**
**Riverside, California 92508-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 8**

**Nonpriority creditor's name and mailing address**

**Colone, Delores**
**305 Candlewood Trail**
**Cary, Illinois 60013-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 9**

**Nonpriority creditor's name and mailing address**

**Colonial Electric**
**201 W. Church Rd**
**King of Prussia, PA 19406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.162 0**

**Nonpriority creditor's name and mailing address**

**Colorado Department of Revenue**
**P.O. Box 17087**
**Denver, CO 80217-0087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.162 1**

**Nonpriority creditor's name and mailing address**

**Colorado Mountain Medical LLC**
**PO Box 6347**
**Eagle, CO 81631**

Date(s) debt was incurred  **4/7/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.162 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colorado River Union High School Distric**
**2251 Highway 95**
**Bullhead City, AZ 86442**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Columbia Casualty Company**
**151 N. Franklin St.**
**Chicago, IL 60606**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Columbian Financial Group**
**4704 Vestal Parkway East**
**Vestal, NY 13850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colunga-Morales, Mariela**
**4900 the ketta Lane**
**Millington, Tennessee 38053-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colville, Inc.**
**4300 B Street Suite 308**
**Anchorage, AK 99503**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colwell, Ariel**
**1412 Buxton Meadows Dr**
**Amelia, Ohio 45102-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,100.02** |
|---|---|---|---|

**Comcast Business - Oakbrook**
**PO Box 4928**
**Hinsdale, IL 60522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/15/2020

Last 4 digits of account number __

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1629**

**Nonpriority creditor's name and mailing address**

**ComEd**
**PO Box 6111**
**Carol Stream, IL 60197**

Date(s) debt was incurred  5/1/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

$213.54

---

**3.1630**

**Nonpriority creditor's name and mailing address**

**Comer, Brittany**
**741 Woodruff Road**
**Apt. 2712**
**Greenville, South Carolina 29607-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.1631**

**Nonpriority creditor's name and mailing address**

**Commonwealth of Kentucky Department of R**
**Legal Support Branch**
**P.O. Box 5222**
**Frankfort, KY 40602**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Taxing Authority**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.1632**

**Nonpriority creditor's name and mailing address**

**Community Action Planning Council of Jef**
**518 Davidson Street**
**Watertown, NY 13601**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.1633**

**Nonpriority creditor's name and mailing address**

**Community Consolidated SD 146**
**6611 West 171st Street**
**Tinley Park, IL 60477**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.1634**

**Nonpriority creditor's name and mailing address**

**Community High School District 155**
**1 South Virginia Rd**
**Crystal Lake, IL 60014**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| | |
|---|---|
| Debtor | **Interactive Health Solutions, Inc.** |
| | Name |

Case number (if known)    **20-11530 (BLS)**

---

| 3.163 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Community Hospice (Direct)**
**1538 Central Ave**
**Ashland, KY 41101**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Community State Bank of Orbisonia**
**761 Elliott St**
**Orbisonia, PA 17243**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Community Unit School District 300**
**2550 Harnish Drive**
**Algonquin, IL 60102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Comprehensive Decommissioning Internatio**
**1 Holtec Blvd.**
**Camden, NJ 08104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Computer Projects of Illinois, Inc.**
**475 Quadrangle Drive, Sutie A**
**Bolingbrook, IL 60440**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Conaway, Erika**
**748 BETHNAL RD**
**BALTIMORE, Maryland 21229-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Conboy, Donna**
**1625 Rivershyre Pkwy**
**Lawrenceville, Georgia 30043-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|--------|-------------------------------------|------------------------|----------------|
|        | Name                                |                        |                |

---

**3.164 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Condra, Christina**<br>**2099 NCR 125 West**<br>**Paoli, Indiana 47454-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Condumex, Inc.**<br>**900 Avenue S**<br>**Grand Prairie, TX 75050** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Conger, Raegan**<br>**14604 Harli Ln**<br>**Oklahoma City, Oklahoma 73170-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Conley, Sophia**<br>**2640 Forty Niner Way**<br>**Antioch, California 94531-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Conneally, Aisling**<br>**1627 Santa Clara Ave,**<br>**Apt. A**<br>**Alameda, California 94501-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Connecticut Department of Revenue**<br>**Collections Unit - Bankruptcy Team**<br>**450 Columbus Blvd**<br>**Ste 1**<br>**Hartford, CT 06103** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Taxing Authority** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.1648**

**Nonpriority creditor's name and mailing address**
**Connecticut Distributors, Inc. (CDI)**
**333 Lordship Boulevard**
**Stratford, CT 06615**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1649**

**Nonpriority creditor's name and mailing address**
**Connel, Chelsea**
**343 Briar Court**
**Ardmore, Oklahoma 73401-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1650**

**Nonpriority creditor's name and mailing address**
**Connor & Gallagher**
**750 Warrenville Road Suite #400**
**Lisle, IL 60532**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1651**

**Nonpriority creditor's name and mailing address**
**Connor Co.**
**2800 North East Adams**
**Peoria, IL 61603**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1652**

**Nonpriority creditor's name and mailing address**
**Connors, Karen**
**1322 Ticonderoga Drive**
**St. Peters, Missouri 63376-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1653**

**Nonpriority creditor's name and mailing address**
**Conrad, Lindsay**
**517 Aqua Circle**
**Lino Lakes, Minnesota 55014-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1654**

**Nonpriority creditor's name and mailing address**
**Conry, Nancy**
**2254 State Street**
**North Bellmore, New York 11710-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.165 5**

**Nonpriority creditor's name and mailing address**
**Consolidated Graphics Group, Inc.**
**1614 East 40th Street**
**Cleveland, OH 44103**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165 6**

**Nonpriority creditor's name and mailing address**
**Consroe, Joni**
**730 Espanade #501**
**Redondo Beach, California 90277-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165 7**

**Nonpriority creditor's name and mailing address**
**Contemporary Control Systems**
**2431 Curtiss street**
**Downers Grove, IL 60515**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165 8**

**Nonpriority creditor's name and mailing address**
**Continental Casualty Company**
**Continental Casualty Company**
**23453 Network Place**
**Chicago, IL 60673-1234**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165 9**

**Nonpriority creditor's name and mailing address**
**Continental Elementary School District**
**1991 E White House Canyon Road**
**Greenvalley, AZ 85614**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 0**

**Nonpriority creditor's name and mailing address**
**Continental Energy Services, LLC**
**15802 Industrial Drive**
**Independence, MO 64058**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 1**

**Nonpriority creditor's name and mailing address**
**Continental Insurance Company**
**151 N. Franklin St.**
**Chicago, IL 60606**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Interactive Health Solutions, Inc.**                    Case number (if known)   **20-11530 (BLS)**

Name

---

| 3.166 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Contreras, Savannah**
**6800 McNeil Dr**
**Apt 1818**
**Austin, Texas 78729-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Convergint Technologies LLC**
**One Commerce Drive**
**Schaumburg, IL 60173**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cook, Alexis**
**635 Gooseberry Dr #1705**
**Longmont, Colorado 80503-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cook, Emily**
**11216 Pardoners Tale Lane**
**Austin, Texas 78748-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cook, Jacqueline**
**7727 Woodward Ave**
**Apt 2B**
**Woodridge, Illinois 60517-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cooley, Amy**
**1974 N. Laurelwood St.**
**Canby, Oregon 97013-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cooley, Carrie**
**562 Pelham Blvd**
**Saint Paul, Minnesota 55104-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

**3.1669**

Nonpriority creditor's name and mailing address
**Cooley, Christine**
**838 Kendra Ann Drive**
**Swansea, Illinois 62226-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1670**

Nonpriority creditor's name and mailing address
**Coombs, Lia**
**9643 Devedente Dr**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1671**

Nonpriority creditor's name and mailing address
**Cooper Pest Solutions**
**351 Lawrence Station Road**
**Lawrence Township, NJ 08648**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1672**

Nonpriority creditor's name and mailing address
**COOPER TIRE & RUBBER COMPANY**
**701 Lima Ave**
**Findlay, OH 45840**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1673**

Nonpriority creditor's name and mailing address
**Cooper, Alexandra**
**429 Ne 89th Ave**
**Portland, Oregon 97220-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1674**

Nonpriority creditor's name and mailing address
**Cooper, Brandie**
**2622 Dandelion St**
**Springdale, Arkansas 72764-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1675**

Nonpriority creditor's name and mailing address
**Cooper, Cari**
**4035 Hamilton Street**
**Apt. 4**
**San Diego, California 92104-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.167 6**

**Nonpriority creditor's name and mailing address**

**Cooper, Deborrah**
**1584 Geary Road**
**Walnut Creek, California 94597-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 7**

**Nonpriority creditor's name and mailing address**

**Cooper, Jake**
**4401 Van Dorn Street**
**Lincoln, Nebraska 68506-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 8**

**Nonpriority creditor's name and mailing address**

**Cooper, Jennifer**
**3214 Hudson St**
**Baltimore, Maryland 21224-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 9**

**Nonpriority creditor's name and mailing address**

**Cooper, Kyle**
**9948 Whitworth Way**
**Ellicott City, Maryland 21042-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168 0**

**Nonpriority creditor's name and mailing address**

**Cooper, Rosalynn**
**Po Box 5834**
**Beaumont, Texas 77726-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168 1**

**Nonpriority creditor's name and mailing address**

**Cooperman, Megan**
**7120 Millbury Court**
**Elkridge, Maryland 21075-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168 2**

**Nonpriority creditor's name and mailing address**

**Cooperstone, Elizabeth**
**6 Marvin Place**
**Westport, Connecticut 06880-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.168
3**

**Nonpriority creditor's name and mailing address**

**Coopwood, Kendall
594 Heather Dr.
Lithia Springs, Georgia 30122-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168
4**

**Nonpriority creditor's name and mailing address**

**Coopwood, Therron
54 Golden Pine Road
Austell, Georgia 30168-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168
5**

**Nonpriority creditor's name and mailing address**

**Coore, Brittani
12074 Royal Cove Way
Wellington, Florida 33414-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168
6**

**Nonpriority creditor's name and mailing address**

**Copart, Inc.
14185 Dallas Parkway, Ste 400
Dallas, TX 75254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168
7**

**Nonpriority creditor's name and mailing address**

**COPE Community Services Inc.
1485 W. Commerce Court
Tucson, AZ 85747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168
8**

**Nonpriority creditor's name and mailing address**

**Copeland, Catherine
4241 Bartholows Rd
Mount Airy, Maryland 21771-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168
9**

**Nonpriority creditor's name and mailing address**

**Copeland, Shantae
605 Obendorfer Road
Norfolk, Virginia 23523-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.169 0**

**Nonpriority creditor's name and mailing address**

**CopperPoint Insurance Companies**
**3030 N. 3rd Street**
**Phoenix, AZ 85012**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.169 1**

**Nonpriority creditor's name and mailing address**

**Copyright Clearance Center**
**222 Rosewood Drive**
**Danvers, MA 01923**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.169 2**

**Nonpriority creditor's name and mailing address**

**Corbett, Cynthia**
**213 Hitching Post Ln**
**Forest, Virginia 24551-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.169 3**

**Nonpriority creditor's name and mailing address**

**Corbett, Meg**
**4712 S 94th Street**
**Omaha, Nebraska 68127-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.169 4**

**Nonpriority creditor's name and mailing address**

**Corbin, Christopher**
**217 15th Avenue Southeast**
**Rochester, Minnesota 55904-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.169 5**

**Nonpriority creditor's name and mailing address**

**Corbins Service Electric, LLC**
**4829 S 38th St**
**Phoenix, AZ 85040**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.169 6**

**Nonpriority creditor's name and mailing address**

**Cordero Santiesteban, Iliache**
**9953 Shadow Grove Avenue**
**Las Vegas, Nevada 89148-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.169<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$789,174.22** |
|---|---|---|---|

**Corehealth Technologies Inc.**
**#202-3275 Lakeshore Rd**
**00000, 00000 00000-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/15/2020

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Corley, Lassonia**
**2139 Lake Park Dr SE, Apt D**
**Smyrna, Georgia 30080-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Corliss, Daniel**
**71 NE Alberta St**
**Portland, Oregon 97211-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Corneille, Keturah**
**3863 Walker Rd.**
**Apopka, Florida 32703-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cornelius, Conor**
**3857 N Kildare Ave**
**Chicago, Illinois 60641-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$621.47** |
|---|---|---|---|

**Cornell Container Inc.**
**3000 Dundee Road #417**
**Northbrook, IL 60062**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/13/2020

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cornerstone Home Lending, Inc.**
**1177 West Loop South**
**Houston, TX 77027**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.170
4**

**Nonpriority creditor's name and mailing address**
**Cornwell, Julie**
**16 Meadow Tree Lane**
**Lakewood, Pennsylvania 18439-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.170
5**

**Nonpriority creditor's name and mailing address**
**Corona, Cynthia**
**11835 wright rd**
**Lynwood, California 90262-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.170
6**

**Nonpriority creditor's name and mailing address**
**Corona, Leslie**
**2410 Manila Ln**
**Houston, Texas 77043-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.170
7**

**Nonpriority creditor's name and mailing address**
**Coronado, Craig**
**927 West 8th Street**
**Benicia, California 94510-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.170
8**

**Nonpriority creditor's name and mailing address**
**Corporate Care Management**
**1 Kattelville Rd**
**Binghamton, NY 13901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.170
9**

**Nonpriority creditor's name and mailing address**
**Corporate Identity**
**223 West Main Street**
**Barrington, IL 60010**

Date(s) debt was incurred  **2/10/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

$2,993.80

---

**3.171
0**

**Nonpriority creditor's name and mailing address**
**Corson, Matthew**
**12019 Royalwood Drive**
**Fishers, Indiana 46037-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.171**
**1**

**Nonpriority creditor's name and mailing address**
**Corson, Shawna**
**4021 S. Loganberry Ct**
**New Palestine, Indiana 46163-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171**
**2**

**Nonpriority creditor's name and mailing address**
**Cortez, Kristina**
**2920 Via San Carlo**
**Montebello, California 90640-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171**
**3**

**Nonpriority creditor's name and mailing address**
**Cortez, Maria**
**1111 E. Baylor Ln.**
**Gilbert, Arizona 85296-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171**
**4**

**Nonpriority creditor's name and mailing address**
**Cosby, Torey**
**4830 Crewsville Road**
**Bumpass, Virginia 23024-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171**
**5**

**Nonpriority creditor's name and mailing address**
**Costa, Gina**
**2923 Greenfield Road**
**Glenshaw, Pennsylvania 15116-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171**
**6**

**Nonpriority creditor's name and mailing address**
**Costanzo, Danielle**
**1381 Oakridge Drive**
**Cleveland Heights, Ohio 44124-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171**
**7**

**Nonpriority creditor's name and mailing address**
**Costello, David**
**906 E. Magnolia Avenue**
**Auburn, Alabama 36830-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.1718**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Costello, Linda**<br>**320 Mitchele Grant Way**<br>**Bedford, Massachusetts 01730-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1719**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Costigan, Mathilda**<br>**12915 Yellow Jacket Rd**<br>**Hagerstown, Maryland 21740-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1720**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Cote, Charles**<br>**681 Coffee Trail**<br>**Geneva, Florida 32732-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1721**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Cote, Christine**<br>**309 E Carroll St**<br>**Kentland, Indiana 47951-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1722**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Cotter, Amanda**<br>**400 Spring St. W. Apt 137**<br>**Saint Paul, Minnesota 55102-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1723**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,040.00 |
|---|---|---|
| **Cottingham & Butler Consulting Services**<br>**Cottingham & Butler Consulting Services**<br>**2601 Crossroads Drive Ste. 130**<br>**Madison, WI 53718-7960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **4/24/2020** | | |
| Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1724**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Cotton, Christina**<br>**16738 Township Meadows Ct**<br>**Houston, Texas 77095-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.172 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cotton, Rochelle**
**6939 S Lowe**
**Chicago, Illinois 60621-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cotton, Shantavia**
**401 Rivers Edge Cir Apt. 201**
**Elizabeth City, North Carolina 27909-000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cotton-Cosper, Brittanie**
**2032 Villa Napoli Loop E**
**Las Cruces, New Mexico 88011-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Couch Aggregates**
**3905 Messer Airport Highway**
**Birmingham, AL 35222**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coughlin, Christine**
**917 Greenleaf**
**Wilmette, Illinois 60091-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coulter, James**
**309 N simpson street**
**Philadelphia, Pennsylvania 19139-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Countryman, Kristina**
**624 Rimington Lane**
**Decatur, Georgia 30030-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|

Name

---

| 3.173 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Countryside Bank**
**6734 Joliet Road**
**Countryside, IL 60525**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of DuPage**
**421 N County Farm Rd**
**Wheaton, IL 60187-3978**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Couper, Susan**
**55 Cherry Brook Rd**
**Weston, Massachusetts 02493-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Couprie, Appoline**
**16643 Superior Street**
**Northridge, California 91343-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Courey, Susan**
**3700 Galt Ocean Drive #512**
**Ft Lauderdale, Florida 33308-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Court, Christopher**
**4300 Spring Hill Drive**
**College Station, Texas 77845-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Courtney, Kirsten**
**2321 Costa Mesa Drive**
**Dallas, Texas 75228-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.173 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Cousino, Matthew** | ☐ Contingent | |
| **910 W Lawrence Ave** | ■ Unliquidated | |
| **Apt 206** | ☐ Disputed | |
| **Chicago, Illinois 60640-0000** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.174 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Coutee, Adrienne** | ☐ Contingent | |
| **13080 Peppergate Lane** | ■ Unliquidated | |
| **Houston, Texas 77044-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.174 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Coutre, Mark** | ☐ Contingent | |
| **419 Maple Street** | ■ Unliquidated | |
| **Winnetka, Illinois 60093-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.174 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Covelli, Ian** | ☐ Contingent | |
| **206 Judy Ln** | ■ Unliquidated | |
| **Streamwood, Illinois 60107-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.174 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Covert, Julia** | ☐ Contingent | |
| **213 South East Street** | ■ Unliquidated | |
| **Waterford, Pennsylvania 16441-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.174 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Covert, Stacey** | ☐ Contingent | |
| **2811 West Deer Valley Rd** | ■ Unliquidated | |
| **Apt 2095** | ☐ Disputed | |
| **Phoenix, Arizona 85027-0000** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.174 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Cowan, Courtney** | ☐ Contingent | |
| **1780 Kettner Blvd** | ■ Unliquidated | |
| **Unit 702** | ☐ Disputed | |
| **San Diego, California 92101-0000** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.174 6**

**Nonpriority creditor's name and mailing address**

**Coweta-Fayette EMC**
**807 Collinsworth Road**
**Palmetto, GA 30268**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.174 7**

**Nonpriority creditor's name and mailing address**

**Cowley, Mckinzie**
**2504 Linda Drive**
**Urbandale, Iowa 50322-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.174 8**

**Nonpriority creditor's name and mailing address**

**Cox, Amanda**
**1221 Berrywood Drive**
**Lexington, Kentucky 40515-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.174 9**

**Nonpriority creditor's name and mailing address**

**Cox, Barbara**
**66 Columbia Ave**
**Newark, New Jersey 07106-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.175 0**

**Nonpriority creditor's name and mailing address**

**Cox, Cathleen**
**4202 Hillcrest Rd**
**Richmond, Virginia 23225-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.175 1**

**Nonpriority creditor's name and mailing address**

**Cox, Elizabeth**
**1442 Glynn Oaks Drive**
**Marietta, Georgia 30008-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.175 2**

**Nonpriority creditor's name and mailing address**

**Cox, Helen**
**P.O. Box 140861**
**Broken Arrow, Oklahoma 74014-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.175 3**

**Nonpriority creditor's name and mailing address**
**Cox, Lisa**
**720 cedar ave**
**Metairie, Louisiana 70001-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.175 4**

**Nonpriority creditor's name and mailing address**
**Coz, Juan**
**3932 Fairsmith St**
**Dayton, Ohio 45416-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.175 5**

**Nonpriority creditor's name and mailing address**
**CP&Y, Inc**
**1820 Regal Row**
**Dallas, TX 75235**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.175 6**

**Nonpriority creditor's name and mailing address**
**Cradler, Leslie**
**6048 Taylor Drive**
**Apt. 54**
**Burlington, Kentucky 41005-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.175 7**

**Nonpriority creditor's name and mailing address**
**Craemer, Michele**
**17 HENRY'S PATH**
**UPTON, Massachusetts 01568-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.175 8**

**Nonpriority creditor's name and mailing address**
**Craftsmen Transportation Services, LLC**
**3755 Mueller Rd.,**
**Saint Charles, MO 63301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.175 9**

**Nonpriority creditor's name and mailing address**
**Craig, Chani**
**5134 Wilmar Lane**
**Rhinelander, Wisconsin 54501-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.1760**

**Nonpriority creditor's name and mailing address**
**Craig, Mhairi**
**2311 Loreley Lane**
**Wilmington, Delaware 19810-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1761**

**Nonpriority creditor's name and mailing address**
**Craig, Monica**
**457 Poplar Forest Ln**
**Pittsboro, North Carolina 27312-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1762**

**Nonpriority creditor's name and mailing address**
**Craig, Tramaine**
**1305 Amber Chase Drive**
**McDonough, Georgia 30253-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1763**

**Nonpriority creditor's name and mailing address**
**Craigen, Charlene**
**1429 E. 214th Street**
**Los Angeles, California 90745-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1764**

**Nonpriority creditor's name and mailing address**
**Crain, Megan**
**15022 Wycliffe Dr, Apt 17**
**Omaha, Nebraska 68154-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1765**

**Nonpriority creditor's name and mailing address**
**Crane, Cherisse**
**6637 Sherrod Drive**
**Fayetteville, North Carolina 28314-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1766**

**Nonpriority creditor's name and mailing address**
**Crane, Enyana**
**1516 10th Ave**
**Leavenworth, Kansas 66048-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.176
7**

**Nonpriority creditor's name and mailing address**
**Crankson, Diane**
**2673 Doncsater Ave SW**
**Grand Rapids, Michigan 49509-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176
8**

**Nonpriority creditor's name and mailing address**
**Crater, Regina**
**217 Pinebrook School Rd**
**Mocksville, North Carolina 27028-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176
9**

**Nonpriority creditor's name and mailing address**
**Crawford County Memorial Hospital**
**100 Medical Pkwy**
**Denison, IA 51442-2299**

Date(s) debt was incurred  2/28/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.177
0**

**Nonpriority creditor's name and mailing address**
**Crawford Electric Supply**
**7390 Northcourt Road**
**Houston, TX 77040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177
1**

**Nonpriority creditor's name and mailing address**
**Crawford, JaShaunda**
**16446 Fulgham Lane**
**Smithfield, Virginia 23430-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177
2**

**Nonpriority creditor's name and mailing address**
**Crawford, Rachel**
**7808 Orchid Drive**
**Corona, California 92880-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177
3**

**Nonpriority creditor's name and mailing address**
**Crawford, Shaina**
**419 West Avenue C**
**Bismark, North Dakota 58501-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|--------|----------------------------------------|------------------------|---------------------|
|        | Name                                   |                        |                     |

---

**3.177 4**

Nonpriority creditor's name and mailing address
**Crawford, Stacy**
**3217 Dr Martin Luther King Dr**
**St. Louis, Missouri 63106-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 5**

Nonpriority creditor's name and mailing address
**Creal, Natasha**
**246 Arrowhead St**
**Park Forest, Illinois 60466-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 6**

Nonpriority creditor's name and mailing address
**Crear, Jane**
**2885 Basswood Drive**
**Mound, Minnesota 55364-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 7**

Nonpriority creditor's name and mailing address
**Credit Bureau of Carbon County dba Colle**
**5819 Lockheed Avenue**
**Loveland, CO 80538**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 8**

Nonpriority creditor's name and mailing address
**Credo Community Center**
**595 W. Main Street**
**Watertown, NY 13601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 9**

Nonpriority creditor's name and mailing address
**Cremat, Dean**
**11472 Swan Lake Drive**
**San Diego, California 92131-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178 0**

Nonpriority creditor's name and mailing address
**Crescent Capital**
**11100 Santa Monica Blvd**
**Suite 2000**
**Los Angeles, CA 90025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.178 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Crespo, Raphael** **144 Union Ave** **Belleville, New Jersey 07109-0000** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Crici, Karen** **1010 W Tennessee Trail** **St Johns, Florida 32259-0000** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Criss, Patricia** **2685 Highway 34** **Osceola, Iowa 50213-0000** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Criswell, Lisa** **10415 Indian Trail** **Sanger, Texas 76266-0000** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Crockett, Marylou** **313 W Grant St** **Greentown, Indiana 46936-0000** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Cromwell, Luz** **7255 E Snyder Rd unit 1106** **Tucson, Arizona 85750-0000** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Cronebach, Debra** **694 Homerun Dr** **O'Fallon, Missouri 63366-0000** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Interactive Health Solutions, Inc. | | Case number *(if known)* | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.178 8**

**Nonpriority creditor's name and mailing address**

**Crosby, Sarah**
**1 Adele Street**
**Lynchburg, Virginia 24503-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.178 9**

**Nonpriority creditor's name and mailing address**

**Crossley, Richard**
**910 W. Sycamore, Apt 3**
**Carbondale, Illinois 62901-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.179 0**

**Nonpriority creditor's name and mailing address**

**Crowley**
**9487 Regency Square Blvd**
**Jacksonville, FL 32225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

**Croyl, Melissa**
**504 Marlow Drive**
**Flower Mound, Texas 75028-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.179 2**

**Nonpriority creditor's name and mailing address**

**Crozier, Mackenzie**
**3110 Walling Dr**
**Austin, Texas 78705-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

**Crudup, Lisa**
**2237 Bryn Mawr Ave, Apt 215**
**Philadelphia, Pennsylvania 19131-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

**Crusterson, Laura**
**5321 Park Village Drive**
**Little Rock, Arkansas 72209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.179 5**

**Nonpriority creditor's name and mailing address**
**Cruz, Catherine**
**1600 N Wilmot Rd unit 311**
**Tucson, Arizona 85712-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 6**

**Nonpriority creditor's name and mailing address**
**Cruz, Jessica**
**2224 Brent Ct**
**Schaumburg, Illinois 60194-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 7**

**Nonpriority creditor's name and mailing address**
**Cruz, Kristine**
**2343 Clover street**
**simi valley, California 93065-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 8**

**Nonpriority creditor's name and mailing address**
**Cruz, Lacy**
**3001 N Woodcrest Drive**
**Midwest City, Oklahoma 73110-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 9**

**Nonpriority creditor's name and mailing address**
**CS&P Technologies, LP**
**18119 Telge Road**
**Cypress, TX 77429**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180 0**

**Nonpriority creditor's name and mailing address**
**Csatari, Janie**
**601 Crystal Springs Ct**
**Fox lake, Illinois 60020-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180 1**

**Nonpriority creditor's name and mailing address**
**CSW Industrials, Inc**
**5420 Lyndon B. Johnson Freeway**
**Dallas, TX 75240**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.180
2**

**Nonpriority creditor's name and mailing address**

**CT Corporation - IH**
**P.O Box 4349**
**Carol Stream, IL 60197-4349**

Date(s) debt was incurred  **4/30/2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$6,921.90**

---

**3.180
3**

**Nonpriority creditor's name and mailing address**

**CubeSmart Management, LLC**
**1905 East William Cannon Drive**
**Austin, TX 78745**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180
4**

**Nonpriority creditor's name and mailing address**

**Cuellar, Brandy**
**4719 West Haward Pl**
**Denver, Colorado 80212-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180
5**

**Nonpriority creditor's name and mailing address**

**Cuellar, Jasmine**
**800 Gazebo Ct.**
**Suisun City, California 94585-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180
6**

**Nonpriority creditor's name and mailing address**

**Cuite, Erin**
**562 Elizabeth Avenue**
**River Vale, New Jersey 07675-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180
7**

**Nonpriority creditor's name and mailing address**

**Culloo, Ann**
**150 Corey Colonial**
**Agawam, Massachusetts 01001-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180
8**

**Nonpriority creditor's name and mailing address**

**Culp, Kylie**
**8011 Greenbriar**
**Amarillo, Texas 79119-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.180 9 | Nonpriority creditor's name and mailing address<br>**Culpepper, Felicia**<br>**12708 Wayzata Blvd #306**<br>**Minnetonka, Minnesota 55305-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.181 0 | Nonpriority creditor's name and mailing address<br>**Cumby-Murphy, Gwendolyn**<br>**2832 142nd Place**<br>**Blue Island, Illinois 60406-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.181 1 | Nonpriority creditor's name and mailing address<br>**Cunningham, Amanda**<br>**176 L Street APT 3**<br>**South Boston, Massachusetts 02127-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.181 2 | Nonpriority creditor's name and mailing address<br>**Cunningham, Angel**<br>**2485 Washington Avenue**<br>**Hurricane, Virginia 25526-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.181 3 | Nonpriority creditor's name and mailing address<br>**Cunningham, Leanor**<br>**6054 7th Avenue**<br>**Los Angeles, California 90043-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.181 4 | Nonpriority creditor's name and mailing address<br>**Cunningham, Marlene**<br>**4135 Brown Bark Circle**<br>**Randallstown, Maryland 21133-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.181 5 | Nonpriority creditor's name and mailing address<br>**Cunningham, Reiko**<br>**808 Ne 12th St**<br>**Grimes, Iowa 50111-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.181 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,193.75 |

**CuraLinc, LLC**
**314 W. Superior Street**
**Suite 601**
**Chicago, IL 60654**

Date(s) debt was incurred  4/24/2020

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Curameng, Karen**
**276 N Dellwood Ave**
**Dellwood, Missouri 63135-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Curiel, Giselle**
**4007 Clarcona Ocoee Road**
**orlando, Florida 32810-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CURRAN GROUP, INC.**
**286 Memorial Court**
**Crystal Lake, IL 60014**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Curry, DaDresha**
**439 Slaton Ave**
**Hartwell, Georgia 30643-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Curry, Maria**
**81 Liberty Street**
**Braintree, Massachusetts 02184-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Curtin, Maria**
**150 Main Street**
**Westford, Massachusetts 01886-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.182 3**

**Nonpriority creditor's name and mailing address**

**Curtis, Kelli**
**3151 California St.**
**Apt. 5A**
**San Francisco, California 94115-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.182 4**

**Nonpriority creditor's name and mailing address**

**Curtis, Leilani**
**1442 Eastmeadow Circle**
**Colorado Springs, Colorado 80906-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.182 5**

**Nonpriority creditor's name and mailing address**

**Cushing, Betti**
**143 Pasbehegh Drive**
**Williamsburg, Virginia 23185-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.182 6**

**Nonpriority creditor's name and mailing address**

**Custer County**
**1010 Main Street**
**Miles City, MT 59301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.182 7**

**Nonpriority creditor's name and mailing address**

**Custer, Pamela**
**2166 N Cole St**
**Lima, Ohio 45801-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.182 8**

**Nonpriority creditor's name and mailing address**

**Custom Data Processing**
**1408 S. Joliet Rd.**
**Romeoville, IL 60446**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.182 9**

**Nonpriority creditor's name and mailing address**

**Cuttone, Lynn**
**701 Cold Springs Rd**
**Woodstock, Illinois 60098-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.183 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cvitanovic, Jennifer**
**446 Wilder Place**
**Shreveport, Louisiana 71104-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**
_____

---

| 3.183 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cwynar, Georgine**
**3710 Owl Drive**
**Rolling Meadows, Illinois 60008-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**
_____

---

| 3.183 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**D & W Diesel**
**1503 Clark St. Rd.**
**Auburn, NY 13021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**
_____

---

| 3.183 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**D'Amore, Nicole**
**14 Dinsore Court**
**Cambridge, Massachusetts 02138-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**
_____

---

| 3.183 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**D'Ascoli, Midge**
**12602 W Indianola Avenue**
**Avondale, Arizona 85392-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**
_____

---

| 3.183 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**D'Onofrio, Alana**
**4037 Fernwood Ct**
**Pleasanton, California 94588-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**
_____

---

| 3.183 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dado, Katrina**
**1267 Lakeside Dr, Apt 2084**
**Sunnyvale, California 94085-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**
_____

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.183 7**

**Nonpriority creditor's name and mailing address**

**Dagdagan, Froilan**
**2310 North Williamsburg Street**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183 8**

**Nonpriority creditor's name and mailing address**

**Dahl, Anna**
**47657 - 290 Avenue**
**Rolfe, Iowa 50581-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183 9**

**Nonpriority creditor's name and mailing address**

**Dahl, Hanna**
**3 E Riverside Rd**
**Esko, Minnesota 55733-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 0**

**Nonpriority creditor's name and mailing address**

**Dahl, Kimberly**
**213 Hallwood Court**
**Holly Springs, North Carolina 27540-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 1**

**Nonpriority creditor's name and mailing address**

**Dahlin, Angela**
**903 Maplewood**
**Irvine, California 92618-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 2**

**Nonpriority creditor's name and mailing address**

**Daikin Applied**
**13600 Industrial Park Boulevard**
**Plymouth, MN 55441**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

**Daimler, Laura**
**9431 Renaissance Dr**
**St John, Indiana 46373-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.184
4**

**Nonpriority creditor's name and mailing address**

**Dal Nogare, Cara
245 Bennett Ave Apt 3h
Newyork, New York 10040-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.184
5**

**Nonpriority creditor's name and mailing address**

**Daley, Christina
12971 East River Road
Columbia Station, Ohio 44028-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.184
6**

**Nonpriority creditor's name and mailing address**

**Daley, Linda
29 Prescott Street
Framingham, Massachusetts 01702-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.184
7**

**Nonpriority creditor's name and mailing address**

**Daley, Susan
11 Horizon Road
Sharon, Massachusetts 02067-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.184
8**

**Nonpriority creditor's name and mailing address**

**Dallas Door & Supply Co.
9101 Chancellor Row
Dallas, TX 75247**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.184
9**

**Nonpriority creditor's name and mailing address**

**Dallas Group of America, Inc.
374 US Highway 22 W
Whitehouse Station, NJ 08888**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.185
0**

**Nonpriority creditor's name and mailing address**

**Dalton, Chemetra
1527 lawrence way
Winston Salem, North Carolina 27105-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.185**
**1**

**Nonpriority creditor's name and mailing address**
**Daly, Elaine**
**11017 W 125th St**
**Overland Park, Kansas 66213-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.185**
**2**

**Nonpriority creditor's name and mailing address**
**Damanti, Charles**
**405 Parker Creek Rd**
**Holly Springs, North Carolina 27540-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.185**
**3**

**Nonpriority creditor's name and mailing address**
**Damanti, Donna**
**405 Parker Creek Road**
**Holly Springs, North Carolina 27540-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.185**
**4**

**Nonpriority creditor's name and mailing address**
**Damer, Aman**
**1800 Graham Ave**
**Unit 223**
**Saint Paul, Minnesota 55116-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.185**
**5**

**Nonpriority creditor's name and mailing address**
**Dammerman, Blair**
**661 W Beecher St**
**APT 19**
**Adrian, Michigan 49221-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.185**
**6**

**Nonpriority creditor's name and mailing address**
**Damour, Queenna**
**72 Princeton St**
**Valley Stream, New York 11580-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.185**
**7**

**Nonpriority creditor's name and mailing address**
**Damptey, Ruby**
**5604 indian hill dr**
**arlington, Texas 76018-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.185 8**

**Nonpriority creditor's name and mailing address**

**Dana Incorporated**
**3939 Technology Drive**
**Maumee, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 9**

**Nonpriority creditor's name and mailing address**

**Dancker**
**291 Evans Way**
**Somerville, NJ 08876**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.186 0**

**Nonpriority creditor's name and mailing address**

**Dang, Elizabeth**
**220 Valley Drive**
**Columbia, Tennessee 38401-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.186 1**

**Nonpriority creditor's name and mailing address**

**Daniel, Jennifer**
**2436 N. Berkshire Rd**
**Charlottesville, Virginia 22901-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.186 2**

**Nonpriority creditor's name and mailing address**

**Daniel, Tyler**
**15420 Livingston Ave**
**Apt. 1420**
**Lutz, Florida 33559-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.186 3**

**Nonpriority creditor's name and mailing address**

**Daniels, Dana**
**8826 N. Rylander Circle**
**Houston, Texas 77071-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.186 4**

**Nonpriority creditor's name and mailing address**

**Daniels, Kristen**
**305 Brownview Dr**
**Chattanooga, Tennessee 37415-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.186 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniels, Robin**
**8101 S Stewart**
**Chicago, Illinois 60620-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Wages / Other</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniels, Ronnie**
**8659 87th Ave**
**Justice, Illinois 60458-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Wages / Other</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dannemiller, Melissa**
**3774 Chesterfield Drive**
**Akron, Ohio 44319-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Wages / Other</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dantona, Michael**
**76 Little Nahant Road**
**Nahant, Massachusetts 01908-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Wages / Other</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Danville Area Community College**
**2000 East Main Street**
**Danville, IL 61832**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Vendor / Other</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darvin Furniture**
**15400 S. LaGrange Road**
**Orland Park, IL 60462**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Vendor / Other</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dasmohapatra, Madhuri**
**13819 Inland Spring Ct.**
**#105**
**Houston, Texas 77059-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** <u>Wages / Other</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.187 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,589.61** |
|---|---|---|---|

**Datalink Corporation dba Insight Direct**
**Post Office Box 1450**
**NW-8286**
**Minneapolis, MN 55485**

Date(s) debt was incurred  4/1/2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Datamax, Inc.**
**2121 Hampton Ave**
**Saint Louis, MO 63136**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dates, Marion**
**9104 Dayton Springfield Rd**
**Fairborn, Ohio 45324-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Datz, Haily**
**4822 N 19th St**
**Bismarck, North Dakota 58503-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dauby O'Connor and Zaleski**
**900 Jorie Blvd**
**Ste 250**
**Oak Brook, IL 60523**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Daughtry, Nicole**
**12 Winton Court**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Davenport, Sharon**
**6002 Summerville Lane**
**Bossier, Louisiana 71111-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.1879**

**Nonpriority creditor's name and mailing address**
**David Evans Enterprises, Inc**
**2100 Sw River Parkway**
**Portland, OR 97201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1880**

**Nonpriority creditor's name and mailing address**
**David's Bridal**
**1001 Washington St**
**Conshohocken, PA 19428**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1881**

**Nonpriority creditor's name and mailing address**
**David, Blake**
**1326 N Harvard Ave**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1882**

**Nonpriority creditor's name and mailing address**
**Davidson Jr, Donald**
**118 East 2nd Street**
**Peru, Indiana 46970-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1883**

**Nonpriority creditor's name and mailing address**
**Davidson La Clare, Nicole**
**39045 Flamingo St NW**
**Stanchfield, Minnesota 55080-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1884**

**Nonpriority creditor's name and mailing address**
**Davila, Jose**
**1010 N Stapley Dr. Apt. 219**
**Mesa, Arizona 85203-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1885**

**Nonpriority creditor's name and mailing address**
**Davis, Andrew**
**505 Navajo Springs Road**
**Los Angeles, California 91765-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.188**
**6**

**Nonpriority creditor's name and mailing address**
**Davis, Annette**
**5530 W. Hackamore Dr**
**Phoenix, Arizona 85083-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.188**
**7**

**Nonpriority creditor's name and mailing address**
**Davis, Bethany**
**48 Lincoln Ave**
**Angola, New York 14006-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.188**
**8**

**Nonpriority creditor's name and mailing address**
**Davis, Bianca**
**6232 Hedgesparrows Lane**
**Sanford, Florida 32771-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.188**
**9**

**Nonpriority creditor's name and mailing address**
**Davis, Brent**
**500 N. Chippewa Drive**
**Chandler, Arizona 85224-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.189**
**0**

**Nonpriority creditor's name and mailing address**
**Davis, Briana**
**111 Kelly Cove**
**Canton, Mississippi 39046-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.189**
**1**

**Nonpriority creditor's name and mailing address**
**Davis, Deborah**
**1130 N. Douglas**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.189**
**2**

**Nonpriority creditor's name and mailing address**
**Davis, Denise**
**752 North Main Street #195**
**Mansfield, Texas 76063-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.189 3**

**Nonpriority creditor's name and mailing address**
**Davis, Felicia**
**1007 Stable Side Court**
**Houston, Texas 77073-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 4**

**Nonpriority creditor's name and mailing address**
**Davis, George**
**512 Craddock Ave**
**Apt 1331**
**San Marcos, Texas 78666-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 5**

**Nonpriority creditor's name and mailing address**
**Davis, Graham and Stubbs**
**1550 17th St Ste 500**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 6**

**Nonpriority creditor's name and mailing address**
**Davis, Ivy**
**304 Bertolino Dr**
**Kenner, Louisiana 70065-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 7**

**Nonpriority creditor's name and mailing address**
**Davis, Jeanette**
**21740 Thames Street**
**Wyoming, Minnesota 55092-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 8**

**Nonpriority creditor's name and mailing address**
**Davis, Jennifer**
**114 Hillview**
**Luling, Texas 78648-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 9**

**Nonpriority creditor's name and mailing address**
**Davis, Joanne**
**4000 Bush Lake Place**
**Glen Allen, Virginia 23060-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.190 0**

**Nonpriority creditor's name and mailing address**
**Davis, Joshua**
**14435 S. 48th St**
**Apt 1105**
**Phoenix, Arizona 85044-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.190 1**

**Nonpriority creditor's name and mailing address**
**Davis, Kiley**
**2508 7th Street**
**Galena Park, Texas 77547-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.190 2**

**Nonpriority creditor's name and mailing address**
**Davis, Kimberly**
**1290 Carlton Arms Circle**
**Apt. D**
**Bradenton, Florida 34208-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.190 3**

**Nonpriority creditor's name and mailing address**
**Davis, Linda**
**8879 Kennard Rd**
**Lodi, Ohio 44254-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.190 4**

**Nonpriority creditor's name and mailing address**
**Davis, Linda**
**8879 Kennard Rd**
**Lodi, Ohio 44254-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.190 5**

**Nonpriority creditor's name and mailing address**
**Davis, Liza**
**134 Magnolia Estates**
**League City, Texas 77573-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.190 6**

**Nonpriority creditor's name and mailing address**
**Davis, Melissa**
**113 Windover Court**
**McMurray, Pennsylvania 15317-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.190 7**

**Nonpriority creditor's name and mailing address**
**Davis, Merene**
**10755 deauville drive**
**Fort worth, Texas 76108-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.190 8**

**Nonpriority creditor's name and mailing address**
**Davis, Nina**
**11235 Oak Leaf Drive**
**APT 503**
**Silver Spring, Maryland 20901-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.190 9**

**Nonpriority creditor's name and mailing address**
**Davis, Rebecca**
**132 Hatherly Road**
**Scituate, Massachusetts 02066-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.191 0**

**Nonpriority creditor's name and mailing address**
**Davis, Rochelle**
**2524 Lasalle Drive**
**Irving, Texas 75062-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.191 1**

**Nonpriority creditor's name and mailing address**
**Davis, Sharon**
**11 Hilltop Drive**
**West Hartford, Connecticut 06107-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.191 2**

**Nonpriority creditor's name and mailing address**
**Davis, Shona**
**1142 N Hickory Ave**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.191 3**

**Nonpriority creditor's name and mailing address**
**Davis, Tammy**
**4637 Hilltop Terrace, Se**
**Washington, District of Columbia 20019-0**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.191 4**

**Nonpriority creditor's name and mailing address**

**Davis, Theresa**
**11 Bayberry Road**
**Newburyport, Massachusetts 01950-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191 5**

**Nonpriority creditor's name and mailing address**

**Davis-Bork, Erin**
**6229 Sandshores Dr**
**Troy, Michigan 48085-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191 6**

**Nonpriority creditor's name and mailing address**

**Davis-Dickerson, Nishi**
**4024 Periwinkle Dr**
**Fort Worth, Texas 76137-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191 7**

**Nonpriority creditor's name and mailing address**

**Davis-Salther, Shantae**
**2234 S 19th Ave**
**Broadview, Illinois 60155-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191 8**

**Nonpriority creditor's name and mailing address**

**Davison, Krystal**
**2406 Avenido Del Pinar**
**Gautier, Mississippi 39553-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191 9**

**Nonpriority creditor's name and mailing address**

**Dawkins, Laverne**
**1167 Creekside Court**
**Burton, Michigan 48509-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192 0**

**Nonpriority creditor's name and mailing address**

**Dawson County (MT)**
**207 W Bell Street**
**Glendive, MT 59330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.192 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dawson, Dustin**
**4650 Lakeshore Dr**
**Shreveport, Louisiana 71109-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dawson, Jean**
**23346 Rolling Ct**
**Lexington Park, Virginia 20653-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Day, Heidi**
**119 Kingsmill Place**
**Advance, North Carolina 27006-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Day, Rachel**
**5126 Prince Phillip Cove**
**Brentwood, Tennessee 37027-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dayton Freight Lines, Inc.**
**6450 Poe Ave Suite 311**
**Dayton, OH 45414**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**dbSpectra, Inc.**
**1590 E Highway 121 Business Building**
**Lewisville, TX 75056**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**De La Rosa, Gladys**
**1815 W. 5TH Street**
**FT Stockton, Texas 79735-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page  276 of 1226

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

| 3.192 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**De La Torre, Gabriel**
**11223 Snow Bell Place**
**Fontana, California 92337-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**De Leon, Margaret**
**5252 Bishop Street #7**
**Cypress, California 90630-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**De Maria, Jason**
**6949 Blue Flag Ave**
**Woodridge, Illinois 60517-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**De Pasquale, Domenica**
**2913 N 74th Avenue**
**Elmwood Park, Illinois 60707-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**De Vera, Carmela**
**218 W 8th Street**
**Bloomsburg, Pennsylvania 17815-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deagan, Patrick**
**320 Fernway Drive**
**Copley, Ohio 44321-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dean, Acquita**
**9007 Anderson Bluff**
**Converse, Texas 78109-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.193 5**

**Nonpriority creditor's name and mailing address**

**Deanna Taylor**
**3011 Walden Circle**
**Waukesha, WI 53188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193 6**

**Nonpriority creditor's name and mailing address**

**Dearborn, Walter**
**800 Cathedral St**
**APT # 2**
**Baltimore, Maryland 21201-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193 7**

**Nonpriority creditor's name and mailing address**

**Debnam, Alena**
**603 Godwin St**
**Portsmouth, Virginia 23704-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193 8**

**Nonpriority creditor's name and mailing address**

**Debonville, Stacey**
**11 McAfee Farm Rd**
**Bedford, New Hampshire 03110-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193 9**

**Nonpriority creditor's name and mailing address**

**Deboo, Kathryn**
**750 N. Dearborn**
**Chicago, Illinois 60654-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.194 0**

**Nonpriority creditor's name and mailing address**

**DeBow, Nikela**
**13794 W. Waddell**
**#203-163**
**Surprise, Arizona 85379-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.194 1**

**Nonpriority creditor's name and mailing address**

**DeBoy, Amanda**
**216 Julie Lane**
**Hampshire, Illinois 60140-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)   **20-11530 (BLS)**

| 3.194 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**DeCastris, Valeri**
**918 Cunningham Street**
**Rockford, Illinois 61102-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.194 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Decatur Memorial Hospital**
**2300 N Edward St**
**Decatur, IL 62526**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.194 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Decatur School District 61**
**101 West Cerro Gordo**
**Decatur, IL 62523**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.194 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Decena, Mildred**
**3744 Pruneridge Ave**
**Santa Clara, California 94545-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.194 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dedert Corporation**
**17740 Hoffman Way**
**Homewood, IL 60430**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.194 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Deer Lodge Elementary School District**
**444 Montana Ave.**
**Deer Lodge, MT 59722**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.194 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Deer Valley Unified School District**
**20402 N. 15th Avenue**
**Phoenix, AZ 85027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.1949**

**Nonpriority creditor's name and mailing address**
**Deerfield SD 109**
**517 Deerfield Road**
**Deerfield, IL 60015**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1950**

**Nonpriority creditor's name and mailing address**
**Dees, Hailee**
**71 Lovett Drive**
**Fredericksburg, Virginia 22407-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1951**

**Nonpriority creditor's name and mailing address**
**deFay, Lance**
**167 Thorndyke Road**
**Rochester, New York 14617-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1952**

**Nonpriority creditor's name and mailing address**
**Defiance City Schools**
**629 Arabela Street**
**Defiance, OH 43512**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1953**

**Nonpriority creditor's name and mailing address**
**DeFranco, Jessica**
**2907 Somerville Dr #B**
**Ft Collins, Colorado 80526-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1954**

**Nonpriority creditor's name and mailing address**
**DeGuzman, Jay**
**123 E San Carlos Street**
**#306**
**San Jose, California 95116-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1955**

**Nonpriority creditor's name and mailing address**
**DeHaven, Stacie**
**3509 Roland Ave., Apt B**
**Baltimore, Maryland 21211-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.1956**

**Nonpriority creditor's name and mailing address**

**Dehkam, Anya**
**15159 Jupiter Hills Ln**
**Haymarket, Virginia 20169-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1957**

**Nonpriority creditor's name and mailing address**

**Deiner, Kevin**
**5712 Larchmont Dr**
**Erie, Pennsylvania 16509-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1958**

**Nonpriority creditor's name and mailing address**

**Deising, Deanna**
**5503 Riverview Court**
**Stevens Point, Wisconsin 54482-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1959**

**Nonpriority creditor's name and mailing address**

**Deiss, Trina**
**947 109th Lane**
**Coon Rapids, Minnesota 55448-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1960**

**Nonpriority creditor's name and mailing address**

**DeKalb County Government**
**110 East Sycamore Street**
**Sycamore, IL 60178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1961**

**Nonpriority creditor's name and mailing address**

**Del Lago Casino**
**1133 State Route 414**
**Waterloo, NY 13165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1962**

**Nonpriority creditor's name and mailing address**

**Del Rio, Christine**
**2N 344 Diane Ave**
**Glen Ellyn, Illinois 60137-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.196
3**

**Nonpriority creditor's name and mailing address**
**Del Valle, Norma**
**8590 Dairy View Ln**
**Houston, Texas 77072-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196
4**

**Nonpriority creditor's name and mailing address**
**Del Webb Wellness Center**
**12920 Del Webb Blvd**
**Huntley, IL 60142**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196
5**

**Nonpriority creditor's name and mailing address**
**DeLaney, Mia**
**706 S. Maple Ave #1**
**Oak Park, Illinois 60304-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196
6**

**Nonpriority creditor's name and mailing address**
**Delascasas, Jeanie**
**1361 Eagle Street**
**Apt 2A**
**Joliet, Illinois 60432-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196
7**

**Nonpriority creditor's name and mailing address**
**Delatorre, Jose**
**415 County Road 4118**
**Jacksonville, Texas 75766-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196
8**

**Nonpriority creditor's name and mailing address**
**Delaware Division of Revenue**
**PO Box 8763**
**Wilmington, DE 19899**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196
9**

**Nonpriority creditor's name and mailing address**
**Delgadillo, Destiny**
**6722 South L Street**
**Tacoma, Washington 98408-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.197 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Delgado, Antonio**
**1000 Borman Ct**
**Elk Grove Village, Illinois 60007-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Delgado, Elena**
**3804 17th St NE**
**Washington, District of Columbia 20018-0**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Delgado, Jacob**
**1601 West 215th Street**
**Torrance, California 90501-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**DelGrosso, Susan**
**300 Sunnybrook Road**
**Springfield, Pennsylvania 19064-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**DELL Financial Services**
**P.O. Box 5275**
**Carol Stream, IL 60197-5275**

Date(s) debt was incurred  5/3/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$659.78**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Dell Marketing L.P.**
**C/O Dell USA L.P.**
**P.O Box 802816**
**Chicago, IL 60680-2816**

Date(s) debt was incurred  3/6/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$3,930.98**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**DeLoach, Jordan**
**22046 Seminole St**
**Southfield, Michigan 48033-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.1977**

**Nonpriority creditor's name and mailing address**
**DeLoache, Timothy**
**1010 North Hills Drive**
**Decatur, Georgia 30033-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1978**

**Nonpriority creditor's name and mailing address**
**Deloney, Evelyn**
**1666 Walnut Lane**
**Eagan, Minnesota 55122-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1979**

**Nonpriority creditor's name and mailing address**
**DeLong, Courtney**
**411 Broadwell Ave APT 2**
**Fulton, New York 13069-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1980**

**Nonpriority creditor's name and mailing address**
**Delongs Inc**
**Po Box 479**
**Jefferson City, MO 65102**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1981**

**Nonpriority creditor's name and mailing address**
**Delta Card Services, Inc.**
**128 Vision Park Boulevard Suite 300**
**Shenandoah, TX 77384**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1982**

**Nonpriority creditor's name and mailing address**
**Delta Dental of Missouri**
**12399 Gravois Rd FL 2**
**St. Louis, MO 63127-1761**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1983**

**Nonpriority creditor's name and mailing address**
**Delta Engineers, Architects and Land Sur**
**860 Hooper Rd**
**Endwell, NY 13760**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.198 4**

**Nonpriority creditor's name and mailing address**

**Delta Private Jets**
**82 Comair Blvd**
**Erlanger, KY 41018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.198 5**

**Nonpriority creditor's name and mailing address**

**Delucia, Neil**
**16 Elaine Place**
**Trumbull, Connecticut 06611-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.198 6**

**Nonpriority creditor's name and mailing address**

**Deluxe**
**3680 Victoria St. North**
**Shoreview, MN 55126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.198 7**

**Nonpriority creditor's name and mailing address**

**Demetriou, Sara**
**200 North Beaumont Ave**
**Catonsville, Maryland 21228-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.198 8**

**Nonpriority creditor's name and mailing address**

**DeMonte, Michelle**
**1821 2nd Place**
**St. Charles, Illinois 60174-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.198 9**

**Nonpriority creditor's name and mailing address**

**DeMott, Andrew**
**608 N. Ada #3**
**Chicago, Illinois 60642-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.199 0**

**Nonpriority creditor's name and mailing address**

**Dempsey, Anne**
**21 e 5th ave**
**Naperville, Illinois 60563-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.199 1**

**Nonpriority creditor's name and mailing address**
**Dempsey, Brady**
**820 Saddle Loop Road**
**Clarks Summit, Pennsylvania 18411-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.199 2**

**Nonpriority creditor's name and mailing address**
**Demulling, Wendy**
**1571 89th Street**
**New Richmond, Wisconsin 54017-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.199 3**

**Nonpriority creditor's name and mailing address**
**Denali State Bank**
**119 N. Cushman Street**
**Fairbanks, AK 99701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.199 4**

**Nonpriority creditor's name and mailing address**
**Dendrinelis, Alexis**
**7155 Oak Stream Dr**
**O'Fallon, Missouri 63368-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.199 5**

**Nonpriority creditor's name and mailing address**
**Denham, Ashley**
**325 Oscar Johnson Rd**
**Junction City, Kentucky 40440-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.199 6**

**Nonpriority creditor's name and mailing address**
**Denise, Claire**
**22705 Deppman Road**
**Vashon, Washington 98070-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.199 7**

**Nonpriority creditor's name and mailing address**
**Dennes, Jill**
**7300 Sunshie Skyway Lane S.**
**Apt. 101**
**St. Pertersburg, Florida 33711-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.1998**

**Nonpriority creditor's name and mailing address**

Dennis Services
3108 W 6th Street, Suite 312
Fort Worth, TX 76107

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1999**

**Nonpriority creditor's name and mailing address**

Dennis, Nikia
1072 James St
Apt B19
Syracuse, New York 13203-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2000**

**Nonpriority creditor's name and mailing address**

Dennis, Robin
2965 S High Street
Denver, Colorado 80210-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2001**

**Nonpriority creditor's name and mailing address**

Denton County
2519 Scripture Street
Denton, TX 76201

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2002**

**Nonpriority creditor's name and mailing address**

Denver Regional Council of Governments
1001 17th Street, Ste 700
Denver, CO 80202

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2003**

**Nonpriority creditor's name and mailing address**

DePaul University
14 E. Jackson Blvd. Suite 1300
Chicago, IL 60604

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2004**

**Nonpriority creditor's name and mailing address**

Depina, Sakini
29 Lester St
Ansonia, Connecticut 06401-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.200 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DePrimo, Carly**
**72 5th Ave**
**Holtsville, New York 11742-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Deprosse, Michelle**
**4914 Gardenia Way**
**Sacramento, California 95841-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derby, Mike**
**12421 Ashland Street**
**Granger, Indiana 46530-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DERINGER-NEY, INC**
**616 Atrium Dr**
**Suite 100**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DeRojas, Haley**
**115 Goldfinch Dr**
**Covington, Georgia 30016-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DeRojas, Jay**
**115 Goldfinch Dr**
**Covington, Georgia 30016-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Desai, Shrushti**
**130 Picardy Lane**
**Wheeling, Illinois 60090-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.201 2**

**Nonpriority creditor's name and mailing address**
**Deshazo, Barry**
**9207 Ridgefield Circle**
**Frederick, Maryland 21701-0000**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.201 3**

**Nonpriority creditor's name and mailing address**
**Deshotels, Melissa**
**840 Jenkins Rd Lot 17**
**Duson, Louisiana 70529-0000**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.201 4**

**Nonpriority creditor's name and mailing address**
**Desilet, Lisa**
**2608 W Divide Creek St**
**Meridian, Idaho 83646-0000**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.201 5**

**Nonpriority creditor's name and mailing address**
**Desillier, Cynthia**
**14930 Topgallant St**
**Corpus Christi, Texas 78418-0000**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.201 6**

**Nonpriority creditor's name and mailing address**
**DeSoto Parish School Board**
**201 Crosby Street**
**Mansfield, LA 71052**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.201 7**

**Nonpriority creditor's name and mailing address**
**Dessert, Jonathan**
**435 Nw Patricia Ann Place**
**Hillsboro, Oregon 97006-0000**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.201 8**

**Nonpriority creditor's name and mailing address**
**Destacy, Michael**
**2871 Glenvale Drive**
**Fairfax, Virginia 22031-0000**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.2019**

**Nonpriority creditor's name and mailing address**
**Detroit Engineered Products, Inc.**
**850 E Long Lake Road**
**Troy, MI 48085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.2020**

**Nonpriority creditor's name and mailing address**
**Dettmer, Melanie**
**826 Grandview Drive**
**Crystal Lake, Illinois 60014-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.2021**

**Nonpriority creditor's name and mailing address**
**Deussen, Joy**
**2253 Sunset Drive**
**Escondido, California 92025-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.2022**

**Nonpriority creditor's name and mailing address**
**Devany, Candice**
**54 Rainey Street #908**
**Austin, Texas 78701-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.2023**

**Nonpriority creditor's name and mailing address**
**Deveney, Elinora**
**7047 Patrick Place**
**Apt C**
**Indianapolis, Indiana 46256-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.2024**

**Nonpriority creditor's name and mailing address**
**Devereaux, Brittany**
**900 Sun Valley Dr**
**Denton, Texas 76209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.2025**

**Nonpriority creditor's name and mailing address**
**Devlin, April**
**511 Meadowlark Drive**
**Box Elder, South Dakota 57719-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.202 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Devon Bank**
6445 N Western Ave.
Chicago, IL 60645

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**DeWalch Technologies Inc.**
1441 Seamist Drive
Houston, TX 77008

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Deweese, Andrea**
5009 Greenville Terrace
Lexington, Kentucky 40515-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Dewitt, Sara**
509 Meadowlark Lane
Manheim, Pennsylvania 17545-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Dhupar, Neha**
317 Heredia Ct
San Jose, California 95116-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Diakhaby, Aissatou**
4554 Park Ave
Apt. A5
Bronx, New York 10458-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Diakon Lutheran Social Ministries**
One South Home Avenue
Topton, PA 19562

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.203 3**

**Nonpriority creditor's name and mailing address**

**Diamond Residential Mortgage Corporation**
**3701 Grande Avenue**
**Suite E**
**Gurnee, IL 60031**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203 4**

**Nonpriority creditor's name and mailing address**

**Diamond, Melissa**
**28542 Royal Ascot Drive**
**Fair Oaks Ranch, Texas 78015-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203 5**

**Nonpriority creditor's name and mailing address**

**Diamond, Tova**
**227 Stonebridge Road**
**Wayland, Massachusetts 01788-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203 6**

**Nonpriority creditor's name and mailing address**

**Dias McEvoy, Sierra**
**5225 Mission Street #105**
**San Francisco, California 94112-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203 7**

**Nonpriority creditor's name and mailing address**

**Diaz, Edrith**
**452 Sanpiper Lane**
**Casselberry, Florida 32707-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203 8**

**Nonpriority creditor's name and mailing address**

**Diaz, Martha**
**985 Buffalo Creek Dr**
**Lake Zurich, Illinois 60047-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203 9**

**Nonpriority creditor's name and mailing address**

**Dick, Pamela**
**214 E Chason Ave**
**Ellensburg, Washington 98926-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.204 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dicker, Suzanne**
**2318 Birchwood Ct, North**
**Buffalo Grove, Illinois 60089-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dickey, Kendra**
**114 E. Jones St, Apt B**
**Savannah, Georgia 31401-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dickinson, Elizabeth**
**123 Kathleen Dr**
**Plymouth, Massachusetts 02360-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dickson Diveley Orthopaedic Clinic**
**3651 College Blvd**
**Leawood, KS 66211**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dicus, Kelly**
**795 Craig School Rd**
**Ripley, Tennessee 38063-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Didion Orf Recycling, Inc.**
**206 Didion Drive**
**St. Peters, MO 63376**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Diedrich, Plaud**
**4107 Montclair Street**
**Los Angeles, California 90018-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.204 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dietrich, Rachael**
**3995 Kentucky Lane**
**Hudsonville, Michigan 49426-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DiFillippo, Sheila**
**507 Douglas Hook Road**
**Chepachet, Rhode Island 02814-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dihandjo-Othepa, Meryse**
**428 N Summit Avenue**
**#201**
**Gaitherburg, Maryland 20877-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dilevo, Tasha**
**20 Larry Road**
**Selden, New York 11784-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dillard, Amber**
**1126 Hwy 53**
**Prescott, Arkansas 71857-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dillard, Felecia**
**1974 Hedgerow Circle**
**Ocoee, Florida 34761-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dillon School District #10**
**14 N. Cottom Dr**
**Dillon, MT 59725**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.205 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dillon, Carina**
**9201 E Mississippi Ave**
**Apt X303**
**Denver, Colorado 80247-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dillon, Norma**
**7806 W Carmen Ave**
**Norridge, Illinois 60706-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dinges, Colleen**
**66 Cottonwood Drive**
**Chatham, Illinois 62629-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dinwiddie, Sandra**
**21263 N 95th Drive**
**Peoria, Arizona 85382-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Diomande, Nadia**
**2303 Holland ave**
**4a Apt**
**New York, New York 10467-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dionne, Paula**
**P.O. Box 554**
**Rehoboth, Massachusetts 02769-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dip, Peggy**
**9580 Rockybrook Way**
**Elk Grove, California 95624-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.206**
**1**

**Nonpriority creditor's name and mailing address**
**DiPadova, Sarah**
**811 Chestnut Ave**
**National Park, New Jersey 08063-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206**
**2**

**Nonpriority creditor's name and mailing address**
**Dirig, Angela**
**4534 Bond Lane**
**Oviedo, Florida 32765-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206**
**3**

**Nonpriority creditor's name and mailing address**
**Disbro, Emily**
**5550 Texas Ave, Apt 1121**
**Abilene, Texas 79605-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206**
**4**

**Nonpriority creditor's name and mailing address**
**Discover Financial Services**
**2500 Lake Cook Road**
**Riverwoods, IL 60015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206**
**5**

**Nonpriority creditor's name and mailing address**
**DiscoverOrg Data, LLC**
**805 Broadway Street, Suite 900**
**Vancouver, WA 98660**

Date(s) debt was incurred  3/18/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$8,085.00**

---

**3.206**
**6**

**Nonpriority creditor's name and mailing address**
**Dispenza, Daniel**
**2200 Douglas St**
**Joliet, Illinois 60453-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206**
**7**

**Nonpriority creditor's name and mailing address**
**District of Columbia Office of Tax & Rev**
**PO Box 96169**
**Washington, DC 20090-6169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2068**

**Nonpriority creditor's name and mailing address**
**Dittman, Robert**
**2061 Tremont Ct.**
**Libertyville, Illinois 60048-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2069**

**Nonpriority creditor's name and mailing address**
**Ditusa, Cassandra**
**1402 W Lakeview St**
**Johnsburg, Illinois 60051-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2070**

**Nonpriority creditor's name and mailing address**
**Dixon, Kalyn**
**8109 Oak Hollow Dr**
**Arlington, Texas 76001-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2071**

**Nonpriority creditor's name and mailing address**
**Dixon, Mary**
**3932 Old Farm Ct**
**Portsmouth, Virginia 23703-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2072**

**Nonpriority creditor's name and mailing address**
**Dixon, Sarah**
**12 WOOD STREET**
**Woodsboro, Maryland 21798-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2073**

**Nonpriority creditor's name and mailing address**
**Dixon, Shakari**
**3700 Watonga Blvd**
**Apt. 2611**
**Houston, Texas 77092-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2074**

**Nonpriority creditor's name and mailing address**
**Dixon, Tennile**
**107 Cofer Court**
**Hampton, Virginia 23666-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.207
5**

**Nonpriority creditor's name and mailing address**

**DKP Buffalo LLC**
**175 Ensminger Rd**
**Tonawanda, NY 14150**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207
6**

**Nonpriority creditor's name and mailing address**

**DKS Associates**
**720 SW Washington Street Suite**
**Portland, OR 97205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207
7**

**Nonpriority creditor's name and mailing address**

**DLR Group**
**6457 Frances St Suite 200**
**Omaha, NE 68106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207
8**

**Nonpriority creditor's name and mailing address**

**DMG Information**
**6 Armstrong Road, Fourth Floor**
**Shelton, CT 06484**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207
9**

**Nonpriority creditor's name and mailing address**

**Do, Ryan**
**P.O. Box 24915**
**San Jose, California 95154-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208
0**

**Nonpriority creditor's name and mailing address**

**Doane, Bonnie**
**5624 Serenity Haven Street**
**North Las Vegas, Nevada 89081-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208
1**

**Nonpriority creditor's name and mailing address**

**Dobbs, Tyler**
**1271 S. DIVISION AVE**
**Boise, Idaho 83702-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.208 2**

**Nonpriority creditor's name and mailing address**
**Dobson, Deborah**
**2079 Julia Ave**
**Avon, Ohio 44011-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.208 3**

**Nonpriority creditor's name and mailing address**
**Dobyns, Emmy**
**1405 Haddon Place**
**Hoover, Alabama 35226-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.208 4**

**Nonpriority creditor's name and mailing address**
**Dockter, Kathryn**
**3012 Breton Ct SE**
**Mandan, North Dakota 58554-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.208 5**

**Nonpriority creditor's name and mailing address**
**Dodd, Daniel**
**4 Alexander Court**
**Normal, Illinois 61761-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.208 6**

**Nonpriority creditor's name and mailing address**
**Dodd, Kimberly**
**129 Post Oak Drive**
**Trussville, Alabama 35173-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.208 7**

**Nonpriority creditor's name and mailing address**
**Dodds, Lindsay**
**9070 Woodshore Dr**
**Dallas, Texas 75243-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.208 8**

**Nonpriority creditor's name and mailing address**
**Dodge City Community College**
**2501 N 14th Ave**
**Dodge City, KS 67801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.2089**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Dodson Brothers Exterminating Company, I**<br>**3712 Campbell Ave**<br>**Lynchburg, VA 24501** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Vendor / Other_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2090**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Doe, Jane**<br>**123 Testing Lane**<br>**TestCity, Maryland 12345-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Wages / Other_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2091**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Doellman, Melinda**<br>**2700 Lind St.**<br>**Quincy, Illinois 62301-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Wages / Other_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2092**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Dohmen**<br>**190 N. Milwaukee Street**<br>**Milwaukee, WI 53202** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Vendor / Other_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2093**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Doka, Ralfi**<br>**420 W. Wrightwood Ave**<br>**#706**<br>**Chicago, Illinois 60614-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Wages / Other_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2094**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Dolan, Dorothy**<br>**1101 18th Ave South**<br>**APT 606**<br>**Nashville, Tennessee 37212-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Wages / Other_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2095**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Dolan-Lawler, Bridget**<br>**2108 11 Ave NW**<br>**Rochester, New York 55901-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Wages / Other_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2096**

**Nonpriority creditor's name and mailing address**
**Dole, Christian**
**19 Azalea Drive**
**Cabot, Arkansas 72023-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2097**

**Nonpriority creditor's name and mailing address**
**Dolezal, Robyn**
**2825 Morgan Trail**
**Edmond, Oklahoma 73012-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2098**

**Nonpriority creditor's name and mailing address**
**Dolton SD 148**
**114 West 144th Street**
**Riverdale, IL 60827**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2099**

**Nonpriority creditor's name and mailing address**
**Domantay, Elyssia**
**3416 Serpentine Dr**
**Antioch, California 94509-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2100**

**Nonpriority creditor's name and mailing address**
**Domdom, Francis**
**10553 Pinion Trail**
**Escondido, California 92026-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2101**

**Nonpriority creditor's name and mailing address**
**Dominguez, Laura**
**400 Lillian lane**
**Des Plaines, Illinois 60016-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2102**

**Nonpriority creditor's name and mailing address**
**Dominguez, Monique**
**5555 Holly View Drive**
**Apt 1712**
**Houston, Texas 77091-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.210 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donadio, Nicole**
**3902 Spring creek court**
**Abingdon, Massachusetts 21009-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donaghey, Ashley**
**609 E 23rd Street**
**Oakland, California 94606-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donaldson, Reinitta**
**9712 S Eggleston**
**Chicago, Illinois 60628-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donely, Che-la**
**9833 S Bensley**
**Chicago, Illinois 60617-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dong, Tong**
**317 Linden Rd**
**Lake Zurich, Illinois 60047-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donohue, Dawn**
**4961 Arboleda Dr**
**Fair Oaks, California 95628-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donovan, Chelsea**
**6801 Woodview Drive**
**Knoxville, Tennessee 37920-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|

Name

---

| 3.211 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donovan, Susan**
**121 Walton Drive**
**Buffalo, New York 14226-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dooley, Marina**
**15630 Quorum Drive**
**Apt. 4518**
**Addison, Texas 75001-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dopkins & Company, LLP**
**200 International Drive**
**Williamsville, NY 14221**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dorador, Jorge**
**6919 Highland Spring Ln**
**Highland, California 92346-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dorosh, Elisabeth**
**5317 Fieldcrest Dr**
**Pittsburgh, Pennsylvania 15236-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dorsey, Angelia**
**545 Hammond Ave**
**#3**
**Aurora, Illinois 60506-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dorsey, Tara**
**325 Leanne Rd**
**Essex, Maryland 21221-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.211**
**7**

Nonpriority creditor's name and mailing address
**Dorsey, Teanna**
**13070 Hazlewood drive**
**Denham Springs, Louisiana 70726-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.211**
**8**

Nonpriority creditor's name and mailing address
**Dotson, Pamela**
**8239 Brattle Road**
**Pikesville, Maryland 21208-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.211**
**9**

Nonpriority creditor's name and mailing address
**Doud, David**
**13719 Flagstone Lane**
**Dallas, Texas 75240-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.212**
**0**

Nonpriority creditor's name and mailing address
**Dougherty, Payton**
**10533 w 84th pl**
**Arvada, Colorado 80005-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.212**
**1**

Nonpriority creditor's name and mailing address
**Dougherty, Teri**
**231 N. Comanche Lane**
**Waukesha, Wisconsin 53188-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.212**
**2**

Nonpriority creditor's name and mailing address
**Douglas Emmett Properties, LP**
**808 Wilshire Blvd Ste 200**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.212**
**3**

Nonpriority creditor's name and mailing address
**Douglas Unified School District**
**1132 12th Street**
**Douglas, AZ 85607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.212 4**

**Nonpriority creditor's name and mailing address**

**Douglas, Christopher**
**3336 Silver City Ct**
**Montgomery, Illinois 60538-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 5**

**Nonpriority creditor's name and mailing address**

**Douglas, Scott**
**6743 N Sheridan Road**
**3N**
**Chicago, Illinois 60626-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 6**

**Nonpriority creditor's name and mailing address**

**Doulas, Kelli**
**711 W Belmont**
**Chicago, Illinois 60657-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 7**

**Nonpriority creditor's name and mailing address**

**Dovenmuehle Mortgage**
**One Corporate Center Suite 360**
**Lake Zurich, IL 60047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 8**

**Nonpriority creditor's name and mailing address**

**Dowco Inc.**
**4230 Clipper Dr**
**Manitowoc, WI 54220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 9**

**Nonpriority creditor's name and mailing address**

**Dowell, Orlando**
**1811 Dominion Oak Cir**
**Cary, North Carolina 27519-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213 0**

**Nonpriority creditor's name and mailing address**

**Downey, Deborah**
**16 High Meadow Lane**
**Leesport, Pennsylvania 19533-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.213**
**1**

**Nonpriority creditor's name and mailing address**
**Downs, Angela**
**3208 Lawrence Ave**
**Huron, Ohio 44839-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.213**
**2**

**Nonpriority creditor's name and mailing address**
**Downs, Trina**
**15101 Grant Street**
**Dolton, Illinois 60419-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.213**
**3**

**Nonpriority creditor's name and mailing address**
**Doyon Utilities**
**714 Fourth Avenue, Suite 100**
**Fairbanks, AK 99701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.213**
**4**

**Nonpriority creditor's name and mailing address**
**Dr. Nimit Aggarwal**
**2709 N Hartland Ct**
**Chicago, IL 60614**

Date(s) debt was incurred  **6/1/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

**3.213**
**5**

**Nonpriority creditor's name and mailing address**
**Drake, Shelly**
**2305 Cutoff Road**
**Schofield, Wisconsin 54476-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.213**
**6**

**Nonpriority creditor's name and mailing address**
**Drake-Blevins, Pamela**
**414 Cheeyo Place**
**Loudon, Tennessee 37774-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.213**
**7**

**Nonpriority creditor's name and mailing address**
**Drazich, Emily**
**605 53rd street south**
**605 53rd St S**
**Great Falls, Montana 59405-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2138**

**Nonpriority creditor's name and mailing address**
**Dress, Jennifer**
**6935 Pindell School Rd**
**Fulton, Maryland 20759-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2139**

**Nonpriority creditor's name and mailing address**
**Driasi**
**7930 Century Blvd.**
**Chanhassen, MN 55317**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2140**

**Nonpriority creditor's name and mailing address**
**Droll, Virginia**
**25755 Folley Rd**
**Columbia Station, Ohio 44028-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2141**

**Nonpriority creditor's name and mailing address**
**Drummer, Aaliyah**
**2213 Windsor Lane**
**Country Club Hills, Illinois 60478-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2142**

**Nonpriority creditor's name and mailing address**
**Drummer, Maria**
**2015 Weather Wood Place**
**Fort Wayne, Indiana 46818-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2143**

**Nonpriority creditor's name and mailing address**
**Drummond, Brenda**
**322 East Yorktown Road**
**Yorktown, Virginia 23693-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2144**

**Nonpriority creditor's name and mailing address**
**Drzewicki, Angela**
**285 Lynn Shore Dr Apt 210**
**Lynn, Massachusetts 01902-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.214 5**

**Nonpriority creditor's name and mailing address**
**Drzik, Jennifer**
**802 Van Dyke Lane**
**Bel Air, Maryland 21014-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214 6**

**Nonpriority creditor's name and mailing address**
**DSI Holdings Corporation**
**2400 Wisconsin Ave.**
**Downers Grove, IL 60515**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214 7**

**Nonpriority creditor's name and mailing address**
**DSP Insurance Services**
**1900 E. Golf Road**
**Suite 650**
**Schaumburg, IL 60173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214 8**

**Nonpriority creditor's name and mailing address**
**DTN**
**11400 Rupp Drive,**
**Burnsville,, MN 55337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214 9**

**Nonpriority creditor's name and mailing address**
**Duane Morris LLP**
**30 S. 17th Street**
**Philadelphia, PA 19103-4196**

Date(s) debt was incurred  5/13/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$76,219.00**

---

**3.215 0**

**Nonpriority creditor's name and mailing address**
**Dubin, Marilyn**
**6601 Chippewa Drive**
**Baltimore, Maryland 21209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215 1**

**Nonpriority creditor's name and mailing address**
**DuBoff, Gabrielle**
**3914 N Pine Grove Ave #2w**
**Chicago, Illinois 60613-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.215 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dubois, Anna**
**3050 Flying Horse Rd**
**Colorado Springs, Colorado 80922-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.215 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Duchoslav, Brenda**
**8066 E Shadow Canyon Rd.**
**Tucson, Arizona 85750-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.215 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Duckett, Troy**
**82 Ewing Dr**
**Reisertown, Maryland 21136-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.215 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Duddy, John**
**601 61st Ave S**
**St. Petersburg, Florida 33705-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.215 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**DUDEK & BOCK**
**5100 W. Roosevelt Road**
**Chicago, IL 60644**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.215 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dudish, Alisha**
**154A Carl St**
**San Francisco, California 94117-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.215 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Duffell, Anstice**
**1828 Lurting Avenue**
**Bronx, New York 10461-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2159**

**Nonpriority creditor's name and mailing address**

**Duffy, Alissa**
**1200 - 56th Street**
**West Des Moines, Iowa 50266-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2160**

**Nonpriority creditor's name and mailing address**

**Duffy, Patrick**
**6406 Laurelton Ave**
**Baltimore, Maryland 21214-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2161**

**Nonpriority creditor's name and mailing address**

**Duhe, Darla**
**13132 State street.**
**Hammond, Louisiana 70403-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2162**

**Nonpriority creditor's name and mailing address**

**Duininck Companies**
**1717 16th Street NE**
**Willmar, MN 56201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2163**

**Nonpriority creditor's name and mailing address**

**Dukes, Rosemary**
**28 Metropolitan Drive**
**Rochester, New York 14620-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2164**

**Nonpriority creditor's name and mailing address**

**Dull, Amy**
**1018 Leyte Road**
**Coronado, California 92118-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2165**

**Nonpriority creditor's name and mailing address**

**Dumers, Amanda**
**4923 N. Oakley Ave**
**Kansas City, Missouri 64119-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.216 6**

**Nonpriority creditor's name and mailing address**
**Dumitriu-Morentz, Antonia**
**1040 Stockton Ave**
**Des Plaines, Illinois 60018-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 7**

**Nonpriority creditor's name and mailing address**
**Dummann, Christine**
**126 W. 70th St.**
**Richfield, Minnesota 55423-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 8**

**Nonpriority creditor's name and mailing address**
**Dumont, Candace**
**20319 Cathedral Oaks Drive**
**Corneliuis, North Carolina 28031-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 9**

**Nonpriority creditor's name and mailing address**
**Dunaway Associates LP**
**550 Bailey Avenue Suite 400**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 0**

**Nonpriority creditor's name and mailing address**
**Dunbar Armored, Inc.**
**50 Schilling Road**
**Hunt Valley, MD 21031**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 1**

**Nonpriority creditor's name and mailing address**
**Dunca, Joseph**
**8900 Fair Oaks Blvd**
**Carmichael, California 95608-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 2**

**Nonpriority creditor's name and mailing address**
**Duncan Trucking Ltd**
**23860 West US Highway**
**Buckeye, AZ 85326**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.217 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Duncan, Shawnetta**
**3185 Amanda Dr**
**Conway, Arkansas 72034-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dunigan, Dolan**
**1380 coastal drive**
**Rockwall, Texas 75087-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dunkin Brands**
**130 Royal Street**
**Canton, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dunkins, Toni**
**534 E 91st St**
**Chicago, Illinois 60619-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dunlap, Brenda**
**226 E Pershing Ave**
**Rivertown, Wyoming 82501-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dunn Building Company**
**3901 Messer Airport Highway**
**Birmingham, AL 35222**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dunn Companies**
**3905 Messer Airport Highway**
**Birmingham, AL 35222**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.218 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dunn Construction**
**3905 MESSER AIRPORT HWY**
**Birmingham, AL 35222**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dunn Tire**
**475 Cayuga Road**
**Buffalo, NY 14225**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dunn, William**
**135 Sunset Drive**
**Salem, New Jersey 08079-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dunphy, Brian**
**235 Castletown Road**
**Timonium, Maryland 21093-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dunwoody Village**
**3500 West Chester Pike**
**Newtown Square, PA 19073**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dupage High School District 88**
**2 Friendship Plaza**
**Addison, IL 60101**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dupage Medical Group**
**1100 W. 31st St. Suite 300**
**Downers Grove, IL 60515**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.218**
**7**

**Nonpriority creditor's name and mailing address**
**Dupart, Shenika**
**9209 S. Woodlawn 2FL**
**Chicago, Illinois 60619-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218**
**8**

**Nonpriority creditor's name and mailing address**
**Dupriest, Sherron**
**6701 Browns Mills Trail**
**Lithonia, Georgia 30038-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218**
**9**

**Nonpriority creditor's name and mailing address**
**Dupuis, Cheryl**
**3613 S. Banana River Blvd**
**D-502**
**Cocoa Beach, Florida 32931-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219**
**0**

**Nonpriority creditor's name and mailing address**
**Durall, Anna**
**9579 N Fortville Pike**
**Fortville, Indiana 46040-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219**
**1**

**Nonpriority creditor's name and mailing address**
**Durante, Cheryl**
**436 S Walnut St**
**Itasca, Illinois 60143-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219**
**2**

**Nonpriority creditor's name and mailing address**
**Duravant**
**3500 Lacey Rd Ste 290**
**Downers Grove, IL 60515-5443**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219**
**3**

**Nonpriority creditor's name and mailing address**
**Duret, Michelle**
**10130 NW 35st apt 102**
**Coral Springs, Florida 33065-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

| 3.219 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                                                Unknown

**Durex Industries**
**190 Detroit Street**
**Cary, IL 60013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                                                Unknown

**Durham, Joanna**
**1505 Heather Hill Lane**
**Cockeysville, Maryland 21030-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                                                Unknown

**Durning, Deborah**
**P.O. Box 6847**
**Warwick, Rhode Island 02887-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                                                Unknown

**Durr Construction**
**72030 Live Oak St**
**Covington, LA 70433**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                                                Unknown

**Durrani, Ashar**
**220 S Roselle Rd**
**Schaumburg, Illinois 60193-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                                                Unknown

**Dussan, Jairo**
**4177 East Village Dr**
**Mason, Ohio 45040-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                                                                Unknown

**Dutch Farms**
**700 East 107th Street**
**Chicago, IL 60628**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.220**
**1**

**Nonpriority creditor's name and mailing address**
**Dwivedi, Coeli**
**557 Fordyce St**
**Ashland, Oregon 97520-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.220**
**2**

**Nonpriority creditor's name and mailing address**
**Dwyer, Sarah**
**8203 Bubbling Spring**
**Laurel, Maryland 20723-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.220**
**3**

**Nonpriority creditor's name and mailing address**
**Dykes, Michelle**
**25839 W Sunset Rd**
**Barrington, Illinois 60010-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.220**
**4**

**Nonpriority creditor's name and mailing address**
**Dymacek, Adrienne**
**3008 Roberts dr unit 4**
**Woodridge, Illinois 60517-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.220**
**5**

**Nonpriority creditor's name and mailing address**
**Dyno Nobel, Inc.**
**2795 E. Cottonwood Parkway Suite 500**
**Salt Lake City, UT 84121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.220**
**6**

**Nonpriority creditor's name and mailing address**
**Dynojet**
**200 Arden Drive**
**Belegrade, MT 59714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.220**
**7**

**Nonpriority creditor's name and mailing address**
**Dyson, Nakisha**
**1617 S. 30th**
**Milwaukee, Wisconsin 53215-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.220 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dzul-Garcia, Charlotte**
1824 1/2 NW 23rd St
Oklahoma City, Oklahoma 73106-0000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**e-MD's**
7800 Shoal Creek, East Wing
Austin, TX 78757

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**E.A. Langenfeld Associates, Ltd.**
1471 E. Business Center Dr.
Suite 800
Mt. Prospect, IL 60056

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**E.V. Bishoff Company**
33 N. 3rd Street
Columbus, OH 43215

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,210.00** |
|---|---|---|---|

**E3 Financial, Inc.**
4100 Newport Place Drive, Suite 650
Newport Beach, CA 92660

Date(s) debt was incurred  1/27/2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eagle Brook Church**
7015 20th Avenue
Centerville, MN 55038

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eagle, Sheila**
1800 Shepherd Ct
Waukesha, Wisconsin 53218-0000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|--------|-----|-----|-----|
| | Name | | |

---

**3.221 5**

**Nonpriority creditor's name and mailing address**

**Earle, Rachel**
**610 NW 187th Street**
**Miami, Florida 33169-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221 6**

**Nonpriority creditor's name and mailing address**

**Early, Julia**
**1570 Black Mountain Road**
**Pilot Mountain, North Carolina 27041-000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221 7**

**Nonpriority creditor's name and mailing address**

**Early, Lony**
**1526 N 40th Ave**
**Stone Park, Illinois 60165-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221 8**

**Nonpriority creditor's name and mailing address**

**Earthineni, Geethika**
**233 E Wacker Dr**
**Apt 1405**
**Chicago, Illinois 60601-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221 9**

**Nonpriority creditor's name and mailing address**

**East Adams Rural Healthcare**
**903 South Adams**
**Ritzville, WA 99169**

Date(s) debt was incurred __4/1/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$51.00**

---

**3.222 0**

**Nonpriority creditor's name and mailing address**

**East Maine SD 63**
**10150 Dee Road**
**Des Plaines, IL 60016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222 1**

**Nonpriority creditor's name and mailing address**

**East Prairie SD 73**
**7634 E Prairie Rd**
**Skokie, IL 60076**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.222<br>2 | **Nonpriority creditor's name and mailing address**<br>**EAST TENNESSEE CHILDRENS HOSPITAL**<br>**2018 Clinch Avenue**<br>**Knoxville, TN 37916**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| 3.222<br>3 | **Nonpriority creditor's name and mailing address**<br>**East Valley Institute of Technology**<br>**1601 West Main Street**<br>**Mesa, AZ 85201**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| 3.222<br>4 | **Nonpriority creditor's name and mailing address**<br>**Ebaben, Louisa**<br>**523 Brimingham Ave**<br>**Norfolk, Virginia 23505-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Wages / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| 3.222<br>5 | **Nonpriority creditor's name and mailing address**<br>**Eben Ezer Lutheran Care Center**<br>**122 Hospital Road**<br>**Brush, CO 80723**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| 3.222<br>6 | **Nonpriority creditor's name and mailing address**<br>**Eberhardt, Michael**<br>**183 Roundabout trl**<br>**Camden, Delaware 19934-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Wages / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| 3.222<br>7 | **Nonpriority creditor's name and mailing address**<br>**Eberlin, Jessica**<br>**2300 Polk Street**<br>**#3**<br>**Hollywood, Florida 33020-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Wages / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| 3.222<br>8 | **Nonpriority creditor's name and mailing address**<br>**Eberspaecher North America**<br>**29101 Haggerty Road**<br>**Novi, MI 48377**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor / Other**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2229**

**Nonpriority creditor's name and mailing address**
**EBMC DIABETES CARE PROGRAM**
**4789 Rings Rd**
**Dublin, OH 43017**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2230**

**Nonpriority creditor's name and mailing address**
**Ebnet, Margie**
**17309 Aragon Lane**
**Oklahoma City, Oklahoma 73170-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2231**

**Nonpriority creditor's name and mailing address**
**ECHO Joint Agreement**
**350 West 154th Street**
**South Holland, IL 60473**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2232**

**Nonpriority creditor's name and mailing address**
**Eckert, Joseph**
**1105 English Ivy Court**
**Eldersburg, Maryland 21784-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2233**

**Nonpriority creditor's name and mailing address**
**Ecovate Inc dba Ready Talk Conferencing**
**1900 16th Street Suite 600**
**Denver, CO 80202**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2234**

**Nonpriority creditor's name and mailing address**
**ECR International**
**2201 Dwyer Avenue**
**Utica, NY 13501**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2235**

**Nonpriority creditor's name and mailing address**
**ED&F MAN**
**440 S. LaSalle Street 18th floor**
**Chicago, IL 60605**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2236**

**Nonpriority creditor's name and mailing address**

**Eddins, Tamika**
**8202 Westbank Avenue**
**Houston, Texas 77064-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2237**

**Nonpriority creditor's name and mailing address**

**Edgerton Local Schools**
**111 East River**
**Edgerton, OH 43517**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2238**

**Nonpriority creditor's name and mailing address**

**Edlong**
**225 Scott Street**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2239**

**Nonpriority creditor's name and mailing address**

**Edmondson, Karie**
**P.O. Box Box 334**
**Cyril, Oklahoma 73029-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2240**

**Nonpriority creditor's name and mailing address**

**Edmund A. Allen Lumber Company**
**117 E. Industrial Drive**
**Momence, IL 60954**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2241**

**Nonpriority creditor's name and mailing address**

**Edmund Lindop SD 92**
**2400 South 18th Ave**
**Broadview, IL 60155**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2242**

**Nonpriority creditor's name and mailing address**

**Edon Northwest Schools**
**802 W. Indiana Street**
**Edon, OH 43518**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.224
3**

**Nonpriority creditor's name and mailing address**

**Eduarte, Edward**
**5185 Aspen Dr**
**Montclair, California 91763-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.224
4**

**Nonpriority creditor's name and mailing address**

**EducationDynamics, LLC**
**111 River Street, 10th Floor**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.224
5**

**Nonpriority creditor's name and mailing address**

**Edwards, Ann**
**304 Hook Road**
**Westminster, Maryland 21157-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.224
6**

**Nonpriority creditor's name and mailing address**

**Edwards, Heather**
**1035 Monring Dove Drive**
**Longmont, Colorado 80504-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.224
7**

**Nonpriority creditor's name and mailing address**

**Edwards, Jocelyn**
**5429 Post Ridge Drive**
**Fort Worth, Texas 76123-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.224
8**

**Nonpriority creditor's name and mailing address**

**Edwards, Joell**
**1068 Richmond Drive**
**Schertz, Texas 78154-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.224
9**

**Nonpriority creditor's name and mailing address**

**Edwards, Michael**
**6164 Isla Street**
**West Melbourne, Florida 32904-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.225 0**

**Nonpriority creditor's name and mailing address**
**Edwards, Pamela**
**1378 W 100 S**
**Albion, Indiana 46701-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.225 1**

**Nonpriority creditor's name and mailing address**
**Edwardson, Alyssa**
**20529 N. William Avenue**
**Lincolnshire, Illinois 60069-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.225 2**

**Nonpriority creditor's name and mailing address**
**eFax Corporate**
**PO BOX 51873**
**c/o j2 Global Communications, Inc.**
**Los Angeles, CA 90051-6173**

Date(s) debt was incurred  5/31/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,356.93**

---

**3.225 3**

**Nonpriority creditor's name and mailing address**
**Effingham Hospital System**
**459 GA-119**
**Springfield, GA 31329**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.225 4**

**Nonpriority creditor's name and mailing address**
**Efinger, Anneke**
**5804 Old Ranch Road**
**Park City, Utah 84098-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.225 5**

**Nonpriority creditor's name and mailing address**
**EFPR Group, LLC**
**280 Kenneth Drive**
**Suite 100**
**Rochester, NY 14623**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.225 6**

**Nonpriority creditor's name and mailing address**
**Eftink, Kimberly**
**3936 County Road 318**
**Cape Girardeau, Missouri 63701-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.225
7**

**Nonpriority creditor's name and mailing address**

**Egan Company**
**7625 Boone Avenue North**
**Brooklyn Park, MN 55428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225
8**

**Nonpriority creditor's name and mailing address**

**Egarian, Kimberly**
**205 Winding Way**
**Plymouth Meeting, Pennsylvania 19462-000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225
9**

**Nonpriority creditor's name and mailing address**

**Egocheaga, Ingrid**
**5580 NW 61st**
**Apt. 628**
**Coconut Creek, Florida 33073-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226
0**

**Nonpriority creditor's name and mailing address**

**Ehrensberger, Beth**
**3514 Tarpis Avenue**
**Cincinnati, Ohio 45208-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226
1**

**Nonpriority creditor's name and mailing address**

**Ehrman, Diana**
**16712 Ne 50th Ave**
**Vancouver, Washington 98686-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226
2**

**Nonpriority creditor's name and mailing address**

**Eischen, Timothy**
**1010 Westminster Rd**
**Joliet, Illinois 60435-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226
3**

**Nonpriority creditor's name and mailing address**

**Eisenberg, Judith**
**6649 Sunnyslope Ave**
**Van Nuys, California 91401-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.226
4**

**Nonpriority creditor's name and mailing address**

**Eisenhower Cooperative**
**5318 135th Street**
**Crestwood, IL 60445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226
5**

**Nonpriority creditor's name and mailing address**

**Eisenmann Corporation**
**150 E Dartmoor Drive**
**Crystal Lake, IL 60014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226
6**

**Nonpriority creditor's name and mailing address**

**Eisenschmid, Kristin**
**205 Red Maple Court**
**Chalfont, Pennsylvania 18914-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226
7**

**Nonpriority creditor's name and mailing address**

**Eklund, Gloria**
**8330 N. 19th Ave, Apt 2030**
**Phoenix, Arizona 85021-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226
8**

**Nonpriority creditor's name and mailing address**

**Ekwuruke, Jennifer**
**14935 S. Richmond Avenue**
**Apt. 1821**
**Houston, Texas 77082-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226
9**

**Nonpriority creditor's name and mailing address**

**El-Amin, Abeni**
**15831 Fair Banks Ct.**
**Granger, Indiana 46530-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227
0**

**Nonpriority creditor's name and mailing address**

**El-Amin, Linda**
**1951 N. Jones Blvd. Apt. A201**
**Las Vegas, Nevada 89108-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.227**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **El-Chaar, Monique**<br>**1777 Falcon Dr**<br>**Bethlehem, Pennsylvania 18017-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.227**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **El-Hillal, Nada**<br>**1462 Whitwood Drive**<br>**Blue Bell, Pennsylvania 19422-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.227**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **El-Rowmeim, Eman**<br>**793 4th Ave**<br>**Apt 3R**<br>**Brooklyn, New York 11232-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.227**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **El-Shahawy, Kellene**<br>**2921 Roundrock Trail**<br>**Plano, Texas 75075-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.227**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Elbasheer, Amnia**<br>**2001 Hwy 360**<br>**Apartment 10101**<br>**Euless, Texas 76039-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.227**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Elble, Ann**<br>**2450 W. Division St, Unit 1r**<br>**Chicago, Illinois 60622-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.227**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Elder, Lydia**<br>**1109 Willow Branch Dr**<br>**Simpsonville, South Carolina 29680-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor  **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)  **20-11530 (BLS)**

---

| 3.227 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elder, Melissa**
**7873 Dakota Circle, Lmnt**
**West Des Moines, Iowa 50266-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.227 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eldridge, Karen**
**4021 E Jackson Ave**
**Spokane, Washington 99217-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.228 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**ELECTRICAL CONSULTANTS, INC**
**3521 Gabel Rd.**
**Billing, MT 59102**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.228 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elfalah, Elshaymaa**
**774 Otlowski Ct**
**Perth Amboy, New Jersey 08861-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.228 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eliason, Kathryn**
**12 Estates Drive**
**Ithaca, New York 14850-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.228 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eliason, Peter**
**12 Estates Dr**
**Ithaca, New York 14850-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.228 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elie, John**
**632 47th Street**
**Unit A**
**Baltimore, Maryland 21224-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.228 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elite Manufacturing Technologies**
**333 Munroe Dr.**
**Bloomingdale, IL 60108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.228 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elizabeth Glaser Pediatric AIDS Foundati**
**1140 Connecticut Avenue**
**Washington, DC 20001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.228 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elkay Manufacturing Company**
**2222 Camden Court**
**Oakbrook, IL 60523**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.228 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elkins, Erin**
**5933 Lambert Bridge Avenue**
**Las Vegas, Nevada 89139-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.228 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ellingson Companies**
**56113 State Highway 56**
**West Concord, MN 55985**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.229 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elliott Aviation**
**6601 74th Avenue**
**Milan, IL 61264**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.229 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elliott, Amanda**
**2929 Lakeside Commons Drive**
**Apt. 103a**
**Tampa, Florida 33613-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.229 2**

**Nonpriority creditor's name and mailing address**

**Elliott, Erika**
**5688 Rivermill Circle**
**Portsmouth, Virginia 23703-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.229 3**

**Nonpriority creditor's name and mailing address**

**Elliott, Kara**
**326 Brentmeade Drive**
**Yorktown, Virginia 23693-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.229 4**

**Nonpriority creditor's name and mailing address**

**Ellis, Davina**
**902 Amhurst Ave**
**South Bend, Indiana 47403-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.229 5**

**Nonpriority creditor's name and mailing address**

**Ellis, Debbie**
**19806 Lake Lynwood Drive**
**Lynwood, Illinois 60411-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.229 6**

**Nonpriority creditor's name and mailing address**

**Ellis, Jessica**
**2287 Crested Wheat Loop**
**East Helena, Montana 59635-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.229 7**

**Nonpriority creditor's name and mailing address**

**Ellis, Lindsey**
**1812 Alameda #326**
**Norman, Oklahoma 73071-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.229 8**

**Nonpriority creditor's name and mailing address**

**Ellis, Olivia**
**109 Stone Point Dr**
**Unit 359**
**Annapolis, Maryland 21401-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

**3.2299**

Nonpriority creditor's name and mailing address

**Ellis, Piper**
**2402 Amys Place**
**Winterville, North Carolina 28590-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2300**

Nonpriority creditor's name and mailing address

**Ellis, Ryan**
**1200 Pennsylvania Street**
**Apt. B1**
**Denver, Colorado 80203-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2301**

Nonpriority creditor's name and mailing address

**Ellis, Stephen**
**8510 Barasinga Trail**
**Austin, Texas 78749-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2302**

Nonpriority creditor's name and mailing address

**Ellis, Susan**
**175 Matherly Drive**
**Daniels, West Virginia 25832-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2303**

Nonpriority creditor's name and mailing address

**Ellis-Prailleau, Sheena**
**1113 Aderley Oak Dr**
**Irmo, South Carolina 29063-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2304**

Nonpriority creditor's name and mailing address

**Ells, Courtney**
**10317 SE Harrison St.**
**Portland, Oregon 97216-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2305**

Nonpriority creditor's name and mailing address

**Elmira College**
**One Park Place**
**Elmira, NY 14901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.230 6**

**Nonpriority creditor's name and mailing address**
**Elmwood Park SD 401**
**8201 West Fullerton Avenue**
**Elmwood Park, IL 60707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230 7**

**Nonpriority creditor's name and mailing address**
**Elmy, Jacqueline**
**109 Hollow Rd**
**Wapwallopen, Pennsylvania 18660-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230 8**

**Nonpriority creditor's name and mailing address**
**Elnimeiry, Khider**
**11981 N Meadow Curve**
**Lindstrom, Minnesota 55045-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230 9**

**Nonpriority creditor's name and mailing address**
**Elrod, Kenneth**
**5539 Poinciana Boulevard**
**St. Louis, Missouri 63123-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231 0**

**Nonpriority creditor's name and mailing address**
**Elserafy, Eman**
**7161 Amboy Street**
**Dearborn Heights, Michigan 48127-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231 1**

**Nonpriority creditor's name and mailing address**
**Elswick, Holly**
**2525 Roanoke Ave**
**New Albany, Indiana 47150-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231 2**

**Nonpriority creditor's name and mailing address**
**Eltinay, Eiman**
**10980 Wood Eden Ct**
**Jacksonville, Florida 32256-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.231 3**

**Nonpriority creditor's name and mailing address**
**Elvina, Khayla**
**4105 Tomken Rd**
**#113A**
**Mississauga, Ontario L4W4E5**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.231 4**

**Nonpriority creditor's name and mailing address**
**Emanuel, Amber**
**1104 Martha Lee Ave**
**Rockledge, Florida 32955-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.231 5**

**Nonpriority creditor's name and mailing address**
**Emerald Plant Services**
**4838 Butterfield Rd**
**Hillside, IL 60162**

Date(s) debt was incurred __5/15/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,224.00**

---

**3.231 6**

**Nonpriority creditor's name and mailing address**
**Emerick, Joanne**
**905 Conway #55**
**Las Cruces, New Mexico 88005-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.231 7**

**Nonpriority creditor's name and mailing address**
**Emerson, Travis**
**11 Canyon Creek Court**
**Moscow Mills, Missouri 63362-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.231 8**

**Nonpriority creditor's name and mailing address**
**Emery, Vanessa**
**1010 Morse Landing Drive**
**Cicero, Indiana 46034-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.231 9**

**Nonpriority creditor's name and mailing address**
**EML Payments USA, LLC**
**7171 W 95th Street**
**Overland Park, KS 66212**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.232 0**

**Nonpriority creditor's name and mailing address**

**Empire Marketing Strategies**
**11243 Cornell Park Dr.**
**Cincinnati, OH 45242**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 1**

**Nonpriority creditor's name and mailing address**

**Empire Recycling Corporation**
**Po Box 353**
**Utica, NY 13503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 2**

**Nonpriority creditor's name and mailing address**

**Emple, Theodore**
**20 Greenwood Terrace**
**Swampscott, Massachusetts 01907-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 3**

**Nonpriority creditor's name and mailing address**

**Employee & Family Resources**
**505 5th Ave Ste 600**
**Des Moines, IA 50309-2319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 4**

**Nonpriority creditor's name and mailing address**

**Employee & Family Resources, Inc.**
**505 5th Avenue, Suite 600**
**Des Moines, IA 50309-2319**

Date(s) debt was incurred  _4/24/2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**$2,654.05**

---

**3.232 5**

**Nonpriority creditor's name and mailing address**

**Employee Benefit Management Corp (EBMC)**
**4789 Rings Road**
**Dublin, OH 43017**

Date(s) debt was incurred  _5/28/2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**$25,140.00**

---

**3.232 6**

**Nonpriority creditor's name and mailing address**

**Enabulele, Harrison**
**42 Fieldwood Road**
**Waterbury, Connecticut 06705-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page  333 of 1226

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.232
7**

**Nonpriority creditor's name and mailing address**

**Endurance
10 Corporate Drive
Burlington,, MA 01803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.232
8**

**Nonpriority creditor's name and mailing address**

**Energy Alloys, LLC
3 Waterway Square Place, Suite
The Woodlands, TX 77380**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.232
9**

**Nonpriority creditor's name and mailing address**

**Energy Solutions
423 West 300 South Suite 200
Salt Lake City, UT 84101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.233
0**

**Nonpriority creditor's name and mailing address**

**Eng, Robert
17 Louise Lane
Monroe Township, New Jersey 08831-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.233
1**

**Nonpriority creditor's name and mailing address**

**Engaged Video
4340 E. Indian School Rd, Ste 21-116
Phoenix, AZ 85018**

Date(s) debt was incurred  __1/15/2020__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**$30,172.00**

---

**3.233
2**

**Nonpriority creditor's name and mailing address**

**Engelbach, Jacob
29W964 Hawthorne Lane
Warrenville, Illinois 60555-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.233
3**

**Nonpriority creditor's name and mailing address**

**Engineered Solutions Group, Inc.
3305 Arctic Blvd
Anchorage, AK 99503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.233 4**

**Nonpriority creditor's name and mailing address**
**Engle, Sarah**
**1021 Eagles Nest Lane**
**Monroeville, Pennsylvania 15146-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.233 5**

**Nonpriority creditor's name and mailing address**
**Englert, Meryl**
**837 Rosa Avenue**
**Metairie, Louisiana 70005-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.233 6**

**Nonpriority creditor's name and mailing address**
**Enlighten, Inc. - aka Katie Walbrun**
**1215 Hunter Rd**
**Wilmette, IL 06009**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.233 7**

**Nonpriority creditor's name and mailing address**
**Ensor, Marsha**
**38 Sequoia Road**
**Severna Park, Maryland 21146-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.233 8**

**Nonpriority creditor's name and mailing address**
**Enterprise Bank & Trust**
**1281 North Warson Rd**
**St. Louis, MO 63132**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.233 9**

**Nonpriority creditor's name and mailing address**
**Enterprise Services LLC**
**1775 Tysons Blvd.**
**Suite 900**
**McLean, VA 22102**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.234 0**

**Nonpriority creditor's name and mailing address**
**Entin, Elizabeth**
**1524 Beason St**
**Baltimore, Maryland 21230-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Interactive Health Solutions, Inc.**

Name

Case number (if known)   **20-11530 (BLS)**

---

| 3.234 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Enwere, Chiagbanwe**
**391 Washington Ave**
**Albany, New York 12206-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**EPL Feed, LLC**
**411 West Front Street**
**Sumas, WA 98295**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Epperson, Alexis**
**7300 E. Kenmore Dr, Apt 4**
**Norfolk, Virginia 23505-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Epperson, Monica**
**6814 S Dorchester Ave**
**Apt. A2**
**Chicago, Illinois 60637-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eppinger, Lauren**
**76 Garfield St #6**
**Cambridge, Massachusetts 02138-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Epstein, Ari**
**5248 Rfd**
**Long Grove, Illinois 60047-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**ERB Equipment Company, Inc.**
**200 Erb Industrial Drive**
**Fenton, MO 63026**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.234 8**

**Nonpriority creditor's name and mailing address**
**Erbs, Donna**
**10431 SW 42nd Ave**
**Portland, Oregon 97219-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.234 9**

**Nonpriority creditor's name and mailing address**
**ERC Delivery Service**
**445 W Fulerton Ave**
**Elmhurst, IL 60126**

Date(s) debt was incurred __3/30/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$1,440.00**

---

**3.235 0**

**Nonpriority creditor's name and mailing address**
**Erdmann, Abby**
**730 S Clark, Apt 910**
**Chicago, Illinois 60605-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235 1**

**Nonpriority creditor's name and mailing address**
**Ergish, Patience**
**360 Allister Drive**
**#203**
**Raleigh, North Carolina 27609-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235 2**

**Nonpriority creditor's name and mailing address**
**Erhardt, Erin**
**5530 Penn Ave S**
**Minneapolis, Minnesota 55419-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235 3**

**Nonpriority creditor's name and mailing address**
**Erica Lokshin**
**32 Conshohocken Road**
**Apt F2**
**Bala Cynwyd, PA 19004**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235 4**

**Nonpriority creditor's name and mailing address**
**Erickson, Haley**
**1600 Pennsylvania Ave SE, #404**
**Washington, District of Columbia 20003-0**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.235 5**

**Nonpriority creditor's name and mailing address**
**Erie 2 BOCES**
**8685 Erie Rd**
**Angola, NY 14006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235 6**

**Nonpriority creditor's name and mailing address**
**Erie Materials**
**500 Factory Avenue**
**Syracuse, NY 13211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235 7**

**Nonpriority creditor's name and mailing address**
**ERIKS North America**
**650 Washington Rd Ste 500**
**Pittsburgh, Pa 15228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235 8**

**Nonpriority creditor's name and mailing address**
**Ernst Concrete**
**3361 Successful Way**
**Dayton, OH 45414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235 9**

**Nonpriority creditor's name and mailing address**
**Ersoy, Vanitha**
**1230 W. Kelly St.**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.236 0**

**Nonpriority creditor's name and mailing address**
**Ervin, Elizabeth**
**73 Spriggs Ave**
**Lynchburg, Tennessee 37352-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.236 1**

**Nonpriority creditor's name and mailing address**
**Ervin, Mariha**
**305 McDougal Ave, Apt 3**
**Richmond, Kentucky 40475-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.236 2**

**Nonpriority creditor's name and mailing address**
**Escatel, Edward**
**1484 Michigan Ave**
**Columbus, Ohio 43201-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.236 3**

**Nonpriority creditor's name and mailing address**
**Eschweiler, Karl**
**1810 E. Oklahoma Ave #8**
**Milwaukee, Wisconsin 53207-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.236 4**

**Nonpriority creditor's name and mailing address**
**Eshenour, Karen**
**580 Meadow Croft Cir**
**Mechanicsburg, Pennsylvania 17055-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.236 5**

**Nonpriority creditor's name and mailing address**
**Eshiett, Adia**
**2136 Birch Bend**
**Mesquite, Texas 75181-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.236 6**

**Nonpriority creditor's name and mailing address**
**Esho, Achourr**
**204 Bright Ridge**
**Rolling Meadows, Illinois 60194-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.236 7**

**Nonpriority creditor's name and mailing address**
**Eskew, Sandi**
**100 Summit Trail**
**Nebo, North Carolina 28761-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.236 8**

**Nonpriority creditor's name and mailing address**
**Espino, John**
**15002 Leeward Drive #5301**
**Corpus Christi, Texas 78418-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.236 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Espinoza, Elizabeth**
**221 Glenwood Street**
**Colton, California 92324-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.237 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Esquivel, Aidee**
**810 Piper Lane 2B**
**Prospect Heights, Illinois 60070-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.237 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Esquivel, Cindy**
**1145 N Sterling Ave**
**Apt#117**
**Palatine, Illinois 60067-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.237 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Esser, Rebecca**
**w239s4780 Merlin Lane**
**Waukesha, Wisconsin 53189-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.237 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Essex Property and Trust**
**1100 Park Place, Suite 200**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.237 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Estes, Christy**
**1310 Kingsbury Dr**
**Unit C**
**Hanover Park, Illinois 60133-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.237 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Estey, Charles**
**6346 Pinemont Drive**
**Brighton, Michigan 48116-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.237 6**

**Nonpriority creditor's name and mailing address**

**Estey, Colleen**
**703 West Melrose, Unit 2**
**Chicago, Illinois 60657-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237 7**

**Nonpriority creditor's name and mailing address**

**Estrada, Christa**
**25700 W. 77th St.**
**Shawnee, Kansas 66227-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237 8**

**Nonpriority creditor's name and mailing address**

**Estrada, Silvia**
**15050 Parthenia Street, Apt 29**
**North Hills, California 91343-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237 9**

**Nonpriority creditor's name and mailing address**

**Ethan Horger**
**233 South Coats Rd**
**Oxford, MI 48371**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238 0**

**Nonpriority creditor's name and mailing address**

**Ethan Horger-IH**
**233 South Coats Rd**
**Oxford, MI 48371**

Date(s) debt was incurred __4/29/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$990.00**

---

**3.238 1**

**Nonpriority creditor's name and mailing address**

**Ethell, Nicole**
**1114 Modesto Ave.**
**Camarillo, California 93010-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238 2**

**Nonpriority creditor's name and mailing address**

**Etienne, Jacqueline**
**5200 Carriageway Dr**
**Rolling Meadows, Illinois 60008-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.238 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Etihad Airways**
**600 5th Avenue**
**New York, NY 10020**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ettinger, Samantha**
**8791 Huxley Rd**
**Salem, Ohio 44460-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eubanks, Michelle**
**46 Lakeview Drive**
**Ocean Springs, Mississippi 39564-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evangelical Community Hospital**
**One Hospital Drive**
**Lewisburg, PA 17837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evans, Alex**
**2438 N. Redington Place**
**Tucson, Arizona 85749-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evans, April**
**3605 London Company Way**
**Williamsburg, Virginia 23185-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evans, Autum**
**2801 Old Williamsburg Road**
**APT 1-C**
**Yorktown, Virginia 23690-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.239<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evans, Banisha**
**8674 Nemea Way**
**Elk Grove, California 95624-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evans, Brettney**
**103 East 30th Street, Apt 18**
**Wilmington, Delaware 19802-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evans, Jessica**
**2391 Forest Ave**
**Rolling Meadows, Illinois 60008-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evans, Jocelyn**
**55249 - 290th St**
**Cambridge, Iowa 50046-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evans, Kim**
**PO Box 4403**
**Walnut Creek, California 94596-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evans, Kyera**
**1467 Woodlake Lane**
**Grand blanc, Michigan 48439-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evans, Patricia**
**188 Windy Knob Lane**
**Appomattox, Virginia 24522-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2397**

Nonpriority creditor's name and mailing address

**Evans, S.**
**6327 Fieldsteade Drive**
**Independence, Kentucky 41051-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2398**

Nonpriority creditor's name and mailing address

**Evans, Shannon**
**6116 Fortview Way**
**Baltimore, Maryland 21224-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2399**

Nonpriority creditor's name and mailing address

**Evans, Tarasha**
**8220 North Ridgebrook Drive**
**North Charleston, South Carolina 29420-0**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2400**

Nonpriority creditor's name and mailing address

**Evanski, Christina**
**3461 Rio Poco Rd**
**Reno, Nevada 89502-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2401**

Nonpriority creditor's name and mailing address

**Evanston Township High School District 2**
**1600 Dodge Avenue**
**Evanston, IL 60201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2402**

Nonpriority creditor's name and mailing address

**Evanston/Skokie SD 65**
**1500 McDaniel Avenue**
**Evanston, IL 60201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2403**

Nonpriority creditor's name and mailing address

**Evelius, Jill**
**13603 Jacobs Rd**
**Mount Airy, Maryland 21771-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor **Interactive Health Solutions, Inc.**
Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.240 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Everard, Kevin**
**29 Azalea Drive**
**Lumberton, New Jersey 08048-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.240 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Everett, Michelle**
**171 Thornstone Street**
**West Fork, Arkansas 72774-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.240 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Evergreen Local Schools**
**14544 County Rd 6**
**Metamora, OH 43540**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.240 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Evergreen Park Community High School**
**9901 S. Kedzie Avenue**
**Evergreen Park, IL 60805**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.240 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Evergreen Park SD 124**
**2929 W. 87th Street**
**Evergreen Park, IL 60805**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.240 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eversole, Brian**
**102 Dalton Ave**
**Carlisle, Ohio 45005-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.241 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eversole, Megan**
**102 Dalton Avenue**
**Carlisle, Ohio 45005-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.241**
**1**

**Nonpriority creditor's name and mailing address**
**Everson, Emily**
**523 fishermans Row**
**sheboyan, Wisconsin 53081-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241**
**2**

**Nonpriority creditor's name and mailing address**
**Everson, QuaShaunta**
**5228 Cedar Lane**
**Apt. 146**
**Columbia, Maryland 21044-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241**
**3**

**Nonpriority creditor's name and mailing address**
**Ewan Whyte, Carol**
**99 Bridgton Road**
**Westbrook, Maine 04092-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241**
**4**

**Nonpriority creditor's name and mailing address**
**Ewart, Alexandra**
**1359 Harrison Street**
**Jacksonville, Florida 32206-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241**
**5**

**Nonpriority creditor's name and mailing address**
**Ewellix**
**69900 Powell Rd.**
**Armada, MI 48005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241**
**6**

**Nonpriority creditor's name and mailing address**
**Exantus, Karen**
**16 Pepper Ridge Road**
**Stamford, Connecticut 06905-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241**
**7**

**Nonpriority creditor's name and mailing address**
**Executive Construction**
**235 Fencl Lane**
**Hillside, IL 60162**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.2418**

**Nonpriority creditor's name and mailing address**
**Exide**
**13000 DEERFIELD PARKWAY**
**Building 200**
**MILTON, GA 30004**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2419**

**Nonpriority creditor's name and mailing address**
**Experian**
**PO Box 886133**
**Los Angeles, CA 90088-6133**

Date(s) debt was incurred __4/30/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$98.00**

---

**3.2420**

**Nonpriority creditor's name and mailing address**
**EyeCare Partners**
**15933 Clayton Rd., Suite 21-**
**Ballwin, MO 63011**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2421**

**Nonpriority creditor's name and mailing address**
**Eyerly, Dana**
**10700 Sandy Oaks Dr**
**Jacksonville, Florida 32221-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2422**

**Nonpriority creditor's name and mailing address**
**EZ Business Solutions**
**EZ Business Solutions**
**1000 Balmoral Lane**
**Elgin, IL 60120**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2423**

**Nonpriority creditor's name and mailing address**
**F&M MAFCO**
**9149 Dry Fork Rd.**
**Harrison, OH 45030**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2424**

**Nonpriority creditor's name and mailing address**
**F-M Trust (F & M Trust)**
**20 South Main Street**
**Chambersburg, PA 17201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.242 5**

**Nonpriority creditor's name and mailing address**
**Fabbri, Joan**
**9801 S Fox Run**
**Oak Creek, Wisconsin 53154-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.242 6**

**Nonpriority creditor's name and mailing address**
**Fabry, Michelle**
**1139 Key West**
**Clawson, Michigan 48017-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.242 7**

**Nonpriority creditor's name and mailing address**
**Faegre Baker Daniels**
**8170 33rd Ave. South**
**Minneapolis, MN 55425**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.242 8**

**Nonpriority creditor's name and mailing address**
**Fagan, Sivashankari**
**1515 Cypress Drive**
**Irving, Texas 75061-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.242 9**

**Nonpriority creditor's name and mailing address**
**Fahey, Jeffrey**
**7107 Oak Ridge Dr**
**Harrisburg, Pennsylvania 17111-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.243 0**

**Nonpriority creditor's name and mailing address**
**Fairbanks, Colleen**
**158 South Charlotte Street**
**Lombard, Illinois 60148-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.243 1**

**Nonpriority creditor's name and mailing address**
**Fairfield & Woods, P.C.**
**1801 California Street, Suite**
**Denver, CO 80202**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.243 2**

**Nonpriority creditor's name and mailing address**

**Fairrington Transportation Services**
**553 S. Joliet Road**
**Suite B**
**Bolingbrook, IL 60440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.243 3**

**Nonpriority creditor's name and mailing address**

**Fairview SD 72**
**7040 Laramie Avenue**
**Skokie, IL 60077**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.243 4**

**Nonpriority creditor's name and mailing address**

**Falconer, Annmarie**
**4607 Bonnie Brae Court**
**Richmond, Virginia 23234-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.243 5**

**Nonpriority creditor's name and mailing address**

**Family Christian Health Center**
**31 West 155th Street**
**Harvey, IL 60426**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.243 6**

**Nonpriority creditor's name and mailing address**

**Family Health International**
**1825 Connecticut Ave NW**
**Washington, DC 20009**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.243 7**

**Nonpriority creditor's name and mailing address**

**FAMILY HOME HEALTH SERVICES, INC.**
**2171 Executive Dr**
**Suite 450**
**Addison, IL 60101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.243 8**

**Nonpriority creditor's name and mailing address**

**Fanelli, Alicia**
**7 N. Calvert St, Apt 1605**
**Baltimore, Maryland 21202-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.243 9**

Nonpriority creditor's name and mailing address

**Fannon, Colin**
**905 Park Street**
**Unit 55**
**Carbondale, Illinois 62901-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 0**

Nonpriority creditor's name and mailing address

**Fantasia, Alexandra**
**1709 Birch Trail Circle, Apt F**
**Chesapeake, Virginia 23320-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 1**

Nonpriority creditor's name and mailing address

**Fardin, Halina**
**333 S. Doheny Drive**
**#201**
**Los Angeles, California 90048-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 2**

Nonpriority creditor's name and mailing address

**Farengo, Bridget**
**3 Clay Street**
**Las Vegas, Nevada 89115-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 3**

Nonpriority creditor's name and mailing address

**Fareva Richmond, Inc.**
**2248 Darbytown Road**
**Henrico, VA 23231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 4**

Nonpriority creditor's name and mailing address

**Farm Boy Meats of Evansville, Inc.**
**2761 N. Kentucky Ave**
**Evansville, IL 47711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 5**

Nonpriority creditor's name and mailing address

**Farmers Elevator Grain & Supply Associat**
**16917 Road B**
**New Bavaria, OH 43548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.2446**

Nonpriority creditor's name and mailing address
**Farrahi, Alexis**
**7750 Narcissus Lane**
**Orland Park, Illinois 60462-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2447**

Nonpriority creditor's name and mailing address
**Farrington, Felisha**
**2207 Concord Pike 147**
**Wilmington, Delaware 19803-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2448**

Nonpriority creditor's name and mailing address
**Fassinger, Allison**
**1871 E Powell Way**
**Chandler, Arizona 85249-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2449**

Nonpriority creditor's name and mailing address
**Faught, Savanna**
**104 Valiant Lane**
**Slidell, Louisiana 70458-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2450**

Nonpriority creditor's name and mailing address
**Favin, Jenna**
**4998 Battery Lane**
**#207**
**Bethesda, Maryland 20814-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2451**

Nonpriority creditor's name and mailing address
**Fayette Local School**
**400 East Gamble Road**
**Fayette, OH 43521**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2452**

Nonpriority creditor's name and mailing address
**Fayman, Michael**
**1014 E Olde Virginia Rd**
**Palatine, Illinois 60074-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.245 3**

**Nonpriority creditor's name and mailing address**

**Fears, Nicole**
**1662 Barkwood**
**Florissant, Missouri 63031-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.245 4**

**Nonpriority creditor's name and mailing address**

**Featherstone, Shalon**
**29W550 Winchester Circle**
**unit N3**
**Warrenville, Illinois 60555-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.245 5**

**Nonpriority creditor's name and mailing address**

**Federal Management Partners, Inc.**
**2900 South Quincy Street, suit**
**Arlington, VA 22206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.245 6**

**Nonpriority creditor's name and mailing address**

**Federal Marine Terminals, Inc.**
**38 Barren Rd**
**East Port, ME 04631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.245 7**

**Nonpriority creditor's name and mailing address**

**Federal Reserve Bank of Atlanta**
**1000 Peachtree St Ne**
**Atlanta, GA 30309-4470**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.245 8**

**Nonpriority creditor's name and mailing address**

**Federal Reserve Bank of Boston**
**600 Atlantic Ave**
**Boston, MA 02210-2204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.245 9**

**Nonpriority creditor's name and mailing address**

**Federal Reserve Bank of Chicago**
**230 South LaSalle Street**
**Chicago, IL 60604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.246 0**

Nonpriority creditor's name and mailing address

**Federal Reserve Bank of Cleveland**
**1455 E. Sixth Street**
**Cleveland, OH 44114-2566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 1**

Nonpriority creditor's name and mailing address

**Federal Reserve Bank of Dallas**
**2200 N Pearl St**
**Dallas, TX 75201-2272**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 2**

Nonpriority creditor's name and mailing address

**Federal Reserve Bank of Kansas City**
**1 Memorial Dr**
**Kansas City, MO 64198-0002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 3**

Nonpriority creditor's name and mailing address

**Federal Reserve Bank of Minneapolis**
**90 Hennepin Ave**
**Minneapolis, MN 55401-1804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 4**

Nonpriority creditor's name and mailing address

**Federal Reserve Bank of New York**
**33 Liberty St**
**New York, NY 10045-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 5**

Nonpriority creditor's name and mailing address

**Federal Reserve Bank of Philadelphia**
**10 N Independence Mall W**
**Philadelphia, PA 19106-1574**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 6**

Nonpriority creditor's name and mailing address

**Federal Reserve Bank of Richmond**
**701 E Byrd St FL 2**
**Richmond, VA 23219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.246 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Federal Reserve Bank of San Francisco**<br>**101 Market St**<br>**San Francisco, CA 94105** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.246 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Federal Reserve Bank of St. Louis**<br>**1 Federal Reserve Bank Plaza**<br>**Broadway and Locust Street**<br>**St. Louis, MO 63102** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.246 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Federal Reserve Office of Employee Benef**<br>**1 Riverfront Plz Ste 100**<br>**Newark, NJ 07102-5434** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.247 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,422.31** |
|---|---|---|---|
| | **FEDEX**<br>**P.O  Box 94515**<br>**Palatine, IL 60094-4515** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **5/27/2020** | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.247 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Fedota, Jared**<br>**4245 Hardwood Ct.**<br>**Hanover Park, Illinois 60133-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.247 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Fee, Amber**<br>**305 Winding Oak Trail**<br>**Manahawkin, New Jersey 08050-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.247 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Fee, Angela**<br>**16226 Arbor Street**<br>**Omaha, Nebraska 68130-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.247<br>4**

**Nonpriority creditor's name and mailing address**

**Feeley, Brian**
**3870 Avenue C**
**Billings, Montana 59102-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247<br>5**

**Nonpriority creditor's name and mailing address**

**Fehlberg, Susan**
**27 Vista Dr**
**Little Rock, Arkansas 72210-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247<br>6**

**Nonpriority creditor's name and mailing address**

**Felder, Tiffani**
**882 malcolm chandler Lane**
**West palm beach, Florida 33401-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247<br>7**

**Nonpriority creditor's name and mailing address**

**Feldman, Loretta**
**1302 Watson Ave**
**Costa Mesa, California 92626-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247<br>8**

**Nonpriority creditor's name and mailing address**

**Feldman, Sarah**
**210 Glasgow Ln**
**V-2**
**Schaumburg, Illinois 60194-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247<br>9**

**Nonpriority creditor's name and mailing address**

**Felix, Keisha**
**3825 Mapleshade Lane #3305**
**Plano, Texas 75075-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.248<br>0**

**Nonpriority creditor's name and mailing address**

**Fellers, Stacy**
**5884 Beacon Hill Drive**
**Frisco, Texas 75034-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.248**
**1**

**Nonpriority creditor's name and mailing address**
**Fellowes**
**1789 Norwood Avenue**
**Itasca, IL 60143**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.248**
**2**

**Nonpriority creditor's name and mailing address**
**Fellowship Senior Living**
**8000 Fellowship Road**
**Basking Ridge, NJ 07920**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.248**
**3**

**Nonpriority creditor's name and mailing address**
**Feltz, Sheila**
**20826 N Cumnor**
**Barrington, Illinois 60010-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.248**
**4**

**Nonpriority creditor's name and mailing address**
**Fender Musical Instruments Corporation**
**17600 N. Perimeter Drive Suite 100**
**Scottsdale, AZ 85255**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.248**
**5**

**Nonpriority creditor's name and mailing address**
**Fenley, Erika**
**1329 Acredale Road**
**Virginia Beach, Virginia 23464-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.248**
**6**

**Nonpriority creditor's name and mailing address**
**Fenning, Kristy**
**4805 Transit Rd, Apt 806**
**Depew, New York 14043-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.248**
**7**

**Nonpriority creditor's name and mailing address**
**Fenton Community HSD #100**
**1000 West Green Street**
**Bensenville, IL 60106**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2488**

**Nonpriority creditor's name and mailing address**
**Fenton, Jonathan**
**128 s Chapel St**
**Baltimore, Maryland 21231-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2489**

**Nonpriority creditor's name and mailing address**
**Fergus County**
**712 W. Main St.**
**Suite 208**
**Lewistown, MT 59457**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2490**

**Nonpriority creditor's name and mailing address**
**Ferguson, Jackie**
**11 Trotters Ridge Court**
**Baltimore, Maryland 21228-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2491**

**Nonpriority creditor's name and mailing address**
**Ferguson, Rao**
**28 hole spur**
**Alamo, Georgia 30411-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2492**

**Nonpriority creditor's name and mailing address**
**Ferguson, Theresa**
**2727 Cobblestone Drive**
**Crystal Lake, Illinois 60012-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2493**

**Nonpriority creditor's name and mailing address**
**Fernandes, Jordan**
**3015 Scarborough Lane**
**Midland, Michigan 48640-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2494**

**Nonpriority creditor's name and mailing address**
**Fernandez De Luna, Irene**
**27 Express Blvd**
**Sandia Park, New Mexico 87047-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.249 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fernandez, Dawn**
**3036 Plumas Street**
**Reno, Nevada 89509-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fernandez, Merari**
**4103 Treehaven Dr**
**Arlington, Texas 76016-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fernando, Deepthi**
**123 State Street**
**Chicopee, Massachusetts 01013-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fernando, Dennis**
**719 Sacramento St**
**Vallejo, California 94590-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fernando, Priyanka**
**29327 Sw Meadows Loop**
**Unit 287**
**Wilsonville, Oregon 97070-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ferreira, Edivani**
**3169 Varcroft Road**
**Knightdale, North Carolina 27545-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ferreira, Martha**
**2061 S. 17th Street**
**Milwaukee, Wisconsin 53204-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.250 2**

**Nonpriority creditor's name and mailing address**

**Ferri, Nicole**
**10 Ashford Court**
**Walingford, Connecticut 06492-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.250 3**

**Nonpriority creditor's name and mailing address**

**Ferriello, Nancy**
**17 Sea Spray Road**
**Westport, Connecticut 06880-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.250 4**

**Nonpriority creditor's name and mailing address**

**Ferris State University**
**420 Oak Street, Prakken 150**
**Big Rapids, MI 49307-2020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.250 5**

**Nonpriority creditor's name and mailing address**

**Ferrotec (USA) Corporation**
**33 Constitution Drive**
**Bedford, NH 03110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.250 6**

**Nonpriority creditor's name and mailing address**

**Festa, Kristina**
**190 Myrtle Street**
**Shelton, Connecticut 06484-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.250 7**

**Nonpriority creditor's name and mailing address**

**Fetzer, Jeanne**
**1936 N. Hudson #uch**
**Chicago, Illinois 60614-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.250 8**

**Nonpriority creditor's name and mailing address**

**Fiber Instrument Sales, Inc.**
**161 Clear Road**
**Oriskany, NY 13424**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| | Name | | |

---

| 3.250 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ficken, David**
**8216 Hallmark Dr.**
**North Richland Hills, Texas 76182-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**FIDELITY COMMUNICATIONS**
**64 N Clark St**
**Sullivan, MO 63080**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Fielding, Tywana**
**701 Leora Lane #431**
**The Colony, Texas 75056-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Figueredo, Danielle**
**1112 Jefferson Street**
**Gretna, Louisiana 70053-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**File, Amanda**
**216 N. 10th Street**
**Wilmington, North Carolina 28401-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Filer, Teresa**
**3780 Ocean View Ave**
**#4**
**Los Angeles, California 90066-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Filipek, Nick**
**1926 Lake Avenue**
**Whiting, Indiana 46394-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.251**
**6**

**Nonpriority creditor's name and mailing address**
**Finch, Adea**
**103 E 37th Street**
**Richmond, Virginia 23224-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.251**
**7**

**Nonpriority creditor's name and mailing address**
**Findley Davies Inc.**
**One SeaGate**
**Suite 2050**
**Toledo, OH 43604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.251**
**8**

**Nonpriority creditor's name and mailing address**
**Findley, Kami**
**10815 Sinclair Ave**
**Dallas, Texas 75218-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.251**
**9**

**Nonpriority creditor's name and mailing address**
**Fink, Scott**
**30 Mansel Drive**
**Reisterstown, Maryland 21136-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.252**
**0**

**Nonpriority creditor's name and mailing address**
**Finkle, Jennifer**
**15 Ashland St**
**Medford, Massachusetts 02155-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.252**
**1**

**Nonpriority creditor's name and mailing address**
**Finn, Kevin**
**510 Surrey Lane**
**Fairfield, Connecticut 06824-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.252**
**2**

**Nonpriority creditor's name and mailing address**
**Finn, Mary**
**22 Noyo Court**
**Chico, California 95926-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.252 3**

**Nonpriority creditor's name and mailing address**
**Finnical, Cheryl**
**17 Virginia Ave**
**Reisterstown, Maryland 21136-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.252 4**

**Nonpriority creditor's name and mailing address**
**Finnie, Amy**
**150 Ee Spindle Tree Circle**
**The Woodlands, Texas 77382-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.252 5**

**Nonpriority creditor's name and mailing address**
**Fiorentino, Christina**
**703 W Oakdale Ave**
**Chicago, Illinois 60657-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.252 6**

**Nonpriority creditor's name and mailing address**
**FireEye, Inc.**
**1440 McCarthy Blvd**
**Milpitas, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.252 7**

**Nonpriority creditor's name and mailing address**
**Firelands Regional Medical Center**
**Corporate Health Center**
**5420 Milan Rd**
**Sandusky, OH 44870-5846**

Date(s) debt was incurred  6/1/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.252 8**

**Nonpriority creditor's name and mailing address**
**First Keystone Community Bank**
**111 W. Front Street**
**Berwick, PA 18603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.252 9**

**Nonpriority creditor's name and mailing address**
**First National Bank of Newtown**
**40 South State St**
**Newtown, PA 18940**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.253 0**

**Nonpriority creditor's name and mailing address**
**FIRST NATIONAL BANK OF OTTAWA**
**701 LaSalle Street**
**Ottawa, IL 61350**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253 1**

**Nonpriority creditor's name and mailing address**
**First Trust Portfolios L.P.**
**120 E. Liberty Drive Suite 400**
**Wheaton, IL 60187**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253 2**

**Nonpriority creditor's name and mailing address**
**First United Bank & Trust (MD)**
**12892 Garrett Highway, Suite 4**
**Oakland, MD 21550**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253 3**

**Nonpriority creditor's name and mailing address**
**Firstrust Bank**
**15 E Ridge Pike**
**Conshohocken, PA 19428**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253 4**

**Nonpriority creditor's name and mailing address**
**Fisch, Karly**
**11221 S. 51st Street**
**Apt. 2067**
**Phoenix, Arizona 85044-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253 5**

**Nonpriority creditor's name and mailing address**
**Fischer, Amy**
**33 - 121st Ave Ne**
**Blaine, Minnesota 55434-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253 6**

**Nonpriority creditor's name and mailing address**
**Fishburn, Julie**
**23 Railroad Ave**
**Swedesboro, New Jersey 08085-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.253.7**

**Nonpriority creditor's name and mailing address**

**Fisher Barton Group**
**700 S Water St**
**Watertown, WI 53094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.253.8**

**Nonpriority creditor's name and mailing address**

**FISHER PRINTING**
**8640 S. Oketo**
**Bridgeview, IL 60455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.253.9**

**Nonpriority creditor's name and mailing address**

**Fisher, Alexandra**
**905 Oakwood Terrace**
**Hinsdale, Illinois 60521-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.254.0**

**Nonpriority creditor's name and mailing address**

**Fisher, Britani**
**6471 Ashlar Ave**
**Hubbard, Ohio 44425-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.254.1**

**Nonpriority creditor's name and mailing address**

**Fisher, Renee**
**2682 Poplar Street**
**Erie, Pennsylvania 16508-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.254.2**

**Nonpriority creditor's name and mailing address**

**Fisher, Sheryl**
**8837 Debra Ave**
**North Hills, California 91343-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.254.3**

**Nonpriority creditor's name and mailing address**

**Fisher, Siri**
**943 Beaverbank Circle**
**Towson, Maryland 21286-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.254 4**

**Nonpriority creditor's name and mailing address**

**Fisher, Stephanie**
**101 Leaf Lake Blvd #1801**
**Birmingham, Alabama 35211-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.254 5**

**Nonpriority creditor's name and mailing address**

**Fisher, Suzanne**
**2349 Memorial Dr**
**Green Bay, Wisconsin 54303-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.254 6**

**Nonpriority creditor's name and mailing address**

**Fisk Alloy, Inc.**
**10 Thomas Rd.**
**Hawthorne, NJ 07507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.254 7**

**Nonpriority creditor's name and mailing address**

**Fisk, Doris**
**1333 Eagle Glen**
**Escondido, California 92029-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.254 8**

**Nonpriority creditor's name and mailing address**

**Fitch, Chris**
**3916 N. Pine Grove, Apt 1w**
**Chicago, Illinois 60613-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.254 9**

**Nonpriority creditor's name and mailing address**

**Fitch, Esther**
**6857 Austin Harbor Lp**
**Sherwood, Arkansas 72120-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.255 0**

**Nonpriority creditor's name and mailing address**

**Fitch, Sandra**
**817 Mildred Ne**
**Albuquerque, New Mexico 87123-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.255.1**

**Nonpriority creditor's name and mailing address**

**Fitzgerald, Karen**
**608 Siems Circle**
**Roselle, Illinois 60172-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255.2**

**Nonpriority creditor's name and mailing address**

**Fitzgibbons, Donald**
**401c Valley View**
**Lake Barrington, Illinois 60010-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255.3**

**Nonpriority creditor's name and mailing address**

**Fitzgibbons, Sean**
**505 N McClurg Ct**
**Apt 1702**
**Chicago, Illinois 60611-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255.4**

**Nonpriority creditor's name and mailing address**

**Fitzner, Casey**
**7750 West Peterson**
**Chicago, Illinois 60631-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255.5**

**Nonpriority creditor's name and mailing address**

**Fivek, Holly**
**1731 Timocuan Way**
**Longwood, Florida 32750-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255.6**

**Nonpriority creditor's name and mailing address**

**Flanagan, Derrick**
**2013 Graveline Road**
**Gautier, Mississippi 39553-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255.7**

**Nonpriority creditor's name and mailing address**

**Flanagan, Lori**
**15811 NE 9th Circle**
**Vancouver, Washington 98684-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2558**

**Nonpriority creditor's name and mailing address**

**Flanders, Heidi**
**74 Saint James Ave**
**Manchester, New Hampshire 03102-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2559**

**Nonpriority creditor's name and mailing address**

**Fleck, Larry**
**62 Arroyo Way**
**San Francisco, California 94127-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2560**

**Nonpriority creditor's name and mailing address**

**Fleckenstein, Loren**
**3496 Pleasant Avenue**
**Hamburg, New York 14075-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2561**

**Nonpriority creditor's name and mailing address**

**Fleenor, Kristina**
**925 Brandon Ave**
**#A2**
**Norfolk, Virginia 23517-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2562**

**Nonpriority creditor's name and mailing address**

**Flegel, Kristina**
**350 Rue Saint Denis**
**Florissant, Missouri 63031-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2563**

**Nonpriority creditor's name and mailing address**

**Flegler, Alvin**
**614 River Bend Court**
**Apt. 302**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2564**

**Nonpriority creditor's name and mailing address**

**Fleming, Jacinda**
**17840 Jamestown Way**
**Apt C**
**Lutz, Florida 33558-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|--------|----------------------------------------|--|------------------------|--------------------|
| | Name | | | |

---

**3.256 5**

**Nonpriority creditor's name and mailing address**
**Flemmer, Jennifer**
**1420 65th Street**
**#207**
**Sacramento, California 95819-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256 6**

**Nonpriority creditor's name and mailing address**
**Fletcher, Alexis**
**1714 N Brunswick**
**Wichita, Kansas 67212-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256 7**

**Nonpriority creditor's name and mailing address**
**Fletcher, Lynn**
**14214 SE 285th Place**
**Kent, Washington 98042-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256 8**

**Nonpriority creditor's name and mailing address**
**Flint, Charissa**
**187 Windsor Dr**
**Graham, North Carolina 27253-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256 9**

**Nonpriority creditor's name and mailing address**
**Flippin, Loretta**
**7040 Dennisville Road**
**Amelia Court House, Virginia 23002-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 0**

**Nonpriority creditor's name and mailing address**
**Florence Unified School District**
**225 South Orlando Street**
**Florence, AZ 85232**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 1**

**Nonpriority creditor's name and mailing address**
**Flores, Alexandra**
**13838 Burrage Street**
**Eastvale, California 92880-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|--------|----------------------------------------|-------------------------|---------------------|

Name

---

**3.257 2**

**Nonpriority creditor's name and mailing address**

**Flores, Esther**
**5825 Gulfton St. 3223**
**Houston, Texas 77081-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 3**

**Nonpriority creditor's name and mailing address**

**Flores, Maria**
**2814 Birch St**
**Selma, California 93662-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 4**

**Nonpriority creditor's name and mailing address**

**Flores, Sarah**
**6024 Mary Lewis Drive**
**Austin, Texas 78747-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 5**

**Nonpriority creditor's name and mailing address**

**Florida Department of Revenue**
**P.O. BOX 6668**
**TALLAHASSEE, FL 32314-6668**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 6**

**Nonpriority creditor's name and mailing address**

**Flory, Raquel**
**2342 14th St. NW**
**Minot, North Dakota 58703-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 7**

**Nonpriority creditor's name and mailing address**

**Floyd, Tracey**
**233 West 26th Street**
**Norfolk, Virginia 23517-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 8**

**Nonpriority creditor's name and mailing address**

**Fluellen, Shikema**
**1007 Green St #1828**
**Conyers, Georgia 30012-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Interactive Health Solutions, Inc.**
_____
Name                                                        Case number (if known)    **20-11530 (BLS)**
_____

| | |
|---|---|
| **3.257 9** | **Nonpriority creditor's name and mailing address** |
| | **Fluty, Tracy** |
| | **119 Rose Garden Lane** |
| | **Goodlettsville, Tennessee 37072-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.258 0** | **Nonpriority creditor's name and mailing address** |
| | **FM Howell & Company** |
| | **79 Pennsylvania Ave** |
| | **Elmira, NY 14902** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.258 1** | **Nonpriority creditor's name and mailing address** |
| | **FNBC Bank & Trust** |
| | **620 West Burlington Avenue** |
| | **LaGrange, IL 60525** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.258 2** | **Nonpriority creditor's name and mailing address** |
| | **Focus Global Talent Solutions LLC** |
| | **3323 NE 163rd Street** |
| | **Suite 401** |
| | **North Miami Beach, FL 33160** |

Date(s) debt was incurred  **2/19/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$27,000.00**

---

| | |
|---|---|
| **3.258 3** | **Nonpriority creditor's name and mailing address** |
| | **Foege, Jennifer** |
| | **1140 Shadyslope Dr** |
| | **Santa Rosa, California 95404-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.258 4** | **Nonpriority creditor's name and mailing address** |
| | **Fokszanskyj, Leokadia** |
| | **1018 Egret Court** |
| | **Edgewater, Florida 32141-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.258 5** | **Nonpriority creditor's name and mailing address** |
| | **Foley, Deborah** |
| | **473 Greenwood Dr** |
| | **Wilmington, Delaware 19808-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.258 6 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Foley, James**
**320 Yoe Dr**
**Yoe, Pennsylvania 17313-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.258 7 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Foliano, Laura**
**P.O. Box 7201**
**Naples, Florida 34101-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.258 8 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Folk, Sarah**
**9811 Streeter Dr**
**Erir, Michigan 48133-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.258 9 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Folkes, Debra**
**1916 Greenberry Road**
**Baltimore, Maryland 21209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.259 0 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Folsom, Melissa**
**1502 N. Kings Hwy**
**Cushing, Oklahoma 74023-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.259 1 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Fomond, Takala**
**1232 Darrow Ave**
**Evanston, Illinois 60202-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.259 2 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Fomukong, Abou-Nica**
**454 Minturn Loop NE**
**Rio Rancho, New Mexico 87124-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|

Name

---

**3.259 3**

**Nonpriority creditor's name and mailing address**

**FOND DU LAC COUNTY**
**160 Macy St**
**Fond du Lac, WI 54935**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 4**

**Nonpriority creditor's name and mailing address**

**FOOD 4 LESS/RANCHO SAN MIGUEL/PAQ, INC.**
**17935 Murphy Pkwy**
**Lathrop, CA 95330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 5**

**Nonpriority creditor's name and mailing address**

**Food Warming Equipment Company, Inc.**
**5599 Hwy 31W**
**Portland, TN 37148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 6**

**Nonpriority creditor's name and mailing address**

**Forbush, Diane**
**3687 Doral Street**
**Palm Harbor, Florida 34685-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 7**

**Nonpriority creditor's name and mailing address**

**Force, Karyn**
**7 Gabrielle Circle**
**Maynard, Massachusetts 01754-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 8**

**Nonpriority creditor's name and mailing address**

**Ford, Deanna**
**16657 W. Merc Lane**
**Lockport, Illinois 60441-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 9**

**Nonpriority creditor's name and mailing address**

**Ford, Nina**
**1555 S Avers**
**Chicago, Illinois 60623-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.260 0**

**Nonpriority creditor's name and mailing address**

**Forest City Gear**
**11715 Main Street**
**Roscoe, IL 61073**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.260 1**

**Nonpriority creditor's name and mailing address**

**Forest Lawn Memorial Park Association**
**1712 S Glendale Ave**
**Glendale, CA 91205**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.260 2**

**Nonpriority creditor's name and mailing address**

**Forest Park SD 91**
**424 DesPlaines Ave**
**Forest Park, IL 60130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.260 3**

**Nonpriority creditor's name and mailing address**

**Foresta, Laura**
**19 Central Close**
**Auburndale, Massachusetts 02466-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.260 4**

**Nonpriority creditor's name and mailing address**

**Formanski, Kyle**
**1012 South Lancaster**
**Mount Prospect, Illinois 60056-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.260 5**

**Nonpriority creditor's name and mailing address**

**Forte, Suzanne**
**49869 West Julie Lane**
**Maricopa, Arizona 85139-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.260 6**

**Nonpriority creditor's name and mailing address**

**Fortes Spinney, Carla**
**7 Stanley Ln**
**Nashua, New Hampshire 03062-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|

Name

---

**3.2607**

**Nonpriority creditor's name and mailing address**

**Fortitude International LLC**
**PO Box 76383**
**Baltimore, MD 21275-6383**

**Date(s) debt was incurred** 6/3/2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**$14,848.00**

---

**3.2608**

**Nonpriority creditor's name and mailing address**

**Fosness, Tiffanee**
**1653 Lenwood Ave #2**
**Green Bay, Wisconsin 54303-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2609**

**Nonpriority creditor's name and mailing address**

**Fosnight, Cory**
**311 Woodbend Drive**
**Ravenna, Ohio 44266-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2610**

**Nonpriority creditor's name and mailing address**

**Foss, Jessica**
**206 Shadbush Street**
**San Antonio, Texas 78245-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2611**

**Nonpriority creditor's name and mailing address**

**Fosse, Amy**
**1333 Town Brooke**
**Middletown, Connecticut 06457-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2612**

**Nonpriority creditor's name and mailing address**

**Foster, Derith**
**41 Alana Drive**
**Northbridge, Massachusetts 01534-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2613**

**Nonpriority creditor's name and mailing address**

**Foster, Jaconya**
**932 Irolo Street**
**Apt. 304**
**Los Angeles, California 90006-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.261**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Foster, Jaime**<br>**9 Paddock Dr**<br>**Plainville, Massachusetts 02762-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.261**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Foster, Karen**<br>**901 Spotswood Ave, C1**<br>**Norfolk, Virginia 23517-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.261**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Foudeh, Ava**<br>**280 Alicia way**<br>**Los Altos, California 94022-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.261**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Foundation For Senior Living**<br>**1201 East Thomas Road**<br>**Phoenix, AZ 85014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.261**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Fountaine, Joanne**<br>**13854 Echo Park Ct.**<br>**Burnsville, Minnesota 55337-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.261**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Four County Career Center**<br>**22 900 State Route 34**<br>**Archbold, OH 43502** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.262**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **FOUR SEASONS HOTEL**<br>**120 E. Delaware Place**<br>**Chicago, IL 60611** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.262
1**

**Nonpriority creditor's name and mailing address**

**Foust, Bonnie
1249 Spring Lake Dr
Brownsburg, Indiana 46112-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
2**

**Nonpriority creditor's name and mailing address**

**Fowler Elementary School District
1617 South 67 Avenue
Phoenix, AZ 85043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
3**

**Nonpriority creditor's name and mailing address**

**Fowler, Alina
30 Dickinson Crossing
Fairport, New York 14450-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
4**

**Nonpriority creditor's name and mailing address**

**Fox Valley Metal-Tech, Inc.
1201 Parkview Road
Green Bay, WI 54304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
5**

**Nonpriority creditor's name and mailing address**

**Fox, Amy
7867 Chaco Mesa Lp
7867 Chaco Mesa Lp NW
Albuquerque, New Mexico 87114-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
6**

**Nonpriority creditor's name and mailing address**

**Fox, Melia
1245 Niles Cortland Rd
Niles, Ohio 44446-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262
7**

**Nonpriority creditor's name and mailing address**

**Fox, Sheryl
12 Elm St
Acton, Massachusetts 01720-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.262 8**

**Nonpriority creditor's name and mailing address**

**Frabotta, Theresa**
**1160 Fireside Trl**
**Broadview Heights, Ohio 44147-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262 9**

**Nonpriority creditor's name and mailing address**

**France, Sarah**
**14835 S 7th St**
**Phoenix, Arizona 85048-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.263 0**

**Nonpriority creditor's name and mailing address**

**Frances, Chantal**
**406 Shelter Circle, Apt 5**
**Newport News, Virginia 23608-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.263 1**

**Nonpriority creditor's name and mailing address**

**Francis, Bethany**
**45 Rathbun Circle**
**Rossville, Georgia 30741-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.263 2**

**Nonpriority creditor's name and mailing address**

**Francis, Nicole**
**11940 Twinlakes Dr Apt 31**
**Beltsville, Maryland 20705-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.263 3**

**Nonpriority creditor's name and mailing address**

**Franciscan Ministries**
**11500 Theresa Drive**
**Lemont, IL 60439**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.263 4**

**Nonpriority creditor's name and mailing address**

**Francisco, Megan**
**4528 Glenwood Street**
**Duluth, Minnesota 55804-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)    **20-11530 (BLS)**
_____

| | |
|---|---|
| 3.263 5 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Franco, Zulma**
**1036 W 45th st**
**Los Angeles, California 90037-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.263 6**
**Nonpriority creditor's name and mailing address**
**Francois, Ghino**
**48 Holy Family Road**
**Holyoke, Massachusetts 01040-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.263 7**
**Nonpriority creditor's name and mailing address**
**Frankel, Leah**
**200 Winchester Circle #c214**
**Los Gatos, California 95032-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.263 8**
**Nonpriority creditor's name and mailing address**
**Franklin Medical Center**
**2106 Loop Road**
**Winnsboro, LA 71295**

Date(s) debt was incurred  **4/5/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**$48.00**

---

**3.263 9**
**Nonpriority creditor's name and mailing address**
**Franklin Park 84**
**2915 Maple**
**Franklin Park, IL 60131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.264 0**
**Nonpriority creditor's name and mailing address**
**Franklin, April**
**2959D Chapel Hill Road**
**Douglasville, Georgia 30135-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.264 1**
**Nonpriority creditor's name and mailing address**
**Franklin, Brynn**
**426 Cleveland Dr**
**Ellsworth Afb, South Dakota 57706-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.264 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Franklin, Zadie**
**3051 Sienna Drive**
**Harvey, Louisiana 70058-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frattasi, Carmela**
**160-65 27th Ave**
**Flushing, New York 11358-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frazier, Hattie**
**8001 Carmel Dr**
**District Heights, Maryland 20747-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frazier, Lynn**
**895 Highway 107**
**Montevallo, Alabama 35115-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frazier, M.**
**497 Elysian Fields Rd, A5**
**Nashville, Tennessee 37211-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frazier, Mollie**
**249 S Ann St**
**Baltimore, Maryland 21231-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frazier, Valerie**
**4011 Adelheid Way**
**Sacramento, California 95821-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Interactive Health Solutions, Inc.**
Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.264 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Freaney, Christine**
**100 Banks Ave**
**Apt. 1219**
**Rockville Center, New York 11570-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frederick Community College**
**7932 Opossumtown Pike**
**Frederick, MD 21702**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frederick, Kimberly**
**4933 Citrine Ave#104**
**Virginia Beach, Virginia 23462-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frediani, Lauren**
**11810 Frederick Rd**
**Ellicott City, Maryland 21042-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fredrickson, Barbara**
**2838 Panorama Drive**
**Rockford, Illinois 61109-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fredrickson, Peg**
**679 Creedside Circle**
**Gurnee, Illinois 60031-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Freeborn & Peters LLP**
**311 S Wacker Dr**
**Suite 3000**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.265 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Freeburg, Robin**
**7 Gridley Place**
**Ottawa, Illinois 61350-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Freedom Form, Inc.**
**555 Pennsylvania Ave**
**Washington, DC 20001**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Freeman, Jamie**
**13411 Briar Forest Dr Apt 1040**
**Houston, Texas 77077-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Freid, Nancy**
**6046 Break Point Trail**
**Dallas, Texas 75252-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fremling, Maija**
**4205 Montreal Street, #308**
**Bismark, North Dakota 58503-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frick, Tamahra**
**6067 Risingstar Dr**
**Eastvale, California 92880-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Friddle, Abigail**
**1008 N. Raven**
**Rogers, Arkansas 72756-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.266 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Frieden, Jeanette**
**11329 SW 45th Ave**
**Portland, Oregon 97219-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,412.45** |
|---|---|---|---|

**Friedman Fleischer and Lowe LLC**
**One Maritime Plaza, Suite 2200**
**San Francisco, CA 94111**

Date(s) debt was incurred __3/6/2020__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Friedman, Lynn**
**147 Morningside Ln**
**Buffalo Grove, Illinois 60089-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Friedman, Samuel**
**710 Vermont Sreet**
**San Francisco, California 94107-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Friend, Shane**
**68350 E 160 Road**
**Wyandotte, Oklahoma 74370-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**FrieslandCampina**
**40196 New York 10**
**Delhi, NY 13753**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Friolo, Bee**
**1812 Gunston Way**
**San Jose, California 95124-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.267 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fromer, Allison**
**49 Robinson Landing Ct**
**Saverna Park, Maryland 21146-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frontier Ag & Turf**
**730 Deere Drive**
**New Richmond, WI 54017**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frontier Central School District**
**4432 Bayview Road**
**Hamburg, NY 14075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frontier Communities**
**2151 E Convention Center Way**
**Ontario, CA 91764**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frost, Erin**
**2404 Nutwood Ave**
**B38**
**Fullerton, California 92831-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frost, Sheri**
**4907 S Champaign Ave**
**Apt 3**
**Chicago, Illinois 60615-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fry, Cynthia**
**1612 E Bijou St**
**Colorado Springs, Colorado 80909-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.267 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Frye, Elizabeth**
**315 N 6th Street, Apt A**
**Wilmington, North Carolina 28401-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$300,500.77** |
|---|---|---|---|

**FTI Consulting, Inc**
**1301 McKinney Street**
**Houston, TX 77010**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/1/2019__

Last 4 digits of account number __

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Fuentes, Heyci**
**2703 Harris Ave**
**Silver Spring, Maryland 20902-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Fujitec America, Inc.**
**7258 Innovation Way**
**Mason, OH 45040**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Fullerton Engineering Consultants, Inc.**
**1100 E Woodfield Rd., Suite 500**
**Schaumburg, IL 60018**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Fulton Companies**
**972 Centerville Road**
**Pulaski, NY 13142**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.48** |
|---|---|---|---|

**Fulton County Medical Center**
**214 Peach Orchard Rd**
**Mc Connellsburg, PA 17233-8559**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/1/2020__

Last 4 digits of account number __

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.268**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Funaro, Jennifer** | ☐ Contingent | |
| **466 Indian Springs Run** | ■ Unliquidated | |
| **Boone, North Carolina 28607-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.268**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Funches, Gaarmel** | ☐ Contingent | |
| **4856 Windermere Terrance** | ■ Unliquidated | |
| **Jackson, Mississippi 39206-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.268**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Fura, Berina** | ☐ Contingent | |
| **1033 Highknoll Lane** | ■ Unliquidated | |
| **Georgetown, Texas 78628-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.268**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Furdui, Margareta** | ☐ Contingent | |
| **3421 Hard Creek Lane** | ■ Unliquidated | |
| **Buford, Georgia 30519-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.268**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Furey, Michael** | ☐ Contingent | |
| **303 Warren St. E.** | ■ Unliquidated | |
| **Edgewater Park, New Jersey 08010-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.268**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Furlan, Donna** | ☐ Contingent | |
| **10 Elizabeth Way** | ■ Unliquidated | |
| **Carlisle, Pennsylvania 17013-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.269**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Furlin, Joseph** | ☐ Contingent | |
| **1101 N. Cold Springs Road** | ■ Unliquidated | |
| **Bull Valley, Illinois 60098-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.269**
**1**

**Nonpriority creditor's name and mailing address**
**Furman, Samantha**
**3520 N Damen Ave**
**#G**
**Chicago, Illinois 60681-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.269**
**2**

**Nonpriority creditor's name and mailing address**
**Furnare, Michael**
**526 Oak Street, APT 3**
**Syracuse, New York 13203-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.269**
**3**

**Nonpriority creditor's name and mailing address**
**Furniss, Sarah**
**3227 E Deer Hollow Dr**
**Sandy, Utah 84092-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.269**
**4**

**Nonpriority creditor's name and mailing address**
**FuseFX, Inc.**
**14823 Califa Street**
**Los Angeles, CA 91411**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.269**
**5**

**Nonpriority creditor's name and mailing address**
**Fusion Management**
**C/O Kelly Beckner**
**210 N Interstate North Pkway, Suite 300**
**Atlanta, GA 30339**

Date(s) debt was incurred  6/2/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$8,868.00**

---

**3.269**
**6**

**Nonpriority creditor's name and mailing address**
**Futamura**
**6000 SE 2nd St**
**Tecumseh, KS 66542**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.269**
**7**

**Nonpriority creditor's name and mailing address**
**Fuzzy Math**
**811 W Evergreen Ave**
**Suite 305**
**Chicago, IL 60642**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.2698**

**Nonpriority creditor's name and mailing address**

**G & C Foods**
**3407 Walters Road**
**Syracuse, NY 13209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2699**

**Nonpriority creditor's name and mailing address**

**G & W Products, LLC**
**8675 Seward Rd.**
**Fairfield, OH 45011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2700**

**Nonpriority creditor's name and mailing address**

**G.H. Tool & Mold, Inc.**
**28 Chamber Drive**
**Washington, MO 63090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2701**

**Nonpriority creditor's name and mailing address**

**Gabel, Elizabeth**
**121 Norle Street**
**State College, Pennsylvania 16801-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2702**

**Nonpriority creditor's name and mailing address**

**Gabel, Emily Brown**
**1071 Gables Dr, Apt 203**
**Forest, Virginia 24551-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2703**

**Nonpriority creditor's name and mailing address**

**Gables Engineering, Inc**
**247 Greco Avenue**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2704**

**Nonpriority creditor's name and mailing address**

**Gabriel, Naomi**
**443 high ridge road**
**Stamford, Connecticut 06905-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.270 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabrielsen, Kristi**
**8411 Shady Lane**
**Wonder Lake, Illinois 60097-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gagnon, Matthew**
**780 Pennsylvania Dr**
**Apt. #3**
**Palatine, Illinois 60074-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gagosian Gallery**
**900 Madison Avenue**
**New York, NY 10075**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gainer, Amanda**
**8912 Blaze drive**
**Austin, Texas 78747-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gainer, Valerie**
**2504 Academy Dr**
**Gautier, Mississippi 39553-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gaines, Amethyst**
**7730 Challie Lane**
**Houston, Texas 77088-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Galati, Katrina**
**205 St. Sabre**
**Swansea, Illinois 62226-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.271
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Galaviz, Esmeralda**<br>**294 Cinnamon Oak Avenue**<br>**Ventura, California 93004-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Gale, Riyn Lyn**<br>**1205 AVENUE A APT 5**<br>**KATY, Texas 77493-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Galicia, Kathy**<br>**2075 N Potomac St, Lot 88**<br>**Aurora, Colorado 80011-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Galindez, Shannon**<br>**3951 Gouverneur Ave Apt 4H**<br>**NY, New York 10463-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Galindo, Diane**<br>**4921 W Drummond Pl**<br>**Chicago, Illinois 60639-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Gall, Grant**<br>**17527 State Highway 149**<br>**Ethel, Missouri 63539-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,628.00** |
|---|---|---|
| **Gallagher Benefit Services, Inc.**<br>**2850 West Golf Rd, 5th Floor**<br>**Rolling Meadows, IL 60008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **4/24/2020**<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.271 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gallagher, Allanah**
**5039 Hamilton Wolfe Rd**
**Apt 2221**
**San Antonio, Texas 78229-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gallagher, Flynn & Company, LLP**
**55 Community Drive**
**Suite 401**
**South Burlington, VT 05403**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gallardo, Jean-Noel**
**500 North Lake Shore Drive**
**Unit 3011**
**Chicago, Illinois 60611-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gallardo, Laura**
**2220 Virginia Ave**
**Pomona, California 91766-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Galloway, Deena**
**652 Magnolia Dr NE**
**Corydon, Indiana 47112-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Galloway, Jessica**
**Po Box 1682**
**Springtown, Texas 76082-1682**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Galvez, Ana**
**1480 Royale Castle Drive**
**Lawrenceville, Georgia 30043-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.272 6**

**Nonpriority creditor's name and mailing address**

**Galvez-Uribe, Silvia**
**2505 Comfort Drive**
**Mesquite, Texas 75181-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.272 7**

**Nonpriority creditor's name and mailing address**

**Gamble, Cecelia**
**11402 South Forest Avenue**
**2**
**Chicago, Illinois 60628-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.272 8**

**Nonpriority creditor's name and mailing address**

**Gambrell, Holly**
**807 North Carrier Pkwy**
**Grand Prairie, Texas 75050-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.272 9**

**Nonpriority creditor's name and mailing address**

**Gamez, Elizabeth**
**554 West 43rd Street**
**Apt G**
**Chicago, Illinois 60609-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.273 0**

**Nonpriority creditor's name and mailing address**

**Ganchala, Mishell**
**52 85 72nd place**
**Maspeth, New York 11378-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.273 1**

**Nonpriority creditor's name and mailing address**

**Gandhi, Rikin**
**4230 Cove Drive**
**Hanover Park, Illinois 60133-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.273 2**

**Nonpriority creditor's name and mailing address**

**Gannon-Beagel, Ann**
**11268 N. Holly St.**
**Kansas City, Missouri 64155-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.273 3**

**Nonpriority creditor's name and mailing address**
**Gantman, Ruth**
**2500 Parkview Drive**
**Hallandale Beach, Florida 33009-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.273 4**

**Nonpriority creditor's name and mailing address**
**Gantt, Maya**
**6761 Sutton Oak Way**
**Gainesville, Virginia 20155-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.273 5**

**Nonpriority creditor's name and mailing address**
**Ganub, Tanisha**
**PO BOX 581014**
**Elk Grove, California 95758-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.273 6**

**Nonpriority creditor's name and mailing address**
**Garavaglia, Andrea**
**216 W. Jefferson St.**
**PO Box 61**
**Suttons Bay, Michigan 49682-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.273 7**

**Nonpriority creditor's name and mailing address**
**Garay, Mildred**
**437 Harvest Gate**
**Lake in the Hills, Illinois 60156-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.273 8**

**Nonpriority creditor's name and mailing address**
**Garay, Sandra**
**1602 McKool Ave**
**Streamwood, Illinois 60107-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.273 9**

**Nonpriority creditor's name and mailing address**
**Garces, Juan**
**505 W Belmont Ave, Apt 1F**
**Chicago, Illinois 60657-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.274 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Garcia, Allison**
4270 Osage Street
Stow, Ohio 44224-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Garcia, Andrea**
1028 Pendragon Castle Drive
Pflugerville, Texas 78660-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Garcia, Anna**
1618 S. Halsted St.
Unit 5B
Chicago, Illinois 60608-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Garcia, Barbara**
1023 Wickford Court
Chesapeake, Virginia 23320-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Garcia, Christina**
8213 Reading Ave
Los Angeles, California 90045-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Garcia, Emily**
10407 Raybrook Ln
Houston, Texas 77089-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Garcia, Lauren**
10801 lemon ave Apt #127
Rancho cucamonga, California 91737-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2747**

**Nonpriority creditor's name and mailing address**

**Garcia, Letitia**
**8469 Lewis Ct**
**Arvada, Colorado 80005-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.2748**

**Nonpriority creditor's name and mailing address**

**Garcia, Matthew**
**11295 Provancal Place**
**San Diego, California 92128-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.2749**

**Nonpriority creditor's name and mailing address**

**Garcia, Michael**
**801 E. Downing Street #2**
**Tahlequah, Oklahoma 74464-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.2750**

**Nonpriority creditor's name and mailing address**

**Garcia, Mindi**
**639 East 300 North #1**
**Spanish Fork, Utah 84660-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.2751**

**Nonpriority creditor's name and mailing address**

**Garcia, Miriam**
**1126 A Millo Circle**
**Lafayette, Colorado 80026-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.2752**

**Nonpriority creditor's name and mailing address**

**Garcia, Monica**
**818 Spruce Ct**
**Streamwood, Illinois 60107-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.2753**

**Nonpriority creditor's name and mailing address**

**Garcia, Sarah**
**11614 Santiago Peak Ct**
**Rancho Cucamonga, California 91737-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.275 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Garcia, Shacanna**
**56 Poplar Avenue**
**Newport News, Virginia 23607-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Garcia, Shalon**
**47a Oak Grove Dr**
**Middle River, Maryland 21220-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Garcia, Teresita**
**12007 W Bloomfield R**
**El Mirage, Arizona 85335-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Garcia, Tiffany**
**P.O. Box 1512**
**Fabens, Texas 79838-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gardant Management Solutions (Formerly B**
**535 E North St Suite E**
**Bradley, IL 60915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gardea, Lyzette**
**3430 Sandbrook Dr**
**Houston, Texas 77066-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gardener, Dimiella**
**630 East 223rd Street**
**Bronx, New York 10466-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

| 3.276 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gardener, Keliesha**
4400 Boone Road
APT 254
Houston, Texas 77072-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.276 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gardner, Drew**
706 Douglas Dr
Cherry Hill, New Jersey 08034-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.276 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gardner, Erin**
1709 - 23rd St W
Williston, North Dakota 58801-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.276 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gardner, Katelyn**
36906 Ann Arbor Trail
Livonia, Michigan 48150-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.276 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gardner, M.**
1412 James Road
Pekin, Illinois 61554-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.276 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gardner, Tracy**
3542 Blue Ridge Ct
Carpentersville, Illinois 60110-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.276 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Garesche, Mark**
401 N Silverleafblv
Carol Stream, Illinois 60188-0000

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.276 8**

**Nonpriority creditor's name and mailing address**

**Garfield County**
**938 Jordan Avenue**
**Jordan, MT 59337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.276 9**

**Nonpriority creditor's name and mailing address**

**Garland, Erica**
**201 SW Kennybrook Dr**
**Grimes, Iowa 50111-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.277 0**

**Nonpriority creditor's name and mailing address**

**Garlich Printing Company**
**525 Rudder Road**
**Fenton, MO 63026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.277 1**

**Nonpriority creditor's name and mailing address**

**Garnes, Leslie**
**1933 E Dublin Granville Rd**
**217**
**Columbus, Ohio 43229-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.277 2**

**Nonpriority creditor's name and mailing address**

**Garofano, Christine**
**2149 California St, Apt E**
**Washington, District of Columbia 20008-0**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.277 3**

**Nonpriority creditor's name and mailing address**

**Garrett, Aimee**
**Po Box 1383**
**Farmington, New Mexico 87499-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.277 4**

**Nonpriority creditor's name and mailing address**

**Garrett, Stacy**
**7 Roffman Place**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.277 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gartner, Charlie**
**1266 202nd Ave**
**New Richmond, Wisconsin 54017-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.277 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44.04** |
|---|---|---|---|

**Garvey's Office Products**
**P.O Box 5678**
**Carol Stream, IL 60197-5678**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _2/19/2020_

Last 4 digits of account number __

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.277 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**GARY MERLINO CONSTRUCTION CO., INC**
**9125 10th Ave S**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.277 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Garza, Amaris**
**10301 Ranch to Market 2222**
**Apt 738**
**Austin, Texas 78730-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.277 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Garza, Brianna**
**345 East Ohio Street**
**Apt 4007**
**Chicago, Illinois 60611-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.278 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Garza, Clara**
**5207 Greathouse Avenue**
**Midland, Texas 79707-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.278 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gas Equipment Company, Inc.**
**11616 Harry Hines**
**Dallas, TX 75229**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.278 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gaston, Tommy**
**1439 Lincoln Way E**
**Massillon, Ohio 44646-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gates, Deborah**
**6644 S. Stewart**
**Chicago, Illinois 60621-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gateway Industrial Power, Inc**
**921 Fournie Lane**
**Collinsville, IL 62234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**GATX Corporation**
**222 W Adams St**
**Chicago, IL 60606-5312**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gauscheman, Beth**
**1300 Rosewood Court**
**Pittsburgh, Pennsylvania 15236-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gause, Shadella**
**18 Arklow Street**
**Rochester, New York 14611-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gause, Sophia**
**4983 Robin Court**
**Frederick, Maryland 21703-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2789**

Nonpriority creditor's name and mailing address

**Gauthier, Gina**
**5360 Jonquil Lane, Apt 105**
**Naples, Florida 34109-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2790**

Nonpriority creditor's name and mailing address

**Gauthier, Jean**
**5560 Jonquil Lane #105**
**Naples, Florida 34109-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2791**

Nonpriority creditor's name and mailing address

**Gavrish, Lisa**
**148 Graham Ridge Rd**
**Naugatuck, Connecticut 07770-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2792**

Nonpriority creditor's name and mailing address

**Gayle, Suzette**
**52 Palisade Ave**
**Bergenfield, New Jersey 07621-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2793**

Nonpriority creditor's name and mailing address

**Gaylor, Rosemary**
**177 Swithchpoint Drive**
**Stewartstown, Pennsylvania 17363-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2794**

Nonpriority creditor's name and mailing address

**Gayona, Gellaine**
**6359 Hillcrest Place**
**Alexandria, Virginia 22312-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.2795**

Nonpriority creditor's name and mailing address

**GCG FINANCIAL, INC.**
**Three Parkway North**
**Suite 500**
**Deerfield, IL 60015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2796**

**Nonpriority creditor's name and mailing address**
**GCG Risk Management Consultants LLC**
**3 Parkway North**
**Suite 500**
**Deerfield, IL 60015-2567**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2797**

**Nonpriority creditor's name and mailing address**
**GEA North America, Inc.**
**1600 O'Keefe Road**
**Hudson, WI 54016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2798**

**Nonpriority creditor's name and mailing address**
**Gebler, Lynette**
**23837 Erin Palce**
**West Hills, California 91304-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2799**

**Nonpriority creditor's name and mailing address**
**Gegeyan, Artur**
**5332 Fountain Ave #12**
**Los Angeles, California 90029-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2800**

**Nonpriority creditor's name and mailing address**
**Gehler, Jenee**
**3400 Guildfore Ct SE**
**Port Orchard, Washington 98366-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2801**

**Nonpriority creditor's name and mailing address**
**GEICO**
**300 Crosspoint Pkwy**
**Getzville, NY 14068**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2802**

**Nonpriority creditor's name and mailing address**
**Geiger, Jorie**
**8134 Knox**
**Skokie, Illinois 60076-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.280 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Genenz, Danielle**
**1314 Brummel St**
**Evanston, Illinois 60202-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**General Cable**
**1600 West Main St.**
**Willimantic, CT 06226**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**General Converting**
**250 W Crossroads Pkwy**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**General Floor Industries Inc.**
**190 Benigno Blvd.**
**Bellmawr, NJ 08031**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**General Kinematics Corporation**
**5050 Rickert Rd**
**Crystal Lake, IL 60014**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Genoa Kingston CUSD 424**
**980 Park Avenue**
**Genoa, IL 60135**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Genpak**
**68 Warren St.**
**Glens Falls, NY 12801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.281 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gentry, Makila**
**550 West Point Pleasant Circle**
**#23**
**Fairfield, Ohio 45014-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Genworth Financial**
**6620 West Broad Street Bldg 1, 5th Floor**
**Richmond, VA 23230**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Geokinetics USA, Inc.**
**1500 CityWest Blvd., Suite 800**
**Houston, TX 77042**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George, Angela**
**5722 W 48th Ave**
**Amarillo, Texas 79109-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George, Crystal**
**4050 W Aerie Drive**
**Unit 117**
**Tucson, Arizona 85741-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George-Brankle, Brittani**
**15400 - 18th Ave N, Apt 1206**
**Plymough, Minnesota 55447-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Georges, Tracy**
**1253 NE 109 St.**
**Miami, Florida 33161-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **Interactive Health Solutions, Inc.** |
| | Name |

Case number (if known)    **20-11530 (BLS)**

---

**3.2817**

**Nonpriority creditor's name and mailing address**
**Georgeson, Amber**
**15400 - 18th Ave N Apt 1206**
**Plymouth, Minnesota 55447-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2818**

**Nonpriority creditor's name and mailing address**
**Georgia Baptist Mission Board**
**6405 Sugarloaf Pkwy.**
**Duluth, GA 30097**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2819**

**Nonpriority creditor's name and mailing address**
**Georgia Department of Revenue**
**Compliance Division**
**ARCS - Bankruptcy**
**1800 Century Blvd NE Suite 9100**
**Atlanta, GA 30345-3202**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2820**

**Nonpriority creditor's name and mailing address**
**Georgia Eye Institute**
**4720 Waters Ave**
**Savannah, GA 31404**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2821**

**Nonpriority creditor's name and mailing address**
**Gerard, Katherine**
**298 Weimar Street**
**Buffalo, New York 14206-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2822**

**Nonpriority creditor's name and mailing address**
**Gerardi, Natalie**
**4471 26th St. N**
**Arlington, Virginia 22207-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.282 3**

**Nonpriority creditor's name and mailing address**

**Germain, Sherletta**
**3312 Timberview**
**Flint, Michigan 48532-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 4**

**Nonpriority creditor's name and mailing address**

**German Motors Corporation**
**1675 Howard St**
**San Francisco, CA 94103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 5**

**Nonpriority creditor's name and mailing address**

**German, Ervin**
**787 Colony Avenue**
**Lindenhurst, Illinois 60046-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 6**

**Nonpriority creditor's name and mailing address**

**German, Valerie**
**6314 Gladewell Dr.**
**Houston, Texas 77072-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 7**

**Nonpriority creditor's name and mailing address**

**Gerson, Judith**
**215 West 90 Street**
**New York, New York 10024-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 8**

**Nonpriority creditor's name and mailing address**

**Gerson, Sidney**
**215 W. 90th St 9F**
**New York, New York 10024-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 9**

**Nonpriority creditor's name and mailing address**

**Gertz, Aaron**
**336 Harris Avenue**
**Clarendon Hills, Illinois 60514-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.283 0**

**Nonpriority creditor's name and mailing address**

**Gettys, Lauren**
**PO Box 546**
**192 Old Colony Lane**
**Bostic, North Carolina 28018-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 1**

**Nonpriority creditor's name and mailing address**

**Getz, Gwendolyn**
**161 EDGEBROOK RD**
**Wood Dale, Illinois 60191-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 2**

**Nonpriority creditor's name and mailing address**

**Geyer, Emma**
**4267 Persimmon Path**
**Liverpool, New York 13090-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 3**

**Nonpriority creditor's name and mailing address**

**GFX International Inc.**
**333 Barron Blvd.**
**Grayslake, IL 60030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 4**

**Nonpriority creditor's name and mailing address**

**Ghafari Associates**
**17101 Michgian Ave**
**Dearborn, MI 48126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 5**

**Nonpriority creditor's name and mailing address**

**Gharib, Katherine**
**2130 S Goebbert Road**
**Arlington Heights, Illinois 60005-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 6**

**Nonpriority creditor's name and mailing address**

**Gharte, Amol**
**15716 Opal Fire Drive**
**Austin, Texas 78728-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.283 7**

**Nonpriority creditor's name and mailing address**

**Ghauri, Aisha**
**313 Thelma Ave**
**Glen Burnie, Maryland 21061-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 8**

**Nonpriority creditor's name and mailing address**

**Gholian, Hadassah**
**7010 Boxford Road**
**Baltimore, Maryland 21209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 9**

**Nonpriority creditor's name and mailing address**

**Gholson, Marion**
**1417 Lynch Road**
**Coward, South Carolina 29530-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.284 0**

**Nonpriority creditor's name and mailing address**

**Ghuman, Pam**
**2538 Mountain View Rd**
**El Monte, California 91733-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.284 1**

**Nonpriority creditor's name and mailing address**

**Gibbons, Chelsea**
**511 East Nicodemus Rd**
**Westminster, Maryland 21157-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.284 2**

**Nonpriority creditor's name and mailing address**

**Gibbons, Diana**
**6 Dove Lane**
**Bella Vista, Arkansas 72714-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.284 3**

**Nonpriority creditor's name and mailing address**

**Gibbons, Renee**
**5308 Melwood Park Avenue**
**Upper Marboro, Maryland 20772-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.284 4**

**Nonpriority creditor's name and mailing address**

**Gibbons, Sarah**
**423 Train Court**
**Bel Air, Maryland 21014-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.284 5**

**Nonpriority creditor's name and mailing address**

**Gibbons, Zachary**
**913 Olmstead Rd**
**Baltimore, Maryland 21208-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.284 6**

**Nonpriority creditor's name and mailing address**

**Gibbs, Hannah**
**1555 Selby Ave**
**Unit 509**
**Saint Paul, Minnesota 55104-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.284 7**

**Nonpriority creditor's name and mailing address**

**Gibbs, Trensla**
**5313 Cape Henry Ave**
**Norfolk, Virginia 23513-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.284 8**

**Nonpriority creditor's name and mailing address**

**Gibson, Amber**
**401 Masterson Pass**
**APT 111**
**Austin, Texas 78753-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.284 9**

**Nonpriority creditor's name and mailing address**

**Gibson, Elizabeth**
**4950 So. 4340 W.**
**Kearns, Utah 84118-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.285 0**

**Nonpriority creditor's name and mailing address**

**Gibson, Rosemary**
**797 Spring Circle**
**Springfield, Tennessee 37172-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.285**
**1**

**Nonpriority creditor's name and mailing address**
**Gideon, Krindolyn**
**8118 Marsala Lane**
**Knoxville, Tennessee 37938-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.285**
**2**

**Nonpriority creditor's name and mailing address**
**Giebus, Ala**
**824 Fremont St**
**Lancaster, Pennsylvania 17603-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.285**
**3**

**Nonpriority creditor's name and mailing address**
**Giesecke, Amy**
**5004 Willow Creek Court**
**Gibsonia, Pennsylvania 15044-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.285**
**4**

**Nonpriority creditor's name and mailing address**
**Giffin, Linda**
**10820 Lake Shasta Court**
**Fort Wayne, Indiana 46804-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.285**
**5**

**Nonpriority creditor's name and mailing address**
**Gila Institute for Technology (GIFT)**
**13617 615 N. Stadium Ave.**
**Thatcher, AZ 85552**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.285**
**6**

**Nonpriority creditor's name and mailing address**
**Gilbert Unified School District**
**140 S. Gilbert Rd.**
**Gilbert, AZ 85296**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.285**
**7**

**Nonpriority creditor's name and mailing address**
**Gilbert, Katlin**
**16351 Angora Lane**
**Macomb, Michigan 48044-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.2858**

**Nonpriority creditor's name and mailing address**

**Gilbert, Marion**
**11792 Castellon Court**
**Boynton Beach, Florida 33437-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.2859**

**Nonpriority creditor's name and mailing address**

**Gile, Annelise**
**806 N. Washington, Apt 1**
**Ardmore, Oklahoma 73401-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.2860**

**Nonpriority creditor's name and mailing address**

**Giles, April**
**310 North Old Church Street**
**Petersburg, Virginia 23803-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.2861**

**Nonpriority creditor's name and mailing address**

**Gill, Brenda**
**2028B Elliott Ave.**
**Nashville**
**Nashville, Tennessee 37204-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.2862**

**Nonpriority creditor's name and mailing address**

**Gillaspy, Jessica**
**12908 Honey Locust Circle**
**Euless, Texas 76040-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.2863**

**Nonpriority creditor's name and mailing address**

**Gillen, Jessica**
**6800 Austin Center Blvd**
**#1222**
**Austin, Texas 78731-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.2864**

**Nonpriority creditor's name and mailing address**

**Gilliam, Alyssa**
**18311 South Lois Drive**
**Cheney, Washington 99004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.286 5**

**Nonpriority creditor's name and mailing address**

**Gilliam, Trishella**
**53 Colter Loop**
**Helena, Montana 59602-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.286 6**

**Nonpriority creditor's name and mailing address**

**Gilmore, Angela**
**7001 S. La Cienega BLVD PH8**
**Los Angeles, California 90045-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.286 7**

**Nonpriority creditor's name and mailing address**

**Gilmore, Michelle**
**456 Oglesby Ave Apt 2**
**Calumet, Illinois 60409-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.286 8**

**Nonpriority creditor's name and mailing address**

**Gilroy Kernan & Gilroy**
**210 Clinton Road**
**P.O. Box 542**
**New Hartford, NY 13413**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.286 9**

**Nonpriority creditor's name and mailing address**

**Gilsdorf, Stephanie**
**1900 Penny Lane**
**Little Chute, Wisconsin 54140-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.287 0**

**Nonpriority creditor's name and mailing address**

**Gimbel, Madeline**
**1831 Ellendale Dr**
**Northbrook, Illinois 60062-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.287 1**

**Nonpriority creditor's name and mailing address**

**Ginns, Nancy**
**20 Balfour St**
**Lexington, Massachusetts 02421-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.287 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ginter, Emily**
**4050 Mcclured Road**
**Winchester, Kentucky 40391-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Girl Scouts in Heart of PA**
**350 Hale Ave**
**Harrisburg, PA 17104**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Giscombe, Andrea**
**1805 Brierfield Road**
**Oxon Hill, Maryland 20745-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gitlin, Debbie**
**P.O. Box 430**
**Agoura Hills, California 91376-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Glacier County**
**512 E. Main St.**
**Cut Bank, MT 59427**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Glaser, Kimberly**
**612 Destin Drive**
**Fort Worth, Texas 76131-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Glass, Alyssa**
**5109 Prospector Way APT B**
**Albuquerque, New Mexico 87114-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2879**

**Nonpriority creditor's name and mailing address**

**Glass, Samuel**
**1118 Tennwood Drive**
**Wilmington, North Carolina 28411-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2880**

**Nonpriority creditor's name and mailing address**

**Glasscock, Angela**
**PO Box 362**
**Farmington, West Virginia 26571-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2881**

**Nonpriority creditor's name and mailing address**

**Glaude, Tajuana**
**13266 Alpine Dr**
**Biloxi, Mississippi 39532-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2882**

**Nonpriority creditor's name and mailing address**

**Gleason, Patrick**
**3023 N Oakley Ave**
**Chicago, Illinois 60618-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2883**

**Nonpriority creditor's name and mailing address**

**Gleaton, Rhonda**
**3730 Hill Acres Rd**
**Atlanta, Georgia 30331-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2884**

**Nonpriority creditor's name and mailing address**

**Glen Ellyn Community Consolidated SD 89**
**22 W 600 Butterfield Road**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2885**

**Nonpriority creditor's name and mailing address**

**Glen Ellyn SD 41**
**793 N. Main Street**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.288
6**

**Nonpriority creditor's name and mailing address**

**Glen Susz**
**Academic Technical Services**
**17300 S Delia Ave**
**Plainfield, IL 60586**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288
7**

**Nonpriority creditor's name and mailing address**

**Glenbrook High Schools District 225**
**3810 W. Lake Ave**
**Glenview, IL 60026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288
8**

**Nonpriority creditor's name and mailing address**

**Glencoe School District 35**
**620 Greenwood Avenue**
**Glencoe, IL 60022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288
9**

**Nonpriority creditor's name and mailing address**

**Glendale Elementary School District**
**7301 N. 58th Street**
**Glendale, AZ 85301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.289
0**

**Nonpriority creditor's name and mailing address**

**Glenn, Patricia**
**7820 S Woodard Farms Dr**
**Midvale, Utah 84047-2813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.289
1**

**Nonpriority creditor's name and mailing address**

**Gleyzer, Irina**
**22614 Vistawood Way**
**Boca Raton, Florida 33428-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.289
2**

**Nonpriority creditor's name and mailing address**

**Global Resources International**
**4142 Industrial Way**
**Flowery Branch, GA 30542**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.289 3**

**Nonpriority creditor's name and mailing address**

**Global Tax Management**
**656 E. Swedesford Road Suite 200**
**Wayne, PA 19087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.289 4**

**Nonpriority creditor's name and mailing address**

**Gloria, Ayesha**
**1740 Pearl St.**
**Belvidere, Illinois 61008-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.289 5**

**Nonpriority creditor's name and mailing address**

**GM Financial**
**4001 Embarcadero Rd**
**Arlington, TX 76014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.289 6**

**Nonpriority creditor's name and mailing address**

**Gniadecki, Kimberly**
**729 Maple Lane**
**Clarion, Iowa 50525-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.289 7**

**Nonpriority creditor's name and mailing address**

**Goddard, Tadia**
**938 Est 86th St**
**Brooklyn, New York 11236-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.289 8**

**Nonpriority creditor's name and mailing address**

**Godkin, Sophia**
**5956 N Bremerton Pl**
**Boise, Idaho 83714-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.289 9**

**Nonpriority creditor's name and mailing address**

**Godsey, Becky**
**217 Clark St**
**Sulligent, Alabama 35586-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.290 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Goerl, Kendra**
**143 S Belgian Ct**
**Valparasio, Indiana 46383-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Goetz, Kimberly**
**2009 Myrtlewood Rd**
**Baltimore, Maryland 21209-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Goffe, Sheree**
**40 Preston Street**
**Hartford, Connecticut 06114-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Goggin, Brady**
**100 Gladys Drive**
**Williamsburg, Virginia 23188-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gold, April**
**4252 North Wolcott**
**Chicago, Illinois 60613-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Goldberg, William**
**25 Old Green Bay Road**
**Winnetka, Illinois 60093-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Golden Valley County**
**107 Kemp St.**
**Ryegate, MT 59074**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.290 7**

**Nonpriority creditor's name and mailing address**

**Golden Woods, Wanda**
**90355 S Burley**
**Chicago, Illinois 60617-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290 8**

**Nonpriority creditor's name and mailing address**

**Goldhaber, Danna**
**1920 Frontage Rd #702**
**Cherry Hill, New Jersey 08034-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290 9**

**Nonpriority creditor's name and mailing address**

**Golding, Diane**
**5252 West Ave**
**M6**
**Re write add with 2 dashes bet**
**Lancaster, California 93536-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291 0**

**Nonpriority creditor's name and mailing address**

**Golding, Kenneth**
**11550 old Georgetown Road, #15**
**North Bethesda, Maryland 20852-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291 1**

**Nonpriority creditor's name and mailing address**

**Golf Course Superintendents Association**
**1421 Research Park**
**Lawrence, KS 66049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291 2**

**Nonpriority creditor's name and mailing address**

**Golf SD 67**
**9401 Waukegan Road**
**Morton Grove, IL 60053**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor  **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.291 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gollihar, Lisa**
**10008 Crestridge Drive**
**Denton, Texas 76207-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.291 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gomez Grimes, Olivia**
**102 Wake Ave**
**Richardson, Texas 75081-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.291 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gomez, Cindy**
**311 Brindgewater Lane**
**Bloomingdale, Illinois 60108-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.291 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gomez, Daisy**
**24097 Old Country Rd**
**Moreno Valley, California 92557-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.291 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gomez, Jasmin**
**5744 S. Kostner Ave**
**Chicago, Illinois 60629-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.291 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gomez, Jennifer**
**10236 Hayvenhurst Ave**
**North Hills, California 91343-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.291 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gomez, Manuel**
**623 North Highview Avenue**
**Addison, Illinois 60101-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.292 0**

**Nonpriority creditor's name and mailing address**
**Gomez, Maria**
**24 Strathmore Circle**
**Apt A**
**Rochester, New York 14609-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.292 1**

**Nonpriority creditor's name and mailing address**
**Gomez, Saul**
**901 A Village Cirle**
**Pueblo, Colorado 81001-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.292 2**

**Nonpriority creditor's name and mailing address**
**Gonzales, Taylor**
**31306 Rosenbusch Dr**
**Warren, Michigan 48088-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.292 3**

**Nonpriority creditor's name and mailing address**
**Gonzalez Becerra, Eduardo**
**700 West Bittersweet Place**
**apt 509**
**Chicago, Illinois 60613-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.292 4**

**Nonpriority creditor's name and mailing address**
**Gonzalez Ruiz, Alejandra**
**1201 South Chestnut Street**
**Unit 604**
**Ellensburg, Washington 98926-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.292 5**

**Nonpriority creditor's name and mailing address**
**Gonzalez, Deanna**
**1436 Desert Bloom Ct Nw**
**Albuquerque, New Mexico 87120-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.292 6**

**Nonpriority creditor's name and mailing address**
**Gonzalez, Edwin**
**132 Bearfort Road**
**West Milford, New Jersey 07480-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.2927**

**Nonpriority creditor's name and mailing address**

**Gonzalez, Gidalti**
**2140 S Goebbert Rd**
**Apt 120**
**Arlington Heights, Illinois 60005-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2928**

**Nonpriority creditor's name and mailing address**

**Gonzalez, Jackeline**
**580 Le Parc Cir**
**Buffalo Grove, Illinois 60089-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2929**

**Nonpriority creditor's name and mailing address**

**Gonzalez, Jessica**
**1105 Island Park Blvd**
**Apt. 701**
**Shreveport, Louisiana 71105-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2930**

**Nonpriority creditor's name and mailing address**

**Gonzalez, Karina**
**1446 Busse Road**
**Unit 1C**
**Mount Prospect, Illinois 60056-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2931**

**Nonpriority creditor's name and mailing address**

**Gonzalez, Monnica**
**11 Shenandoah**
**Irvine, California 92620-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2932**

**Nonpriority creditor's name and mailing address**

**Gonzalez, Omar**
**8304 W Summerdale ave**
**Apr B**
**Chicago, Illinois 60656-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2933**

**Nonpriority creditor's name and mailing address**

**Gonzalez, Sandy**
**3909 SW Moline Ave**
**Bentonville, Arkansas 72712-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.293 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**
**Gonzalez, Victor**
**2841 N. Yarbrough Dr #3**
**El Paso, Texas 79925-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| 3.293 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**
**Gonzalez, Victoria**
**2716 Jefferson Street**
**Duluth, Minnesota 55812-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| 3.293 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**
**Gonzalez-Acosta, Berenice**
**4915 Idalia St.**
**Denver, Colorado 80239-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| 3.293 | | |
|---|---|---|
| 7 | | |

**Nonpriority creditor's name and mailing address**
**Good Karma Brands**
**310 W Wisconsin Avenue**
**Suite 100**
**Milwaukee, Wi 53203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| 3.293 | | |
|---|---|---|
| 8 | | |

**Nonpriority creditor's name and mailing address**
**Goodman, Daniela**
**7700 W Aspera Blvd Apt 2029**
**Glendale, Arizona 85308-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| 3.293 | | |
|---|---|---|
| 9 | | |

**Nonpriority creditor's name and mailing address**
**Goodman, Haley**
**6238 Creeksedge dr.**
**ozark, Missouri 65721-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| 3.294 | | |
|---|---|---|
| 0 | | |

**Nonpriority creditor's name and mailing address**
**Goodman, Jerami**
**10900 E. Taylor Road**
**Apt 248**
**Gulfport, Mississippi 39503-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.294**
**1**

**Nonpriority creditor's name and mailing address**
**Goodman, Joni**
**436 Melissa Dr.**
**Biloxi, Mississippi 39531-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.294**
**2**

**Nonpriority creditor's name and mailing address**
**Goodson, Terri**
**3104 Preston Run Circle**
**Goodlettsville, Tennessee 37072-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.294**
**3**

**Nonpriority creditor's name and mailing address**
**Goodspeed, Kati**
**3707 N Racine #2**
**Chicago, Illinois 60613-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.294**
**4**

**Nonpriority creditor's name and mailing address**
**Goodwill of Central Florida**
**7531 South Orange Blossom**
**Orlando, FL 32809**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.294**
**5**

**Nonpriority creditor's name and mailing address**
**Goodwin College**
**1 Riverside Drive**
**East Hartford, CT 06118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.294**
**6**

**Nonpriority creditor's name and mailing address**
**Goodwin, Angela**
**2372 Tart Lake Road**
**Lino Lakes, Minnesota 55038-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.294**
**7**

**Nonpriority creditor's name and mailing address**
**Goodwin, Deborah**
**116 Holly Creek Court**
**Woodstock, Georgia 30188-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.294 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Goodwin, Diana**
**3412 Boulder Ave**
**Odessa, Texas 79762-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Goodwin, James**
**800 - 4th St Se**
**Loveland, Colorado 80537-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Goodwin, Timothy**
**105 Riverwood Dr.**
**Apt. 204**
**Cayce, South Carolina 29033-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Googins, Lori**
**100 Hanson Lake Road**
**Mapleton, Maine 04757-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gopali, Nima**
**1400 Bent Creek Blvd Apt 229**
**Mechanicsburg, Pennsylvania 17050-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gorbaneva, Vlada**
**3311 Elm Street, #308**
**Dallas, Texas 75226-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Gordon & Rees LLP**
**275 Battery Street**
**Suite 2000**
**San Francisco, CA 94111**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.295 5 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Gordon, Alexis**
**5001 E Hilton Ave**
**Mesa, Arizona 85206-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.295 6 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Gordon, Amanda**
**1 Meadowgrass Court**
**Apt J**
**Cockeysville, Maryland 21030-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.295 7 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Gordon, Carole**
**23 Estelle Marsan Drive**
**S. Easton, Massachusetts 02375-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.295 8 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Gordon, Connie**
**1388 Woodhurst Drive**
**Rock Hill, South Carolina 29732-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.295 9 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Gordon, Eugena**
**30 Academy Lane**
**Hampton, Virginia 23669-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.296 0 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Gordon, Susan**
**3508 Garden RD Apt G4**
**Burlington, North Carolina 27215-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.296 1 | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Gorenflo, Benjamin**
**2179 Wilson Ave**
**Lorain, Ohio 44055-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.296 2**

**Nonpriority creditor's name and mailing address**

**Goronga, Tichaona**
**214 Thistle Dr**
**Garland, Texas 75043-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 3**

**Nonpriority creditor's name and mailing address**

**Goswami, Jitendragiri**
**424 N Salem Dr**
**Schaumburg, Illinois 60194-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 4**

**Nonpriority creditor's name and mailing address**

**Gottschalk, Jessica**
**3922 Travis St, Unit 4**
**Dallas, Texas 75204-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 5**

**Nonpriority creditor's name and mailing address**

**Gough, Heather**
**3537 S George Mason Dr**
**Apt 414**
**Alexandria, Virginia 22302-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 6**

**Nonpriority creditor's name and mailing address**

**Gound, Amy**
**1405 Francis Sartory Road**
**Warsaw, Illinois 62379-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 7**

**Nonpriority creditor's name and mailing address**

**Gourley, Mark**
**448 Perrie Dr**
**Apt 301**
**Elk Grove Village, Illinois 60007-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296 8**

**Nonpriority creditor's name and mailing address**

**Governale, Amy**
**5112 Sw 123 Ave**
**Cooper City, Florida 33330-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.296 9**

**Nonpriority creditor's name and mailing address**

**Government Scientific Source Inc.**
**12351 Sunrise Valley Drive**
**Reston, VA 20191**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.297 0**

**Nonpriority creditor's name and mailing address**

**Gower, Deanna**
**26910 Cedar Run Court**
**Woodhaven, Michigan 48183-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.297 1**

**Nonpriority creditor's name and mailing address**

**GPM Investments, LLC**
**8565 Magellan Pkwy**
**Richmond, VA 23227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.297 2**

**Nonpriority creditor's name and mailing address**

**Graeter, Susan**
**385 Baldwin Road**
**Richmond, Kentucky 40475-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.297 3**

**Nonpriority creditor's name and mailing address**

**Graham Hospital**
**210 West Walnut Street**
**Canton, IL 61520**

Date(s) debt was incurred _4/11/2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.297 4**

**Nonpriority creditor's name and mailing address**

**Graham Oleson of Colorado, Inc.**
**525 Communication Cir**
**Colorado Springs, CO 80905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.297 5**

**Nonpriority creditor's name and mailing address**

**Graham, Dennis**
**3507 Olive Ave**
**Long Beach, California 90807-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.297 6**

**Nonpriority creditor's name and mailing address**
**Graham, Jordyn**
**128 Applewood Court**
**Council Bluffs, Iowa 51503-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.297 7**

**Nonpriority creditor's name and mailing address**
**Graham, Shaylyn**
**123 Mandalay Court**
**Chico, California 95973-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.297 8**

**Nonpriority creditor's name and mailing address**
**Graham, Temple**
**3087 Farrington Drive**
**Baton Rouge, Louisiana 70814-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.297 9**

**Nonpriority creditor's name and mailing address**
**Graichen, Andrea**
**56 Durrells Woods Road**
**Arundel, Maine 04046-7503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.298 0**

**Nonpriority creditor's name and mailing address**
**Granberry, Kirsten**
**426 Quintana Drive**
**Garland, Texas 75043-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.298 1**

**Nonpriority creditor's name and mailing address**
**Grandbois, Mia**
**1350 N. Wells G310**
**Chicago, Illinois 60610-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.298 2**

**Nonpriority creditor's name and mailing address**
**Granite County**
**220 North Sansome**
**PO BOX 925**
**Phillipsburg, MT 59427**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.298 3**

**Nonpriority creditor's name and mailing address**

**Grant, Debra**
**35 Amethyst Street**
**Elmont, New York 11003-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.298 4**

**Nonpriority creditor's name and mailing address**

**Grant, Joan**
**4460 Ingalls Street**
**Wheat Ridge, Colorado 80033-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.298 5**

**Nonpriority creditor's name and mailing address**

**Grant, Sandra**
**1281 SW 9 Ave**
**Deerfield Beach, Florida 33441-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.298 6**

**Nonpriority creditor's name and mailing address**

**Grantham, Ashleigh**
**12743 Virgo**
**Willis, Texas 77318-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.298 7**

**Nonpriority creditor's name and mailing address**

**Grap, Jennifer**
**607 Carlton Otto LN**
**Apt 12**
**Odenton, Maryland 21113-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.298 8**

**Nonpriority creditor's name and mailing address**

**Graphiq, Inc.**
**101 Innovation Place**
**Summerland, CA 93108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.298 9**

**Nonpriority creditor's name and mailing address**

**Graveline, Stephanie**
**2556 Bark Wood Rd**
**Apt 203**
**Schaumburg, Illinois 60173-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.299 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gravely, Joshlyn**<br>**2805 Woodland Ave**<br>**Norfolk, Virginia 23504-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.299 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Graves, Alice**<br>**15 Sandy Beach Ct**<br>**Palmyra, Virginia 22963-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.299 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Grawe, Alysia**<br>**1933 Elmwood Dr E**<br>**Quincy, Illinois 62301-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.299 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gray Manufacturing Company Inc**<br>**3501 S Leonard Rd**<br>**St Joseph, MO 64503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.299 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gray, Ashley**<br>**3150 West Ave.**<br>**Apt #219**<br>**Newport News, Virginia 23607-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.299 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gray, Barbara**<br>**1788 Amethyst Ave**<br>**Springdale, Arkansas 72764-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.299 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gray, Jerri**<br>**222 Rutherford Street**<br>**Greenville, South Carolina 29609-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.299 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gray, Kimberly** | ☐ Contingent | |
| | **71 Nashua Street** | ■ Unliquidated | |
| | **Woburn, Massachusetts 01801-0000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.299 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gray, Makeba** | ☐ Contingent | |
| | **8218 Fredrick St** | ■ Unliquidated | |
| | **St Louis, Missouri 63147-0000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.299 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gray, Mindy** | ☐ Contingent | |
| | **PO Box 502** | ☐ Unliquidated | |
| | **Grain Valley, Missouri 64029-0000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.300 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Graycor Inc.** | ☐ Contingent | |
| | **2 Mid America Plz # 400** | ☐ Unliquidated | |
| | **Oakbrook Terrace, IL 60181-4714** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.300 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Greaser, Lisa** | ☐ Contingent | |
| | **2080 Old Falls Drive** | ■ Unliquidated | |
| | **Vandalia, Ohio 45377-0000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.300 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Great Bend Schools USD 428** | ☐ Contingent | |
| | **201 S. Patton** | ■ Unliquidated | |
| | **Great Bend, KS 67530** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.300 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Great Falls Public Schools** | ☐ Contingent | |
| | **228 17th Avenue** | ☐ Unliquidated | |
| | **Great Falls, MT 59404** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.300 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Great Lakes Caring**
**900 Cooper Street**
**Jackson, MI 49202**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Great Lakes Dredge & Dock Company, LLC**
**2122 York Road**
**Oakbrook, IL 60523**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greater St. Louis Construction Laborers'**
**2357 59th Street**
**St. Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greater Tompkins County Consortium**
**125 East Court Street**
**Ithaca, NY 14850**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greb, Shannon**
**914 Hingham Harbour**
**Pasadena, Maryland 21122-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greco, Kim**
**62 Parkwood Ave**
**Kenmore, New York 14217-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Green Mountain College**
**1 Brennan Circle**
**Poultney, VT 05764**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.301 1**

**Nonpriority creditor's name and mailing address**
**Green, Brenda**
**18730 Maple Ave**
**Country Club Hills, Illinois 60478-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.301 2**

**Nonpriority creditor's name and mailing address**
**Green, Brittany**
**421 Stacy Lee Ct.**
**Westminster, Maryland 21158-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.301 3**

**Nonpriority creditor's name and mailing address**
**Green, David**
**430 N. River Street**
**Aurora, Illinois 60506-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.301 4**

**Nonpriority creditor's name and mailing address**
**Green, Deborah**
**8103 North 17th Drive**
**Phoenix, Arizona 85021-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.301 5**

**Nonpriority creditor's name and mailing address**
**Green, Dennis**
**2723 S. Creek Pointe Lane**
**Eagle, Idaho 83616-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.301 6**

**Nonpriority creditor's name and mailing address**
**Green, Gwendolyn**
**1128 East Bowen**
**Apt 2B**
**Chicago, Illinois 60653-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.301 7**

**Nonpriority creditor's name and mailing address**
**Green, Karen**
**1045 Laurel Fig Drive**
**Simi Valley, California 93065-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| Debtor | **Interactive Health Solutions, Inc.** |
| | Name |

Case number *(if known)*    **20-11530 (BLS)**

---

| 3.301 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Green, Laila**
**5937 Debbie Crest Drive**
**Memphis, Tennessee 38115-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GREEN, LUCHERIA**
**6139 S WASHTENAW AVENUE**
**CHICAGO, Illinois 60629-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Green, Portia**
**7003 Branch Crossing Way**
**Douglasville, Georgia 30134-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Green, Simmiate**
**8508 Pine Meadow Drive**
**Odenton, Maryland 21113-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Green, Solomon**
**1312 Shady Lane #203**
**Bedford, Texas 76021-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Green, Tifany**
**122 lullwater**
**A**
**Wilmington, North Carolina 28403-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Green, Velda**
**2215 B South Bogdan**
**Joliet, Illinois 60432-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.302 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Greene, Amber**
**9834 Dryden Ct**
**Las Vegas, Nevada 89148-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.302 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Greene, Carrie**
**3705 Birchmere**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.302 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Greene, Jennifer**
**35 Gorham Avenue**
**Brookline, Massachusetts 02445-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.302 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Greene, Lisa**
**58 Green Park**
**Newton, Massachusetts 02458-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.302 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Greengard, Julie**
**76 Loretta Circle**
**Richboro, Pennsylvania 18954-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.303 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Greenleaf, Sandra**
**14801 S Lincoln Ave**
**Harvey, Illinois 60426-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.303 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Greenwald, Paloma**
**411 South 1000 East**
**Bountiful, Utah 84010-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.303
2**

**Nonpriority creditor's name and mailing address**

**Greenwald, Samantha**
**114 Sunset Street**
**Buffalo, New York 14207-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.303
3**

**Nonpriority creditor's name and mailing address**

**Greer, Sara**
**202 W Catalina Dr**
**Washington, Illinois 61571-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.303
4**

**Nonpriority creditor's name and mailing address**

**Greeson, Cynthia**
**1603 Scalesville Road**
**Summerfield, North Carolina 27358-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.303
5**

**Nonpriority creditor's name and mailing address**

**Greger, Whitney**
**622 South 7th Street**
**Petersburg, Illinois 62675-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.303
6**

**Nonpriority creditor's name and mailing address**

**Greggs, Diane**
**324 Shawen Drive**
**Hampton, Virginia 23669-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.303
7**

**Nonpriority creditor's name and mailing address**

**Gresham, Kimberly**
**15760 Church Dr**
**South Holland, Illinois 60473-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.303
8**

**Nonpriority creditor's name and mailing address**

**Grettenberger, Ashley**
**1220 S. Genesee**
**Lansing, Michigan 48915-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.303 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greve, David**
**17063 Elm Lane Drive**
**Tinley Park, Illinois 60477-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greystone Technology Group, Inc.**
**3801 E. Florida Ave, #815**
**Denver, CO 80210**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Griffin, Tuxie**
**3242 East Holt St**
**Ashland, Kentucky 41101-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Griffis, Michael**
**3090 Upper 76th Street**
**Inver Grove Heights, Minnesota 55076-000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Griffith Company**
**3050 E. Birch Street**
**Brea, CA 92821**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Griffith Foods**
**1 Griffith Center**
**Alsip, IL 60803**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Griffiths Corporation**
**2727 Niagra Lane North**
**Minneapolis, MN 55447**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.304 6**

**Nonpriority creditor's name and mailing address**
**Griggs, Kisha**
**2222 23rd Avenue**
**Broadview, Illinois 60155-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.304 7**

**Nonpriority creditor's name and mailing address**
**Grimaldi, Julia**
**82 Trueman Dr**
**Malden, Massachusetts 02148-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.304 8**

**Nonpriority creditor's name and mailing address**
**Grimes, Alvonette**
**838 - 52nd Street NE**
**Washington, District of Columbia 20019-0**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.304 9**

**Nonpriority creditor's name and mailing address**
**Grimes, Debra**
**3623 Preston Lane**
**Knoxville, Tennessee 37921-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305 0**

**Nonpriority creditor's name and mailing address**
**Grimes, Karlyn**
**191 Newton Street**
**Brookline, Massachusetts 02445-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305 1**

**Nonpriority creditor's name and mailing address**
**Grimm, Keeley**
**405 Pine St. SE**
**Vienna, Virginia 22180-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305 2**

**Nonpriority creditor's name and mailing address**
**Grimshaw, La**
**4400 Katie Ridge Dr**
**Moore, Oklahoma 73160-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.305
3**

**Nonpriority creditor's name and mailing address**

**Grinam, Pennie
577 Zion Street
Hartford, Connecticut 06106-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305
4**

**Nonpriority creditor's name and mailing address**

**Griner, Sharon
551 Buchanan St
Huntington, Indiana 46750-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305
5**

**Nonpriority creditor's name and mailing address**

**Groff, Carrie
13 Lone Elk Lane
St. Peters, Missouri 63376-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305
6**

**Nonpriority creditor's name and mailing address**

**Gronau, Charles
302 Hoffmeister St
Alton, Illinois 62002-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305
7**

**Nonpriority creditor's name and mailing address**

**Gross, Aarica
11 Coach House Drive
Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305
8**

**Nonpriority creditor's name and mailing address**

**Gross, Bari
697 Hogan Drive
Apt 3427
Newport News, Virginia 23606-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305
9**

**Nonpriority creditor's name and mailing address**

**Gross, Dani
5230 N Kenmore Ave Apt4D
Chicago, Illinois 60640-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.3060**

Nonpriority creditor's name and mailing address
**Gross, Diana**
**4777 Cotton Run Rd**
**Hamilton, Ohio 45011-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.3061**

Nonpriority creditor's name and mailing address
**Grotz, Lisa**
**1981 Augusta Blvd**
**Fairfield, Ohio 45014-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.3062**

Nonpriority creditor's name and mailing address
**Grove City Medical Center**
**631 N Broad St Ext**
**Grove City, PA 16127**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.3063**

Nonpriority creditor's name and mailing address
**Grove, Suzanne**
**226 N. Oakland St.**
**Arlington, Virginia 22203-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.3064**

Nonpriority creditor's name and mailing address
**Grover, Kathleen**
**1310 S. Union St.**
**Traverse City, Michigan 49684-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.3065**

Nonpriority creditor's name and mailing address
**Grover, Kendra**
**29 Puritan Drive**
**Westbrook, Maine 04092-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.3066**

Nonpriority creditor's name and mailing address
**Gruich, Ryan**
**831 Cedar Lake Road**
**Apartment 1216**
**Biloxi, Mississippi 39532-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

| 3.306 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Grum, Sarah**
**39225 North Winchester Road**
**Wadsworth, Illinois 60083-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.306 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Grundy County**
**111 E Washington Street**
**Morris, IL 60450**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.306 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Grundy, Kenneth**
**22 Park Street**
**Central Falls, Rhode Island 02863-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.307 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Grzegorek, Jennifer**
**6100 Yosemite Drive**
**Newburgh, Indiana 47630-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.307 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Guajardo, Joshua**
**2512 Alabama St**
**Weslaco, Texas 78599-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.307 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Guajardo, Monica**
**2670 East 75th St**
**Tulsa, Oklahoma 74136-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.307 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**GUARDIAN ELECTRIC**
**1425 Lake Avenue**
**Woodstock, IL 60098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.307
4**

**Nonpriority creditor's name and mailing address**

**Guay, Mark**
**9 Canterbury Lane**
**Apt D**
**Wappingers Falls, New York 12590-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.307
5**

**Nonpriority creditor's name and mailing address**

**Gubinelli, Gabriela**
**2238 Bissonnet**
**Houston, Texas 77005-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.307
6**

**Nonpriority creditor's name and mailing address**

**Guccione, Wayne**
**5515 W Ardmore Ave**
**Chicago, Illinois 60646-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.307
7**

**Nonpriority creditor's name and mailing address**

**Gudikunst, Laura**
**329 E 92nd Street APT 5A**
**New York, New York 10128-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.307
8**

**Nonpriority creditor's name and mailing address**

**Guerra, Joseph**
**614 E Park Street #E5**
**Carbondale, Illinois 62901-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.307
9**

**Nonpriority creditor's name and mailing address**

**Guerrero, Cesar**
**6168 Mayfair Avenue**
**Morton Grove, Illinois 60053-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.308
0**

**Nonpriority creditor's name and mailing address**

**Guerrette, Brooke**
**372 Carronade Way**
**Arnold, Maryland 21012-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

**3.308**
**1**

**Nonpriority creditor's name and mailing address**

**Guest, Cindy**
**1203 S. McLean Street**
**Hundson, Illinois 61748-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.308**
**2**

**Nonpriority creditor's name and mailing address**

**Guest, Erika**
**185 E Martin Luther King Blvd**
**Danville, Kentucky 40422-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.308**
**3**

**Nonpriority creditor's name and mailing address**

**Guest, Orlando**
**4004 Hillside Dr.**
**Lexington, Kentucky 40514-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.308**
**4**

**Nonpriority creditor's name and mailing address**

**Guidry, Jasmine**
**4015 Dawn Rise Ct.**
**Fresno, Texas 77545-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.308**
**5**

**Nonpriority creditor's name and mailing address**

**Guillen, Christie**
**11187 Douglas Avenue**
**Marriottsville, Maryland 21104-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.308**
**6**

**Nonpriority creditor's name and mailing address**

**Guillen, Marysabel**
**9215 Ella Blvd**
**Houston, Texas 77088-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.308**
**7**

**Nonpriority creditor's name and mailing address**

**Guinez, Vanessa**
**408 Orchard View Ave**
**Martinez, California 94533-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.3088**

**Nonpriority creditor's name and mailing address**

**Gulash, Michelle**
**625 Pitt St**
**Apt 1403**
**Bastrop, Texas 78602-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3089**

**Nonpriority creditor's name and mailing address**

**Gulbin, Staci**
**15995 NW French Lane**
**Portland, Oregon 97229-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3090**

**Nonpriority creditor's name and mailing address**

**Gulbranson, Stephanie**
**4800 E. Atlantic Place**
**Denver, Colorado 80222-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3091**

**Nonpriority creditor's name and mailing address**

**Gulinskaya, Nataliya**
**1119 Keswick Ln**
**Mundelein, Illinois 60060-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3092**

**Nonpriority creditor's name and mailing address**

**Gulley, Carla**
**1926 Livingston Lane**
**Little Elm, Texas 75068-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3093**

**Nonpriority creditor's name and mailing address**

**Gumbs-Crawley, Beverley**
**303 Walnut Ave**
**Wheeling, Illinois 60090-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3094**

**Nonpriority creditor's name and mailing address**

**Gunderson, Melinda**
**2733 Jersey Avenue South**
**St. Louis Park, Minnesota 55426-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.309 5**

**Nonpriority creditor's name and mailing address**
**Gundrum, Pamela**
**3910 SW Comus St**
**Portland, Oregon 97219-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.309 6**

**Nonpriority creditor's name and mailing address**
**Gunnell, Elise**
**438 S 1000 W**
**Orem, Utah 84058-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.309 7**

**Nonpriority creditor's name and mailing address**
**Gupana, Daisy**
**13948 Middle Creek Place**
**Centreville, Virginia 20121-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.309 8**

**Nonpriority creditor's name and mailing address**
**Gupta, Venu**
**1533 145th Place SE**
**Apt. #J-4**
**Bellevue, Washington 98007-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.309 9**

**Nonpriority creditor's name and mailing address**
**Gurevitz, Carol**
**7319 Pine Ridge Drive**
**Park City, Utah 84098-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.310 0**

**Nonpriority creditor's name and mailing address**
**Gurevitz, Stanton**
**7319 Pine Ridge Dr**
**Park City, Utah 84098-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.310 1**

**Nonpriority creditor's name and mailing address**
**Gurin, Michelle**
**9680 Foxworth Drive**
**Johns Creek, Georgia 30022-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.310
2**

**Nonpriority creditor's name and mailing address**

**Gurule, Adriana
14022 E Tufts Dr #912
Aurora, Colorado 80015-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.310
3**

**Nonpriority creditor's name and mailing address**

**Gus, Emily
1653 Sherburne Ave
St Paul, Minnesota 55104-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.310
4**

**Nonpriority creditor's name and mailing address**

**Gustafson, Rachel
5528 SE Ramona Street
Portland, Oregon 97206-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.310
5**

**Nonpriority creditor's name and mailing address**

**Guthrie, Ebony
4220 Factoria Boulevard SE
209
Bellevue, Washington 98006-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.310
6**

**Nonpriority creditor's name and mailing address**

**Guthrie, Suzanne
6731 SE Olalla Valley Road
Port Orchard, Washington 98367-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.310
7**

**Nonpriority creditor's name and mailing address**

**Gutierrez, Daniel
1645 W Ogden Ave
Unit 427
Chicago, Illinois 60612-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.310
8**

**Nonpriority creditor's name and mailing address**

**Gutierrez, Jennifer
7060 Brookview Rd
Roanoke, Virginia 24019-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| Debtor | **Interactive Health Solutions, Inc.** |
| | Name |

Case number (if known)    **20-11530 (BLS)**

---

| 3.310 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gutierrez, Jordan**
**6045 County Road 6**
**Brighton, Colorado 80603-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gutman, Gabrielle**
**1 Willwood Court**
**Baltimore, Maryland 21209-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guy, Allie**
**9 Hiltin Pl Apt. B**
**Greensboro, North Carolina 27409-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guy, Lauren**
**731 Ashley Lane**
**Tupelo, Mississippi 38801-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guy, W.**
**2605 E. 56th Street**
**Tulsa, Oklahoma 74105-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guzman, Lijia**
**201 Grove Park Road**
**Brooklyn, Maryland 21225-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guzman, Yvette**
**5841 Chensford Dr.**
**3D**
**Indianapolis, Indiana 46226-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.311 6 | **Nonpriority creditor's name and mailing address** <br> **Gyasi, Naomi** <br> **956 Tolland St** <br> **East Hartford, Connecticut 06108-0000** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.311 7 | **Nonpriority creditor's name and mailing address** <br> **H&M Hennes & Mauritz L.P.** <br> **300 Lighting Way, Suite 100** <br> **Secaucus, NJ 07094** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.311 8 | **Nonpriority creditor's name and mailing address** <br> **H. Beck, Inc.** <br> **6600 Rockledge Drive** <br> **Bethesda, MD 20817** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.311 9 | **Nonpriority creditor's name and mailing address** <br> **H.O. Bostrom** <br> **818 Progress Avenue** <br> **Waukesha, WI 53186** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.312 0 | **Nonpriority creditor's name and mailing address** <br> **H.W. HERRELL DISTRIBUTING CO.** <br> **1002 White Ave** <br> **Imperial, MO 63052** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.312 1 | **Nonpriority creditor's name and mailing address** <br> **Haack, Anthony** <br> **20 Colony Lane** <br> **Deerfield, Illinois 60015-0000** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.312 2 | **Nonpriority creditor's name and mailing address** <br> **Haakinson, JoAnna** <br> **5705 Calorie Court** <br> **Raleigh, North Carolina 27612-0000** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.312 3**

**Nonpriority creditor's name and mailing address**

**Habasit America**
**805 Satellite Blvd**
**Suwanee, GA 30024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312 4**

**Nonpriority creditor's name and mailing address**

**Haber, Helene**
**309 East 49th Street, Apt 6A**
**New York, New York 10017-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312 5**

**Nonpriority creditor's name and mailing address**

**Hackett, Patricia**
**3120 Haverhill Drive**
**Aurora, Illinois 60502-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312 6**

**Nonpriority creditor's name and mailing address**

**Hadala, Pawel**
**1481 Winslowe Dr**
**Apt 303**
**Palatine, Illinois 60074-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312 7**

**Nonpriority creditor's name and mailing address**

**Hadala, Tomasz**
**115 Walden Ct**
**Streamwood, Illinois 60107-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312 8**

**Nonpriority creditor's name and mailing address**

**Hagen, Keven**
**12 Summit Oaks**
**Pittsford, New York 14534-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312 9**

**Nonpriority creditor's name and mailing address**

**Hagen, Kristin**
**726 Shade Tree Drive**
**Austin, Texas 78748-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.313 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hagen, Terrey**
**12 Summit Oaks**
**Pittsford, New York 14534-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hagood, Angel**
**1965 Driftwood Drive**
**Holland, Michigan 49424-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hague, Sarah**
**6710 Chaffe Court #p2**
**Brecksville, Ohio 44141-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hahn Automotive Warehouse, Inc.**
**415 West Main Street**
**Rochester, NY 14608**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hahn, Teresa**
**16 Fenmoor Street**
**East Providence, Rhode Island 02914-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hahn, Zachary**
**38 Cambridge St**
**Stratford, Connecticut 06614-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Haiati, Kamilah**
**502 Serenade Lane**
**Euless, Texas 76039-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.313<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hailu, Tegest**
**60 Pallant Ave**
**Linden, New Jersey 07036-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hairston, Janine**
**29 Lakeshore Drive**
**Newport News, Virginia 23608-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hajdasz, Gary**
**950 F.M. 1959 #1110**
**Houston, Texas 77034-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hajzeri, Nazlije**
**76 Remsen st**
**BROOKLIN, New York 11201-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Halasa, Isaac**
**4765 Canela Way**
**San Jose, California 95136-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Halbert, Edward**
**6210 S. Kimbark Unit 403**
**Chicago, Illinois 60637-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hale, Annamarie**
**1311 N Center St**
**Joliet, Illinois 60435-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.314**
**4**

**Nonpriority creditor's name and mailing address**
**Hale, Bonnie**
**1721 Hales Branch Rd**
**Midland, Ohio 45148-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.314**
**5**

**Nonpriority creditor's name and mailing address**
**Hale, Kylie**
**7811 Eileen Street**
**Stanton, California 90680-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.314**
**6**

**Nonpriority creditor's name and mailing address**
**Hall & Evans LLC**
**1001 17th Street**
**Denver, CO 80202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.314**
**7**

**Nonpriority creditor's name and mailing address**
**Hall, Ashley**
**19309 Switchgrass Ct**
**Smithville, Missouri 64089-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.314**
**8**

**Nonpriority creditor's name and mailing address**
**Hall, Bette**
**4107 East Archer Street**
**Tulsa, Oklahoma 74115-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.314**
**9**

**Nonpriority creditor's name and mailing address**
**Hall, Christopher**
**4770 Beach Drive SE, Unit D**
**St Petersburg, Florida 33705-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.315**
**0**

**Nonpriority creditor's name and mailing address**
**Hall, Dezirae**
**19928 Piccadilly Ln**
**Huntington Beach, California 92646-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.315**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Hall, Karma**<br>**2274 46th Ave**<br>**San Francisco, California 94116-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.315**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Hall, Melissa**<br>**9706 Bay Colony Drive**<br>**Riverview, Florida 33578-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.315**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Hall, Robin**<br>**121 Golf Club Dr**<br>**Elizabeth City, North Carolina 27909-000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.315**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Hall, Taquana**<br>**850 White Oak Lane**<br>**University Park, Illinois 60484-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.315**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Hallam Associates, Inc.**<br>**38 Eastman Drive**<br>**Suite 200**<br>**South Burlington, VT 05403** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.315**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Hallatt, Lori**<br>**413 N School Street**<br>**McLean, Illinois 61754-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.315**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,446.83** |
|---|---|---|
| **HALO Branded Solutions Inc**<br>**3182 Momentum Place**<br>**Chicago, IL 60689** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **3/1/2020** | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|--------|-----------------------------------|------------------------|----------------|
|        | Name                              |                        |                |

---

**3.3158**

**Nonpriority creditor's name and mailing address**

**Halsell, Hannah**
**904 Murders Rd**
**Hot Springs, Arkansas 71909-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.3159**

**Nonpriority creditor's name and mailing address**

**Haltzman, Brittany**
**1900 Frontage Rd #1807**
**Cherry Hill, New Jersey 08034-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.3160**

**Nonpriority creditor's name and mailing address**

**Halvorsen, Jaclyn**
**201 Wisconsin St**
**Wonewoc, Wisconsin 53968-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.3161**

**Nonpriority creditor's name and mailing address**

**Hamberlin, Armand**
**3228 Hanover Drive**
**Rockford, Illinois 61101-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.3162**

**Nonpriority creditor's name and mailing address**

**Hambrick, Charles**
**4419 West Adams**
**Chicago, Illinois 60624-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.3163**

**Nonpriority creditor's name and mailing address**

**Hamby, Brian**
**1833 Morgantown Ave.**
**Fairmont, West Virginia 26554-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.3164**

**Nonpriority creditor's name and mailing address**

**Hamdi, Khalid**
**333 N Kaspar Ave**
**2D**
**Arlington Heights, Illinois 60005-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.316 5**

**Nonpriority creditor's name and mailing address**

**Hamilton, Chelsea**
**8510 N Armenia Ave**
**Apt 2008**
**Tampa, Florida 33604-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.316 6**

**Nonpriority creditor's name and mailing address**

**Hamilton, Emma**
**1242 Woodland Drive**
**Charleston, West Virginia 25302-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.316 7**

**Nonpriority creditor's name and mailing address**

**Hamilton, Heather**
**9800 Pagewood Lane #2503**
**Houston, Texas 77042-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.316 8**

**Nonpriority creditor's name and mailing address**

**Hamilton, Kristina**
**9715 N Fm 620 #3108**
**Austin, Texas 78726-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.316 9**

**Nonpriority creditor's name and mailing address**

**Hamlett, Gloria**
**1010 New Hope Circle**
**Baltimore, Maryland 21202-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.317 0**

**Nonpriority creditor's name and mailing address**

**Hamm, Lisa Ann**
**2134 Charles Henry Lane**
**Baltimore, Maryland 21209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.317 1**

**Nonpriority creditor's name and mailing address**

**Hamm, Nancy**
**569 Exeter Rd**
**Hampton, New Hampshire 03842-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.317**
**2**

**Nonpriority creditor's name and mailing address**
**Hammersley, Anita**
**30332 State Route 37**
**Richwood, Ohio 43344-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.317**
**3**

**Nonpriority creditor's name and mailing address**
**Hammock, Mindy**
**12900 Beth Court**
**Oklahoma City, Oklahoma 73120-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.317**
**4**

**Nonpriority creditor's name and mailing address**
**Hammons, Barrett**
**1480 Us Hwy 46, Apt 327**
**Parsippany, New Jersey 07054-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.317**
**5**

**Nonpriority creditor's name and mailing address**
**HAMPTON LENZINI AND RENWICK INC.**
**380 Shepard Dr**
**Elgin, IL 60123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.317**
**6**

**Nonpriority creditor's name and mailing address**
**Hampton Resources, Inc.**
**9600 SW Barnes Road Suite 200**
**Portland, OR 07054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.317**
**7**

**Nonpriority creditor's name and mailing address**
**Hampton, Linda**
**47 Gravel Pit Road**
**West Rulland, Vermont 05777-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.317**
**8**

**Nonpriority creditor's name and mailing address**
**Hampton, Mary**
**4326 Onyx Dr.**
**Eagan, Minnesota 55122-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.317 9**

**Nonpriority creditor's name and mailing address**

**Hampton, Sandra**
**4367 Collingswood Drive**
**Chesterfield, Virginia 23832-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.318 0**

**Nonpriority creditor's name and mailing address**

**Hampton, Tara**
**5301 NW 111th Terrace**
**Oklahoma City, Oklahoma 73162-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.318 1**

**Nonpriority creditor's name and mailing address**

**Hamrich, Ann**
**173 Waverly Road**
**Senatobia, Mississippi 38668-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.318 2**

**Nonpriority creditor's name and mailing address**

**Hancock, Glenn**
**109 Mohawk Drive**
**Brightwaters, New York 11718-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.318 3**

**Nonpriority creditor's name and mailing address**

**Hancock, Kathleen**
**455 Ellesmere Way**
**Sugar Hill, Georgia 30518-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.318 4**

**Nonpriority creditor's name and mailing address**

**Handeland, Courtney**
**9102 W Dixon Street, Apt 204**
**Milwaukee, Wisconsin 53214-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.318 5**

**Nonpriority creditor's name and mailing address**

**Haney, Bridget**
**24215 Kuykendahl Rd, Apt 5103**
**Tomball, Texas 77375-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.318**
**6**

**Nonpriority creditor's name and mailing address**

**Hanible, Vanessa**
**305 47th St NE**
**Washington, District of Columbia 20019-0**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.318**
**7**

**Nonpriority creditor's name and mailing address**

**Hanrahan, Katie**
**568 Lavender Lane**
**Virginia Beach, Virginia 23462-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.318**
**8**

**Nonpriority creditor's name and mailing address**

**Hansen Lovejoy, Anissa**
**2206 D Millstone Drive**
**Houstontx, Texas 77073-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.318**
**9**

**Nonpriority creditor's name and mailing address**

**Hansen, Carissa**
**513 E Burney Glen Drive**
**Meridian, Idaho 83646-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.319**
**0**

**Nonpriority creditor's name and mailing address**

**Hansen, Christina**
**1315 Mesa Road**
**San Antonio, Texas 78258-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.319**
**1**

**Nonpriority creditor's name and mailing address**

**Hansen, Garrett**
**306 West 9th Street**
**Erie, Pennsylvania 16507-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.319**
**2**

**Nonpriority creditor's name and mailing address**

**Hansen, Kelly**
**726 Shetland Court**
**Ewstfield, Indiana 46074-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.319 3**

**Nonpriority creditor's name and mailing address**

**Hansley, Melody**
**3814 Peach Orchard Circle**
**Portsmouth, Virginia 23703-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.319 4**

**Nonpriority creditor's name and mailing address**

**Hanson, Angela**
**1930 Wiley Blvd Sw #8682**
**Cedar Rapids, Iowa 52408-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.319 5**

**Nonpriority creditor's name and mailing address**

**Hanson, Robert**
**9609 Marjorie St**
**Rico Rivera, California 90660-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.319 6**

**Nonpriority creditor's name and mailing address**

**Hanson, Scott**
**1040 S Rochester St.**
**Tacoma, Washington 98465-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.319 7**

**Nonpriority creditor's name and mailing address**

**Hanson, Whitney**
**1353 N Artesian #1**
**Chicago, Illinois 60622-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.319 8**

**Nonpriority creditor's name and mailing address**

**Hanubal, Uma**
**1586 Response Rd #2087**
**Sacramento, California 95815-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.319 9**

**Nonpriority creditor's name and mailing address**

**Harambee Institute of Science & Technolo**
**640 N. 66th Street**
**Philadelphia, PA 19151**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.320 0**

**Nonpriority creditor's name and mailing address**

**Hardison, Brenda**
**4713 Trolley Court**
**Raleigh, North Carolina 27616-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.320 1**

**Nonpriority creditor's name and mailing address**

**Hardy, Alaya**
**1717 Pasatiempo Drive**
**APT 203**
**Springdale, Arkansas 72762-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.320 2**

**Nonpriority creditor's name and mailing address**

**Hardy, Alexandra**
**1026 Geneva Drive**
**Geneva, Illinois 60134-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.320 3**

**Nonpriority creditor's name and mailing address**

**Hardy, Megan**
**7625 E Camelback**
**#143A**
**Scottsdale, Arizona 85251-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.320 4**

**Nonpriority creditor's name and mailing address**

**Hardy, Timothy**
**876 Elm Street**
**Sugar Grove, Illinois 60554-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.320 5**

**Nonpriority creditor's name and mailing address**

**Hargadon, Claire**
**3311 Tennyson St. #1**
**Denver, Colorado 80212-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.320 6**

**Nonpriority creditor's name and mailing address**

**Hargrave-Klein, Tanya**
**3347 Foxley Dr**
**Ames, Iowa 50010-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.320**
**7**

**Nonpriority creditor's name and mailing address**

**Hargrett, Ramona**
**900 North Laramie**
**Chicago, Illinois 60651-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.320**
**8**

**Nonpriority creditor's name and mailing address**

**Hargrove-Beatty, Rene**
**504 Riddick Cir**
**Suffolk, Virginia 23434-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.320**
**9**

**Nonpriority creditor's name and mailing address**

**Harkey, Mackenzie**
**413 W. 10th St, Apt 2c**
**Charlotte, North Carolina 28202-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.321**
**0**

**Nonpriority creditor's name and mailing address**

**Harkless, Cierre**
**2208 Eldo's Trace Circle Apt B**
**Clarksville, Tennessee 37042-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.321**
**1**

**Nonpriority creditor's name and mailing address**

**Harling, Jennie**
**339 Aspen Drive Page 3**
**Chatham, Illinois 62629-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.321**
**2**

**Nonpriority creditor's name and mailing address**

**Harmon, Kimberly**
**3626 Bixler Chruch Road**
**Westminster, Maryland 21158-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.321**
**3**

**Nonpriority creditor's name and mailing address**

**Harms, Jenna**
**1417 Elm Street**
**Forest Grove, Oregon 97116-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
| --- | --- | --- | --- |
| | Name | | |

---

**3.321**
**4**

Nonpriority creditor's name and mailing address
**Haro, Hannah**
**4500 W. Village Court**
**Austin, Texas 78744-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.321**
**5**

Nonpriority creditor's name and mailing address
**Harper International (HMNYS)**
**4455 Genesee St**
**Suite 123**
**Buffalo, NY 14225**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.321**
**6**

Nonpriority creditor's name and mailing address
**Harper, Allison**
**1223 Avondale Drive**
**Norman, Oklahoma 73069-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.321**
**7**

Nonpriority creditor's name and mailing address
**Harper, Kiah**
**1780 W. Ave J-12, Apt 205**
**Lancaster, California 93534-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.321**
**8**

Nonpriority creditor's name and mailing address
**Harrell, Abrea**
**9664 Rubicon Dr**
**Colorado Springs, Colorado 80925-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.321**
**9**

Nonpriority creditor's name and mailing address
**Harris Beach PLLC**
**99 Garnsey Road**
**Pittsford, NY 14534**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.322**
**0**

Nonpriority creditor's name and mailing address
**HARRIS GROUP INC.**
**300 Elliott Ave West**
**Suite 500**
**Seattle, WA 98119**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.322**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Harris, Cameshia**<br>**2956 W. Walnut St**<br>**3rd flr**<br>**Chicago, Illinois 60612-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.322**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Harris, Charla-Lynn**<br>**1490 South Colt Dr**<br>**Gilbert, Arizona 85296-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.322**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Harris, Danielle**<br>**12509 S Wentworth Ave**<br>**Chicago, Illinois 60628-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.322**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Harris, Denisha**<br>**3711 George Washington HWY**<br>**Portsmouth, Virginia 23702-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.322**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Harris, Dominique**<br>**2413 Silver Hill Cir**<br>**Joliet, Illinois 60432-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.322**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Harris, Eboni**<br>**401 Weeping Willow Drive**<br>**Durham, North Carolina 27704-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.322**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Harris, Georgena**<br>**4227 Arlington Drive**<br>**Richton Park, Illinois 60471-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.322 8 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harris, Heather**
**269 W. 4th Street**
**Chuluota, Florida 32766-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.322 9 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harris, Hope**
**2824 Whisper Drive**
**Bismarck, North Dakota 58504-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.323 0 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harris, Jasmine**
**461 Kenwood Dr**
**Apt F**
**Euclid, Ohio 44123-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.323 1 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harris, Jillianne**
**1325 Jarvis Road**
**Erial, New Jersey 08081-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.323 2 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harris, Junior**
**8610 Queensmere Pl**
**Apt. 5**
**Henrico, Virginia 23294-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.323 3 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harris, Kyanna**
**628 springbrook trail north**
**Oswego, Illinois 60543-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.323 4 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harris, Lavonda**
**11558 Sands Point Drive**
**Houston, Texas 77072-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.323**
**5**

**Nonpriority creditor's name and mailing address**

**Harris, Marcia**
**5300 Highway 138, Apt 109**
**Union City, Georgia 30291-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.323**
**6**

**Nonpriority creditor's name and mailing address**

**Harris, Martha**
**979 Goodhue Circle**
**Cincinnati, Ohio 45240-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.323**
**7**

**Nonpriority creditor's name and mailing address**

**Harris, Melinda**
**18554 Bock Rd**
**Lansing, Illinois 60438-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.323**
**8**

**Nonpriority creditor's name and mailing address**

**Harris, Michele**
**672 26th St. SW**
**Loveland, Colorado 80537-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.323**
**9**

**Nonpriority creditor's name and mailing address**

**Harris, Sara**
**16650 Huebner Road**
**San antonio, Texas 78248-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.324**
**0**

**Nonpriority creditor's name and mailing address**

**Harris, Sherritta**
**2681 Jefferson St, #815**
**Norman, Oklahoma 73072-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.324**
**1**

**Nonpriority creditor's name and mailing address**

**Harris, Shirley**
**1913 Exchange Ave Apt C**
**East St Louis**
**St Louis, Illinois 62205-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.324
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Harris, Tsoets-ya-luht** <br> **17042 Wilken Ave** <br> **Petersburg, Illinois 62675-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Harris, Wendy** <br> **304 East Prairie** <br> **Camp Point, Illinois 62320-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Harrison Street** <br> **71 South Wacker Drive** <br> **Chicago, IL 60606** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Harrison, Aine** <br> **1401 Chancery Lane** <br> **Cave Springs, Arkansas 72718-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Harrison, Deborah** <br> **1575 Mintz Ave** <br> **Fayetteville, North Carolina 28303-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Harrison, Joanne** <br> **10251 E. Obispo Ave** <br> **Mesa, Arizona 85212-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Harrison, Karen** <br> **521 Peppertree ln** <br> **Midwest City, Oklahoma 73110-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.3249**

**Nonpriority creditor's name and mailing address**

**Harrison, Melody**
**285 Glen Lake Drive Nw**
**Atlanta, Georgia 30327-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3250**

**Nonpriority creditor's name and mailing address**

**Harrison, Sandra**
**21999 River Oaks Drive**
**Rocky River, Ohio 44116-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3251**

**Nonpriority creditor's name and mailing address**

**Harry, Nakesha**
**21 E Tulpechocken St**
**Philadelphia, Pennsylvania 19144-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3252**

**Nonpriority creditor's name and mailing address**

**HARSCO Corporation**
**350 Poplar Church Road**
**Camp Hill, PA 17011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3253**

**Nonpriority creditor's name and mailing address**

**Hart, Barbara**
**7606 Brightside Ave**
**Baltimore, Maryland 21237-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3254**

**Nonpriority creditor's name and mailing address**

**Hart, Gregory**
**7606 Brightside Ave**
**BALTIMORE, Maryland 21237-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3255**

**Nonpriority creditor's name and mailing address**

**Hartelt, Deborah**
**12600 Red Pepper Ct**
**Germantown, Maryland 20874-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.325**
**6**

**Nonpriority creditor's name and mailing address**
**Harter, Dawn**
**1149 Penny Lane**
**Sycamore, Illinois 60178-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.325**
**7**

**Nonpriority creditor's name and mailing address**
**Hartman, Michelle**
**770 W Moorhead Circle**
**Unit C**
**Boulder, Colorado 80305-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.325**
**8**

**Nonpriority creditor's name and mailing address**
**Hartmann, Lori**
**6404 Dunnavant Place**
**Huntsville, Alabama 35806-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.325**
**9**

**Nonpriority creditor's name and mailing address**
**Hartshorn, Sally**
**608 Sheridan Ave**
**Loveland, Colorado 80537-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.326**
**0**

**Nonpriority creditor's name and mailing address**
**Hartung, Laura**
**965 Creek View Drive**
**Aurora, Ohio 44202-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.326**
**1**

**Nonpriority creditor's name and mailing address**
**Harty, Cecilia**
**2444 Beal St**
**Snellville, Georgia 30078-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.326**
**2**

**Nonpriority creditor's name and mailing address**
**Harvest Bible Chapel**
**1000 North Randall Road**
**Elgin, IL 60123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.326 3**

**Nonpriority creditor's name and mailing address**
**HARVEST LAND CO-OP INC.**
**1435 NW 5th St P.O. Box 516**
**Richmond, IN 47375**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.326 4**

**Nonpriority creditor's name and mailing address**
**Harvey's Heating and Plumbing**
**262 Pronghorn Trail**
**Bozeman, MT 59718**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.326 5**

**Nonpriority creditor's name and mailing address**
**Harvey, Michael**
**10717 S King Dr, APT 1E**
**Chicago, Illinois 60628-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.326 6**

**Nonpriority creditor's name and mailing address**
**Harvey-Gibbs, Mitchell**
**489 Washington Dr**
**Jonesboro, Georgia 30238-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.326 7**

**Nonpriority creditor's name and mailing address**
**Harwell, Allison**
**2504 South Street**
**Rolling Meadows, Illinois 60008-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.326 8**

**Nonpriority creditor's name and mailing address**
**Harwell, Amanda**
**14435 S. 48th St**
**Apt 1105**
**Phoenix, Arizona 85044-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.326 9**

**Nonpriority creditor's name and mailing address**
**Harwell, Joan**
**263 South Clubhouse Drive**
**230**
**Palatine, Illinois 60074-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.327 0**

**Nonpriority creditor's name and mailing address**

**Hasek, Jordan**
**609 Foxdale Lane**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.327 1**

**Nonpriority creditor's name and mailing address**

**Hasek, Justin**
**609 Foxdale Lane**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.327 2**

**Nonpriority creditor's name and mailing address**

**Hasek, Sharon**
**609 Foxdale Lane**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.327 3**

**Nonpriority creditor's name and mailing address**

**Haskell, Mary**
**106 Hickory Pine**
**Brunswick, Georgia 31523-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.327 4**

**Nonpriority creditor's name and mailing address**

**Haskins, Janine**
**PO Box 265**
**Smithfiled, Virginia 23431-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.327 5**

**Nonpriority creditor's name and mailing address**

**Haskvitz, Sylvia**
**2222 E. 2nd Street**
**Tuscon, Arizona 85719-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.327 6**

**Nonpriority creditor's name and mailing address**

**Hassan, Mariam**
**3655 Greenleaf St**
**Skokie, Illinois 60076-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.327 7**

**Nonpriority creditor's name and mailing address**

**Hassell, Anthony**
**15737 Terrace Drive #3BL**
**Oak Forest, Illinois 60452-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.327 8**

**Nonpriority creditor's name and mailing address**

**Hatch, Hayley**
**1024 San Luis Cir**
**#723**
**Daly City, California 94014-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.327 9**

**Nonpriority creditor's name and mailing address**

**Hatcher, Matthew**
**7674 Tecumseh Street**
**Millington, Tennessee 38053-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.328 0**

**Nonpriority creditor's name and mailing address**

**Hater, Dana**
**7129 Union Valley Cir**
**Canton, Michigan 48187-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.328 1**

**Nonpriority creditor's name and mailing address**

**Hatmaker, Melissa**
**106 Larkway Drive**
**Tullahoma, Tennessee 37388-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.328 2**

**Nonpriority creditor's name and mailing address**

**Hattan, Marjoleintje**
**12517 East Castlewood Ct**
**Wichita, Kansas 67206-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.328 3**

**Nonpriority creditor's name and mailing address**

**Hatten, Kimberly**
**3206 adams**
**bellwood, Illinois 60104-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.328
4**

**Nonpriority creditor's name and mailing address**

**Hattenhauer, Justin**
**2810 SW Ables Dr apt 102**
**Bentonville, Arkansas 72712-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.328
5**

**Nonpriority creditor's name and mailing address**

**Hatter, Mattie**
**2014 Winans**
**Flint, Michigan 48503-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.328
6**

**Nonpriority creditor's name and mailing address**

**Haupt, Lacie**
**3627 Ellsworth Ave**
**Erie, Pennsylvania 16508-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.328
7**

**Nonpriority creditor's name and mailing address**

**Hauschild, Beth**
**7101 Roth Rd**
**Evansville, Indiana 47712-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.328
8**

**Nonpriority creditor's name and mailing address**

**Hautz, Leslie**
**102 Bonito Drive**
**Yorktown, Virginia 23692-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.328
9**

**Nonpriority creditor's name and mailing address**

**Haven, Anne**
**261 Randall Drive**
**Folsom, California 95630-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.329
0**

**Nonpriority creditor's name and mailing address**

**Havener, Catherine**
**775 Midwest Trail N**
**Lake Elmo, Minnesota 55042-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.329 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hawaii Department of Taxation**
**PO Box 259**
**Honolulu, HI 96809**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Taxing Authority_

Is the claim subject to offset? ■ No ☐ Yes

| 3.329 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hawker, Kelly**
**10084 Armadillo Dr**
**Lone Tree, Colorado 80124-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

| 3.329 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hawks, Alexandra**
**38463 5th Street West #N248**
**Palmdale, California 93551-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

| 3.329 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Haws Corporation**
**1455 Kleppe Lane**
**Sparks, NV 89431**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

| 3.329 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hawthorne, Hillary**
**770 Melrose Terrace**
**Newport News, Virginia 23608-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

| 3.329 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hawthorne, Kelly**
**4008 Deer Creek Drive**
**Louisville, Kentucky 40241-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

| 3.329 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hawthorne, LaRoland**
**134 Peggy Dr**
**Florence, Mississippi 39073-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.329 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Haydon Building Corp.**
**4640 E. Cotton Gin Loop**
**Phoenix, AZ 85040**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hayes, Amy**
**9570 West 762 South**
**Helmer, Indiana 76747-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hayes, Anna**
**24 Lily Lane**
**Roxboro, North Carolina 27574-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hayes, Coren**
**206 N. Marion**
**Oak Park, Illinois 60302-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hayes, Julia**
**2365 Turkey Red Ln. Unit B**
**Bozeman, Montana 59715-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hayes, Robbin**
**6251 Surflanding lane**
**Huntington Beach, California 92648-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hayes, Shanee**
**605 Crystal Falls Dr**
**McKinney, Texas 75071-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.330**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Hayes, Ste'Keira**<br>**102 Darlena Ct, Apt E**<br>**Cary, North Carolina 27511-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Haylor, Freyer & Coon, Inc**<br>**231 Salina Meadows Parkway**<br>**Syracuse, NY 13212** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Hayman, Susan**<br>**6540 Sugarcane Circle**<br>**Ocean Springs, Mississippi 39564-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Haywood, David**<br>**75 Chase Drive**<br>**Snow Hill, North Carolina 28580-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Haywood, Kathryn**<br>**305 W. Monument St, Apt 204**<br>**Baltimore, Maryland 21201-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Hazelbaker, Daniel**<br>**68 South Petrie Rd**<br>**Coraopolis, Pennsylvania 15108-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Hazen and Sawyer**<br>**4011 West Chase Boulevard**<br>**Raleigh, NC 27907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.331 2**

**Nonpriority creditor's name and mailing address**
HBM Holdings
101 South Hanley, Ste 1050
St. Louis, MO 63105

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.331 3**

**Nonpriority creditor's name and mailing address**
HCI Group, Inc.
5300 W Cypress St
Tampa, FL 33607-1733

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.331 4**

**Nonpriority creditor's name and mailing address**
He, Qinging
5260 Centre Ave
Apt. 402
Pittsburgh, Pennsylvania 15232-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.331 5**

**Nonpriority creditor's name and mailing address**
Head, Cherie
7500 Lola Dr
Fort Worth, Texas 76180-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.331 6**

**Nonpriority creditor's name and mailing address**
Health Enhancement Research Organization
24 South Olive Street
Waconia, MN 55387

Date(s) debt was incurred  2/1/2020
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.331 7**

**Nonpriority creditor's name and mailing address**
Health Forum
P.O Box 2567
Chicago, IL 60675-2567

Date(s) debt was incurred  10/24/2019
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$47,500.00**

---

**3.331 8**

**Nonpriority creditor's name and mailing address**
Health Network Laboratories, LP
794 Roble Rd
Allentown, PA 18109

Date(s) debt was incurred  5/6/2020
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.331 9**

**Nonpriority creditor's name and mailing address**

**Health Quest**
**1351 Route 55, Suite 200**
**LaGrangeville,, NY 12540-5144**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332 0**

**Nonpriority creditor's name and mailing address**

**Healthcare Associates of Irving LLP**
**5800 Campus Circle, Suite 114A**
**Irving, TX 75063**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332 1**

**Nonpriority creditor's name and mailing address**

**HealthComp, Inc.**
**621 Santa Fe**
**Fresno, CA 93721**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332 2**

**Nonpriority creditor's name and mailing address**

**HealthInsight**
**756 East Winchester Street**
**Suite 200**
**Salt Lake City, UT 84107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332 3**

**Nonpriority creditor's name and mailing address**

**HealthLinc, Inc.**
**951 Transport Drive**
**Valparaiso, IN 46383**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.332 4**

**Nonpriority creditor's name and mailing address**

**Healthwise**
**P.O Box 1989**
**Boise, IL 83701-1989**

Date(s) debt was incurred __4/24/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$44,608.16**

---

**3.332 5**

**Nonpriority creditor's name and mailing address**

**HealthWorks**
**P.O Box 829858**
**Philadelphia, PA 19182-9858**

Date(s) debt was incurred __5/4/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$1,914.00**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.332 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Healy, Erin**
**428 Brush Hill Ave**
**Springfield, Massachusetts 01089-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.332 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Heartland Area Education Agency**
**101 South Hanley**
**Johnston, IA 50131**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.332 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**HEARTLAND CORN PRODUCTS**
**53331 State Highway 19**
**Winthrop, MN 55396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.332 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Heartland Health Services**
**2214 N. University St.**
**Poeria, IL 61604**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.333 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Heartland Technology Group**
**1700 Stephen St**
**Little Chute, WI 54140**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.333 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Heather Gustafson**
**4365 Thorn Hill Trail**
**Green Bay, WI 54313**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.333 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hebert, Carley**
**42703 Berrong Ave**
**Winthrop Harbor, Illinois 60096-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.333 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hebron Academy**
**339 Paris Road**
**Heborn, ME 04238**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Heck, Alexandra**
**1619 SE Blairmount Drive**
**Vancouver, Washington 98683-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hedalen, Erika**
**1325 Dunbar Drive**
**St Charles, Missouri 63303-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hedditch, Christopher**
**20884 N Snapdragon Ln**
**Texico, Illinois 62889-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hedge, Felicia**
**5608 Andover Village Way #835**
**Knoxville, Texas 37918-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hedges, Jennifer**
**6215 Tieton Dr**
**Yakima, Washington 98908-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hedges, Shasin**
**12810 E. Bellechase Court**
**Wichita, Kansas 67230-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.3340**

**Nonpriority creditor's name and mailing address**

**Hefler, Rebecca**
**14993 S Eagle Crest Drive**
**Draper, Utah 84020-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.3341**

**Nonpriority creditor's name and mailing address**

**Hegeman, Jessicah**
**208 Mistletoe Dr**
**Newport News, Virginia 23606-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.3342**

**Nonpriority creditor's name and mailing address**

**Heine, Jill**
**4956 Prestonwood Rd**
**Perrysburg, Ohio 43551-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.3343**

**Nonpriority creditor's name and mailing address**

**Heinrich, Brinin**
**5053 Joy Drive**
**Liberty Township, Ohio 45044-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.3344**

**Nonpriority creditor's name and mailing address**

**Heinrich, Patrick**
**5053 Joy Drive**
**Liberty Township, Ohio 45044-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.3345**

**Nonpriority creditor's name and mailing address**

**Heinricher, Melanie**
**259 Lutz Rd**
**Zelienople, Pennsylvania 16063-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.3346**

**Nonpriority creditor's name and mailing address**

**Heintz, Patrick**
**10217 S. Hoyne**
**Chicago, Illinois 60643-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.334 7**

**Nonpriority creditor's name and mailing address**

**Heiy, Lourdes**
**10501 S Aspen Dr**
**Palos Hills, Illinois 60465-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.334 8**

**Nonpriority creditor's name and mailing address**

**Helena Agri-Enterprises, LLC**
**225 Schilling Blvd, Suite 300**
**Collierville, TN 38017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.334 9**

**Nonpriority creditor's name and mailing address**

**Helland, Liane**
**42 Fairmont st**
**unit 2**
**arlington, Massachusetts 02474-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.335 0**

**Nonpriority creditor's name and mailing address**

**Hellmuth Obata & Kassabaum (HOK)**
**10 South Broadway Suite 200**
**St. Louis, MO 63102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.335 1**

**Nonpriority creditor's name and mailing address**

**Helmbrecht, Michele**
**847 Royalwood Lane**
**Oviedo, Florida 32765-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.335 2**

**Nonpriority creditor's name and mailing address**

**Helms, Lauren**
**5913 Beverly Drive**
**Fort Worth, Texas 76132-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.335 3**

**Nonpriority creditor's name and mailing address**

**Helms, Matthew**
**4421 Teresa Trail**
**Midlothian, Texas 76065-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.335
4**

Nonpriority creditor's name and mailing address

**Helmstetler, Robert
807 N. Carrier Pkwy
Grand Prairie, Texas 75050-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.335
5**

Nonpriority creditor's name and mailing address

**Helsham, Sophia
4621 N Damen Ave
Apt 3
Chicago, Illinois 60625-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.335
6**

Nonpriority creditor's name and mailing address

**Hemani, A.
6408 West Kensington Rd
Oklahoma City, Oklahoma 73132-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.335
7**

Nonpriority creditor's name and mailing address

**Hemp, Shelly
331 East Butler Ave
Grant Park, Illinois 60940-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.335
8**

Nonpriority creditor's name and mailing address

**Henderson, Karlisha
7709 Alexanders Ridge Cove
Olive Branch, Mississippi 38654-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.335
9**

Nonpriority creditor's name and mailing address

**Henderson, Maatra
1815 Kessler Park Ct
Houston, Texas 77047-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.336
0**

Nonpriority creditor's name and mailing address

**Henderson, Molly
2051 Rice Road
Lancaster, Pennsylvania 17603-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.336**
**1**

**Nonpriority creditor's name and mailing address**

**Henderson, Selina**
**1442 Willow Lane**
**Apt 4**
**Westmont, Illinois 60559-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.336**
**2**

**Nonpriority creditor's name and mailing address**

**Henderson, Vivian**
**11338 Norwood Ave**
**Riverside, California 92505-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.336**
**3**

**Nonpriority creditor's name and mailing address**

**Hendricks, Beth**
**680 Alstonefield Drive**
**Alpharetta, Georgia 30004-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.336**
**4**

**Nonpriority creditor's name and mailing address**

**Hendricks, Christy**
**2877 Manzanita View Rd**
**Alpine, California 91901-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.336**
**5**

**Nonpriority creditor's name and mailing address**

**Hendricks, Corinne**
**123 West 4th Street**
**Oswego, New York 13126-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.336**
**6**

**Nonpriority creditor's name and mailing address**

**Hendrickson**
**500 Park Blvd # 450**
**Itasca, IL 60143-1285**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.336**
**7**

**Nonpriority creditor's name and mailing address**

**Hendrix, Michael**
**8340 Thompson Road**
**Cicero, New York 13039-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.3368**

**Nonpriority creditor's name and mailing address**

**Heneghan, John**
**5 Deerfield Court**
**Bloomington, Illinois 61705-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3369**

**Nonpriority creditor's name and mailing address**

**Henggeler, Brianna**
**1424 Bristol Terrace #315**
**Lawrence, Kansas 66049-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3370**

**Nonpriority creditor's name and mailing address**

**Henline, Jessica**
**231 Remington Dr**
**Lascassas, Tennessee 37085-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3371**

**Nonpriority creditor's name and mailing address**

**Henning, Darnecha**
**2105 St. John Ave, Apt E2-3**
**Dyersburg, Tennessee 38024-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3372**

**Nonpriority creditor's name and mailing address**

**Henninger, Mikiaila**
**620 S Macon Street**
**Baltimore, Maryland 21224-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3373**

**Nonpriority creditor's name and mailing address**

**Henriquez, Kelly**
**46 Woodlawn Drive**
**Cranston, Rhode Island 02920-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3374**

**Nonpriority creditor's name and mailing address**

**Henry County Commissioners**
**1853 Oakwood Avenue**
**Napoleon, OH 43545**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.337 5**

**Nonpriority creditor's name and mailing address**

**Henry Schein**
**Dept CH 10241**
**Palatine, IL 60055-0241**

Date(s) debt was incurred  **5/15/2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,199.88**

---

**3.337 6**

**Nonpriority creditor's name and mailing address**

**Henry, Gregg-Brooke**
**119 Lakeview Drive**
**Mundelein, Illinois 60060-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.337 7**

**Nonpriority creditor's name and mailing address**

**Henry, Jeffrey**
**PO Box 5135**
**Oceanside, California 92052-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.337 8**

**Nonpriority creditor's name and mailing address**

**Henry, Kelly**
**3804 Brook Shadows Ct**
**Arlington, Texas 76016-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.337 9**

**Nonpriority creditor's name and mailing address**

**Henry, Megan**
**6916 S. Countrywood Circle, Ap**
**Midvale, Utah 84047-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.338 0**

**Nonpriority creditor's name and mailing address**

**Henry, Renee**
**2050 Keller Springs**
**Carrollton, Texas 75006-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.338 1**

**Nonpriority creditor's name and mailing address**

**Herb's Paint and Body Shops**
**120 A Rayflex Drive**
**Richardson, TX 75081**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.338 2**

**Nonpriority creditor's name and mailing address**

**Hergert, Tenaya**
**606 Villard Street**
**Cheney, Washington 99004-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.338 3**

**Nonpriority creditor's name and mailing address**

**Herlan, Christine**
**4449 N. Millgrove**
**Akron, New York 14001-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.338 4**

**Nonpriority creditor's name and mailing address**

**Herman, Noelle**
**1301 NW 72nd Terrace**
**Kansas City, Missouri 64118-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.338 5**

**Nonpriority creditor's name and mailing address**

**Hermanson, Juli**
**6483 Craig Dr**
**Eden Prairie, Minnesota 55346-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.338 6**

**Nonpriority creditor's name and mailing address**

**Hermes, Julie**
**442 Prescott Rd**
**Valparaiso, Indiana 46385-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.338 7**

**Nonpriority creditor's name and mailing address**

**Hermiz, Jennifer**
**1063 Hiawatha Drive**
**Elgin, Illinois 60120-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.338 8**

**Nonpriority creditor's name and mailing address**

**Hernandez Martinez, Johnny**
**7311 Coal Creek Pkwy SE**
**Apt. K103**
**Newcastle, Washington 98059-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.3389**

**Nonpriority creditor's name and mailing address**

**Hernandez, Bianca**
**117 Holleman Dr W Apt 5103**
**College Station, Texas 77840-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3390**

**Nonpriority creditor's name and mailing address**

**Hernandez, Christian**
**2455 Heathway Lane**
**Lima, Ohio 60051-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3391**

**Nonpriority creditor's name and mailing address**

**Hernandez, Guillermina**
**13534 Parker pl**
**Paramount, California 90723-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3392**

**Nonpriority creditor's name and mailing address**

**Hernandez, Jocelyn**
**15908 Blackhawk Street**
**Granada Hills, California 91344-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3393**

**Nonpriority creditor's name and mailing address**

**Hernandez, Melissa**
**5018 Isle Royal Court**
**Oceanside, California 92057-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3394**

**Nonpriority creditor's name and mailing address**

**Hernandez, Natalie**
**7530 SW 108 AVE**
**Miami, Florida 33173-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3395**

**Nonpriority creditor's name and mailing address**

**Hernandez, Roxanne**
**628 Forsythe Ave**
**Calumet City, Illinois 60409-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.339 6**

**Nonpriority creditor's name and mailing address**
**Hernandez, Salvador**
**4313 Florence Dr**
**Johnsburg**
**Johnsburg, Illinois 60051-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.339 7**

**Nonpriority creditor's name and mailing address**
**Hernandez-Spina, Bertha Elizabeth**
**1030 21st St**
**Beaumont, Texas 77706-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.339 8**

**Nonpriority creditor's name and mailing address**
**Herod, Michelle**
**6100 Center St**
**Mentor, Ohio 44060-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.339 9**

**Nonpriority creditor's name and mailing address**
**Heron, Sahar**
**1360 Turnpike St.**
**Stoughton, Massachusetts 02072-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.340 0**

**Nonpriority creditor's name and mailing address**
**Herr, Kara**
**45 Long Bridge Drive**
**Mount Laurel, New Jersey 08054-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.340 1**

**Nonpriority creditor's name and mailing address**
**Herrera, Marisa**
**606 Lemon Dr.**
**Arlington, Texas 76002-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.340 2**

**Nonpriority creditor's name and mailing address**
**Herrick, Abby**
**4216 Lorraine Ct.**
**High Ridge, Missouri 63049-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.340 3**

**Nonpriority creditor's name and mailing address**
**Herron, Apryl**
**14690 Orchard Ave, Ne**
**Aurora, Oregon 97002-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.340 4**

**Nonpriority creditor's name and mailing address**
**Herron, Maggie**
**1626 James Street**
**Hueytown, Alabama 35061-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.340 5**

**Nonpriority creditor's name and mailing address**
**Herscher CUSD 2**
**501 N. Main Street**
**Herscher, IL 60941**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.340 6**

**Nonpriority creditor's name and mailing address**
**Hersey, Wanda**
**19 Kemp Ave**
**Glen Cove, New York 11542-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.340 7**

**Nonpriority creditor's name and mailing address**
**Herwig, Kari**
**4907 Cecilville Ave**
**La Crescenta, California 91214-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.340 8**

**Nonpriority creditor's name and mailing address**
**Hess, Alexandria**
**14616 NE 146th Terrace**
**Kearney, Missouri 64060-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.340 9**

**Nonpriority creditor's name and mailing address**
**Hess, Danielle**
**102 West Dorothys Way**
**Lincoln University, Pennsylvania 19352-0**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.3410**

Nonpriority creditor's name and mailing address

**Hess, Lisa**
**1309 Roberts Dr**
**Kokomo, Indiana 46902-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3411**

Nonpriority creditor's name and mailing address

**Hetzel, Christine**
**2 Kent Road**
**APT 1**
**Wappingers Falls, New York 12590-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3412**

Nonpriority creditor's name and mailing address

**Hewitt, Maricolleen**
**11029 W. Joliet Rd**
**Peotone, Illinois 60468-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3413**

Nonpriority creditor's name and mailing address

**Heyman, Matthew**
**7904 Della Rose Ct**
**Pasadena, Maryland 21122-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3414**

Nonpriority creditor's name and mailing address

**HG Meigs LLC**
**1220 Superior St**
**Portage, WI 53901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3415**

Nonpriority creditor's name and mailing address

**Hiatt, Nicole**
**101 Nw 2nd Street**
**Casey, Illinois 62420-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3416**

Nonpriority creditor's name and mailing address

**Hibben, Gail**
**667 John Hancock Lane**
**West Melbourne, Florida 32904-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.341 7**

**Nonpriority creditor's name and mailing address**

**Hicks, Nastashia**
**10890 Church St**
**Box 872**
**Maringouin, Louisiana 70757-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.341 8**

**Nonpriority creditor's name and mailing address**

**Hickson, Jonathan**
**4335 Taney Avenue, Apt 201**
**Alexandria, Virginia 22304-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.341 9**

**Nonpriority creditor's name and mailing address**

**Hicksville Schools**
**958 East High Street**
**Hicksville, OH 43526**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.342 0**

**Nonpriority creditor's name and mailing address**

**Hidalgo-Vasquez, Yaneth**
**536 Main Street**
**Peckville, Pennsylvania 18452-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.342 1**

**Nonpriority creditor's name and mailing address**

**Hider, Catrina**
**212 Valleyglen Drive**
**Desoto, Texas 75115-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.342 2**

**Nonpriority creditor's name and mailing address**

**Higgins, Amanda**
**2409 Diamondhitch Trail**
**Raleigh, North Carolina 27615-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.342 3**

**Nonpriority creditor's name and mailing address**

**Higgins, Crystal**
**5627 Chelwynd Rd**
**Baltimore, Maryland 21227-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.342 4 | | | |

**Nonpriority creditor's name and mailing address**

**Higgins, Rose**
**5305 Manorfield Road**
**Rockville, MD, Maryland 20853-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.342 5 | | | |

**Nonpriority creditor's name and mailing address**

**Highland Meadows Christian Church dba Co**
**2600 Hall-Johnson Rd**
**Colleyville, TX 76034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.342 6 | | | |

**Nonpriority creditor's name and mailing address**

**Higley, Robin**
**7 Sweetgrass Rd**
**Clancy, Montana 59634-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.342 7 | | | |

**Nonpriority creditor's name and mailing address**

**Hikichi, Lynn**
**3634 N Desert Oasis**
**Mesa, Arizona 85207-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.342 8 | | | |

**Nonpriority creditor's name and mailing address**

**Hilbert, Paula**
**59 Dogwood Trail**
**Ocala, Florida 34472-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.342 9 | | | |

**Nonpriority creditor's name and mailing address**

**Hilbrich, Brooke**
**220 Firebird Run**
**Cibolo, Texas 78108-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.343 0 | | | |

**Nonpriority creditor's name and mailing address**

**Hill, Colin**
**14621 South Elk Creek Rd**
**Pine, Colorado 80470-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.343**
**1**

**Nonpriority creditor's name and mailing address**

**Hill, Ellanida**
**3412 Colonial Dr**
**Forest Hill, Texas 76140-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.343**
**2**

**Nonpriority creditor's name and mailing address**

**Hill, Joan**
**26 Ranger Road**
**Natick, Massachusetts 01760-3232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.343**
**3**

**Nonpriority creditor's name and mailing address**

**Hill, Joyce**
**6516 S Maryland Ave**
**Chicago, Illinois 60637-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.343**
**4**

**Nonpriority creditor's name and mailing address**

**Hill, Juyanna**
**6512 N. Military Hwy**
**Norfolk, Virginia 23518-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.343**
**5**

**Nonpriority creditor's name and mailing address**

**Hill, Kevin**
**100 South Palomar Dr**
**Redwood City, California 94062-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.343**
**6**

**Nonpriority creditor's name and mailing address**

**Hill, Laura**
**1031 Caballo Trail**
**Gallatin, Tennessee 37066-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.343**
**7**

**Nonpriority creditor's name and mailing address**

**Hill, Otissicia**
**6051 Roma Druve**
**AOT 804**
**Shreveport, Louisiana 71105-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.3438**

**Nonpriority creditor's name and mailing address**

**Hill, Ryane**
**1241 Boynton Street**
**#23**
**Glendale, California 91205-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3439**

**Nonpriority creditor's name and mailing address**

**Hill, Tatiana**
**2033 Keswick Villiage Ct.**
**Conyers, Georgia 30013-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3440**

**Nonpriority creditor's name and mailing address**

**Hill-Armendariz, Martha**
**227 Samaria Lane**
**Oakland, California 94619-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3441**

**Nonpriority creditor's name and mailing address**

**Hill-Loyal, Gray'ce**
**3 Hunting Horn Court**
**Reisterstown, Maryland 21136-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3442**

**Nonpriority creditor's name and mailing address**

**Hillberry, Marie**
**P.O. Box 725**
**Lolo, Montana 59847-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3443**

**Nonpriority creditor's name and mailing address**

**Hiller, Bradley**
**3611 Kestral Dr**
**Naperville, Illinois 60564-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3444**

**Nonpriority creditor's name and mailing address**

**Hindman, Cameron Puckett**
**201 Pyracantha Dr**
**Holly Springs, North Carolina 27540-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.344
5**

**Nonpriority creditor's name and mailing address**

**Hinds, Tiffany**
**25 ashton dr**
**covington, Georgia 30016-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.344
6**

**Nonpriority creditor's name and mailing address**

**Hinsdale High Schools**
**5500 South Grant Street**
**Hinsdale, IL 60521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.344
7**

**Nonpriority creditor's name and mailing address**

**Hinton, Dorene**
**800 E. Grand Ave, APT 35B-B**
**Carbondale, Illinois 62901-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.344
8**

**Nonpriority creditor's name and mailing address**

**Hintz, Molly**
**103 Garden St**
**Bristol, Connecticut 06010-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.344
9**

**Nonpriority creditor's name and mailing address**

**Hiralall, Reshma**
**104-36 120 street**
**Richmond Hill, New York 11419-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.345
0**

**Nonpriority creditor's name and mailing address**

**Hirshorn, Adam**
**1415 W. Fletcher St.**
**Chicago, Illinois 60657-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.345
1**

**Nonpriority creditor's name and mailing address**

**Hispanic Housing Development Corporation**
**325 N. Wells Street**
**8th Floor**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.345**
**2**

**Nonpriority creditor's name and mailing address**
**Hix, Stephanie**
**13631 Guildford St**
**Waverly, Nebraska 68462-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.345**
**3**

**Nonpriority creditor's name and mailing address**
**Hjelm, Keve**
**149 South Bryson Court**
**Nampa, Idaho 83686-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.345**
**4**

**Nonpriority creditor's name and mailing address**
**HM.Clause**
**9 River Park Place East suite 310**
**Fresno, CA 93720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.345**
**5**

**Nonpriority creditor's name and mailing address**
**HN Precision**
**601 North Skokie Highway**
**Lake Bluff, IL 60044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.345**
**6**

**Nonpriority creditor's name and mailing address**
**HNI Risk Services Inc.**
**16805 W Cleveland Ave**
**New Berlin, WI 53151**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.345**
**7**

**Nonpriority creditor's name and mailing address**
**Ho-Chunk Healthcare Center Laboratory**
**N6520 Lumber Jack Guy Road**
**Black River Falls, WI 54615**

Date(s) debt was incurred  **2/5/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**$231.00**

---

**3.345**
**8**

**Nonpriority creditor's name and mailing address**
**Ho-Chunk Nation**
**W9814 Airport Road**
**Black River Falls, WI 54615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.3459**

**Nonpriority creditor's name and mailing address**

HOAGLAND, LONGO, MORAN, DUNST &
DOUKAS,
40 Paterson Street
New Brunswick, NJ 08901

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3460**

**Nonpriority creditor's name and mailing address**

Hoang, Long
1426 Foothill Meadows Ct
San Jose, California 95131-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3461**

**Nonpriority creditor's name and mailing address**

Hobbs, Kara
6 Painters Place Court
Owings Mills, Maryland 21117-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3462**

**Nonpriority creditor's name and mailing address**

Hockman, Kelly
289 milroy drive
Winchester, Virginia 22602-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3463**

**Nonpriority creditor's name and mailing address**

Hodge, Nicole
2017 Friendly Height Blvd
Decator, Georgia 30035-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3464**

**Nonpriority creditor's name and mailing address**

Hodges, Heather
9738 Biggs Rd
Middle River, Maryland 21220-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3465**

**Nonpriority creditor's name and mailing address**

Hodges, Jean
11 North Carolina Ave
970 Shady Tree Road
Benson, North Carolina 27504-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.346 6 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hoerman, Marleen**
**31 Forest Hills Drive**
**Washington, Missouri 63090-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 7 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hofer, Vanessa**
**5828 N. Melvina Ave**
**Chicago, Illinois 60646-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 8 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**HOFFER PLASTICS CORPORATION**
**500 N. Collins**
**South Elgin, IL 60177**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 9 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hoffman, Jennifer**
**101 Northfield Drive**
**APT I-5**
**Normal, Illinois 61761-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 0 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hoffman, Megan**
**800 S. Bouldin Street**
**Baltimore, Maryland 21224-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 1 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hoffman, Sophia**
**6 East Monroe Street**
**Apt. 1503**
**Chicago, Illinois 60603-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 2 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hoffman, Taylor**
**505 Newtown Drive**
**Buffalo Grove, Illinois 60089-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.347 3**

**Nonpriority creditor's name and mailing address**

**Hoffnagle, Ryan**
**605 W. St. John's Ave**
**Austin, Texas 78752-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.347 4**

**Nonpriority creditor's name and mailing address**

**Hogan-Shanbhag, Sofia**
**2300 Wilson Ave**
**Claymont, Delaware 19703-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.347 5**

**Nonpriority creditor's name and mailing address**

**Hogue, Robert**
**2769 Shellingham Drive**
**Lisle, Illinois 60532-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.347 6**

**Nonpriority creditor's name and mailing address**

**Hohman Plating**
**814 Hillrose Avenue**
**Dayton, OH 45404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.347 7**

**Nonpriority creditor's name and mailing address**

**Holbert, Pamela**
**3374 Esquire Drive**
**Murfreesboro, Tennessee 37130-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.347 8**

**Nonpriority creditor's name and mailing address**

**Holbert, Terry**
**3996 Cedarwood**
**Williamsburg, Virginia 23188-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.347 9**

**Nonpriority creditor's name and mailing address**

**Holbrook Unified School District**
**1000 N 8th Ave**
**Holbrook, AZ 86025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.348 0**

**Nonpriority creditor's name and mailing address**

**Holcomb, Anna**
**1228 Alaska Avenue B**
**Fort Campbell, Tennessee 42223-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.348 1**

**Nonpriority creditor's name and mailing address**

**Holder, Jennifer**
**119 Burnett Drive**
**Wartrace, Tennessee 37183-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.348 2**

**Nonpriority creditor's name and mailing address**

**Holderread, Brendan**
**3127 Emerald Grove Drive**
**Kingwood, Texas 77345-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.348 3**

**Nonpriority creditor's name and mailing address**

**Holgate Schools**
**801 E. Joe E. Brown**
**Holgate, OH 43527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.348 4**

**Nonpriority creditor's name and mailing address**

**Holicky, Michelle**
**1707 NE 181st Street**
**Smithville, Missouri 64089-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.348 5**

**Nonpriority creditor's name and mailing address**

**Holinsworth, Leslie**
**18 Orchard Acress Drive**
**Morgantown, West Virginia 26508-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.348 6**

**Nonpriority creditor's name and mailing address**

**Holland Acquisitions, Inc.**
**309 West 7th Street, Suite 200**
**Fort Worth, TX 76102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|--------|-----------------------------------|------------------------|----------------|
| | Name | | |

---

**3.3487**

Nonpriority creditor's name and mailing address
**Holland, Gina**
**522 Ohio Street**
**Lima, Ohio 45804-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3488**

Nonpriority creditor's name and mailing address
**Holland, Keith**
**1711 E. Franklin Street**
**Apt A**
**Richmond, Virginia 23223-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3489**

Nonpriority creditor's name and mailing address
**Holland, Toni**
**2525 E Washington St.**
**Suffolk, Virginia 23434-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3490**

Nonpriority creditor's name and mailing address
**Hollie, Miji**
**12700 Craven Avenue**
**Cleveland, Ohio 44105-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3491**

Nonpriority creditor's name and mailing address
**Hollington, Sarah**
**1521 Gardenton St NW**
**Palm Bay, Florida 32907-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3492**

Nonpriority creditor's name and mailing address
**Hollister Construction**
**339 Jefferson Road**
**Parsippany, NJ 07054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3493**

Nonpriority creditor's name and mailing address
**Hollman, Anjelica**
**7407 E 133rd St**
**Grandview, Missouri 64030-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.349
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Hollman, Regina**<br>**459 Railroad Ave**<br>**Clearbrook, Minnesota 56634-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.349
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Holloway, Shanikia**<br>**3529 Chimney Rock Dr**<br>**Forest Hill, Texas 76140-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.349
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Holman, Ibn-Saleem**<br>**37 Western Parkway**<br>**Irvington, New Jersey 07111-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.349
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Holmer, Brittany**<br>**19 Lesley Lane**<br>**Northfield, New Jersey 08225-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.349
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Holmes, Anita**<br>**143 S. Garfield Ave**<br>**Columbus, Ohio 43205-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.349
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Holmes, Denise**<br>**1859 Garden Lane**<br>**Cincinnati, Ohio 45237-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.350
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Holmes, Kellie**<br>**101 Lantana Ln**<br>**Teague, Texas 75860-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.350 1**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Holmes, Patricia**<br>**4041 Georgia Rd**<br>**Chesapeake, Virginia 23321-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.350 2**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Holohan, Erin**<br>**308 Henrietta Avenue**<br>**Los Osos, California 93402-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.350 3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **HOLT COUNTY**<br>**204 North 4th St.**<br>**O'Neill, NE 68763** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.350 4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Holtec International**<br>**1 Holtec Drive**<br>**Marlton, NJ 08053** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.350 5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Holton Community Hospital**<br>**1110 Columbine Drive**<br>**Holton, KS 66436** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.350 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218.40** |
|---|---|---|
| **Holy Family Transcend**<br>**PO Box 2170**<br>**Manitowoc, WI 54221-2170** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **5/1/2020** | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.350 7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,711.75** |
|---|---|---|
| **Homeland Health Specialists-IH**<br>**0**<br>**00000, 00000 00000-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2/1/2020** | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.3508**

**Nonpriority creditor's name and mailing address**
HOMER SCHOOL DISTRICT
15733 Bell Road
Homer Glen, IL 60491

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3509**

**Nonpriority creditor's name and mailing address**
Honeycutt, Courteney
2817 Alexander Ct
Plano, Texas 75074-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3510**

**Nonpriority creditor's name and mailing address**
Hoober, Rachel
69 Oxford Village
Lancaster, Pennsylvania 17602-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3511**

**Nonpriority creditor's name and mailing address**
Hooper, Zoey
6105 Kifisia Way
Fair Oaks, California 95628-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3512**

**Nonpriority creditor's name and mailing address**
Hoosier Racing Tire Corp.
65465 U.S. 31
PO BOX 530
Lakeville, IN 46536

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3513**

**Nonpriority creditor's name and mailing address**
Hoover, Amy
73 S. Main Street
Shickshinny, Pennsylvania 18655-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3514**

**Nonpriority creditor's name and mailing address**
Hoover, Kenneth
6535 Eberhart
Chicago, Illinois 60637-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.351 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hoover, Laura**
**6924 Villa Hermosa**
**El Paso, Texas 79912-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hoover-Schrum SD 157**
**1255 Superior Avenue**
**Calumet City, IL 60409**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hopkins, Joyce**
**950 Olde Oak Court**
**Norman, Oklahoma 73026-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hopkins, Khomeni**
**2814 Marnat Road**
**Apt. A**
**Baltimore, Maryland 21209-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hopkins, Rebecca**
**1555 2nd Ave**
**Apt #4R**
**New York, New York 10028-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hopkins, Rita**
**526 Hawk Lane**
**Clyde, Texas 79510-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hopp, Mary**
**835 37th Street Ne**
**Cedar Rapids, Iowa 52402-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Interactive Health Solutions, Inc.**

Name

Case number (*if known*)    **20-11530 (BLS)**

---

| 3.352 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hoppa, Mandi**
**1051 Denton St #7**
**La Crosse, Wisconsin 54601-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hopper, Tracey**
**242 Exekial Ave.**
**Dallas, Texas 75217-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$405.00** |
|---|---|---|---|

**Horan Associates, Inc.**
**4990 E. Galbraith Road**
**Cincinnati, OH 45236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/24/2020**

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Horan, Catherine**
**4804 Norstar Blvd**
**APT 321**
**Liverpool, New York 13088-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Horen, Maria**
**5322 Long Sky Court**
**Columbia, Maryland 21045-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Horizon Community Learning Center**
**16233 S 48th Street**
**Phoenix, AZ 85048**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Horn, Kailea**
**11301 S. 104 E. Ave**
**Bixby, Oklahoma 74008-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.3529**

Nonpriority creditor's name and mailing address
**Horn, Trina**
**1402 Barlow Ave**
**Dallas, Texas 75224-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3530**

Nonpriority creditor's name and mailing address
**Horning, Virginia**
**2523 Hunton Place**
**Alexandria, Virginia 22311-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3531**

Nonpriority creditor's name and mailing address
**Hornsby, Jennifer**
**8715 Village Terrace**
**Houston, Texas 77040-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3532**

Nonpriority creditor's name and mailing address
**Horst, Nicole**
**10389 Rapids Road**
**Clarence Center, New York 14032-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3533**

Nonpriority creditor's name and mailing address
**Horstman, Madison**
**1000 Shumway Ave**
**Faribault, Minnesota 55021-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3534**

Nonpriority creditor's name and mailing address
**Horton, Jodi**
**10117 SE Sunnyside Rd**
**Suite F Box 501**
**Clackmas, Oregon 97015-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3535**

Nonpriority creditor's name and mailing address
**Horton, Shannon**
**1450 E. Knoll Cir. #4**
**Mesa, Arizona 85203-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.353 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Horvatits, Jessica**
**123 Kenview Ave-Left**
**Tonawanda, New York 14217-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.353 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hose & Rubber Supply**
**3450 South 300 West**
**Salt Lake City, UT 84115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.353 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hoskins, Donnisha**
**10334 Chauncer St**
**Westchester, Illinois 60154-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.353 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hoskins, Jamika**
**354 West 116th Street**
**Chicago, Illinois 60628-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.354 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hoskins, John**
**8900 Eagleview Dr #11**
**West Chester, Ohio 45069-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.354 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hoster, Nicholas**
**314 W Sunset Rd**
**Lehighton, Pennsylvania 18235-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.354 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hotaling, Jenna**
**48 Dohrcrest Dr**
**Rochester, New York 14612-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.354 3**

**Nonpriority creditor's name and mailing address**

**Hottmann, Suzanne**
**4658 Sunny Meadow Drive**
**South Jordan, Utah 84009-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.354 4**

**Nonpriority creditor's name and mailing address**

**Hough, Kenyatta**
**701 Kennolia Dr, SW**
**Atlanta, Georgia 30310-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.354 5**

**Nonpriority creditor's name and mailing address**

**Hough, Mary**
**1 Rayes Drive**
**Hudson, New Hampshire 03051-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.354 6**

**Nonpriority creditor's name and mailing address**

**HOULIHAN LOKEY**
**225 S. 6th St.**
**Suite 4950**
**Minneapolis, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.354 7**

**Nonpriority creditor's name and mailing address**

**Houmes, Casie**
**1382 Old Millpond Road**
**Melbourne, Florida 32940-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.354 8**

**Nonpriority creditor's name and mailing address**

**House, Arianna**
**310 Stonehurst Ln**
**Roselle, Illinois 60172-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.354 9**

**Nonpriority creditor's name and mailing address**

**Houston, Danielle**
**1401 Weldon Place South Apt A-**
**Baltimore, Maryland 21211-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.355 0**

**Nonpriority creditor's name and mailing address**

**Houston-Galveston Area Council**
**117 Lane Dr, #32**
**Rosenberg, TX 77471**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.355 1**

**Nonpriority creditor's name and mailing address**

**Houston-Pasadena Apache Oil Company**
**5136 Spencer Hwy**
**Pasadena, TX 77505**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.355 2**

**Nonpriority creditor's name and mailing address**

**Howard, Arthur**
**11 Old Presidio Dr**
**Manvel, Texas 77578-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.355 3**

**Nonpriority creditor's name and mailing address**

**Howard, Carole**
**2017 Hillside Drive**
**Mt Dora, Florida 32757-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.355 4**

**Nonpriority creditor's name and mailing address**

**Howard, Kimberly**
**10526 St. Xavier**
**St. Ann, Missouri 63074-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.355 5**

**Nonpriority creditor's name and mailing address**

**Howard, Melanie**
**1801 Marbel Creek Lane**
**Nicholasville, Kentucky 40356-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.355 6**

**Nonpriority creditor's name and mailing address**

**Howard, Rebecca**
**1250 South Clermont Street**
**Building 1 #302**
**Denver, Colorado 80246-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.355 7**

**Nonpriority creditor's name and mailing address**
**Howard, Stephanie**
**9038 s. Lowe**
**chicago, Illinois 60620-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.355 8**

**Nonpriority creditor's name and mailing address**
**Howard, Tammy**
**523 Settlement Lane**
**Newport News, Virginia 23608-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.355 9**

**Nonpriority creditor's name and mailing address**
**Howarth, Dawn**
**2277 E Palm Beach Dr**
**Chandler, Arizona 85249-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.356 0**

**Nonpriority creditor's name and mailing address**
**Howe, Esther**
**P.O. Box 216**
**191 Pleasant Valley Rd**
**Underhill Center, Vermont 05490-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.356 1**

**Nonpriority creditor's name and mailing address**
**Howell, David**
**213 Tantallon Dr**
**Ocean Springs, Mississippi 39564-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.356 2**

**Nonpriority creditor's name and mailing address**
**Howlett, Carly**
**4539 Newbern Heights Drive**
**Pulaski, Virginia 24301-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.356 3**

**Nonpriority creditor's name and mailing address**
**Howlett, Kayla**
**45 Trumbauersville Road**
**Quakertown, Pennsylvania 18951-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.356 4**

**Nonpriority creditor's name and mailing address**
**Hoxsey, Caitlin**
**23935 SE 6th Street**
**Sammamish, Washington 98074-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.356 5**

**Nonpriority creditor's name and mailing address**
**Hoy, Karen**
**975 Hcr 1221**
**Blum, Texas 76627-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.356 6**

**Nonpriority creditor's name and mailing address**
**HP Hood**
**6 Kimball Lane**
**Lynnfield, MA 01940**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.356 7**

**Nonpriority creditor's name and mailing address**
**HP Hood - MA**
**Kimball Lane**
**Lynn, MA 01940**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.356 8**

**Nonpriority creditor's name and mailing address**
**Hribek, Lauren**
**1040 Chatham St. NW**
**Grand Rapids, Michigan 49508-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.356 9**

**Nonpriority creditor's name and mailing address**
**Hsiao, Patricia**
**3555 W. Bullard Ave #273**
**Fresno, California 93711-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.357 0**

**Nonpriority creditor's name and mailing address**
**Hu-Friedy**
**3232 N. Rockwell St.**
**Chicago, IL 60618-5935**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.357**
**1**

**Nonpriority creditor's name and mailing address**
**Hubbard, Mariah**
**1201 John Douglass Dr SW**
**Marietta, Georgia 30064-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.357**
**2**

**Nonpriority creditor's name and mailing address**
**Hubbard, Samuel**
**320 Alexis Drive**
**Glen Burnie, Maryland 21061-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.357**
**3**

**Nonpriority creditor's name and mailing address**
**Hubbell Incorporated**
**40 Watervew Drive**
**Shelton, CT 06484**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.357**
**4**

**Nonpriority creditor's name and mailing address**
**Huber, Rosanne**
**34330 N. Bobolink Trail**
**Grayslake, Illinois 60030-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.357**
**5**

**Nonpriority creditor's name and mailing address**
**Huber, Tammi**
**3736 Sw Alice**
**Portland, Oregon 97219-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.357**
**6**

**Nonpriority creditor's name and mailing address**
**Hubert, Emily**
**48 Pearl Street #3**
**Somerville, Massachusetts 02145-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.357**
**7**

**Nonpriority creditor's name and mailing address**
**Hubner, Brook**
**180 Holly Ave #19**
**Carpinteria, California 93013-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|--------|------------------------|---|--------------------|---------------------|
| | Name | | | |

---

**3.357
8**

**Nonpriority creditor's name and mailing address**

**Hubner, Danielle**
**2044 Wildwood Lane**
**Hanover Park, Illinois 60133-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.357
9**

**Nonpriority creditor's name and mailing address**

**Hubtech Ventures LLC dba SSO Easy**
**152 Paul Revere Road**
**Needham Heights, MA 02494**

Date(s) debt was incurred  **3/1/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$3,900.00**

---

**3.358
0**

**Nonpriority creditor's name and mailing address**

**Huddleston, Kristina**
**5272 Chiswick Circle**
**Belle Isle, Florida 32812-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.358
1**

**Nonpriority creditor's name and mailing address**

**Hudnell, Jamela**
**3419 Lyndale Ave N**
**Minneapolis, Minnesota 55412-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.358
2**

**Nonpriority creditor's name and mailing address**

**Hudson, Brooke**
**1318 East 41st Place**
**#601**
**Tulsa, Oklahoma 74105-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.358
3**

**Nonpriority creditor's name and mailing address**

**Hudson, Rachel**
**11268 Grove ST**
**Unit C**
**Westminster, Colorado 80224-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.358
4**

**Nonpriority creditor's name and mailing address**

**Hudson, Yvonne**
**703 Bethnal Road**
**Baltimore, Maryland 21229-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.358 5**

**Nonpriority creditor's name and mailing address**

**Huerfano County Hospital dba Spanish Pea**
**23500 US Highway**
**Walsenburg, CO 81089**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.358 6**

**Nonpriority creditor's name and mailing address**

**Huerta, Bobbi**
**11520 W. Bayshore Drive**
**Unit 25**
**Crystal River, Florida 34429-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.358 7**

**Nonpriority creditor's name and mailing address**

**Huff, Chanda**
**122 S 9th Ave**
**Maywood, Illinois 60153-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.358 8**

**Nonpriority creditor's name and mailing address**

**Huffer, Chelsy**
**5320 S. 500 E.**
**Cutler, Indiana 46920-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.358 9**

**Nonpriority creditor's name and mailing address**

**Huffman, Brandy**
**11 Park Drive**
**Fairmont, West Virginia 26554-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.359 0**

**Nonpriority creditor's name and mailing address**

**Huffstutler, Casey**
**166 Kentucky Court**
**Manteca, California 95337-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.359 1**

**Nonpriority creditor's name and mailing address**

**Huggins, Maresa**
**6405 Donleigh Drive**
**Apt. 103**
**Bartlett, Tennessee 38135-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.359
2**

**Nonpriority creditor's name and mailing address**

**Hughes, Geraldine
309 Patleigh Road
Catonsville, Maryland 21228-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.359
3**

**Nonpriority creditor's name and mailing address**

**Hughes, Michael
110 Craig Street
Como, Mississippi 38619-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.359
4**

**Nonpriority creditor's name and mailing address**

**Hulett, Kathleen
1360 Ranchview Rd
Helena, Montana 59602-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.359
5**

**Nonpriority creditor's name and mailing address**

**Hulk, Incredible
777 Marvel Comic Lane
New York, New York 10018-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.359
6**

**Nonpriority creditor's name and mailing address**

**Hull, Valerie
280 Covey Run
Selah, Washington 98942-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.359
7**

**Nonpriority creditor's name and mailing address**

**Hulm, Jamie
620 Greywell Court
Greer, South Carolina 29651-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.359
8**

**Nonpriority creditor's name and mailing address**

**Human Resource Development Council
32 South Tracy Ave
Bozeman, MT 59715**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.3599**

**Nonpriority creditor's name and mailing address**
**Humburg, Alyssa**
**2335 Stewart Ave**
**Apt. 306**
**Saint Paul, Minnesota 55116-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.3600**

**Nonpriority creditor's name and mailing address**
**Humes, Delana**
**2408 Angus Dr**
**Gillette, Wyoming 82718-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.3601**

**Nonpriority creditor's name and mailing address**
**Humphrey, Madisen**
**4150 south 300 east apt332**
**Mill creek, Utah 84107-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.3602**

**Nonpriority creditor's name and mailing address**
**Humphrey, Oddie**
**1802A Priceville Road**
**Gilbert, South Carolina 29210-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.3603**

**Nonpriority creditor's name and mailing address**
**Hundley, Tara**
**2100 Forest Park Ave Lot 2**
**Atchison, Kansas 66002-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.3604**

**Nonpriority creditor's name and mailing address**
**Hungate, Zachery**
**213 Exchange Street**
**Colona, Illinois 61241-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.3605**

**Nonpriority creditor's name and mailing address**
**Hunt Companies**
**980 North Michigan Avenue**
**Suite 1150**
**Chicago, IL 60611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.360 6**

**Nonpriority creditor's name and mailing address**

**Hunt, Cynthia**
**734 West Avenue**
**# B**
**Red Wing, Minnesota 55066-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.360 7**

**Nonpriority creditor's name and mailing address**

**Hunt, Eden**
**932 Canal Street**
**Irving, Texas 75063-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.360 8**

**Nonpriority creditor's name and mailing address**

**Hunt, Gwendolyn**
**8605 N Shermer Road**
**Niles, Illinois 60714-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.360 9**

**Nonpriority creditor's name and mailing address**

**Hunt, Stephen**
**741 Richwood Ave, Unit 9**
**Morgantown, West Virginia 26505-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.361 0**

**Nonpriority creditor's name and mailing address**

**Hunter, Dana**
**5227 Fairhaven Road**
**Clifton Heights, Pennsylvania 19018-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.361 1**

**Nonpriority creditor's name and mailing address**

**Hunter, Emily**
**130 Hounds Run**
**Loveland, Ohio 45140-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.361 2**

**Nonpriority creditor's name and mailing address**

**Hunter, Natalia**
**13245 Midbluff Ave**
**San Diego, California 92128-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.361 3**

**Nonpriority creditor's name and mailing address**

**Hunter, Tierra**
**2040 hammond ct**
**hayes, Virginia 23072-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.361 4**

**Nonpriority creditor's name and mailing address**

**Hunter, Tonya**
**6312 Seven Corners ctr 332**
**APT 332**
**Falls Church, Virginia 22044-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.361 5**

**Nonpriority creditor's name and mailing address**

**Huntington Foam LLC**
**125 Caliber Rigde Dr. Suite 20**
**Greer, SC 29651**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.361 6**

**Nonpriority creditor's name and mailing address**

**Huntington Ingalls Industries, Inc.**
**2401 West Avenue**
**Newport News, VA 23607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.361 7**

**Nonpriority creditor's name and mailing address**

**Huntley Community School District 158**
**650 Academic Drive**
**Algonquin, IL 60102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.361 8**

**Nonpriority creditor's name and mailing address**

**Hupp, Meghan**
**1885 Wright Lane**
**Hanover Park, Illinois 60133-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.361 9**

**Nonpriority creditor's name and mailing address**

**Hurco**
**One Technology Way P.O. Box 68180**
**Indianapolis, IN 46268**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.362 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hurd, Mondolyn**
**9724 Wilkerson Circle**
**Moss Point, Mississippi 39562-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hurley Medical Center**
**1 Hurley Plaza**
**Flint, MI 48503**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hurley, Brittany**
**2183 West Concord Lane**
**Addison, Illinois 60101-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Huron Consulting Group Inc.**
**550 W. Van Buren Ste. 1700**
**Chicago, IL 60607**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hurst, Kajsha**
**429 Gregory Ave.**
**Apt 2B**
**Glendale Heights, Illinois 60139-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hurtig, Mark**
**383 Willimington**
**302f**
**Bartlett, Illinois 60103-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hussain, Syed**
**10616 Mellow Meadow Dr apt#48B**
**Austin, Texas 78750-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.362 7**

**Nonpriority creditor's name and mailing address**
**Hutt, Jamie**
**20 Winslow Street**
**Shrewsbury, Massachusetts 01545-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.362 8**

**Nonpriority creditor's name and mailing address**
**Hutton, Sandra**
**8129 Claiborne Drive**
**Frederick, Maryland 21702-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.362 9**

**Nonpriority creditor's name and mailing address**
**Huynh, Deanna**
**3801 Parkview Lane #12b**
**Irvine, California 92612-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.363 0**

**Nonpriority creditor's name and mailing address**
**HYDRO, INC.**
**834 W. Madison**
**Chicago, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.363 1**

**Nonpriority creditor's name and mailing address**
**HYDROMAT INC**
**11600 Adie Rd**
**Maryland Heights, MO 63043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.363 2**

**Nonpriority creditor's name and mailing address**
**Hykel, Rachel**
**2205 Olcott Avenue**
**Ardmore, Pennsylvania 19003-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.363 3**

**Nonpriority creditor's name and mailing address**
**HYLA, Inc**
**1507 LBJ Freeway Suite #500**
**Dallas, TX 75234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.363 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hylant**
**811 Madison Ave FL 11**
**Miami, FL 33155-5550**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hyle, Lauren**
**4903 B Hawk Cove**
**Austin, Texas 78745-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hyman, Latasha**
**620 Jaeger Court**
**Sicklerville, New Jersey 08081-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hyman, Phelps, McNamara, P.C.**
**700 13th Street NW, Suite 1200**
**Washington, DC 20005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,846.93** |
|---|---|---|---|

**Hype Labs, LLC**
**4476 Main Street**
**Suite 104**
**Buffalo, NY 14226**

Date(s) debt was incurred  4/1/2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Iancu, Dima**
**202 Wheeling Ave**
**Wheeling, Illinois 60090-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Iannaco, Erica**
**6 Lincoln ave**
**Sicklerville, New Jersey 08081-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)    **20-11530 (BLS)**
_____

---

**3.364**
**1**

**Nonpriority creditor's name and mailing address**
**Iatomasi, Jason**
**2200 Hitching Post Lane**
**Schaumburg, Illinois 60194-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.364**
**2**

**Nonpriority creditor's name and mailing address**
**Ibe, Adamma**
**2821 Royal Bluff**
**Decatur, Georgia 30030-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.364**
**3**

**Nonpriority creditor's name and mailing address**
**Ice Services**
**2606 C Street**
**Barrow, AK 32226-2400**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.364**
**4**

**Nonpriority creditor's name and mailing address**
**ICL Americas LLC**
**622 Emerson Rd**
**Suite 500**
**St. Louis, MO 63141**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.364**
**5**

**Nonpriority creditor's name and mailing address**
**ICON Burger Acquisition LLC dba Smashbur**
**3900 E. Mexico Ave, Suite 1200**
**Denver, CO 80210**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.364**
**6**

**Nonpriority creditor's name and mailing address**
**Idaho State Tax Commission**
**PO Box 36**
**Boise, ID 83722-0410**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.364**
**7**

**Nonpriority creditor's name and mailing address**
**Ideal Industries, Inc.**
**One Becker Place**
**Sycamore, IL 60178**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.3648 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **IDEX Corporation** | ☐ Contingent | |
| **1925 West Field Ct Suite 200** | ☑ Unliquidated | |
| **Lake Forest, IL 60045** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.3649 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **IEC Electronics** | ☐ Contingent | |
| **105 Norton Street** | ☑ Unliquidated | |
| **Newark, NY 14513** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.3650 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **IFS NORTH AMERICA** | ☐ Contingent | |
| **300 Park Blvd Suite #555** | ☐ Unliquidated | |
| **Itasca, IL 60143** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.3651 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Iheke, James** | ☐ Contingent | |
| **900 Hunters glen** | ☑ Unliquidated | |
| **Murphy, Texas 75094-0000** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.3652 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **IHI E&C International Corporation** | ☐ Contingent | |
| **1080 Eldridge Parkway** | ☑ Unliquidated | |
| **Houston, TX 77077** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.3653 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Ikanovic, Emina** | ☐ Contingent | |
| **2411 Ashby Ave** | ☑ Unliquidated | |
| **Berkley, California 94705-0000** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.3654 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Ikenberry, Tracey** | ☐ Contingent | |
| **11908 Blandfield St** | ☑ Unliquidated | |
| **Richmond, Virginia 23233-0000** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.365 5**

**Nonpriority creditor's name and mailing address**
**Ilenda, Kimberly**
**3825 Meade Street**
**Denver, Colorado 80211-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.365 6**

**Nonpriority creditor's name and mailing address**
**Ilic, Vladimir**
**1226 W Pratt BLVD**
**Apt #3S**
**Chicago, Illinois 60626-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.365 7**

**Nonpriority creditor's name and mailing address**
**Iliev, Branimir**
**128 Windward Dr**
**Schaumburg, Illinois 60194-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.365 8**

**Nonpriority creditor's name and mailing address**
**Illinois Credit Union League**
**1807 W Diehl Road**
**Naperville, IL 60566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.365 9**

**Nonpriority creditor's name and mailing address**
**Illinois Department of Revenue**
**Bankruptcy Section**
**PO Box 19035**
**Springfield, IL 62794-9035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.366 0**

**Nonpriority creditor's name and mailing address**
**Illinois Education Association**
**100 E. Edwards Street**
**Springfield, IL 62704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.366 1**

**Nonpriority creditor's name and mailing address**
**ILLINOIS VALLEY COMMUNITY COLLEGE**
**815 N Orlando Smith Ave**
**Oglesby, IL 61348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.366 2**

**Nonpriority creditor's name and mailing address**

**ILSCO CORPORATION**
**4730 Madison Road**
**Cincinnati, OH 45227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.366 3**

**Nonpriority creditor's name and mailing address**

**Imbornone, Michelle**
**4 Derosier Drive**
**Middleton, Massachusetts 01949-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.366 4**

**Nonpriority creditor's name and mailing address**

**Impact aka Illinois Paper & Copier**
**75 Remittance Drive**
**Suite 1076**
**Chicago, IL 60675**

Date(s) debt was incurred  **5/4/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$2,872.04**

---

**3.366 5**

**Nonpriority creditor's name and mailing address**

**Imperato, Elizabeth**
**2543 Mesa School Lane**
**Santa Barbara, California 93109-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.366 6**

**Nonpriority creditor's name and mailing address**

**INALFA ROOF SYSTEMS**
**3331 W. Big Beaver Rd Suite 200**
**Troy, MI 48084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.366 7**

**Nonpriority creditor's name and mailing address**

**INC Research**
**3201 Beechleaf Ct Ste 600**
**Raleigh, NC 27604-1500**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.366 8**

**Nonpriority creditor's name and mailing address**

**Index Systems, Inc.**
**250 Montgomery Street Suite 61**
**San Francisco, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor  **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)  **20-11530 (BLS)**

| 3.366 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Industrial Maintenance**
**1431 Pershing Rd**
**Chicago, IL 60609**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Industries for the Blind and Visually Im**
**445 S. Curtis**
**West Allis, Wi 53214**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Industry Bancshares**
**7910 Ernst Parkway P.O. Box 87**
**Industry, TX 78944**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Infante, Edgardo**
**1317 S 49th Ct**
**Cicero, Illinois 60804-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Infogix, Inc.**
**1240 East Diehl Rd.**
**Suite 400**
**Naperville, IL 60563**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ingarra, Jenny**
**84 Robinwood Dr**
**Clifton Park, New York 12065-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Inge, Margaret**
**1314 A State Street**
**New Orleans, Louisiana 70118-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.367
6**

**Nonpriority creditor's name and mailing address**

**Ingenia Polymers, Inc**
**2222 Appelt Drive**
**Houston, TX 77015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.367
7**

**Nonpriority creditor's name and mailing address**

**Ingerick, Shelby**
**465 Oxford St. Apt 6**
**Rochester, New York 14607-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.367
8**

**Nonpriority creditor's name and mailing address**

**Ingersoll, Gwendolyn**
**1126 Richmond Drive**
**Fort Collins, Colorado 80526-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.367
9**

**Nonpriority creditor's name and mailing address**

**Ingold, Brittany**
**513 S. Calumet Avenue**
**Aurora, Illinois 60506-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.368
0**

**Nonpriority creditor's name and mailing address**

**Ingram, Jennifer**
**45759 Samantha Dr**
**Canton, Michigan 48188-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.368
1**

**Nonpriority creditor's name and mailing address**

**Ingredion Incorporated**
**5 Westbrook Corporate Center**
**Westchester, IL 60154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.368
2**

**Nonpriority creditor's name and mailing address**

**Inland Tarp & Cover**
**701 5th Ave, Suite 4900**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.368**
**3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Innovation Associates Inc**<br>**530 Columbia Dr Ste 101**<br>**Johnson City, NY 13790** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:**  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.368**
**4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Inogen, Inc.**<br>**326 Bollay Dr**<br>**Goleta, CA 93117** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:**  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.368**
**5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$344.42** |
| **Inspire Associates Inc**<br>**PO Box 75335 Leslie Street PO**<br>**Toronto, ON M4M 1B0** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  4/11/2020 | | |
| Last 4 digits of account number __ | **Basis for the claim:**  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.368**
**6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **INT, Inc.**<br>**251 Milwaukee Ave.**<br>**Suite 200**<br>**Buffalo Grove, IL 60089** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:**  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.368**
**7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Intec Group**<br>**666 South Vermont Street**<br>**Palatine, IL 60067** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:**  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.368**
**8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Integration Appliance, Inc./Intapp**<br>**3200 Park Blvd**<br>**Palo Alto, CA 94306** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:**  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.368**
**9**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,471.23** |
| **IntelePeer Cloud Communications, LLC**<br>**Dept. LA 24295**<br>**Pasadena, CA 91185-4295** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/31/2020 | | |
| Last 4 digits of account number __ | **Basis for the claim:**  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.369 0**

**Nonpriority creditor's name and mailing address**
**Intelligent Switchgear Organization**
**4955 Marconi Drive**
**Alpharetta, GA 30005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.369 1**

**Nonpriority creditor's name and mailing address**
**Interactive Health Healthy Triumph**
**1700 East Golf Road, Ste 900**
**Schaumburg, IL 60173**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.369 2**

**Nonpriority creditor's name and mailing address**
**Intercept Interactive Inc. dba Undertone**
**340 Madison Ave. 8th FL**
**New York, NY 10173**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.369 3**

**Nonpriority creditor's name and mailing address**
**Interconnect Wiring, LLP**
**5024 W Vickery BLVD**
**Fort Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.369 4**

**Nonpriority creditor's name and mailing address**
**iNTERFACEWARE Inc**
**672 Dupont Street, Suite 505**
**Toronto, ON M6G 1Z6**

Date(s) debt was incurred  5/1/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**$7,300.00**

---

**3.369 5**

**Nonpriority creditor's name and mailing address**
**Intermountain Laboratory Services**
**P.O Box 30180**
**Salt Lake City, UT 84130-0180**

Date(s) debt was incurred  5/31/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**$369.41**

---

**3.369 6**

**Nonpriority creditor's name and mailing address**
**International Contractors, Inc.**
**977 South Route 83**
**Elmhurst, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

| 3.369<br>7 | Nonpriority creditor's name and mailing address<br>**International Controls & Measurements Co**<br>**7313 William Barry Blvd**<br>**North Syracuse, NY 13212** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.369<br>8 | Nonpriority creditor's name and mailing address<br>**International Entertainment Consultants**<br>**390 Union Blvd., Suite 540**<br>**Lakewood, CO 80228** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.369<br>9 | Nonpriority creditor's name and mailing address<br>**International Mold**<br>**23225 Giacoma Ct**<br>**Clinton Township, MI 48036** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.370<br>0 | Nonpriority creditor's name and mailing address<br>**International Union of Painters and Alli**<br>**7234 Parkway Drive**<br>**Hanover, MD 21076** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.370<br>1 | Nonpriority creditor's name and mailing address<br>**Intralot Inc.**<br>**575 West Crossroads Parkway**<br>**Bolingbrook, IL 60440** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.370<br>2 | Nonpriority creditor's name and mailing address<br>**INTREN, LLC**<br>**18202 W. Union Rd.**<br>**Union, IL 60180** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.370<br>3 | Nonpriority creditor's name and mailing address<br>**Inturi, Sreenivasa**<br>**412 Victor Ln**<br>**Lake Zurich, Illinois 60047-0000** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.370**
**4**

**Nonpriority creditor's name and mailing address**

**Inyangala, Dorothy**
**23200 Forest North Drive**
**APT 101**
**Kingwood, Texas 77339-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.370**
**5**

**Nonpriority creditor's name and mailing address**

**Iowa Department of Revenue**
**Office of the Attorney General of Iowa**
**Attn: Bankruptcy Unit**
**1305 E. Walnut**
**Des Moines, IA 50319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.370**
**6**

**Nonpriority creditor's name and mailing address**

**Ipema, Elizabeth**
**7710 W 165th Place**
**Tinley Park, Illinois 60477-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.370**
**7**

**Nonpriority creditor's name and mailing address**

**IPMG**
**225 Smith Road**
**St. Charles, IL 60174**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.370**
**8**

**Nonpriority creditor's name and mailing address**

**Ipsa, Lainie**
**4211 Spyglass Hill**
**Mason, Ohio 45040-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.370**
**9**

**Nonpriority creditor's name and mailing address**

**Irby, Leah**
**7256 Southwick Court**
**Frankfort, Illinois 60423-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.3710**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Irby-Moore, Sharon**<br>**7403 Huntington Dr**<br>**St. Louis, Missouri 63121-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3711**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Iris USA**<br>**13423 W. Cactus Road**<br>**Surprise, AZ 85379** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3712**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Irish, Aaron**<br>**6611 SW Multnomah Bv**<br>**Portland, Oregon 97223-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3713**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Irlbeck, Kimberly**<br>**3645 Rockaway St**<br>**Fort Collins, Colorado 80526-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3714**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Irma Herrera Olson**<br>**860 Lawrence Dr**<br>**San Luis Obispo, CA 93401** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3715**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Iroanya, Charlene**<br>**2120 El Paseo**<br>**Apt. 618**<br>**Houston, Texas 77054-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3716**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,300.93** |
| **Iron Mountain Offsite Data Protection**<br>**P.O. Box 27129**<br>**New York, NY 10087-7129** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **5/1/2020** | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.371 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Iron Workers Local #395**
**6570 Ameriplex Drive**
**Portage, IN 46368**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ironform Corp**
**311 W Superior St.**
**Chicago, IL 60654**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Irvin, Shicara**
**750 East Mid Cities Blvd Apt 1602**
**Euless, Texas 76039-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Irving, Kathryn**
**604 Leonidas Ct.**
**Raleigh, North Carolina 27604-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Irving, Michelle**
**2517 Paintbrush Drive**
**Palmdale, California 93551-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Irwin County Hospital**
**710 North Irwin Ave**
**Ocilla, GA 31774**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Irwin, Brenda**
**4330 Harley Way**
**Murfreesboro, Tennessee 37129-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.372 4**

**Nonpriority creditor's name and mailing address**

**Irwin, Megan**
**1316 Nw Sheridan Rd, Pmb 177**
**Lawton, Oklahoma 73501-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.372 5**

**Nonpriority creditor's name and mailing address**

**Isaac, Olakunle**
**63 Capella Court**
**Baltimore, Maryland 21237-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.372 6**

**Nonpriority creditor's name and mailing address**

**Island Kinetics, Inc**
**460 S Benson Lane Suite 3**
**Chandler, AZ 85224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.372 7**

**Nonpriority creditor's name and mailing address**

**Island Mountain Development Group**
**353 Old Hays Rd.**
**Hayes, MT 59527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.372 8**

**Nonpriority creditor's name and mailing address**

**Israel, Anita**
**279 Hoxie Ave**
**Calumet City**
**Calumet City, Illinois 60409-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.372 9**

**Nonpriority creditor's name and mailing address**

**ISW**
**1901 N Narragansett Ave**
**Chicago, IL 60639**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.373 0**

**Nonpriority creditor's name and mailing address**

**Italgrani U.S.A., Inc.**
**7900 Van Buren St**
**St. Louis, MO 63111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.373**
**1**

**Nonpriority creditor's name and mailing address**
**Itasca School District 10**
**200 N Maple Street**
**Itasca, IL 60143**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.373**
**2**

**Nonpriority creditor's name and mailing address**
**Itentive Healthcare Solutions**
**650 E. Devon Ave, Suite 135**
**Itasca, IL 60143**

Date(s) debt was incurred __2/1/2020__
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$17,818.13**

---

**3.373**
**3**

**Nonpriority creditor's name and mailing address**
**Ivancich, Brittany**
**17432 Valley View Drive**
**Tinley Park, Illinois 60477-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.373**
**4**

**Nonpriority creditor's name and mailing address**
**Ivanova, Rosita**
**1496 Westford Cir., APT 308**
**Westlake, Ohio 44145-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.373**
**5**

**Nonpriority creditor's name and mailing address**
**Ivery, Alecia**
**5043 South Ada**
**Chicago, Illinois 60609-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.373**
**6**

**Nonpriority creditor's name and mailing address**
**Ives, Lauren**
**1392 East Crossing Place**
**Westlake, Ohio 44145-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.373**
**7**

**Nonpriority creditor's name and mailing address**
**Ivoclar Vivadent**
**175 Pineview Drive**
**Amherst, NY 14228**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.3738**

**Nonpriority creditor's name and mailing address**
**Iwunze, Akuchii**
**2611 Teal Run Place Drive**
**Fresno, Texas 77545-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3739**

**Nonpriority creditor's name and mailing address**
**Izzo, John**
**177 Hamilton Drive**
**Manchester, Connecticut 06042-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3740**

**Nonpriority creditor's name and mailing address**
**J.F. Brennan**
**818 Bainbridge Street**
**LaCrosse, WI 54603**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3741**

**Nonpriority creditor's name and mailing address**
**J.W. Terrill**
**825 Maryville Center Dr. #200**
**Chesterfield, MO 63017**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3742**

**Nonpriority creditor's name and mailing address**
**Jac Products, Inc.**
**3937 Campus Drive**
**Pontiac, MI 48341**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3743**

**Nonpriority creditor's name and mailing address**
**JACKSON TUBE SERVICE**
**8210 Industry Park Drive**
**Piqua, OH 45356**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3744**

**Nonpriority creditor's name and mailing address**
**Jackson Whole Family Health**
**PO Box 10738**
**Jackson, WY 83002**

Date(s) debt was incurred  5/1/2020 

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other 

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

Debtor    **Interactive Health Solutions, Inc.**
   Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.374 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jackson, Alema**
**9615 South Lowe Avenue**
**Chicago, Illinois 60628-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jackson, Alisia**
**4444 W 87th St. Apt2S**
**Chicago, Illinois 60652-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jackson, Catherine**
**8061 Back Bay Court, Apt 1A**
**Dayton, Ohio 45458-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jackson, Ebony**
**11804 Wimbleton Ct**
**Upper Marlboro, Maryland 20774-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jackson, Jasmine**
**1625 e celebrity**
**Hanover park, Illinois 61033-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jackson, Justice**
**384 Gazaway Rd**
**Boaz, Alabama 35956-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jackson, Katrina**
**421 Beaver dr**
**Streamwood, Illinois 60107-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.375 2**

**Nonpriority creditor's name and mailing address**

**Jackson, Kina**
**2219 Waverly Dell Drive**
**Winston-Salem, North Carolina 27127-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.375 3**

**Nonpriority creditor's name and mailing address**

**Jackson, Latonya**
**18577 Cedar Ave**
**Country Club Hills, Illinois 60478-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.375 4**

**Nonpriority creditor's name and mailing address**

**Jackson, LaTonya**
**800 Butler Drive**
**Longview, Texas 75602-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.375 5**

**Nonpriority creditor's name and mailing address**

**Jackson, Lisa**
**15815 S Lakewood Pkwy W**
**Apt 2115**
**Phoenix, Arizona 85048-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.375 6**

**Nonpriority creditor's name and mailing address**

**Jackson, Lucreshia**
**125 Roosevelt Pkwy**
**Jackson, Tennessee 38301-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.375 7**

**Nonpriority creditor's name and mailing address**

**Jackson, Melissa**
**4203 Monticello Terrace Lane**
**Katy, Texas 77449-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.375 8**

**Nonpriority creditor's name and mailing address**

**Jackson, Merlicia**
**620 Yates Ave**
**Calumet City, Illinois 60409-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor    **Interactive Health Solutions, Inc.**    Case number (if known)    **20-11530 (BLS)**

Name

| 3.375 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jackson, Nichole**
**174 N. Mount Tabor Rd**
**Apt 230**
**Lexington, Kentucky 40509-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jackson, Sean**
**3939 Rosemeade Pkwy #10219**
**Dallas, Texas 75287-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jackson, Shevelle**
**PO Box 511**
**White Marsh, Virginia 23183-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jackson, Stephanie**
**1029 Shadowood Lane**
**Crystal Lake, Illinois 60014-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jackson, Tanya**
**1312 West 23rd Avenue**
**Pine Bluff, Arkansas 71603-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jackson, Tedrick**
**3443 Edenborn Ave Apt 213**
**Metairie, Louisiana 70002-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jackson, Torri**
**260 Marcella Rd**
**Apt. 1214**
**Hampton, Virginia 23666-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.376 6**

**Nonpriority creditor's name and mailing address**
**Jacob, Rosa**
**1305 Hastings Road**
**Woodridge, Illinois 60517-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.376 7**

**Nonpriority creditor's name and mailing address**
**Jacobs, Kelly**
**764 Barton Way**
**Benicia, California 94510-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.376 8**

**Nonpriority creditor's name and mailing address**
**Jacobson, Dena**
**786 SE Kierra Place**
**Madras, Oregon 97741-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.376 9**

**Nonpriority creditor's name and mailing address**
**Jacobson, Eric**
**630 ist Ave N #313**
**Fargo, North Dakota 58102-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.377 0**

**Nonpriority creditor's name and mailing address**
**Jacobson, Laura**
**131 SE 24th Ave, Apt. A**
**Portland, Oregon 97214-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.377 1**

**Nonpriority creditor's name and mailing address**
**Jacquelin, Helene**
**6439 N Foothills Drive**
**Tucson, Arizona 85718-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.377 2**

**Nonpriority creditor's name and mailing address**
**Jacuzzi Brands Corporation**
**13925 City Center Drive, Suite 200**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.377 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jade Corporation**
**3063-A Philmont Ave**
**Huntingdon Valley, PA 19006**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jagodzinski, Austin**
**10 Avonmore Court**
**Baltimore, Maryland 21128-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jain, Aparna**
**821 W. Barre Street**
**Baltimore, Maryland 21230-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**JAM Industries USA, LLC**
**4325 Executive Drive Suite 300**
**Southaven, MS 38672**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jamerson, Saquana**
**511 Waters Edge Drive, Apt G**
**Newport News, Virginia 23606-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James, Christina**
**47 Sidney Street**
**Rochester, New York 14609-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James, Christine**
**21603 NE 24th Street**
**Sammamish, Washington 98074-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

| | |
|---|---|
| 3.378 0 | **Nonpriority creditor's name and mailing address**<br>**James, Iesha**<br>**8818 Pascagoula Drive**<br>**Baton Rouge, Louisiana 70810-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.378 1 | **Nonpriority creditor's name and mailing address**<br>**James, Jennifer**<br>**7131 South Champlain Avenue**<br>**Chicago, Illinois 60619-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.378 2 | **Nonpriority creditor's name and mailing address**<br>**James, Kellee**<br>**134-44 157th Street**<br>**Jamaica, New York 11434-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.378 3 | **Nonpriority creditor's name and mailing address**<br>**James, Penny**<br>**1751 Bayou Drive**<br>**Shreveport, Louisiana 71105-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.378 4 | **Nonpriority creditor's name and mailing address**<br>**James, Priscilla**<br>**375 Old Alemany Place**<br>**Oviedo, Florida 32765-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.378 5 | **Nonpriority creditor's name and mailing address**<br>**James, Samantha**<br>**221 Pinebrook School Road**<br>**Mocksville, North Carolina 27028-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.378 6 | **Nonpriority creditor's name and mailing address**<br>**James, Sheila**<br>**4608 Marque Dr**<br>**New Orleans, Louisiana 70127-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.378 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James, Sherry**
**141 plummer Avenue**
**Neenah, Wisconsin 54956-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jamestown BPU**
**92 Steele Street**
**PO Box 700**
**Jamestown, NY 14702**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jamestown Community College**
**525 Falconer St,**
**Jamestown, NY 14701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jamie Shifley**
**6211 Park Ave**
**Downers Grove, IL 60516**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jamison, Tracey**
**10211 Granada Lane**
**Overland Park, Kansas 66207-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Janet Arenas**
**3652 W. 60th Pl**
**Chicago, IL 60629**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Janicek, Sarah**
**340 N Brockway St.**
**Palatine, Illinois 60067-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.379 4**

**Nonpriority creditor's name and mailing address**
**Jankowski, Lindsey**
**85 S. 38th St.**
**Boulder, Colorado 80305-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.379 5**

**Nonpriority creditor's name and mailing address**
**Jansen, Brigitta**
**32 Pinewood Trail**
**Deep River, Connecticut 06417-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.379 6**

**Nonpriority creditor's name and mailing address**
**Jansing, Stephanie**
**100 Calverton Road**
**St. Louis, Missouri 63135-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.379 7**

**Nonpriority creditor's name and mailing address**
**Jaquez, Olga**
**28-15 34 Street Apt. 6C**
**Astoria, New York 11103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.379 8**

**Nonpriority creditor's name and mailing address**
**Jaramillo, Felicia**
**2805 victory blvd lot 6**
**Portsmouth, Virginia 23702-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.379 9**

**Nonpriority creditor's name and mailing address**
**Jarrett, Kyla**
**519 Waters Edge Dr, Apt J**
**Newport News, Virginia 23606-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.380 0**

**Nonpriority creditor's name and mailing address**
**Jauvtis, Donna**
**30 Webb Street**
**Lexington, Massachusetts 02420-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known) **20-11530 (BLS)**

---

| 3.380 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JC Muyl**
141 East 3rd Street
#9C
New York, NY 10009

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.380 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jean-Baptiste, Dieudonne**
8131 S Euclid Ave
Chicago, Illinois 60617-0000

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.380 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeannis, Patricia**
461 Barbara Lane
West Hempstead, New York 11552-0000

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.380 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jefferies, Latonya**
3962 Loufield Dr
Fayetteville, North Carolina 28311-0000

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.380 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeffers, Kia**
21209 Lassen St, Unit 1
Chatsworth, California 91311-0000

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.380 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jefferson - East Falls Campus**
4201 Henry Ave
Philadelphia, PA 19144

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.380 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jefferson Health New Jersey**
30 East Laurel Road
Stratford, NJ 08084

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.3808**

**Nonpriority creditor's name and mailing address**

**Jellig, Christine**
**PO Box 254**
**Long Beach, New York 11561-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3809**

**Nonpriority creditor's name and mailing address**

**Jenkins County Board of Commissioners**
**548 Cotton Avenue**
**Millen, GA 30442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3810**

**Nonpriority creditor's name and mailing address**

**Jenkins, Joanie**
**1823 Simpson St**
**Evanston, Illinois 60201-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3811**

**Nonpriority creditor's name and mailing address**

**Jenkins, Karli**
**13047 S. Padstow Lane**
**Herriman, Utah 84096-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3812**

**Nonpriority creditor's name and mailing address**

**Jenkins, Kwannisha**
**1103 Grand Blvd #1502**
**Kansas City, Missouri 64106-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3813**

**Nonpriority creditor's name and mailing address**

**Jenkins, Patti**
**18293 Manchac Place South**
**Prairieville, Louisiana 70769-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3814**

**Nonpriority creditor's name and mailing address**

**Jenkins, Rachael**
**3615 - 156th St Sw, Apt 22**
**Lynnwood, Washington 98087-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.381 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jenkins-Gunn, Michael**
**173 Pittston circle**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.381 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jenner & Block**
**353 N. Clark St.**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.381 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennings, Amy**
**217 Boston Street**
**Oneida, New York 13421-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.381 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennings, George**
**20940 McLouth Road**
**Tonganoxie, Kansas 66086-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.381 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennings, Melinda**
**20940 McLouth Road**
**Tonganoxie, Kansas 66086-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.382 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jensen, Esther**
**363 Hartridge Drive**
**Hartland, Wisconsin 53029-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.382 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jensen, Maialisa**
**831 Adams Avenue Apartment 28**
**Scranton, Pennsylvania 18510-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.382 2**

**Nonpriority creditor's name and mailing address**

**Jensen, Paul**
**925 Knollwood Dr**
**Buffalo Grove, Illinois 60089-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.382 3**

**Nonpriority creditor's name and mailing address**

**Jensen, Tani**
**6314 Brett Ashley Place**
**Johnston, Iowa 50131-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.382 4**

**Nonpriority creditor's name and mailing address**

**Jepsen, Laina**
**2726 Santa Clara St**
**Napa, California 94558-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.382 5**

**Nonpriority creditor's name and mailing address**

**Jeron Electronic Systems**
**7501 North Natchez Ave.**
**Niles, IL 60714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.382 6**

**Nonpriority creditor's name and mailing address**

**Jesmok, Sara**
**1524 S 59th Street**
**West Allis, Wisconsin 53214-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.382 7**

**Nonpriority creditor's name and mailing address**

**Jessica Sieja**
**2261 Elkridge Circle**
**Highland, MI 48356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.382 8**

**Nonpriority creditor's name and mailing address**

**JEWELL GRAIN COMPANY**
**8049 Independence Road**
**Defiance, OH 43512**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.382 9**

**Nonpriority creditor's name and mailing address**

**Jillson, Amanda**
**10005 Bunn Road**
**Pleasant Plains, Illinois 62677-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.383 0**

**Nonpriority creditor's name and mailing address**

**Jimenez, Elias**
**122 N Dewberry Dr**
**Midland, Texas 79703-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.383 1**

**Nonpriority creditor's name and mailing address**

**Jimenez, Jeanette**
**7221 Willet Circle**
**Carlsbad, California 92011-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.383 2**

**Nonpriority creditor's name and mailing address**

**Jimenez, Rebecca**
**110 Mirante Dr**
**Leesville, Louisiana 71446-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.383 3**

**Nonpriority creditor's name and mailing address**

**Jimenez-Morales, Alma**
**1457 East 58th Street**
**Los Angeles, California 90011-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.383 4**

**Nonpriority creditor's name and mailing address**

**Jin, Dayu**
**1811 Ocean parkway Apt 2L**
**Brooklyn, New York 11223-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.383 5**

**Nonpriority creditor's name and mailing address**

**Jindani, Chantal**
**3226 Middlesex Drive**
**Unit D**
**Toledo, Ohio 43606-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.383 6**

**Nonpriority creditor's name and mailing address**
**Jinez, Christina**
**707 Owensons Dr**
**Dallas, Texas 75224-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.383 7**

**Nonpriority creditor's name and mailing address**
**Jirari, Miriam**
**2655 Bellezza Dr**
**San Diego, California 92108-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.383 8**

**Nonpriority creditor's name and mailing address**
**Joaca-Bine, Alina**
**2116 Houston Ave.**
**Apt. A**
**Norman, Oklahoma 73071-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.383 9**

**Nonpriority creditor's name and mailing address**
**Jobke, Jennifer**
**N30 W23913 Green Road**
**APT 13**
**Pewaukee, Wisconsin 53072-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.384 0**

**Nonpriority creditor's name and mailing address**
**Joe, Lindsey**
**2612 Belmont Blvd**
**Nashville, Tennessee 37212-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.384 1**

**Nonpriority creditor's name and mailing address**
**Johal, Rajina**
**10129 Clairina Way**
**Elk Grove, California 95757-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.384 2**

**Nonpriority creditor's name and mailing address**
**Johal, Susan**
**10129 Clairina Way**
**Elk Grove, California 95757-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.384.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **John A. Logan College**<br>**700 Logan College Rd**<br>**Carterville, IL 62918** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Vendor / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.384.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **John Bean Technologies Corporation**<br>**70 West Madison Suite 4400**<br>**Chicago, IL 60602** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Vendor / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.384.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **John Soules Foods**<br>**10150 FM 14**<br>**Boca Raton, FL 33487-8229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Vendor / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.384.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **John, Jeffi**<br>**62 W. Rutland Square**<br>**Apt. 6**<br>**Boston, Massachusetts 02118-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.384.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **John, Tracy**<br>**14222 Umbercove Ct**<br>**Houston, Texas 77048-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.384.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,266.92 |
|---|---|---|
| **Johnson Control -IH**<br>**P.O Box 371967**<br>**Pittsburgh, PA 15250-7967** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **4/11/2020** | **Basis for the claim:** **Vendor / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.384.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Johnson, Abby**<br>**17430 Logans Drive**<br>**Eden Prairie, Minnesota 55346-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.3850**

**Nonpriority creditor's name and mailing address**

**Johnson, Adolph**
**1509 E. 86th Place**
**Chicago, Illinois 60619-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3851**

**Nonpriority creditor's name and mailing address**

**Johnson, Alicia**
**10251 Cottage Ct.**
**Diberville, Mississippi 39540-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3852**

**Nonpriority creditor's name and mailing address**

**Johnson, Andrea**
**1306 Linnea Lane**
**Missoula, Montana 59801-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3853**

**Nonpriority creditor's name and mailing address**

**Johnson, Arlene**
**642 Freedom Ave**
**Johnstown, Pennsylvania 15904-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3854**

**Nonpriority creditor's name and mailing address**

**Johnson, Bivory**
**9800 MESA LINDA STREET**
**243**
**HESPERIA, California 92345-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3855**

**Nonpriority creditor's name and mailing address**

**Johnson, Bonnie**
**515 Percy Miller Road**
**Hazlehurst, Georgia 31539-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3856**

**Nonpriority creditor's name and mailing address**

**Johnson, Bryan**
**21001 North Tatum Boulevard**
**Suite 1630-296**
**Phoenix, Arizona 85050-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.385 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Johnson, Charity**
**12302 W. Cathedral Ave.**
**Wauwatosa, Wisconsin 53226-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Johnson, Chelsea**
**5924 Quercus Cove Court**
**Apt 213**
**Charlotte, North Carolina 28217-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Johnson, Christy**
**62364 Hwy 434**
**Lacombe, Louisiana 70445-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Johnson, Corrine**
**509 1/2 Center St**
**Winona, Minnesota 55987-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Johnson, Cynthia**
**15323-A Addicks Stone Drive**
**Houston, Texas 77083-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Johnson, Dawn**
**6502 Thornhurst Court**
**St. Louis, Missouri 63129-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Johnson, Devon**
**3182 S ST**
**Sacramento, California 95816-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.386 4**

**Nonpriority creditor's name and mailing address**

**Johnson, Diane**
**3098 Mercedes Dr**
**Green Bay, Wisconsin 54313-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.386 5**

**Nonpriority creditor's name and mailing address**

**Johnson, Erika**
**1818 W. Sunnyside Ave. Apt 2R**
**Chicago, Illinois 60640-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.386 6**

**Nonpriority creditor's name and mailing address**

**Johnson, Erin**
**1298 Franklin St**
**Old Forge, Pennsylvania 18518-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.386 7**

**Nonpriority creditor's name and mailing address**

**Johnson, Glenn**
**4205 Se 180th Ct**
**Vancover, Washington 98683-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.386 8**

**Nonpriority creditor's name and mailing address**

**Johnson, Gloria**
**2502 Willow St.**
**Pekin, Illinois 61554-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.386 9**

**Nonpriority creditor's name and mailing address**

**Johnson, Hanna**
**12 Cedar St**
**Minooka, Illinois 60447-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.387 0**

**Nonpriority creditor's name and mailing address**

**Johnson, Ieshea**
**3236 Oakridge Dr**
**Corsicana, Texas 75110-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.387**
**1**

**Nonpriority creditor's name and mailing address**
**Johnson, Jennifer**
**2910 S Dearborn St**
**APT 304**
**Chicago, Illinois 60616-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.387**
**2**

**Nonpriority creditor's name and mailing address**
**Johnson, Jill**
**9a South Commons Rd**
**Lincoln, Massachusetts 01773-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.387**
**3**

**Nonpriority creditor's name and mailing address**
**Johnson, Jordan**
**PO Box 132**
**Lacombe, Louisiana 70445-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.387**
**4**

**Nonpriority creditor's name and mailing address**
**Johnson, Joyce**
**231 W Rankin St**
**Flint, Michigan 48505-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.387**
**5**

**Nonpriority creditor's name and mailing address**
**Johnson, Kamika**
**1929 Marylake Way**
**Murfreesboro, Tennessee 37128-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.387**
**6**

**Nonpriority creditor's name and mailing address**
**Johnson, Kazelle**
**121 Weymouth Street**
**Upper Marlboro, Maryland 20774-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.387**
**7**

**Nonpriority creditor's name and mailing address**
**Johnson, Kelly**
**3333 5th Avenue Unit 3D**
**South Milwaukee, Wisconsin 53172-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.3878**

**Nonpriority creditor's name and mailing address**
**Johnson, Kendall & Johnson, Inc.**
**109 Pheasant Run**
**Newtown, PA 18940**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.3879**

**Nonpriority creditor's name and mailing address**
**Johnson, Kentrelle**
**11210 SW 138 Terrace**
**Miami, Florida 33176-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.3880**

**Nonpriority creditor's name and mailing address**
**Johnson, La'Kesha**
**5653 Purdue APT A**
**Baltimore, Maryland 21239-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.3881**

**Nonpriority creditor's name and mailing address**
**Johnson, Lauren**
**4506 Hycliffe Dr**
**Troy, Michigan 48098-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.3882**

**Nonpriority creditor's name and mailing address**
**Johnson, Lisa**
**4406 Franklin Terrace**
**Beltsville, Maryland 20705-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.3883**

**Nonpriority creditor's name and mailing address**
**Johnson, Livja**
**2213 Brooksfield St.**
**Ellensburg, Washington 98926-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.3884**

**Nonpriority creditor's name and mailing address**
**Johnson, M.**
**Po Box 320232**
**Tampa, Florida 33679-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.388 5**

**Nonpriority creditor's name and mailing address**

**Johnson, Marin**
**10 Jameco Mill Rd**
**Scarborough, Maine 04074-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.388 6**

**Nonpriority creditor's name and mailing address**

**Johnson, Melissa**
**113 Libert Street**
**Franklin, Pennsylvania 16323-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.388 7**

**Nonpriority creditor's name and mailing address**

**Johnson, Patricia**
**4725 N Kenneth Ave**
**Chicago, Illinois 60630-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.388 8**

**Nonpriority creditor's name and mailing address**

**Johnson, Patricia**
**639 Poplar Ave**
**Romeoville, Illinois 60446-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.388 9**

**Nonpriority creditor's name and mailing address**

**Johnson, Patrick**
**6236 S Fox Chase**
**Pendleton, Indiana 46064-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.389 0**

**Nonpriority creditor's name and mailing address**

**Johnson, Peter**
**3902 Spring Creek Ct**
**Abingdon, Maryland 21009-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.389 1**

**Nonpriority creditor's name and mailing address**

**Johnson, Quenetta**
**1737 Moulton Road**
**Louisburg, North Carolina 27549-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.389**
**2**

Nonpriority creditor's name and mailing address
**Johnson, Rae-Anna**
**7127 Stone Ct**
**Columbus, Ohio 43235-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.389**
**3**

Nonpriority creditor's name and mailing address
**Johnson, Rebecca**
**2652 W. 900 N.**
**Layton, Utah 84041-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.389**
**4**

Nonpriority creditor's name and mailing address
**Johnson, Renaldo**
**31 Straw Hat Road**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.389**
**5**

Nonpriority creditor's name and mailing address
**Johnson, Ricky**
**10111 S. Saint Lawrence Ave.**
**Chicago, Illinois 60628-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.389**
**6**

Nonpriority creditor's name and mailing address
**Johnson, Ronnetta**
**1202 Wild Goose Trail**
**Summerville, South Carolina 29483-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.389**
**7**

Nonpriority creditor's name and mailing address
**Johnson, Sara**
**2014 S. 102nd St.**
**Apt. 306**
**West Allis, Wisconsin 53227-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.389**
**8**

Nonpriority creditor's name and mailing address
**Johnson, Shawnte**
**12554 W Amelia Ave**
**Avondale, Arizona 85392-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.3899**

**Nonpriority creditor's name and mailing address**
**Johnson, Stacey**
**660 West Dempster Street**
**1 E**
**Mount Prospect, Illinois 60056-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.3900**

**Nonpriority creditor's name and mailing address**
**Johnson, Stephanie**
**7599 Cambridge St**
**Houston, Texas 77054-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.3901**

**Nonpriority creditor's name and mailing address**
**Johnson, Taniqua**
**716 River Creek Rd**
**Chesapeake, Virginia 23320-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.3902**

**Nonpriority creditor's name and mailing address**
**Johnson, Tasha**
**103 Birdie Lane**
**Elizabeth City, North Carolina 27909-000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.3903**

**Nonpriority creditor's name and mailing address**
**Johnson, Thashawna**
**14300 32nd Ave NE #310**
**Seattle, Washington 38125-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.3904**

**Nonpriority creditor's name and mailing address**
**Johnson, Vannessa**
**4100 North us hwy 29 lot 51**
**greensboro, North Carolina 27405-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.3905**

**Nonpriority creditor's name and mailing address**
**Johnson, Willa**
**6511 South Fresno**
**Fort Smith, Arkansas 72903-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.390 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnson, William**
**8132 Belfast Street**
**New Orleans, Louisiana 70118-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnson, Yolanda**
**15211 Dorchester Ave**
**Dolton, Illinois 60419-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnsonville Sausage**
**N6928 Johnsonville Way**
**Sheboygan Falls, WI 53085**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnston, Catherine**
**19466 Weinberger Rd**
**Ponchatoula, Louisiana 70454-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnston, Cheri**
**237 Crestwood Dr.**
**Gaylord, Michigan 49735-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnston, Deborah**
**1026 Kiefer Ridge Dr.**
**Ballwin, Missouri 63021-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnston, Emily**
**1011 Curtiss Avenue**
**Ames, Iowa 50010-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.391 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Johnston, Kristi**
**6 Pine Tree Ct**
**Kewanee, Illinois 61443-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jolly, Liji**
**6539 Deseo Street Apt 3102**
**Irving, Texas 75039-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jon Don, Inc.**
**400 Medinah Road**
**Roselle, IL 60172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathan Bond**
**Fortitude Systems**
**P.O. Box 76383**
**Baltimore, MD 21275-6383**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jones Memorial Hospital**
**191 North Main Street**
**Wellsville, NY 14895**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jones, Achsah**
**14311 Page Ave**
**Dixmoor, Illinois 60426-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jones, Alexandria**
**9242 E Ave T 4**
**Littlerock, California 93543-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

| 3.392 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, Amanda**
**38594 Cheldon**
**Clinton Township, Michigan 48038-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, Angelia**
**170 Bridlewood Drive**
**Jacksonville, North Carolina 28540-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, Aniya**
**718 Benninghaus Rd**
**Baltimore, Maryland 21212-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, Ashley**
**3773 Timberglen Road**
**#1801**
**Dallas, Texas 75287-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, C.**
**3754 Westwood Blvd**
**Los Angeles, California 90034-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, Chantell**
**1829 Southpointe Drive**
**Apt #4**
**Baton Rouge, Louisiana 70808-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, Cristy**
**805 Wisconsin Lane**
**Elk Grove Village, Illinois 60007-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|--------|------|------|------|
| | Name | | |

---

| 3.392 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jones, Daarina**
**1301 Willard Str Ste A**
**Greensboro, North Carolina 27405-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jones, Donna**
**272 West Whitesand Rd**
**Newhebron, Mississippi 39140-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jones, Elizabeth**
**4300 Hampton Creek Dr**
**Louisville, Kentucky 40241-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.393 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jones, Ella**
**4258 Joe Louis St**
**Shreveport, Louisiana 71109-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jones, Endia**
**158 Alan Dr, Apt A**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jones, Erika**
**2 Shadwell Ct**
**Milford Mill, Maryland 21244-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jones, Jan**
**4059 Highway 380**
**Raceland, Louisiana 70394-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.393<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jones, Jennifer**
**4666 Sandy Park Dr**
**Memphis, Tennessee 38141-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jones, Jessica**
**336 W. 1775 N.**
**North Ogden, Utah 84414-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jones, Keemasheka**
**1031 Julia Circle**
**Bainbridge, Georgia 39819-0000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jones, Kristen**
**3330 Buena Vista**
**Detroit, Michigan 48238-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jones, Laquilla**
**409 Levin St.**
**Hot Springs, Arkansas 71901-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jones, Lasonya**
**3724 Baxter Street**
**Shreveport, Louisiana 71109-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.394<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jones, Latoya Lynn**
**520 W Ponce De Leon Ave #15**
**Decatur, Georgia 30031-0000**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)    **20-11530 (BLS)**
_____

| 3.394 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, Melissa**
**585 Terry St SE**
**Atlanta, Georgia 30312-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, Melody**
**17530 South Cypress Ave**
**Country Club Hills, Illinois 60478-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, Nicole**
**412 Saratoga**
**Kirkwood, Missouri 63122-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, Ondulyn**
**110 G Street**
**Salt Lake City, Utah 84103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, Pamela**
**7836 Bandero Dr Apt G**
**St. Louis, Missouri 63111-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, Paulette**
**4440 Westhills Trail**
**Amarillo, Texas 79106-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jones, Raven**
**824 Farmington Ave**
**Pottstown, Pennsylvania 19464-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.3948**

**Nonpriority creditor's name and mailing address**

**Jones, RhaShaundra**
**P.O. Box 198**
**Whiteville, Tennessee 38075-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3949**

**Nonpriority creditor's name and mailing address**

**Jones, Robin**
**2101 S Michigan Ave**
**Apt 2003**
**Chicago, Illinois 60616-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3950**

**Nonpriority creditor's name and mailing address**

**Jones, Schwanna**
**3512 E Broadway St Apt 815**
**Pearland, Texas 77581-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3951**

**Nonpriority creditor's name and mailing address**

**Jones, Shawntia**
**153A Langfield Dr**
**Buffalo, New York 14215-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3952**

**Nonpriority creditor's name and mailing address**

**Jones, Shelby**
**25881 Tipperary Lane**
**Lake Forest, California 92630-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3953**

**Nonpriority creditor's name and mailing address**

**Jones, Wanda**
**5635 Fieldcross Court**
**Raleigh, North Carolina 27610-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.3954**

**Nonpriority creditor's name and mailing address**

**Jones, Willa**
**23219 W. Yavapai St**
**Buckeye, Arizona 85326-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.395 5**

**Nonpriority creditor's name and mailing address**

**Jones-Stone, Lazelda**
**1200 St.Cyr Rd**
**St.Louis, Missouri 63137-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.395 6**

**Nonpriority creditor's name and mailing address**

**Jordan, LaChe**
**128 Emerald Drive**
**Streamwood, Illinois 60107-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.395 7**

**Nonpriority creditor's name and mailing address**

**Jordan, Tammara**
**10814 Sugar Hill DR**
**Houston, Texas 77042-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.395 8**

**Nonpriority creditor's name and mailing address**

**Joseph City Unified School District**
**8176 Westover**
**Jospeph City, AZ 86032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.395 9**

**Nonpriority creditor's name and mailing address**

**Joseph, Anna**
**1801 briarwood terrace**
**Apt # 2**
**Lake Como, New Jersey 07719-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.396 0**

**Nonpriority creditor's name and mailing address**

**Joseph, Garrett**
**2639 L Avenue**
**Williamsburg, Iowa 52361-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.396 1**

**Nonpriority creditor's name and mailing address**

**Josephson, Kim**
**17645 Marsh Harbor Ln**
**Dumfries, Virginia 22026-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known) **20-11530 (BLS)**

---

**3.396 2**

**Nonpriority creditor's name and mailing address**
**Jovanovic, Michael**
**14656 N. 90th Ave.**
**Peoria, Arizona 85381-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.396 3**

**Nonpriority creditor's name and mailing address**
**Joyce Dayton**
**3300 South Dixie Dr**
**Kettering, OH 45439**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.396 4**

**Nonpriority creditor's name and mailing address**
**Joyce, Julie**
**62 Neals Corner**
**Arkadelphia, Arkansas 71923-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.396 5**

**Nonpriority creditor's name and mailing address**
**Joyner, Raven**
**338 Split Rail Circle**
**Apt 202**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.396 6**

**Nonpriority creditor's name and mailing address**
**JPS Health Network**
**1500 S. Main Street**
**Fort Worth, TX 76104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.396 7**

**Nonpriority creditor's name and mailing address**
**JSR North America**
**1280 Mathilda Ave**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.396 8**

**Nonpriority creditor's name and mailing address**
**Juarez, Yesenia**
**6416 Old Dexter Highway**
**Dexter, New Mexico 88230-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.396 9**

**Nonpriority creditor's name and mailing address**

**Judith Basin County**
**91 3rd Street North**
**Stanford, MT 59479**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.397 0**

**Nonpriority creditor's name and mailing address**

**Judson University**
**1151 N State St.**
**Elgin, IL 60123**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.397 1**

**Nonpriority creditor's name and mailing address**

**Judy Skaer**
**4158 Riverhill Court**
**Roswell, GA 30075**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.397 2**

**Nonpriority creditor's name and mailing address**

**Julal, Dianca**
**396 Circuit Lane, Unit C**
**Newport News, Virginia 23608-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.397 3**

**Nonpriority creditor's name and mailing address**

**Jump Operations, LLC**
**600 W. Chicago Ave.**
**Suite 825**
**Chicago, IL 60654**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.397 4**

**Nonpriority creditor's name and mailing address**

**Juniata Valley Bank**
**218 Bridge Street**
**Mifflintown, PA 17059**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.397 5**

**Nonpriority creditor's name and mailing address**

**Junius, Haley**
**1210 W. Green Acres Lane**
**Mount Prospect, Illinois 60056-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.397 6**

**Nonpriority creditor's name and mailing address**

**Jurecko, Shari**
**275 Park Island Dr**
**Lake Orion, Michigan 48362-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.397 7**

**Nonpriority creditor's name and mailing address**

**Jurgensen, DeAnn**
**4017 Sally Drive NE**
**Cedar Rapids, Iowa 52402-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.397 8**

**Nonpriority creditor's name and mailing address**

**Jurisic-Ibarra, Susana**
**523 S. State Appartment**
**Springfield, Illinois 62704-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.397 9**

**Nonpriority creditor's name and mailing address**

**Jurkovics, Stacy**
**10 Fairfield Court**
**St. Cloud, Minnesota 56303-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.398 0**

**Nonpriority creditor's name and mailing address**

**Just, Sharon**
**3064 Hwy 202 E**
**Yellville, Arkansas 72687-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.398 1**

**Nonpriority creditor's name and mailing address**

**Justice, Jayne**
**3201 Pacific Ave**
**Manhattan Beach, California 90266-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.398 2**

**Nonpriority creditor's name and mailing address**

**Justice, Shirley**
**1546 Aaron's Fork Road**
**Elkview, West Virginia 25071-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.398 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JVM Realty Corporation**
**903 Commerce Drive**
**OakBrook, IL 60523**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jx Enterprises, Inc.**
**1320 Walnut Ridge Drive - Suite 100**
**Hartland, WI 53029**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**K Line America, Inc.**
**8730 Stony Point Parkway Suite 400**
**Richmond, VA 23235-1952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaas, Holly**
**25 Woodcliff Way**
**Covington, Georgia 30014-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaatz, Tammy**
**3020 N. 14 th St.**
**#107A**
**Phoenix, Arizona 85014-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaba, Martin**
**1 Bistineau Court**
**Kenner, Louisiana 70065-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kacena, Elisabeth**
**16502 Pine Creek Lane**
**Plainfield, Illinois 60586-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

| 3.399 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kaczmarek, Annetta**
**10606 Willow Brook Rd**
**Centerville, Ohio 45458-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.399 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kadant Black Clawson LLC**
**1425 Kingsview Dr**
**Lebanon, OH 45036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other 

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.399 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kafka, Erin**
**918 Ellendale Dr**
**Towson, Maryland 21286-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.399 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kaiser, Laurell**
**3032 - 60th Ave Sw, Apt 2**
**Seattle, Washington 98116-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.399 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kaiser, Sabiha**
**75 Elm Street Apt C-1**
**Worcester, Massachusetts 01609-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.399 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kalawart, Samantha**
**34 Union Ave NE**
**Grand Rapids, Michigan 49503-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.399 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kalenda, Carrie**
**7201 Mallard Way**
**Cary, Illinois 60013-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.399 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kalicanin, Juanita**
**5204 South Laramie Avenue**
**Chicago, Illinois 60638-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kallen, Joan**
**6400 Bentley Place**
**Johnston, Iowa 50131-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kalp, Deb**
**1828 Iris Trail**
**Waynesville, Ohio 45068-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kamau, Angelica**
**1018 Valley Forge Dr**
**Sunnyvale, California 94087-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kamplain-Wilson, Kathi**
**1789 Kathy Lynn St**
**Grand Junction, Colorado 81503-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kamstra, Susan**
**9067 Regent Parkway**
**Brooklyn Park, Minnesota 55443-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kanawha Stone/Terradon/KSC Management**
**401 Jacobson Dr.**
**Poca, WV 25159**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.400 4**

**Nonpriority creditor's name and mailing address**
**Kane County**
**719 S. Batavia Ave. Building A, Room 311**
**Geneva, IL 60134**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.400 5**

**Nonpriority creditor's name and mailing address**
**Kang, Jiyoung**
**2746 N. Hampden Ct.**
**3x**
**Chicago, Illinois 60614-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.400 6**

**Nonpriority creditor's name and mailing address**
**Kankakee SD111**
**240 Warren Ave**
**Kankakee, IL 60901**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.400 7**

**Nonpriority creditor's name and mailing address**
**Kansas City Orthopaedic Institute**
**3651 College Blvd**
**Leawood, KS 66211**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.400 8**

**Nonpriority creditor's name and mailing address**
**Kansas Department of Revenue**
**PO Box 12005**
**Topeka, KS 66601-2005**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Taxing Authority_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.400 9**

**Nonpriority creditor's name and mailing address**
**Kao, Leo**
**2228 Zuyder Terrace**
**North Port, Florida 34286-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.401 0**

**Nonpriority creditor's name and mailing address**
**Karadsheh, Tamer**
**5838 E Grove Drive**
**Kentwood, Michigan 49512-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.401**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Karasinski, Lesley**<br>**26415 W Cuba Rd**<br>**Barrington, Illinois 60010-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.401**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Karen Curtis**<br>**1 Lucas Lane**<br>**Malvern, PA 19355** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.401**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|
| **Karen Enright**<br>**559 Wilson Ave**<br>**Glen Ellyn, IL 60137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **6/1/2020** | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.401**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Karen Hagedorn-Wagner**<br>**1917 Birch Street**<br>**Carver, MN 55315** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.401**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Karjalainen, Terry**<br>**1225 Vista Drive**<br>**Fenton, Michigan 48430-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.401**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Karl Tyler Chevrolet**<br>**3663 N Reserve St**<br>**Missoula, MT 59808** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.401**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Karn, Margaret**<br>**5120 W Saddlehorn Rd**<br>**Phoenix, Arizona 85083-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.401 8**

**Nonpriority creditor's name and mailing address**

**Karnes, Tyler**
**300 Ingleside Dr**
**Ardmore, Oklahoma 73401-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.401 9**

**Nonpriority creditor's name and mailing address**

**Karstens, Krista**
**169 E Gail Dr**
**Gilbert, Arizona 85296-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.402 0**

**Nonpriority creditor's name and mailing address**

**Karwan-Laird, Judith**
**44626 Camino Gonzales**
**Temecula, California 92592-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.402 1**

**Nonpriority creditor's name and mailing address**

**Kase, Brandon**
**6 westminster dr**
**Voorhees, New Jersey 08043-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.402 2**

**Nonpriority creditor's name and mailing address**

**Kash, Brigett**
**2406 Donner Path**
**Round Rock, Texas 78681-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.402 3**

**Nonpriority creditor's name and mailing address**

**Kasmiskie Grieco, Roxanne**
**1348 West Ohio**
**Chicago, Illinois 60642-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.402 4**

**Nonpriority creditor's name and mailing address**

**Kasoff, Alexandra**
**2410 Crestnoll Road**
**Reisterstown, Maryland 21136-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.402 5**

**Nonpriority creditor's name and mailing address**

**Kasoff, James**
**2410 Crestnoll Road**
**Reisterstown, Maryland 21136-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.402 6**

**Nonpriority creditor's name and mailing address**

**Kassebaum, Laura**
**22537 Hartland St**
**West Hills, California 91307-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.402 7**

**Nonpriority creditor's name and mailing address**

**Kassel, Patti**
**203 Holliswood Rd**
**Louisville, Kentucky 40222-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.402 8**

**Nonpriority creditor's name and mailing address**

**Kastle Systems International, LLC**
**6402 Arlington Blvd**
**Falls Church, VA 22042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.402 9**

**Nonpriority creditor's name and mailing address**

**Kastner, Kendra**
**2459 Church Street**
**Abilene, Texas 79601-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.403 0**

**Nonpriority creditor's name and mailing address**

**Katherine Shaw Bethea Hospital**
**403 East First Street**
**Dixon, IL 61021**

Date(s) debt was incurred  **4/1/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**$40.00**

---

**3.403 1**

**Nonpriority creditor's name and mailing address**

**Kathleen Brown-Miner**
**1498 Ryan Dr**
**Platteville, WI 53818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.403<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Katten**
525 W Monroe St # 1300
Chicago, IL 60661

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Katten-Los Angeles**
2029 Century Park East
Los Angeles, CA 90067-3012

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Katz, Daniel**
1624 South Cumberland Avenue
Park Ridge, Illinois 60068-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Katz, Teresa**
255 Vernon Ave
Glencoe, Illinois 60022-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Katz, Yvonne**
1228 Woodruff Ave
Deerfield, Illinois 60015-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kauer, Giselle**
805 Babs Ave
Benton City, Washington 99320-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kauffman, Gemma**
324 20th St
Huntington Beach, California 92648-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.403 9**

**Nonpriority creditor's name and mailing address**
**Kauffman, Rachel**
**3910 Auburn Blvd, Apt 43**
**Sacramento, California 95821-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.404 0**

**Nonpriority creditor's name and mailing address**
**Kaufman, Maria**
**9476 Road P**
**Columbus Grove, Ohio 45830-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.404 1**

**Nonpriority creditor's name and mailing address**
**Kaufman, Marsha**
**8618 N. Chatham Circle**
**Kansas City, Missouri 64154-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.404 2**

**Nonpriority creditor's name and mailing address**
**Kaur, Babaljit**
**10001 Woodcreek Oaks Blvd**
**Unit 1725**
**Roseville, California 95747-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.404 3**

**Nonpriority creditor's name and mailing address**
**Kaur, Jagmeet**
**3737 View Avenue**
**Roanoke, Virginia 24018-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.404 4**

**Nonpriority creditor's name and mailing address**
**Kaur, Kiranjeet**
**3411 East Jefferson Boulevard**
**South Bend, Indiana 46615-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.404 5**

**Nonpriority creditor's name and mailing address**
**Kaur, Lovepreet**
**726 Cotton Tail Ave**
**San Jose, California 95116-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.404 6**

**Nonpriority creditor's name and mailing address**

**Kaur, Prabh**
**2801 S Lakeline Blvd #13107**
**Cedar Park, Texas 78613-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.404 7**

**Nonpriority creditor's name and mailing address**

**Kautz, Stephen**
**8641 Via Mallorca Unit E**
**San Diego, California 92037-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.404 8**

**Nonpriority creditor's name and mailing address**

**Kawalek, Matthew**
**228 Sierra Pass Drive Unit 2**
**Schaumburg, Illinois 60194-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.404 9**

**Nonpriority creditor's name and mailing address**

**Kawashima, Kelly**
**1230 Manhattan Beach Blvd**
**Apt B**
**Manhattan Beach, California 90266-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.405 0**

**Nonpriority creditor's name and mailing address**

**Kazakis, Laura**
**28 Lisa Lane**
**Manchester, New Hampshire 03103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.405 1**

**Nonpriority creditor's name and mailing address**

**Kazarian, Andrea**
**834 Shibley**
**Park Ridge, Illinois 60068-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.405 2**

**Nonpriority creditor's name and mailing address**

**Kazik, Alison**
**8262 Miranda Pl**
**West Chester, Ohio 45069-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.405 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kazmierczak, Liliana**
**831 Indiana Lane**
**Elk Grove Village, Illinois 60007-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.405 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**KD College Prep**
**2001 Coit Rd**
**Plano, TX 75075**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.405 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kear, Lori**
**867 Walnut Street**
**Perrysburg, Ohio 43551-0000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.405 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kearney, Teresa**
**3811 Bartwood Rd**
**Baltimore, Maryland 21215-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.405 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kearns, Amy**
**1330 SW 3rd Ave, Apt. 506**
**Portland, Oregon 97201-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.405 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kearns, Kelleigh**
**525 Hickory Road**
**North Attleboro, Massachusetts 02760-000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.405 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Keaton, Sean**
**124 Lakewood Dr**
**Kings Mountain, North Carolina 28086-000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.406 0**

**Nonpriority creditor's name and mailing address**

**Keeland, April**
**7118 Overview Rd NE**
**Rio Rancho, New Mexico 87144-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.406 1**

**Nonpriority creditor's name and mailing address**

**Keeler, Jason**
**4256 Steamboat Road**
**Lexington, Kentucky 40514-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.406 2**

**Nonpriority creditor's name and mailing address**

**Keenan, Haley**
**99 Oak Leaf Lane, Apt 109**
**Vernon Hills, Illinois 60061-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.406 3**

**Nonpriority creditor's name and mailing address**

**Keene State College**
**Madison Street Lounge**
**Young Student Center**
**Keene, NH 03435**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.406 4**

**Nonpriority creditor's name and mailing address**

**Keene, Matthew**
**1218 E. Twin Lakes Drive**
**Little Rock, Arkansas 72205-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.406 5**

**Nonpriority creditor's name and mailing address**

**Keeneyville SD 20**
**5540 Arlington Drive East**
**Hanover Park, IL 60133**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.406 6**

**Nonpriority creditor's name and mailing address**

**Keeter, Victoria**
**1005 Townhouse Circle**
**Norman, Oklahoma 73069-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.406 7**

**Nonpriority creditor's name and mailing address**

**Kehoe Designs, Inc.**
**2555 S Leavitt St**
**Chicago, IL 60608-5202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.406 8**

**Nonpriority creditor's name and mailing address**

**Keifer, Kathy**
**420 Rockwood Dr**
**Elizabethtown, Pennsylvania 17022-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.406 9**

**Nonpriority creditor's name and mailing address**

**Keister, Michelle**
**1720 Ximeno Ave Apt 7**
**Long Beach, California 90815-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.407 0**

**Nonpriority creditor's name and mailing address**

**Keith, Crystal**
**4001 Meriwether Dr, ATP M-9**
**Durham, North Carolina 27704-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.407 1**

**Nonpriority creditor's name and mailing address**

**Keith, Madeline**
**614 Magnolia Avenue**
**Ocean Springs, Mississippi 39564-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.407 2**

**Nonpriority creditor's name and mailing address**

**Kelleher, Jane**
**63 Bailey Road**
**Andover, Massachusetts 01810-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.407 3**

**Nonpriority creditor's name and mailing address**

**Keller, Carol**
**415 Buchanan St**
**APT M**
**San Francisco, California 94102-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor    **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.407 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keller, Kimberly**
**307 Burke Street**
**Hickory, North Carolina 28601-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.407 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelleran, Kyle**
**757 Bellows Way #303**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.407 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelley, Maria**
**495 Mount Blue Street**
**Norwell, Massachusetts 02061-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.407 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelley, Stephanie**
**6479 Fm 2622**
**Ponder, Texas 76259-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.407 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly, Angela**
**1771 Sw Porta Nuova Terr**
**Port St Lucie, Florida 34953-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.407 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly, Bret**
**638 Charleston Oaks Drive**
**Ballwin, Missouri 63021-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.408 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly, Carole**
**4962 Lincoln**
**Dearborn Heights, Michigan 48125-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.408 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly, Crystal**
**306 E. 131st Place 1504**
**Chicago, Illinois 60827-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.408 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly, Leah**
**568 Turnstone Lane**
**Blanchard, Oklahoma 73010-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.408 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly, Lois**
**3 Topping Road**
**Andover, Massachusetts 01810-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.408 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly, Meaghan**
**913 Eastwood St.**
**Withee, Wisconsin 84498-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.408 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly, Melissa**
**144 Polaris Dr**
**Walkersville, Maryland 21793-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.408 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelly, Toccara**
**6123 S Racine Ave**
**Apt 2**
**Chicago, Illinois 60636-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.408 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kelsey Benefits Group**
**5075 South 1500 West**
**Ogden, UT 84405**

Date(s) debt was incurred  **4/24/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,275.00**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.408 8 | Nonpriority creditor's name and mailing address<br>**Kelsey, William**<br>**110 Lyness Street**<br>**Manchester, Connecticut 06040-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

---

| 3.408 9 | Nonpriority creditor's name and mailing address<br>**Kelson, Sarah**<br>**759 Robinhood Circle**<br>**Bloomfield Hills, Michigan 48304-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

---

| 3.409 0 | Nonpriority creditor's name and mailing address<br>**Kemp, Isabella**<br>**5417 Old Frederick Road**<br>**Baltimore, Maryland 21229-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

---

| 3.409 1 | Nonpriority creditor's name and mailing address<br>**Kenefake, Alexandra**<br>**78 East Evangeline Oaks Cir**<br>**Apt # 3**<br>**The Woodlands, Texas 77834-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

---

| 3.409 2 | Nonpriority creditor's name and mailing address<br>**Kenilworth SD 38**<br>**542 Abbotsford Road**<br>**Kenilworth, IL 60043**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

---

| 3.409 3 | Nonpriority creditor's name and mailing address<br>**Kenmore-Town of Tonawanda Union Free Sch**<br>**Administrative Building**<br>**1500 Colvin Boulevard**<br>**Buffllao, NY 14223**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.409
4**

**Nonpriority creditor's name and mailing address**
**Kennedy Tank & Manufacturing Co., Inc.**
**833 E. Sumner Avenue**
**Indianapolis, IN 46227**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.409
5**

**Nonpriority creditor's name and mailing address**
**Kennedy, Kelsey**
**701 E. High Street, Apt 101**
**Charlottesville, Virginia 22902-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.409
6**

**Nonpriority creditor's name and mailing address**
**Kennedy, LaTesha**
**602 Rosarita Rd**
**Arlington, Texas 76002-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.409
7**

**Nonpriority creditor's name and mailing address**
**Kennedy, Lydia**
**4300 HWY AA**
**Halfway, Mississippi 65663-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.409
8**

**Nonpriority creditor's name and mailing address**
**Kennedy, Sarah**
**295 Hojem Lane**
**Grayslake, Illinois 60030-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.409
9**

**Nonpriority creditor's name and mailing address**
**Kenney, Eileen**
**5537 Rosslyn Ave**
**Indianapolis, Indiana 46220-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.410
0**

**Nonpriority creditor's name and mailing address**
**Kent, Kortney**
**160 Lookout Ridge LP**
**San Marcos, Texas 78666-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.410 1**

**Nonpriority creditor's name and mailing address**

**Kenworthy, Catherine**
**223 W Menomonee St**
**Chicago, Illinois 60614-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.410 2**

**Nonpriority creditor's name and mailing address**

**Keperling, Danielle**
**10 Alpine Dr**
**Mohnton, Pennsylvania 19540-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.410 3**

**Nonpriority creditor's name and mailing address**

**Kerbs, Kendra**
**252 Pearl Street Nw**
**Grand Rapids, Michigan 49503-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.410 4**

**Nonpriority creditor's name and mailing address**

**Keshwara, Monica**
**1073 Woodland Glen Dr**
**Cordova, Tennessee 38018-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.410 5**

**Nonpriority creditor's name and mailing address**

**Kessler, Michael**
**21661 Brookhurst St Apt 270**
**Huntington Beach, California 92646-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.410 6**

**Nonpriority creditor's name and mailing address**

**Ketchikan Gateway Borough & School Distr**
**1900 First Ave Suite 118**
**Ketchikan, AK 99901**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.410 7**

**Nonpriority creditor's name and mailing address**

**Ketelsen, Jennifer**
**1146 S. Fairview Ave**
**Lombard, Illinois 60148-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.410
8**

**Nonpriority creditor's name and mailing address**

**Kettering Health Network**
**1 Prestige Place, Suite 580**
**Miamisburg, OH 45342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.410
9**

**Nonpriority creditor's name and mailing address**

**Keys, James**
**230 N Virginia Ave**
**APT B**
**Bridgeport, West Virginia 26330-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.411
0**

**Nonpriority creditor's name and mailing address**

**Keystone Business Services-IH**
**1520 Kensington Road**
**Suite 313**
**Oak Brook, IL 60523**

Date(s) debt was incurred  **5/31/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,125.00**

---

**3.411
1**

**Nonpriority creditor's name and mailing address**

**Kha, Mai Neng**
**N204 Bass Lake Road**
**Hatley, Wisconsin 54440-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.411
2**

**Nonpriority creditor's name and mailing address**

**Khader, Navade**
**248 Polo Club Dr**
**Glendale Heights, Illinois 60139-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.411
3**

**Nonpriority creditor's name and mailing address**

**Khan, Aalya**
**650 W 42nd St, Apt 1224**
**New York, New York 10036-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.411
4**

**Nonpriority creditor's name and mailing address**

**Khan, Naseer**
**2451 Liberty Street**
**Hamilton, New Jersey 08629-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

| 3.411 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Khan, Usman**
**6015 Lincoln Ave**
**Morton Grove, Illinois 60053-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Khaskia, Yasmeen**
**6328 Victorious Song Lane**
**Clarksville, Maryland 21029-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Khomusi, Zainab**
**1773 Trevino Circle**
**Bolingbrook, Illinois 60490-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Khosla, Anita**
**12908 Eagle Creek Drive**
**Beltsville, Maryland 20705-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Khounphachanh, Tony**
**2041 W Hutchinson**
**Chicago, Illinois 60613-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Khozey Fedzin, Nina**
**116 Steeple Dr**
**Apt C**
**Buffalo Grove, Illinois 60089-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Kiang, Courtney**
**9803 Rosewalk Dr**
**Highlands Ranch, Colorado 80129-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.412 2**

**Nonpriority creditor's name and mailing address**
**Kidd, Margie**
**1208 Woodsboro Road**
**Knoxville, Tennessee 37922-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.412 3**

**Nonpriority creditor's name and mailing address**
**Kieffer, Kerri**
**2724 Sullivan Ave**
**Kaukauna, Wisconsin 54130-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.412 4**

**Nonpriority creditor's name and mailing address**
**Kieffer, Krista**
**29 Hillpine Rd**
**Cheektowaga, New York 14227-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.412 5**

**Nonpriority creditor's name and mailing address**
**Kielar, Teresa**
**114 Filbert Dr.**
**Streamwood, Illinois 60107-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.412 6**

**Nonpriority creditor's name and mailing address**
**Kieliszewski, Lisa**
**25980 - 106th St, Nw**
**Zimmerman, Minnesota 55398-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.412 7**

**Nonpriority creditor's name and mailing address**
**Kierulff, Cecilia**
**1708 N Kellogg Dr, Apt A**
**Anaheim, California 92807-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.412 8**

**Nonpriority creditor's name and mailing address**
**KIK Custom Products**
**PO Box 88835**
**Carol Stream, IL 60188**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor **Interactive Health Solutions, Inc.**
Name

Case number (if known)    **20-11530 (BLS)**

| | | |
|---|---|---|
| 3.412 9 | **Nonpriority creditor's name and mailing address** | Unknown |

**Kilar, Emily**
**1708 Heather Heights Drive**
**Crescent, Pennsylvania 15046-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.413 0 | **Nonpriority creditor's name and mailing address** | Unknown |

**Kilbourn, Jon**
**1900 Walnut St, Apt 1110**
**Bastrop, Texas 78602-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.413 1 | **Nonpriority creditor's name and mailing address** | Unknown |

**Kilgore's Medical Pharmacy**
**700 N. Providence Road**
**Columbia, MO 65203**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.413 2 | **Nonpriority creditor's name and mailing address** | Unknown |

**Kim, Andrew**
**1237 Oak Ridge Dr.**
**Streamwood, Illinois 60107-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.413 3 | **Nonpriority creditor's name and mailing address** | Unknown |

**Kim, Hanbeech**
**9818 N Lauren Ln**
**Niles, Illinois 60714-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.413 4 | **Nonpriority creditor's name and mailing address** | Unknown |

**Kim, Hanle**
**9818 N Lauren Ln**
**Niles, Illinois 60714-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.413 5 | **Nonpriority creditor's name and mailing address** | Unknown |

**Kim, Jessica**
**115 Salado Ct, #201**
**Schaumburg, Illinois 60195-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

| 3.413 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kim, Lawrence**
**3500 Sweetwater Rd**
**Unit 622**
**Duluth, Georgia 30096-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kim, Sandra**
**351 King St**
**Unit 531**
**San Francisco, California 94158-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kim, Sewon**
**3425 Kingsbridge Ave #704**
**Bronx, New York 10463-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kimbark, Lynn**
**1132 Running Springs Road**
**#6**
**Walnut Creek, California 94595-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kimble, Jamell**
**7601 Dayberry Ln**
**Charlotte, North Carolina 28227-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kimble, Mabel**
**14006 Doty Ave**
**hawthorne, California 90250-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kimme, Patricia**
**17112 Dora Hamann Pkwy**
**Omaha, Nebraska 68116-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.414**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Kin, Stephanie**<br>**835 Summit Circle N**<br>**York, Pennsylvania 17403-0000** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.414**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Kindred, Aisha**<br>**2904 Bruce Randolph Avenue**<br>**Denver, Colorado 80205-0000** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.414**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Kindred, Cheryl**<br>**1500 Havenscourt Blvd**<br>**Oakland, California 94621-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.414**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Kines, Joan**<br>**3904 Falls Run Rd**<br>**Randallstown, Maryland 21133-0000** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.414**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **King & Prince Seafood**<br>**1 King and Prince Blvd.**<br>**Brunswick, GA 31520** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.414**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **King, Allison**<br>**518 N Essex #2**<br>**Lubbock, Texas 79416-0000** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.414**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **King, Breanna**<br>**1558 Clarkson Parma Townline**<br>**Road**<br>**Brockport, New York 14420-0000** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.415 0**

**Nonpriority creditor's name and mailing address**

**King, Darnisha**
**124 S. Central Ave.**
**Apt 2**
**Chicago, Illinois 60644-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.415 1**

**Nonpriority creditor's name and mailing address**

**King, Desiree**
**4133 Loveless Dr**
**Ellenwood, Georgia 30294-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.415 2**

**Nonpriority creditor's name and mailing address**

**King, Donna**
**1313 W Smith Street**
**Peoria, Illinois 61605-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.415 3**

**Nonpriority creditor's name and mailing address**

**King, Elizabeth**
**2208 - 29th Ave West**
**Seattle, Washington 98199-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.415 4**

**Nonpriority creditor's name and mailing address**

**King, Ger'Maine**
**4541 Windsor Lane**
**Country Club Hills, Illinois 60478-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.415 5**

**Nonpriority creditor's name and mailing address**

**King, Holly**
**10283 S Elijah Cir**
**South Jordan, Utah 84095-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.415 6**

**Nonpriority creditor's name and mailing address**

**King, Jasmine**
**2901 S King Drive**
**APT 1905**
**Chicaqgo, Illinois 60616-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.415 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**King, Josie**
**3630 Autumn View Dr**
**Acworth, Georgia 30101-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.415 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**King, Kailah**
**5811 Walton Avenue**
**Philadelphia, Pennsylvania 19143-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.415 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**King, Kayla**
**7305 N Madison**
**Hutchinson, Kansas 67502-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.416 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**King, Phyllis**
**3387 Thornbridge Drive**
**Powder Springs, Georgia 30127-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.416 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**King, Rosanny**
**7720 OConnor Drive**
**Apt. 3204**
**Round Rock, Texas 78681-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.416 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**King, Sarah**
**2017 Geyer Ave**
**St. Louis, Missouri 63104-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.416 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**King, Sherry**
**5435 Verbena Street**
**Denver, Colorado 80238-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.416 4**

**Nonpriority creditor's name and mailing address**

**King, Stephanie**
**599 university blvd**
**apt 910**
**Round Rock, Texas 78665-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.416 5**

**Nonpriority creditor's name and mailing address**

**King-Omeara, Brandie**
**17113 134th Avenue Ct E**
**Puyallup, Washington 98374-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.416 6**

**Nonpriority creditor's name and mailing address**

**Kingman Unified School District**
**3033 MacDonald**
**Kingman, AZ 86401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.416 7**

**Nonpriority creditor's name and mailing address**

**Kinnaird, Krista**
**25130 E. Ottawa Drive**
**Aurora, Colorado 80016-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.416 8**

**Nonpriority creditor's name and mailing address**

**Kinney, Danna**
**16613 Tonka Trail**
**Edmond, Oklahoma 73012-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.416 9**

**Nonpriority creditor's name and mailing address**

**Kinney, Sandra**
**5595 Saida Cir**
**Brewerton, New York 13029-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.417 0**

**Nonpriority creditor's name and mailing address**

**Kinsey, Tina**
**2700 Quiet Water Pass**
**Pflugerville, Texas 78660-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.417**
**1**

Nonpriority creditor's name and mailing address

**Kintz, Matthew**
**5242 Vanderbilt**
**Dallas, Texas 75206-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.417**
**2**

Nonpriority creditor's name and mailing address

**Kiradjieff, Dean**
**4313 Toddington Lane**
**Matthews, North Carolina 28105-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.417**
**3**

Nonpriority creditor's name and mailing address

**Kirby School District 140**
**16931 South Grissom Drive**
**Tinley Park, IL 60477**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.417**
**4**

Nonpriority creditor's name and mailing address

**Kirchen, Janet**
**7N737 SAYER RD**
**BARTLETT, Illinois 60103-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.417**
**5**

Nonpriority creditor's name and mailing address

**Kirk, Stacie**
**7806 Pioneer Trail**
**Knoxville, Tennessee 37924-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.417**
**6**

Nonpriority creditor's name and mailing address

**Kirkes, Heather**
**901 Andrea St**
**Norman, Oklahoma 73072-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.417**
**7**

Nonpriority creditor's name and mailing address

**KIRKLAND & ELLIS LLP**
**300 N. LaSalle Dr.**
**Chicago, IL 60654**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.417
8**

**Nonpriority creditor's name and mailing address**

**Kirkland, Felecia**
**18573 Watts Road**
**Livingston, Louisiana 70754-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.417
9**

**Nonpriority creditor's name and mailing address**

**Kirkland, Heather**
**1826 Drake Ave**
**Centerville, Iowa 52544-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.418
0**

**Nonpriority creditor's name and mailing address**

**Kirkwood School District**
**11289 Manchester Road**
**Kirkwood, MO 63122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.418
1**

**Nonpriority creditor's name and mailing address**

**Kirour, Boualem**
**7315 West 71st St**
**Apt 301**
**Bridgeview, Illinois 60455-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.418
2**

**Nonpriority creditor's name and mailing address**

**Kirschbaum, Whitney**
**29 Kellogg Street**
**Portland, Maine 04101-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.418
3**

**Nonpriority creditor's name and mailing address**

**Kish, Brandon**
**10173 Glen Abbey Lane**
**Fishers, Indiana 46037-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.418
4**

**Nonpriority creditor's name and mailing address**

**Kisner, Zoe**
**2315 Grand Ave, APT 108**
**Des Moines, Iowa 50312-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.418 5**

**Nonpriority creditor's name and mailing address**
**Kissick, Andrew**
**5530 Kingsboro Drive**
**Colorado Spring, Colorado 80911-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.418 6**

**Nonpriority creditor's name and mailing address**
**Kissick, Barbara**
**5530 Kingsboro Drive**
**Colorado Springs, Colorado 80911-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.418 7**

**Nonpriority creditor's name and mailing address**
**Kitchen Fresh Foods**
**1375 Gruber Road**
**Green Bay, WI 54313**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.418 8**

**Nonpriority creditor's name and mailing address**
**Kizer, Victor**
**108 Killarney Ct.**
**Barnhart, Missouri 63012-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.418 9**

**Nonpriority creditor's name and mailing address**
**Klapperich, Christopher**
**9453 Bristol Lane**
**Huntley, Illinois 60142-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.419 0**

**Nonpriority creditor's name and mailing address**
**Klausner, Sandy**
**35 Shelley Street**
**Freeport, New York 11520-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.419 1**

**Nonpriority creditor's name and mailing address**
**Klettke, Michael**
**1375 Fall Oaks Court**
**West Linn, Oregon 97068-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.419
2**

**Nonpriority creditor's name and mailing address**

**Kline, Stephanie
8065 Eagleview Drive
Littleton, Colorado 80125-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.419
3**

**Nonpriority creditor's name and mailing address**

**Kline, Taylor
403 Cottage Grove Ct
Wentzville, Missouri 63385-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.419
4**

**Nonpriority creditor's name and mailing address**

**Klinger, Judy
3764 N La Mesita Way
Boise, Idaho 83702-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.419
5**

**Nonpriority creditor's name and mailing address**

**Klockenga, Emily
20 Oakwood Drive
Springfield, Illinois 62711-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.419
6**

**Nonpriority creditor's name and mailing address**

**Klos, Karen
8320 Route 337
Tidioute, Pennsylvania 16351-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.419
7**

**Nonpriority creditor's name and mailing address**

**Klowden, Terri
55 S. Hale Unit 103
Palatine, Illinois 60067-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.419
8**

**Nonpriority creditor's name and mailing address**

**Kluthe, Chaolan
1946 E. Dayton St.
Madison, Wisconsin 53704-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.4199**

**Nonpriority creditor's name and mailing address**

**Knaur, Kirstie**
**1320 Springville Road**
**East Earl, Pennsylvania 17519-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4200**

**Nonpriority creditor's name and mailing address**

**Knickles, Rose**
**36 Woodchip Square**
**No. Attleboro, Massachusetts 02760-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4201**

**Nonpriority creditor's name and mailing address**

**Knight Barry Title**
**201 E Pittsburgh Ave**
**Suite 200**
**Milwaukee, WI 53204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4202**

**Nonpriority creditor's name and mailing address**

**Knight, Daisha**
**1064 Cogic Sq**
**Suffolk, Virginia 23434-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4203**

**Nonpriority creditor's name and mailing address**

**Knight, Kaneesha**
**200 Knight Lane**
**Sylacauga, Alabama 35150-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4204**

**Nonpriority creditor's name and mailing address**

**Knight, Kenya**
**1004 Freeney Ave**
**Suffolk, Virginia 23434-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4205**

**Nonpriority creditor's name and mailing address**

**Knight, Tempestt**
**12922 Daybreak Circle**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.420 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Knight, William**
**1017 Misty Lynn Circle Apt F**
**cockeysville, Maryland 21030-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.420 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Knowlton Technologies**
**213 Factory St**
**Watertown, NY 13601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.420 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Knox College**
**368 S. Prairie St.**
**Campus Box K-200**
**Galesburg, IL 61401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.420 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Knox Community Hospital**
**P.O. Box 1288**
**Mount Vernon, OH 43050**

Date(s) debt was incurred  **5/1/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.421 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Knox County**
**112-114 East High Street**
**Mount Vernon, OH 43050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.421 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Knox, Stephanie**
**1243 W Addison Street**
**Unit 1**
**Chicago, Illinois 60613-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.421 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Knox, Takesa**
**1132 Court G**
**Hanover Park, Illinois 60133-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.421 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Koch, Leticia**
**PO Box 361324**
**Birmingham, Alabama 35236-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kodak Alaris**
**2400 Mount Read Blvd**
**Rochester, NY 14615**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kokel, Diana**
**3401 South Lamar Blvd #2407**
**Austin, Texas 78704-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kokinis, Eleni**
**805 Columbia Lane**
**Darien, Illinois 60561-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kolasinski, Patricia**
**25406 W Lake Shore Dr**
**Barrington, Illinois 60010-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kolb, Kimberlee**
**1483 Beckwith View**
**Grand Rapids, Michigan 49505-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kolcraft**
**1100 W. Monroe St**
**Chicago, IL 60607**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.4220**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Kollath, Cameron**<br>**3144 Combine Ct**<br>**Howell, Michigan 48843-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4221**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Koller IV, William**<br>**3837 - 51st St**<br>**Des Moines, Iowa 50310-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4222**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Kollock, Fleshia**<br>**1215 Castle Pointe Ln**<br>**Grayson, Georgia 30017-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4223**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **KONE Inc.**<br>**4225 Naperville Rd. Suite 400**<br>**Lisle, IL 60532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4224**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Koneru, Cathi**<br>**1910 Oakland Bend**<br>**San Antonio, Texas 78258-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4225**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Kongkaeow, Nontaporn**<br>**1110 CHAMPIONSHIP DR**<br>**ELGIN, Illinois 60124-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4226**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Kontra, Katherine**<br>**150 W Weber Rd**<br>**Columbus, Ohio 43202-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.422 7 | | | |

**Nonpriority creditor's name and mailing address**
**Kordakis, Christopher**
**5315 S Laramie Pl**
**Boise, Idaho 83716-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.422 8 | | | |

**Nonpriority creditor's name and mailing address**
**Kordick, Lindsey**
**401 SW Glendana Dr**
**Lee's Summit, Missouri 64081-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.422 9 | | | |

**Nonpriority creditor's name and mailing address**
**Korrey, Yvonne**
**36A Mountain Home Road**
**Londonderry, New Hampshire 03053-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.423 0 | | | |

**Nonpriority creditor's name and mailing address**
**Kortje, Alisha**
**2407 Tyler Ave**
**Pascagoula, Mississippi 39567-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.423 1 | | | |

**Nonpriority creditor's name and mailing address**
**Koshel, James**
**634 Salem Lane**
**Brunswick, Ohio 44212-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.423 2 | | | |

**Nonpriority creditor's name and mailing address**
**Koste, Tom**
**1668 Terrapin Circle**
**Cambridge, Maryland 21613-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.423 3 | | | |

**Nonpriority creditor's name and mailing address**
**Kowalinski, Allison**
**6302 Maple Dr**
**Indianapolis, Indiana 46220-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.423<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kozdoy, Irina**
**526 Happfield Dr**
**Arlington Heights, Illinois 60004-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kozminski, Erica**
**702 Doe Ridge Dr**
**Cranberry Township, Pennsylvania 16066-0**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kozol, Joyce**
**2203 Davenport Ave.**
**Canton, Massachusetts 02021-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**KPH Healthcare Services, Inc.**
**520 East Main Street**
**Gouverneur, NY 13642**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kposowa, Mangaya**
**4940 Kleeman Green Drive**
**Cincinnati, Ohio 45211-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**KPS Capital Partners**
**485 Lexington Ave 31st Floor**
**New York, NY 10017**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kraemer North America**
**12550 West Frontage Road**
**Suite 203**
**Burnsville, MN 53337**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.424**
**1**

**Nonpriority creditor's name and mailing address**
**Kraman, Mallory**
**2950 Oxnard Street**
**#1**
**Woodland Hills, California 91367-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.424**
**2**

**Nonpriority creditor's name and mailing address**
**Kramer, Howard**
**115 Coachman's Lane**
**N Andover, Massachusetts 01845-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.424**
**3**

**Nonpriority creditor's name and mailing address**
**Kramer, Jennifer**
**2408 Schultz Way**
**York, Pennsylvania 17402-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.424**
**4**

**Nonpriority creditor's name and mailing address**
**Kramer, Rose**
**2445 Madison Road**
**Apt. 6**
**Cincinnati, Ohio 45208-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.424**
**5**

**Nonpriority creditor's name and mailing address**
**Krantz, Judy**
**772 Barger Drive**
**Crownsville, Maryland 21032-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.424**
**6**

**Nonpriority creditor's name and mailing address**
**Kratt, Randy**
**4830 Windswept Dr**
**Milford, Michigan 48380-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.424**
**7**

**Nonpriority creditor's name and mailing address**
**Krause, Nicholas**
**3742 Wolf Trail Drive**
**Abingdon, Maryland 21009-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.4248**

**Nonpriority creditor's name and mailing address**
**Kravitz, Beth**
**6272 Fox Run Circle**
**Jupiter, Florida 33458-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4249**

**Nonpriority creditor's name and mailing address**
**Kreher?s Farm Fresh Eggs LLC**
**5411 Davison Road P.O. Box 410**
**Clarence, NY 14031-0410**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4250**

**Nonpriority creditor's name and mailing address**
**Kreibich, Alex**
**5108 West Argyle Street**
**Chicago, Illinois 60630-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4251**

**Nonpriority creditor's name and mailing address**
**Krier Foods**
**520 Wolf Rd**
**Random Lake, WI 53075**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4252**

**Nonpriority creditor's name and mailing address**
**Kringle, Kris**
**1 Jingle Bell Lane**
**Sedona, Arizona 86336-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4253**

**Nonpriority creditor's name and mailing address**
**Krispy Krunchy Foods, LLC.**
**1826 Sterkx Road**
**Alexandria, LA 71301**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4254**

**Nonpriority creditor's name and mailing address**
**Kristen Ritchey**
**15235 Quail Hollow Ct**
**Granger, IN 46530**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.425**
**5**

**Nonpriority creditor's name and mailing address**
**Krotzer, Peggy**
**9 Sachem Drive**
**Shelton, Connecticut 06484-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.425**
**6**

**Nonpriority creditor's name and mailing address**
**Krowski, Nicole**
**P.O. Box 1010**
**Mont Belvieu, Texas 77580-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.425**
**7**

**Nonpriority creditor's name and mailing address**
**Krueger, David**
**1200 W Lonnquist Blvd**
**Mount Prospect, Illinois 60056-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.425**
**8**

**Nonpriority creditor's name and mailing address**
**Krupinski, Ashley**
**535 Jansen Ave**
**Avenel, New Jersey 07001-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.425**
**9**

**Nonpriority creditor's name and mailing address**
**Krupp, Erica**
**10 Washington Place #3**
**Troy, New York 12180-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.426**
**0**

**Nonpriority creditor's name and mailing address**
**Krypton Solutions, LLC**
**3060 Summit Ave.**
**Plano, TX 75074**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.426**
**1**

**Nonpriority creditor's name and mailing address**
**KTA-Tator, Inc.**
**115 Technology Drive**
**Pittsburgh, PA 15275**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

| 3.426 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kubota Engine America**
**505 Schelter Rd.**
**Lincolnshire, IL 33169**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kubota Tractor Corporation**
**3401 Del Amo Blvd**
**Torrance, CA 90503**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kuhn, Holly**
**8136 Wood Dr**
**Grosse Ile, Michigan 48138-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kulakowski, Joan**
**5600 Tinder Drive**
**#4**
**Rolling Meadows, Illinois 60008-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kulig, Christopher**
**1029 North Webster Street**
**Naperville, Illinois 60563-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kuma, Dibora**
**9704 Softwater Way**
**Columbia, Maryland 21046-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kumodzi, Trina**
**1404 Gittings Avenue**
**Baltimore, Maryland 21239-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.4269**

**Nonpriority creditor's name and mailing address**
**KUNA FOODSERVICE**
**704 Kuna Industrial Dr.**
**Dupo, IL 62239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4270**

**Nonpriority creditor's name and mailing address**
**Kunkel & Associates**
**401 Data Court**
**Dubuque, IA 52003**

Date(s) debt was incurred  4/24/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**$2,950.00**

---

**3.4271**

**Nonpriority creditor's name and mailing address**
**Kurash, Nicole**
**17601 Hampstead Ridge Court**
**Dumfries, Virginia 22026-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4272**

**Nonpriority creditor's name and mailing address**
**Kurihara, Hiroko**
**261 Saunders ave**
**Bridgeport, Connecticut 06606-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4273**

**Nonpriority creditor's name and mailing address**
**Kurkoski, Eileen**
**108 Derby Street**
**Newton, Massachusetts 02465-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4274**

**Nonpriority creditor's name and mailing address**
**Kutella, Stephanie**
**54 E Quincy St, #1E**
**Riverside, Illinois 60546-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4275**

**Nonpriority creditor's name and mailing address**
**Kuthe, John**
**6031 Kingsbury**
**St Louis, Missouri 63112-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.427<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Kuto, Elizabeth Lutomia**
**850 NW Island Terrace**
**Apt B6**
**Beaverton, Oregon 97006-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Kuzich, Christine**
**539 S Walnut Ave**
**Arlington Heights, Illinois 60005-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Kwabi, Linda**
**342 East 110 Street APT 7e**
**New York, New York 10029-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Kwak, Sumi**
**43961 Violet Lane**
**California, Maryland 20619-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Kwiatkowski, Leslie**
**144 Hemingway Drive**
**Rochester, New York 14620-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Kwiecien, Lisa**
**9430 S Star Hill Cir**
**Lone Tree, Colorado 80124-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Kysar, Burgandi**
**3305 S 292nd E Ave**
**Broken Arrow, Oklahoma 74014-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.428 3**

**Nonpriority creditor's name and mailing address**

**L & H Company**
**10435 Argonne Woods Drive**
**Woodridge, IL 60517**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.428 4**

**Nonpriority creditor's name and mailing address**

**L & J G Stickley**
**1 Stickley Dr**
**Manlius, NY 13104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.428 5**

**Nonpriority creditor's name and mailing address**

**L&L Enterprises**
**907 S 2nd Ave**
**Dodge City, KS 67801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.428 6**

**Nonpriority creditor's name and mailing address**

**L.E.A.S.E.**
**1009 Boyce Memorial Drive**
**Ottawa, IL 61350**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.428 7**

**Nonpriority creditor's name and mailing address**

**L.H. Lacy Company, LTD**
**1880 Crown Drive, Suite 1200**
**Dallas, TX 75234**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.428 8**

**Nonpriority creditor's name and mailing address**

**L.R. Webber Associates, Inc.**
**P.O. Box 593**
**Hollidaysburg, PA 16648**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.428 9**

**Nonpriority creditor's name and mailing address**

**La Liberte, Alisa**
**319 Cross Street**
**Carlisle, Massachusetts 01741-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.4290**

**Nonpriority creditor's name and mailing address**
**Labaran, Salamatu**
**12400 S. Harding Ave**
**Apt. 3S**
**Alsip, Illinois 60803-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4291**

**Nonpriority creditor's name and mailing address**
**Labine, Allyson**
**1887 Beckman Ave**
**Arden Hills, Minnesota 55112-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4292**

**Nonpriority creditor's name and mailing address**
**Laboratory Corporation of America-IH**
**P.O. Box 12140**
**Burlington, NC 27216-2140**

Date(s) debt was incurred  **5/30/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$361,042.52**

---

**3.4293**

**Nonpriority creditor's name and mailing address**
**Labuda, Deborah**
**882 Azalea Ct**
**Plantation, Florida 33317-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4294**

**Nonpriority creditor's name and mailing address**
**Lac du Flambeau Band of Lake Superior Ch**
**418 Little Pines Rd**
**Lac Du Flambeau, WI 54538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4295**

**Nonpriority creditor's name and mailing address**
**Lacroix, Sharon**
**80702 Camiono Los Campos**
**Indio, California 92203-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4296**

**Nonpriority creditor's name and mailing address**
**Ladd, Allie**
**1330 Harrison Ave**
**Rock Rapids, Iowa 51246-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.4297**

**Nonpriority creditor's name and mailing address**
**Ladwa, Chandni**
**14361 Florence St.**
**Eastvale**
**Eastvale, California 92880-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4298**

**Nonpriority creditor's name and mailing address**
**Lafleur, Kayra**
**742 Bienville St**
**Lake Charles, Louisiana 70607-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4299**

**Nonpriority creditor's name and mailing address**
**LaForgia, Samantha**
**225 Oak Ave**
**Staten Island, New York 10306-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4300**

**Nonpriority creditor's name and mailing address**
**Lagarde, Alicia**
**1318-18th St Apt 206**
**Cloquet, Minnesota 55720-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4301**

**Nonpriority creditor's name and mailing address**
**Lageson, Patricia**
**3102 98th Ave N.**
**Minneapolis, Minnesota 55443-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4302**

**Nonpriority creditor's name and mailing address**
**LaGrange Highlands District 106**
**1750 Plainfield Rd**
**LaGrange, IL 60525**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4303**

**Nonpriority creditor's name and mailing address**
**LaGrange SD 102**
**333 N. Park Road**
**LaGrange, IL 60526**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.430 4**

**Nonpriority creditor's name and mailing address**

**Lagrew, Mary Elizabeth**
**1328 Corte Venosa**
**Costa Mesa, California 92626-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.430 5**

**Nonpriority creditor's name and mailing address**

**Lainson, Jennifer**
**1907 Capri Lane**
**Schaumburg, Illinois 60193-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.430 6**

**Nonpriority creditor's name and mailing address**

**Laird, Jeramy**
**1425 S. Neshannock Rd**
**Hermitage, Pennsylvania 16148-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.430 7**

**Nonpriority creditor's name and mailing address**

**Laird, Latiara**
**12532 Percival Street**
**Chester, Virginia 23831-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.430 8**

**Nonpriority creditor's name and mailing address**

**Laird, Scott**
**8912 Blaze Drive**
**Austin, Texas 78747-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.430 9**

**Nonpriority creditor's name and mailing address**

**Lajoie, John**
**2816 Vt Route 66**
**Randolph Center, Vermont 05061-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.431 0**

**Nonpriority creditor's name and mailing address**

**Lakavage, Serena**
**749 Blockhouse Valley Rd**
**Clinton, Tennessee 37716-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

**3.431**
**1**

Nonpriority creditor's name and mailing address
**Lake and Peninsula School District**
**101 Jensen Drive**
**King Salmon, AK 99613**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.431**
**2**

Nonpriority creditor's name and mailing address
**Lake County - Montana**
**106 4th Ave East**
**Polson, MT 59860**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.431**
**3**

Nonpriority creditor's name and mailing address
**Lake County Farm Bureau Co-Op Assoc**
**402 N. Jackson Street**
**P.O. Box 440**
**Crown Point, IN 46308**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.431**
**4**

Nonpriority creditor's name and mailing address
**Lake County Forest Preserves**
**1899 West Winchester Road**
**Libertyville, IL 60048**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.431**
**5**

Nonpriority creditor's name and mailing address
**Lake Park SD 108**
**590 S Medinah**
**Roselle, IL 60172**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.431**
**6**

Nonpriority creditor's name and mailing address
**Lake, Mallory**
**240 S. Salisbury St.**
**Apt. 1**
**West Lafayette, Indiana 47906-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.431**
**7**

Nonpriority creditor's name and mailing address
**Lalich, Shelby**
**8953 Crooked Bend**
**Saint John, Indiana 46373-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.431 8**

**Nonpriority creditor's name and mailing address**

**Lalji, Mehdiya**
**8537 Xenium Lane North**
**Maple Grove, Minnesota 55369-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.431 9**

**Nonpriority creditor's name and mailing address**

**Lam, Kit**
**1218 Cypress Run Drive**
**Stockton, California 95209-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.432 0**

**Nonpriority creditor's name and mailing address**

**Lam, Lisa**
**310 Heather Croft**
**Egg Harbor Township, New Jersey 08234-00**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.432 1**

**Nonpriority creditor's name and mailing address**

**LaMantia, Kristi**
**130 Cooper Road**
**Rochester, New York 14617-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.432 2**

**Nonpriority creditor's name and mailing address**

**LaMar, Janel**
**864 Cleveland Rd**
**Apt D**
**Ravenna, Ohio 44266-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.432 3**

**Nonpriority creditor's name and mailing address**

**LaMartina, Marc**
**200 Toddson Lane**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.432 4**

**Nonpriority creditor's name and mailing address**

**Lamb, Debra**
**6307 Starview Dr**
**Lancaster, California 93536-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.432 5**

**Nonpriority creditor's name and mailing address**
**Lamb, Rachel**
**241 Stirrup Drive**
**Freehold, New Jersey 07728-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.432 6**

**Nonpriority creditor's name and mailing address**
**Lambert, Cathlene**
**312 Coronation Drive**
**Buffalo, New York 14226-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.432 7**

**Nonpriority creditor's name and mailing address**
**Lambert, Morgan**
**1409 N Zang Blvd Apt 1432**
**Dallas, Texas 75203-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.432 8**

**Nonpriority creditor's name and mailing address**
**Lambkins, LaToya**
**130 E Waymire Ave**
**Webster Groves, Missouri 63119-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.432 9**

**Nonpriority creditor's name and mailing address**
**Lamelas, Salvador**
**7500 Frederick Ln SW**
**Albuquerque, New Mexico 87121-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.433 0**

**Nonpriority creditor's name and mailing address**
**Lamette, Michael**
**7322 Cunningham**
**Highland, California 92346-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.433 1**

**Nonpriority creditor's name and mailing address**
**Lamey, Laurel Ann**
**2421 Abbeyglen Circle**
**Hoover, Alabama 35226-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.433 2**

**Nonpriority creditor's name and mailing address**
**Lamkin, Sheila**
**94 Country Club Drive**
**Danville, Illinois 61832-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.433 3**

**Nonpriority creditor's name and mailing address**
**Lanahan, Jennifer**
**5255 W Running Brook Rd**
**Apt 102**
**Columbia, Maryland 21044-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.433 4**

**Nonpriority creditor's name and mailing address**
**Lancaster Central School District**
**177 Central Avenue**
**Lancaster, NY 14086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.433 5**

**Nonpriority creditor's name and mailing address**
**Land O' Frost, Inc.**
**10109 Columbia Avenue**
**Muster, IN 46321**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.433 6**

**Nonpriority creditor's name and mailing address**
**Landau, Rossana**
**32 Diana Drive**
**Northfield, New Hampshire 03276-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.433 7**

**Nonpriority creditor's name and mailing address**
**Landeros, Crystal**
**1942 S 32nd Street**
**Milwaukiee, Wisconsin 53215-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.433 8**

**Nonpriority creditor's name and mailing address**
**Landes, Kimberly**
**2610 Guilford Ave**
**Baltimore, Maryland 21218-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

| 3.433 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Landry, Mary**
**PO BOX 1274**
**3053 Brasset Road**
**Donaldsonville, Louisiana 70346-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.434 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Landry, Sarah**
**2265 Renzo Way**
**Reno, Nevada 89521-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.434 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lane, Jonathan**
**306 W. 26th Street**
**Sioux Falls, South Dakota 57105-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.434 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lane, Katherine**
**345 W. Fullerton Pkwy #2205**
**Chicago, Illinois 60614-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.434 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lane, Noah**
**5223 Armida Dr**
**Woodland Hills, California 91364-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.434 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lane, Sharry**
**165 East High St.**
**Ballston Spa, New York 12020-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.434 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lane, Tayler**
**451 E Dunne Ave**
**Morgan Hill, California 95037-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.434 6**

**Nonpriority creditor's name and mailing address**
**Langs, Sharlene**
**4413 Chickasaw Ave**
**Fort Worth, Texas 76119-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.434 7**

**Nonpriority creditor's name and mailing address**
**Langston, Alicia**
**6843 Kenny Lane**
**Portsmouth, Virginia 23703-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.434 8**

**Nonpriority creditor's name and mailing address**
**Langston, Rosalind**
**9461 Hampton Dr. Apt 12**
**Highland, Indiana 46322-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.434 9**

**Nonpriority creditor's name and mailing address**
**Lantrip, Sandra**
**1221 Crabtree Ln Apt. 3103**
**Schaumburg, Illinois 60193-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.435 0**

**Nonpriority creditor's name and mailing address**
**Laparan, Christian**
**208 Santos Ranch Lane**
**Martinez, California 94553-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.435 1**

**Nonpriority creditor's name and mailing address**
**Lapidus, Chayah**
**1835 E Kirkland Lane, Apt D**
**Tempe, Arizona 85281-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.435 2**

**Nonpriority creditor's name and mailing address**
**Lapidus, Nicole**
**815 N Humboldt St**
**APT 309**
**San Mateo, California 94401-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.435 3**

**Nonpriority creditor's name and mailing address**
**Lapinski, Alison**
**2256 Verdun Dr**
**Joliet, Illinois 60435-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.435 4**

**Nonpriority creditor's name and mailing address**
**Lapradd, Norma**
**435 Niles Rd**
**Dawson Springs, Kentucky 42409-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.435 5**

**Nonpriority creditor's name and mailing address**
**Lara, Maaty**
**325 79th Street**
**Apt# 15**
**North Bergen, New Jersey 07047-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.435 6**

**Nonpriority creditor's name and mailing address**
**Lara, Michelle**
**2943 W Creek Valley Lane**
**Appleton, Wisconsin 54914-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.435 7**

**Nonpriority creditor's name and mailing address**
**Lara, Raul**
**1107 F St Unit E**
**Sacramento, California 95814-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.435 8**

**Nonpriority creditor's name and mailing address**
**Large, Melissa**
**7450 willow trace lane**
**knoxville, Tennessee 37938-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.435 9**

**Nonpriority creditor's name and mailing address**
**Larimore, Amber**
**19 Wild Cat Lane**
**Ormond Beach, Florida 32174-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.4360**

**Nonpriority creditor's name and mailing address**
**Larosiliere, Jean**
**900 Chopin**
**Volo, Illinois 60073-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4361**

**Nonpriority creditor's name and mailing address**
**Larry, Scarlet**
**P.O. Box 1888**
**Douglasville, Georgia 30133-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4362**

**Nonpriority creditor's name and mailing address**
**Larsen, Alexandra**
**519 Cary Woods Cir**
**Cary, Illinois 60013-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4363**

**Nonpriority creditor's name and mailing address**
**Larsen, Maria**
**519 Cary Woods Cr**
**Cary, Illinois 60013-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4364**

**Nonpriority creditor's name and mailing address**
**Larson, Brenda**
**2519 Oak Drive**
**West Dundee, Illinois 60118-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4365**

**Nonpriority creditor's name and mailing address**
**Larson, Eli**
**510 Highland St.**
**West Concord, Minnesota 55985-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4366**

**Nonpriority creditor's name and mailing address**
**Larson, Kristen**
**826 Ravenswood Court**
**Lake Zurich, Illinois 60047-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.436 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Larson, Melanie**
**165 N. 1650 W. # H103**
**Pleasant Grove, Utah 84062-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Larue, Carlee**
**7664 S. 600 E.**
**Columbia City, Indiana 46725-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Larue-Wiebe, Roxanne**
**17850 Sw 26th Street**
**Martell, Nebraska 68404-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Laschansky, Molly**
**11976 Orchid Street**
**Coon Rapids, Minnesota 55433-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lash, Adam**
**876 North Fordham Ave**
**Aurora, Illinois 60506-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lasser, Judith**
**1 Apple Blossom Road**
**Andover, Massachusetts 01810-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lathon, Aleta**
**128 S Austin Blvd.**
**#2**
**Oak Park, Illinois 60304-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.437 4**

**Nonpriority creditor's name and mailing address**
**Latifi, Fatima**
**720 West Jardin Terrace**
**Tracy, California 95391-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.437 5**

**Nonpriority creditor's name and mailing address**
**Latimer, Morgan**
**405 Sam Drive Apt C**
**Sycamore, Illinois 60178-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.437 6**

**Nonpriority creditor's name and mailing address**
**LATIN SCHOOL OF CHICAGO**
**59 W. North Ave.**
**Chicago, IL 60610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.437 7**

**Nonpriority creditor's name and mailing address**
**Laughery Valley Ag LLC**
**336 N Buckeye Street**
**PO Box 177**
**Osgood, IN 47037**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.437 8**

**Nonpriority creditor's name and mailing address**
**Lauren Opalka**
**416 Apple River Drive**
**Naperville, IL 60565**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.437 9**

**Nonpriority creditor's name and mailing address**
**Laurenzana, Monica**
**1780 Barnhill Drive**
**1780 Barnhill Dr**
**Mundelein, Illinois 60060-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.438 0**

**Nonpriority creditor's name and mailing address**
**Laureys, Lance**
**716 Greenmeadow Ct**
**Crystal Lake, Illinois 60014-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.438**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Lauricella, Dylan**<br>**6989 Van Antwerp Dr**<br>**Cicero, New York 13039-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.438**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Laveen Elementary School District**<br>**5001 West Dobbins Road**<br>**Laveen, AZ 85339** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.438**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Lavin, Virginia**<br>**272 Careswell St**<br>**Marshfield, Massachusetts 02050-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.438**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Lavoie, Juliana**<br>**2618 Bridgeview Way, Apt 1d**<br>**Indianapolis, Indiana 46220-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.438**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Lavrentiev, Anton**<br>**5328 W Roscoe St**<br>**Chicago, Illinois 69641-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.438**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Lawhun, Victoria**<br>**828 Summit Road**<br>**Santa Barbara, California 93108-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.438**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Lawler, Andrew**<br>**14 Mohawk Ave**<br>**Middlesex, New Jersey 08846-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.4388**

**Nonpriority creditor's name and mailing address**
**Lawrence, Ethan**
**703 Streb Street**
**Iowa City, Iowa 52246-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4389**

**Nonpriority creditor's name and mailing address**
**Lawson, Ana Maria**
**40 W 135th Street**
**APT 11H**
**New York, New York 10037-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4390**

**Nonpriority creditor's name and mailing address**
**Lawson, Bradley**
**1505 Westicke Place**
**Washington Township, Ohio 45459-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4391**

**Nonpriority creditor's name and mailing address**
**Lawson, Kristi**
**1570 Laurel Hall Lane**
**Little Elm, Texas 75068-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4392**

**Nonpriority creditor's name and mailing address**
**Lawson-Castillo, Diana**
**140 W Main Ave**
**Morgan Hill, California 95037-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4393**

**Nonpriority creditor's name and mailing address**
**Lay, Alan**
**28 Windfield Way**
**Florence, Kentucky 41042-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4394**

**Nonpriority creditor's name and mailing address**
**Lay, Kara**
**10768 N 55th Dr**
**Glendale, Arizona 85304-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.439 5**

**Nonpriority creditor's name and mailing address**
**Laylan, Molly**
**845 Rolling Hills St.**
**Bangor, Wisconsin 54614-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.439 6**

**Nonpriority creditor's name and mailing address**
**Layton, Laura**
**7840 E Hackberry PL**
**Tucson, Arizona 85730-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.439 7**

**Nonpriority creditor's name and mailing address**
**LDI INDUSTRIES**
**1864 Nagle Ave PO BOX 1810**
**Manitowoc, WI 54220**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.439 8**

**Nonpriority creditor's name and mailing address**
**LDI Mechanical, Inc.**
**1587 E. Bentley Dr., Suite 102**
**Corona, CA 92879**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.439 9**

**Nonpriority creditor's name and mailing address**
**Le, Bao Anh**
**10841 Wesminster Ave**
**Garden Grove, California 92843-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.440 0**

**Nonpriority creditor's name and mailing address**
**Le, Tien**
**2517 N Spring Hollow St**
**Wichita, Kansas 67228-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.440 1**

**Nonpriority creditor's name and mailing address**
**Lea County State Bank**
**1001 N Turner**
**Hobbs, NM 88240**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.440 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leach, Garrett**
**19214 Diablo Canyon Lane**
**Tomball, Texas 77377-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**League**
**111 W. Illinois St.**
**Chicago, IL 60654**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leahey, Chelsea**
**1251 Park Street**
**Atlantic Beach, New York 11509-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lean, Catherine**
**10 Farragut Road**
**Annapolis, Maryland 21403-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leathers, Rebecca**
**3124 Grand Ave S, #2**
**Minneapolis, Minnesota 55408-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leathery, Sandra**
**96 Pine Ridge Road**
**East Berlin, Pennsylvania 17316-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leavitt Partners**
**299 South Main Street, Suite 2300**
**Salt Lake City, UT 84111-2278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.4409**

Nonpriority creditor's name and mailing address

**Leavitt, Jenna**
**259 Cloverbrook Circle**
**Pittsburg, California 94565-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4410**

Nonpriority creditor's name and mailing address

**Lebanon Utilities**
**401 S. Meridian Street**
**Lebanon, OH 46052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4411**

Nonpriority creditor's name and mailing address

**LeBlanc, Dinesha**
**2408 Quiet Arbor Lane**
**Pearland, Texas 77581-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4412**

Nonpriority creditor's name and mailing address

**Lechuga, Ivette**
**1234 W Meyer Dr**
**Addison, Illinois 60101-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4413**

Nonpriority creditor's name and mailing address

**Ledbetter, Cari**
**17624 Brass Drive**
**Edmond, Oklahoma 73012-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4414**

Nonpriority creditor's name and mailing address

**Ledford, Ashleigh**
**4694 E 100 N**
**Kokomo, Indiana 46901-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4415**

Nonpriority creditor's name and mailing address

**Lee County Iowa**
**701 Avenue F**
**Fort Madison, IA 52627**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.441 6**

**Nonpriority creditor's name and mailing address**

**Lee Enterprises**
**201 N. Harrison St, Suite 600**
**Davenport, IA 52801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.441 7**

**Nonpriority creditor's name and mailing address**

**Lee, Aijeleth**
**11761 West Biscayne Canal Road**
**Miami, Florida 33161-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.441 8**

**Nonpriority creditor's name and mailing address**

**Lee, Amy**
**1001 North Carter Road**
**Decatur, Georgia 30030-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.441 9**

**Nonpriority creditor's name and mailing address**

**Lee, Catherine**
**6717 back bay lane**
**Austin, Texas 78739-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.442 0**

**Nonpriority creditor's name and mailing address**

**Lee, Corey**
**2968 Mirado**
**Grand Prairie, Texas 75054-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.442 1**

**Nonpriority creditor's name and mailing address**

**Lee, Darrick**
**2968 Mirado**
**Grand Prairie, Texas 75054-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.442 2**

**Nonpriority creditor's name and mailing address**

**Lee, Eric**
**276 Greenfield Rd**
**Natchez, Mississippi 39120-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Interactive Health Solutions, Inc.**
Name

Case number (if known)   **20-11530 (BLS)**

---

| 3.442 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Hilary**
**1716 N Moody Ave**
**Chicago, Illinois 60639-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Janet**
**2016 4th Ave**
**Sacramento, California 95818-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Jennifer**
**309 7th Street**
**Hiawatha, Iowa 52233-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Kiley**
**336 34th Place NE**
**Washington, District of Columbia 20019-0**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Lasandra**
**444 Quail Creek Dr**
**Frisco, Texas 75034-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Lorena**
**618 East Dewey Lane**
**Caldwell, Idaho 83605-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee, Malcolm**
**277 Boston Street**
**Chicago Heights, Illinois 60411-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.443 0**

**Nonpriority creditor's name and mailing address**
**Lee, See**
**3059 Runway Avenue**
**Eau Claire, Wisconsin 54703-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.443 1**

**Nonpriority creditor's name and mailing address**
**Lee, Shatoya**
**2725 Grand Ave, Apt 2**
**Bellmore, New York 11710-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.443 2**

**Nonpriority creditor's name and mailing address**
**Lee, Vanessa E.**
**10 Summer Street**
**Beverly, Massachusetts 01915-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.443 3**

**Nonpriority creditor's name and mailing address**
**Leech, Cynthia**
**1671 E Bullard Ave #140**
**Fresno, California 93710-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.443 4**

**Nonpriority creditor's name and mailing address**
**Leeper, Shannon**
**5621 NW Platte Purchase Dr.**
**Kansas City, Missouri 64151-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.443 5**

**Nonpriority creditor's name and mailing address**
**Leermakers, Elizabeth**
**10039 Venetian Way**
**Dallas, Texas 75229-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.443 6**

**Nonpriority creditor's name and mailing address**
**Lefevers, Haley**
**1050 Hayes Avenue**
**Hamilton, Ohio 45015-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.443 7**

**Nonpriority creditor's name and mailing address**

**Leffler-Bell, Louise**
**1651 Hayne Rd**
**Memphis, Tennessee 38119-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.443 8**

**Nonpriority creditor's name and mailing address**

**Lefland, Dana**
**260 Millbrook Road**
**North Haven, Connecticut 06473-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.443 9**

**Nonpriority creditor's name and mailing address**

**Leflore, Antoinette**
**21090 La Salle Blvd**
**Warren, Michigan 48089-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.444 0**

**Nonpriority creditor's name and mailing address**

**Legacy Farmers Cooperative**
**6566 CR 236**
**Findlay, OH 45839**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.444 1**

**Nonpriority creditor's name and mailing address**

**Legg, Carolyn**
**206 Yarnell Rd**
**Clinton, Tennessee 37716-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.444 2**

**Nonpriority creditor's name and mailing address**

**Leggett, Sylvia**
**6 Union Church Road**
**Trenton, Tennessee 38382-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.444 3**

**Nonpriority creditor's name and mailing address**

**Lehman, Olivia**
**201 Quiet Meadow Ln**
**Dayton, Ohio 45459-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.444 4**

Nonpriority creditor's name and mailing address

**Leigh, Tamara**
**1515 Club Terrace**
**Lynchburg, Virginia 24503-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.444 5**

Nonpriority creditor's name and mailing address

**Leinen, Courtney**
**3538 Grand Ave S**
**Minneapolis, Minnesota 55408-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.444 6**

Nonpriority creditor's name and mailing address

**Lemke, Leslie**
**500 Woodley St.**
**Northfield, Minnesota 55057-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.444 7**

Nonpriority creditor's name and mailing address

**Lemmeyer, Christy**
**125 E Martin St**
**Amherst, Ohio 44001-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.444 8**

Nonpriority creditor's name and mailing address

**Lemmons, Stacie**
**200 West 15th Street, #145**
**Edmond, Oklahoma 73013-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.444 9**

Nonpriority creditor's name and mailing address

**Lemont-Bromberek CSD 113A**
**16100 127th Street**
**Lemont, IL 60439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.445 0**

Nonpriority creditor's name and mailing address

**Lenart, Lesa**
**2615 Woodrow**
**Waco, Texas 76708-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.445**
**1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Lence, Nicole** | ☐ Contingent | |
| **350 Zach Lane** | ■ Unliquidated | |
| **Ozark, Illinois 62972-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.445**
**2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Lendor-Oliver, Joanne** | ☐ Contingent | |
| **4348 Big Dipper Circle** | ■ Unliquidated | |
| **Hephzibah, Georgia 30815-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.445**
**3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Lengyel, Christina** | ☐ Contingent | |
| **6106 NW 49th Street** | ■ Unliquidated | |
| **Warr Acres, Oklahoma 73122-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.445**
**4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Lennon, Bonnie** | ☐ Contingent | |
| **10238 Forest Meadow Circle** | ■ Unliquidated | |
| **Fishers, Indiana 46040-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.445**
**5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Lenzini, Emily** | ☐ Contingent | |
| **1151 Heavens Gate** | ■ Unliquidated | |
| **Lake in the Hills, Illinois 60156-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:  Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.445**
**6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Leon, Vickie** | ☐ Contingent | |
| **717 Adler Falls Ln** | ■ Unliquidated | |
| **Adler Falls Ln** | ☐ Disputed | |
| **Round Rock, Texas 78665-0000** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.445**
**7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Leonora Louise Young** | ☐ Contingent | |
| **293 Central Park West** | ■ Unliquidated | |
| **#4D** | ☐ Disputed | |
| **New York, NY 10024** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.4458**

**Nonpriority creditor's name and mailing address**
**Leos, Sarah**
**PO Box 2159**
**Sun City, California 92586-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4459**

**Nonpriority creditor's name and mailing address**
**Lerman Holding Co. Inc.**
**2722 West Tucker Drive**
**South Bend, IN 46619**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4460**

**Nonpriority creditor's name and mailing address**
**Leslie, Gina**
**2631 Beland Blvd**
**Redondo Beach, California 90278-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4461**

**Nonpriority creditor's name and mailing address**
**Lesnar, Katherine**
**3940 S. Jackson Dr. #306**
**Independence, Missouri 64057-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4462**

**Nonpriority creditor's name and mailing address**
**Lesslie Consulting, Inc**
**1049 Polo Downs Drive**
**Chesterfield, MO 63017**

Date(s) debt was incurred  **4/24/2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$90.00**

---

**3.4463**

**Nonpriority creditor's name and mailing address**
**Letteri, Jennifer**
**150 Buffalo Hills Road**
**Earlysville, Virginia 22936-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4464**

**Nonpriority creditor's name and mailing address**
**Leung, Calvin**
**4849 El Cemonte Ave Apt. 154**
**Davis, California 95618-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.446 5**

**Nonpriority creditor's name and mailing address**

**Levee, Mark**
**1076 Valley Stream**
**Wheeling, Illinois 60090-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.446 6**

**Nonpriority creditor's name and mailing address**

**Levi, Kristen**
**600 E. Campus Dr.**
**Apt. 4A**
**Carbondale, Illinois 62901-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.446 7**

**Nonpriority creditor's name and mailing address**

**Levine, Tara**
**8237 Hydon Dawn Lane**
**Cary, North Carolina 27518-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.446 8**

**Nonpriority creditor's name and mailing address**

**Leviston, Christina**
**11017 Bel Air Place**
**Oklahoma City, Oklahoma 73120-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.446 9**

**Nonpriority creditor's name and mailing address**

**Levredge, Nancy**
**8558 SW 61st Terr Rd**
**Ocala, Florida 34476-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.447 0**

**Nonpriority creditor's name and mailing address**

**Lewallen, Jesse**
**816 W. Francis., # 445**
**Spokane, Washington 99205-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.447 1**

**Nonpriority creditor's name and mailing address**

**Lewandowski, Michael**
**13875 Royal Melbourne Sqr**
**San Diego, California 92128-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.447 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Lewers, Monica**<br>**6700 S. South Shore Drive, 24B**<br>**Chicago, Illinois 60649-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Wages / Other_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.447 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Lewis Tree**<br>**300 Lucius Gordon Dr**<br>**Rochester, NY 14586** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Vendor / Other_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.447 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Lewis, Amber**<br>**2104 Washington Overlook Drive**<br>**Fort Washington, Maryland 20744-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Wages / Other_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.447 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Lewis, Cindy**<br>**418 W. Regent St, Apt 4**<br>**Inglewood, California 90301-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Wages / Other_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.447 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Lewis, Crystal**<br>**8832 Herman Street**<br>**Fort Worth, Texas 76108-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Wages / Other_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.447 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Lewis, Gabrielle**<br>**5 Bruins Way**<br>**Hampton, Virginia 23669-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Wages / Other_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.447 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Lewis, Jazmine**<br>**104 St Thomas Drive**<br>**Apt 3G**<br>**Greensboro, North Carolina 27406-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Wages / Other_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.4479**

**Nonpriority creditor's name and mailing address**
**Lewis, Kareen**
**11611 157th Street**
**Apt. 3G**
**Jamaica, New York 11434-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4480**

**Nonpriority creditor's name and mailing address**
**Lewis, La**
**4124 - 122nd Drive North**
**Royal Palm Beach, Florida 33411-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4481**

**Nonpriority creditor's name and mailing address**
**Lewis, Leah**
**4203 Colonial Road**
**Pikesville, Maryland 21208-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4482**

**Nonpriority creditor's name and mailing address**
**Lewis, Marie**
**4526 Tapscott Rd**
**Pikesville, Maryland 21208-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4483**

**Nonpriority creditor's name and mailing address**
**Lewis, Michell**
**4503 Courtfield Dr**
**Indianapolis, Indiana 46254-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4484**

**Nonpriority creditor's name and mailing address**
**Lewis, Rondray**
**1604 North Avenue N**
**Freeport, Texas 77541-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4485**

**Nonpriority creditor's name and mailing address**
**Lewis, Susan**
**1718 Spruce Drive #135**
**Bowling Green, Ohio 43402-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.448 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lewis, Tonia R**
**7354 Mossy Brink Court**
**Columbia, Maryland 21045-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lewis, Whitney**
**2302 Hastings Drive**
**Plainfield, Illinois 60586-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lexington Corporate Enterprise, Inc.**
**17725 Volbrecht Rd.**
**Landsing, IL 60438**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lexington R-V School District**
**2323 A High School Drive**
**Lexington, MO 64067**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81.60** |
|---|---|---|---|

**Lexington Regional Health Center**
**P O Box 980**
**1201 N. Erie**
**Lexington, NE 68850-0980**

Date(s) debt was incurred **4/5/2020**
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LG Electronics**
**2000 Millbrook Drive**
**Lincolnshire, IL 60069**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Li, Dorri**
**96 Russett Road**
**West Roxbury, Massachusetts 02132-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Interactive Health Solutions, Inc.**
          Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.449 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Li, Meng Yan**
**1015 Waylinn Ln**
**Tracy, California 95376-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.449 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Liang, Venus**
**2807 S Wells St**
**Chicago, Illinois 60616-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.449 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Libbey, Inc.**
**300 Madison Avenue**
**Toledo, OH 43604**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.449 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Liberty Center Local Schools**
**103 West Young Street**
**Liberty Center, OH 43532**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.449 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Liberty County**
**618 Adams Ave E**
**Chester, MT 59522**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.449 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Liberty Elementary School District**
**19871 W Fremont**
**Buckeye, AZ 85326**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.449 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lickert, Mary**
**318 Plum Run Rd**
**Canonsburg, Pennsylvania 15317-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.4500**

**Nonpriority creditor's name and mailing address**
**Liddell, Jeffrey**
**608 Sierra Verde Way NE**
**Rio Rancho, New Mexico 87124-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4501**

**Nonpriority creditor's name and mailing address**
**Lieb, Karen**
**525 Barberry**
**Highland Park, Illinois 60035-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4502**

**Nonpriority creditor's name and mailing address**
**Liebert, Michael**
**13100 W Kittridge Ct**
**Brookfield, Wisconsin 53005-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4503**

**Nonpriority creditor's name and mailing address**
**Liefeld, Kayla**
**1912A N. 55th St.**
**Milwaukee, Wisconsin 53208-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4504**

**Nonpriority creditor's name and mailing address**
**Life Storage, Inc.**
**6467 MAIN ST**
**Williamsville, NY 14221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4505**

**Nonpriority creditor's name and mailing address**
**Lifeline Medical Associates LLC**
**99 Cherry Hill Road, Suite 220**
**Parsippany, NJ 07054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4506**

**Nonpriority creditor's name and mailing address**
**Lifesteps**
**100 Renaissance Center**
**Detroit, MI 48243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.4507**

**Nonpriority creditor's name and mailing address**

**Lifetime Healthcare Companies/Excellus**
**333 Butternut Drive**
**Syracuse, NY 13214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4508**

**Nonpriority creditor's name and mailing address**

**Liftech Equipment Companies**
**6847 Ellicott Drive**
**East Syracuse, NY 13057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4509**

**Nonpriority creditor's name and mailing address**

**Lighthouse Management Services**
**850 Clinton Square**
**Rochester, NY 14604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4510**

**Nonpriority creditor's name and mailing address**

**Lightner, Sheree**
**10 Tate Way**
**York, Pennsylvania 17402-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4511**

**Nonpriority creditor's name and mailing address**

**Ligon, Sheila**
**954 Manhattan Ave**
**Dayton, Ohio 45406-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4512**

**Nonpriority creditor's name and mailing address**

**Likens Technology Solutions, LLC.**
**23374 W Milton Rd**
**Wauconda, IL 60084**

Date(s) debt was incurred **6/9/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$20,375.00**

---

**3.4513**

**Nonpriority creditor's name and mailing address**

**Likens Technology Solutions, LLC.**
**23374 W Milton Rd**
**Wauconda, IL 60084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.451 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lilly, Aaron**
**1865 University Way**
**San Jose, California 95126-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Limura, Christina**
**171 Windsorshire Drive**
**Rochester, New York 14624-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lin, Warren**
**34 Collins Ave**
**Williston Park, New York 11596-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lincoln County Hospital**
**624 N. Second St., P.O. Box 406**
**Lincon, KS 67455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lincoln SD 156**
**410 West 157th Street**
**Calumet City, IL 60409**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lincolnwood SD 74**
**6950 North East Prairie Road**
**Lincolnwood, IL 60712**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lind, Kellie**
**1831 Nadine Road**
**#202**
**Wesley Chapel, Florida 33544-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.452 1**

**Nonpriority creditor's name and mailing address**
**Lindahl, Lori**
**91 Country Club Drive**
**Prospect Heights, Illinois 60070-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.452 2**

**Nonpriority creditor's name and mailing address**
**Lindemyer, Michelle**
**9015 Posey Drive**
**Whitmore Lake, Michigan 48189-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.452 3**

**Nonpriority creditor's name and mailing address**
**Linden, Hannah**
**625 Winston Drive**
**Reno, Nevada 89502-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.452 4**

**Nonpriority creditor's name and mailing address**
**Linden, Sean**
**1406 Victory Drive**
**Libertyville, Illinois 60048-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.452 5**

**Nonpriority creditor's name and mailing address**
**Lindenwood University**
**209 S Kingshighway St.**
**St. Charles, MO 63301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.452 6**

**Nonpriority creditor's name and mailing address**
**Lindsay, Shannon**
**1126 Alto Ave SE**
**Grand Rapids, Michigan 49507-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.452 7**

**Nonpriority creditor's name and mailing address**
**Lindsey, Julia**
**3202 Country Club Ln**
**Jeffersonville, Indiana 47130-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.452 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Linebach, Taylor**<br>**2100 Peach Street**<br>**Higginsville, Missouri 64037-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.452 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Link, Kristi**<br>**1535 East Ninth St**<br>**Cushing, Oklahoma 74023-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.453 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,140.59** |
|---|---|---|---|
| | **LinkedIn Corporation**<br>**62228 Collections Center Drive**<br>**Chicago, IL 60693-0622** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **11/1/2019**<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.453 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Linkletter, Alyssa**<br>**1612 Willow St. #A**<br>**Austin, Texas 78702-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.453 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Linne, Tracy**<br>**8113 Baywood Drive**<br>**Norfolk, Virginia 23518-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.453 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Linstrot, Margaret**<br>**4719 Yackley Ave**<br>**Lisle, Illinois 60532-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.453 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **LION**<br>**7200 Poe Avenue, Suite 400**<br>**Dayton, OH 45414** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.453 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lipperini, Anna**
**924 Grove Street**
**Avoca, Pennsylvania 18641-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lippolis, Dara**
**20037 N Cordoba Street**
**Maricopa, Arizona 85138-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lipsky, Janine**
**139 Sydney St, Apt 2**
**Boston, Massachusetts 02125-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**LiquidHub**
**500 E Swedesford Rd #300**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Liquidia Technologies, Inc.**
**419 Davis Drive, Suite 100**
**Morrisville, NC 27560**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lisle Community Unit School District 202**
**5211 Center Ave**
**Lisle, IL 60532**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ListEngage LLC**
**ListEngage LLC**
**5 Edgell Road Suite 20**
**Framingham, MA 01701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.454
2**

**Nonpriority creditor's name and mailing address**

**Litchfield Elementary School District #7**
**272 E Sagebrush St**
**Litchfield, AZ 85340**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.454
3**

**Nonpriority creditor's name and mailing address**

**Littau Harvester, Inc.**
**1200 Wilco Road**
**Stayton, OR 97383**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.454
4**

**Nonpriority creditor's name and mailing address**

**Littelfuse**
**8755 West Higgins Rd**
**Chicago, IL 60631**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.454
5**

**Nonpriority creditor's name and mailing address**

**Little, Amber**
**5420 Java Ave**
**Birmingham, Alabama 35224-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.454
6**

**Nonpriority creditor's name and mailing address**

**Little, Arishe**
**6942 S Rockwell**
**Chicago, Illinois 60629-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.454
7**

**Nonpriority creditor's name and mailing address**

**Little, Evelyn**
**163 - 20th Ave**
**San Francisco, California 94121-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.454
8**

**Nonpriority creditor's name and mailing address**

**Littlefield Unified School District**
**3436 E. Rio Virgin Road**
**Beaver Dam, AZ 86432**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.4549**

**Nonpriority creditor's name and mailing address**

**Littles, Kim**
**112 Wiley St**
**Madison, Tennessee 37115-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4550**

**Nonpriority creditor's name and mailing address**

**Littles, Teresa**
**31455 Newton Road**
**Sarcoxie, Missouri 64862-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4551**

**Nonpriority creditor's name and mailing address**

**Littleton Elementary School District**
**1600 South 107th Avenue**
**Avondale, AZ 85323**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4552**

**Nonpriority creditor's name and mailing address**

**Littleton, Joy**
**PO Box 261**
**Telluride, Colorado 81435-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4553**

**Nonpriority creditor's name and mailing address**

**Liu, Elise**
**2338 Blake Street**
**APT 11**
**Berkeley, California 94704-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4554**

**Nonpriority creditor's name and mailing address**

**Liu, Jing**
**17524 Mayflower Dr**
**Castro Valley, California 94546-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4555**

**Nonpriority creditor's name and mailing address**

**Liu, Xiao**
**13648 Venturi Lane**
**Herndon, Virginia 20171-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.455 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Llenas, Ivis**
**302 Cimarron way**
**Lawrnceville, Georgia 30044-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Llewellyn, Traci**
**89 Caya Avenue**
**West Hartford, Connecticut 06110-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lloyd, Vickie**
**14000 Brandgrove Court**
**Chesterfield, Virginia 23832-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lo, Charis**
**4600 Cedar Lake Road #5**
**St. Louis Park, Minnesota 55416-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lo, Jessica**
**19019 Preston rd. Apt. 513**
**Dallas, Texas 75252-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lo, Marie**
**1359 Phelps Aave #11**
**San Jose, California 95117-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LoBiondo, Peter**
**1766 Hassell Road**
**Hoffman Estates, Illinois 60169-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.456 3**

**Nonpriority creditor's name and mailing address**

**Local 13 - New York Plumbers Union**
**1850 Mount Read Blvd**
**Rochester, NY 14615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.456 4**

**Nonpriority creditor's name and mailing address**

**Lock, Weston**
**301 Ardmore Drive**
**Middletown, Ohio 45042-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.456 5**

**Nonpriority creditor's name and mailing address**

**Locke, Alexis**
**8510 E 29th Street Apt 612**
**Wichita, Kansas 67226-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.456 6**

**Nonpriority creditor's name and mailing address**

**Lockhart, Devin**
**22 Hillside Ave**
**Wilder, Kentucky 41071-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.456 7**

**Nonpriority creditor's name and mailing address**

**Lockwood, Anthony**
**13401 Dumas Road**
**Apt J-303**
**Mill Creek, Washington 98012-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.456 8**

**Nonpriority creditor's name and mailing address**

**Lodhie, Kaval**
**3400 Avenue of the Arts**
**C204**
**Costa Mesa, California 92626-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.456 9**

**Nonpriority creditor's name and mailing address**

**Loeb, Jay**
**1453 Wightman St**
**Pittsburgh, Pennsylvania 15217-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.457 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Loebig, Manuela**<br>**3301 Arena Blvd**<br>**Apt. 128**<br>**Sacramento, California 95834-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.457 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Loehr, Nicole**<br>**45432 Longstreet Drive**<br>**El Paso, Texas 79904-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.457 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Lofton, Rodney**<br>**2538 Wilcox Circle**<br>**Denver, North Carolina 28037-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.457 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Logan, Mechelle**<br>**1140 Marie Drive**<br>**Huddleston, Virginia 24104-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.457 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Logan, Rachel**<br>**3220 Cottage Hill Rd**<br>**Apt 8102**<br>**Mobile, Alabama 36606-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.457 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Logan, Susan**<br>**305 Silver Oak Drive**<br>**Johnson City, Tennessee 37615-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.457 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Logitech, Inc.**<br>**7700 Gateway Blvd**<br>**Newark, CA 94560** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor / Other** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

| 3.457 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,109.99 |
|---|---|---|---|

**LogMeIn USA, Inc aka GetGo/Citrix Online File 50264**
**Los Angeles, CA 90074-0264**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/1/2020**

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lohr Distributing Company**
**1100 South 9th**
**St. Louis, MO 63101**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lokshin, Erica**
**525 W Hawthorne Pl. Apt 902**
**Chicago, Illinois 60657-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Loller, Patricia**
**17 Edgecomb Street**
**Hamden, Connecticut 06517-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lombard School District 44**
**150 W. Madison St.**
**Lombard, IL 60148**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**LONG Building Technologies**
**5001 S. Zuni Street**
**Littleton, CO 80120**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Long, Amber**
**623 N Copernicus Pl**
**Fayetteville, Arkansas 72704-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.458 4**

**Nonpriority creditor's name and mailing address**

**Lopez Francisco, Ana**
**2650 W. Camino De La Joya**
**Tucson, Arizona 85742-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.458 5**

**Nonpriority creditor's name and mailing address**

**Lopez Veneros, David**
**460 West 147Th St, Apt 28**
**New York, New York 10031-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.458 6**

**Nonpriority creditor's name and mailing address**

**Lopez, Carmen**
**7970 W Grand Parkway S**
**Richmond, Texas 77406-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.458 7**

**Nonpriority creditor's name and mailing address**

**Lopez, Christopher**
**824 S York Rd**
**Bensenville, Illinois 60106-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.458 8**

**Nonpriority creditor's name and mailing address**

**Lopez, Chrystal**
**6845 Oakfield Dr**
**Toledo, Ohio 43605-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.458 9**

**Nonpriority creditor's name and mailing address**

**Lopez, Cindy**
**4470 East Jewell Avenue**
**Apt 205**
**Denver, Colorado 80222-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.459 0**

**Nonpriority creditor's name and mailing address**

**Lopez, Daisy**
**13262 Cypress St.**
**Garden Grove, California 92843-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.459.1**

Nonpriority creditor's name and mailing address
**Lopez, Julisa**
**333 amarillo dr**
**carpenterville, Illinois 60110-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.459.2**

Nonpriority creditor's name and mailing address
**Lopez, Lindsey**
**1158 W Elm Street**
**Walla Walla, California 99362-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.459.3**

Nonpriority creditor's name and mailing address
**Lopez, Maricela**
**9680 Blue Mound Drive**
**San Ramon, California 94583-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.459.4**

Nonpriority creditor's name and mailing address
**Lopez, Rosa**
**6771 S 12th Ave**
**Tucson, Arizona 85756-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.459.5**

Nonpriority creditor's name and mailing address
**Lopez, Vanessa**
**38245 Murrieta Hot Springs Rd**
**Apt M-208**
**Murrieta, California 92563-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.459.6**

Nonpriority creditor's name and mailing address
**Lopez-Guerrero, Tabitha**
**PO BOX 930204**
**Norcross, Georgia 30340-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.459.7**

Nonpriority creditor's name and mailing address
**Lora, Mia**
**614 Clark Ave**
**Ocean Spring, Mississippi 39564-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.459 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Losada, Hans**
**3831 Redwood Falls Drive**
**Houston, Texas 77082-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Losby, Leslie**
**1824 S. 1h35 #216**
**Austin, Texas 78704-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Losi, Caitlin**
**27 Brightwood Lane West**
**Danville, California 94506-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lostaunau, Karen**
**5325 Suffield Ct**
**Skokie, Illinois 60077-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lotito, Ashley**
**4664 Mansion Street**
**Apt. 1**
**Philadelphia, Pennsylvania 19127-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lotspeich, Cynthia**
**108 Marjorie**
**Middleton, Idaho 83644-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lott, Ira**
**10928 Audelia Road 624**
**Dallas, Texas 75243-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)   **20-11530 (BLS)**
_____

| | |
|---|---|
| 3.460<br>5 | |

**Nonpriority creditor's name and mailing address**
**Lott, Paula**
**131 W MGuire Street**
**Bell Buckle, Tennessee 37020-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.460<br>6 | |

**Nonpriority creditor's name and mailing address**
**Loughlin, Melissa**
**613 N. Abingdon St**
**Arlington, Virginia 22203-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.460<br>7 | |

**Nonpriority creditor's name and mailing address**
**Louis Vuitton US Manufacturing, Inc.**
**321 W. Covina Blvd**
**San Dimas, CA 91773**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.460<br>8 | |

**Nonpriority creditor's name and mailing address**
**Louisiana Department of Revenue**
**P.O. Box 66658**
**Baton Rouge, LA 70896-6658**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Taxing Authority**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.460<br>9 | |

**Nonpriority creditor's name and mailing address**
**Lounnarath, EkAtlanta**
**3219 Pamplona**
**Grand Prairie, Texas 75054-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.461<br>0 | |

**Nonpriority creditor's name and mailing address**
**Louper, Domeika**
**1031 North Airline Avenue**
**Gramercy, Louisiana 70052-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.461<br>1 | |

**Nonpriority creditor's name and mailing address**
**Love, Angelyn**
**240 Stephanie Road**
**Ellensburg, Washington 98926-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.461 2**

**Nonpriority creditor's name and mailing address**
**Love-Easley, DeShone**
**7331 Trenton Ave**
**St. Louis, Missouri 63130-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.461 3**

**Nonpriority creditor's name and mailing address**
**Lovitt & Touche**
**1050 W. Washington St.**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.461 4**

**Nonpriority creditor's name and mailing address**
**Lovitt and Touche**
**7202 E Rosewood, 2nd Floor**
**Tucson, AZ 85710**

Date(s) debt was incurred  4/24/2020
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$14,230.00**

---

**3.461 5**

**Nonpriority creditor's name and mailing address**
**Low, RoxAnne**
**7202 Meadow Glen Drive**
**Parker, Texas 75002-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.461 6**

**Nonpriority creditor's name and mailing address**
**Lowe, Chameka**
**2901-B 16th Rd**
**South Arlington, Virginia 22204-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.461 7**

**Nonpriority creditor's name and mailing address**
**Lower Great Lakes Kenworth**
**4625 West Western Avenue**
**South Bend, IN 46619**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.461 8**

**Nonpriority creditor's name and mailing address**
**Lowery, Keena**
**522 E Street, #A**
**Davis, California 95616-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Interactive Health Solutions, Inc.**
Name

Case number (if known)    **20-11530 (BLS)**

| 3.461 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lowrance, Tameka**
**960 Red Oak Cir**
**Newport News, Virginia 23608-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 0 |

**Lowry, Nicole**
**13641 Mariposa Street**
**Broomfield, Colorado 80023-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.462 1 |

**Loy, Tyler**
**375 Hunterdon Ct.**
**Schaumburg, Illinois 60194-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.462 2 |

**Loza, Amanda**
**1286 Antrim Drive**
**Roseville, California 95747-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.462 3 |

**Lozoya, Carolyn**
**1900 Tierney Rd**
**Fort Worth, Texas 76112-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.462 4 |

**Lual, Melanie**
**618 N. Solar Dr.**
**Sioux Falls, South Dakota 57103-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.462 5 |

**Lucas, Linda**
**5641 View Point Dr.**
**Medina, Ohio 44256-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.462 6**

**Nonpriority creditor's name and mailing address**

**Lucas, Michelle**
**11940 SW 179th Terr**
**Miami, Florida 33177-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.462 7**

**Nonpriority creditor's name and mailing address**

**Luciano, David**
**14123 Viola Place**
**Huntley, Illinois 60142-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.462 8**

**Nonpriority creditor's name and mailing address**

**Luckenbaugh, Steven**
**45 KENLEE CIRCLE**
**Hanover, Pennsylvania 17331-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.462 9**

**Nonpriority creditor's name and mailing address**

**Luff, Deborah**
**97 Ash Street**
**Portsmouth, New Hampshire 03801-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.463 0**

**Nonpriority creditor's name and mailing address**

**Lufthansa German Airlines**
**3102 Commerce Parkway**
**Miramar, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.463 1**

**Nonpriority creditor's name and mailing address**

**LUGENBUHL, WHEATON, PECK, RANKIN &**
**HUBBA**
**601 Poydras St**
**Suite 2775**
**New Orleans, LA 70130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.463** **2**

**Nonpriority creditor's name and mailing address**
**Lugo Irizarry, Minoshcka**
**518 Bell Avenue**
**Livermore, California 94550-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.463** **3**

**Nonpriority creditor's name and mailing address**
**Lukehart, Cherise**
**6933 Stewart Road**
**Lima, Ohio 45807-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.463** **4**

**Nonpriority creditor's name and mailing address**
**Lumbreras, Jose**
**341 N Winston Dr**
**Palatine, Illinois 60074-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.463** **5**

**Nonpriority creditor's name and mailing address**
**Lumbreras, Melinna**
**25753 W Ivanhoe Rd**
**Wauconda, Illinois 60084-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.463** **6**

**Nonpriority creditor's name and mailing address**
**Lunceford, Christine**
**834 - 31st Ave N**
**St Cloud, Minnesota 56303-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.463** **7**

**Nonpriority creditor's name and mailing address**
**Luo, Angel**
**9901 SHARPCREST ST. APT K2**
**Houston, Texas 77036-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.463** **8**

**Nonpriority creditor's name and mailing address**
**Luquez, Jocelyn**
**718 West 171, Apt 3**
**New York, New York 10032-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.4639**

**Nonpriority creditor's name and mailing address**
**Luther, Kari**
**2310 Jameson North**
**Lincoln, Nebraska 68512-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4640**

**Nonpriority creditor's name and mailing address**
**Lutheran Community at Telford**
**12 Lutheran Home Drive**
**Telford, PA 18969**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4641**

**Nonpriority creditor's name and mailing address**
**LUTHERAN SENIOR SERVICES (LSS)**
**1150 Hanley Industrial Ct.**
**St. Louis, MO 63144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4642**

**Nonpriority creditor's name and mailing address**
**Lutheran Social Services of Illinois**
**1001 E. Touhy Avenue, Suite 50**
**Des Plaines, IL 60018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4643**

**Nonpriority creditor's name and mailing address**
**Ly, Duy**
**6025 LANHAM PL SW #103**
**Seattle, Washington 98126-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4644**

**Nonpriority creditor's name and mailing address**
**Lycoming Community Care, Inc.**
**2140 Warrensville Rd**
**Montoursville, PA 17754-9621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4645**

**Nonpriority creditor's name and mailing address**
**Lyles, Erica**
**7267 S Coles Avenue**
**Unit 1**
**Chicago, Illinois 60649-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.464
6**

**Nonpriority creditor's name and mailing address**

**Lyles, Robert**
**9055 S Normal**
**Chicago, Illinois 60620-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.464
7**

**Nonpriority creditor's name and mailing address**

**Lynch, Elizabeth**
**606 South Wille Street**
**Mount Prospect, Illinois 60056-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.464
8**

**Nonpriority creditor's name and mailing address**

**Lynch, Robert**
**226 S Helena Ave**
**Arlington Heights, Illinois 60005-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.464
9**

**Nonpriority creditor's name and mailing address**

**Lynn, Quiana**
**PO Box 27495**
**Golden Valley, Minnesota 55427-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.465
0**

**Nonpriority creditor's name and mailing address**

**Lyons Consulting Group, LLC**
**20 N Wacker Dr., Suite 1750**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.465
1**

**Nonpriority creditor's name and mailing address**

**Lyons, Emily**
**105 Circle Drive**
**Hanover, Pennsylvania 17331-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.465
2**

**Nonpriority creditor's name and mailing address**

**Lytle's Transfer & Storage**
**235 Holiday Parkway**
**PO Box 106**
**Tipton, PA 16684**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.465**
**3**

**Nonpriority creditor's name and mailing address**
**LYTX**
**9785 Towne Center Dr.**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.465**
**4**

**Nonpriority creditor's name and mailing address**
**M&T Insurance - DEMO**
**285 Delaware Sve**
**Suite 106**
**Buffalo, NY 14202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.465**
**5**

**Nonpriority creditor's name and mailing address**
**M. Harris & Co.**
**1800 W Roscoe Street**
**Unit 516**
**Chicago, IL 60657**

Date(s) debt was incurred  **5/1/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.465**
**6**

**Nonpriority creditor's name and mailing address**
**M. Harris LLC**
**1800 W Roscoe Street Unit 516**
**Chicago, IL 60657**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.465**
**7**

**Nonpriority creditor's name and mailing address**
**Ma, Manuel**
**374 East H Street**
**Suite A711**
**Chula Vista, California 91910-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.465**
**8**

**Nonpriority creditor's name and mailing address**
**Ma, Susan**
**6112 Navajo Road**
**Westminster, California 92683-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.465**
**9**

**Nonpriority creditor's name and mailing address**
**Maali-Fakhouri, Ahlam**
**1229 Thomas Ct**
**Apt 201**
**Glendale Heights, Illinois 60139-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.466 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mabille, Carmen**
**114 Cloverdale Ave**
**Paramus, New Jersey 07652-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.466 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Mableton, Stephen**
**3920 Algiers Rd**
**Randallstown, Maryland 21133-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.466 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Mabrey, Mario**
**3211 Midway Ave, Apt 2**
**Cincinnati, Ohio 45238-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.466 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Macaluso, Lorna**
**2517 Fernwood Dr**
**Edmond, Oklahoma 73034-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.466 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Macduff, Jennifer**
**17542 Still Harbor Lane**
**Huntington Beach, California 92647-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.466 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Mack, Kristan**
**6529 Pilliod Rd**
**Holland, Ohio 43528-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.466 6 |
|---|

**Nonpriority creditor's name and mailing address**
**Mackay, Emily**
**417 5th ST NW**
**Piedmont, Oklahoma 73078-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.466 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mackeen, Jane**
**47 Washington Drive**
**Sudbury, Massachusetts 01776-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MacLean, Justin**
**6117 Fitzgerald**
**Fremont, Michigan 49412-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Macyauski, Carmen**
**2213 33rd Street NW**
**Apartment 107**
**Minot, North Dakota 58703-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Madda, Maliha**
**489 Polo Club Drive**
**Glendale Heights, Illinois 60139-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maddin, Cynthia**
**5625 Healtherglen Ter**
**Fort Worth, Texas 76179-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maddox, Carol**
**5805 S Minnie St**
**Wichita, Kansas 67217-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maddox, Emily**
**330 W Cheryl Drive**
**San Antonio, Texas 78228-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.467<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Madison Elementary School District**
**5601 N 16th Street**
**Phoenix, AZ 85016**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Madison, Shonette**
**12719 S Throop**
**Calumet Park, Illinois 60827-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Madison, Suzanne**
**6337 Alderwood Cir B**
**Woodbury, Minnesota 55125-0000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Madison-Oneida-Herkimer BOCES Health Ins**
**4937 Spring Rd**
**Verona, NY 13478**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Madonna, Diane**
**1906 Thorpe Circle**
**Brunswick, Ohio 44212-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maduro, Ingrid**
**405 Bloomfield Ave**
**Montclair, New Jersey 07402-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MAERCKER SCHOOL DISTRICT 60**
**5800 S. Holmes**
**Clarendon Hills, IL 60514**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.468**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Maganito, Jason**<br>**4428 Norocco Circle**<br>**Fremont, California 94555-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.468**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Mager, Paul**<br>**731 Trails End Drive**<br>**Amherst, Ohio 44001-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.468**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Magera, Lindsay**<br>**3424 Dillon St.**<br>**Baltimore, Maryland 21224-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.468**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Magic Aire**<br>**501 Galveston Street**<br>**Wichita Falls, TX 76301** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.468**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Magill, Timothy**<br>**2948 N. 67th st.**<br>**Kansas City, Kansas 66104-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.468**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Magnetrol International Inc.**<br>**5300 Belmont Rd**<br>**Downers Grove, IL 60515** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.468**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Magnum Steel Works, Inc.**<br>**200 Shiloh Drive**<br>**Mount Vernon, IL 62864** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Debtor   **Interactive Health Solutions, Inc.**

Name

Case number *(if known)*   **20-11530 (BLS)**

---

| 3.468 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Magoon, Kelsey**
**6916 Corte Monterey**
**Pleasanton, California 94566-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.468 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Magstadt, Chloe**
**125 Near Court**
**APT #509**
**Walnut Creek, California 94596-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.469 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maguire, John**
**1864 Wildwood Avenue**
**Lexington, Kentucky 40503-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.469 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maguire, Mollie**
**4489 Lookout Road Apt 4**
**Virginia Beach, Virginia 23455-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.469 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mahavong, Emily**
**6306 voyagers place**
**apollo beach, Florida 33572-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.469 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maher, Eileen**
**342 West Freemason St., Apt. 1**
**Norfolk, Virginia 23510-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.469 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mahin, Collisa**
**575 Oakleaf Pltn Pkwy #408**
**Orange Park, Florida 32065-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.469 5**

**Nonpriority creditor's name and mailing address**
**Mahler, Carole**
**210 Allandale Road**
**unit 1D**
**Chestnut Hill, Massachusetts 02467-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.469 6**

**Nonpriority creditor's name and mailing address**
**Mahmoud, Sana**
**1600 edgemore ave**
**Sacramento, California 95835-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.469 7**

**Nonpriority creditor's name and mailing address**
**Mahoney, Daniel**
**37 Capen Street**
**Medford, Massachusetts 02155-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.469 8**

**Nonpriority creditor's name and mailing address**
**Mahoney, Jeremy**
**7852 Musket St.**
**Indianapolis, Indiana 46256-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.469 9**

**Nonpriority creditor's name and mailing address**
**Mahoney, Kathryn**
**50 Pleasant St**
**Braintree, Massachusetts 02184-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.470 0**

**Nonpriority creditor's name and mailing address**
**Mahoney, Valerie**
**2820 Iroquois Avenue**
**Fort Pierce, Florida 34946-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.470 1**

**Nonpriority creditor's name and mailing address**
**Mahowald, Heather**
**11168 Sherman Street**
**Papillion, Nebraska 68046-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| | Name | | |

---

| 3.470 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mai, Thu**
**4627 Paloma Ave**
**San Jose, California 95111-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mailander, Alison**
**4731 Nokomis Ave**
**Minneapolis, Minnesota 55406-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Maile, Ginger**
**24375 Jackson Ave**
**#201J**
**Murrieta, California 92562-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Maine Revenue Services**
**PO Box 9107**
**Augusta, ME 04332-9107**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Taxing Authority_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mainord, Rachael**
**8751 Christygate Lane**
**Huber Heights, Ohio 45424-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Majewski, Jillian**
**2720 4th Ave., APT 507**
**Seattle, Washington 98121-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mak, Jacquelyne**
**1014 E. Olde Virginia Rd**
**Palatine, Illinois 60074-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.4709**

Nonpriority creditor's name and mailing address
**Makowski, Michael**
**86 Unger Avenue**
**Buffalo, New York 14210-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4710**

Nonpriority creditor's name and mailing address
**Malace, Kelli**
**14264 Muirfield Dr**
**Athens, Alabama 35613-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4711**

Nonpriority creditor's name and mailing address
**Maldonado, Roberto**
**3107 Grafton Street**
**Sarasota, Florida 34231-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4712**

Nonpriority creditor's name and mailing address
**Malek**
**2521 Antelope Street**
**Corpus Christi, TX 78403**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4713**

Nonpriority creditor's name and mailing address
**Maley, April**
**1631 Darien Drive**
**Fort Wayne, Indiana 46815-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4714**

Nonpriority creditor's name and mailing address
**Malhotra, Gaurav**
**317 Heredia Ct.**
**San Jose, California 95116-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4715**

Nonpriority creditor's name and mailing address
**Malhotra, Rohit**
**317 Heredia Ct.**
**San Jose, California 95116-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.471 6**

**Nonpriority creditor's name and mailing address**
**Malik, ChyAnn**
**5966 Mergenthal Ct**
**Weldon Springs, Missouri 63304-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.471 7**

**Nonpriority creditor's name and mailing address**
**Malinowski, Paige**
**8720 S Hill Road**
**Marengo, Illinois 60152-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.471 8**

**Nonpriority creditor's name and mailing address**
**Mallen, David**
**949 W MONTANA**
**UNIT 3W**
**Chicago, Illinois 60614-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.471 9**

**Nonpriority creditor's name and mailing address**
**Mallinckrodt Nuclear Medicine, LLC**
**111 Westport Plaza**
**Ste. 600**
**St. Louis, MO 63146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.472 0**

**Nonpriority creditor's name and mailing address**
**Mallinckrodt Pharmaceuticals**
**675 McDonnell Blvd**
**Hazelwood, MO 63042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.472 1**

**Nonpriority creditor's name and mailing address**
**Malloy, Stacy**
**14 W. 24th St**
**Apt. 1**
**Baltimore, Maryland 21218-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.472 2**

**Nonpriority creditor's name and mailing address**
**Malone, William**
**1655 Treasure Isle Road**
**Hot Springs, Arkansas 71913-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.472**
**3**

**Nonpriority creditor's name and mailing address**

**Maloney Management**
**705 Robert E. lee Dr.**
**Tupelo, MS 38802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.472**
**4**

**Nonpriority creditor's name and mailing address**

**Maluchnik, Katelyn**
**2115 Green Valley Dr**
**Toledo, Ohio 43614-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.472**
**5**

**Nonpriority creditor's name and mailing address**

**Man, Spider**
**123 Marvel Lane**
**Owings Mills, Maryland 30906-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.472**
**6**

**Nonpriority creditor's name and mailing address**

**Manalo, Dale**
**2874 N Greenwood Avenue**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.472**
**7**

**Nonpriority creditor's name and mailing address**

**Manasses, Dorene**
**201 Clover Ridge Dr**
**Lockport, Illinois 60441-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.472**
**8**

**Nonpriority creditor's name and mailing address**

**Mancarella, Megan**
**2449 Aristocracy Circle**
**Lexington, Kentucky 40509-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.472**
**9**

**Nonpriority creditor's name and mailing address**

**Manella, Jason**
**1408 North Paulina Street**
**Unit 2**
**Chicago, Illinois 60622-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.473 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Manfredi, Karleigh**
**15 Ledge Drive**
**Milton, Vermont 05468-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mangat, Phillip**
**2638 Foxledge Dr**
**Tobyhanna, Pennsylvania 18466-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mangicap, Joseph**
**45 Trumbauersville Road**
**Quakertown, Pennsylvania 18951-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mangrum, Onetta**
**4553 N Saguaro Dr**
**Apache Junction, Arizona 85120-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Manis, Tammi**
**2725 Sood Road**
**Apt #4**
**Knoxville, Tennessee 37921-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maniscalco, Jeanine**
**70 McClellan Farm Rd**
**Underhill, Vermont 05489-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Manitex International**
**9725 Industrial Drive**
**Bridgeview, IL 60455**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.473 7**

**Nonpriority creditor's name and mailing address**
**Mannheim SD 83**
**10401 Grand Avenue**
**Franklin Park, IL 60131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.473 8**

**Nonpriority creditor's name and mailing address**
**Manning, Emily**
**7131 Gibbs Rd**
**Kansas City, Kansas 66106-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.473 9**

**Nonpriority creditor's name and mailing address**
**Manning, Kimberly**
**7 Legion Ave**
**Medway, Massachusetts 02053-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.474 0**

**Nonpriority creditor's name and mailing address**
**Manning, Valerie**
**209 Chinnaberry Trl**
**Forney, Texas 75126-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.474 1**

**Nonpriority creditor's name and mailing address**
**Manning, Vanessa**
**4037 Creek Station Lane**
**Stone Mountain, Georgia 30083-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.474 2**

**Nonpriority creditor's name and mailing address**
**Mansell, Lori**
**P.O. Box 7512**
**Tempe, Arizona 85281-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.474 3**

**Nonpriority creditor's name and mailing address**
**Mansour, Shanel**
**20456 Alexander**
**Macomb, Michigan 48044-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.474**
**4**

**Nonpriority creditor's name and mailing address**

**Manteno SD 5**
**84 North Oak St**
**Manteno, IL 60950**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.474**
**5**

**Nonpriority creditor's name and mailing address**

**Manth-Brownell, Inc.**
**1120 Fyler Rd**
**Kirkville, NY 13082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.474**
**6**

**Nonpriority creditor's name and mailing address**

**Maplewood Nursing Home**
**100 Daniel Drive**
**Webster, NY 14580**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.474**
**7**

**Nonpriority creditor's name and mailing address**

**Marabotti, Anthony**
**1915 Burr Oak Drive**
**Mt Prospect, Illinois 60056-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.474**
**8**

**Nonpriority creditor's name and mailing address**

**Marana Unified School District**
**11279 W. Grier Road**
**Marana, AZ 85653**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.474**
**9**

**Nonpriority creditor's name and mailing address**

**Marceaux, Kaytlynn**
**3028 Francis Street**
**#102**
**Kansas City, Kansas 66103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.475**
**0**

**Nonpriority creditor's name and mailing address**

**Marchbanks, Alexa**
**102 Woodglen Drive**
**Gulfport, Mississippi 39507-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.475**
**1**

Nonpriority creditor's name and mailing address
**Marchione, Carmen**
**6353 Nw 40th Ave**
**Coconut Creek, Florida 33073-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.475**
**2**

Nonpriority creditor's name and mailing address
**Marchione, Michele**
**6353 NW 40th Ave**
**Coconut Creek, Florida 33073-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.475**
**3**

Nonpriority creditor's name and mailing address
**Marchorro, Rudy**
**10921 Otis Street**
**Lynwood, California 90262-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.475**
**4**

Nonpriority creditor's name and mailing address
**Marconi, Jean**
**5353 N Virginia Ave**
**1s**
**Chicago, Illinois 60625-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.475**
**5**

Nonpriority creditor's name and mailing address
**Marengo-Union Elementary SD #165**
**816 E. Grant Highway**
**Marengo, IL 60152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.475**
**6**

Nonpriority creditor's name and mailing address
**Marian Milwaukee, Inc.**
**N51 W13251 Brahm Court**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.475**
**7**

Nonpriority creditor's name and mailing address
**Maricopa County Regional School District**
**3409 W. Whitton Ave.**
**Phoenix, AZ 85017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.475 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maricopa Unified School District**
**44150 Maricopa-Casa Grande Hwy**
**Maricopa, AZ 85138**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marikar, Nancy**
**172 Homestead Drive**
**South Windsor, Connecticut 06074-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marin, Dahlia**
**1381 W. Phillips Blvd**
**Pomona, California 91766-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marion, Brandy**
**1527 NLee Blvd**
**Berkeley, Illinois 60163-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marion, Chelsea**
**1601 Round Hill Circle**
**Kernersville, North Carolina 27284-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marisela Bayona**
**2255 SE Avalon Rd**
**Port Saint Lucie, FL 34952**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MARIST HIGH SCHOOL**
**4200 W. 115th Street**
**Chicago, IL 60655**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|

Name

---

**3.476 5**

**Nonpriority creditor's name and mailing address**

**Maritz**
**1375 N Highway Drive**
**Fenton, MO 63099**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.476 6**

**Nonpriority creditor's name and mailing address**

**MarketLab Research, Inc.**
**1100 E Penn Square, Suite 1200**
**Philadelphia, PA 19107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.476 7**

**Nonpriority creditor's name and mailing address**

**Markley, Michelle**
**604 Glendale Ave**
**Rockford, Illinois 61108-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.476 8**

**Nonpriority creditor's name and mailing address**

**Marklund**
**1 South 450 Wyatt Drive**
**Geneva, IL 60134**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.476 9**

**Nonpriority creditor's name and mailing address**

**Marks, Lauren**
**7 Nathan Stone Lane**
**South Borough, Massachusetts 01701-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.477 0**

**Nonpriority creditor's name and mailing address**

**Marks, Lynn**
**33 Highgate Rd**
**Framingham, Massachusetts 01701-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.477 1**

**Nonpriority creditor's name and mailing address**

**Markwell, Sarah**
**5 Cherie Court**
**Edwardsville, Illinois 62025-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.477 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marmel, Caroline**
**36 1st Street**
**Wheeling, Illinois 60090-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marmolejo, Janis**
**12901 Old Coach Rd**
**Three Forks, Montana 59752-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marnon, Amanda**
**46319 Hampton Drive**
**Shelby Township, Michigan 48315-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marous Brothers Construction, Inc.**
**1702 Joseph Lloyd Parkway**
**Willoughby, OH 44094**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marple, Brooke**
**1211 E Howell St. Unit A**
**Seattle, Washington 98122-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marquardt SD 15**
**1800 Glen Ellyn Road**
**Glendale Heights, IL 60139**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,200.00** |
|---|---|---|---|

**Marquee Health**
**314 W Superior St. Suite 601**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/24/2020**

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.4779**

**Nonpriority creditor's name and mailing address**

**Marquee Health LLC**
**8707 Skokie Blvd**
**Skokie, IL 60077**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4780**

**Nonpriority creditor's name and mailing address**

**Marquez, Elva**
**10926 Wood Terrace**
**Live Oak, Texas 78233-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4781**

**Nonpriority creditor's name and mailing address**

**Marquez, Grace**
**219 W Dahil rd**
**Tucson, Arizona 85705-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4782**

**Nonpriority creditor's name and mailing address**

**Marrs, Matthew**
**11160 Jollyville Rd #1803**
**Austin, Texas 78759-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4783**

**Nonpriority creditor's name and mailing address**

**Marruffo, Sarah**
**6137 Strasbourg Drive**
**Corpus Christi, Texas 78414-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4784**

**Nonpriority creditor's name and mailing address**

**Marshall, Connie**
**175 Shadow Breeze Rd**
**Kaysville, Utah 84037-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4785**

**Nonpriority creditor's name and mailing address**

**Marshall, Dominique**
**1628 Kirkwood Rd**
**Baltimore, Maryland 21207-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.478 6**

**Nonpriority creditor's name and mailing address**
**Marshall, Erin**
**1002 Prescott Dr**
**Conroe, Texas 77301-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.478 7**

**Nonpriority creditor's name and mailing address**
**Marshall, Gerstein & Borun LLP**
**233 S. Wacker Drive**
**Suite 6300 Willis Tower**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.478 8**

**Nonpriority creditor's name and mailing address**
**Marshall, Kara**
**12 Knollwood Court**
**Pittsburgh, Pennsylvania 15239-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.478 9**

**Nonpriority creditor's name and mailing address**
**Marshall, Kathy**
**757 Belmont Drive**
**West Palm Beach, Florida 33415-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.479 0**

**Nonpriority creditor's name and mailing address**
**Marshall, Sharon**
**114 Gaile Ave**
**Natchez, Mississippi 39120-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.479 1**

**Nonpriority creditor's name and mailing address**
**Marston, Alison**
**5812 Indian Summer Drive**
**Clarksville, Maryland 21029-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.479 2**

**Nonpriority creditor's name and mailing address**
**Martenson, Alexander**
**3648 Damon Street**
**Eau Claire, Wisconsin 54701-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.479 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Martin, Alexander**
**2339 N Leavitt St**
**Unit 2**
**Chicago, Illinois 60647-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Martin, Elizabeth**
**1025 Summit Hills Lane**
**Naperville, Illinois 60563-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Martin, Jalisa**
**140 E. Rio Salado Pkwy #601**
**Tempe, Arizona 85281-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Martin, John**
**2423 Q St, Apt 1**
**Sacramento, California 95816-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Martin, Kimberlee**
**5803 Hillview Way**
**Missoula, Montana 59803-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Martin, Kristen**
**2882 Cummings Ave**
**Berkley, Michigan 48072-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Martin, Lance**
**11518 W Wethersfield Rd**
**El Mirage, Arizona 85335-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.480 0**

**Nonpriority creditor's name and mailing address**

**Martin, Lynnette**
**2200 W Goldcrest Avenue**
**Milwaukee, Wisconsin 53221-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.480 1**

**Nonpriority creditor's name and mailing address**

**Martin, Odessa**
**1937 Paces Landing Court NW**
**Conyers, Georgia 30012-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.480 2**

**Nonpriority creditor's name and mailing address**

**Martin, Sheraya**
**1131 Univ Blvd West Apt1407**
**Silver Spring, Maryland 20902-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.480 3**

**Nonpriority creditor's name and mailing address**

**Martin, Tara**
**7431 TR 317**
**Millersburg, Ohio 44654-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.480 4**

**Nonpriority creditor's name and mailing address**

**Martine, Samantha**
**100 Lenape Trail**
**Medford, New Jersey 08055-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.480 5**

**Nonpriority creditor's name and mailing address**

**Martinez, Alejandra**
**7355 Mimosa Ave**
**El Paso, Texas 79915-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.480 6**

**Nonpriority creditor's name and mailing address**

**Martinez, Alyssa**
**6420 Metrowest Blvd**
**Unit 1028**
**Orlando, Florida 32835-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.480 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martinez, Chrene**
**22643 Valley View Drive**
**Hayward, California 94541-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martinez, Christina**
**po box 973**
**Tolleson, Arizona 85353-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martinez, Christopher**
**2904 Barton Skyway Apt 287**
**Austin, Texas 78746-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martinez, Corina**
**770 Quincy Street**
**Kingsburg, California 93631-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martinez, Erika**
**4560 Brentwood Street**
**Wheat Ridge, Colorado 80033-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martinez, Heather**
**8101 Holliday Rd.**
**Lantana, Texas 76226-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martinez, Jacob**
**606 Maplewood Dr**
**Victoria, Texas 77901-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.481**
**4**

**Nonpriority creditor's name and mailing address**
**Martinez, Jessica**
**3312 Washington St**
**Pasadena, Texas 77503-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.481**
**5**

**Nonpriority creditor's name and mailing address**
**Martinez, Johnny**
**211 McKee Rd**
**Selah, Washington 98942-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.481**
**6**

**Nonpriority creditor's name and mailing address**
**Martinez, Joseph**
**8101 Holliday Rd.**
**Lantana, Texas 76226-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.481**
**7**

**Nonpriority creditor's name and mailing address**
**Martinez, Juanita**
**9329 N. 15 W.**
**Wawaka, Indiana 46794-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.481**
**8**

**Nonpriority creditor's name and mailing address**
**Martinez, Lesley**
**5721 Timbergate Dr. Apt.14308**
**Corpus Christi, Texas 78414-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.481**
**9**

**Nonpriority creditor's name and mailing address**
**Martinez, Mark**
**2903 Artesia Blvd**
**Torrance, California 90504-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.482**
**0**

**Nonpriority creditor's name and mailing address**
**Martinez, MaryAnne**
**405 Ranch Road**
**Ropesville, Texas 79358-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.482 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martinez, Nalleli**
**852 Grand Avenue South**
**San Fransisco, California 94080-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.482 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martinez, Nancy**
**639 Emiline Ln**
**New Braunfels, Texas 78130-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.482 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martinez, Rafael**
**1301 E Camellia Ave. Apt. A**
**McAllen, Texas 78501-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.482 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martinez, Sonia**
**32148 Green Hill Drive**
**Castaic, California 91384-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.482 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martinez-Ruiz, Zuleika**
**1217 Ivey Park Lane**
**Peachtree Corners, Georgia 30092-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.482 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martino, Jessica**
**3030 New Highland Church Rd**
**Brandenburg, Kentucky 40108-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.482 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martus, Fred**
**10095 Heartwood Lane**
**Clarkston, Michigan 48348-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.4828**

**Nonpriority creditor's name and mailing address**
**Marty, Robert**
**5460 Villarose Ave Northwest**
**Massillon, Ohio 44647-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.4829**

**Nonpriority creditor's name and mailing address**
**Marusarz, Kate**
**13199 E. Red Coat Drive**
**Lemont, Illinois 60439-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.4830**

**Nonpriority creditor's name and mailing address**
**Marvin Keller Trucking**
**1500 West Pointe Way**
**Sullivan, IL 61951**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.4831**

**Nonpriority creditor's name and mailing address**
**Maryland Comptroller of Maryland**
**301 W. Preston Street**
**Room 409**
**Baltimore, MD 21201**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Taxing Authority__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.4832**

**Nonpriority creditor's name and mailing address**
**Mason, Angelina**
**166 30 137th Ave**
**Jamaica, New York 11434-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.4833**

**Nonpriority creditor's name and mailing address**
**Mason, Vanessa**
**18408 E. Union School Road**
**Independence, Missouri 64058-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.4834**

**Nonpriority creditor's name and mailing address**
**Masonic Health Systems**
**88 Masonic Home Road**
**Charlton, MA 01507**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.483 5**

**Nonpriority creditor's name and mailing address**

**Massachusetts Department of Revenue**
**Bankruptcy Unit**
**PO Box 9564**
**Boston, MA 02114-9564**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Taxing Authority 

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.483 6**

**Nonpriority creditor's name and mailing address**

**Massey, Roxanne**
**PO Box 29085**
**Austin, Texas 78755-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.483 7**

**Nonpriority creditor's name and mailing address**

**Massie, Brandon**
**110 - 3rd Ave So.**
**Glen Burnie, Maryland 21061-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.483 8**

**Nonpriority creditor's name and mailing address**

**Mast, Pushpanjali**
**403 Rock Wood Drive Saugus**
**Sangus, Massachusetts 01906-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.483 9**

**Nonpriority creditor's name and mailing address**

**Matalik, Kimberly**
**2727 Quarry Heights Way**
**Baltimore, Maryland 21209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.484 0**

**Nonpriority creditor's name and mailing address**

**MATCOR METAL FABRICATION**
**1021 W Birchwood St**
**Morton, IL 61550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other 

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.484 1**

**Nonpriority creditor's name and mailing address**

**Mateos, Elsa**
**2214 Alsace Avenue**
**Los Angeles, California 90016-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.484 2**

**Nonpriority creditor's name and mailing address**

**Material Sciences Corporation**
**2200 E. Pratt Blvd.**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.484 3**

**Nonpriority creditor's name and mailing address**

**Materne North America, Corp**
**6331 US Highway 31 South**
**Grawn, MI 49637**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.484 4**

**Nonpriority creditor's name and mailing address**

**Matesic, Amy**
**27-37 27th Street**
**Apt. 1I**
**Queens, New York 11102-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.484 5**

**Nonpriority creditor's name and mailing address**

**Mathai, Leena**
**314 Greenbrier Lane**
**Vernon Hills, Illinois 60061-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.484 6**

**Nonpriority creditor's name and mailing address**

**Mathews, Ruth**
**PO BOX 50**
**Centennial, Wyoming 82055-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.484 7**

**Nonpriority creditor's name and mailing address**

**Mathias, Leah**
**732 W Bittersweet Place**
**APT 1206**
**Chicago, Illinois 60613-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.484 8**

**Nonpriority creditor's name and mailing address**

**Mathis, Susan**
**7260 Buckhorn Lane**
**Missoula, Montana 59808-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.484 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matlock, J. Ellen**
**18574 Fox Rd**
**Hiram, Ohio 44234-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matos, Andri**
**107 Russel St Apt 2**
**Clifton, New Jersey 07011-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matos, Sherry**
**4811 Eagle Trail Dr**
**Houston, Texas 77084-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matson, Susan**
**S75W21392 Crimson Court**
**Muskego, Wisconsin 53150-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matteson SD 159**
**6202 Vollmer Road**
**Matteson, IL 60443**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthews, Dora**
**2472 Alma Drive**
**Lake Charles, Louisiana 70607-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthews, Ellis**
**2707 Cole Avenue**
**Apt 511**
**Dallas, Texas 75204-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.4856**

**Nonpriority creditor's name and mailing address**

**Matthews, Sandhya**
**1405 Elmhurst Lane**
**Schaumburg, Illinois 60194-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4857**

**Nonpriority creditor's name and mailing address**

**Matties, Briana**
**31270 Portside Dr**
**310**
**Novi, Michigan 48377-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4858**

**Nonpriority creditor's name and mailing address**

**Mattox, Rachel**
**1906 W Olive ST**
**Marshalltown, Iowa 50158-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4859**

**Nonpriority creditor's name and mailing address**

**Maurer, Juliann**
**4447 Deep River Way E**
**Jacksonville, Florida 32224-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4860**

**Nonpriority creditor's name and mailing address**

**Mauzy, Brooke**
**3855 Blaisdell Avenue**
**Minneapolis, Minnesota 55409-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4861**

**Nonpriority creditor's name and mailing address**

**Mawicke, Kaitlyn**
**230 Putting Green Road**
**Trumbull, Connecticut 06611-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4862**

**Nonpriority creditor's name and mailing address**

**Maxey, Theresa**
**2103 Vanderbilt Lane**
**Austin, Texas 78723-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.486
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Maximus, Inc.** | ☐ Contingent | |
| **1891 Metro Center Dr** | ■ Unliquidated | |
| **Reston, VA 20190-5287** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.486
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Maxwell, Patrice** | ☐ Contingent | |
| **1785 Dockside Drive** | ■ Unliquidated | |
| **Fleming Island, Florida 32003-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.486
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **May, Alexandra** | ☐ Contingent | |
| **33 Amaranth Ave** | ☐ Unliquidated | |
| **Medford, Massachusetts 02155-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.486
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **May, Demmetris** | ☐ Contingent | |
| **11700 Fuqua St. Apt 1104** | ■ Unliquidated | |
| **Houston, Texas 77034-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.486
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **May, Katrina** | ☐ Contingent | |
| **27621 Chagrin Blvd** | ■ Unliquidated | |
| **Suite 325** | ☐ Disputed | |
| **Woodmere, Ohio 44122-0000** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.486
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **May, Lakesha** | ☐ Contingent | |
| **529 Hulen Drive** | ■ Unliquidated | |
| **Chesapeake, Virginia 23323-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.486
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **May, Sadie** | ☐ Contingent | |
| **150 S 300 E APT. 316** | ■ Unliquidated | |
| **Salt Lake City, Utah 84111-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.487 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mayer Unified School District**
**17300 E. Muledeer Drive**
**Mayer, AZ 86333**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mayer, Christopher**
**2220 Perkiomen Ave**
**Reading, Pennsylvania 19606-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mayfield, Laurie**
**1601 Heggen St**
**Apt 201**
**Hudson, Wisconsin 54016-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mayfield, Marcella**
**4836 W. Gladys Ave**
**Chicago, Illinois 60644-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maynard, Amy**
**606 W 36th Street**
**Baltimore, Maryland 21211-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37.00** |
|---|---|---|---|

**Mayo Clinic**
**P.O Box 790339**
**Saint Louis, MO 63179-0339**

Date(s) debt was incurred  5/1/2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mayo, Melissa**
**9352 Snowbird Way**
**Sacramento, California 95826-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.487 7**

**Nonpriority creditor's name and mailing address**

**Mays, Andrea**
**5280 Little Mountain Dr**
**Apt Q8**
**San Bernardino, California 92407-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.487 8**

**Nonpriority creditor's name and mailing address**

**Mazonkey, Keith**
**6606 Rapid Water Way**
**Unit 304**
**Glen Burnie, Maryland 21060-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.487 9**

**Nonpriority creditor's name and mailing address**

**McAdams Graphics**
**7200 S First St**
**Oak Creek, WI 53154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.488 0**

**Nonpriority creditor's name and mailing address**

**McAfee, Kimberley**
**3606 South Dixie Highway**
**230**
**West Palm Beach, Florida 33405-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.488 1**

**Nonpriority creditor's name and mailing address**

**McAllister, Haley**
**4 Shamrock Lane**
**Medway, Massachusetts 02053-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.488 2**

**Nonpriority creditor's name and mailing address**

**McAndrews, Janet Ann**
**3707 E. 114th Ter**
**Kansas City, Missouri 64137-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.488 3**

**Nonpriority creditor's name and mailing address**

**McArthur, Jayme**
**2255 Arkansas Ln**
**Grand Prairie, Texas 75052-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.488 4**

**Nonpriority creditor's name and mailing address**
**McAtee, Jennifer**
**4460 S. 56th Street Unit 1**
**Lincoln, Nebraska 68516-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.488 5**

**Nonpriority creditor's name and mailing address**
**McBean, Nicole**
**800 W Cornelia Ave**
**Unit 302**
**Chicago, Illinois 60657-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.488 6**

**Nonpriority creditor's name and mailing address**
**McBeath, Jason**
**6214 Beach Bayou Ave**
**Biloxi, Mississippi 39532-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.488 7**

**Nonpriority creditor's name and mailing address**
**McBride, Cynthia**
**11035 Solaridge Drive**
**Reston, Virginia 20191-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.488 8**

**Nonpriority creditor's name and mailing address**
**McCabe, Mary**
**2148 Hobblebush Ln**
**Lakeview, New York 14085-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.488 9**

**Nonpriority creditor's name and mailing address**
**McCabe, Shannon**
**1023 4th St Ne**
**Massillon, Ohio 44646-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.489 0**

**Nonpriority creditor's name and mailing address**
**McCaleb, Linda**
**1210 Court Street**
**1210 court st**
**McHenry, Illinois 60050-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.489**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McCall, Cornelius**<br>**3 Vicky Ct.**<br>**Nottingham, Maryland 21236-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.489**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McCalpine, Kevin**<br>**7022 S South Shore D**<br>**Apt 603**<br>**Chicago, Illinois 60649-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.489**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McCandless Truck Center, Inc.**<br>**16704 E 32nd Ave**<br>**Aurora, CO 80011** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Vendor / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.489**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McCann, Carol**<br>**8161 Belton Circle**<br>**Mechanicsville, Virginia 23116-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.489**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McCants, Andrea**<br>**1814 Laivita Mist**<br>**San Antonio, Texas 78251-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.489**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McCarley, Emily**<br>**2 Roberts Landing Dr**<br>**Poquoson, Virginia 23662-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.489**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McCarroll, Julia**<br>**W9039 Heritage Hills Road**<br>**Beaver Dam, Wisconsin 53916-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor __Interactive Health Solutions, Inc._____     Case number (if known)    __20-11530 (BLS)__
Name

| | |
|---|---|
| **3.489<br>8** | **Nonpriority creditor's name and mailing address**<br>**McCarthy, Brooke**<br>**944 Handforth Cove**<br>**Collierville, Tennessee 38017-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.489<br>9** | **Nonpriority creditor's name and mailing address**<br>**McCarthy, Julianne**<br>**6304 Gus Way**<br>**Elk Grove, California 95757-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.490<br>0** | **Nonpriority creditor's name and mailing address**<br>**McCarville, Lisa**<br>**12306 E. Lupine Ave**<br>**Scottsdale, Arizona 85259-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.490<br>1** | **Nonpriority creditor's name and mailing address**<br>**McClain, Jessica**<br>**2407 Loyola Northway**<br>**Apt 103**<br>**Baltimore, Maryland 21215-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.490<br>2** | **Nonpriority creditor's name and mailing address**<br>**McClain, Jodie**<br>**1014 Shasta Street**<br>**Roseville, California 95678-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.490<br>3** | **Nonpriority creditor's name and mailing address**<br>**McClellan, Stephanie**<br>**506 Icy Run Terr**<br>**Odenton, Maryland 21113-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.490<br>4** | **Nonpriority creditor's name and mailing address**<br>**McClendon, Kathleen**<br>**519 Maurer Street**<br>**Wilton, Iowa 52778-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.490 5**

**Nonpriority creditor's name and mailing address**
**McCloskey, Marilyn**
**1401 Lyntham Court**
**Bel Air, Maryland 21015-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.490 6**

**Nonpriority creditor's name and mailing address**
**McColgin, Charles**
**1302 Waugh Drive**
**#509**
**Houston, Texas 77019-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.490 7**

**Nonpriority creditor's name and mailing address**
**McCollum, Kimberly**
**763 Trinity Star**
**San Antonio, Texas 78260-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.490 8**

**Nonpriority creditor's name and mailing address**
**McComb, Marilyn**
**39844 Muirfield Lane**
**Northville, Michigan 48168-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.490 9**

**Nonpriority creditor's name and mailing address**
**McCone County**
**1004 Avenue C - PO Box 199**
**Circle, MT 59215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.491 0**

**Nonpriority creditor's name and mailing address**
**McConnell & Associates**
**1225 Iron**
**N Kansas City, MO 64116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.491 1**

**Nonpriority creditor's name and mailing address**
**McConnell, Stephen**
**458 W Grantley Ave**
**Elmhurst, Illinois 60126-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.491**
**2**

**Nonpriority creditor's name and mailing address**
**McCord, Robert**
**308 Evergreen Ave**
**Bradley Beach, New Jersey 07720-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.491**
**3**

**Nonpriority creditor's name and mailing address**
**McCormick, Belinda**
**10960 Nw 4 Mile Rd**
**Lawton, Oklahoma 73507-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.491**
**4**

**Nonpriority creditor's name and mailing address**
**McCormick, P.**
**2453 Airbase Rd**
**Louisville, Tennessee 37777-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.491**
**5**

**Nonpriority creditor's name and mailing address**
**McCormick, Sean**
**308 Cooper Street #2**
**Haddon Township, New Jersey 08108-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.491**
**6**

**Nonpriority creditor's name and mailing address**
**McConnell, Rashawnda**
**10931 S. Wabash**
**Chicago, Illinois 60628-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.491**
**7**

**Nonpriority creditor's name and mailing address**
**McConnell-Green, Monique**
**10931 S Wabash**
**Chicago, Illinois 60628-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.491**
**8**

**Nonpriority creditor's name and mailing address**
**McCoy, Jamie**
**5 Bavarian Way**
**St Peters, Missouri 63376-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.4919**

**Nonpriority creditor's name and mailing address**
**McCoy, Lauryn**
**119 Timber Lake Drive**
**Damiansville, Illinois 62215-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4920**

**Nonpriority creditor's name and mailing address**
**McCrary, Doretha**
**1960 Lilac Lane**
**apt. c**
**Aurora, Illinois 60506-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4921**

**Nonpriority creditor's name and mailing address**
**McCraw, Linda**
**6714 Wayne Drive**
**North Little Rock, Arkansas 72118-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4922**

**Nonpriority creditor's name and mailing address**
**McCrory, Darrell**
**10613 Rushing Rd**
**El Paso, Texas 79924-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4923**

**Nonpriority creditor's name and mailing address**
**McCullough, Jaquita**
**5141 Singing Hills Drive**
**Antioch, Tennessee 37013-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4924**

**Nonpriority creditor's name and mailing address**
**Mccullum, Ajene**
**6607 W Fillmore Street**
**Phoenix, Arizona 85043-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4925**

**Nonpriority creditor's name and mailing address**
**McCurdy, Chandria**
**3811 39th Court North**
**Birmingham, Alabama 35217-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

| 3.492 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**McDaniel, Elizabeth**
**7706 W Summer Sky Drive**
**Tucson, Arizona 85743-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**McDaniel, Monica**
**2634 N 51st Ave Apt 353**
**Phoenix, Arizona 85035-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**McDaniels, Ashley**
**479B Allenhurst Rd**
**Amherst, New York 14226-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**McDermott, Megan**
**348 S. 53rd St.**
**Lincoln, Nebraska 68510-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**McDevitt, Patrick**
**P.O. Box 607**
**Washington Crossing, Pennsylvania 18977-**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**McDole, Lois**
**5692 S County Road 300 W**
**Greencastle, Indiana 46135-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**McDonald, Brian**
**D28**
**1 Juniper Drive**
**Yarmouth, Maine 04096-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.493 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**McDonough District Hospital**
**525 E. Grant**
**Macomb, IL 61455**

Date(s) debt was incurred  __3/13/2020__

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

| 3.493 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**McDonough, Bayley**
**2501 - 9th Rd S., Apt 219**
**Arlington, Virginia 22204-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.493 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**McEachrane, Taryn-Lea**
**185 Southwest 7th St., #3906**
**Miami, Florida 33130-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.493 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**McElderry, Lois**
**663 No. 58th St**
**Omaha, Nebraska 68132-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.493 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**McElrath, LaTeesha**
**2869 Genesee Street**
**Buffalo, New York 14225-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.493 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**McElroy, Ashley**
**2000 Granada**
**Fayetteville, Arkansas 72703-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.493 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**McElveen, Shervailye**
**1824 Lynchburg Circle**
**Bossier City, Louisiana 71112-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.494 0**

**Nonpriority creditor's name and mailing address**
**McEwen, Kelleigh**
**5928 Grace Lee Ave**
**Sykesville, Maryland 21784-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.494 1**

**Nonpriority creditor's name and mailing address**
**McFadden, Alisha**
**8720 Wendell Ave**
**Parkville, Maryland 21234-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.494 2**

**Nonpriority creditor's name and mailing address**
**McFadden, Mary**
**5712 Jessup Station Court**
**Richmond, Virginia 23234-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.494 3**

**Nonpriority creditor's name and mailing address**
**McFarland Johnson, Inc**
**49 Court Street**
**PO Box 1980**
**Binghamtom, NY 13902**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.494 4**

**Nonpriority creditor's name and mailing address**
**McFee, Kimberly**
**6639 N Rockwell**
**Chicago, Illinois 60645-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.494 5**

**Nonpriority creditor's name and mailing address**
**McGaughy, William**
**4540 E 25th St**
**Joplin, Missouri 64804-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.494 6**

**Nonpriority creditor's name and mailing address**
**McGee, Johnny**
**407 Meadow Drive**
**Troy, Illinois 62294-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor __**Interactive Health Solutions, Inc.**__
Name

Case number (if known) __**20-11530 (BLS)**__

| 3.494 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**McGee, Wiley**
**2573 E 22nd Place**
**Gary, Indiana 46407-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.494 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**McGinley, Kaitln**
**226 Preserve Park Place**
**Wentzville, Missouri 63385-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.494 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**McGinley, Mary**
**190 North Lafayette**
**Warren, Michigan 48091-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.495 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**McGlothlin, Jade**
**4304 Blackjack Lane**
**Edmond, Oklahoma 73034-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.495 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**McGovern, Matthew**
**4 Glen Avenue**
**Roseland, New Jersey 07068-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.495 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**McGrath, Carla**
**3215 Jerry Davis Road**
**Moss Point, Mississippi 39562-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.495 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**McGrath, Janice**
**1451 Candlewood Dr**
**Crystal Lake, Illinois 60014-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.495
4**

Nonpriority creditor's name and mailing address

**McGraw, Spencer
2435 Farrington St
Dallas, Texas 75207-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.495
5**

Nonpriority creditor's name and mailing address

**McGregor, Lauren
7541 Thompson Parkway
Abilene, Texas 79606-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.495
6**

Nonpriority creditor's name and mailing address

**McHarrie Life
7740 Meigs Rd
Syracuse, NY 13207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.495
7**

Nonpriority creditor's name and mailing address

**McIndoo, Heidi
34 Berkeley Road
Framingham, Massachusetts 01701-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.495
8**

Nonpriority creditor's name and mailing address

**McInerny, Sandra
4016 Cranston St SE
Salem, Oregon 97317-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.495
9**

Nonpriority creditor's name and mailing address

**McIntosh, Kelsey
3939 SW Bond Ave #209
Portland, Oregon 97239-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.496
0**

Nonpriority creditor's name and mailing address

**McIntosh, Luke
3228 Kerley Pt. Cv.
Elizabeth, Arkansas 72531-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.496**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McIntyre, Monae**<br>**3300 Ripple Road**<br>**Baltimore, Maryland 21244-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.496**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McKay, Delise**<br>**239 Seal Ave**<br>**Pass Christian, Mississippi 39571-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.496**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McKee, Amy**<br>**6525 Caverstone Lane**<br>**Durham, North Carolina 27713-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.496**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McKenney, Alichia**<br>**4156 Delaware**<br>**Gary, Indiana 46409-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.496**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McKenzie, Kristen**<br>**567 Hickory Lane**<br>**Berwyn, Pennsylvania 19312-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.496**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McKenzie-Skipper, Ashley**<br>**105 Greenwood Dr**<br>**Hattiesburg, Mississippi 39402-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.496**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,283.75** |
|---|---|---|
| **McKesson Medical-Surgical- IH**<br>**P.O. Box 933027**<br>**Atlanta, GA 31193-3027** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/11/2020 | | |
| Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.4968**

**Nonpriority creditor's name and mailing address**
**McKim, Shae**
**11085 Matthew Lane**
**Hartland, Michigan 48353-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4969**

**Nonpriority creditor's name and mailing address**
**McKinley Capital Management**
**3301 C Street**
**# 500**
**Anchorage, AK 99503**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4970**

**Nonpriority creditor's name and mailing address**
**McKinley, Cassandra**
**70 Field view Lane**
**Covington, Georgia 30016-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4971**

**Nonpriority creditor's name and mailing address**
**McKinney, Molly**
**14300 Rockey Mountain Rd**
**Belgrade, Montana 59714-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4972**

**Nonpriority creditor's name and mailing address**
**McKinney, Teresa**
**823 Duchess Way**
**Knoxville, Tennessee 37912-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4973**

**Nonpriority creditor's name and mailing address**
**McKinnie, Brenda**
**429 Pam Street**
**Sikeston, Missouri 63801-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4974**

**Nonpriority creditor's name and mailing address**
**McLaren Central Michigan**
**1221 South Drive**
**Mount Pleasant, MI 48858**

Date(s) debt was incurred  **3/7/2020**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$218.00**

---

Debtor    **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)    **20-11530 (BLS)**
_____

| 3.497 5 | **Nonpriority creditor's name and mailing address**<br>**McLaughlin, John**<br>**3 Pevero Drive, Unit 1**<br>**Vernon, New Jersey 07462-0000** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Wages / Other**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.497 6 | **Nonpriority creditor's name and mailing address**<br>**McLaughlin, Larry**<br>**814 Ferris**<br>**Lawton, Oklahoma 73507-0000** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Wages / Other**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.497 7 | **Nonpriority creditor's name and mailing address**<br>**McLaughlin, Yolanda**<br>**814 Ferris**<br>**Lawton, Oklahoma 73507-0000** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Wages / Other**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.497 8 | **Nonpriority creditor's name and mailing address**<br>**McLean Packaging**<br>**1504 Glen Avenue**<br>**Moorestown, NJ 08057** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Vendor / Other**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.497 9 | **Nonpriority creditor's name and mailing address**<br>**McLean, Lisa**<br>**3206 - 9th St Nw**<br>**Canton, Ohio 44708-0000** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Wages / Other**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.498 0 | **Nonpriority creditor's name and mailing address**<br>**McLeod, Ross**<br>**33720 SW Peaks View Drive**<br>**Hillsboro, Oregon 97123-0000** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Wages / Other**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.498 1 | **Nonpriority creditor's name and mailing address**<br>**McMahon, Erica**<br>**505 Woodland Park**<br>**Georgetown, Texas 78633-0000** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Wages / Other**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.498**
**2**

**Nonpriority creditor's name and mailing address**
**McManus, Stacey**
**16304 Pine Hollow Ave**
**Spring Lake, Michigan 49456-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.498**
**3**

**Nonpriority creditor's name and mailing address**
**McMillen, Jillian**
**6319 N Dublin Lane**
**Clovis, California 93629-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.498**
**4**

**Nonpriority creditor's name and mailing address**
**McMillen, Marisa**
**15220 Bronco Drive**
**Colorado Springs, Colorado 80921-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.498**
**5**

**Nonpriority creditor's name and mailing address**
**McMillon, Erin**
**2727 Edenridge Dr**
**High Point, North Carolina 27265-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.498**
**6**

**Nonpriority creditor's name and mailing address**
**McMinn, Kimberly**
**6700 Cooper Lane 7**
**Austin, Texas 78745-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.498**
**7**

**Nonpriority creditor's name and mailing address**
**McNally, Kathleen**
**40 Tyler Street**
**Attleboro, Massachusetts 02703-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.498**
**8**

**Nonpriority creditor's name and mailing address**
**McNamara, Megan**
**3246 s Princeton**
**Chicago, Illinois 60616-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.498 9**

Nonpriority creditor's name and mailing address
**McNeil, Cassandra**
**4065 Mossy Place Lane**
**Spring, Texas 77388-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.499 0**

Nonpriority creditor's name and mailing address
**McNish, Margaret**
**10308 Bald Hill Road**
**Bowie, Maryland 20721-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.499 1**

Nonpriority creditor's name and mailing address
**McNitt, Mollie**
**101 S 49th St**
**West Des Moines, Iowa 50265-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.499 2**

Nonpriority creditor's name and mailing address
**MCOECN**
**8050 North High Street**
**Columbus, OH 43235**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.499 3**

Nonpriority creditor's name and mailing address
**McPherson, Tammy**
**408 11th Street East**
**Ashland, Wisconsin 54806-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.499 4**

Nonpriority creditor's name and mailing address
**McQueen, Sherita**
**3125 Rider Trail South**
**St. Louis, Missouri 63045-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.499 5**

Nonpriority creditor's name and mailing address
**McWilliams, Kelly**
**340 S Bywood Avenue**
**Clawson, Michigan 48017-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor    **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)    **20-11530 (BLS)**
_____

| | |
|---|---|
| 3.499 6 | |

**Nonpriority creditor's name and mailing address**
**McWilliams, Sherri**
**1528 Steele Avenue**
**Sumner, Washington 98390-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.499 7 | |

**Nonpriority creditor's name and mailing address**
**Me Global**
**3901 University Avenue NE**
**Minneapolis, MN 55421**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.499 8 | |

**Nonpriority creditor's name and mailing address**
**Meade, Nicholas**
**209 E McDonald Ave**
**Man, West Virginia 25635-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.499 9 | |

**Nonpriority creditor's name and mailing address**
**Meadows, Ellen**
**199 Painter Creek Road**
**Travelers East, South Carolina 29690-000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.500 0 | |

**Nonpriority creditor's name and mailing address**
**Meadville Land Service**
**17693 Highway 285**
**Cochranton, PA 16314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.500 1 | |

**Nonpriority creditor's name and mailing address**
**Meadville Medical Center**
**751 Liberty Street**
**Meadville, PA 16335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.500 2 | |

**Nonpriority creditor's name and mailing address**
**Meagher, Lyn**
**2750 Gallows Road, Apt 344**
**Vienna, Virginia 22180-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.500 3**

**Nonpriority creditor's name and mailing address**
**Meaney, Rachel**
**422 Cherry Street #302**
**Kent, Ohio 44240-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.500 4**

**Nonpriority creditor's name and mailing address**
**Measured Progress, Inc.**
**100 Education Way**
**Dover, NH 03820**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.500 5**

**Nonpriority creditor's name and mailing address**
**Med IT Partners**
**2551 N Saint Louis Ave**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.500 6**

**Nonpriority creditor's name and mailing address**
**Medeiros, Ashley**
**213 Lytton Ave**
**Pittsburgh, Pennsylvania 15213-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.500 7**

**Nonpriority creditor's name and mailing address**
**Medical Admin. Services & Consulting**
**P.O Box 267**
**Algonquin, IL 60102**

Date(s) debt was incurred  **4/30/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,742.34**

---

**3.500 8**

**Nonpriority creditor's name and mailing address**
**Medina, Laura**
**1119 Lake Ter #107**
**Boynton Beach, Florida 33426-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.500 9**

**Nonpriority creditor's name and mailing address**
**Medina, Marcela**
**22310 David's Crest Ct**
**Katy, Texas 77450-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.501 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Medina, Martha**
**109 Merchant Man Ct**
**Williamsburg, Virginia 23185-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.501 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mednik-Vaksman, Marina**
**1301 Crossing Place 0332B**
**Austin, Texas 78741-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.501 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Medrano, Ruth**
**1582 W North St**
**Palatine, Illinois 60067-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.501 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mee, Kimberly**
**1210 Trinity Oaks Lane**
**Apt. 102**
**Raleigh, North Carolina 27607-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.501 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Meehan, Kyle**
**6000 S Fraser Street**
**Apt. 11-107**
**Centennial, Colorado 80016-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.501 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Meens, Loren**
**1150 Collier Road, Apt M2**
**Atlanta, Georgia 30318-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.501 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Megli, Debra**
**4022 Ridgetop Drive**
**Heartland, Texas 74216-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.501 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mehta, Hiral**
**496 Carlsbad Trail**
**Roselle, Illinois 60172-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.501 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meiers, Vicki**
**W5277 White Birch Road**
**Shawano, Wisconsin 54166-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.501 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meihaus, Emily**
**7072 Fulton Street**
**San Diego, California 92111-0000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.502 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meisterling, Margaret**
**80 Loubier Drive**
**Somers, Connecticut 06071-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.502 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mejia, Natalia**
**8826 West Flagler St Unit 223**
**Miami, Florida 33174-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.502 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mejia, Selene**
**7402 Mason Drive**
**Frederick, Maryland 21769-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.502 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mejia, Tamala**
**42198 Pimlott St.**
**Unit A**
**Ponchatoula, Louisiana 70454-0000**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |

Name

---

**3.502
4**

**Nonpriority creditor's name and mailing address**

**Melancon, Tina**
**555 Country Trl**
**Pleasanton, Texas 78064-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.502
5**

**Nonpriority creditor's name and mailing address**

**Melbye, Cheryl**
**3210 Rivershore Dr**
**Moorhead, Minnesota 56560-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.502
6**

**Nonpriority creditor's name and mailing address**

**Melcher, Sara**
**71 Oakmere Street**
**West Roxbury, Massachusetts 02132-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.502
7**

**Nonpriority creditor's name and mailing address**

**Melcher, Susan**
**33 St. John Drive**
**Hawthorn Woods, Illinois 60047-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.502
8**

**Nonpriority creditor's name and mailing address**

**Melillo, Kylie**
**3405 Riveroad Court Apt. #204**
**Fort Worth, Texas 76116-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.502
9**

**Nonpriority creditor's name and mailing address**

**Mellion, Eliza**
**115 Josephine ave**
**Somerville, Massachusetts 02144-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.503
0**

**Nonpriority creditor's name and mailing address**

**Mello, Suzanne**
**1270 Cleveland Ave**
**Unit 1106**
**San Diego, California 92103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.503**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Melrose, Antonette**<br>**1005 N 3rd St**<br>**Lansing, Kansas 66043-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.503**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Members Choice Credit Union**<br>**14960 Park Row**<br>**Houston, TX 77084** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.503**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Memorial Hospital of Converse County**<br>**111 S 5th Street**<br>**Douglas, WY 82633** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.503**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Menasha Corporation**<br>**1645 Bergstrom Road**<br>**Neenah, WI 54956** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.503**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Mendapara, Vivek**<br>**806 Traditions Park Dr**<br>**Pineville, North Carolina 28134-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.503**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Mendenhall, Teri**<br>**6201 E Kathleen Rd**<br>**Scottsdale, Arizona 85254-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.503**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Mendez, Diane**<br>**830 Latimer Street**<br>**York, Pennsylvania 17404-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.503 8**

**Nonpriority creditor's name and mailing address**
**Mendez, Silke**
**1801 Wells Branch Pkwy**
**Apt 1015**
**Austin, Texas 78728-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.503 9**

**Nonpriority creditor's name and mailing address**
**Mendiola, Patricia**
**25834 Berberis**
**San Antonio, Texas 78261-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.504 0**

**Nonpriority creditor's name and mailing address**
**Mendoza Reyes, Maria**
**1919 Ernest Ave**
**Redondo Beach, California 90278-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.504 1**

**Nonpriority creditor's name and mailing address**
**Mendoza, Angela**
**3302 N Page Ave**
**Chicago, Illinois 60634-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.504 2**

**Nonpriority creditor's name and mailing address**
**Menominee Indian Tribe of Wisconsin**
**N277 Hwy 47/55**
**Keshena, WI 54135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.504 3**

**Nonpriority creditor's name and mailing address**
**MentorMate, Inc.**
**3036 Hennepin Ave**
**Minneapolis, MN 55408**

Date(s) debt was incurred  **5/31/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$57,969.00**

---

**3.504 4**

**Nonpriority creditor's name and mailing address**
**MentorMate, Inc.**
**3036 Hennepin Ave**
**Minneapolis, MN 55408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

**3.504 5**

**Nonpriority creditor's name and mailing address**
**Mentz, Sheila**
**4327 Crestheights Rd**
**Baltimore, Maryland 21215-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.504 6**

**Nonpriority creditor's name and mailing address**
**Meraz, Lizette**
**3330 w 60th street**
**Chicago, Illinois 60629-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.504 7**

**Nonpriority creditor's name and mailing address**
**Mercy Health**
**14528 South Outer 40 Suite 100**
**Chesterfield, MO 63017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.504 8**

**Nonpriority creditor's name and mailing address**
**Mercy St. Charles Occupational Health**
**2600 Navarre Avenue**
**Oregon, OH 43616**

Date(s) debt was incurred  **4/1/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$22.00**

---

**3.504 9**

**Nonpriority creditor's name and mailing address**
**Mercy St. Vincent Occupational Health**
**PO Box 636473**
**Cincinnati, OH 45263-4634**

Date(s) debt was incurred  **3/2/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$22.00**

---

**3.505 0**

**Nonpriority creditor's name and mailing address**
**Meredith, Erin**
**4325 Sw Pomona St**
**Portland, Oregon 97219-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.505 1**

**Nonpriority creditor's name and mailing address**
**Meridian Enterprises**
**951 Hornet Drive**
**St.Louis, MO 63042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.505 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188,001.50** |
|---|---|---|---|

**Meritain Health**
**Att: Accounts Receivable**
**300 Corporate Parkway**
**Buffalo, NY 14226**

Date(s) debt was incurred  4/24/2020

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meriwest**
**5615 Chesbro Ave**
**San Jose, CA 95123**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Merlos, Lorena**
**4911 North Troy**
**Chicago, Illinois 60625-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,318.52** |
|---|---|---|---|

**Merrill Communications dba Datasite**
**PO Box 74007252**
**Chicago, IL 60674-7252**

Date(s) debt was incurred  4/30/2020

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Merrill, Janet**
**2414 Decker Lane**
**Livermore, California 94550-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Merritt, Corporsha**
**7347 Red Maple Dr**
**Olive Branch, Mississippi 38654-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Merritt, Teresa**
**7912 Sutcliffe Dr**
**Raleigh, North Carolina 27613-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.505 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Merscorp Holdings, Inc.**
**1818 Liberty Street Suite 300**
**Reston, VA 20190**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Messenger, Jamie**
**3324 Sw 26th Street**
**Gresham, Oregon 97080-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Messenger, Katarina**
**5225 Birchman Ave.**
**Apt. 207**
**Fort Worth, Texas 76107-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meszaros, Sandra**
**5350 Bianca Drive**
**Grand Blanc, Michigan 48439-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Metal & Services Demo**
**145 Swift Rd**
**Addison, IL 60101**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Metamora Township High School #122**
**101 W. Madison Street**
**Metamora, IL 61548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Metropolitan Associates**
**1123 N. Astor Street**
**Milwaukee, WI 53202**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.506 6**

**Nonpriority creditor's name and mailing address**
**Metropolitan Transit Authority**
**1900 Main Street**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.506 7**

**Nonpriority creditor's name and mailing address**
**MetroTech**
**1827 Walden Office Square**
**Suite 304**
**Schaumburg, IL 60173**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.506 8**

**Nonpriority creditor's name and mailing address**
**Mettler, Emily**
**212 1st Ave**
**Sioux Center, Iowa 51250-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.506 9**

**Nonpriority creditor's name and mailing address**
**Metz, Kimberly**
**17 Central Ave**
**Waretown, New Jersey 08756-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.507 0**

**Nonpriority creditor's name and mailing address**
**Metzler, Jeremy**
**343 Ridge Road**
**Telford, Pennsylvania 18969-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.507 1**

**Nonpriority creditor's name and mailing address**
**Metzler, Kelly**
**343 Ridge Rd**
**Telford, Pennsylvania 18969-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.507 2**

**Nonpriority creditor's name and mailing address**
**Meucci, Sheila**
**16 Cedar Hill Road**
**Sutton, Massachusetts 01590-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Interactive Health Solutions, Inc.**      Case number (if known)    **20-11530 (BLS)**

   Name

---

| 3.507 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Meyer, Andrea** | ☐ Contingent | |
| **2315 4th Street** | ■ Unliquidated | |
| **Boulder, Colorado 80302-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.507 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Meyer, Chelsea** | ☐ Contingent | |
| **3382 East Summerfield Drive** | ■ Unliquidated | |
| **Rockford, Illinois 61114-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.507 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Meyer, Erik** | ☐ Contingent | |
| **1402 N King Edward Ct** | ☐ Unliquidated | |
| **Apt 206** | ☐ Disputed | |
| **Palatine, Illinois 60067-0000** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.507 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Meyer, Joseph** | ☐ Contingent | |
| **804 Orchid Lane** | ■ Unliquidated | |
| **Bartlett, Illinois 60103-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.507 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Meyer, Nancy** | ☐ Contingent | |
| **5823 Whiterose Way** | ■ Unliquidated | |
| **New Market, Maryland 21774-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.507 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Meyers, Jeffrey** | ☐ Contingent | |
| **659 Summer Place** | ■ Unliquidated | |
| **Ponte Vedra Beach, Florida 32082-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.507 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Meyers, Rebekah** | ☐ Contingent | |
| **2551 38th Ave NE Unit 449** | ■ Unliquidated | |
| **St. Anthony, Minnesota 55421-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.508 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mezhoud, Lounis**
**506 W Higgins Rd**
**Apt 5**
**Park Ridge, Illinois 60631-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mezzano, Kristen**
**2811 N Brighton Pl**
**Arlington Heights, Illinois 60004-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Miami Unified School District #40**
**4739 Ragus Rd**
**Miami, AZ 85539**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MIAT College of Technology**
**2955 S. Haggerty Rd.**
**Canton, MI 48188**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michaud, Kristen**
**20222 Deering**
**Livonia, Michigan 48152-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michelle Bartelt**
**8733 N. Hedge Road**
**Byron, IL 61010**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michigan Department of Treasury**
**Bankruptcy Unit**
**PO Box: 30168**
**Lansing, MI 48909**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Taxing Authority__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.508 7**

**Nonpriority creditor's name and mailing address**
**Michuda Construction**
**18505 W. Creek Drive**
**Tinley Park, IL 60477**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.508 8**

**Nonpriority creditor's name and mailing address**
**Micinski, Natalie**
**11424 Caledonia Rd**
**Belvidere, Illinois 61008-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.508 9**

**Nonpriority creditor's name and mailing address**
**MICRO 100 TOOL CORPORATION**
**1410 E Pine Ave**
**Meridian, ID 83642**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.509 0**

**Nonpriority creditor's name and mailing address**
**Micro-Tronics, Inc.**
**2825 S. Potter Dr.**
**Tempe, AZ 85282**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.509 1**

**Nonpriority creditor's name and mailing address**
**Microflex Inc.**
**1800 N. US Hwy 1**
**Ormons Beach, FL 32174**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.509 2**

**Nonpriority creditor's name and mailing address**
**Microsoft Corporation-IH**
**PO Box 84213**
**Dallas, TX 75284-2103**

Date(s) debt was incurred  6/6/2020
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**$238,934.97**

---

**3.509 3**

**Nonpriority creditor's name and mailing address**
**Microsoft- Office 365**
**P.O Box 842103**
**Dallas, TX 75284**

Date(s) debt was incurred  6/4/2020
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**$15,133.62**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.509 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Microway System A Division of Glenair In**
**1211 Air Way**
**Glendale, CA 91201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$182.00** |
|---|---|---|---|

**Mid-State Occupational Health Services**
**2605 Reach Road**
**Williamsport, PA 17701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/28/2020
Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mid-State Technical College**
**500 32nd Street N**
**Wisconsin Rapids, WI 54494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MIDCO**
**221 Shore court**
**Burr Ridge, IL 60527**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Midha, Rohit**
**403 Rock Wood Drive**
**Saugus, Massachusetts 01906-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Midland Plastics, Inc.**
**5405 S Westridge Ct**
**New Berlin, WI 53151**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Midlothian SD 143**
**14959 Pulaski Rd.**
**Midlothian, IL 60445**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.510**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|
| **Midwest Benefit Resources LLC** | ☐ Contingent | |
| **PO Box 843** | ☒ Unliquidated | |
| **Pratt, KS 67124** | ☐ Disputed | |
| Date(s) debt was incurred  **4/24/2020** | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.510**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Midwest Concrete Materials, Inc.** | ☐ Contingent | |
| **701 S 4th St** | ☒ Unliquidated | |
| **Manhattan, KS 66502** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.510**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **MIDWEST EMPLOYEE BENEFIT FUNDS COALITION** | ☐ Contingent | |
| **6170 Joliet Rd. Suite 2** | ☐ Unliquidated | |
| **Countryside, IL 60525** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.510**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **Midwest Occupational Health Associates** | ☐ Contingent | |
| **775 Engineering Drive** | ☒ Unliquidated | |
| **Springfield, IL 62703** | ☐ Disputed | |
| Date(s) debt was incurred  **3/1/2020** | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.510**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Midwest Orthopaedics at Rush, LLC** | ☐ Contingent | |
| **One Westbrook Corporate Center Suite 240** | ☒ Unliquidated | |
| **Westchester, IL 60154** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.510**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **MIDWEST POULTRY** | ☐ Contingent | |
| **507 N Broadway** | ☒ Unliquidated | |
| **Mentone, IN 46539** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.510**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Midwest Scrap Management** | ☐ Contingent | |
| **8116 Wilson Road** | ☒ Unliquidated | |
| **Kansas City, MO 64125** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.510 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MIDWEST TRANSIT EQUIPMENT**
146 W. Issert Dr.
Kankakee, IL 60901

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Midwest Truck & Auto Parts**
1001 W. Exchange Ave.
Chicago, IL 60609

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mielecki, Jacob**
6968 summer grace
Colorado Springs, Colorado 80923-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mihai, Elena**
10193 Nancy's Blvd 74
Grosse Ile, Michigan 48138-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mikels, Michelea**
610 N 1st St
Centerville, Iowa 52544-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mikutis, Jean Marie**
7542 Adams St
Apt 309
Forest Park, Illinois 60130-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Milacron**
3010 Disney Street
Cincinnati, OH 45209

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.511**
**5**

**Nonpriority creditor's name and mailing address**
**Miles, Jeffrey**
**21020 Snag Island Drive**
**Lake Tapps, Washington 98391-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.511**
**6**

**Nonpriority creditor's name and mailing address**
**Miles, Shanae**
**3197 Applan Way**
**Douglasville, Georgia 30135-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.511**
**7**

**Nonpriority creditor's name and mailing address**
**Miles, Teresa**
**5117 Black cloud Loop**
**Colorado Springs, Colorado 80922-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.511**
**8**

**Nonpriority creditor's name and mailing address**
**Milestone**
**4060 McFarland Rd**
**Rockford, IL 61111**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.511**
**9**

**Nonpriority creditor's name and mailing address**
**Milestone, Inc.**
**4060 McFarland Road**
**Rockford, IL 61111**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.512**
**0**

**Nonpriority creditor's name and mailing address**
**MILITARY SALES & SERVICE CO.**
**5301 S Westmoreland Rd**
**Dallas, TX 75237**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.512**
**1**

**Nonpriority creditor's name and mailing address**
**Miliukas, Anthony**
**22 Abington Ave #11**
**Newark, New Jersey 07104-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.512
2**

Nonpriority creditor's name and mailing address

**Millan Rodriguez, Benny**
**5404 Oak Cradle Court**
**Tampa, Florida 33624-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.512
3**

Nonpriority creditor's name and mailing address

**Millan, Joanna**
**6124 Haddon Hall Road**
**Baltimore, Maryland 21212-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.512
4**

Nonpriority creditor's name and mailing address

**Millard, Sarah**
**23868 Placid Lane**
**Colton, California 92324-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.512
5**

Nonpriority creditor's name and mailing address

**Millcreek West Unity**
**1401 West Jackson STreet**
**West Unity, OH 43570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.512
6**

Nonpriority creditor's name and mailing address

**Millennium Steel Service, LLC**
**300 E. 350 S.**
**Princeton, IN 47670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.512
7**

Nonpriority creditor's name and mailing address

**Miller Service Corporation**
**1596 Route 38**
**Lumberton, NJ 08048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.512
8**

Nonpriority creditor's name and mailing address

**Miller, Andrew**
**1130 Spectrum Loop**
**Colorado Springs, Colorado 80921-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.512 9**

**Nonpriority creditor's name and mailing address**

**Miller, Angela**
**PO Box 406**
**Weir, Mississippi 39772-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.513 0**

**Nonpriority creditor's name and mailing address**

**Miller, Ashley**
**8551 Hidden Lake Drive**
**Indianapolis, Indiana 46250-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.513 1**

**Nonpriority creditor's name and mailing address**

**Miller, Britany**
**3606 East Helena Dr**
**Huntsville, Alabama 35810-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.513 2**

**Nonpriority creditor's name and mailing address**

**Miller, Bryan**
**212 S. Oak St**
**Cortland, Illinois 60112-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.513 3**

**Nonpriority creditor's name and mailing address**

**Miller, Candace**
**4342 N. 18th Street**
**Milwaukee, Wisconsin 53209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.513 4**

**Nonpriority creditor's name and mailing address**

**Miller, Colleen**
**577 S Martha Street**
**Lombard, Illinois 60148-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.513 5**

**Nonpriority creditor's name and mailing address**

**Miller, Daniel**
**4200 Florio Drive**
**Perry Hall, Maryland 21128-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.513 6**

**Nonpriority creditor's name and mailing address**

**Miller, Erica**
**200 W Gail Drive**
**Chandler, Arizona 85225-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.513 7**

**Nonpriority creditor's name and mailing address**

**Miller, Jennifer**
**1802 Brockway Street**
**Joliet, Illinois 60431-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.513 8**

**Nonpriority creditor's name and mailing address**

**Miller, Jessica**
**3027 W. 13 Mile Rd**
**Apt 346**
**Royal Oak, Michigan 48073-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.513 9**

**Nonpriority creditor's name and mailing address**

**Miller, Kelly**
**1809 Woodmont Dr**
**Semmes, Alabama 36575-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.514 0**

**Nonpriority creditor's name and mailing address**

**Miller, Kelsie**
**5721 Eunice Ct**
**Henrico, Virginia 23228-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.514 1**

**Nonpriority creditor's name and mailing address**

**Miller, Laurel**
**7278 Cahaba Valley Rd #806a**
**Birmingham, Alabama 35242-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.514 2**

**Nonpriority creditor's name and mailing address**

**Miller, Maria Gabriela**
**5293 Foxridge Dr Apt 203**
**Mission, Kansas 66202-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.514
3**

**Nonpriority creditor's name and mailing address**

**Miller, Mary**
**261 Big Sky Drive**
**Saint Charles, Missouri 63304-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.514
4**

**Nonpriority creditor's name and mailing address**

**Miller, Maureen**
**2997 Cobb Parkway, Unit 724802**
**Atlanta, Georgia 31139-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.514
5**

**Nonpriority creditor's name and mailing address**

**Miller, Michelle**
**2287 S. Clubhouse Drive**
**New Berlin, Wisconsin 53151-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.514
6**

**Nonpriority creditor's name and mailing address**

**Miller, Roxanna**
**215 W. Webster St.**
**PO Box 38**
**Martinsville, Illinois 62442-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.514
7**

**Nonpriority creditor's name and mailing address**

**Miller, Scott**
**3 Bojan Court**
**Millersville, Maryland 21108-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.514
8**

**Nonpriority creditor's name and mailing address**

**Miller, Sheila**
**1062 Shore Point Ct**
**Loveland, Ohio 45140-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.514
9**

**Nonpriority creditor's name and mailing address**

**Miller, Susan**
**4301 Columbia Pike**
**Apt. 418**
**Arlington, Virginia 22204-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.515 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miller, Tara**
**360 West Ocean Blvd #308**
**Long Beach, California 90802-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| 3.515 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miller-Piegaro, Kimi**
**236 Siginaw Street**
**Grantville, Pennsylvania 17028-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| 3.515 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Millicom International Services, LLC**
**255 Giralda Blvd**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| 3.515 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mills Jimenez, Crystal**
**217 North Sheridan**
**Wichita, Kansas 67203-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| 3.515 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mills, Amber**
**2226 Cedar Pointe Court**
**Edmond, Oklahoma 73003-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| 3.515 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mills, Serita**
**2114 Northland Rd**
**Baltimore, Maryland 21207-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| 3.515 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mills, Valerie**
**2050 W. Dunlap Ave**
**Apt. B 137**
**Phoenix, Arizona 85021-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.515 7**

**Nonpriority creditor's name and mailing address**
**Mimbar, Muankontee**
**28 High Street**
**Sharon Hill, Pennsylvania 19079-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.515 8**

**Nonpriority creditor's name and mailing address**
**Mimila, Ramona**
**710 Rice Way**
**Yuba City, California 95991-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.515 9**

**Nonpriority creditor's name and mailing address**
**Minarich, Michael**
**2126 Elton Road**
**Bloomfield, New York 14469-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.516 0**

**Nonpriority creditor's name and mailing address**
**Mincey, Sekeiya**
**914 Jonquil Lane**
**Hampton, Virginia 23669-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.516 1**

**Nonpriority creditor's name and mailing address**
**Mineral County**
**300 River St.**
**PO BOX 550**
**Superior, MT 59872**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.516 2**

**Nonpriority creditor's name and mailing address**
**Minerallac Company**
**100 Gast Rd**
**Hampshire, IL 60140-7654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.516 3**

**Nonpriority creditor's name and mailing address**
**Minervino, Lena**
**79 Dennett Street**
**Portland, Maine 04102-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

| 3.516 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Minglin, Taylor**
**903 Hillsdale Drive**
**Kokomo, Indiana 46901-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.516 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mingus Union High School District**
**1801 East Fir Street**
**Cottonwood, AZ 86326**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.516 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Miniat Holdings, LLC**
**16250 Vincennes Ave**
**South Holland, IL 60473**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.516 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Minneapolis Public Schools**
**1250 W. Broadway Ave**
**Minneapolis, MN 55411**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.516 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Minnear, Lisa**
**3301 Nw 179th Street**
**Ridgefield, Washington 98642-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.516 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Minnesota Department of Revenue**
**PO Box 64447 - BKY**
**St Paul, MN 55164-0447**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Taxing Authority**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Minnetonka Schools**
**8770 33rd Ave. South**
**Minneapolis, MN 55425**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.517**
**1**

**Nonpriority creditor's name and mailing address**
**Minnott, Justin**
**900 Club House Circle,**
**Apt N-113**
**Farmville, Virginia 23901-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.517**
**2**

**Nonpriority creditor's name and mailing address**
**Minus, Bradley**
**1423 Lori Lyn Lane**
**Northbrook, Illinois 60062-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.517**
**3**

**Nonpriority creditor's name and mailing address**
**Mira, Alessandro**
**1105 Holiday lane Apt.16**
**Des Plaines, Illinois 60016-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.517**
**4**

**Nonpriority creditor's name and mailing address**
**Mirabile, Rachel**
**60 Stonegate Lane**
**Streamwood, Illinois 60107-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.517**
**5**

**Nonpriority creditor's name and mailing address**
**Miramontes, Angela**
**3020 Charter Oak Drive**
**Little Rock, Arkansas 72227-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.517**
**6**

**Nonpriority creditor's name and mailing address**
**Miramontes, Irma**
**2740 40th Street**
**Highland, Indiana 46322-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.517**
**7**

**Nonpriority creditor's name and mailing address**
**Miranda, Ashley**
**1030 Jeanett Way**
**Bel Air, Maryland 21014-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.517 8**

**Nonpriority creditor's name and mailing address**
**Miranda, Christina**
**165 Old Orchard #514**
**Lewisville, Texas 75067-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.517 9**

**Nonpriority creditor's name and mailing address**
**Mirjafari, Arshia**
**3 Buellton**
**Irvine, California 92602-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.518 0**

**Nonpriority creditor's name and mailing address**
**Misch, Kelly**
**13166 Mair Dr**
**sterling heights, Michigan 48313-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.518 1**

**Nonpriority creditor's name and mailing address**
**Miser, Christina**
**707 N 500 W**
**Peru, Indiana 46970-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.518 2**

**Nonpriority creditor's name and mailing address**
**Mishko, Nicky**
**15330 Crescent Valley Road SE**
**Olalla, Washington 98359-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.518 3**

**Nonpriority creditor's name and mailing address**
**Mississinewa Community School Corporatio**
**424 East South A Street**
**Gas City, IN 46933**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.518 4**

**Nonpriority creditor's name and mailing address**
**Mississippi Department of Revenue**
**Bankruptcy Section**
**P.O. Box 22808**
**Jackson, MS 39225-2808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Taxing Authority__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.518 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mississippi Lime Company**
**3870 South Lindbergh Blvd.**
**St. Louis, MO 63127**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MISSOURI BANKERS ASSOCIATION**
**223 E. Capital**
**Jefferson City, MO 65101**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Missouri Department of Revenue**
**P.O. Box 475**
**Jefferson City, MO 65105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Taxing Authority

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mitchell, Ana**
**485 Alder Dr**
**Wheeling, Illinois 60090-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mitchell, Brooke**
**274 skyline view dr**
**collinsville, Illinois 62234-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mitchell, Charleatha**
**43856 W Knauss Dr**
**Maricopa, Arizona 85138-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mitchell, Iris**
**10047 S. Aberdeen St.**
**Chicago, Illinois 60643-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.519<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mitchell, Kimberly**<br>**1209 6th Street**<br>**Howard Lake, Minnesota 55349-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.519<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mitchell, Lindsay**<br>**2500 Clover Glen**<br>**Edmond, Oklahoma 73013-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.519<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mitchell, Madison**<br>**709 S Mariposa Ave**<br>**207**<br>**Los Angeles, California 90005-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.519<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mitchell, Sarah**<br>**2901 N 11th St**<br>**Coeur d Alene, Idaho 83815-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.519<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mitchell, Terri**<br>**1139 Hilltop Drive**<br>**Olivette, Missouri 63121-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.519<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mitchell, Valerie**<br>**1208 Stein Road**<br>**Ferguson, Missouri 63135-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.519<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mitrik, Lauren**<br>**2120 Copper Creek dr**<br>**Apt. 5-111**<br>**Fort Collins, Colorado 80525-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)    **20-11530 (BLS)**

| 3.519 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mitsch, Lori**
**3540 Crestwood Lane**
**Carpentersville, Illinois 60110-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.520 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mitsos, Alexa**
**9 St Clair Circle**
**Schaumburg, Illinois 60173-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.520 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mitsubishi Electric Automotive America I**
**4773 Bethany Road**
**Mason, OH 45040**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.520 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mittler Bros. Machine & Tool**
**10 Cooperative Way**
**Wright City, MO 63390**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.520 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mizelle-Adams, Amanda Dee**
**17010 Old Kelly Road**
**Vancleave, Mississippi 39565-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.520 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mizurak, Alex**
**2925 Ruskin Ct**
**Abingdon, Maryland 21009-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.520 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MLA-Solutions Practice Group / Allegis G**
**15208 Collections Center Drive**
**Chicago, IL 60693-5412**

Date(s) debt was incurred  6/9/2020
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

$13,816.95

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.520 6**

**Nonpriority creditor's name and mailing address**

**Moberly Area Community College**
**101 College Avenue**
**Moberly, MO 65270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.520 7**

**Nonpriority creditor's name and mailing address**

**MobileNet Services, Inc.**
**18 Morgan Suite 200**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.520 8**

**Nonpriority creditor's name and mailing address**

**Mockler Beverage Company**
**11811 Reiger Rd.**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.520 9**

**Nonpriority creditor's name and mailing address**

**Modell's**
**498 7th Ave.**
**20th Floor**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.521 0**

**Nonpriority creditor's name and mailing address**

**Moderhock, Claudia**
**1520 S Western Ave**
**Park Ridge, Illinois 60068-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.521 1**

**Nonpriority creditor's name and mailing address**

**Modupe, Mofesola**
**1233 East 224th street,**
**Bronx, New York 10466-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.521 2**

**Nonpriority creditor's name and mailing address**

**Moe, Kindsey**
**110 Quarter Master Drive**
**Sanford, North Carolina 27330-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.521 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mofor, Ngetcha**
**19162 Ivanhoe Dr**
**Elk River, Minnesota 55330-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mohammed, Sami**
**1673 Charlotte Circle**
**Naperville, Illinois 60564-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mohave Community College**
**4266 Rising Sun Avenue**
**Kingman, AZ 86402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mohave Valley Elementary School District**
**8450 S. Olive**
**Mohave, AZ 86446**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mohawk Valley Elementary**
**5151 S. Avenue 39E**
**Roll, AZ 85347**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mohawk Valley Health System**
**1656 Champlin Avenue**
**Utica, NY 13502**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mohlhenrich, Krista**
**3700 Toone Street, Apt 1326**
**Baltimore, Maryland 21224-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.522 0**

**Nonpriority creditor's name and mailing address**
**Molaiepour, Leah**
**137 West 119th St #2r**
**New York, New York 10026-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.522 1**

**Nonpriority creditor's name and mailing address**
**Molina Ocampo, Jose**
**160 Golden Drive**
**Glendale Heights, Illinois 60139-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.522 2**

**Nonpriority creditor's name and mailing address**
**Molina, Melissa**
**270 E. Thomas Jefferson Way**
**Sahuarita, Arizona 85629-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.522 3**

**Nonpriority creditor's name and mailing address**
**Molinaro, Cathy**
**2018 Clover Lane**
**Woodridge, Illinois 60517-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.522 4**

**Nonpriority creditor's name and mailing address**
**Molinaro, Rachel**
**310 Scene Ridge Road**
**Mckeesport, Pennsylvania 15133-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.522 5**

**Nonpriority creditor's name and mailing address**
**Mollenbeck, Allison**
**1929 Ellesmere Loop**
**Roseville, California 95747-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.522 6**

**Nonpriority creditor's name and mailing address**
**Molloy, Lorraine**
**110 Wax Wing Ct.**
**Vonore, Tennessee 37885-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.522 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Momin, Nikisha**<br>**5207 Ballybunion Lane**<br>**College Station, Texas 77845-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.522 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Moncivaiz, Krystal**<br>**1330 Riverwood Drive**<br>**Algonquin, Illinois 60102-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.522 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Monico, Alyssa**<br>**701 Windy Way #301**<br>**Newport News, Virginia 23602-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.523 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Moninghoff, Casey**<br>**10830 Meadowlea Rd**<br>**Owings Mills, Maryland 21117-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.523 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Moninghoff, Joseph**<br>**119 Caraway Rd, Apt 2c**<br>**Reisterstown, Maryland 21136-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.523 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|
| **Monroe Clinic**<br>**2009 5th Street**<br>**Monroe, WI 53566** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **3/1/2020** | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.523 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Monroe Tractor**<br>**1001 Lehigh Station Rd**<br>**Henrietta, NY 14467** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.523 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Monroe Veterinary Associates**
**2816 Monroe Ave**
**Rochester, NY 14618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.523 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Monroe, Kara**
**10550 Valley Forge Drive**
**Apt 140**
**Houston, Texas 77042-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.523 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Monroe, Lanetra**
**2013 Marston Road**
**Columbus, Ohio 43219-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.523 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Monroe, Yashica**
**PO Box 291861**
**Davie, Florida 33329-1861**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.523 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Monserrate, LaKishia**
**8344 Chaceview Ct**
**Charlotte, North Carolina 28269-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.523 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Monster Worldwide, Inc**
**P.O Box 90364**
**Chicago, IL 60696-0364**

Date(s) debt was incurred  **5/20/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$1,779.96**

---

| 3.524 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Montalvo, Christina**
**1277 Oriole Trail**
**Carol Stream, Illinois 60188-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.524**
**1**

**Nonpriority creditor's name and mailing address**
**Montana Department of Revenue**
**PO Box 5805**
**Helena, MT 59604-5805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.524**
**2**

**Nonpriority creditor's name and mailing address**
**Montana Peterbilt**
**3255 N FRONTAGE ROAD,**
**Billings, MT 59101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.524**
**3**

**Nonpriority creditor's name and mailing address**
**Montano, Latoya**
**2542 Arapahoe street**
**Denver, Colorado 80205-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.524**
**4**

**Nonpriority creditor's name and mailing address**
**Montemayor, Kristie**
**1123 Waterview Circle**
**Antioch, Illinois 60002-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.524**
**5**

**Nonpriority creditor's name and mailing address**
**Montenegro, Perla**
**7293 West Desert Cove Avenue**
**Lot 91**
**Peoria, Arizona 85345-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.524**
**6**

**Nonpriority creditor's name and mailing address**
**Monterrubio, Delia**
**2730 W Warren Blvd**
**Unit 3E**
**Chicago, Illinois 60612-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.524**
**7**

**Nonpriority creditor's name and mailing address**
**Montez, Anselmo**
**48675 Charlton Peak St.**
**Coachella, California 92236-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.524 8**

**Nonpriority creditor's name and mailing address**
**Montgomery, Colleen**
**409 Cross Street**
**Philadelphia, Pennsylvania 19147-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.524 9**

**Nonpriority creditor's name and mailing address**
**Montgomery, Lauren**
**8534 SE 16th Ave**
**Portland, Oregon 97202-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.525 0**

**Nonpriority creditor's name and mailing address**
**Montgomery, Suzanne**
**6541 Vestine Dr**
**Knoxville, Tennessee 37918-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.525 1**

**Nonpriority creditor's name and mailing address**
**Montgomery, Taureka**
**4807 S Wabash**
**Chicago, Illinois 60615-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.525 2**

**Nonpriority creditor's name and mailing address**
**Montijo, Bridgitt**
**700 Clohesey Drive**
**Buffalo Grove, Illinois 60089-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.525 3**

**Nonpriority creditor's name and mailing address**
**Montoya, Melanie**
**826 Fairview Lane**
**Espanola, New Mexico 87532-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.525 4**

**Nonpriority creditor's name and mailing address**
**Montpelier Schools**
**1015 East Brown Road**
**Montpelier, OH 43543**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.525 5**

**Nonpriority creditor's name and mailing address**

**Montroy, Julia**
**95 Jolls Lane**
**Orchard Park, New York 14127-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.525 6**

**Nonpriority creditor's name and mailing address**

**Monteaux, Jaclyne**
**18 Georgia Ct**
**Rensselaer, New York 12144-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.525 7**

**Nonpriority creditor's name and mailing address**

**Moody, Grant**
**948 Atlantic Ave Apt E**
**Hoffman Estates, Illinois 60169-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.525 8**

**Nonpriority creditor's name and mailing address**

**Moon, Anastacia**
**2231 S Nogales Ave**
**Tulsa, Oklahoma 74107-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.525 9**

**Nonpriority creditor's name and mailing address**

**Mooney, Christina**
**222 River Loop Rd**
**Belmont, North Carolina 28012-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.526 0**

**Nonpriority creditor's name and mailing address**

**Moore, Anastasia**
**7875 Sarah Ann Drive South**
**Southaven, Mississippi 38671-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.526 1**

**Nonpriority creditor's name and mailing address**

**Moore, Christina**
**1706 Linden St**
**Granger, Iowa 50109-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.526 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore, Daffydd**
**2820 S. 59th Ct.**
**Cicero, Illinois 60804-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore, Jakia**
**5 Rigsby Court**
**Hampton, Virginia 23666-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore, Jasmine**
**22001 Northeast 204th Court**
**Battle Ground, Washington 98604-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore, Jemila**
**16303 Cutten Rd**
**Houston, Texas 77070-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore, Jessica**
**300 Garden Grove Drive**
**Roseburg, Oregon 97471-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore, Maresha**
**520 Jeanette St**
**Beaumont, Texas 77703-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore, Marla**
**613 Park Hill Circle**
**Hewitt, Texas 76643-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.526 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore, Marquita**
**13322 De Wald Circle**
**Apt L**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore, Marsha**
**670 Ken Pilkerton Dr, Apt 216**
**Smyrna, Tennessee 37167-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore, Shannon**
**101 Robinson Drive**
**Newport News, Virginia 23601-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore, Tiffany**
**146 Brandy Ave**
**LaGrange, North Carolina 28551-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore, William**
**14811 Adios**
**San Antonio, Texas 78248-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore, Yohantis**
**407 Preakness Circle**
**Copperas Cove, Texas 76522-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moore-Grimes, Sharon**
**22121 Edinburgh Drive**
**Montgomery, Alabama 36116-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.527 6**

**Nonpriority creditor's name and mailing address**
**Moorehead, Brandon**
**3673 Burwick Place**
**Antioch, Tennessee 37013-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.527 7**

**Nonpriority creditor's name and mailing address**
**Morales, Diane**
**6647 Frederick Road**
**Apt. 1**
**Catonsville, Maryland 21228-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.527 8**

**Nonpriority creditor's name and mailing address**
**Morales, Francisco**
**8400 West Virginia Avenue**
**Phoenix, Arizona 85037-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.527 9**

**Nonpriority creditor's name and mailing address**
**Morales, Rochelle**
**1700 Brenda Rd. SE**
**Rio Rancho, New Mexico 87124-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.528 0**

**Nonpriority creditor's name and mailing address**
**Moran, Aldo**
**6722 Passaic St**
**Huntington Park, California 90255-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.528 1**

**Nonpriority creditor's name and mailing address**
**Moran, Krista**
**10204 Barlow Crossing**
**Perrysburg, Ohio 43551-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.528 2**

**Nonpriority creditor's name and mailing address**
**Moran, Sarah**
**1806 Lancaster Drive**
**Youngstown, Ohio 44511-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.528 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Moran, Verna**
**21 Pitman Street**
**Providence, Rhode Island 02906-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Moreau, Nicole**
**115 Prospect Ave, Unit B**
**Long Beach, California 90803-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Morehead, Allison**
**65 Sequoia Lane**
**Deerfield, Illinois 60015-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Moren, Jody**
**1218 Sun Circle E**
**Melbourne, Florida 32935-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Moreno, Danielle**
**10730 Church St, #172**
**Rancho Cucamonga, California 91730-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Moreno, Felicia**
**5428 Eagle Claw Avenue**
**Las Vegas, Nevada 89130-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Moreno, Leandro**
**544 Urbane Road NE**
**Cleveland, Tennessee 37312-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.5290**

**Nonpriority creditor's name and mailing address**
**Morgan Distributing, Inc.**
**3425 N. 22nd Street**
**Decatur, IL 65226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5291**

**Nonpriority creditor's name and mailing address**
**Morgan, Nicole**
**1905 Deer Spring Ct**
**Forest Hill, Maryland 21050-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5292**

**Nonpriority creditor's name and mailing address**
**Morgan, Norita**
**41 Barry Street**
**Quincy, Massachusetts 02169-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5293**

**Nonpriority creditor's name and mailing address**
**MORINDA HOLDINGS, INC**
**737 East 1180 South**
**American Fork, UT 84003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5294**

**Nonpriority creditor's name and mailing address**
**Mork, Connie**
**539 Redhorse Lane**
**Yorkville, Illinois 60560-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5295**

**Nonpriority creditor's name and mailing address**
**Morning, Melissa**
**728 N 37th Street**
**East Saint Louis, Illinois 62205-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5296**

**Nonpriority creditor's name and mailing address**
**Morningstar Senior Living**
**175 West North Street**
**Nazareth, PA 18064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.5297**

**Nonpriority creditor's name and mailing address**
Morningstar, Lauren
2912 W 87 1/2 St
Bloomington, Minnesota 55431-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5298**

**Nonpriority creditor's name and mailing address**
Morrill, Linn
14 Apple Ridge Road
Condo #4
Maynard, Massachusetts 01754-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5299**

**Nonpriority creditor's name and mailing address**
Morris, Brenda
PO Box 7360
Halethorpe, Maryland 21227-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5300**

**Nonpriority creditor's name and mailing address**
Morris, Cinthia
6174 Mandy Lane
San Bernardino, California 92407-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5301**

**Nonpriority creditor's name and mailing address**
Morris, Donna
1919 62nd Ave NW
Gig Harbor, Washington 98335-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5302**

**Nonpriority creditor's name and mailing address**
Morris, Duston
876 Fendley Drive
Apt C5
Conway, Arkansas 72032-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5303**

**Nonpriority creditor's name and mailing address**
Morris, Melanie
3109 Honeywood Lane SW
Apt L
Roanoke, Virginia 24018-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.530 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morris, Shannon**
**121 Comanche Ct S**
**202**
**Virginia Beach, Virginia 23462-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morrison, Alicia**
**2058 Cunnigham Drive**
**#204**
**Hampton, Virginia 23666-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morrison, Crystal**
**3116 W. Lexington**
**Chicago, Illinois 60612-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morrison, Kyle**
**1072 rocky springs rd**
**Frederick, Maryland 21702-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morrison, Mary Kay**
**966 Lakeside Drive**
**Apopka, Florida 32712-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morrissette, Emily**
**60 Colony Drive**
**West Sayville, New York 11796-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morse, Ellen**
**9765 Reese Farm Rd**
**Owings Mills, Maryland 21117-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.531 | | | |
|---|---|---|---|
| 1 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Morse, Jane**
**2107 Glen Oaks Knoll**
**Coralville, Iowa 52241-0000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.531 | | | |
|---|---|---|---|
| 2 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Morse, Julianna**
**2112 Starling Avenue**
**Apt 6F**
**Bronx, New York 10462-0000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.531 | | | |
|---|---|---|---|
| 3 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Morton, Donna**
**101 N. Amelia Avenue, Apt 406**
**DeLand, Florida 32724-0000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.531 | | | |
|---|---|---|---|
| 4 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Morton, Luisa**
**616 Fall Wheat Drive**
**Murphy, Texas 75094-0000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.531 | | | |
|---|---|---|---|
| 5 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Mosakowski, Jean**
**3914 Rilling Ave**
**Erie, Pennsylvania 16509-0000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.531 | | | |
|---|---|---|---|
| 6 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Mosconi, Mark**
**4227 Aurora Path**
**Liverpool, New York 13090-0000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.531 | | | |
|---|---|---|---|
| 7 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Moser, Alex**
**5028 East 200 South**
**Avon, Indiana 46123-0000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.531
8**

**Nonpriority creditor's name and mailing address**
**Moses, Amie**
**406 Molise Circle**
**Walton, Kentucky 41094-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.531
9**

**Nonpriority creditor's name and mailing address**
**Moses, Sharanda**
**1136 Virginia Ave, Apt A**
**Portsmouth, Virginia 23707-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.532
0**

**Nonpriority creditor's name and mailing address**
**Moskos, Allison**
**113 E Mallard Drive Apt 388**
**Boise, Idaho 83706-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.532
1**

**Nonpriority creditor's name and mailing address**
**Mosley, Cynthia**
**PO Box 4**
**Newark, Texas 76071-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.532
2**

**Nonpriority creditor's name and mailing address**
**Moss, E.**
**160 River Cove Meadows**
**Social Circle, Georgia 30025-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.532
3**

**Nonpriority creditor's name and mailing address**
**Moss, Emily**
**218 Long Leaf Acress Drive**
**Wilmington, North Carolina 28405-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.532
4**

**Nonpriority creditor's name and mailing address**
**Moss, Kara**
**1446a Bouldercrest Rd**
**Apt #3**
**Atlanta, Georgia 30316-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.532
5**

**Nonpriority creditor's name and mailing address**
**Mota, Sheila**
**1350 S Stewart St**
**Salt Lake City, Utah 84104-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.532
6**

**Nonpriority creditor's name and mailing address**
**Motley, Leslie**
**5403 Weidner Road**
**Springboro, Ohio 45066-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.532
7**

**Nonpriority creditor's name and mailing address**
**Mott Corporation**
**84 Spring Ln**
**Farmington, CT 06032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.532
8**

**Nonpriority creditor's name and mailing address**
**Motta, Victor**
**2315 - 30th Ave, Apt A-8**
**Astoria, New York 11102-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.532
9**

**Nonpriority creditor's name and mailing address**
**Mottu, Susan**
**1745 Williamsburg Place**
**Pittsburgh, Pennsylvania 15235-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.533
0**

**Nonpriority creditor's name and mailing address**
**Moulton, Crystal**
**812 North Evans Street**
**Bloomington, Illinois 61701-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.533
1**

**Nonpriority creditor's name and mailing address**
**Mount Prospect School District 57**
**701 West Gregory Street**
**Mt. Prospect, IL 60056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.533
2**

**Nonpriority creditor's name and mailing address**

**Mountain States Contracting Inc.**
**4001 S. 34th Street**
**Phoenix, AZ 85040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.533
3**

**Nonpriority creditor's name and mailing address**

**Mouse, Minny**
**1234 Disney Lane**
**Owings Mills, Florida 12345-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.533
4**

**Nonpriority creditor's name and mailing address**

**Moussalli, Aida**
**308 South Main St. Apt. 9**
**Edwardsville, Illinois 62025-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.533
5**

**Nonpriority creditor's name and mailing address**

**Mowbray, Michael**
**4706 Little Cedar Drive**
**Attica, Michigan 48412-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.533
6**

**Nonpriority creditor's name and mailing address**

**Mowery, Karen**
**602 Cyril Court**
**Vandalia, Ohio 45377-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.533
7**

**Nonpriority creditor's name and mailing address**

**Msciwojewska, Joanna**
**22W304 Woodview Drive**
**Medinag, Illinois 60157-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.533
8**

**Nonpriority creditor's name and mailing address**

**Mt. Washington Pediatric Hospital**
**1708 West Rogers Avenue**
**Baltimore, MD 21209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.533 9**

**Nonpriority creditor's name and mailing address**
**MTS Systems**
**14000 Technology Drive**
**Eden Prairie, MN 55344**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.534 0**

**Nonpriority creditor's name and mailing address**
**Mu'ti, Ola**
**2505 Harrods Ln**
**Richmond, Virginia 23225-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.534 1**

**Nonpriority creditor's name and mailing address**
**Muchicko, Megan**
**592 S. Benbrook Road**
**Butler, Pennsylvania 16001-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.534 2**

**Nonpriority creditor's name and mailing address**
**Mueller Jr, Thomas**
**373 Narragansett Court**
**373 Narragansett Court**
**Crystal Lake, Illinois 60012-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.534 3**

**Nonpriority creditor's name and mailing address**
**Mueller, Cara**
**2615 w. 48th St.**
**Austin, Texas 78731-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.534 4**

**Nonpriority creditor's name and mailing address**
**Mueller, Kenny**
**109 Goldstone Court**
**Roseville, California 95747-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.534 5**

**Nonpriority creditor's name and mailing address**
**Muhammad, Shakira**
**11226 Valley Bend Dr**
**Germantown, Maryland 20876-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.534 6**

**Nonpriority creditor's name and mailing address**
**Muhammad, Yvette**
**227 Fairfield Dr**
**Ellenwood, Georgia 30294-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.534 7**

**Nonpriority creditor's name and mailing address**
**Mui, Karen**
**35 Pleasant St.**
**Quincy, Massachusetts 02169-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.534 8**

**Nonpriority creditor's name and mailing address**
**Muir, Krystal**
**2843 Maudlin Ave**
**Baltimore, Maryland 21230-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.534 9**

**Nonpriority creditor's name and mailing address**
**Muise, Michael**
**7570 West Flamingo Road**
**Apt. 114**
**Las Vegas, Nevada 89417-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.535 0**

**Nonpriority creditor's name and mailing address**
**Mukite, Bridget**
**1818 Tucumcari Dr**
**Houston, Texas 77090-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.535 1**

**Nonpriority creditor's name and mailing address**
**Mulawa, Kathryn**
**47781 Sandy Ridge Dr**
**Macomb, Michigan 48044-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.535 2**

**Nonpriority creditor's name and mailing address**
**Mulch, Karen**
**17172 Bolsa Chica St.**
**#46**
**Huntington Beach, California 92649-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|--------|-----------------------------------|------------------------|----------------|
|        | Name |  |  |

---

**3.535 3**

Nonpriority creditor's name and mailing address
**Mullen, Virginia**
**39 Purcell Rd**
**Ashuelot, New Hampshire 03441-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.535 4**

Nonpriority creditor's name and mailing address
**Mullen-Hall, Hannah**
**7938 E. 59 Place**
**Apt. 97-003**
**Tulsa, Oklahoma 74145-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.535 5**

Nonpriority creditor's name and mailing address
**Muller, Caitlin**
**3401 East Gore BLVD**
**Lawton, Oklahoma 73501-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.535 6**

Nonpriority creditor's name and mailing address
**Muller, Joelle**
**1501 Millbrook Drive**
**Algonquin, Illinois 60102-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.535 7**

Nonpriority creditor's name and mailing address
**Mullin, Tiffany**
**1213 - A1a South**
**St Augustine, Florida 32080-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.535 8**

Nonpriority creditor's name and mailing address
**Mullis, Monica**
**9200 Bartlett Rd**
**Charlotte, North Carolina 28227-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.535 9**

Nonpriority creditor's name and mailing address
**Munch, Holly**
**2045 Dane Road**
**Owatonna, Minnesota 55060-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.536 0**

**Nonpriority creditor's name and mailing address**

**Mundelein SD 120**
**1350 West Hawley Street**
**Mundelein, IL 60060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.536 1**

**Nonpriority creditor's name and mailing address**

**Municipal Securities Rulemaking Board**
**1300 I Street NE**
**Washington, DC 20005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.536 2**

**Nonpriority creditor's name and mailing address**

**Munsey, Evelyn**
**1908 Gayle Lane**
**Findlay, Ohio 45840-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.536 3**

**Nonpriority creditor's name and mailing address**

**Murcia, Patricia**
**7846 Peachtree Ave**
**Panorama City, California 91402-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.536 4**

**Nonpriority creditor's name and mailing address**

**Murff, Tiffani**
**814 Landis Ridge Dr**
**19B**
**Louisville, Kentucky 40245-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.536 5**

**Nonpriority creditor's name and mailing address**

**Murillo, Daisy**
**90 S. Highview**
**Addison, Illinois 60101-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.536 6**

**Nonpriority creditor's name and mailing address**

**Murillo, Dulce**
**2329 Glendale Terrace Apt 2**
**Hanover Park, Illinois 60133-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.536
7**

**Nonpriority creditor's name and mailing address**

**Murnen, Jonathan**
**1212 Dennison**
**Columbus, Ohio 43201-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.536
8**

**Nonpriority creditor's name and mailing address**

**Murphy Elementary School District**
**2615 West Buckeye Road**
**Phoenix, AZ 85009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.536
9**

**Nonpriority creditor's name and mailing address**

**Murphy, Carrie**
**1445 calle violeta**
**thousand oaks, California 91360-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.537
0**

**Nonpriority creditor's name and mailing address**

**Murphy, Johnnie**
**2708 Waymar Dr SW**
**Marietta, Georgia 30008-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.537
1**

**Nonpriority creditor's name and mailing address**

**Murphy, Maurice**
**3337 Heather Ridge Drive**
**Indianapolis, Indiana 46214-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.537
2**

**Nonpriority creditor's name and mailing address**

**Murphy, Meghan**
**428 Sunbeam Court**
**Stillman Valley, Illinois 61084-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.537
3**

**Nonpriority creditor's name and mailing address**

**Murphy, Paula**
**83 Main Street**
**Dover, Massachusetts 02030-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|--------|-----------------------------------|------------------------|----------------|
| | Name | | |

---

**3.537**
**4**

**Nonpriority creditor's name and mailing address**
**Murtaugh, Barbara**
**5 Birchwood Lane**
**Mantua, New Jersey 08051-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.537**
**5**

**Nonpriority creditor's name and mailing address**
**Muryn, Connie**
**4N211 Pine Grove Ave**
**Bensenville, Illinois 60106-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.537**
**6**

**Nonpriority creditor's name and mailing address**
**Musa, Nour**
**5158 Allen st**
**Sylvania, Ohio 43560-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.537**
**7**

**Nonpriority creditor's name and mailing address**
**Muskus, Karla**
**10945 Chapel Woods Blvd So**
**Noblesville, Indiana 46060-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.537**
**8**

**Nonpriority creditor's name and mailing address**
**Musselshell County**
**506 Main Street**
**Roundup, MT 59072**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.537**
**9**

**Nonpriority creditor's name and mailing address**
**Mutschelknaus, Jessica**
**5058 Savannah Street**
**Rapid City, South Dakota 57703-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.538**
**0**

**Nonpriority creditor's name and mailing address**
**Mutual Trust Life Insurance Company**
**1200 Jorie Blvd.**
**Oak Brook, IL 60523**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.538**
**1**

**Nonpriority creditor's name and mailing address**

**MW Industries**
**9501 Technology Blvd #401**
**Rosemont, IL 60018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.538**
**2**

**Nonpriority creditor's name and mailing address**

**Myers, Austin**
**600 Pleasure Ave Apt 16**
**Ocean City, New Jersey 08226-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.538**
**3**

**Nonpriority creditor's name and mailing address**

**Myers, Chasity**
**28175 Amaryliss Way**
**Murrieta, California 92563-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.538**
**4**

**Nonpriority creditor's name and mailing address**

**Myers, Kimberly**
**11457 Bristol Place NW**
**Gig Harbor, Washington 98332-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.538**
**5**

**Nonpriority creditor's name and mailing address**

**Myers, Racquel**
**2927 Violet Ave**
**Baltimore, Maryland 21215-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.538**
**6**

**Nonpriority creditor's name and mailing address**

**Myers, Tauna**
**4026 W Deerpath Drive**
**Boise, Idaho 83714-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.538**
**7**

**Nonpriority creditor's name and mailing address**

**Myles, Merilyn**
**298 Heaths Bridge Road**
**Concord, Massachusetts 01742-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.538 8**

**Nonpriority creditor's name and mailing address**
**Myres, April**
**10321 George Hart Court**
**Las Vegas, Nevada 89129-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.538 9**

**Nonpriority creditor's name and mailing address**
**N.E.W. Industries Inc.**
**905 S Neenah Ave**
**Sturgeon Bay, WI 54235**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.539 0**

**Nonpriority creditor's name and mailing address**
**Nagel, Chad**
**5549 Casad Dr**
**Lafayette, Indiana 47905-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.539 1**

**Nonpriority creditor's name and mailing address**
**Naifeh, Jeffrey**
**1310 S Deleware PL**
**Tulsa, Oklahoma 74104-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.539 2**

**Nonpriority creditor's name and mailing address**
**Nakawa, Mustafa**
**1 Field Street**
**Cambridge, Massachusetts 02138-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.539 3**

**Nonpriority creditor's name and mailing address**
**Nanayakkara, Ruchithri**
**3001 Gillham Rd., APT. 102**
**Kansas city, Missouri 64108-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.539 4**

**Nonpriority creditor's name and mailing address**
**Nance, Allison**
**6464 E. Sam Houston Pkwy N, Ap**
**Houston, Texas 77049-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.539 5**

**Nonpriority creditor's name and mailing address**
**Nanim, Winifred**
**12151 North IH-35**
**Apt 1427**
**Austin, Texas 78753-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.539 6**

**Nonpriority creditor's name and mailing address**
**Nantau, Chelsea**
**3582 Lakeshore Drive**
**Waterford, Michigan 48329-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.539 7**

**Nonpriority creditor's name and mailing address**
**Nantau, Heather**
**43 W Washington**
**Clarkston, Michigan 48346-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.539 8**

**Nonpriority creditor's name and mailing address**
**Naperville Park District**
**320 W. Jackson Avenue**
**Naperville, IL 60540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.539 9**

**Nonpriority creditor's name and mailing address**
**Napier, Renee**
**3552 Warmbreeze Way**
**Las Vegas, Nevada 89129-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.540 0**

**Nonpriority creditor's name and mailing address**
**Napoleon City Schools**
**701 Briar Heath Drive**
**Napoleon, OH 43545**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.540 1**

**Nonpriority creditor's name and mailing address**
**Napoli, David**
**11566 Dahlia St**
**Thornton, Colorado 80233-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | |
|---|---|
| Debtor **Interactive Health Solutions, Inc.** | Case number (if known) **20-11530 (BLS)** |
| Name | |

---

**3.540
2**

**Nonpriority creditor's name and mailing address**
**Narang, Priya**
**14405 Hollyhock Way**
**Burtonsville, Maryland 20866-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.540
3**

**Nonpriority creditor's name and mailing address**
**Narayan, Nadia**
**3016 Locust St. Unit 207**
**St Louis, Missouri 63103-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.540
4**

**Nonpriority creditor's name and mailing address**
**Nardo Jr., Victor**
**5944 Corson Pl**
**Lake Worth, Florida 33463-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.540
5**

**Nonpriority creditor's name and mailing address**
**Narum, Christopher**
**4729 Pebble Beach Way**
**Eagan, Minnesota 55123-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.540
6**

**Nonpriority creditor's name and mailing address**
**Narum, James**
**4729 Pebble Beach Way**
**Eagan, Minnesota 55123-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.540
7**

**Nonpriority creditor's name and mailing address**
**Nasatir, Michelle**
**34927 N Linden Avenue**
**Third Lake, Illinois 60030-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.540
8**

**Nonpriority creditor's name and mailing address**
**Nathan, Paul**
**129 Iceland Dr**
**Huntington Station, New York 11746-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|--------|-------|-------|-------|
| | Name | | |

---

**3.540 9**

**Nonpriority creditor's name and mailing address**

**Nation Pizza and Foods**
**601 E. Algonquin Road**
**Schaumburg, IL 60173**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.541 0**

**Nonpriority creditor's name and mailing address**

**National Cart**
**3125 Boschertown Road**
**St. Charles, MO 63005**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.541 1**

**Nonpriority creditor's name and mailing address**

**National Cart Co.**
**3125 Boschertown Rd**
**St Charles, MO 63301**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.541 2**

**Nonpriority creditor's name and mailing address**

**National Fire Insurance Company of Hartf**
**151 N. Franklin St.**
**Chicago, IL 60606**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.541 3**

**Nonpriority creditor's name and mailing address**

**National General**
**5630 University Parkway**
**Winston-Salem, NC 27105**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.541 4**

**Nonpriority creditor's name and mailing address**

**National Insurance Crime Bureau**
**1111 E. Touhy Avenue Suite 400**
**Des Plaines, IL 60018**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.541 5**

**Nonpriority creditor's name and mailing address**

**National Surgical Healthcare**
**250 South Wacker Drive, Suite 500**
**Chicago, IL 60606**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.541<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**National Tube Supply Co.**
**925 Central Ave.**
**University Park, IL 60484**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NATIONAL VAN LINES INC.**
**2800 W. Roosevelt Rd.**
**Broadview, IL 60155**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nature's Sunshine Products, Inc.**
**2500 West Executive Parkway Suite 100**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Navarro, Crystal**
**8421 Vicki Drive**
**Whittier, California 90606-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Navarro, Omar**
**6301 Sierra Blanca Dr, #6409**
**Houston, Texas 77082-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Navarro-Toro, Alma**
**1216 Citation Lane**
**Hanover Park, Illinois 60133-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nazareth Living Center**
**2 Nazareth Lane**
**Saint Louis, MO 63129**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.542 3**

**Nonpriority creditor's name and mailing address**
**Nazem, Peymaneh**
**731 N Elder Grove Dr**
**Pearland, Texas 77584-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.542 4**

**Nonpriority creditor's name and mailing address**
**Nazzarese, Kristen**
**4870 Pescadero Ave**
**Apt 5**
**San Diego, California 92107-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.542 5**

**Nonpriority creditor's name and mailing address**
**Ndaguba, Rita**
**4280 Trinity Mills Road**
**#602**
**Dallas, Texas 75287-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.542 6**

**Nonpriority creditor's name and mailing address**
**NDSEC**
**132 E Pine Ave**
**Roselle, IL 60172**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.542 7**

**Nonpriority creditor's name and mailing address**
**Neal Gerber & Eisenberg LLP**
**Two North LaSalle Street**
**Suite 1700**
**Chicago, IL 60602**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.542 8**

**Nonpriority creditor's name and mailing address**
**Nebraska Department of Revenue**
**Attn: Bankruptcy Unit**
**PO Box 94818**
**Lincoln, NE 68509-4818**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Taxing Authority

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.542 9**

**Nonpriority creditor's name and mailing address**
**Nee, Nicole**
**7321 Bryant Ave S.**
**Richfield, Minnesota 55423-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.543 0**

**Nonpriority creditor's name and mailing address**

**Neels, Trevor**
**1501 Jessica Dr**
**Cape Giardeau, Missouri 63701-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.543 1**

**Nonpriority creditor's name and mailing address**

**Neely, Vemetria**
**2 Fredonia Ct**
**Mayflower, Arkansas 72106-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.543 2**

**Nonpriority creditor's name and mailing address**

**Negrete, Fatima**
**5287 37th St**
**Riverside, California 92509-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.543 3**

**Nonpriority creditor's name and mailing address**

**Negron, Gabriela**
**28334 Roman Court**
**Santa Clarita, California 91350-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.543 4**

**Nonpriority creditor's name and mailing address**

**Neice, Sherri**
**8958 W. Saint John Road**
**Peoria, Arizona 85382-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.543 5**

**Nonpriority creditor's name and mailing address**

**Neill, Katharine**
**1201 Ashton Hollow Dr**
**Raleigh, North Carolina 27603-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.543 6**

**Nonpriority creditor's name and mailing address**

**Neis, Kelly**
**624 E. Main Street**
**Stoughton, Wisconsin 53589-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.543 7**

**Nonpriority creditor's name and mailing address**

**Nellissery, Ray**
**7642 NW 21st Dr**
**Pembrooke Pines, Florida 33024-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.543 8**

**Nonpriority creditor's name and mailing address**

**Nelson, Amy**
**11614 209th St E**
**Graham, Washington 98338-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.543 9**

**Nonpriority creditor's name and mailing address**

**Nelson, Brianna**
**34739 Hubble Pond Road**
**Rochert, Minnesota 56578-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.544 0**

**Nonpriority creditor's name and mailing address**

**Nelson, Dawn Marie**
**3827 S. Redondo Boulevard**
**Los Angeles, California 90008-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.544 1**

**Nonpriority creditor's name and mailing address**

**Nelson, James**
**5909 buckler ave**
**Los Angeles, California 90043-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.544 2**

**Nonpriority creditor's name and mailing address**

**Nelson, Kelsey**
**7419 Pinehurst Ct.**
**Pine Springs, Minnesota 55115-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.544 3**

**Nonpriority creditor's name and mailing address**

**Nelson, Lindsey**
**3910 1st Ave South**
**Apt 2**
**Minneapolis, Minnesota 55409-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.544 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nelson, Nannette**
**1417 W. Ridenbaugh St.**
**Boise, Idaho 83702-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nelson, Tereca**
**500 Cindy Lane**
**Amarilla, Texas 79118-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nemes, Mark**
**4923 Prospect Ave.**
**Hannibal, Missouri 63401-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nemours - Demo**
**10140 Centurion Parkway North 3-1688**
**Jacksonville, FL 32256**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nesbitt, Katie**
**414 N. Gertruda Ave #b**
**Redondo Beach, California 90277-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Netcel, Joseph**
**1623 North Prairie Avenue**
**Crest Hill, Illinois 60403-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**NetGain**
**100 Union Valley Road**
**Suite# 120**
**Oak Ridge, TN 37830**

Date(s) debt was incurred  2/29/2020
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

| 3.545<br>1 | Nonpriority creditor's name and mailing address<br>**NetSuite Inc**<br>**15612 Collections Center Drive**<br>**Chicago, IL 60693**<br><br>Date(s) debt was incurred **3/5/2020**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,907.46** |

| 3.545<br>2 | Nonpriority creditor's name and mailing address<br>**Neuco Inc.**<br>**5101 Thatcher**<br>**Downers Grove, IL 60515**<br><br>Date(s) debt was incurred **_**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.545<br>3 | Nonpriority creditor's name and mailing address<br>**Neumann, Jennifer**<br>**2222 - O Street NW**<br>**Cedar Rapids, Iowa 52405-0000**<br><br>Date(s) debt was incurred **_**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.545<br>4 | Nonpriority creditor's name and mailing address<br>**Neutral Posture, Inc.**<br>**3904 N. Texas Avenue**<br>**Bryan, TX 77803**<br><br>Date(s) debt was incurred **_**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.545<br>5 | Nonpriority creditor's name and mailing address<br>**Neuville, Jennifer**<br>**105 Grandison Road**<br>**London SW11 6LT, District of Columbia 00**<br><br>Date(s) debt was incurred **_**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.545<br>6 | Nonpriority creditor's name and mailing address<br>**Nevada Department of Taxation**<br>**555 E. Washington Ave**<br>**Suite #1300**<br>**Las Vegas, NV 89101**<br><br>Date(s) debt was incurred **_**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Taxing Authority**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.545<br>7 | Nonpriority creditor's name and mailing address<br>**Nevara, Stacey**<br>**1205 N Elmwood Ave**<br>**Oak Park, Illinois 60302-0000**<br><br>Date(s) debt was incurred **_**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.545 8**

**Nonpriority creditor's name and mailing address**
**New Century Software, Inc.**
**2627 Redwing Rd #100**
**Fort Collins, CA 80526**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.545 9**

**Nonpriority creditor's name and mailing address**
**New Energy Works & Pioneer Millworks**
**1180 Commercial Drvie**
**Farmington, NY 14425**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.546 0**

**Nonpriority creditor's name and mailing address**
**New Hampshire Department of Revenue**
**PO Box 457**
**Concord, NH 03302-0457**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Taxing Authority__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.546 1**

**Nonpriority creditor's name and mailing address**
**New Jersey Department of Revenue**
**PO Box 245**
**Trenton, NJ 08695-0245**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Taxing Authority__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.546 2**

**Nonpriority creditor's name and mailing address**
**NEW LENOX SCHOOL DISTRICT 122**
**731 E. Joliet Hwy.**
**New Lenox, IL 60451**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.546 3**

**Nonpriority creditor's name and mailing address**
**New Mexico Department of Revenue**
**P.O. Box 630**
**Santa Fe, NM 87504-0630**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Taxing Authority__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.546 4**

**Nonpriority creditor's name and mailing address**
**New Mexico Institute of Mining & Technol**
**801 Leroy Place**
**Socorro, NM 87801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.546 5**

**Nonpriority creditor's name and mailing address**

**New Perspective**
**7625 Golden Triangle Drive**
**Technology Park VI - Suite T**
**Eden Prairie, MN 55344**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.546 6**

**Nonpriority creditor's name and mailing address**

**New Resources Companies**
**1000 North Water**
**Suite 950**
**Milwaukee, WI 53202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.546 7**

**Nonpriority creditor's name and mailing address**

**New Vision Co-op**
**38438 210th St.**
**Brewster, MN 56119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.546 8**

**Nonpriority creditor's name and mailing address**

**New World Van Lines**
**5875 N. Rogers Avenue**
**Chicago, IL 60666**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.546 9**

**Nonpriority creditor's name and mailing address**

**New York Air Brake**
**748 Starbuck Ave**
**Watertown, NY 13601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.547 0**

**Nonpriority creditor's name and mailing address**

**New York City Football Club LLC**
**600 Third Ave. 30th Floor**
**New York, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.547 1**

**Nonpriority creditor's name and mailing address**

**New York Public Radio**
**160 Varick Street**
**New York, NY 10013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.547
2**

**Nonpriority creditor's name and mailing address**

**New York Taxation & Revenue Department**
**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Taxing Authority_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.547
3**

**Nonpriority creditor's name and mailing address**

**New, Kaitlyn**
**501 Washington Street**
**Epworth, Iowa 52045-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.547
4**

**Nonpriority creditor's name and mailing address**

**Newbern, Kimberly**
**7231 E Chelsea Street**
**Wichita, New Mexico 67206-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.547
5**

**Nonpriority creditor's name and mailing address**

**Newby, Leonson**
**960 Sheridan Ave**
**Bronx, New York 10456-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.547
6**

**Nonpriority creditor's name and mailing address**

**Newell, Krista**
**511 West Mineral Ave**
**#115**
**Littletown, Colorado 80120-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.547
7**

**Nonpriority creditor's name and mailing address**

**Newman, Shanquetta**
**837 NW 4th Ave**
**Fort Lauderdale, Florida 33311-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.547
8**

**Nonpriority creditor's name and mailing address**

**Newton, Julie**
**832 E Kiowa St**
**Colorado Springs, Colorado 80903-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.547 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nexterus, Inc.**
**802 Far Hills Drive**
**New Freedom, PA 17349**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ng, Carmen**
**13122 Wortham Brook Ln**
**Houston, Texas 77065-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nghiwete, Rachel**
**110 Fidler Lane # 800**
**Silver Spring, Maryland 20910-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**nGuard, Inc.**
**3700 Arco Corporate Drive**
**Suite 525**
**Charlotte, NC 28273-7089**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nguyen, Anh**
**1724 Sharon Road**
**Santa Ana, California 92706-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nguyen, Duyen**
**20511 Anita Ave, Rm 27**
**Castro Valley, California 94546-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nguyen, Emily**
**2038 West 12th Street**
**Santa Ana, California 92703-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.548 6**

**Nonpriority creditor's name and mailing address**
**Nguyen, Han**
**1204 El Monte Ave**
**Sacramento, California 95815-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.548 7**

**Nonpriority creditor's name and mailing address**
**Nguyen, Kasmira**
**906 21st St**
**Sacramento, California 95811-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.548 8**

**Nonpriority creditor's name and mailing address**
**Nguyen, Kim**
**219 Reo Ave**
**Lansing, Michigan 48910-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.548 9**

**Nonpriority creditor's name and mailing address**
**Nguyen, Kim-Trang**
**118 Arapaho Ave**
**Locust Grove, Georgia 30248-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.549 0**

**Nonpriority creditor's name and mailing address**
**Nguyen, Samantha Joyce**
**7251 Sedgefield Avenue**
**San Ramon, California 94583-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.549 1**

**Nonpriority creditor's name and mailing address**
**Nguyen, Sang**
**102 W 16th St**
**Owasso, Oklahoma 74055-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.549 2**

**Nonpriority creditor's name and mailing address**
**Nguyen, Thuyen**
**164 West Fullerton Ave**
**Glendale Heights, Illinois 60137-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.549<br>3 | **Nonpriority creditor's name and mailing address**<br>**Nguyen, Viet**<br>**5526 Creekridge Drive**<br>**Arlington, Texas 76018-0000** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549<br>4 | **Nonpriority creditor's name and mailing address**<br>**Nguyen, Vithanh**<br>**7706 Coral Way**<br>**Rowlett, Texas 75088-0000** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549<br>5 | **Nonpriority creditor's name and mailing address**<br>**Nicely, Ellen**<br>**6846 Duluth Avenue**<br>**Baltimore, Maryland 21222-0000** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549<br>6 | **Nonpriority creditor's name and mailing address**<br>**Nicholas, Nicole**<br>**6522 Lake Park Drive, Unit 103**<br>**Greenbelt, Maryland 20770-0000** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549<br>7 | **Nonpriority creditor's name and mailing address**<br>**Nichols, Diana**<br>**103 Scenic Dr, Po Box 42**<br>**Goodfield, Illinois 61742-0000** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549<br>8 | **Nonpriority creditor's name and mailing address**<br>**Nichols, Rosheena**<br>**6229 Heather Glen Dr**<br>**Suffolk, Virginia 23435-0000** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549<br>9 | **Nonpriority creditor's name and mailing address**<br>**Nicholson, Clarissa**<br>**12 stoney lonesome rd**<br>**fairmont, West Virginia 26554-0000** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.550 0 | Nonpriority creditor's name and mailing address<br>**Nicholson, M.**<br>**2534 So. Walter Reed Dr, Unit**<br>**Arlington, Virginia 22206-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.550 1 | Nonpriority creditor's name and mailing address<br>**Nicholson, Michael**<br>**3325 96th Avenue Northeast**<br>**Norman, Oklahoma 73026-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.550 2 | Nonpriority creditor's name and mailing address<br>**Nickerson, Moreen**<br>**13 Plumb Creek Trail**<br>**Lancaster, New York 14086-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.550 3 | Nonpriority creditor's name and mailing address<br>**Nickerson, Shira**<br>**908 Hattie s**<br>**Terrell, Texas 75160-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.550 4 | Nonpriority creditor's name and mailing address<br>**Nicklaus Children's Health System**<br>**3100 SW 62nd Ave.**<br>**Miami, FL 33155**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.550 5 | Nonpriority creditor's name and mailing address<br>**Nicklaus Children's Hospital**<br>**3100 SW 62nd Avenue**<br>**CHQ 7th Floor**<br>**Miami, FL 33155**<br><br>Date(s) debt was incurred  **4/24/2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor / Other**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$29,760.00** |
| 3.550 6 | Nonpriority creditor's name and mailing address<br>**Nickless, Tina**<br>**3561 S Spring**<br>**ST Louis, Missouri 63116-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.5507**

**Nonpriority creditor's name and mailing address**
**Nidec Minster Corporation**
**240 W Fifth St**
**Minster, OH 45865**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5508**

**Nonpriority creditor's name and mailing address**
**Niedens, Molly**
**12400 W 119Th Place, Apt 527**
**Overland Park, Kansas 66213-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5509**

**Nonpriority creditor's name and mailing address**
**Nieder, Katie**
**11551 Buffalo St**
**Wayland, New York 14572-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5510**

**Nonpriority creditor's name and mailing address**
**Niederhofer, Holly**
**6192 steves Rd**
**Homer, New York 13077-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5511**

**Nonpriority creditor's name and mailing address**
**Nielson, Remington**
**35 Clinton pl. #1E**
**New Rochelle, New York 10801-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5512**

**Nonpriority creditor's name and mailing address**
**Nierman, Robin**
**6411 Nw 58th Way**
**Parkland, Florida 33067-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5513**

**Nonpriority creditor's name and mailing address**
**Niese, Carla**
**2884 Road 15**
**Continental, Ohio 45831-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.551 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Niles Bolton Associates**
**3060 Peachtree Rd**
**Suite 600**
**Atlanta, GA 30305**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Niles School District 71**
**6901 W. Oakton Street**
**Niles, IL 60714**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Niles Township for Spec Ed 807**
**8701 North Menard Avenue**
**Morton Grove, IL 60053**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Niles Township High SD 219**
**7700 Gross Point Rd**
**Skokie, IL 60077**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nithman, Michelle**
**27507 N 58th Lane**
**Phoenix, Arizona 85083-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nix, Nitasha**
**410 Funderburg Lane**
**Sylacauga, Alabama 35150-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nix, Yanicka**
**316 Threatt Lane**
**Sylacauga, Alabama 35150-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.552<br>1 | **Nonpriority creditor's name and mailing address**<br>**Nixon, Angela**<br>**506 Nashoba Ave**<br>**Columbus, Ohio 43223-0000** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Wages / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552<br>2 | **Nonpriority creditor's name and mailing address**<br>**Nkwonta, Faith**<br>**5300 Glenside Dr, Apt 1404**<br>**Henrico, Virginia 23228-0000** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Wages / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552<br>3 | **Nonpriority creditor's name and mailing address**<br>**Noble, Rebecca**<br>**2200 Greenbriar Court**<br>**Buffalo, Minnesota 55313-0000** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Wages / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552<br>4 | **Nonpriority creditor's name and mailing address**<br>**NOG**<br>**3240 E Van Norman**<br>**Cudahy, WI 53110** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Vendor / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552<br>5 | **Nonpriority creditor's name and mailing address**<br>**Nogales Unified School District**<br>**310 W. Plum Street P. O. Box 5000**<br>**Nogales, AZ 85621** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Vendor / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552<br>6 | **Nonpriority creditor's name and mailing address**<br>**Nolato Contour**<br>**660 Vandeberg Drive**<br>**Baldwin, WI 54002** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Vendor / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552<br>7 | **Nonpriority creditor's name and mailing address**<br>**Nona, Robert**<br>**1338 Hunter Drive**<br>**Bartlett, Illinois 60103-0000** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Wages / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.552 8**

**Nonpriority creditor's name and mailing address**
**Nonni's**
**3920 East Pine Street**
**Tulsa, OK 74115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.552 9**

**Nonpriority creditor's name and mailing address**
**Noonan, Kathleen**
**39W819 Carl Sandburg Rd**
**Saint Charles, Illinois 60175-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.553 0**

**Nonpriority creditor's name and mailing address**
**Norals, Ieisha**
**172 Gladstone Drive**
**Apt #201**
**Glendale Heights, Illinois 60139-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.553 1**

**Nonpriority creditor's name and mailing address**
**Norbert E. Mitchell**
**7 Federal Road**
**Danbury, CT 06810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.553 2**

**Nonpriority creditor's name and mailing address**
**Norberto, Marcella**
**2475 W. Pecos Rd #1022**
**Chandler, Arizona 85224-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.553 3**

**Nonpriority creditor's name and mailing address**
**Nordblom, Cortney**
**2557 Harn Blvd Unit 2**
**Clearwater, Florida 33764-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.553 4**

**Nonpriority creditor's name and mailing address**
**Nordhoff, Jessica**
**22417 Voss Hiatt**
**Cicero, Indiana 46034-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.553 5**

**Nonpriority creditor's name and mailing address**
**Noreikaite, Gabriele**
**33 W 57th St**
**Westmont, Illinois 60559-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.553 6**

**Nonpriority creditor's name and mailing address**
**Norez, Daniel**
**9584 Bembridge Mill Dr**
**Jacksonville, Florida 32244-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.553 7**

**Nonpriority creditor's name and mailing address**
**Norkol Converting Corp.**
**11650 W. Grand Ave**
**Northlake, IL 60164**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.553 8**

**Nonpriority creditor's name and mailing address**
**Norman, Shanita**
**700 Flint Drive**
**Apt 4A**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.553 9**

**Nonpriority creditor's name and mailing address**
**Norman, Starla**
**7302 chambers rd**
**Godfrey, Illinois 62035-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.554 0**

**Nonpriority creditor's name and mailing address**
**Norman, Tiffany**
**1704 Hosmer Lane**
**Crest Hill, Illinois 60403-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.554 1**

**Nonpriority creditor's name and mailing address**
**Norridge SD 80**
**4251 N Oriole**
**Norridge, IL 60706**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.554 2**

**Nonpriority creditor's name and mailing address**
**Norris Winton, Jane**
**7854 S Coolidge Way**
**Aurora, Colorado 80016-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.554 3**

**Nonpriority creditor's name and mailing address**
**North 40 Outfitters**
**5109 Alaska Trail**
**Great Falls, MT 59405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.554 4**

**Nonpriority creditor's name and mailing address**
**North Adams Schools**
**1000 North Adams Drive**
**Decatur, IN 46733**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.554 5**

**Nonpriority creditor's name and mailing address**
**North American Breweries**
**445 St. Paul Street**
**Rochester, NY 14605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.554 6**

**Nonpriority creditor's name and mailing address**
**North American Electric Reliability Corp**
**3353 Peachtree Road NE Suite 6**
**Atlanta, GA 30326**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.554 7**

**Nonpriority creditor's name and mailing address**
**North Carolina Department of Revenue**
**PO Box 1168**
**Raleigh, NC 27602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Taxing Authority

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.554 8**

**Nonpriority creditor's name and mailing address**
**North Central Co-Op**
**2025 South Wabash Street**
**PO BOX 299**
**Wabash, IN 46992**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.5549**

Nonpriority creditor's name and mailing address
**North Central Local School District**
**400 Baubice Street**
**Pioneer, OH 43554**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5550**

Nonpriority creditor's name and mailing address
**North Coast Electric Company**
**2450 8TH AVE SOUTH #200**
**Seattle, WA 98134**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5551**

Nonpriority creditor's name and mailing address
**North Dakota Office of the State Tax Com**
**600 E. Boulevard Ave.**
**Dept. 127**
**Bismarck, ND 58505-0599**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Taxing Authority__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5552**

Nonpriority creditor's name and mailing address
**North Mississippi Medical Clinics, Inc.**
**450 E. President Street**
**Tupelo, MS 38801**

Date(s) debt was incurred  **4/1/2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

**3.5553**

Nonpriority creditor's name and mailing address
**North Palos SD 117**
**7825 West 103rd Street**
**Palos Hills, IL 60465**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5554**

Nonpriority creditor's name and mailing address
**NORTH SHORE SCHOOL DISTRICT 112**
**1936 Green Bay Rd.**
**Highland Park, IL 60035**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5555**

Nonpriority creditor's name and mailing address
**North Slope Borough**
**P.O. Box 69**
**Barrow, AK 99723**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.555 6 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**North Texas Food Bank**
**1010 S Pearl Expy**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 7 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**North Texas Health Care Laundry Cooperat**
**1080 Post and Paddock Lane**
**Grand Prairie, TX 75050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 8 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**North Tonawanda School District**
**176 Walck Road**
**North Tonawanda, NY 14120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 9 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**North, Michelle**
**861 Glensdel Drive**
**Dayton, Ohio 45417-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.556 0 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Northbrook SD 28**
**1475 Maple Avenue**
**Northbrook, IL 60062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.556 1 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Northbrook/Glenview SD 30**
**2374 Shermer Road**
**Northbrook, IL 60062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.556 2 | | | | **Unknown** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Northeast Foods**
**7111 Commercial Avenue**
**Baltimore, MD 21237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.556
3**

**Nonpriority creditor's name and mailing address**

**Northeastern Local Schools**
**05921 Domersville Road**
**Defiance, OH 43512**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.556
4**

**Nonpriority creditor's name and mailing address**

**Northern Buckeye Education Council (NBEC**
**209 Nolan Parkway**
**Archbold, OH 43502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.556
5**

**Nonpriority creditor's name and mailing address**

**NORTHERN INDIANA COMMUTER**
**TRANSPORTATION**
**503 North Carroll Avenue**
**Michigan City, IN 46360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.556
6**

**Nonpriority creditor's name and mailing address**

**Northern Partners**
**1000 6th Avenue**
**Mendota, IL 61342**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.556
7**

**Nonpriority creditor's name and mailing address**

**Northern Suburban Special Education Dist**
**760 Red Oak Ln.**
**Highland Park, IL 60035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.556
8**

**Nonpriority creditor's name and mailing address**

**Northern Wells Community Schools**
**312 N. Jefferson St**
**Ossian, IN 46777**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.556
9**

**Nonpriority creditor's name and mailing address**

**Northup, Courtney**
**10300 Arrow Route, APT 1408**
**Rancho Cucamonga, California 91730-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.5570**

**Nonpriority creditor's name and mailing address**
**Northwest Montana Schools' Health Consor**
**255 Adams Street**
**Lakeside, MT 59922**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5571**

**Nonpriority creditor's name and mailing address**
**Northwest Ohio Educational Service Cente**
**205 Nolan Parkway**
**Archbold, OH 43502**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5572**

**Nonpriority creditor's name and mailing address**
**Northwest Ohio Orthopedics and Sports Me**
**7595 County Rd 236**
**Findlay, OH 45840**

Date(s) debt was incurred  5/27/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**$70.00**

---

**3.5573**

**Nonpriority creditor's name and mailing address**
**Northwestern REC**
**22534 State Highway 26**
**Cambridge Springs, PA 16403**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5574**

**Nonpriority creditor's name and mailing address**
**Norton, Karla**
**3143 Evergreen Ave**
**Salt Lake City, Utah 84109-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5575**

**Nonpriority creditor's name and mailing address**
**Norton, Kelly**
**6751 Wimbledon Drive**
**Zionsville, Indiana 46077-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5576**

**Nonpriority creditor's name and mailing address**
**Norton, Nancy**
**1185 Harland Road S.W.**
**Palm Bay, Florida 32908-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.557 7**

**Nonpriority creditor's name and mailing address**
**Nortz, Morgan**
**21090 West Wagar Circle**
**Rocky River, Ohio 44116-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.557 8**

**Nonpriority creditor's name and mailing address**
**Nova Group**
**185 Devlin Road**
**Napa, CA 94558**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.557 9**

**Nonpriority creditor's name and mailing address**
**Nova- Broker Fee**
**P.O Box 2066**
**Buffalo, NY 14221**

Date(s) debt was incurred _4/24/2020_

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**$1,040.00**

---

**3.558 0**

**Nonpriority creditor's name and mailing address**
**Novak, Beth**
**604 Linden Drive**
**St Joseph, Illinois 61873-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.558 1**

**Nonpriority creditor's name and mailing address**
**Novak, Jeffrey**
**1861 Glenmoor Drive**
**West Dundee, Illinois 60118-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.558 2**

**Nonpriority creditor's name and mailing address**
**Novello, Nancy**
**208 33rd Street**
**Lindenhurst, New York 11757-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.558 3**

**Nonpriority creditor's name and mailing address**
**Now Health**
**625 S. Cobb St**
**Suite 201**
**Palmer, AK 99645**

Date(s) debt was incurred _3/31/2020_

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.558<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Now It Matters**
**323 Lindley Place**
**Bozeman, MT 59715**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nowak, Kristin**
**3100 Huron St. Unit 4o**
**Denver, Colorado 80202-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Noxon, Matt**
**5541 S. Everett Ave, Apt 909**
**Chicago, Illinois 60637-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nsahlai Einstein, John Kernyuy**
**6604 182ND ST SW**
**Lynnwood, Washington 98037-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NSSEO**
**799 West Kensington**
**Mount Prospect, IL 60056**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NTA Precision Axle**
**795 Kimberly Dr.**
**Carol Stream, IL 60188**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NTK Precision Axle Corporation**
**741 S. County Rd. 200 West**
**Frankfort, IN 46041**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.559**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NTN Bearing**<br>**1600 E. Bishop Court**<br>**Mt. Prospect, IL 60056** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Vendor / Other__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.559**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NTN Driveshaft Anderson, Inc.**<br>**7625 S. Layton Rd**<br>**Anderson, IN 46011** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Vendor / Other__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.559**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NTN-BOWER CORPORATION**<br>**711 N. Bower Rd.**<br>**Macomb, IL 61455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Vendor / Other__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.559**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Nucor Tubular Products**<br>**6226 W. 74th Street**<br>**Chicago, IL 60638** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Vendor / Other__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.559**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Nuestro, Dana Patrizza**<br>**620 Willow Wood Drive**<br>**apt. 206**<br>**Carol Stream, Illinois 60188-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Wages / Other__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.559**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Nunez, Brenda**<br>**3939 Tanglewood Lane Apt 248**<br>**Odessa, Texas 79762-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Wages / Other__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.559**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Nunley, Sharla**<br>**302 N. Xenia Ave**<br>**Lubbock, Texas 79416-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Wages / Other__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|--------|-----------------------------------|------------------------|----------------|
| | Name | | |

---

**3.5598**

**Nonpriority creditor's name and mailing address**
**Nunnally, Sarah**
**7612 S Laflin**
**Chicago, Illinois 60620-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5599**

**Nonpriority creditor's name and mailing address**
**Nunnery, Shannon**
**7036 Attleborough Ct**
**San Diego, California 92139-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5600**

**Nonpriority creditor's name and mailing address**
**Nutrien**
**1101 Skokie Blvd.**
**Suite 400**
**Northbrook, IL 60062**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5601**

**Nonpriority creditor's name and mailing address**
**Nuvance Health**
**34 Maple St.**
**Norwalk, CT 06856**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5602**

**Nonpriority creditor's name and mailing address**
**Nwaogu, Bridget**
**3800 County Road 94**
**Manvel, Texas 77587-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5603**

**Nonpriority creditor's name and mailing address**
**Nweke, Chioma**
**6419 5th Ave**
**Takoma Park, District of Columbia 20019-**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5604**

**Nonpriority creditor's name and mailing address**
**Nwosu, Chinonyelum**
**3511 Blackberry Bush Rd, APT 1**
**Memphis, Tennessee 38115-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.560 5**

**Nonpriority creditor's name and mailing address**
**NYE Automotive Group**
**1479 Genesee St**
**Oneida, NY 13421**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.560 6**

**Nonpriority creditor's name and mailing address**
**Nye, Catherine**
**P.O. Box 4046**
**Evergreen, Colorado 80437-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.560 7**

**Nonpriority creditor's name and mailing address**
**Nye, Elaine**
**4615 Bollenbacher Avenue**
**Sacramento, California 95838-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.560 8**

**Nonpriority creditor's name and mailing address**
**Nzeako, Love**
**9912 Linden Hill Road**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.560 9**

**Nonpriority creditor's name and mailing address**
**O'Brien, Gabriel**
**P.O. Box 315**
**Winter Harbor, Maine 04693-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.561 0**

**Nonpriority creditor's name and mailing address**
**O'Brien, Joseph**
**20 Graystone Ln**
**North Barrington, Illinois 60010-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.561 1**

**Nonpriority creditor's name and mailing address**
**O'Brien, Joseph**
**3740 W Addison Street**
**Chicago, Illinois 60618-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.561**
**2**

| | **Unknown** |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **O'Brien, Preston**<br>**2211 Richcreek Road**<br>**#202**<br>**Austin, Texas 78757-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.561**
**3**

| | **Unknown** |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **O'Brien, Robert**<br>**119 Burbank Road**<br>**Longmeadow, Massachusetts 01106-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.561**
**4**

| | **Unknown** |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **O'Brien, Staci**<br>**200 Manzana Ct NW Apt. 1D**<br>**Walker, Michigan 49534-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.561**
**5**

| | **Unknown** |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **O'Brien, Vincent**<br>**11707 Caplinger Rd**<br>**Silver Spring, Maryland 20904-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.561**
**6**

| | **Unknown** |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **O'Connell, Claire**<br>**64 Hazelwood Drive**<br>**Norwood, Massachusetts 02062-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.561**
**7**

| | **Unknown** |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **O'Connell, Ellen**<br>**9 Virgil Pond Way**<br>**Wrentham, Massachusetts 02093-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.561**
**8**

| | **Unknown** |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **O'Connell, Laura**<br>**16205 James Thomas Ct.**<br>**Edmond, Oklahoma 73013-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.561 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**O'Connor, Gladys**
**4457 Avondale Circle**
**Fairfield, California 94533-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**O'Donnell, Eloise**
**419 Twenty-Eighth St**
**Hermosa Beach, California 90254-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**O'Donoghue, Kerry**
**4884 SE Longleaf Place**
**Hobe Sound, Florida 33455-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**O'Gara-Schultz, Deborah**
**7945 East Drive**
**Unit 302**
**Miami Beach, Florida 33141-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,637.50** |
|---|---|---|---|

**O'Hagan Meyer LLC**
**1 East Wacker Drive**
**Suite 3400**
**Chicago, IL 60601**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/28/2020**

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**O'Kuesa, Kingsley**
**307 49th Avenue**
**P.O. Box 777**
**Bellwood, Illinois 60104-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**O'Malley, Brenna**
**4534 Olive Street**
**Apt. 202**
**St. Louis, Missouri 63108-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.5626**

**Nonpriority creditor's name and mailing address**

**O'Malley, Emily**
**712 Tomlin Station Road**
**Mullica Hill, New Jersey 08062-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5627**

**Nonpriority creditor's name and mailing address**

**O'Neill, Katelyn**
**2 Hixon Drive**
**Burlington, New Jersey 08016-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5628**

**Nonpriority creditor's name and mailing address**

**O'Neill, Mary**
**233 Stepstone Hill Rd.**
**Guilford, Connecticut 06437-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5629**

**Nonpriority creditor's name and mailing address**

**O'Neill, Shannon**
**4620 West 89th Street**
**Hometown, Illinois 60456-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5630**

**Nonpriority creditor's name and mailing address**

**O'Reilly, Jules**
**76 Raleigh Rd**
**Asheville, North Carolina 28803-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5631**

**Nonpriority creditor's name and mailing address**

**O'Shaughnessy, Christina**
**40 Center Street**
**Patchogue, New York 11772-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5632**

**Nonpriority creditor's name and mailing address**

**O'Shea, Anastasia**
**13429 Broken Branch Ct**
**Chantilly, Virginia 20151-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.563<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**O'Shea, Kevin**
**1142 E Patten Dr**
**Palatine, Illinois 60074-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**O.W. Hubbell & Sons Inc.**
**5124 Commercial Drive East**
**Yorkville, NY 13495**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Oak Hill United School Corporation**
**Administrative Office**
**1474 N. 800 W. - 27**
**Converse, IN 46919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Oak Lawn-Hometown SD 123**
**4201 W. 93rd St**
**Oak Lawn, IL 60453**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Oak Park Country Club**
**2001 Thatcher Ave.**
**River Grove, IL 60171**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Oak Park SD 97**
**260 Madison St.**
**Oak Park, IL 60302**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Oak, Danica**
**10940 Ward Road**
**Dunkirk, Maryland 20754-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor **Interactive Health Solutions, Inc.** | Case number (if known) **20-11530 (BLS)** |
| Name | |

---

**3.5640**

**Nonpriority creditor's name and mailing address**

**Oakdale Electric Cooperative**
**489 N. Oakwood St.**
**Tomah, WI 54660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.5641**

**Nonpriority creditor's name and mailing address**

**OAKDELL EGG FARMS**
**675 N Main**
**North Salt Lake, UT 84320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.5642**

**Nonpriority creditor's name and mailing address**

**Oakley, Kaitlin**
**9530 Sky Lane**
**Eden Prairie, Minnesota 55347-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.5643**

**Nonpriority creditor's name and mailing address**

**Obradovitz, Cara**
**82 S. Allen Ave.**
**Pasadena, California 91106-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.5644**

**Nonpriority creditor's name and mailing address**

**Obradovitz, Mary**
**380 S. State St.**
**Hampshire, Illinois 60140-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.5645**

**Nonpriority creditor's name and mailing address**

**OBrien, Jesse**
**13 canyon rd**
**Levittown, Pennsylvania 19057-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.5646**

**Nonpriority creditor's name and mailing address**

**Observint Technologies**
**11000 N. MoPac Expwy**
**Austin, TX 78759**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.564 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ocampo, Nicole**
**1135 Highland Drive**
**Novato, California 94949-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ochabski, Britnee**
**1438 Quesada Ave**
**San Francisco, California 94124-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ochoa, Graciela**
**12700 Elliott Ave Spc 437**
**El Monte, California 91732-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Octadyne Systems**
**310 Main Street Suite 201**
**Ames, IA 50010**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Oddo, Lisa**
**195 Kensington Court**
**Copiague, New York 11726-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Odhiambo, Charles**
**9050 Iron Horse Land, Apt 305**
**Pikesville, Maryland 21208-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ODM Tool & Manufacturing Company**
**9550 Joliet Rd,**
**McCook, IL 60525**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| | Name | | |

---

**3.565
4**

**Nonpriority creditor's name and mailing address**
**Odom, Natasha**
**616 Center City**
**Longview, Texas 75602-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.565
5**

**Nonpriority creditor's name and mailing address**
**Odum, Elizabeth**
**321 Casena Street**
**Myrtle Beach, South Carolina 29579-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.565
6**

**Nonpriority creditor's name and mailing address**
**Odunze, Uchechukwu**
**1104 Hidden creek dr**
**Mansfield, Texas 76063-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.565
7**

**Nonpriority creditor's name and mailing address**
**Ogamba, Ogadimma**
**3301 Pinkerton Drive**
**San Jose, California 95148-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.565
8**

**Nonpriority creditor's name and mailing address**
**Ogbon, Evarista**
**106 Bryant Rd**
**Lynchburg, Virginia 24502-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.565
9**

**Nonpriority creditor's name and mailing address**
**Ogbonna, Eberechukwu**
**230 Mount Vernon Place #12L**
**Newark, New Jersey 07106-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.566
0**

**Nonpriority creditor's name and mailing address**
**OGCI, Inc. dba Petroskills, LLC**
**410 W. Grand Parkway, Suite 40**
**Katy, TX 77494**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.566**
**1**

**Nonpriority creditor's name and mailing address**
**Ogega, Ruth**
**67 1/2 West 33rd Street**
**Bayonne, New Jersey 07002-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.566**
**2**

**Nonpriority creditor's name and mailing address**
**Ogg, Josephine**
**8825 W 45th Pl**
**Wheat Ridge, Colorado 80033-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.566**
**3**

**Nonpriority creditor's name and mailing address**
**Oglesby, Shonta**
**519 W. Brigantine Ave**
**Apt 3**
**Brigantine, New Jersey 08203-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.566**
**4**

**Nonpriority creditor's name and mailing address**
**Ogunleye, A.**
**10729 Jaggery St.**
**Fontana, California 92337-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.566**
**5**

**Nonpriority creditor's name and mailing address**
**Ogunyemi, Tolulope**
**9085 Thamesmeade Road**
**Laurel, Maryland 20723-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.566**
**6**

**Nonpriority creditor's name and mailing address**
**Ohiagu, Princess**
**7920 San Felipe Blvd #1302**
**Austin, Texas 78729-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.566**
**7**

**Nonpriority creditor's name and mailing address**
**Ohio Masonic Home**
**2655 West National Rd**
**Springfield, OH 45504**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.5668**

**Nonpriority creditor's name and mailing address**
**Ohio Masonic Home Foundation**
**2655 West National Road**
**Springfield, OH 45504**

Date(s) debt was incurred  1/14/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

$250.00

---

**3.5669**

**Nonpriority creditor's name and mailing address**
**Ojha, Suman**
**23335 Robin Song Drive**
**Clarksburg, Maryland 20871-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.5670**

**Nonpriority creditor's name and mailing address**
**Ojora-Adejiyan, Caralynn**
**8506 S Saginaw**
**Chicago, Illinois 60617-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.5671**

**Nonpriority creditor's name and mailing address**
**Okech, Lacretia**
**7340 Skillman St #702**
**Dallas, Texas 75251-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.5672**

**Nonpriority creditor's name and mailing address**
**Okeke-Eweni, Kanayo**
**1900 Perdido Ave C91**
**New Orleans, Louisiana 70112-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.5673**

**Nonpriority creditor's name and mailing address**
**Okey, Chandler**
**4272 SE St. Rd. 116**
**Bluffton, Indiana 46714-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.567 4**

**Nonpriority creditor's name and mailing address**

**Oklahoma Tax Commission**
**General Counsel's Office**
**100 N. Broadway Ave.**
**Suite 1500**
**Oklahoma City, OK 73102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Taxing Authority__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.567 5**

**Nonpriority creditor's name and mailing address**

**Okland Construction**
**1978 South West Temple**
**Salt Lake City, UT 84115**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.567 6**

**Nonpriority creditor's name and mailing address**

**Okoi, Cynthia**
**1881 Furness St Apt 107**
**Maplewood, Minnesota 55109-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.567 7**

**Nonpriority creditor's name and mailing address**

**Olasunkanmi, Temitayo**
**6730 La Puente Dr**
**Houston, Texas 77083-1127**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.567 8**

**Nonpriority creditor's name and mailing address**

**Olayiwola, Hannah**
**9189 Upland Lane N**
**Maple Grove, Minnesota 55369-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.567 9**

**Nonpriority creditor's name and mailing address**

**Old Line Bank**
**1525 Pointer Ridge Place**
**Bowie, MD 20716**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.568 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Old Second National Bank**
**37 S. River St.**
**Aurora, IL 60506**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Oliva, Dinora**
**1210 Sheridan Ave Apt 1E**
**Bronx, New York 10456-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Olivarez, Michael**
**1831 60th St. Apt 3F**
**Brooklyn, New York 11204-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Olivas, Christina**
**825 Calle Maija, APT 502**
**Santa Fe, New Mexico 87501-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Oliveira, Stacy**
**18 Haylee Court**
**Seekonk, Massachusetts 02771-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Oliver, Christopher**
**8445 Quarter Horse Drive**
**Riverview, Florida 33578-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Oliver, Latasha**
**3047 Glendale Ct**
**Decatur, Georgia 30032-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.5687**

**Nonpriority creditor's name and mailing address**
**Oliver, Tamara**
**6321 S. Table Circle Circle**
**Taylorsville, Utah 84129-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5688**

**Nonpriority creditor's name and mailing address**
**Olomon, Becky**
**7345 Desierto Oro Court**
**El Paso, Texas 79912-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5689**

**Nonpriority creditor's name and mailing address**
**Olson, Bernadine**
**408 NW 139th Street**
**Edmond, Oklahoma 73013-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5690**

**Nonpriority creditor's name and mailing address**
**Olson, Charles**
**4123 Beard Ave S.**
**Minneapolis, Minnesota 55410-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5691**

**Nonpriority creditor's name and mailing address**
**Olson, Kelsey**
**816 N. Taylor Ave**
**Oak Park, Illinois 60302-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5692**

**Nonpriority creditor's name and mailing address**
**Olson, Keri**
**9620 85th St S**
**Cottage Grove, Minnesota 55016-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5693**

**Nonpriority creditor's name and mailing address**
**Olson, Linda**
**2600-B South Xanadu Way**
**Aurora, Colorado 80014-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.569 4**

**Nonpriority creditor's name and mailing address**
**Olson, Tina**
**1564 Dogwood Drive**
**Cyrstal Lake, Illinois 60041-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.569 5**

**Nonpriority creditor's name and mailing address**
**Oltman, Carter**
**1911 E 31st St**
**Davenport, Iowa 52807-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.569 6**

**Nonpriority creditor's name and mailing address**
**Oluro, Olukayode**
**6042 Selwood Place**
**Springfield, Virginia 22152-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.569 7**

**Nonpriority creditor's name and mailing address**
**OLV Human Services (Baker Victory Servic**
**790 Ridge Rd**
**Lackawanna, NY 14218**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.569 8**

**Nonpriority creditor's name and mailing address**
**OLYMPIA FIELDS COUNTRY CLUB**
**2800 Country Club Drive**
**Olympia Fields, IL 60461**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.569 9**

**Nonpriority creditor's name and mailing address**
**Omohundro, Karen**
**9830 Sherwood Farm Rd**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.570 0**

**Nonpriority creditor's name and mailing address**
**Omokaiye, Akintoye**
**9 Hereford Drive**
**Crete, Illinois 62025-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.570 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Omondi, Angela**
**13139 West Granada Road**
**Goodyear, Arizona 85395-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.570 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**On Site Managment, Inc**
**417 W Mendenhall St**
**Bozeman, MT 59715**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.570 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Onalaja, Rita**
**17140 Everett Ave**
**South Holland, Illinois 60473-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.570 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Oncology Consultants**
**902 Frostwood Suite 315**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.570 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**One Source Building Technologies, Inc.**
**11750 Glay Road**
**Houston, TX 77041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.570 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**OneDigital Health and Benefits**
**101 W Anapamu Street**
**Santa Barbara, CA 93101**

Date(s) debt was incurred  **4/24/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$6,325.00**

---

| 3.570 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Oneida Nation Enterprises**
**5218 Patrick Road**
**Verona, NY 13478**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.5708 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**OneLogin**
**100 California Street 9th Floo**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5709 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Oniovos, Ojanomare**
**3212 Remington Trace**
**Apt. 106**
**Memphis, Tennessee 38119-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5710 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Onix Group**
**150 Onix Drive**
**Kennett Square, PA 19348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5711 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Onsite Safety/BAS Walls**
**2460 W State Rd 426 # 1002**
**Oviedo, FL 32765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5712 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ontario County**
**3019 County Complex Dr**
**Canandaigua, NY 14424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5713 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Oracle School District #2**
**725 N. Carpenter**
**Oracle, AZ 85623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5714 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Orazi, Mary**
**447 Parkside Ave**
**Buffalo, New York 14216-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

### 3.571 5

**Nonpriority creditor's name and mailing address**

**Orcino, Christina**
**15312 Lions Den Road**
**Burtonsville, Maryland 20866-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

### 3.571 6

**Nonpriority creditor's name and mailing address**

**Oregon Department of Taxation**
**955 Center St NE**
**Salem, OR 97301-2555**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

### 3.571 7

**Nonpriority creditor's name and mailing address**

**Oregon Health & Science University**
**3181 SW Sam Jackson Pk Rd**
**Portland, OR 97239-3011**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

### 3.571 8

**Nonpriority creditor's name and mailing address**

**Orenstein, Diana**
**1137 Beacon St**
**Newton, Massachusetts 02461-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

### 3.571 9

**Nonpriority creditor's name and mailing address**

**Orfanos, Jiori**
**2728 North Hampden Court**
**Apt 1806**
**Chicago, Illinois 60614-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

### 3.572 0

**Nonpriority creditor's name and mailing address**

**Orion Real Estate Service, Inc.**
**2051 Greenhouse Rd., Suite 300**
**Houston, TX 77084**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

### 3.572 1

**Nonpriority creditor's name and mailing address**

**Oriyomi, Adjoa**
**3114 Needleleaf Ln**
**Springdale, Maryland 20774-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.572**
**2**

**Nonpriority creditor's name and mailing address**
**Orlov, Anna**
**2501 Graiffs Way**
**Vineland, New Jersey 08361-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.572**
**3**

**Nonpriority creditor's name and mailing address**
**Ornelas, Florencio**
**1706 Larkspur Ave**
**Mcallen, Texas 78501-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.572**
**4**

**Nonpriority creditor's name and mailing address**
**Orosz, Alexandria**
**56 Howard Ave**
**Austintown, Ohio 44515-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.572**
**5**

**Nonpriority creditor's name and mailing address**
**Orosz, Patricia**
**6633 Harms Way**
**Sacramento, California 95823-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.572**
**6**

**Nonpriority creditor's name and mailing address**
**Orozco, Juli**
**2300 S 13th Ave**
**Broadview, Illinois 60155-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.572**
**7**

**Nonpriority creditor's name and mailing address**
**Orr Protection Systems**
**1523 Reliable Parkway**
**Chicago, IL 60686**

Date(s) debt was incurred  **5/1/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$540.00**

---

**3.572**
**8**

**Nonpriority creditor's name and mailing address**
**Orrick, Herrington & Sutcliffe LLP**
**405 Howard Street**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.572<br>9 | **Nonpriority creditor's name and mailing address**<br>**Ortega, Wendy**<br>**7430 Nw 2nd Terrace**<br>**Miami, Florida 33126-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| 3.573<br>0 | **Nonpriority creditor's name and mailing address**<br>**OrthoConnecticut (Formerly Danbury Ortho**<br>**226 White Street**<br>**Danbury, CT 06810**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| 3.573<br>1 | **Nonpriority creditor's name and mailing address**<br>**Orthomerica Products, Inc.**<br>**6333 N Orange Blossom Trail**<br>**Orlando, FL 32810**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| 3.573<br>2 | **Nonpriority creditor's name and mailing address**<br>**Ortiz Pizarro, Jessica**<br>**439 E. Clearfield Street**<br>**Philadelphia, Pennsylvania 19134-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| 3.573<br>3 | **Nonpriority creditor's name and mailing address**<br>**Ortiz, Camille**<br>**5551 S Washtenaw**<br>**Chicago, Illinois 60629-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| 3.573<br>4 | **Nonpriority creditor's name and mailing address**<br>**Ortiz, Cassandra**<br>**33 River Ranch Road**<br>**Garden Valley, Idaho 83622-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| 3.573<br>5 | **Nonpriority creditor's name and mailing address**<br>**Ortiz, Jennifer**<br>**6181 Washinton Blvd.**<br>**Livingston, California 95334-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.573 6**

**Nonpriority creditor's name and mailing address**
**Ortiz, Miriam**
**252 McCook Court**
**Bartlett, Illinois 60103-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.573 7**

**Nonpriority creditor's name and mailing address**
**Orwat, Paula**
**5651 Scherff Rd**
**Orchard Park, New York 14127-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.573 8**

**Nonpriority creditor's name and mailing address**
**Osayamwen, Oghosa**
**930 Berkshire Drive**
**Macedonia, Ohio 44056-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.573 9**

**Nonpriority creditor's name and mailing address**
**Osbeck, Angela**
**2211 151st Ave NW**
**Andover, Minnesota 55304-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.574 0**

**Nonpriority creditor's name and mailing address**
**Osborn School District #8**
**1226 West Osborne Road**
**Phoenix, AZ 85013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.574 1**

**Nonpriority creditor's name and mailing address**
**Osborn, Tonya**
**2134 W Orangewood Ave House #1**
**Phoenix, Arizona 85021-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.574 2**

**Nonpriority creditor's name and mailing address**
**Osborne, Francine**
**5819 woodrock ct.**
**Charlotte, North Carolina 28214-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.574 3**

**Nonpriority creditor's name and mailing address**
**Osborne, Michelle**
**14103 Dorsey Rd**
**Maumelle, Arkansas 72113-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.574 4**

**Nonpriority creditor's name and mailing address**
**Osei, Mary**
**1413 Charlestown Drive**
**Edgewood, Maryland 21040-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.574 5**

**Nonpriority creditor's name and mailing address**
**OSG USA, INC.**
**676 East Fullerton Avenue**
**Glendale Heights, IL 60139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.574 6**

**Nonpriority creditor's name and mailing address**
**Osika, Kelly**
**740 Smallwood Drive**
**Apt 52**
**Raleigh, North Carolina 27605-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.574 7**

**Nonpriority creditor's name and mailing address**
**Osipovitch, Allison**
**1567 Lake Rd**
**Hamlin, New York 14464-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.574 8**

**Nonpriority creditor's name and mailing address**
**Oster, Natalie**
**1975 Sterling Place**
**Lancaster, Pennsylvania 17601-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.574 9**

**Nonpriority creditor's name and mailing address**
**Ostrander, Danielle**
**1848 W Benton Street**
**Iowa City, Iowa 52246-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor  **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)  **20-11530 (BLS)**

| 3.575 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ostronic, Carol**
**18480 Chicago Court #209**
**Omaha, Nebraska 68022-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.575 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ostrowski, Justin**
**2145 NW Highland Dr**
**Apt 1**
**Corvallis, Oregon 97330-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.575 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Oswego Hospital**
**110 West Sixth Street**
**Oswego, NY 13126**

Date(s) debt was incurred  **4/9/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

$48.00

---

| 3.575 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Oswell, Alexander**
**1319 Cougar Run**
**San Antonio, Texas 78258-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.575 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ota, Monica**
**263 Billingsgate Lane**
**Foster City, California 94404-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.575 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Otaluka, Onyinye**
**15164 N. 140th Drive #3195**
**Surprise, Arizona 85379-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.575 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Other World Computing**
**8 Galaxy Way**
**Woodstock, IL 60098**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.575 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,500.00 |
|---|---|---|---|

**Otherwise Incorporated**
**900 N Western Ave, 1st Floor**
**Chicago, IL 60622**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/8/2020**

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**OToole, Teena**
**3910 Parkview Dr.**
**Rapid City, South Dakota 57701-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Otte, Alexandra**
**3701 Erie Ave, Unit B**
**Cincinnati, Ohio 45208-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Otter Products, LLC**
**15110 Avenue of Science**
**San Diego, CA 92128**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Otto, Breanna**
**8717 S 81st Ave**
**Hickory Hills, Illinois 60457-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Otun, Zainab**
**1367 West Greenleaf Avenue Apt**
**Chicago, Illinois 60626-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ouellette, Elizabeth**
**208 Dino Road**
**Bristol, Connecticut 06010-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.576
4**

**Nonpriority creditor's name and mailing address**

**Our Lady Of The Lake University**
**411 Sw 24Th St**
**San Antonio, TX 78207**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.576
5**

**Nonpriority creditor's name and mailing address**

**Outen, Lafayette**
**7136 Silverleaf Oak Road**
**Elkridge, Maryland 21075-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.576
6**

**Nonpriority creditor's name and mailing address**

**Overman, Amanda**
**1911 Mckinley dr**
**Northfield, Minnesota 55057-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.576
7**

**Nonpriority creditor's name and mailing address**

**Overshoun-Hall, Jordan**
**25662 Paul Ct.**
**Hayward, California 94541-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.576
8**

**Nonpriority creditor's name and mailing address**

**Overton Chicago Gear**
**530 Westgate Drive**
**Addison, IL 60101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.576
9**

**Nonpriority creditor's name and mailing address**

**Owen, Angela**
**3182 Cherry Hill Church Rd**
**South Boston, Virginia 24592-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.577
0**

**Nonpriority creditor's name and mailing address**

**Owens, Holly**
**900 Hardimont Road**
**Raleigh, North Carolina 27609-0000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.577
1**

**Nonpriority creditor's name and mailing address**

**Owens, Naomi
14269 Desert Ash Dr
Horizon, Texas 79928-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.577
2**

**Nonpriority creditor's name and mailing address**

**Oxenfeld, Jeanne
483 Carlton Ct. SW
Ocean Isle Beach, North Carolina 28469-0**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.577
3**

**Nonpriority creditor's name and mailing address**

**Oyebode, Oyekemi
13204 Falling Water Ct
Bowie, Maryland 20720-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.577
4**

**Nonpriority creditor's name and mailing address**

**Oz Architecture, Inc.
3003 Larimer Street
Denver, CO 80205**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.577
5**

**Nonpriority creditor's name and mailing address**

**Ozment, Amber
515 133rd Street East
Bradenton, Florida 34212-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.577
6**

**Nonpriority creditor's name and mailing address**

**Ozment, Tammy
718 128th St. NE
Bradenton, Florida 34212-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.577
7**

**Nonpriority creditor's name and mailing address**

**Pacak, Taylor
6432 Dorset Lane
Solon, Ohio 44139-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|--------|------|------|------|
| | Name | | |

---

**3.5778**

Nonpriority creditor's name and mailing address
**Pace, Susan**
**8355 Yvonne Way**
**Fair Oaks, California 95628-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.5779**

Nonpriority creditor's name and mailing address
**Pacheco, Anthony**
**604 El Pueblo Road**
**Albuquerque, New Mexico 87114-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.5780**

Nonpriority creditor's name and mailing address
**Pachl, Emily**
**118 9th Avenue North**
**South Saint Paul, Minnesota 55075-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.5781**

Nonpriority creditor's name and mailing address
**Pacific Northern, Inc.**
**3116 Belmeade Dr.**
**Carrollton, TX 75006**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.5782**

Nonpriority creditor's name and mailing address
**Packer, Martrice**
**813 Live Oak Circle**
**Fairfield, Alabama 35064-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.5783**

Nonpriority creditor's name and mailing address
**Pacon**
**2525 N. Casaloma Drive**
**Appleton, WI 54913-8865**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.5784**

Nonpriority creditor's name and mailing address
**Padilla, Carlos**
**7134 Wilbur Ave**
**Reseda, California 91335-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.578<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Padilla, Jonathan**
**225 Steeplechase CT**
**Schaumburg, Illinois 60173-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Padilla, Jose**
**104 Eunice Dr**
**Greenville, South Carolina 29617-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Padilla, Melissa**
**1822 High St, Se**
**Albuquerque, New Mexico 87102-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Padilla, Nicholas**
**47 wellington st**
**hempstead, New York 11550-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pagan, Michael**
**645 Claymont Ct.**
**Algonquin, Illinois 60102-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Page Unified School District**
**P O Box 1927**
**Page, AZ 86040**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Page, Krystal**
**7001 Tremont Lane**
**Rowlett, Texas 75089-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.579
2**

**Nonpriority creditor's name and mailing address**

**Page, Terrence**
**17 Valley Lake Place, Apt I**
**Cockeysville, Maryland 21030-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.579
3**

**Nonpriority creditor's name and mailing address**

**Pagenkopf, Elizabeth**
**1152 W Wood St**
**Palatine, Illinois 60067-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.579
4**

**Nonpriority creditor's name and mailing address**

**Paguyo, Lindsay**
**59 Norwood Ave**
**Fl. 2**
**Albany, New York 12208-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.579
5**

**Nonpriority creditor's name and mailing address**

**Paige, Marva**
**867 Avatar Drive**
**Virginia Beach, Virginia 23454-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.579
6**

**Nonpriority creditor's name and mailing address**

**Paikoush, Andriy**
**6N909 Roosevelt Ave**
**Saint Charles, Illinois 60174-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.579
7**

**Nonpriority creditor's name and mailing address**

**Paintsil, Ruby**
**19059 Preston Rd**
**Ste. 136**
**Dallas, Texas 75252-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.579
8**

**Nonpriority creditor's name and mailing address**

**Paisner, Joyce**
**940 Granville Ct, N**
**St. Petersburg, Florida 33701-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.5799**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Palazzolo, Caterina** | ☐ Contingent | |
| **1178 Whitmoor Drive** | ☒ Unliquidated | |
| **Weldon Spring, Missouri 63304-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.5800**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Palecek, Brenna** | ☐ Contingent | |
| **5170 E Cheryl Parkway** | ☒ Unliquidated | |
| **APT 306** | ☐ Disputed | |
| **Fitchburg, Wisconsin 53711-0000** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.5801**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Palestino, Jennifer** | ☐ Contingent | |
| **2270 East Del Mar Blvd** | ☒ Unliquidated | |
| **Pasadena, California 91107-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.5802**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Palik, Lori** | ☐ Contingent | |
| **909 N. 9th St.** | ☒ Unliquidated | |
| **David City, Nebraska 68632-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.5803**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Palladino, Joseph** | ☐ Contingent | |
| **325 Valley View Road** | ☒ Unliquidated | |
| **Thomaston, Connecticut 06787-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.5804**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Palmarini, Nina** | ☐ Contingent | |
| **253 4th Street East** | ☒ Unliquidated | |
| **Apt 307** | ☐ Disputed | |
| **Saint Paul, Minnesota 55101-0000** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.5805**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Palmer, Bianca** | ☐ Contingent | |
| **16951 Greenwood Ave.** | ☒ Unliquidated | |
| **South Holland, Illinois 60473-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.580 6**

**Nonpriority creditor's name and mailing address**
**Palmer, Brittany**
**1123 Henkle Dr**
**Pawnee, Illinois 62558-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.580 7**

**Nonpriority creditor's name and mailing address**
**Palmer, Cheryl**
**66 Elmwood Ave.**
**Bridgeport, Connecticut 06605-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.580 8**

**Nonpriority creditor's name and mailing address**
**Palmer, Gingah**
**4590 S Fairplay St**
**Aurora, Colorado 80015-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.580 9**

**Nonpriority creditor's name and mailing address**
**Palmer, Meghan**
**128 A Hoffman Dr**
**Bozeman, Montana 59715-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.581 0**

**Nonpriority creditor's name and mailing address**
**Palmer, Patty**
**7410 Brixworth Court #104**
**Windsor Mill, Maryland 21244-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.581 1**

**Nonpriority creditor's name and mailing address**
**Palo Verde Elementary School District**
**10700 S. Palo Verde Rd**
**Palo Verde, AZ 85343**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.581 2**

**Nonpriority creditor's name and mailing address**
**Palominas Elementary School District**
**10391 E Highway 92**
**Hereford, AZ 85615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor  **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)  **20-11530 (BLS)**
_____

| | |
|---|---|
| 3.581 3 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Palos Heights 128**
**12809 South McVickers Avenue**
**Palos Heights, IL 60463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

3.581 4

**Nonpriority creditor's name and mailing address**
**Palos SD 118**
**8800 West 119th Street**
**Palos, IL 60464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

3.581 5

**Nonpriority creditor's name and mailing address**
**Pampanini, Gina**
**29938 Truman Ave**
**Wickliffe, Ohio 44092-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

3.581 6

**Nonpriority creditor's name and mailing address**
**Panes, Karoline**
**400 Dutch Neck Rd Apt B7**
**East Windsor, New Jersey 08520-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

3.581 7

**Nonpriority creditor's name and mailing address**
**Panolam Industries International, Inc**
**20 Progress Dr**
**Shelton, CT 06484**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

3.581 8

**Nonpriority creditor's name and mailing address**
**Panzloff, Hannah**
**935 N Countryside Dr**
**Apt 201**
**Palatine, Illinois 60067-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

3.581 9

**Nonpriority creditor's name and mailing address**
**Paolicelli, Ashley**
**1654 Skiffes Creek Circle**
**Williamsburg, Virginia 23185-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| | |
|---|---|
| Debtor | **Interactive Health Solutions, Inc.** |
| | Name |

Case number (if known)   **20-11530 (BLS)**

---

| 3.582 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Papantonakis, Michael**
**850 Cardinal Lane**
**Lewisberry, Pennsylvania 17339-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Papantonakis, Stella**
**321 Landola Ave**
**Mount Wolf, Pennsylvania 17347-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Pape, Charity**
**212 Eureka Ave**
**Silverton, Oregon 97381-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Papier, Joseph**
**900 Port Clinton Ct**
**Buffalo Grove, Illinois 60089-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Paradise Valley Unified School District**
**15002 N. 32nd Street**
**Phoenix, AZ 85032**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Parent, Jane**
**5329 S. Morning Sky Lane**
**Tucson, Arizona 85747-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.582 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Parer, Pam**
**745 Plymouth rd**
**Hoffman Estates, Illinois 60192-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.582 7**

**Nonpriority creditor's name and mailing address**

**Parham, Pamela**
**1 N. Tremont Road**
**Baltimore, Maryland 21229-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.582 8**

**Nonpriority creditor's name and mailing address**

**Parham, Roshonda**
**950 North Sloan Lane**
**Apt. B103**
**Las Vegas, Nevada 89110-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.582 9**

**Nonpriority creditor's name and mailing address**

**Paris, Erica**
**808 Clear Blossom Drive**
**Elkton, Maryland 21921-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.583 0**

**Nonpriority creditor's name and mailing address**

**Paris, Kim**
**66 Barron Ave**
**Salem, New Hampshire 03079-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.583 1**

**Nonpriority creditor's name and mailing address**

**Parish, Taisha**
**9151 Victory Avenue**
**Jennings, Missouri 63136-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.583 2**

**Nonpriority creditor's name and mailing address**

**Park County**
**414 E. Callender St.**
**Livingston, MT 59047**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.583 3**

**Nonpriority creditor's name and mailing address**

**Park, Gyuri**
**51 Saint Roberts Drive**
**Stafford, Virginia 22556-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.583 4**

**Nonpriority creditor's name and mailing address**
**Park, Jenny**
**7511 Silverado Lane**
**La Palma, California 90623-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.583 5**

**Nonpriority creditor's name and mailing address**
**Parker Unified School District**
**1608 Laguna Ave**
**Parker, AZ 85344**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.583 6**

**Nonpriority creditor's name and mailing address**
**Parker, Audrey**
**29105 David lane**
**junction city, Oregon 97448-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.583 7**

**Nonpriority creditor's name and mailing address**
**Parker, Gwen**
**3509 Hoyt St**
**Gautier, Mississippi 39553-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.583 8**

**Nonpriority creditor's name and mailing address**
**Parker, Kristi**
**P.O. Box 755**
**Naples, Maine 04055-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.583 9**

**Nonpriority creditor's name and mailing address**
**Parker, Lisa**
**5201 Par Dr., #1022**
**Denton, Texas 76208-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.584 0**

**Nonpriority creditor's name and mailing address**
**Parker, Nathan**
**4616 Meadow Valley Drive**
**West Des Moines, Iowa 50265-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.584
1**

**Nonpriority creditor's name and mailing address**

**Parker, Patrick
21811 Wildwood Road Park
Apt 522
Richmond, Texas 77469-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.584
2**

**Nonpriority creditor's name and mailing address**

**Parker, Shari
1817 Hearthside Court
Chesapeake, Virginia 23325-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.584
3**

**Nonpriority creditor's name and mailing address**

**Parker, Taylor
1807 Calibre Woods Drive NE
Atlanta, Georgia 30329-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.584
4**

**Nonpriority creditor's name and mailing address**

**Parker, Tiffone
2097 South Colt Drive
Gibert, Arizona 85295-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.584
5**

**Nonpriority creditor's name and mailing address**

**Parker, Traci
1045 Campbell Meadow Road
Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.584
6**

**Nonpriority creditor's name and mailing address**

**Parkes, Danielle
225 W 3rd St
204
Long Beach, California 90802-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.584
7**

**Nonpriority creditor's name and mailing address**

**Parkin, Christina
7962 Oakhaven Place
Indianapolis, Indiana 46256-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.5848**

**Nonpriority creditor's name and mailing address**

**Parks, Christopher**
**1419 Brandy Circle**
**Naperville, Illinois 60540-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5849**

**Nonpriority creditor's name and mailing address**

**Parks, Jennifer**
**6342 Maple Springs Road**
**Seagrove, North Carolina 27341-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5850**

**Nonpriority creditor's name and mailing address**

**Parks, Melissa**
**5840 SW 115 Ave**
**Cooper City, Florida 33330-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5851**

**Nonpriority creditor's name and mailing address**

**Parmiter, Dustin**
**1718 e Lincoln rd 1129**
**Spokane, Washington 99217-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5852**

**Nonpriority creditor's name and mailing address**

**Parra, Olga**
**542 Fisher Drive**
**Allen, Texas 75002-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5853**

**Nonpriority creditor's name and mailing address**

**Parry, Sharolyn**
**4765 Old Church Road**
**Brookfield, Wisconsin 53045-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.5854**

**Nonpriority creditor's name and mailing address**

**Parsons, Jay**
**2024 26th St Se**
**Rochester, Minnesota 55904-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.585**
**5**

Nonpriority creditor's name and mailing address
**Partin, Alice**
**2231 Sandwood Dr #102**
**Lake Havasu City, Arizona 86404-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.585**
**6**

Nonpriority creditor's name and mailing address
**Partners and Napier**
**192 Mill St Ste 600**
**Rochester, NY 14614-1022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.585**
**7**

Nonpriority creditor's name and mailing address
**Parton, Jaime**
**4037 Log Trail Way**
**Reisterstown, Maryland 21136-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.585**
**8**

Nonpriority creditor's name and mailing address
**Pasco County - Clerk & Comptroller**
**7530 Little Rd.**
**Ste. 106**
**New Port Richey, FL 34654**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.585**
**9**

Nonpriority creditor's name and mailing address
**Pastrana, Christopher**
**2740 Colonies Drive**
**Jacksonville, Florida 32250-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.586**
**0**

Nonpriority creditor's name and mailing address
**Pasupuleti, Laavanya**
**34 Banquet Court**
**Howell, New Jersey 07731-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.586**
**1**

Nonpriority creditor's name and mailing address
**Pat A Peters MD PA**
**2535 Ira E Woods Ave**
**Grapevine, TX 76051**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number *(if known)* | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.586**
**2**

**Nonpriority creditor's name and mailing address**
**Patagonia Elementary School District #6**
**200 West Naugle**
**Highway 82**
**Patagonia, AZ 85624**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.586**
**3**

**Nonpriority creditor's name and mailing address**
**Patagonia Union High School District #20**
**200 W. Naugle (Highway 82)**
**Patagonia, AZ 85624**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.586**
**4**

**Nonpriority creditor's name and mailing address**
**Patel, Abhishek**
**1510 N Western Ave.**
**Unit 1N**
**Chicago, Illinois 60622-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.586**
**5**

**Nonpriority creditor's name and mailing address**
**Patel, Alpa**
**1302 Broad Creek Rd**
**Bloomington, Illinois 61704-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.586**
**6**

**Nonpriority creditor's name and mailing address**
**Patel, Bansari**
**9102 Jennrich Avenue**
**Westminster, California 92683-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.586**
**7**

**Nonpriority creditor's name and mailing address**
**Patel, Bijal**
**48 Brickyard Road**
**Chapmanville, West Virginia 25508-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.586**
**8**

**Nonpriority creditor's name and mailing address**
**Patel, Binita**
**5847 Oak Ridge Way**
**Lisle, Illinois 60532-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Interactive Health Solutions, Inc.**
Name

Case number (if known)    **20-11530 (BLS)**

| | |
|---|---|
| **3.586** **9** | |

**Nonpriority creditor's name and mailing address**

**Patel, Hemali**
**23587 Gloria Drive**
**Brownstown, Michigan 48183-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.587** **0** | |

**Nonpriority creditor's name and mailing address**

**Patel, Jigar**
**17514 Denali PL**
**Dumfries, Virginia 22025-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.587** **1** | |

**Nonpriority creditor's name and mailing address**

**Patel, Khushboo**
**1792 Penny Lane**
**Bartlett, Illinois 60103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.587** **2** | |

**Nonpriority creditor's name and mailing address**

**Patel, Mohini**
**2100 Tanglewilde St**
**Apt 31**
**Houston, Texas 77063-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.587** **3** | |

**Nonpriority creditor's name and mailing address**

**Patel, Monica**
**218 Prescott Ave**
**Elgin, Illinois 60124-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.587** **4** | |

**Nonpriority creditor's name and mailing address**

**Patel, Monik**
**9370 Twin Oaks Lane**
**Des Plaines, Illinois 60016-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.587** **5** | |

**Nonpriority creditor's name and mailing address**

**Patel, Rinku**
**1461 Ballantrae Club Dr**
**Pelham, Alabama 35124-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.587 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patel, Roshni**
**3201 W 157th Pl**
**Overland Park, Kansas 66224-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patel, Sachi**
**2068 Norwich Dr**
**Bartlett, Illinois 60103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patel, Sapana**
**14117 N. Rockwell Apt 10111**
**Oklahoma City, Oklahoma 73142-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patel, Sneh**
**168 Horizon Circle**
**Carol Stream, Illinois 60188-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patel, Tulasi**
**309 Country Lane**
**Richmond Heights, Ohio 44143-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PATH**
**2201 Westlake Ave, Suite 200**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pathfinder Village**
**3 Chenango Rd**
**Edmeston, NY 13335**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.588 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Patibanda, Madhava**
**2719 Pickering Road**
**Wilmington, Delaware 19808-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.588 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Patience, Nicole**
**55 Tomahawk Road**
**Arlington, Massachusetts 02474-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.588 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Patnesky, Alexandra**
**8508 Bluebill Court**
**Raleigh, North Carolina 27615-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.588 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Patrick Henry Local Schools**
**6-900 State Route 18**
**Hamler, OH 43524**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.588 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Patrick, Michelle**
**30 Teil Tree Ct**
**Monroe, Ohio 45050-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.588 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Patten Seed Company**
**158 Sod Farm Road**
**Fort Valley, GA 31030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.588 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Patten, James**
**1636 Toronto Road Apt.4**
**Springfield, Illinois 62712-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Debtor  **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

| 3.589 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Patten, Karl** | ☐ Contingent | |
| **14792 S Rising Star Way** | ■ Unliquidated | |
| **Bluffdale, Utah 84065-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.589 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Pattern Energy Group, Inc.** | ☐ Contingent | |
| **Pier 1, Bay 3** | ■ Unliquidated | |
| **San Francisco, CA 94111** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.589 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Patterson, Krystine** | ☐ Contingent | |
| **144 Hanover St.** | ☐ Unliquidated | |
| **Wilkes Barre, Pennsylvania 18702-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.589 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Patton, Emmy** | ☐ Contingent | |
| **905 SE 94th Avenue** | ☐ Unliquidated | |
| **Vancouver, Washington 98664-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.589 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Paul Mueller Company** | ☐ Contingent | |
| **1600 W. Phelps** | ■ Unliquidated | |
| **Springfield, MO 65802** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.589 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Paul, Channing** | ☐ Contingent | |
| **7095 Brace Street** | ■ Unliquidated | |
| **Houston, Texas 77061-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.589 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Paul, Lamos** | ☐ Contingent | |
| **25 Market Street** | ☐ Unliquidated | |
| **Apt. 1** | ☐ Disputed | |
| **Cambridge, Massachusetts 02139-0000** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.5897**

**Nonpriority creditor's name and mailing address**
**Paul, Weiss, Rifkind, Wharton & Garrison**
**1285 Avenue of the Americas**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.5898**

**Nonpriority creditor's name and mailing address**
**Paula De Adames, Olga**
**910 Elwell Ave**
**Greensboro, North Carolina 27405-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.5899**

**Nonpriority creditor's name and mailing address**
**Paulo Products Company**
**5620 West Park Ave.**
**St. Louis, MO 63110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.5900**

**Nonpriority creditor's name and mailing address**
**Paulo Soares, Mariana**
**5907 Marble Bend Ln**
**Richmond, Texas 77407-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.5901**

**Nonpriority creditor's name and mailing address**
**Pavalkyte, Dalia**
**3600 N Lake Shore Dr**
**Unit 1817**
**Chicago, Illinois 60613-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.5902**

**Nonpriority creditor's name and mailing address**
**Pavlofsky, Samantha**
**1120 N. Lasalle**
**18N**
**Chicago, Illinois 60610-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.5903**

**Nonpriority creditor's name and mailing address**
**Pavlovic, Lazarela**
**455 Raintree Court**
**Glen Ellyn, Illinois 60137-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.590
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Pavon, Joshua** | ☐ Contingent | |
| **835 Ashley Laine Walk** | ■ Unliquidated | |
| **Lawrenceville, Georgia 30043-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.590
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Pawate, Anne** | ☐ Contingent | |
| **423 Village Hall Place** | ■ Unliquidated | |
| **Nashville, Tennessee 37215-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.590
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Pawelczyk, Andrei** | ☐ Contingent | |
| **446 Lear Ct** | ☐ Unliquidated | |
| **Schaumburg, Illinois 60194-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.590
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Pawlowski, Amy** | ☐ Contingent | |
| **1725 Evergreen Lane** | ■ Unliquidated | |
| **Park Ridge, Illinois 60068-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.590
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$389.40** |
|---|---|---|
| **PayFlex Systems USA, Inc** | ☐ Contingent | |
| **P.O. Box 2239** | ■ Unliquidated | |
| **Omaha, NE 68103-2239** | ☐ Disputed | |
| Date(s) debt was incurred  5/12/2020 | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.590
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Payne, Barbara** | ☐ Contingent | |
| **1421 15th Street** | ■ Unliquidated | |
| **#111** | ☐ Disputed | |
| **Sacramento, California 95814-0000** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.591
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Payne, Dana** | ☐ Contingent | |
| **9374 Haynesville Highway** | ■ Unliquidated | |
| **Junction City, Arkansas 71749-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.591**
**1**

**Nonpriority creditor's name and mailing address**
**Payne, Sasha**
**15735 Wyanotte St**
**Building A**
**Van Nuys, California 91405-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.591**
**2**

**Nonpriority creditor's name and mailing address**
**Payne, Stacey**
**3719 Crescent Drive**
**Steger, Illinois 60475-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.591**
**3**

**Nonpriority creditor's name and mailing address**
**Payson Unified School District #10**
**500 E Rancho Road**
**Payson, AZ 85547**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.591**
**4**

**Nonpriority creditor's name and mailing address**
**PAYTES, CHANTRA**
**3716 WEST 85TH PLACE**
**CHICAGO, Illinois 60652-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.591**
**5**

**Nonpriority creditor's name and mailing address**
**Payton, Cynthia**
**809 South Bostian Street**
**China Grove, North Carolina 28023-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.591**
**6**

**Nonpriority creditor's name and mailing address**
**Payton, Theresa**
**10008 Irving Street**
**Westminster, Colorado 80031-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.591**
**7**

**Nonpriority creditor's name and mailing address**
**PCA Chicago Container (formerly Acorn Co**
**5445 W 73rd Street**
**Chicago, IL 60638**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.5918**

**Nonpriority creditor's name and mailing address**
PCL CONSTRUCTION ENTERPRISES INC
2000 S Colorado Blvd Suite 2-500
Denver, CO 80222

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.5919**

**Nonpriority creditor's name and mailing address**
PDi Communication Systems, Inc.
40 Greenwood Lane
Springboro, OH 45066

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.5920**

**Nonpriority creditor's name and mailing address**
PDM Precast Inc.
601 SW 9th Street
Des Moines, IA 50309

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.5921**

**Nonpriority creditor's name and mailing address**
Peace, Katie
4030 Tates Creek Rd, Apt 2941
Lexington, Kentucky 40517-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.5922**

**Nonpriority creditor's name and mailing address**
Peake, Pamela
122 Gideon Road
Clinton, South Carolina 29325-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.5923**

**Nonpriority creditor's name and mailing address**
Peaksware
7007 Winchester Circle Ste 200
Boulder, CO 80301

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.5924**

**Nonpriority creditor's name and mailing address**
Pearlman, Matthew
11114 Oak Leaf Dr
Silver Spring, Maryland 20901-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.592 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pearson, Michelle**
**5892 Hickory Ridge Drive**
**Wyoming, Michigan 49418-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pebly, Kaitlyn**
**8570 Sw Miller Hill Rd**
**Beaverton, Oregon 97007-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pechmann, Latina**
**1499 S Federal Hwy Penthouse 5**
**Boynton Beach, Florida 33435-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peck, Jessica**
**5453 Ardon Ct.**
**West Bloomfield Township, Michigan 48323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peck, Kimberly**
**2019 Wildberry Ct.**
**Waukesha, Alabama 53186-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pedersen, Catherine**
**1626 21st Avenue**
**Longview, Washington 98632-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pedersen, Martha**
**4903 Oak Tree Court**
**Brighton, Michigan 48116-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.593 2**

**Nonpriority creditor's name and mailing address**

**PEDIATRIC EMERGENCY MEDICINE ASSOCIATES**
**1001 Johnson Ferry Rd**
**Atlanta, GA 30342**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.593 3**

**Nonpriority creditor's name and mailing address**

**Peeples, Ashley**
**10065 Dasheen Avenue**
**Palm Beach Gardens, Florida 33410-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.593 4**

**Nonpriority creditor's name and mailing address**

**PEER Bearing Company**
**2200 Norman Drive**
**Waukegan, IL 60085**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.593 5**

**Nonpriority creditor's name and mailing address**

**Peirce College**
**1420 Pine St**
**Philadelphia, PA 19401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.593 6**

**Nonpriority creditor's name and mailing address**

**Peisker, Steven**
**428 Franklin Lane**
**Elk Grove Village, Illinois 60007-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.593 7**

**Nonpriority creditor's name and mailing address**

**Pelitera, Courtney**
**7172 Pendale Circle**
**North Tonawanda, New York 14120-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.593 8**

**Nonpriority creditor's name and mailing address**

**Pellegrino, Genevieve**
**4940 N Odell Avenue**
**Harwood Heights, Illinois 60706-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.5939**

**Nonpriority creditor's name and mailing address**

**Pellegrino, Louis**
**4940 N Odell**
**Harwood Heights, Illinois 60706-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.5940**

**Nonpriority creditor's name and mailing address**

**Peltier, Jake**
**8921 Hermitage Place**
**River Ridge, Louisiana 70123-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.5941**

**Nonpriority creditor's name and mailing address**

**Peltier, Justin**
**99 Church Hill Road**
**Waterford, New York 12188-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.5942**

**Nonpriority creditor's name and mailing address**

**Pena, Adriana**
**1824 River Crossing Circle**
**Apt D**
**Austin, Texas 78741-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.5943**

**Nonpriority creditor's name and mailing address**

**Pena, Frank**
**392 Canfield Ave**
**Pomona, California 91767-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.5944**

**Nonpriority creditor's name and mailing address**

**Pena, Kathleen**
**2399 West 4250 south**
**roy, Utah 84067-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.5945**

**Nonpriority creditor's name and mailing address**

**Pena, Marla**
**508 Granny White Pike**
**Brentwood, Tennessee 37027-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.594 6**

**Nonpriority creditor's name and mailing address**

**Pender, Latonya**
**932 Albert Ave**
**Norfolk, Virginia 23513-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.594 7**

**Nonpriority creditor's name and mailing address**

**Penn Mathis, Elline**
**872 Hillcrest Dr**
**Pomona, California 91768-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.594 8**

**Nonpriority creditor's name and mailing address**

**Pennie, Cypress**
**310 S. 10th St.**
**Apt. A**
**Philadelphia, Pennsylvania 19107-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.594 9**

**Nonpriority creditor's name and mailing address**

**Pennsylvania Department of Revenue**
**Bankruptcy Division**
**PO Box 280946**
**Harrisburg, PA 17128-0946**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Taxing Authority

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.595 0**

**Nonpriority creditor's name and mailing address**

**Peoples Gas**
**P.O. Box 2968**
**Milwaukee, WI 53201**

Date(s) debt was incurred  5/12/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

$167.67

---

**3.595 1**

**Nonpriority creditor's name and mailing address**

**PeoplesBank - A Codorus Valley Company**
**105 Leader Heights Road**
**York, PA 17403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.595 2**

**Nonpriority creditor's name and mailing address**

**Peoria Unified School District**
**6330 West Thunderbird Road**
**Glendale, AZ 85381**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known) **20-11530 (BLS)**

---

| 3.595 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pepe, Melanie**
**6242 Strongbow Dr.**
**Moseley, Virginia 23120-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.595 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pepin, Ursula**
**3709 N Richmond**
**Chicago, Illinois 60618-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.595 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Perada, Anjelica**
**2623 Texas Elm Court**
**Fresno, Texas 77545-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.595 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pereira, Francisco**
**6210 W CORNELIA AVE**
**CHICAGO, Illinois 60634-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.595 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pereira, Michael**
**6210 W Cornelia Ave**
**Chicago, Illinois 60634-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.595 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Perez Reyes, Oriana**
**15335 Park Row #1510**
**Houston, Texas 77084-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.595 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Perez, Bianca**
**10427 Kendall St**
**El Paso, Texas 79924-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.596 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perez, Brenda**
**1446 W. Grand Ave.**
**Unit B**
**Pomona, California 91766-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perez, Daniel**
**1802 Bent Oak Court**
**Apopka, Florida 32712-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perez, Euminda**
**3620 Huffines Blvd**
**Apt. 1234**
**Carrollton, Texas 75010-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perez, Jesulyn**
**3638 east ave**
**Berwyn, Illinois 60402-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perez, Mayra**
**880 S. Liberty St**
**Elgin, Illinois 60120-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perez, Ryan**
**11660 Huebner Road #412**
**San Antonio, Texas 78230-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perez, Sandra**
**1116 S. Alder Street**
**Philadelphia, Pennsylvania 19147-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.596 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Performance Team**
**11024 Norwalk Blvd.**
**Santa Fe Springs, CA 90670**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perfumania Holdings, Inc.**
**35 Sawgrass Dr. Suite 2**
**Bellport, NY 11713**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perkins, Elizabeth**
**P.O. Box 364**
**Richmond, Vermont 05477-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perkins, LaMeshia**
**1602 E. Frankford Road #1405**
**Carrollton, Texas 75007-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perkins, Lindsey**
**328 Colonial Dr**
**Portsmouth, New Hampshire 03801-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perkins, Margaret**
**300 W. Hargett St, Apt 409**
**Raleigh, North Carolina 27601-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perrotte, Caitlin**
**5201 Overlook LN**
**Canadaigua, New York 14424-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.597 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$192.00** |
|---|---|---|---|

**Perry Memorial Hospital**
**530 Park Ave E**
**Princeton, IL 61356-3901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2020**

Last 4 digits of account number  _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perry, Alesheia**
**2261 Northpark Dr PMB-360**
**Houston, Texas 77339-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perry, Gail**
**4340 W. 190th Place**
**Country Club Hills, Illinois 60478-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perry, Lisia**
**1344 Clear Creek Cir**
**Kingsport, Tennessee 37660-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perryman, Jamee**
**20549 Russell Conner Rd**
**Gravette, Arkansas 72736-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Persaud, Annette**
**132-03 120th Ave.**
**Queens, New York 11420-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.598 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Personett, Karen**
**16114 Silverwood Drive**
**Fenton, Michigan 48430-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.598**
**1**

**Nonpriority creditor's name and mailing address**
**Persse, Debra**
**1807 SE 15TH TERR**
**Cape Coral, Florida 33990-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.598**
**2**

**Nonpriority creditor's name and mailing address**
**Pesola, Lauren**
**3242 Pennsbury Court**
**Aurora, Illinois 60502-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.598**
**3**

**Nonpriority creditor's name and mailing address**
**Peter Becker Community**
**800 Maple Ave**
**Harleysville, PA 19438**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.598**
**4**

**Nonpriority creditor's name and mailing address**
**Peter, Shayna**
**7750 S. Wolcott**
**Chicago, Illinois 60620-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.598**
**5**

**Nonpriority creditor's name and mailing address**
**Peterhoff, Erika**
**8748 Mesquite Row**
**Lone Tree, Colorado 80124-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.598**
**6**

**Nonpriority creditor's name and mailing address**
**Peters, Heather**
**P.O. Box 640**
**Glen Daniel, West Virginia 25844-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.598**
**7**

**Nonpriority creditor's name and mailing address**
**Peters, Jacquelyn**
**3779 Meadowbrook Ave**
**Pittsburg, California 94565-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.5988**

**Nonpriority creditor's name and mailing address**
**Peters, Jennifer**
**PO Box 82**
**401 W Wood**
**Camp Point, Illinois 62320-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.5989**

**Nonpriority creditor's name and mailing address**
**Peters, Joshua**
**8762 Pacheco Avenue**
**Westminster, California 92683-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.5990**

**Nonpriority creditor's name and mailing address**
**Peters, La Jeana**
**1229 west 97th place**
**Chicago, Illinois 60643-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.5991**

**Nonpriority creditor's name and mailing address**
**Peters, Rebecca**
**129 Medbury**
**Holland, Ohio 43528-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.5992**

**Nonpriority creditor's name and mailing address**
**Peters, Tabatha**
**6817 Oakfield Dr Apt 102**
**Toledo, Ohio 43615-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.5993**

**Nonpriority creditor's name and mailing address**
**Peterson, Donald**
**8300 Phillips Rd SW #158**
**lakewood, Washington 98498-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.5994**

**Nonpriority creditor's name and mailing address**
**Peterson, Elizabeth**
**4836 Springbrook Dr**
**Annandale, Virginia 22003-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.5995**

Nonpriority creditor's name and mailing address
**Peterson, Teresa**
**3910 Sw Comus St**
**Portland, Oregon 97219-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.5996**

Nonpriority creditor's name and mailing address
**Petitfils, Kellie**
**1578 Hwy 318**
**Jeanerette, Louisiana 70544-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.5997**

Nonpriority creditor's name and mailing address
**Petitt, Steve**
**1909 3rd St N**
**Jacksonville Beach, Florida 32233-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.5998**

Nonpriority creditor's name and mailing address
**Petrella, Luciano**
**48 Gillett Road**
**Spencerport, New York 14559-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.5999**

Nonpriority creditor's name and mailing address
**Petric, Jan**
**701 Cedarplaza lane, apt 204**
**Dallas, Texas 75209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.6000**

Nonpriority creditor's name and mailing address
**Petroleum County**
**302 East Main**
**Winnett, MT 59087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.6001**

Nonpriority creditor's name and mailing address
**Petromaneantu, Ligia**
**10124 S 52nd Ave**
**Oak Lawn, Illinois 60453-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.600 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Pettaway, Gregory** | ☐ Contingent | |
| **1523 Palisade Green** | ☑ Unliquidated | |
| **Katy, Texas 77493-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Wages / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.600 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Pettis, Karen** | ☐ Contingent | |
| **5936 Central Avenue** | ☑ Unliquidated | |
| **Gwyn Oak, Maryland 21207-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Wages / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.600 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Pettisville Local Schools** | ☐ Contingent | |
| **232 Summitt St** | ☐ Unliquidated | |
| **Pettisville, OH 43556** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Vendor / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.600 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Pettitt, Joseph** | ☐ Contingent | |
| **3613 North Holmes Street** | ☑ Unliquidated | |
| **North Kansas, Missouri 64116-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Wages / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.600 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Pettitt, Marie** | ☐ Contingent | |
| **355 Adam Street** | ☑ Unliquidated | |
| **Tonawanda, New York 14150-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Wages / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.600 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Pettway, Ashley** | ☐ Contingent | |
| **11 Marks Manor Court** | ☑ Unliquidated | |
| **Randallstown, Maryland 21133-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Wages / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.600 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Pettway, Terrell** | ☐ Contingent | |
| **11 marks manor ct** | ☑ Unliquidated | |
| **Randallstown, Maryland 21133-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Wages / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.600 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pettway, Vincent**
**11 Marks Manor CT**
**Randallstown, Maryland 21133-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.601 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Petty, Kimberly**
**409 S Maple Ave**
**Unit 11**
**Oak Park, Illinois 60302-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.601 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pfeiferling, Leigh**
**1781 Laurel Street**
**Hamilton, Illinois 62341-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.601 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pfeiffer, Diana**
**751 W Bode Cir**
**Apt 109**
**Hoffman Estates, Illinois 60169-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.601 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**PFS Group**
**2600 North Loop West, Suite 15**
**Houston, TX 77092**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.601 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pham, Tom**
**4371 Pocahontas Trail**
**Quinton, Virginia 23141-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.601 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Phan, Roger**
**11862 Rio Hondo PKWY**
**El Monte, California 91732-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| | |
|---|---|
| Debtor | **Interactive Health Solutions, Inc.** |
| | Name |

Case number (if known)   **20-11530 (BLS)**

---

| 3.601 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phaup, Miranda**
**735 Prescott Circle**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.601 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phelps County Bank**
**718 N Pine St.**
**Rolla, MO 65401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.601 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phelps, Cammy**
**272 S Pineview Dr**
**Alpine, Utah 84004-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.601 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phelps, Jessica**
**1616 Hardy Cash Dr #316**
**Hampton, Virginia 23666-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.602 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phelps, Stacy**
**689 S Whitehorse Ave**
**Kuna, Idaho 83634-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.602 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Philadelphia Eagles**
**One Nova Care Way**
**Philadelphia, PA 19145**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.602 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Philadelphia Gas Works**
**800 W. Montgomery Ave.**
**Philadelphia, PA 19122**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.602 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phillipi, Annetta**
**2818 Main**
**Quincy, Illinois 62301-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phillips & Temro Industries**
**9700 W. 74th Street**
**Eden Prairie, MN 55344**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PHILLIPS MANUFACTURING**
**2201 Trine Street**
**Middletown, OH 45044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phillips, Alexander**
**5946 S, Mlk Drive Apt 2**
**Chicago, Illinois 60637-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phillips, Alicia**
**722 N. Monroe**
**Little Rock, Arkansas 72205-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phillips, Barbara**
**2015 41st Street Northwest b10**
**Rochester, Minnesota 55901-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phillips, Christopher**
**2801 Unity Pointe**
**Sacramento, California 95833-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.603 0**

**Nonpriority creditor's name and mailing address**

**Phillips, Daniel**
**532 w 26th st**
**30**
**Chicago, Illinois 60616-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.603 1**

**Nonpriority creditor's name and mailing address**

**Phillips, Julie**
**593 North State Road**
**Medina, Ohio 44256-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.603 2**

**Nonpriority creditor's name and mailing address**

**Phillips, Lisa**
**468 Bradwood Ave**
**Memphis, Tennessee 38109-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.603 3**

**Nonpriority creditor's name and mailing address**

**Phillips, Maria**
**20014 Frederick Rd #33**
**Germantown, Maryland 20876-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.603 4**

**Nonpriority creditor's name and mailing address**

**Phillips, Twanita**
**509 Antietam Street**
**Park Forest, Illinois 60466-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.603 5**

**Nonpriority creditor's name and mailing address**

**Philpott, Kevin**
**P.O. Box 1376**
**Silver Springs, Florida 33489-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.603 6**

**Nonpriority creditor's name and mailing address**

**Phipps, Carmen**
**5810 Acacia Court**
**Harlingen, Texas 78552-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.603 7**

Nonpriority creditor's name and mailing address

**Phoebe-Devitt Homes**
**1925 Turner Street**
**Allentown, PA 18104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.603 8**

Nonpriority creditor's name and mailing address

**Phoenix Textile Corporation**
**21 Commerce Drive**
**O'Fallon, MO 63366**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.603 9**

Nonpriority creditor's name and mailing address

**Physicians Independent Management Servic**
**5755 Hoover Blvd**
**Tampa, FL 33634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.604 0**

Nonpriority creditor's name and mailing address

**Piascik, Lori**
**1642 1/2 W. Greenleaf Ave**
**Apt 3n**
**Chicago, Illinois 60626-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.604 1**

Nonpriority creditor's name and mailing address

**Picicci, Tanya**
**8814 N Rosebury ln**
**Spokane, Washington 99208-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.604 2**

Nonpriority creditor's name and mailing address

**Pieper, Donald**
**6430 Habitat Ct.**
**Gurnee, Illinois 60031-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.604 3**

Nonpriority creditor's name and mailing address

**Pierce, Karolyn**
**19 Losson Garden Drive**
**Apt. 4**
**Cheektowaga, New York 14227-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.604 4**

**Nonpriority creditor's name and mailing address**

**Pierce, Kyron**
**3732 Arnold Ave.**
**Apt B**
**San Diego, California 92104-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.604 5**

**Nonpriority creditor's name and mailing address**

**Pierce, Lori**
**15803 Stonebridge Drive**
**Frisco, Texas 75035-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.604 6**

**Nonpriority creditor's name and mailing address**

**Pierce, Stephanie**
**7801 East 99th Terrace**
**Kansas City, Missouri 64134-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.604 7**

**Nonpriority creditor's name and mailing address**

**Pierce, Yolanda**
**7908 Four Oaks Ct**
**Union City, Georgia 30291-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.604 8**

**Nonpriority creditor's name and mailing address**

**Pietsch, Katelyn**
**44 Oakwood Drive**
**Millville, Pennsylvania 17846-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.604 9**

**Nonpriority creditor's name and mailing address**

**Pignatti, Nicholas**
**115 Gordon Rd**
**North Syracuse, New York 13212-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.605 0**

**Nonpriority creditor's name and mailing address**

**Piguing, Kevinjoeffre**
**27 Northgate Ave**
**#4**
**Daly City, California 94015-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.605**
**1**

Nonpriority creditor's name and mailing address

**Pike, Dorie**
**One Bloomingdale Place**
**#506**
**Bloomingdale, Illinois 60108-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.605**
**2**

Nonpriority creditor's name and mailing address

**Pikes Peak Library District**
**1175 Chapel Hill**
**Colorado Springs, CO 80920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.605**
**3**

Nonpriority creditor's name and mailing address

**Pilar Moreno, Angela**
**2040 Matthew Place**
**Escondido, California 92027-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.605**
**4**

Nonpriority creditor's name and mailing address

**Pilley, Amy**
**1177 Gunsight Peak Drive**
**Las Cruces, New Mexico 88012-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.605**
**5**

Nonpriority creditor's name and mailing address

**Pillsbury Winthrop Shaw Pittman LLP**
**Four Embarcadero Center**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.605**
**6**

Nonpriority creditor's name and mailing address

**Pimonenko, Violina**
**2030 179th st ct e**
**spanaway, Washington 98387-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.605**
**7**

Nonpriority creditor's name and mailing address

**Pina, Amanda**
**1515 Devin Dr**
**New Braunfels, Texas 78130-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.605 8**

**Nonpriority creditor's name and mailing address**
**Pinder, Nicola**
**17050 NW 55th Ave #1**
**Miami, Florida 33055-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.605 9**

**Nonpriority creditor's name and mailing address**
**Pine Instrument Company**
**101 Industrial Drive**
**Grove City, PA 16127**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.606 0**

**Nonpriority creditor's name and mailing address**
**Pineda, Jahzielle**
**367 N. 10th Street**
**San Jose, California 95112-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.606 1**

**Nonpriority creditor's name and mailing address**
**Pineda, Kelly**
**1095 S Macon St**
**Aurora, Colorado 80012-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.606 2**

**Nonpriority creditor's name and mailing address**
**Pinkston, Christopher**
**4200 Sugar Maple Ln**
**Little Rock, Arkansas 72223-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.606 3**

**Nonpriority creditor's name and mailing address**
**Pinnacle III, LLC**
**1658 Cole Blvd, Suite 100**
**Lakewood, CO 80401**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.606 4**

**Nonpriority creditor's name and mailing address**
**Pinyan, Laura**
**4447 Thomasville Rd**
**Winston-Salem, North Carolina 27107-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

| 3.606 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Pioneer Center for Human Services**
**4100 Veterans Parkway**
**McHenry, il 60050**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Piontek, Aaron**
**2230 Little Creek Lane**
**Green Bay, Wisconsin 54311-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Pipe Trades Trust of the Northern Rocky**
**501 Park Drive S**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Piper Sandler & Co.**
**800 Nicollet Mall, Suite 1000**
**Minneapolis, MN 55402-7020**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Piper, Kathryn**
**6200 Timberwolfe Dr**
**Glen Carbon, Illinois 62034-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Piper, Megan**
**15143 Hillcrest Ln**
**Shelby Township, Michigan 48315-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Pipkins, Shavon**
**608 E Oakwood Blvd**
**Chicago, Illinois 60653-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.607 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Piris, Nelly**
**421 West Preston Street**
**Hartford, Connecticut 06114-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.607 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pirri, Julie**
**1 Rogers Ave**
**Bristol, Rhode Island 02809-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.607 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pittmon, Donetta**
**3912 Kings Row**
**Oklahoma City, Oklahoma 73121-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.607 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pitts, Allen**
**15 Lord Rd**
**Ellington, Connecticut 24502-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.607 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pitts, Dawn**
**327 Beach 42nd St.**
**Far Rockaway, New York 11691-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.607 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Piverger, Naissa**
**PO Box 12- Town Center Branch**
**West Orange, New Jersey 07052-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.607 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Piwowar, Alexis**
**93 Bunting Lane**
**Naperville, Illinois 60540-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.607 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pizer, Tara**
**1022 East King Street**
**Winona, Minnesota 55987-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pizza, John**
**6812 Bob O Link Drive**
**Dallas, Texas 75214-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pizzillo, Clemencia**
**3315 Jones Rd**
**Dunkirk, Maryland 20754-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Placek, Alexandra**
**222 S Riverside Dr.**
**Villa Park, Illinois 60181-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Placek-Olson, Ashley**
**3645 Valcartier St #9**
**Bismarck, North Dakota 58503-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Placino, Rodel**
**343 Hewlett Parkway**
**Hewlett, New York 11557-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Plainfield Community Consolidated SD 202**
**15732 S Howard St**
**Plainfield, IL 60544**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.608<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Plasman, Megan**
**514 Avery Street**
**Pittsburgh, Pennsylvania 15212-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PLATINUM HOME MORTGAGE**
**2200 Hicks Rd. Suite 101**
**Rolling Meadows, IL 60008**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Platt, Josh**
**11040 Sw 119th Ave**
**Tigard, Oregon 97223-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Platt, Mary**
**2885 Wonder Valley Court**
**Decatur, Georgia 30034-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Player, Stephanie**
**456 Bow Creek Lane**
**Fort Collins, Colorado 80525-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pleasantdale SD 107**
**7450 S. Wolf Road**
**Burr Ridge, IL 60527**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Plews & Edelmann**
**1550 Franklin Grove**
**Dixon, IL 61021**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.609
3**

**Nonpriority creditor's name and mailing address**

**Plexus Corp
One Plexus Way
Neenah, WI 54957**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.609
4**

**Nonpriority creditor's name and mailing address**

**PLITEK LLC
69 Rawls Road
Des Plaines, IL 60018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.609
5**

**Nonpriority creditor's name and mailing address**

**Plotnikov, Nadia
39 Hylebos Ave
Milton, Washington 98354-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.609
6**

**Nonpriority creditor's name and mailing address**

**Plump, David
1032 Pine Street
Vallejo, California 94590-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.609
7**

**Nonpriority creditor's name and mailing address**

**Plunkett, Jeremy
N7741 Vicksburg Way
Apt. 3
Oconomowoc, Wisconsin 53066-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.609
8**

**Nonpriority creditor's name and mailing address**

**Plymouth State University
Hartman Union Building
Plymouth, NH 03264**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.609
9**

**Nonpriority creditor's name and mailing address**

**PMHCC
123 South Broad Street
Philadelphia, PA 19109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Interactive Health Solutions, Inc.**
Name

Case number (if known) **20-11530 (BLS)**

---

| 3.610 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pniewski, Mary**
**990 Stewart Ave**
**Lincoln Park, Michigan 48146-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.610 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Poddar, Hironmoy**
**4100 The Woods Dr**
**Apt 512**
**San Jose, California 95136-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.610 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Podesta, Brenna**
**102 Cammot Lane**
**Fayetteville, New York 13066-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.610 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Podolsky, Monica**
**4608 Austin Lane**
**Virginia Beach, Virginia 23455-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.610 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Podwika, Alyssa**
**1201 Ridge Trace Dr, APT 302**
**Raleigh, North Carolina 27606-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.610 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pohanka Auto Group**
**4809 Saint Barnabas Road**
**Temple Hills, MD 20748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.610 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Point 72, L.P.**
**72 Cummings Point Road**
**Stamford, CT 06902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.610 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Pointe Coupee General Hospital Laborator**
**2202 False River Drive**
**New Roads, LA 70760**

Date(s) debt was incurred  5/1/2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Polanco, Christian**
**2828 Carolina Street**
**Brownsville, Texas 78521-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Polaris Industries Inc.**
**2100 Highway 55**
**Medina, MN 56340**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,627.50 |
|---|---|---|---|

**Polaris Solutions, LLC**
**10820 Sunset Office Drive**
**Suite 302**
**Saint Louis, MO 63127**

Date(s) debt was incurred  5/31/2020

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Polaris Solutions, LLC**
**10820 Sunset Office Drive**
**Suite 302**
**Saint Louis, MO 63127**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Polartec LLC**
**46 Stafford Street**
**Lawrence, MA 01841**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Polasik, John**
**2145 - 8th Street**
**White Bear Lake, Minnesota 55082-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.611 4**

**Nonpriority creditor's name and mailing address**
**Poley, Michelle**
**14003 84th Avenue**
**Coopersville, Michigan 49404-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.611 5**

**Nonpriority creditor's name and mailing address**
**Polidoro, Jonathan**
**3020 N Calvert St**
**Apt 2**
**Baltimore, Maryland 21218-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.611 6**

**Nonpriority creditor's name and mailing address**
**Polisky, Debbie**
**12351 West Monroe Street**
**Avondale, Arizona 85323-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.611 7**

**Nonpriority creditor's name and mailing address**
**Polistchuk, Eli**
**1731 Apple Valley**
**Waucunda, Illinois 60084-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.611 8**

**Nonpriority creditor's name and mailing address**
**Polites, Angela**
**396 Copper Spring Lane**
**Elgin, Illinois 60124-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.611 9**

**Nonpriority creditor's name and mailing address**
**Politz, Justine**
**15225 Stonewood Terrace**
**Burnsville, Minnesota 55306-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.612 0**

**Nonpriority creditor's name and mailing address**
**POLK-BURNETT ELECTRIC COOPERATIVE**
**1001 State Road 35**
**Centuria, WI 54824**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.612 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pollack, Rebecca**
**2500 Chestnut Woods Ct**
**Reisterstown, Maryland 21136-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.612 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pollock, Jennifer**
**129 Trumbull Ave**
**Bridgeport, Connecticut 06606-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.612 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pollyn, Boma**
**4417 Second Ave**
**Apt 120**
**Detroit, Michigan 48201-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.612 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Polson, Mary**
**8314 SE Prairie Rd**
**Baxter Springs, Kansas 66713-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.612 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Polyguard Products Inc.**
**4101 S I 45**
**Ennis, TX 75119**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.612 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Polymer Conversions (HMNYS)**
**5732 Big Tree Rd**
**Orchard Park, NY 14127**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.612 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Polyzen, Inc.**
**1041 Classic Rd**
**Apex, NC 27539**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.612 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ponder, Michael**
**2910 Ambleside Lane**
**Richardson, Texas 75082-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.612 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ponderosa Precision Plastics**
**106 N. 15th Street**
**La Porte, TX 77571**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.613 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pool, Cathy**
**716 East Copeland Rd, 05**
**Powell, Tennessee 37849-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.613 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Poonati, Preetham**
**15716 Opal Fire Dr**
**Austin, Texas 78728-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.613 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pope, Briana**
**1102 Westchase Ln SW, Apt 621**
**Atlanta, Georgia 30336-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.613 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Poplawski, Alisa**
**7951 145th Ave SE**
**Newcastle, Washington 98059-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.613 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Portell, Donna**
**935 Heather Lane**
**Hoffman Estates, Illinois 60169-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.613 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Porter Hedges LLP**
**1000 Main St 36th Floor**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.613 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Porter, David**
**69 Kenmore Drive**
**Longmeadow, Massachusetts 01106-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.613 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Porter, Tracy**
**1303 Abbeyville Street**
**Pascagoula, Mississippi 39581-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.613 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Porter-Brown, Caprisha**
**9061 Seward Park Avenue South**
**3-201**
**Seattle, Washington 98118-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.613 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Portfolio Evaluations**
**15 Independence Blvd**
**Warren, NJ 07059**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.614 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Portillo, Juan**
**1003 Pleasant Oaks Rd, Apt E**
**Parkville, Maryland 21234-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.614 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Porton, Kimberly**
**1758 Sierra Verde Rd**
**Chula Vista, California 91913-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.614 2**

**Nonpriority creditor's name and mailing address**

**Ports America**
**1599 Maritime Street**
**Oakland, CA 94607**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.614 3**

**Nonpriority creditor's name and mailing address**

**Portwood, Brittney**
**379 Ranney Ave**
**Vernon Hills, Illinois 60061-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.614 4**

**Nonpriority creditor's name and mailing address**

**Posen-Robbins SD 143.5**
**14011 Harrison Ave.**
**Posen, IL 60469**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.614 5**

**Nonpriority creditor's name and mailing address**

**Posey County Co-op**
**817 W. 4th Street**
**Mt. Vernon, IN 47620**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.614 6**

**Nonpriority creditor's name and mailing address**

**Posner, Ilana**
**627 S Decker Ave**
**Baltimore, Maryland 21224-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.614 7**

**Nonpriority creditor's name and mailing address**

**Possani, Sadaf**
**2506 Berryessa Ct**
**Tracy, California 95304-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.614 8**

**Nonpriority creditor's name and mailing address**

**Potemski, Robert**
**211 Emerson Ave**
**Apt. 2A**
**Bonner Springs, Kansas 66012-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.614 9 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Potter, Anthony**
**1507 - 10th Street**
**Oregon City, Oregon 97045-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 0 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Potter, Candice**
**324 Valley Wood Road**
**Kansas, Oklahoma 74347-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 1 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Potts, April**
**16044 Grafham Circle**
**Huntersville, North Carolina 28078-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 2 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pouliot, April**
**1721 Doplhin Drive**
**Gautier, Mississippi 39553-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 3 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Poulnot, Donna**
**902 Helena Dr**
**Brandon, Florida 33511-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 4 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Powall, Maryfran**
**117 Sunset Ave**
**Lakewood, New York 14750-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 5 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Powder River County**
**119 North Park Ave.**
**Broadus, MT 59317**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.615 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Powdr**
1790 Bonanza Drive
Suite W201
Park City, UT 84060-7291

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor / Other_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Powell, Aleatha**
6203 Whitetail Run
Oakwood Villiage, Ohio 44146-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Wages / Other_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Powell, Cindy**
7623 Bronze Trail
Humble, Texas 77346-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Wages / Other_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Powell, Robin**
5719 Vickie Lane
Bedford Heights, Ohio 44146-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Wages / Other_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Powell, Ruby**
7913 Greenbrier Drive
Neosho, Missouri 64850-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Wages / Other_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Powell, Tiffany**
3 Valley Arbor Ct
Baltimore, Maryland 21221-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Wages / Other_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Powell, Vickie**
1505 S Smythe Dr
Apache Junction, Arizona 85120-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Wages / Other_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.616.3**

Nonpriority creditor's name and mailing address
**Power Drives**
**801 Exchange St**
**Buffalo, NY 14210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.616.4**

Nonpriority creditor's name and mailing address
**Powers, Barbara**
**1420 Cottage Drive**
**Stillwater, Minnesota 55082-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.616.5**

Nonpriority creditor's name and mailing address
**Powers, Jessica**
**508 S. Grant St.**
**Brownsburg, Indiana 46112-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.616.6**

Nonpriority creditor's name and mailing address
**Powers, Lia**
**5599 Langport Ave #9**
**Long Beach, California 90805-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.616.7**

Nonpriority creditor's name and mailing address
**Prairie Grove CSD 46**
**3223 Highway 176**
**Crystal Lake, IL 60014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.616.8**

Nonpriority creditor's name and mailing address
**Prairie Hills SD 144**
**3015 W. 163rd Street**
**Markham, IL 60426**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.616.9**

Nonpriority creditor's name and mailing address
**Prasad-Dehaney, Melanie**
**2150 Indian Ivey Lane**
**Decula, Georgia 30019-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.617 0 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pratt Regional Medical Center**
**200 Commodore Street**
**Pratt, KS 67124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 1 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pratt Street HC Management**
**7002 Arundel Mills Circle, Suite 777**
**Hanover, MD 21076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 2 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Preble, Melinda**
**735 Colorado Ave**
**Palo Alto, California 94303-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 3 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Preble-Gaitz, Cecila**
**209 N Rojen Ct**
**Tucson, Arizona 85711-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 4 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Precision Component Industries, LLC**
**5325 Southway Street SW**
**Canton, OH 44706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 5 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Preda, Ramona**
**670 Sandra Lane**
**Wheeling, Illinois 60090-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 6 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Predki, Barbara**
**75 North Lambert Rd**
**Glen Ellyn, Illinois 60137-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.617 7**

**Nonpriority creditor's name and mailing address**

**PREMIER AG Location 011**
**811 W. 2nd Street**
**Seymour, IN 47274**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.617 8**

**Nonpriority creditor's name and mailing address**

**Premise One, LLC**
**240 S Mulberry**
**Mesa, AZ 85202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.617 9**

**Nonpriority creditor's name and mailing address**

**Prempeh, Regina**
**6542 S. California Ave**
**Chicago, Illinois 60629-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.618 0**

**Nonpriority creditor's name and mailing address**

**Presbyterian Community & Services**
**12475 Merit Drive**
**Dallas, TX 75251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.618 1**

**Nonpriority creditor's name and mailing address**

**Presbyterian Homes**
**3200 Grant St**
**Evanston, IL 60201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.618 2**

**Nonpriority creditor's name and mailing address**

**Prescher, Julaine**
**1904 SW Rock Creek CT**
**Blue Springs, Missouri 64015-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.618 3**

**Nonpriority creditor's name and mailing address**

**Prescott, Lakesha**
**885 Judson Road**
**Masury, Ohio 44438-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number _(if known)_ | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.618 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Presley, Hannah**
**3724 S. 74th W. Place**
**Tulsa, Oklahoma 74107-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Press Ganey Associates, Inc.**
**1 N. Franklin St. Suite 1550**
**Chicago, IL 60606**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Press, Bambi**
**PO Box 3655**
**Urbandale, Iowa 50323-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Preston, Rebecca**
**327 3rd Ave NE**
**PO Box 266**
**Choteau, Montana 59422-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Prewitt, Donald**
**6696 Willowridge Ct**
**Loveland, Ohio 45140-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Price, Adrienne**
**10656 Chelmsford Rd**
**Cincinnati, Ohio 45240-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Price, Erin**
**30 Willseyville Rd**
**Willseyville, New York 13864-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.619**
**1**

**Nonpriority creditor's name and mailing address**

**Price, Jacob**
**7312 Windchime Way**
**Temple, Texas 76502-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.619**
**2**

**Nonpriority creditor's name and mailing address**

**Price, Joelle**
**6314 Friars Rd**
**Unit 116**
**San Diego, California 92108-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.619**
**3**

**Nonpriority creditor's name and mailing address**

**Price, Sameka**
**12251 S Green**
**Chicago, Illinois 60643-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.619**
**4**

**Nonpriority creditor's name and mailing address**

**Price, Sarah**
**80 Price Road**
**Conway, Arkansas 72032-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.619**
**5**

**Nonpriority creditor's name and mailing address**

**Pride-Fesler, Marsha**
**404 N Kansas St.**
**Springdale, Arkansas 72764-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.619**
**6**

**Nonpriority creditor's name and mailing address**

**Prime Controls**
**1725 Lakepointe Drive**
**Lewisville, TX 75057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.619**
**7**

**Nonpriority creditor's name and mailing address**

**PRIMEX FAMILY OF COMPANIES**
**965 Wells St**
**Lake Geneva, WI 53147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.6198**

Nonpriority creditor's name and mailing address
**Prince, Tasha**
**4719 Baldwin st**
**Dallas, Texas 75210-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6199**

Nonpriority creditor's name and mailing address
**Princeton City School District**
**3900 Cottingham Drive**
**Cincinnati, OH 45241**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6200**

Nonpriority creditor's name and mailing address
**Prinova USA**
**285 E. Fullerton**
**Carol Stream, IL 60188**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6201**

Nonpriority creditor's name and mailing address
**Print Mail Solutions**
**23 Friends Lane**
**Newtown, PA 18940**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6202**

Nonpriority creditor's name and mailing address
**Pritchett, Shawntay**
**4879 Hamilton Ave**
**Cincinnati, Ohio 45223-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6203**

Nonpriority creditor's name and mailing address
**Pro Action of Steuben & Yates**
**117 E Steuben St Ste 11**
**Bath, NY 14810**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6204**

Nonpriority creditor's name and mailing address
**Pro Path**
**1355 River Bend Dr.**
**Dallas, TX 75247**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.620 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **PRO-PET LLC**<br>**1601 McKinley Rd**<br>**St. Marys, OH 45885** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.620 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Proano, Diane**<br>**1329 Sebring Circle**<br>**Elgin, Illinois 60120-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Wages / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.620 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **PROCACCI**<br>**3333 S. Front Street**<br>**Philadelphia, PA 19148** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.620 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Process Equipment & Service Co., Inc**<br>**P.O. Box 929**<br>**Farmington, NM 87499-0929** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.620 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Proctor, Bradley**<br>**5210 Tumbleweed**<br>**Amarillo, Texas 79110-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Wages / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.621 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Proctor, Krystle**<br>**5104 Bardith Circle**<br>**Virginia Beach, Virginia 23455-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Wages / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.621 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Professional Fire Fighters of Oklahoma**<br>**6103 Melrose Ln**<br>**Oklahoma City, OK 73102** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor / Other__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.621 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Profile Products LLC**
**750 Lake Cook Rd**
**Suite 440**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.621 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Profire Energy, Inc.**
**321 South 1250 West, Suite #1**
**Lindon, UT 84042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.621 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Proforma - IH**
**P.O. Box 640814**
**Cincinnati, OH 45264-0814**

Date(s) debt was incurred **4/16/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$998.89**

---

| 3.621 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Profumo, Laura**
**2338 Adwell Street Apt A.**
**Murfreesboro, Tennessee 37129-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.621 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Progressive Recovery, Inc.**
**700 Industrial Drive**
**Dupo, IL 62239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.621 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**PROSOCO**
**3741 Greenway Circle**
**Lawrence, KS 66046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.621 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Prospect Heights SD 23**
**700 North Schoenbeck Road**
**Prospect Heights, IL 60070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.621 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Protect Controls, Inc.**
**3212 Old Highway 105 East**
**Conroe, TX 77301**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Proud, Mariah**
**119 Ridgeway Dr**
**Lolo, Montana 59847-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Prout, Stephanie**
**10432 Utah Road**
**Bloomington, Minnesota 55438-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Providence Management Company, LLC**
**1247 Waukegan Road**
**Suite 200**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Proviso Area for Except Children (PAEC)**
**1000 Van Buren St.**
**Maywood, IL 60153**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Provost, Keren**
**13163 Nebraska Ave**
**kansas city, Kansas 66109-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Prudhomme, Nikki**
**Po Box 1564**
**Rock Springs, Wyoming 82902-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.622 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pruett, Mariah**
**1100 Lakefront Cmns**
**Unit 328**
**Newport News, Virginia 23606-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pruismann, Erika**
**313 SW Pleasant Street**
**Ankeny, Iowa 50023-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pruitt, Karisha**
**525 Celeste Road**
**Apt. E**
**Saraland, Alabama 36571-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pucko, Scott**
**4734 106th Ave NE**
**Blaine, Minnesota 55014-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pugh-Burton, Jocasta**
**12812 W. Lee Avenue**
**Waukegan, Illinois 60085-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pujols de Mendez, Roberta**
**10526 171 street**
**jamaica, New York 11433-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pulver, Elizabeth**
**4663 Blackrock Ave**
**La Verne, California 91750-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|

Name

---

**3.623**
**3**

**Nonpriority creditor's name and mailing address**
**Purcell Tire Company**
**300 N. Hall St.**
**Potosi, MO 63664**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.623**
**4**

**Nonpriority creditor's name and mailing address**
**Pusateri, Maureen**
**7705 E. Medlock Drive**
**Scottsdale, Arizona 85250-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.623**
**5**

**Nonpriority creditor's name and mailing address**
**Qatar Airways USA**
**350 5th Ave., Suite 7630**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.623**
**6**

**Nonpriority creditor's name and mailing address**
**Qatato, Nadia**
**203 Wingcup Way**
**Simpsonville, South Carolina 29680-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.623**
**7**

**Nonpriority creditor's name and mailing address**
**Quach, Christina**
**3627 Odessa Ln**
**Sacramento, California 95834-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.623**
**8**

**Nonpriority creditor's name and mailing address**
**Quadient Finance USA**
**PO BOX 6813**
**Carol Stream, IL 60197-6813**

Date(s) debt was incurred  **4/12/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$2,429.97**

---

**3.623**
**9**

**Nonpriority creditor's name and mailing address**
**Quadient Leasing-IH**
**Dept 3682**
**P.O Box 123682**
**Dallas, TX 75312-3682**

Date(s) debt was incurred  **4/2/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$6,529.95**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.624 0 | **Nonpriority creditor's name and mailing address** <br> **Quadri, Victoria** <br> **3125 Alexander** <br> **Flossmoor, Illinois 60422-0000** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Wages / Other** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|

| 3.624 1 | **Nonpriority creditor's name and mailing address** <br> **Quality Electrical Systems, Inc.** <br> **646 West 9th Ave** <br> **Midvale, UT 84047** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Vendor / Other** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| 3.624 2 | **Nonpriority creditor's name and mailing address** <br> **QualityCare Connect aka ArmadaHealth** <br> **230 Shilling Circle** <br> **Suite 140** <br> **Hunt Valley, MD 21031** <br><br> Date(s) debt was incurred  5/15/2020 <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Vendor / Other** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$5,042.25** |

| 3.624 3 | **Nonpriority creditor's name and mailing address** <br> **Qualls, Joseph** <br> **3216 Bisco Dr.** <br> **Knoxville, Tennessee 37931-0000** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Wages / Other** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| 3.624 4 | **Nonpriority creditor's name and mailing address** <br> **Quantum Color Graphics, LLC.** <br> **6511 W. Oakton Street** <br> **Morton Grove, IL 60053-2728** <br><br> Date(s) debt was incurred  4/1/2020 <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Vendor / Other** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$46,004.23** |

| 3.624 5 | **Nonpriority creditor's name and mailing address** <br> **Quantum Corporation** <br> **10125 Federal Drive** <br> **Colorado Springs, CO 80908** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Vendor / Other** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| 3.624 6 | **Nonpriority creditor's name and mailing address** <br> **Quarles & Brady LLP** <br> **411 E Wisconsin Ave, Ste 2400** <br> **Milwaukee, WI 53202** <br><br> Date(s) debt was incurred  4/30/2020 <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Vendor / Other** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$8,746.00** |

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.624 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Quashie, Safiya**
**206 Cannon Ball Way**
**Odenton, Maryland 21113-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Queen Bee SD 16**
**1560 Bloomingdale Road**
**Glendale Heights, IL 60139**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Quigley, Mary**
**10866 Washington Blvd. #79**
**Culver City, California 90232-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Quilantan, Vicky**
**1813 Gillham Dr**
**Brownfield, Texas 79316-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$262.50** |
|---|---|---|---|

**Quinn Rose Sluzenski**
**2334 N Sacramento Ave**
**Chicago, IL 60647**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/28/2020

Last 4 digits of account number __

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Quinn, Erika**
**100 Edgewood DR 2126**
**Maumelle, Arkansas 72113-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Quinn, Kimberly**
**2240 Clayton Circle**
**Superior, Colorado 80027-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.625**
**4**

Nonpriority creditor's name and mailing address
**Quinonez, Kevin**
**7540 De Soto Avenue**
**Canoga Park, California 91303-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.625**
**5**

Nonpriority creditor's name and mailing address
**Quintanilla, Eddie**
**37838 Sulpher Springs Rd**
**Palmdale, California 93552-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.625**
**6**

Nonpriority creditor's name and mailing address
**Quintero, Hugo**
**19160 Box Canyon Road**
**Corona, California 92881-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.625**
**7**

Nonpriority creditor's name and mailing address
**Quinteros, Paula**
**5764 Stevens Forest Road**
**Apt. 920**
**Columbia, Maryland 21045-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.625**
**8**

Nonpriority creditor's name and mailing address
**R&B Wagner**
**10600 West Brown Deer Road**
**Milwaukee, WI 53224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.625**
**9**

Nonpriority creditor's name and mailing address
**R+D Custom Automation, Inc.**
**23411 W. Wall Street**
**Lake Villa, IL 60046**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.626**
**0**

Nonpriority creditor's name and mailing address
**R.J. O'Brien & Associates LLC**
**222 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.626**
**1**

**Nonpriority creditor's name and mailing address**

R.K. Miles, Inc.
590 Depot Street
Manchester Center, VT 05255

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.626**
**2**

**Nonpriority creditor's name and mailing address**

R1 RCM Inc.
401 N. Michigan Ave.
Suite 2700
Chicago, IL 60611

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.626**
**3**

**Nonpriority creditor's name and mailing address**

Radan, Amanda
12218 N 45th Ln
Glendale, Arizona 85304-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.626**
**4**

**Nonpriority creditor's name and mailing address**

Rader, Laura
3463 Fowler Ave
Santa Clara, California 95051-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.626**
**5**

**Nonpriority creditor's name and mailing address**

Radke-Williams, Vicky
103 McDowell Dr
Box Elder, South Dakota 57719-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.626**
**6**

**Nonpriority creditor's name and mailing address**

Rae, Heather
10200 Boston Lane
Knoxville, Tennessee 37932-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.626**
**7**

**Nonpriority creditor's name and mailing address**

Rafizadeh, Faramarz
1740 Laguna St, APT B
Concord, California 94520-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.6268**

**Nonpriority creditor's name and mailing address**
**Raina Roeder**
**S83 W32800 N Oak Tree Court**
**Mukwonago, WI 53149**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6269**

**Nonpriority creditor's name and mailing address**
**Rainey, Shante**
**7108 N. 46th Street**
**Milwaukee, Wisconsin 53223-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6270**

**Nonpriority creditor's name and mailing address**
**Rajan, Bharath**
**15716 Opal Fire Dr.**
**Austin, Texas 78728-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6271**

**Nonpriority creditor's name and mailing address**
**Ralph, Shannon**
**8409 Shale Drive**
**Madison, Wisconsin 53719-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6272**

**Nonpriority creditor's name and mailing address**
**Ralph, Stephanie**
**42w640 Jericho Rd, Unit D**
**Sugar Grove, Illinois 60554-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6273**

**Nonpriority creditor's name and mailing address**
**Ramer, Samuel**
**4719 SW 21st St.**
**Topeka, Kansas 66604-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6274**

**Nonpriority creditor's name and mailing address**
**Ramirez, Amelinda**
**985 Albion St**
**Denver, Colorado 80220-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.627 5**

**Nonpriority creditor's name and mailing address**
**Ramirez, George**
**317 W Whispering Oaks Ln**
**Round Lake, Illinois 60073-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.627 6**

**Nonpriority creditor's name and mailing address**
**Ramirez, Leticia**
**6851 Weiser St J208**
**Orlando, Florida 32821-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.627 7**

**Nonpriority creditor's name and mailing address**
**Ramirez, Noemi**
**245 Knightsbridge Drive**
**Mundelein, Illinois 60060-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.627 8**

**Nonpriority creditor's name and mailing address**
**Ramirez, Richard**
**275 Murcia Drive #207**
**Jupiter, Florida 33458-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.627 9**

**Nonpriority creditor's name and mailing address**
**Ramirez, Sandra**
**1105 Front st**
**apt 2**
**Aurora, Illinois 60505-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.628 0**

**Nonpriority creditor's name and mailing address**
**Ramirez, Wendy**
**525 North 4th Street #105**
**Montebello, California 90640-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.628 1**

**Nonpriority creditor's name and mailing address**
**Ramos, Amie**
**5806 Kennedy Terrace Apt J116**
**Gary, Indiana 46403-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.628 2**

**Nonpriority creditor's name and mailing address**
**Ramos, Kimberly**
**1749 Bluestem Lane**
**Glenview, Illinois 60026-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.628 3**

**Nonpriority creditor's name and mailing address**
**Ramos-Mason, Marisa**
**104 Crestfield Drive**
**Fquay-Varina, North Carolina 27526-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.628 4**

**Nonpriority creditor's name and mailing address**
**Rampart Plumbing and Heating Supply, Inc**
**1801 N. Union Blvd**
**Colorado Springs, CO 80909**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.628 5**

**Nonpriority creditor's name and mailing address**
**Ramsey, Steven**
**732 Highland Ave**
**Waynesboro, Virginia 22980-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.628 6**

**Nonpriority creditor's name and mailing address**
**Ramsey, Tamura**
**3015 Garland**
**Erie, Pennsylvania 16506-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.628 7**

**Nonpriority creditor's name and mailing address**
**Randall Consolidated School District**
**37101 87th St**
**Burlington, WI 53105**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.628 8**

**Nonpriority creditor's name and mailing address**
**Randall, Andrea**
**P.O. Box 73**
**Augusta, Illinois 62311-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.6289**

**Nonpriority creditor's name and mailing address**
**Randle, Chastity**
**2216 Bella Vista Way**
**Port St Lucie, Florida 34952-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6290**

**Nonpriority creditor's name and mailing address**
**Randolph-Warren, Arlene**
**1048 N. Lawler Ave**
**Chicago, Illinois 60651-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6291**

**Nonpriority creditor's name and mailing address**
**Ranish, Lindsey**
**2425 L Street NW, Apt 621**
**Washington, District of Columbia 20037-0**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6292**

**Nonpriority creditor's name and mailing address**
**Rankin, Ariel**
**1213 Gordon Street, Apt 10**
**Los Angeles, California 90038-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6293**

**Nonpriority creditor's name and mailing address**
**Rannenberg, Nancy**
**228 Town Colony Drive**
**Middletown, Connecticut 06457-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6294**

**Nonpriority creditor's name and mailing address**
**Rapp, Terrie**
**3233 Crooked Tree Drive**
**Mason, Ohio 45040-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6295**

**Nonpriority creditor's name and mailing address**
**Rashid, Amber**
**2419 - 31st Ave**
**Gulfport, Mississippi 39501-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Interactive Health Solutions, Inc.**

Name

Case number (if known)   **20-11530 (BLS)**

---

| 3.629 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rashid, Carlinda**
**2608 Honduras Dr**
**Gautier, Mississippi 39553-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rashid, Chelsey**
**295 Ashland Avenue #9**
**Buffalo, New York 14222-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rasmussen, Ashley**
**1333 W Touhy Ave #316**
**Park Ridge, Illinois 60068-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rasmussen, Paige**
**843 Calle Pinata**
**Thousand Oaks, California 91360-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rasor, Cara**
**249 Dehoff Dr**
**Austintown, Ohio 44515-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ratajczak, Julia**
**3964 Bay Road**
**Whiteford, Maryland 21160-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rath, Theresa**
**13 Yorktown Circle**
**Arden, North Carolina 28704-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

**3.630 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Rausch, Colleen** <br> **3460 S 82nd Street** <br> **Omaha, Nebraska 68124-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.630 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ravalli County** <br> **215 S. Fourth STE. A** <br> **Hamilton, MT 59840** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.630 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ravenscraft, Sara** <br> **5408 Center Lane** <br> **Waterford, Wisconsin 53185-0000** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.630 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ray Klein, Inc.** <br> **400 International Way, #100** <br> **Springfield, OR 97477** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.630 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ray, Catherine** <br> **264 Wyandotte St** <br> **Edwardsville, Illinois 62025-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.630 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ray, Jemille** <br> **3212 W. Warren Blvd apt.2** <br> **Chicago, Illinois 60624-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.630 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ray, Linda** <br> **583 Rena Drive** <br> **Springville, Alabama 35146-0000** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.631 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Raycraft, Bryan**
**10132 McCabe Rd**
**Brighton, Michigan 48116-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.631 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rayford, Keshauna**
**5735 Wintrop Ave**
**Cincinnati, Ohio 45224-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.631 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Raymond, Rhonda**
**5604 Southwest Parkway #1523**
**Austin, Texas 78735-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.631 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Raynor Garage Door**
**1101 East River Drive**
**Dixon, IL 61021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.631 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Raysin, Jeanette**
**4360 Woodrow Avenue**
**Burton, Michigan 48509-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.631 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rdsquared, LLC aka Rebecca Davis HC**
**9412 Twin Spruce Drive**
**Saint Louis, MO 63126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.631 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RDX-Remote DBA Experts, LLC**
**2000 Westinghouse Drive**
**Cranberry Twp, PA 16066**

Date(s) debt was incurred  **5/31/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$10,946.50**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.631**
**7**

**Nonpriority creditor's name and mailing address**
**Readerlink LLC**
**1420 Kensington Rd Suite 300**
**Oak Brook, IL 60523**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.631**
**8**

**Nonpriority creditor's name and mailing address**
**Reaves, Julie**
**3832 W US Hwy 14**
**Janesville, Wisconsin 53548-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.631**
**9**

**Nonpriority creditor's name and mailing address**
**Reavis High School SD 220**
**6034 W. 77th Street**
**Burbank, IL 60459**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.632**
**0**

**Nonpriority creditor's name and mailing address**
**Recto, Allyson**
**3809 W. Wabansia**
**Chicago, Illinois 60647-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.632**
**1**

**Nonpriority creditor's name and mailing address**
**Rector, Alexandria**
**2105 Sunbriar Lane**
**Gwynn Oak, Maryland 21207-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.632**
**2**

**Nonpriority creditor's name and mailing address**
**Redel, Daria**
**12437 Meadow Green Pl**
**St Louis, Missouri 63141-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.632**
**3**

**Nonpriority creditor's name and mailing address**
**Redline Plastics**
**Manitowoc**
**WI, WI**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.632 4**

**Nonpriority creditor's name and mailing address**

**Redstone Highlands
126 Mathews St., Suite 2800
Greensburg, PA 15601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.632 5**

**Nonpriority creditor's name and mailing address**

**Reed Automotive Group, Inc.
3921 Frederick Ave
Saint Joseph, MO 64506**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.632 6**

**Nonpriority creditor's name and mailing address**

**Reed, Deborah
545 Walker Rd
Troy, Missouri 63379-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.632 7**

**Nonpriority creditor's name and mailing address**

**Reed, Jillian
1544 Bristol Lane
Unit 2
Wood Dale, Illinois 60191-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.632 8**

**Nonpriority creditor's name and mailing address**

**Reed, Lynn
2056 E. Browning Pl
Chandler, Arizona 85286-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.632 9**

**Nonpriority creditor's name and mailing address**

**Reed-Custer CUSD #255
255 Comet Drive
Braidwood, IL 60408**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.633 0**

**Nonpriority creditor's name and mailing address**

**Reeder Distributors, Inc.
5450 Wilbager
Fort Worth, TX 76119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.633**
**1**

**Nonpriority creditor's name and mailing address**
**Reedsburg Area Medical Center**
**2000 N Dewey Ave**
**Reedsburg, WI 53959**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.633**
**2**

**Nonpriority creditor's name and mailing address**
**Reedy Industries**
**2440 Ravine Way**
**Suite 200**
**Glenview, IL 60025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.633**
**3**

**Nonpriority creditor's name and mailing address**
**Reemtsma, Jenifer**
**15245 74th Ave N**
**Maple Grove, Minnesota 55311-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.633**
**4**

**Nonpriority creditor's name and mailing address**
**Reese, Wendy**
**P.O. Box 773**
**Pittsfield, Vermont 05762-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.633**
**5**

**Nonpriority creditor's name and mailing address**
**Ref-Chem**
**1128 S. Grandview**
**Odessa, TX 79761**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.633**
**6**

**Nonpriority creditor's name and mailing address**
**Reger, Julianne**
**1015 Valley Bluff Drive Apt 11**
**Perrysburg, Ohio 43551-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.633**
**7**

**Nonpriority creditor's name and mailing address**
**Regional School District #6**
**98 Wamogo Road**
**Litchfield, CT 06759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.633 8**

**Nonpriority creditor's name and mailing address**

**REGIONAL TRANSPORTATION AUTHORITY**
**175 West Jackson Blvd.**
**Suite 1550**
**Chicago, IL 60604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.633 9**

**Nonpriority creditor's name and mailing address**

**Regional West Health Services**
**4021 Avenue B**
**Scottsbluff, NE 69361**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.634 0**

**Nonpriority creditor's name and mailing address**

**Reheard, Linda**
**649 Hershey Ave**
**Lancaster, Pennsylvania 17603-5703**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.634 1**

**Nonpriority creditor's name and mailing address**

**Reichardt, Jennifer**
**743 Windsong Lane**
**Rockwall, Texas 75032-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.634 2**

**Nonpriority creditor's name and mailing address**

**Reichart, Michele**
**1508 Bedworth Rd**
**Lutherville, Maryland 21093-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.634 3**

**Nonpriority creditor's name and mailing address**

**Reichman, Lauren**
**12224 Crabapple St.**
**Broomfield, Colorado 80020-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.634 4**

**Nonpriority creditor's name and mailing address**

**Reid, Aaron**
**4834 W Harrison St**
**Apt 1**
**Chicago, Illinois 60644-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.634 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reid, Karysha**
**4503 Havenwood Drive**
**Greensboro, North Carolina 27407-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reid, Melissa**
**109 Jake Pine Dr**
**Pasadena, Maryland 21122-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reid, Shena**
**4902 Goodnow Road Apt G**
**Baltimore, Maryland 21206-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reid, Timothy**
**2660 Thomasville Ct, Apt 1421**
**Cincinnati, Ohio 45238-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reiman Corp.**
**2400 West College Drive**
**PO Box 1007**
**Cheyenne, WY 82003**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reis, Paula**
**3200 NW 120th Way**
**Sunrise, Florida 33323-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reitterer, Rebecca**
**300 Ailes Rd**
**Delta, Pennsylvania 17314-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.635 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**RelaDyne**
**8280 Montgomery Rd. Suite 101**
**Cincinnati, OH 45236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.635 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Reliance Bank**
**401 S Logan Blvd**
**Altoona, PA 16602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.635 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Relova, Jannine**
**12232 Viarna St.**
**Cerritos, California 90703-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.635 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Remington Seeds, LLC**
**4746 W. US 24**
**Remington, IN 47977**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.635 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Remington, Judith**
**702 Lawson Dr**
**Lake Orion, Michigan 48362-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.635 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renaud, Victoria**
**404 W Downer**
**Aurora, Illinois 60506-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.635 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renfroe, Jenna**
**597 Flat Shoals Road**
**Gray, Georgia 31032-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.635 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Renick, Beth**
**P.O. Box 5279**
**Bozeman, Montana 59717-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Renteria, Yvette**
**11201 Campestre #a**
**El Paso, Texas 79936-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Resendez, Karlene**
**316 West Klein Road**
**New Braunfels, Texas 78130-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Resource Center, The**
**200 Dunham Ave**
**Jamestown, NY 14701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Resquer, Arisa**
**709 Cimity Court**
**San Jose, California 95138-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ressler Motors**
**8474 Huffine Ln**
**Bozeman, MT 59718**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**RetailMeNot, Inc.**
**301 Congress Avenue, Suite 700**
**Austin, TX 78701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.636 6**

**Nonpriority creditor's name and mailing address**
**Retif Oil and Fuel**
**1840 Jutland Drive**
**Harvey, LA 70058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.636 7**

**Nonpriority creditor's name and mailing address**
**Retzler, Jo Elaine**
**4737 Bryant Ave S**
**Minneapolis, Minnesota 55419-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.636 8**

**Nonpriority creditor's name and mailing address**
**Reuschel, Kyley**
**1930 East 1650th St**
**Coatsburg, Illinois 62325-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.636 9**

**Nonpriority creditor's name and mailing address**
**Reust, Meg**
**126A Ivy Hill Lane**
**Medina, Ohio 44256-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.637 0**

**Nonpriority creditor's name and mailing address**
**Reuter, Erin**
**1223 Dallas Drive**
**Greencastle, Pennsylvania 17225-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.637 1**

**Nonpriority creditor's name and mailing address**
**Revcor, Inc.**
**251 Edwards Avenue**
**Carpentersville, IL 60110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.637 2**

**Nonpriority creditor's name and mailing address**
**Revello, Bridget**
**407 Venus Lane, Unit 2**
**Ligionier, Pennsylvania 15658-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.637 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Revello, Brooke**
**751 Samuels Road**
**Somerset, Pennsylvania 15501-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Reyers, Tammy**
**1525 Grand Ave Pkwy #9-306**
**Pflugerville, Texas 78660-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Reyes Automotive Group**
**1 Lone Star Pass**
**Bldg 28**
**San Antonio, TX 78264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Reyes, Gabriela**
**253 Panorama Dr**
**Benicia, California 94510-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Reyes, Julienne**
**167 Avalon Ct**
**San Ramon, California 94582-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Reyes, Marlon**
**709 West Park Avenue**
**APT 107**
**Libertyville, Illinois 60048-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Reyes, Rhia**
**134 Aldenglen Dr**
**South San Francisco, California 94080-00**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.638 0**

**Nonpriority creditor's name and mailing address**

**Reyes-Cifuentes, Geiner**
**8725 Anaum Ln**
**Yukon, Oklahoma 73099-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.638 1**

**Nonpriority creditor's name and mailing address**

**Reynolds, Carla**
**77135 Indiana Ave**
**Palm Desert, California 92211-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.638 2**

**Nonpriority creditor's name and mailing address**

**Reynolds, Jane**
**205 Roger Powell Rd**
**Sebree, Kentucky 42455-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.638 3**

**Nonpriority creditor's name and mailing address**

**Reynolds, Jeffrey**
**3121 Davis Ln**
**Apt 6402**
**Austin, Texas 78748-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.638 4**

**Nonpriority creditor's name and mailing address**

**Reynolds, Leslie**
**230 FIrewood Lane**
**Galloway, Ohio 43119-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.638 5**

**Nonpriority creditor's name and mailing address**

**Reynolds, Megan**
**1047 Holcombe Road Apt. B**
**Decatur, Georgia 30032-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.638 6**

**Nonpriority creditor's name and mailing address**

**Reynolds, Nelida**
**1308 Frederick Road**
**Catonsville, Maryland 21228-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.638 7**

**Nonpriority creditor's name and mailing address**
**Rezner, Rebecca**
**4727 West Chicory Lane**
**Appleton, Wisconsin 54914-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.638 8**

**Nonpriority creditor's name and mailing address**
**Rheams, Shannon**
**22025 Scott Drive**
**Richton Park, Illinois 60471-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.638 9**

**Nonpriority creditor's name and mailing address**
**Rhiel, Katelyn**
**2004 Kemmerer Street**
**Bethlehem, Pennsylvania 18017-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.639 0**

**Nonpriority creditor's name and mailing address**
**Rhoades, Spring**
**2820 Ginger Lane**
**Washington Court House, Ohio 43160-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.639 1**

**Nonpriority creditor's name and mailing address**
**Rhoades, Tammy**
**601 Dickey Ave**
**Greenfield, Ohio 45123-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.639 2**

**Nonpriority creditor's name and mailing address**
**Rhode Island Department of Revenue**
**Rhose Island Division of Taxation**
**One Capitol Hill**
**Providence, RI 02908**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Taxing Authority**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.639 3**

**Nonpriority creditor's name and mailing address**
**Rhodes SD 84.5**
**8931 W Fullerton**
**River Grove, IL 60171**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.639 4**

**Nonpriority creditor's name and mailing address**
**Rhodes, Alison**
**2650 Cooper Ave #110**
**Springfield, Illinois 62704-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.639 5**

**Nonpriority creditor's name and mailing address**
**Rhodes, Christina**
**1121 Jenkins Fork Road**
**Fayetteville, West Virginia 25840-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.639 6**

**Nonpriority creditor's name and mailing address**
**Rhodes, Nicole**
**27312 NE 151st Pl**
**Duvall, Washington 98019-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.639 7**

**Nonpriority creditor's name and mailing address**
**Rhoten, Rachel**
**509 Vorils Lane #103**
**Wilmington, North Carolina 28411-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.639 8**

**Nonpriority creditor's name and mailing address**
**Ricca, Shannon**
**5396 Branch Creek Circle**
**Mason, Ohio 45040-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.639 9**

**Nonpriority creditor's name and mailing address**
**Rice, Katie**
**200 Cedar Bend Dr.**
**Apt. 1133**
**Austin, Texas 78758-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.640 0**

**Nonpriority creditor's name and mailing address**
**Rice, Latasha**
**1208 West Main St.**
**Apt. 4A**
**Union, South Carolina 29379-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **Interactive Health Solutions, Inc.** |
| | Name |

Case number (if known)    **20-11530 (BLS)**

---

**3.640**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Rice, Ruth**<br>**6 Crossfield Rd**<br>**Rochester, New York 14609-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.640**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Rice, Shelia**<br>**230 2nd St Thomas**<br>**Birmingham, Alabama 35214-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.640**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Rice, Tracy**<br>**1211 N Miller Rd**<br>**Unit 119**<br>**Scottsdale, Arizona 85257-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.640**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Rich Products**<br>**One Robert Rich Way**<br>**Buffalo, NY 14213** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.640**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Rich Township HSD227**<br>**20550 South Cicero Ave.**<br>**Matteson, IL 60443** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.640**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.00 |
|---|---|---|
| **Richard L Bottrell Agency**<br>**6142 Masonic Drive**<br>**Alexandria, LA 71301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **3/25/2020** | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.640**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Richards, Eileen**<br>**5149 s. Lawler Ave.**<br>**Chicago, Illinois 60638-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.6408**

**Nonpriority creditor's name and mailing address**
**Richards, Ryan**
**901 Lynwood Court**
**Cranberry Township, Pennsylvania 16066-0**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6409**

**Nonpriority creditor's name and mailing address**
**Richardson, April**
**3815 Liverpool Ave**
**Moss Point, Mississippi 39563-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6410**

**Nonpriority creditor's name and mailing address**
**Richardson, Chantelle**
**180 Occoneechee Trail**
**Hollister, North Carolina 27844-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6411**

**Nonpriority creditor's name and mailing address**
**Richardson, Dashaunda**
**3263 Holman**
**Houston, Texas 77004-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6412**

**Nonpriority creditor's name and mailing address**
**Richardson, Evelyn**
**4005 High Acres Road**
**Roanoke, Virginia 24017-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6413**

**Nonpriority creditor's name and mailing address**
**Richardson, Kaundra**
**625 Thomas St**
**Orange, New Jersey 07050-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6414**

**Nonpriority creditor's name and mailing address**
**Richardson, Robin**
**52 Rolfe Road**
**Windham, Maine 04062-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.641 5**

**Nonpriority creditor's name and mailing address**
**Richie, Melinda**
**3607 Pontiac Ave**
**Lubbock, Texas 79407-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.641 6**

**Nonpriority creditor's name and mailing address**
**Richmond, Joseph**
**381 Sunset Drive**
**Carlisle, Ohio 45005-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.641 7**

**Nonpriority creditor's name and mailing address**
**Richmond, Sheryl**
**20617 28th Ave. W. B2**
**Lynnwood, Washington 98036-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.641 8**

**Nonpriority creditor's name and mailing address**
**Rickard, Jessica**
**47 Peters Way**
**North Attleboro, Massachusetts 02760-000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.641 9**

**Nonpriority creditor's name and mailing address**
**Ricker, Molly**
**28 Chesterfield Drive**
**Concord, New Hampshire 03301-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.642 0**

**Nonpriority creditor's name and mailing address**
**Rickerd, Debra**
**177 Avon Avenue**
**Lexington, Kentucky 40505-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.642 1**

**Nonpriority creditor's name and mailing address**
**Ricks, Hermenia**
**724 Quail Drive**
**Saginaw, Texas 76131-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.642 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rider, Frances**
**1304 Blackstone Way**
**Bogart, Georgia 30622-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ridgeland SD 122**
**6500 W. 95th Street**
**Oak Lawn, IL 60453**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ridgely, Megan**
**234 8th St**
**West Des Moines, Iowa 50265-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ridlen, Teresa**
**2309 Hillis Ct**
**Kokomo, Indiana 46902-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ridley, Gloria**
**1605 West Augusta Blvd #179**
**Fairfield, Ohio 45014-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Riendeau, Johanne**
**14 Boyd Road**
**Hudson, New Hampshire 03501-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rife, Amber**
**5321 Dan Post Way**
**Murfreesboro, Tennessee 37128-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.6429**

**Nonpriority creditor's name and mailing address**
**Rifkin, Samantha**
**1054 W Hollywood Ave**
**Apt 2W**
**Chicago, Illinois 60660-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.6430**

**Nonpriority creditor's name and mailing address**
**Rigueiro, Jesus**
**540 Granby Road**
**South Hadley, Massachusetts 01075-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.6431**

**Nonpriority creditor's name and mailing address**
**Riji, Hawa**
**4251 9th Ave. Circle S #101**
**Fargo, North Dakota 58103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.6432**

**Nonpriority creditor's name and mailing address**
**Riley, Audrey**
**1081 Marshall Graves Rd**
**Yanceyville, North Carolina 27379-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.6433**

**Nonpriority creditor's name and mailing address**
**Riley, Jared**
**8530 Plantain Court**
**Indianapolis, Indiana 46278-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.6434**

**Nonpriority creditor's name and mailing address**
**Riley, Melani**
**413 North Firewood Avenue**
**Broken Arrow, Oklahoma 74012-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.6435**

**Nonpriority creditor's name and mailing address**
**Rimas, Matthew Charles**
**479 Saint Charles Street**
**Elgin, Illinois 60120-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.643 6**

**Nonpriority creditor's name and mailing address**

**Rincon, Carmen**
**10630 Sw 158 Ct**
**Apt 103**
**Miami, Florida 33196-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.643 7**

**Nonpriority creditor's name and mailing address**

**Ring, Michaela**
**4209 Hamilton Street**
**San Diego, California 92104-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.643 8**

**Nonpriority creditor's name and mailing address**

**Ringbloom, Jane**
**137 Winfield Chase Drive**
**Madison, Alabama 35758-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.643 9**

**Nonpriority creditor's name and mailing address**

**Rink, Virginia**
**21500 Burbank Blvd #311**
**Woodland Hills, California 91367-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.644 0**

**Nonpriority creditor's name and mailing address**

**Rinzel, Robert**
**9705 Park Drive #4**
**Omaha, Nebraska 68127-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.644 1**

**Nonpriority creditor's name and mailing address**

**Rios, Natalia**
**7713 Lenape Trail**
**Austin, Texas 78736-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.644 2**

**Nonpriority creditor's name and mailing address**

**Ripling, Mikayla**
**24071 Regents Park Circle**
**Santa Clarita, California 91355-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.644 3**

**Nonpriority creditor's name and mailing address**
**Risc Management & Consulting**
**500 N Randall Rd. #532**
**Batavia, IL 60510**

Date(s) debt was incurred  6/1/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

$2,860.00

---

**3.644 4**

**Nonpriority creditor's name and mailing address**
**Risc Management & Consulting**
**500 N Randall Rd. #532**
**Batavia, IL 60510**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.644 5**

**Nonpriority creditor's name and mailing address**
**Riske, Aaron**
**5737 Gardner Court**
**Hanover Park, Illinois 60133-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.644 6**

**Nonpriority creditor's name and mailing address**
**Riskind, Patricia**
**829 Elmwood Ave**
**Wilmette, Illinois 60091-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.644 7**

**Nonpriority creditor's name and mailing address**
**Ritch, Samuel**
**324 St Augustine Ave**
**Tampa, Florida 33617-7230**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.644 8**

**Nonpriority creditor's name and mailing address**
**Ritchie, William**
**1084 Clubhouse Dr**
**Independence, Kentucky 41051-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.644 9**

**Nonpriority creditor's name and mailing address**
**Ritter, Kathryn**
**1469 S. Moline St**
**Aurora, Colorado 80012-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

**3.645 0**

**Nonpriority creditor's name and mailing address**
**Ritzville Warehouse Company**
**201 East 1st Ave**
**Ritzville, WA 99169**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.645 1**

**Nonpriority creditor's name and mailing address**
**Rivard, Katherine**
**695 Glenbrook Ave North**
**St Paul, Minnesota 55128-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.645 2**

**Nonpriority creditor's name and mailing address**
**RIVER BEND SCHOOL DIST.**
**1110 Third St.**
**Fulton, IL 61252**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.645 3**

**Nonpriority creditor's name and mailing address**
**River Forest SD 90**
**7560 Oak Avenue**
**River Forest, IL 60305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.645 4**

**Nonpriority creditor's name and mailing address**
**River Trails SD 26**
**1900 East Kensington Road**
**Mt Prospect, IL 60056**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.645 5**

**Nonpriority creditor's name and mailing address**
**Rivera, Charles**
**7918 Sandpoint Blvd**
**Orlando, Florida 32819-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.645 6**

**Nonpriority creditor's name and mailing address**
**Rivera, Cierra**
**312 parakeet drive**
**Little Elm, Texas 75068-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.6457**

**Nonpriority creditor's name and mailing address**
**Rivera, Cyndia**
**105 Bella Rosa Circle**
**Sanford, Florida 32771-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6458**

**Nonpriority creditor's name and mailing address**
**Rivera, Dave**
**400 Naval Base Road**
**Norfolk, Virginia 23505-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6459**

**Nonpriority creditor's name and mailing address**
**Rivera, Deyanira**
**2912 Beulah**
**River Grove, Illinois 60171-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6460**

**Nonpriority creditor's name and mailing address**
**Rivera, Gabriela**
**12601 SE River Road**
**Apt 212**
**Milwaukie, Oregon 97222-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6461**

**Nonpriority creditor's name and mailing address**
**Rivera, Leida**
**777 Bateswood dr Apt 53**
**Brighton Oaks**
**777 Bateswood dr Apt 53**
**houston, Texas 77079-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6462**

**Nonpriority creditor's name and mailing address**
**Rivera, Tierra**
**9531 St Hwy 151 #16301**
**San Antonio, Texas 78251-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.646 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rivera-Velez, Yazmin**
**7102 Daniel John Drive**
**Elkridge, Maryland 21075-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Riverbed Technology, Inc.**
**680 Folsom St, 7th Floor**
**San Francisco, CA 94107**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rivers Casino**
**3000 South River Road**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Riverside Brookfield HSD 208**
**160 Riverwood Road**
**Riverside, IL 60546**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Riverside Elementary School District**
**1414 S. 51st Ave**
**Phoenix, AZ 85043**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Riverside SD 96**
**3340 South Harlem**
**Riverside, IL 60546**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$336.00** |
|---|---|---|---|

**Riverside WorkForce Health**
**400 S. Kennedy Drive**
**Bradley, IL 60915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2020

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.647 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**RMO, Inc.**
**650 West Colfax Avenue**
**Denver, CO 80204**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,000.00** |
|---|---|---|---|

**RNS Solutions, Inc**
**1770 N. Park Street, Ste.#100**
**Chicago, IL 60653**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/19/2020

Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Roach, Laura**
**7402 W. Rim Drive**
**Austin, Texas 78731-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Roadman, Lizabeth**
**3370 Shadow Tree Dr, Apt 424**
**Sacramento, California 95834-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Robbins, Laura**
**10514 Tom Frost Road**
**Catawissa, Missouri 63015-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Robbins, Sindy**
**11633 Milbank Lane**
**Cincinnati, Ohio 45249-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Roberson, Bobby**
**12401 E 49th Street**
**Independence, Missouri 64055-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.647 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Roberson, Genese**
**717 Woodbridge Center Way**
**Edgewood, Maryland 21040-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Roberson, Randie**
**8101 S STEWART Ave**
**Chicago, Illinois 60620-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Roberson, Vanessa**
**545 Beverly Hills Dr**
**Van Buren, Arkansas 72956-0000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Roberts, Carysia**
**9945 nottingham**
**chicago ridge, Illinois 60415-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Roberts, China**
**17121 California Ave**
**Hazel Crest, Illinois 60429-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Roberts, L.**
**P.O. Box 14194**
**Tulsa, Oklahoma 74159-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Roberts, Sherril**
**3244 S Ventura Wy**
**Aurora, Colorado 80013-0000**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.648 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberts, Staci**
**3938 Nemo Road**
**Randallstown, Maryland 21133-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.648 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberts, Theresa**
**6 Bird Lane**
**Newport News, Virginia 23601-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.648 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robertson, Alexandria**
**1103 Beckton Lane**
**Pearland, Texas 77584-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.648 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robertson, Jerrene**
**8002 Wayland Ct.**
**St. Louis, Missouri 63114-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.648 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robinson Brothers**
**220 Raemisch Road**
**Waunakee, WI 53597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.648 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robinson Construction**
**2411 Walters Lane**
**Perryville, MO 63775**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.649 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robinson, Alexis**
**45 Vick Park A**
**Apt #9**
**Rochester, New York 14607-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

| 3.649 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robinson, Alice**
**5503 Avenue F**
**Austin, Texas 78751-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robinson, Andrea**
**4441 Hoen Ave**
**Santa Rosa, California 95405-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robinson, Carolyn**
**1434 Snyder Corner Rd**
**Red Lion PA, Pennsylvania 17356-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robinson, Crandalle**
**2114 Baltimore Dr.**
**Richardson, Texas 75081-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robinson, Ileha**
**111 The Vinings**
**Macon, Georgia 31210-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robinson, James**
**16460 South Kenwood Avenue**
**Chicago, Illinois 60619-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robinson, Kendra**
**1409 Hastings Road**
**Gautier, Mississippi 39553-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.6498**

**Nonpriority creditor's name and mailing address**
**Robinson, Logan**
**9011 Camille Drive SE**
**Huntsville, Alabama 35802-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6499**

**Nonpriority creditor's name and mailing address**
**Robinson, Marrissa**
**4 Annapolis Street, Apt.1**
**Annapolis, Maryland 21401-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6500**

**Nonpriority creditor's name and mailing address**
**Robinson, Nora**
**4953 S 149th Court**
**Omaha, Nebraska 68137-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6501**

**Nonpriority creditor's name and mailing address**
**Robinson, Ryan**
**2916 Ocean Mist Ct**
**Stockton, California 95209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6502**

**Nonpriority creditor's name and mailing address**
**Robinson, Shanell**
**6550 Shady Brook Ln #1435**
**Dallas, Texas 75206-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6503**

**Nonpriority creditor's name and mailing address**
**Robinson, Tiffany**
**1997 Longdale Drive**
**Decatur, Georgia 30032-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6504**

**Nonpriority creditor's name and mailing address**
**Robles, Edwin**
**710 N. La Grange Road**
**La Grange Park, Illinois 60526-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.650 5**

**Nonpriority creditor's name and mailing address**
**Roch, Stephen**
**3716 Page Dr**
**Metairie, Louisiana 70003-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.650 6**

**Nonpriority creditor's name and mailing address**
**Rocha, Erin**
**558 W. Wellington**
**2R**
**Chicago, Illinois 60657-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.650 7**

**Nonpriority creditor's name and mailing address**
**Rochester Metal Products**
**616 Indiana Avenue**
**P.O. Box 488**
**Rochester, IN 46975**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.650 8**

**Nonpriority creditor's name and mailing address**
**Rochester Metal Products - Muncie IN**
**2100 North Granville Ave**
**Muncie, IN 47303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.650 9**

**Nonpriority creditor's name and mailing address**
**Rock Community Fire Protection District**
**3749 Telegraph**
**Arnold, MO 63010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.651 0**

**Nonpriority creditor's name and mailing address**
**Rock, Matthew**
**1995 Fairway Ct**
**Hoffman Estates, Illinois 60169-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.651 1**

**Nonpriority creditor's name and mailing address**
**Rockford Park District**
**401 South Main Street**
**Rockford, IL 61101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Interactive Health Solutions, Inc.** |
| | Name |

Case number (if known)   **20-11530 (BLS)**

---

**3.651 2**

**Nonpriority creditor's name and mailing address**
**Rockford Public Library**
**215 N. Wyman St.**
**Rockford, IL 61101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.651 3**

**Nonpriority creditor's name and mailing address**
**Rockford Public Schools**
**501 7th Street**
**Rockford, IL 61104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.651 4**

**Nonpriority creditor's name and mailing address**
**Rockler Companies**
**4365 Willow Drive**
**Medina, MN 55340**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.651 5**

**Nonpriority creditor's name and mailing address**
**Rocks, Leanna**
**1528 W. Brown St.**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.651 6**

**Nonpriority creditor's name and mailing address**
**Rodney, Glenstine**
**1125 East 115th Street**
**Apt 791**
**Los Angeles, California 90059-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.651 7**

**Nonpriority creditor's name and mailing address**
**Rodriguez, Amanda**
**136 Lorraine Ave**
**Pittsburg, California 94565-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.651 8**

**Nonpriority creditor's name and mailing address**
**Rodriguez, Eli**
**3009 S. 24th Street**
**Omaha, Nebraska 68108-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Interactive Health Solutions, Inc.**
_____
　　Name

Case number (if known)    **20-11530 (BLS)**
_____

---

| 3.651 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodriguez, Freska**
**2322 First St. #18**
**Ingleside, Texas 78362-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.652 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodriguez, Jeanette**
**1520 Wynwood Street**
**Corpus Christi, Texas 78415-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.652 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodriguez, Jolene**
**1520 Wynwood Drive**
**Corpus Christi, Texas 78415-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.652 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodriguez, Jose**
**9226 Friendship Road**
**Houston, Texas 77080-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.652 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodriguez, Martha**
**15805 #14 Shepherd road**
**Atascosa, Texas 78002-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.652 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodriguez, Monica**
**1474 Crockett Drive**
**Frisco, Texas 75033-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.652 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodriguez, Sheree**
**30 Preston Street**
**East Hartford, Connecticut 06108-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.652 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodriguez, Sylvia**
**2828 elm st**
**Los Angeles, California 90065-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.652 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodriguez, Xochilt**
**705 Roundtree Dr**
**Mesquite, Texas 75150-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.652 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodriguez-McQuillar, Shanasia**
**5673 Selma Drive**
**Virginia Beach, Virginia 23455-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.652 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodway, Erin**
**225 Grand Ridge Rd**
**St Charles, Illinois 60175-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.653 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roe, Taylor**
**160 Canterbury Road**
**Aurora, Illinois 60506-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.653 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roemelt, Riley**
**103 E. Hawthorne St**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.653 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roeum-Castleman, Raksmey**
**4618 Trenton Court**
**Stockton, California 95212-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.653<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Rogers, Andrew**<br>**5115 Labradore Dr**<br>**Roanoke, Virginia 24012-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Wages / Other** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.653<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Rogers, Brittany**<br>**196 PR 7351**<br>**Waskom, Texas 75692-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Wages / Other** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.653<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Rogers, Crystal**<br>**2341 SW Frisco Terrace**<br>**Port St. Lucie, Florida 34953-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Wages / Other** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.653<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Rogers, Lauren**<br>**1255 Lloyd Avenue**<br>**Lombard, Illinois 60148-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Wages / Other** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.653<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Rogers, Linda**<br>**475A Chelsea Court**<br>**Manchester, New Jersey 08759-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Wages / Other** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.653<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Rogers, Matthew**<br>**4335 - 12th St. N.E.**<br>**Naples, Florida 34120-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Wages / Other** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.653<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Rogers, Pamela**<br>**185 25th Street SE**<br>**Massillon, Ohio 44646-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Wages / Other** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.6540**

**Nonpriority creditor's name and mailing address**
**Rogers, Renee**
**4 Kemper Ave**
**Newport News, Virginia 23601-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6541**

**Nonpriority creditor's name and mailing address**
**Rogers, Scott**
**4025 Legendary Ridge**
**Cleves, Ohio 45002-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6542**

**Nonpriority creditor's name and mailing address**
**Rogers, Serena**
**9801 old baymeadows rd apt 43**
**Jacksonville, Florida 32256-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6543**

**Nonpriority creditor's name and mailing address**
**Rogers, Taylor**
**2931 Ancon Court**
**Edgewood, Maryland 21040-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6544**

**Nonpriority creditor's name and mailing address**
**Rogers, Vivian**
**39 Rockland Ave #19**
**Malden, Massachusetts 02148-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6545**

**Nonpriority creditor's name and mailing address**
**Roggensack, Kristian**
**3285 W Fairview Pl.**
**Denver, Colorado 80211-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6546**

**Nonpriority creditor's name and mailing address**
**Rohan, Alanna**
**3478 Stephen Lane**
**Wantagh, New York 11793-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.6547**

**Nonpriority creditor's name and mailing address**
**Rohling, Brittany**
**3439 N Lakewood Ave**
**Chicago, Illinois 60657-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6548**

**Nonpriority creditor's name and mailing address**
**Rohr, Louis**
**446 3rd Ave S**
**South Saint Paul, Minnesota 55075-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6549**

**Nonpriority creditor's name and mailing address**
**Rohrer, Kristen**
**3 South Carolina Ave**
**Pasadena, Maryland 21122-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6550**

**Nonpriority creditor's name and mailing address**
**Roill, J.**
**19700 N. 76th St, Apt 1142**
**Scottsdale, Arizona 85255-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6551**

**Nonpriority creditor's name and mailing address**
**Roling, Kelli**
**627 Orlando Avenue**
**Apt. 306**
**Normal, Illinois 61761-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6552**

**Nonpriority creditor's name and mailing address**
**Rolland, Olimpia**
**21124 Gray Hawk Dr.**
**Matteson, Illinois 60443-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6553**

**Nonpriority creditor's name and mailing address**
**Roller, Barbara**
**95 Laurie Avenue**
**West Roxbury, Massachusetts 02132-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
| --- | --- | --- | --- |
| | Name | | |

| 3.655<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Rollins, Imann**
**498 Tramway West Road**
**Sanford, North Carolina 27330-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.655<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Romero, Susan**
**2001 Harman Ave**
**Baltimore, Maryland 21230-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.655<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Ronco - Integrated Communications Techno**
**595 Sheridan Drive**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.655<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Roney, Myrna**
**1735 Robin Lane**
**Lisle, Illinois 60532-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.655<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Roof, Chelsea**
**38 Wesley Ave**
**Ocean City, New Jersey 08226-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.655<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Roosevelt School District**
**6000 South 7th Street**
**Phoenix, AZ 85042**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.656<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Rosa, Adam**
**8226 Broken Branch Drive**
**Round Rock, Texas 78681-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.656**
**1**

**Nonpriority creditor's name and mailing address**
**Rosales, Jairo**
**302 44th Ave**
**Northlake, Illinois 60164-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.656**
**2**

**Nonpriority creditor's name and mailing address**
**Rosario, Jessica**
**214 Heavens Way**
**San Antonio, Texas 78260-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.656**
**3**

**Nonpriority creditor's name and mailing address**
**Rosas, Christine**
**5935 Kettering Dr**
**San Antonio, Texas 78228-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.656**
**4**

**Nonpriority creditor's name and mailing address**
**Rosbrough, Matthew**
**50 Berkshire Road**
**Ansonia, Connecticut 06401-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.656**
**5**

**Nonpriority creditor's name and mailing address**
**Rose, Theresa**
**PO Box 72503**
**Phoenix, Arizona 85050-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.656**
**6**

**Nonpriority creditor's name and mailing address**
**Rose-Becker, Misty**
**9457 Wadena Way**
**Elk Grove, California 95758-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.656**
**7**

**Nonpriority creditor's name and mailing address**
**Rosecrance**
**1021 North Mulford Road**
**Rockford, IL 61107**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.6568**

**Nonpriority creditor's name and mailing address**
**Roselle SD 12**
**100 East Walnut Street**
**Roselle, IL 60172**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6569**

**Nonpriority creditor's name and mailing address**
**Rosen Hotels & Resorts**
**8990 International Drive, Suite 200**
**Orlando, FL 32819**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6570**

**Nonpriority creditor's name and mailing address**
**Rosenbaum, Kerri**
**1786 Greenbriar**
**Portage, Michigan 49024-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6571**

**Nonpriority creditor's name and mailing address**
**Rosenberg, Martin**
**1507 Anderson Ln**
**Buffalo Grove, Illinois 60089-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6572**

**Nonpriority creditor's name and mailing address**
**Rosenblum, Richard**
**118 Christol St.**
**Metuchen, New Jersey 08840-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6573**

**Nonpriority creditor's name and mailing address**
**Rosenzweig, Penny**
**16 Heath Street**
**Marlboro, Massachusetts 01752-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6574**

**Nonpriority creditor's name and mailing address**
**Ross, Kimyra**
**5916 Unit B Chesapeake Blvd**
**Norfolk, Virginia 23513-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.657 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ross, Micheala**
**25849 Nightingale St Nw**
**Isanti, Minnesota 55040-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ross, Sinclaire & Associates, LLC**
**700 Walnut Street**
**Suite 600**
**Cincinnati, OH 45202**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rossel, Rossean**
**6401 Lincoln Avenue, Apt # 5**
**Buena Park, California 90620-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rosseli, Diana**
**6094 - 14th St West, Unit 147**
**Bradenton, Florida 34207-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rosser, Mitia**
**5379 Greenplain Road**
**Norfolk, Virginia 23502-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rosy Blue, Inc.**
**529 Fifth Avenue 12th Floor**
**New York, NY 10017**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rotella, Heather**
**1022 W Ross St**
**Lancaster, Pennsylvania 17603-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.658 | | | |
|---|---|---|---|
| 2 | | | |

**Nonpriority creditor's name and mailing address**
**Roth, Heidi**
**269 Appleton Street**
**Arlington, Massachusetts 02476-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

| 3.658 | | | |
|---|---|---|---|
| 3 | | | |

**Nonpriority creditor's name and mailing address**
**Roth, Katherine**
**217 Edinburgh Crt**
**Bolingbrook, Illinois 60440-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

| 3.658 | | | |
|---|---|---|---|
| 4 | | | |

**Nonpriority creditor's name and mailing address**
**Roth, Kimberly**
**404 W Maple Rd**
**Linthicum, Maryland 21090-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

| 3.658 | | | |
|---|---|---|---|
| 5 | | | |

**Nonpriority creditor's name and mailing address**
**Roth, Samantha**
**2505 Parsley Lane**
**Springfield, Illinois 62711-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

| 3.658 | | | |
|---|---|---|---|
| 6 | | | |

**Nonpriority creditor's name and mailing address**
**Roth, Tracy**
**7 N Gibbons Avenue**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

| 3.658 | | | |
|---|---|---|---|
| 7 | | | |

**Nonpriority creditor's name and mailing address**
**Rothenberg, Barbara**
**15101 Interlachen Drive, # 814**
**Silver Spring, Maryland 20906-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

| 3.658 | | | |
|---|---|---|---|
| 8 | | | |

**Nonpriority creditor's name and mailing address**
**Rotondo, Richard**
**157 Mt Vernon Road East**
**Weymouth, Massachusetts 02189-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.6589**

**Nonpriority creditor's name and mailing address**
**Rouiller, Donna**
**3343 Sudlersville South**
**Laurel, Maryland 20724-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6590**

**Nonpriority creditor's name and mailing address**
**Roukema, Brier**
**871 Tower Street**
**Meridian, Mississippi 39305-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6591**

**Nonpriority creditor's name and mailing address**
**Rountree, Roshni**
**11450 Lockwood Dr**
**Silver Spring, Maryland 20904-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6592**

**Nonpriority creditor's name and mailing address**
**Rowel, Harwanda**
**15727 Cutten Rd #419**
**Houston, Texas 77070-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6593**

**Nonpriority creditor's name and mailing address**
**Rowland Flatt Clinic dba Hugo Medical Cl**
**1201 E Jackson**
**Hugo, OK 74743**

Date(s) debt was incurred  **4/1/2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.6594**

**Nonpriority creditor's name and mailing address**
**Rowland, Ann**
**4117 N Central Park Avenue**
**Chicago, Illinois 60618-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6595**

**Nonpriority creditor's name and mailing address**
**Rowland-Taylor, Kenoisha**
**1704 Beacon Pointe Lane**
**Dickinson, Texas 77539-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.6596**

**Nonpriority creditor's name and mailing address**
**Rowley, Lenora**
**335 Tinkham Ct.**
**Colorado Springs, Colorado 80911-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6597**

**Nonpriority creditor's name and mailing address**
**Rowley-Pacheco, Merari**
**57 Tindale Drive**
**Rochester, New York 14622-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6598**

**Nonpriority creditor's name and mailing address**
**Roy E Whitehead, Inc.**
**2245 Via Cerro**
**Riverside, CA 92509**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6599**

**Nonpriority creditor's name and mailing address**
**Roy, Barbara**
**56 South 39th Street**
**Harrisburg, Pennsylvania 17109-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6600**

**Nonpriority creditor's name and mailing address**
**Royal T Management**
**7419 N Cedar Avenue #102**
**Fresno, CA 93720**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6601**

**Nonpriority creditor's name and mailing address**
**Royce, Antonette**
**261 Newbury St. Lot 20**
**Peaboy, Massachusetts 01960-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6602**

**Nonpriority creditor's name and mailing address**
**Roye, Claudia**
**61 Linden Street Apt 3D**
**Hackensack, New Jersey 07601-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.660
3**

**Nonpriority creditor's name and mailing address**
**Royer, Allyson**
**6 Stephen Drive**
**Stratham, New Hampshire 03885-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.660
4**

**Nonpriority creditor's name and mailing address**
**RSM US LLP**
**5155 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred  **4/22/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$50,295.00**

---

**3.660
5**

**Nonpriority creditor's name and mailing address**
**Rubenstein Associates, Inc.**
**825 Eighth Avenue, 34th Floor**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.660
6**

**Nonpriority creditor's name and mailing address**
**Rubin, Bonnie**
**14 Stanfield Lane**
**Broomall, Pennsylvania 19008-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.660
7**

**Nonpriority creditor's name and mailing address**
**Rubio, Diane**
**PO Box 953**
**Kittitas, Washington 98934-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.660
8**

**Nonpriority creditor's name and mailing address**
**Rubio, Samuel**
**236 Flanders E**
**Delray Beach, Florida 33484-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.660
9**

**Nonpriority creditor's name and mailing address**
**Rucker's Wholesale**
**777 E State St.**
**Bridgeport, IL 62417**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.6610**

**Nonpriority creditor's name and mailing address**
**Rucker, Karen**
**827 N Mozart St**
**2nd Floor**
**Chicago, Illinois 60622-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6611**

**Nonpriority creditor's name and mailing address**
**Rucker, Napoleon**
**2255 West 111th Street**
**Chicago, Illinois 60643-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6612**

**Nonpriority creditor's name and mailing address**
**Rudder, Jasmine**
**7230 S Euclid**
**Chicago, Illinois 60649-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6613**

**Nonpriority creditor's name and mailing address**
**Rude, Katie**
**538 West Main Street**
**Bloomsburg, Pennsylvania 17815-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6614**

**Nonpriority creditor's name and mailing address**
**Rude, Zackary**
**36625 25th Ave S**
**Federal Way, Washington 98003-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6615**

**Nonpriority creditor's name and mailing address**
**Rudolph Foods Company**
**6575 Bellefontaine Rd**
**Lima, OH 45804**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6616**

**Nonpriority creditor's name and mailing address**
**Rueck, Bryndle**
**2611 Se 64th**
**Portland, Oregon 97206-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.661 7**

**Nonpriority creditor's name and mailing address**

**Ruedy, Diane**
**8025 S Linden**
**Burbank, Illinois 60459-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.661 8**

**Nonpriority creditor's name and mailing address**

**Rufus, Carol**
**3913 Gannon Ln #512**
**Dallas, Texas 75237-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.661 9**

**Nonpriority creditor's name and mailing address**

**Ruggles, Katherine**
**6210 Crestwood Drive**
**Alexandria, Virginia 22312-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.662 0**

**Nonpriority creditor's name and mailing address**

**Ruiz Foods**
**501 S Alta Ave**
**Dinuba, CA 93618**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.662 1**

**Nonpriority creditor's name and mailing address**

**Ruiz, Carlos**
**512 Jefferson Avenue**
**Bristol, Pennsylvania 19007-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.662 2**

**Nonpriority creditor's name and mailing address**

**Ruiz, Elsa**
**8116 west 46th st**
**Lyons, Illinois 60534-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.662 3**

**Nonpriority creditor's name and mailing address**

**Ruiz, Miguel**
**13858 SW 155th Ct**
**Miami, Florida 33196-6050**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.662
4**

**Nonpriority creditor's name and mailing address**

**Rukert Terminals Corporation
2021 S Clinton St
Baltimore, MD 21224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _Vendor / Other_**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.662
5**

**Nonpriority creditor's name and mailing address**

**Rummel Construction, Inc.
7250 E Adobe Drive
Scottsdale, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _Vendor / Other_**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.662
6**

**Nonpriority creditor's name and mailing address**

**Rumsey Electric Company
15 Colwell Lane
Conshohocken, PA 19428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Vendor / Other_**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.662
7**

**Nonpriority creditor's name and mailing address**

**Rumsey, Hannah
Po Box 1501
Snyder, Texas 79550-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _Wages / Other_**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.662
8**

**Nonpriority creditor's name and mailing address**

**Runnels, Kimberly
5951 Stafford Way
Indianapolis, Indiana 46228-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _Wages / Other_**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.662
9**

**Nonpriority creditor's name and mailing address**

**Rupke, Gerri
16230 Barbarossa
Houston, Texas 77083-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _Wages / Other_**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.663
0**

**Nonpriority creditor's name and mailing address**

**Ruppert, Jane
1421 Juliet Lane
Libertyville, Illinois 60048-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _Wages / Other_**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.663 1**

**Nonpriority creditor's name and mailing address**
**Ruscitti, Arabelle**
**7 W Beechwood Ct**
**Buffalo Grove, Illinois 60089-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.663 2**

**Nonpriority creditor's name and mailing address**
**Rush**
**1653 W Congress Pkwy**
**Chicago, IL 60612**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.663 3**

**Nonpriority creditor's name and mailing address**
**Rush Copley (Aurora)**
**2000 Ogden Avenue**
**Aurora, IL 60504**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.663 4**

**Nonpriority creditor's name and mailing address**
**Rush, Daniel**
**4481 Birchwold Road**
**South Euclid, Ohio 44121-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.663 5**

**Nonpriority creditor's name and mailing address**
**Russelburg, Cameron**
**6229 Hargray Court**
**Noblesville, Indiana 46062-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.663 6**

**Nonpriority creditor's name and mailing address**
**Russell Reid, Inc.**
**450 Raritan Center Parkway, Su**
**Edison, NJ 08837**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.663 7**

**Nonpriority creditor's name and mailing address**
**Russell, Beverly**
**289 Woodlawn Drive**
**Tipp City, Ohio 45371-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.663<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Russell, Brandon**
**3824 Cravath Drive**
**Nashville, Tennessee 37207-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Russell, Dana**
**440 Rust Court**
**Grand Junction, Colorado 81507-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Russell, Janay**
**13815 S Stewart Ave**
**Chicago, Illinois 60827-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Russell, Nikkia**
**216 Oquaga Lake Rd**
**Deposit, New York 13754-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Russo, Lina**
**24 Gay Street**
**Quincy, Massachusetts 02169-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ruzicka, Shelly**
**6529 W 26th Place**
**Berwyn, Illinois 60402-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Automotive LLC**
**200 Carter Dr # D**
**Edison, NJ 08817**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.664 5**

**Nonpriority creditor's name and mailing address**

**Ryan Companies US, Inc.**
**533 S Third St Suite 100**
**Minneapolis, MN 55415**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No   ☐ Yes

**Unknown**

---

**3.664 6**

**Nonpriority creditor's name and mailing address**

**Ryan, Beth**
**843 Cartier Drive**
**Canal Fulton, Ohio 44614-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No   ☐ Yes

**Unknown**

---

**3.664 7**

**Nonpriority creditor's name and mailing address**

**Ryan, Kevin**
**9735 Amberwood Ct**
**Loveland, Ohio 45140-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No   ☐ Yes

**Unknown**

---

**3.664 8**

**Nonpriority creditor's name and mailing address**

**Ryan, Michael**
**155 Roshon Drive**
**Medina, Ohio 44256-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No   ☐ Yes

**Unknown**

---

**3.664 9**

**Nonpriority creditor's name and mailing address**

**Ryan, Michelle**
**845 First Street NW #4**
**Rochester, Minnesota 55901-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No   ☐ Yes

**Unknown**

---

**3.665 0**

**Nonpriority creditor's name and mailing address**

**Ryback, Sean**
**881 Thomas Ave**
**Apt. 21**
**San Diego, California 92109-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No   ☐ Yes

**Unknown**

---

**3.665 1**

**Nonpriority creditor's name and mailing address**

**Ryckaert, Candice**
**6505 Prairie Dunes Drive**
**Grand Blanc, Michigan 48439-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No   ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known) **20-11530 (BLS)**

---

| 3.665 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ryzhkova, Viktoriya**
**4858 Craine**
**Skokie, Illinois 60077-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.665 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**S.W. Rodgers Company, Inc**
**5816 Wellington Road**
**Gainesville, VA 20155**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.665 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sabade, Natasha**
**1412 Cavendish Dr**
**Silver Spring, Maryland 20905-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.665 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sabillon, Lianny**
**15847 Hayland St**
**La Puente, California 91744-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.665 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sacaton Elementary School District #18**
**150 Skill Center Dr**
**Sacaton, AZ 85147**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.665 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sacuta, Andrew**
**132 Charing Cross Rd**
**Lombard, Illinois 60148-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.665 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sacuta, Samantha**
**4443 Grace St**
**Schiller Park, Illinois 60176-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.665 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Saddle Mountain Unified School District**
**38201 W Indian School Road**
**Tonopah, AZ 85354**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sadiq, Muhibb**
**5736 Main Street**
**Morton Grove, Illinois 60053-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sadowski, Amy**
**6010 Eagle Point Dr**
**Racine, Wisconsin 53406-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Saedi, Dena**
**4827 Shafter Ave**
**Oakland, California 94609-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Saenz, Magan**
**5421 Hidalgo St, Unit A**
**Houston, Texas 77056-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Saenz, Noemi**
**408 Grover Street**
**Joliet, Illinois 60432-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Saffran, Sarah**
**919 Magnolia Blossom Ct**
**sykesville, Maryland 21784-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.6666**

**Nonpriority creditor's name and mailing address**
**Sagrero, Andrea**
**3704 Tacoma St**
**Union Gap, Washington 98903-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6667**

**Nonpriority creditor's name and mailing address**
**Saha, Avishek**
**1647 Isabella Pkwy**
**Chaska, Minnesota 55318-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6668**

**Nonpriority creditor's name and mailing address**
**Sahuarita Unified School District**
**350 West Sahuarita Road**
**Sahuarita, AZ 85629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6669**

**Nonpriority creditor's name and mailing address**
**Saint Anne Elementary School**
**District Office**
**100 B.W. Dixie Highway**
**Saint Anne, IL 60964**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6670**

**Nonpriority creditor's name and mailing address**
**Saint Viator High School**
**1213 E. Oakton Street**
**Arlington Heights, IL 60004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6671**

**Nonpriority creditor's name and mailing address**
**Sainz, Karina**
**1139 W. Broadway**
**Anaheim, California 92805-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6672**

**Nonpriority creditor's name and mailing address**
**Sajatovic, Laura**
**38 Pebble Hollow Ct**
**The Woodlands, Texas 77381-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.667
3**

**Nonpriority creditor's name and mailing address**
**SAK Construction, LLC**
**864 Hoff Rd.**
**O'Fallon, MO 63366**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.667
4**

**Nonpriority creditor's name and mailing address**
**Salamanca, Norberto**
**4857 Bringhton Lakes Blvd**
**Boynton, Florida 33436-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.667
5**

**Nonpriority creditor's name and mailing address**
**Salas, Natanael**
**601 Morris Ave, Apt 2F**
**Bronx, New York 10451-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.667
6**

**Nonpriority creditor's name and mailing address**
**Salazar, Jessica**
**720 Waterwood Ln**
**Mesquite, Texas 75181-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.667
7**

**Nonpriority creditor's name and mailing address**
**Salazar, Tara**
**525 Georgetown Avenue, Apt G28**
**Elyria, Ohio 44035-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.667
8**

**Nonpriority creditor's name and mailing address**
**Saldana, Michael**
**3607 S Lamar Blvd**
**Apt # 1264**
**Austin, Texas 78704-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.667
9**

**Nonpriority creditor's name and mailing address**
**Saldivar, David**
**4650 Bowie RD**
**Apt 325**
**Brownsville, Texas 78521-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.668 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Saleem, Nafeesa**
**PO Box 360565**
**Decator, Georgia 30036-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.668 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**Salem Occupational Health Clinic**
**P.O Box 8145**
**Salem, OR 97303**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2020**

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.668 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Salem, Stephanie**
**2960 Viking Drive**
**Commerce Township, Michigan 48390-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.668 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39,375.87** |
|---|---|---|---|

**Sales Empowerment Group LLC**
**17 N State Street**
**Suite 600**
**Chicago, IL 60602**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/30/2020**

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.668 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$216,175.20** |
|---|---|---|---|

**Salesforce.com Inc- IH**
**P.O Box 203141**
**Dallas, TX 75320-3141**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2020**

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.668 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Saletnik, Marisa**
**145 N Clyde Avenue**
**Palatine, Illinois 60067-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.668 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Saletnik, Stephanie**
**145 N Clyde Ave**
**Palatine, Illinois 60067-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.668 7**

**Nonpriority creditor's name and mailing address**

**Salic Ajmac, Maria**
**3913 Gettysburg St.**
**Midland, Michigan 48642-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.668 8**

**Nonpriority creditor's name and mailing address**

**Salinas, Grecia**
**3570 Old Chamblee Tucker Rd #5**
**Atlanta, Georgia 30340-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.668 9**

**Nonpriority creditor's name and mailing address**

**Salinas, Leslie**
**1525 Holcomb Bridge Rd, Apt B**
**Norcross, Georgia 30092-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.669 0**

**Nonpriority creditor's name and mailing address**

**Salinas, Shanta**
**4805 Walnut St**
**McAllen, Texas 78501-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.669 1**

**Nonpriority creditor's name and mailing address**

**Sally Willis**
**1539 Greenleaf Ave**
**Lake Forest, IL 60045**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.669 2**

**Nonpriority creditor's name and mailing address**

**Salman, Ashli**
**13221 Hardy St, Apt 12212**
**Overland Park, Kansas 66213-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.669 3**

**Nonpriority creditor's name and mailing address**

**Salman, Joan**
**30 South Shore Dr**
**Orchard Park, New York 14127-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.669 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Salmon, Cass**
**5005 N 113th Circle**
**Omaha, Nebraska 68164-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Salmon, Matthew**
**5005 N. 113th Circle**
**Omaha, Nebraska 68164-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Salomone, Timothy**
**212 Suelynn Drive**
**Normal, Illinois 61761-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Salvador, Leandro**
**3703 Northgreen Ave APT 2115**
**Tampa, Florida 33624-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sam, Abaida**
**67 Manhattan Ave #13n**
**Brooklyn, New York 11206-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sam, Delatria**
**4333 Ward Bluff Court**
**Ellenwood, Georgia 30294-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Samaritan Health Plans**
**815 NW Ninth Street, Suite 101**
**Corvallis, OR 97339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

**3.670**
**1**

**Nonpriority creditor's name and mailing address**
**Sampedro, Marc**
**7434 Sw 127th Court**
**Miami, Florida 33183-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.670**
**2**

**Nonpriority creditor's name and mailing address**
**Sample, Rodney**
**1816 N. Spaulding, Unit 7**
**Chicago, Illinois 60647-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.670**
**3**

**Nonpriority creditor's name and mailing address**
**Samsung Research America**
**665 Clyde Avenue**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.670**
**4**

**Nonpriority creditor's name and mailing address**
**Samsung Semiconductor, Inc.**
**3655 N. First Street**
**San Jose, CA 95134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.670**
**5**

**Nonpriority creditor's name and mailing address**
**Samuel, Son & Co. (USA) Inc.**
**445 W. Oklahoma Ave**
**Milwaukee, WI 53207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.670**
**6**

**Nonpriority creditor's name and mailing address**
**San Antonio River Authority**
**100 E Guenther Street**
**San Antonio, TX 78204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.670**
**7**

**Nonpriority creditor's name and mailing address**
**Sanchez, Adriana**
**4112 Whistler Ave**
**Albuquerque, New Mexico 87114-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.670 8**

Nonpriority creditor's name and mailing address
**Sanchez, Bryan**
**14431 Cellini Dr**
**Cypress, Texas 77429-0000**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.670 9**

Nonpriority creditor's name and mailing address
**Sanchez, Carlos**
**7990 East Snyder Road**
**Apt 3104**
**Tucson, Arizona 85750-0000**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.671 0**

Nonpriority creditor's name and mailing address
**Sanchez, Debra**
**1404 Russell Hollow Rd**
**Sevierville, Tennessee 37876-0000**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.671 1**

Nonpriority creditor's name and mailing address
**Sanchez, Jackelin**
**4203 June St**
**Houston, Texas 77016-0000**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.671 2**

Nonpriority creditor's name and mailing address
**Sanchez, Jonathan**
**212 Tanglewood Court**
**Round Lake, Illinois 60073-0000**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.671 3**

Nonpriority creditor's name and mailing address
**Sanchez, Julian**
**1404 Russell Hollow Rd**
**Sevierville, Tennessee 37876-0000**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.671 4**

Nonpriority creditor's name and mailing address
**Sancken, Christina**
**1489 Druid Valley Dr. NE**
**Apt. F**
**Atlanta, Georgia 30329-0000**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.671 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sanders, Crystal**
**5239 Swearngan Road**
**Charlotte, North Carolina 28216-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.671 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sanders, Darlene**
**1124 Clement**
**Joliet, Illinois 60435-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.671 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sanders, Gillian**
**1536 Atlantic Ave**
**Lemoore, California 93245-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.671 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sanders, Joyce**
**134 F Little Bay Landing**
**Yorktown, Virginia 23693-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.671 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sanders, Kevin**
**3931 Shaw Blvd**
**Saint Louis, Missouri 63110-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.672 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sanders, Tyler**
**2042 W Condie Dr**
**Taylorsville, Utah 84129-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.672 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sanders, Warren**
**25817 Karen Rd**
**Katy, Texas 77494-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.672 | | | |
|---|---|---|---|
| 2 | | | |

**Nonpriority creditor's name and mailing address**
**Sanders/Wingo Advertising, Inc.**
**221 N. Kansas**
**Suite 900**
**El Paso, TX 79901**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.672 | | | |
|---|---|---|---|
| 3 | | | |

**Nonpriority creditor's name and mailing address**
**Sands, Megan**
**265 Scenic Rd**
**Fairfax, California 94930-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.672 | | | |
|---|---|---|---|
| 4 | | | |

**Nonpriority creditor's name and mailing address**
**Sandwisch, Michelle**
**7140 Maumee Western Road**
**Maumee, Ohio 43537-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.672 | | | |
|---|---|---|---|
| 5 | | | |

**Nonpriority creditor's name and mailing address**
**Sanford Bismark Occupational Medicine**
**2603 E Broadway Ave**
**Bismarck, ND 58501**

Date(s) debt was incurred  **5/1/2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| 3.672 | | | |
|---|---|---|---|
| 6 | | | |

**Nonpriority creditor's name and mailing address**
**Sanford, Makenzie**
**6250 Vassar Rd**
**Grand Blanc, Michigan 48439-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.672 | | | |
|---|---|---|---|
| 7 | | | |

**Nonpriority creditor's name and mailing address**
**Sanford, Melanie**
**100 Dublin Ct. Apt. 327**
**Mankato, Minnesota 56001-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.672 | | | |
|---|---|---|---|
| 8 | | | |

**Nonpriority creditor's name and mailing address**
**Sanner, Matthew**
**1640 N Zaragoza Rd, APT 436**
**El Paso, Texas 79936-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.6729**

**Nonpriority creditor's name and mailing address**

Sansone, Brielle
664 Tremont St.
Apt. 4
Boston, Massachusetts 02118-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6730**

**Nonpriority creditor's name and mailing address**

Sant, Emilee
7509 Carolina Lane
Vancouver, Washington 98664-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6731**

**Nonpriority creditor's name and mailing address**

Santa Cruz Valley Unified District #35
131 Camino Maricopa
Rio Rico, AZ 85648

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6732**

**Nonpriority creditor's name and mailing address**

Santalucia, Theresa
1587 Burgoyne Road
Downingtown, Pennsylvania 19335-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6733**

**Nonpriority creditor's name and mailing address**

Santana, Sonyia
14656 N 90th Ave
Peoria, Arizona 85259-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6734**

**Nonpriority creditor's name and mailing address**

Santella, Alicia
620 South Mueller Street
Appleton, Wisconsin 54914-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6735**

**Nonpriority creditor's name and mailing address**

Santerre, Brittney
3406 Bryson Drive
Richmond, Virginia 23233-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.6736**

**Nonpriority creditor's name and mailing address**
**Santiago, Amanda**
**3227 Ernst St**
**Franklin Park, Illinois 60131-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6737**

**Nonpriority creditor's name and mailing address**
**Santiago, Diane**
**10 Nursery Way**
**So. San Francisco, California 94080-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6738**

**Nonpriority creditor's name and mailing address**
**Santiago, Juan**
**1376 Lorraine Pl**
**Schaumburg, Illinois 60173-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6739**

**Nonpriority creditor's name and mailing address**
**Santiago, Kristina**
**1176 Moontone Run**
**Lake in the Hills, Illinois 60156-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6740**

**Nonpriority creditor's name and mailing address**
**Santibanez, Sandra**
**1350 Skyline Rd, Apt 617**
**Grand Prairie, Texas 75051-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6741**

**Nonpriority creditor's name and mailing address**
**Santin-Alas, Paulina**
**4532 Hale St**
**The Colony, Texas 75056-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6742**

**Nonpriority creditor's name and mailing address**
**Sapon, Maryanne**
**10726 Cedar Creek Dr**
**Houston, Texas 77042-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.674<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Saqib, Sundal**
**295 Evans Street, Apt 1**
**Williamsville, New York 14221-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sarah Ahto**
**3524 University Ave**
**Highland Park, IL 60035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**Sarah Bush Lincoln**
**1000 Health Center Drive**
**Mattoon, IL 61938**

Date(s) debt was incurred  5/1/2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sargent, Alice**
**3 Pittler Drive**
**Greenville, South Carolina 29607-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sarkaria, Ranminder**
**596 Etruscan Ct**
**Fairfield, California 94534-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sarmiento, Rosalyn**
**11021 Apricot Street**
**Oakland, California 94603-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Saros, Melanie**
**13 W Aldon Court**
**Montgomery, Illinois 60538-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.675 0**

**Nonpriority creditor's name and mailing address**
**SASED**
**6 S. 331 Cornwall Road**
**Naperville, IL 60540**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.675 1**

**Nonpriority creditor's name and mailing address**
**Sashco, Inc.**
**10300 E. 107th Place**
**Brighton, CO 80601**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.675 2**

**Nonpriority creditor's name and mailing address**
**Satcher, Brushando**
**717 Beacon Bend Circle**
**Shreveport, Louisiana 71118-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.675 3**

**Nonpriority creditor's name and mailing address**
**Satterfield & Pontikes Construction, Inc**
**11000 Equity Drive, Suite 100**
**Houston, TX 77041**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.675 4**

**Nonpriority creditor's name and mailing address**
**Satterlee, Eliana**
**22 Woodland Dr. #1**
**Suffern, New York 10901-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.675 5**

**Nonpriority creditor's name and mailing address**
**Satterwhite, Courtney**
**335 East Meadow Lane**
**P.O. Box 247**
**White Oak, North Carolina 28399-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.675 6**

**Nonpriority creditor's name and mailing address**
**Sauber, Kelley**
**23040 Britt Way**
**Carrollton, Virginia 23314-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.675 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sauder, Paula**
**2580 Moffet Rd**
**Lucas, Ohio 44843-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sauder, Vicki**
**2538 Kerr Road**
**Lucas, Ohio 44843-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sauk Village - Community Consolidated SD**
**21899 S. Torrence Ave.**
**Sauk Village, IL 60411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Saulnier, Jacklyn**
**3415 Krischke Rd.**
**Schulenburg, Texas 78956-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Saunders, Erica**
**1914 Scaffold Way**
**Odenton, Maryland 21113-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Saunders, Lindsay**
**PO Box 1362**
**Pine Lake, Georgia 30072-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Savadsky, Sheryl**
**4400 South Quebec St, G106**
**Denver, Colorado 80237-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.676
4**

**Nonpriority creditor's name and mailing address**

**Savage, Caton
3319 E Marshall St
Richmond, Virginia 23223-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.676
5**

**Nonpriority creditor's name and mailing address**

**Savage, Cynthia
17 Vernon Ct
Fairfield, Ohio 45014-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.676
6**

**Nonpriority creditor's name and mailing address**

**Savage, Lora
107 Upper Glen Drive
Blythewood, South Carolina 29016-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.676
7**

**Nonpriority creditor's name and mailing address**

**Savasta, Rachel
176 Lasalle Ave
Kenmore, New York 14217-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.676
8**

**Nonpriority creditor's name and mailing address**

**Savickas, Carly
2063 Warrington Rd
Rochester Hills, Michigan 48307-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.676
9**

**Nonpriority creditor's name and mailing address**

**Savoy, Linnea
46 Klein Drive
Prospect, Connecticut 06712-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.677
0**

**Nonpriority creditor's name and mailing address**

**Saw, Stephanie
7 Saw Mill Court
Newark, Delaware 19711-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.677**
**1**

**Nonpriority creditor's name and mailing address**
**Saxon, Jasmond**
**1397 Flatbush Avenue**
**2nd Floor**
**Brooklyn, New York 11210-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.677**
**2**

**Nonpriority creditor's name and mailing address**
**Sayers, Kathy**
**2S300 Arrowhead Dr**
**Wheaton, Illinois 60189-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.677**
**3**

**Nonpriority creditor's name and mailing address**
**SBA Acquisition Company Inc. dba Switchb**
**618 Lamont Rd.**
**Elmhurst, IL 60126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.677**
**4**

**Nonpriority creditor's name and mailing address**
**SBC**
**2010 Gilkerson Dr.**
**Bozeman, MT 59715**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.677**
**5**

**Nonpriority creditor's name and mailing address**
**SCA Employees of Maximus Services, LLC**
**701 Liberty Way**
**Chester, VA 23836**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.677**
**6**

**Nonpriority creditor's name and mailing address**
**Schaefer, Rachel**
**17208 Whiteley Road**
**Monkton, Maryland 21111-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.677**
**7**

**Nonpriority creditor's name and mailing address**
**Schaefer, Spencer**
**24 Point Airy Rd**
**Pilesgrove, New Jersey 08098-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.6778**

**Nonpriority creditor's name and mailing address**
**Schaeffer, Andrea**
**7234 Althorp Way Apt U1**
**Nashville, Indiana 37211-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6779**

**Nonpriority creditor's name and mailing address**
**Schafer, Kelsie**
**25590 Prospect Ave**
**35F**
**Loma Linda, California 92355-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6780**

**Nonpriority creditor's name and mailing address**
**Schall, Breyette**
**1724 Parkside Drive**
**Minot, North Dakota 58701-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6781**

**Nonpriority creditor's name and mailing address**
**Schaper, Carmen**
**1410 SW 8th Ave**
**Florida City, Florida 33034-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6782**

**Nonpriority creditor's name and mailing address**
**Scharman, Aubreya**
**1004 W. Tuscany View Rd**
**Apt B34**
**Midvale, Utah 84047-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6783**

**Nonpriority creditor's name and mailing address**
**Schell, Matthew**
**1563 Tempest Court**
**Bozeman, Montana 59718-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6784**

**Nonpriority creditor's name and mailing address**
**Scherf, Kayla**
**1308 N. 112 Ct, Apt 6314**
**Omaha, Nebraska 68154-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.678 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Scherl, Tamara**<br>**28 Brookview Road**<br>**Denville, New Jersey 07834-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Wages / Other__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.678 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Scherry, Katie**<br>**2539 Hampton Rd**<br>**Rocky River, Ohio 44116-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Wages / Other__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.678 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Scherzinger, Jason**<br>**5180 Poets Way**<br>**Liberty Township, Ohio 45011-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Wages / Other__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.678 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Scherzinger, Kathy**<br>**344 Pelzer Road**<br>**Boonsville, Indiana 47601-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Wages / Other__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.678 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Scherzinger, Lamia**<br>**5180 Poets Way**<br>**Liberty Township, Ohio 45011-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Wages / Other__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.679 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Schiff Hardin**<br>**233 South Wacker Dr., Ste. 6600**<br>**Chicago, IL 60606** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor / Other__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.679 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Schlabach, Andrea**<br>**2 Turtle Pointe**<br>**Monticello, Illinois 61856-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Wages / Other__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.679 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schlag, Kate**
**2214 Prince St**
**Berkeley, California 94705-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schlaikowski, Samantha**
**4244 Duquesne Ave #7**
**Culver City, California 90232-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schlei, Anne**
**417 E 3rd St**
**Sandwich, Illinois 60548-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schlenkerman, Julie**
**11108 Darrow Rd**
**Vermilion, Ohio 44089-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schlesselman, Chase**
**17055 Demi Drive**
**Belton, Missouri 64012-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schloss, Judith**
**286 Haverford Court**
**Schaumburg, Illinois 60173-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schmid, Samantha**
**2431 N 63rd St**
**Wauwatosa, Wisconsin 81336-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.6799**

**Nonpriority creditor's name and mailing address**
**Schmidlin, Kelvin**
**3499 Lewis Rd**
**Xenia, Ohio 45385-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6800**

**Nonpriority creditor's name and mailing address**
**Schmidt, Diane**
**62 Wren Hill Road**
**Sautee Nacoocke, Georgia 30571-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6801**

**Nonpriority creditor's name and mailing address**
**Schmidt, Janice**
**601 E Ogden AVE**
**Unit 610**
**Milwaukee, Wisconsin 53202-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6802**

**Nonpriority creditor's name and mailing address**
**Schmidt, Peter**
**1823 W Thornwood Lane**
**Mount Prospect, Illinois 60056-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6803**

**Nonpriority creditor's name and mailing address**
**Schmitt, Cynthia**
**3243 Upton Ave North**
**Minneapolis, Minnesota 55412-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6804**

**Nonpriority creditor's name and mailing address**
**Schmulevich, Alexandra**
**3604 Parkview Ave, APT 1**
**Pittsburgh, Pennsylvania 15213-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6805**

**Nonpriority creditor's name and mailing address**
**Schnable, Kevin**
**7611 Wooded Court**
**Barnhart, Missouri 63012-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.680 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schneck, Susan**
**21 Sunnyhill Drive**
**Pittsburgh, Pennsylvania 15228-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.680 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schneider Electric**
**200 N. Martingale Rd Suite 1000**
**Schaumburg, IL 60067**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.680 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schneider Electric - MA**
**6700 Tower Circle**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.680 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schneider, Andrea**
**223 Polling House Rd**
**Harwood, Maryland 20776-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schneider, Lydia**
**3305 S. Silver Street**
**Wichita, Kansas 67217-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schneidewind, Lynnette**
**3349 Aspen Drive Apt 5103**
**Lake Orion, Michigan 48359-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Schnoor, Melissa**
**1201 Westwood Street**
**Pascagoula, Mississippi 39567-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.681**
**3**

**Nonpriority creditor's name and mailing address**
**Schoenbeck, Michael**
**215 North Pine Street**
**Arlington Heights, IL 60004**

Date(s) debt was incurred  **12/4/2014**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$38.50**

---

**3.681**
**4**

**Nonpriority creditor's name and mailing address**
**Schoeneman, Larry**
**1320 Marcy Lane**
**Wheeling, Illinois 60090-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.681**
**5**

**Nonpriority creditor's name and mailing address**
**Schoeneman, Rachel**
**118 Audrey Lane**
**Mount Prospect, Illinois 60056-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.681**
**6**

**Nonpriority creditor's name and mailing address**
**School District 45, Dupage County**
**225 W. Vermont St**
**Villa Park, IL 60181**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.681**
**7**

**Nonpriority creditor's name and mailing address**
**Schrader, Ashley**
**1510 South Raber Road**
**Columbia City, Indiana 46725-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.681**
**8**

**Nonpriority creditor's name and mailing address**
**Schrader-Bonde, Carole**
**3790 Grey Dove Lane**
**Eagan, Minnesota 55122-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.681**
**9**

**Nonpriority creditor's name and mailing address**
**Schrage, Sheryl**
**20125 Hackberry Drive**
**Gretna, Nebraska 68028-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.682 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schroeder, Courtney**
**600 11th Avenue N**
**Apt 612**
**Nashville, Tennessee 37203-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schroeder, Donald**
**76 Carrol Gate Road**
**Wheaton, Illinois 60189-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schroeder, Kathryn**
**622 Lone Oak Road**
**New Braunfels, Texas 78132-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schuberth, Kaitlin**
**153 Tamarack Dr**
**Bolingbrook, Illinois 60440-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schuckman, Courtney**
**26299 Ingram**
**Brownstown, Michigan 48174-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schueller, Katie**
**610 5th St NW**
**Richmond, Minnesota 56368-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schulte, Megan**
**1844 Willowgreen Dr**
**Beavercreek, Ohio 45432-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.6827**

Nonpriority creditor's name and mailing address
**Schultz, Carol**
**3928 North Troy**
**Chicago, Illinois 60618-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6828**

Nonpriority creditor's name and mailing address
**Schultz, Julie**
**29 Markey Street**
**Lancaster, New York 14086-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6829**

Nonpriority creditor's name and mailing address
**Schultz, Kimberly**
**234 Pomeroy Ave**
**Apt 1E**
**Crystal Lake, Illinois 60014-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6830**

Nonpriority creditor's name and mailing address
**Schulz, Adam**
**261 Bridlewood Cir**
**Lake in the Hills, Illinois 60156-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6831**

Nonpriority creditor's name and mailing address
**Schulze & Burch Biscuit Company**
**1133 W. 35th St.**
**Chicago, IL 60609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6832**

Nonpriority creditor's name and mailing address
**Schulze, Kelly**
**349 Basswood Court**
**Bartlett, Illinois 60103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6833**

Nonpriority creditor's name and mailing address
**Schuman, Susan**
**6700 Chippewa Dr**
**Baltimore, Maryland 21209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

| 3.683 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Schutt Sports
610 S. Industrial Drive
Litchfield, IL 62056

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other 

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.683 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Schwager, Olivia
12820 Herrod Drive
Sterling Heights, Michigan 48313-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.683 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Schwan, Kelsey
30 Lancaster Lane
Orchard Park, New York 14127-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.683 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Schwartz, Jeremy
894 Swallow Court
Deerfield, Illinois 60015-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.683 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Schweighart, Richard
860 W. Blackhawk St
Unit 2605
Chicago, Illinois 60642-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.683 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Schwenke, Brad
1505 N. Artesian Ave.
Unit 2
Chicago, Illinois 60622-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.684 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Scobee, Alyssia
6191 Garden St.
Frederick, Colorado 80530-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.684**
**1**

**Nonpriority creditor's name and mailing address**

**Scott Construction, Inc.**
**560 Monroe Ave.**
**P O Box 340**
**Lake Delton, WI 53940**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.684**
**2**

**Nonpriority creditor's name and mailing address**

**Scott Credit Union**
**101 Credit Union Way**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.684**
**3**

**Nonpriority creditor's name and mailing address**

**Scott, Alexis**
**1867 Kingsley Avenue**
**Akron, Ohio 44313-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.684**
**4**

**Nonpriority creditor's name and mailing address**

**Scott, Amber**
**660 - 2nd St, Apt C**
**Hermosa Beach, California 90254-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.684**
**5**

**Nonpriority creditor's name and mailing address**

**Scott, Cheri**
**503 South Gray Street**
**Pocola, Oklahoma 74902-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.684**
**6**

**Nonpriority creditor's name and mailing address**

**Scott, Davonte**
**20224 - 47th Ave E**
**Spanaway, Washington 98387-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.684**
**7**

**Nonpriority creditor's name and mailing address**

**Scott, Julia**
**16327 Deer Chase Loop**
**Orlando, Florida 32828-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.6848**

Nonpriority creditor's name and mailing address
**Scott, Lashanda**
**10 McCarthy Road**
**Park Forest, Illinois 60466-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6849**

Nonpriority creditor's name and mailing address
**Scott, Shanique**
**114 W. 23rd Street**
**Chester, Pennsylvania 19013-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6850**

Nonpriority creditor's name and mailing address
**Scott, Stephanie**
**310 Heather Lane**
**Apt 1**
**Three Rivers, Michigan 49093-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6851**

Nonpriority creditor's name and mailing address
**Scott, Susan**
**40 Village Lane**
**Hanover, Massachusetts 02339-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6852**

Nonpriority creditor's name and mailing address
**Scott-Sandifer, Rhesa**
**1248 Center Ross Road**
**Crown Point, Indiana 46307-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6853**

Nonpriority creditor's name and mailing address
**Scranton, Sarah**
**1837 S Whittier Avenue**
**Springfield, Illinois 62704-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6854**

Nonpriority creditor's name and mailing address
**SCREEN North America Holdings, Inc.**
**5110 Tollview Drive**
**Rolling Meadows, IL 60008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.685 5**

**Nonpriority creditor's name and mailing address**

**Scrimpsher, Amanda**
**1650 W Glenn Ave**
**Jerome, Illinois 62704-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.685 6**

**Nonpriority creditor's name and mailing address**

**Scripps Networks Interactive**
**9721 Sherrill Blvd**
**Knoxville, TN 37932**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.685 7**

**Nonpriority creditor's name and mailing address**

**Scroggins, Bree**
**10213 Bretton Drive**
**Houston, Texas 77016-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.685 8**

**Nonpriority creditor's name and mailing address**

**Scruggs, Kelly**
**800 E. Grand Ave**
**Apt. 24E**
**Carbondale, Illinois 62901-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.685 9**

**Nonpriority creditor's name and mailing address**

**Scully, Steven**
**272 SW Oakridge Drive**
**Port St. Lucie, Florida 34984-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.686 0**

**Nonpriority creditor's name and mailing address**

**Sczepucha, Robin**
**2510 Shoal Creek Drive**
**Hampstead, Maryland 21074-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.686 1**

**Nonpriority creditor's name and mailing address**

**SDI**
**33 W Monroe St # 400**
**Chicago, IL 60603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.686 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Seabrooks, Breeyana**
**288 Batson Drive**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Seal & Design (HMNYS)**
**4015 Casillo Parkway**
**Clarence, NY 14031**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Seal, Stephanie**
**123 Greenridge Dr**
**Monongahela, Pennsylvania 15063-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Seales, Jason**
**6224 - 25th St**
**Lubbock, Texas 79407-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Seales, Layla**
**6224 - 25th Street**
**Lubbock, Texas 79407-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sealy, Amara-Nycole**
**4709 Alenja Lane**
**Raleigh, North Carolina 27616-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sear, Shawn**
**5020 Roundtree Drive**
**Middleville, Michigan 49333-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known) **20-11530 (BLS)**

---

| 3.686 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sears Manufacturing Company**
**1718 South Concord Street**
**Davenport, IA 52808**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.687 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sears, Farah**
**PO Box 242**
**Big Lake, Texas 76932-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.687 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Seasons Hospice & Palliative Care**
**6400 Shafer Ct. Suite 700**
**Rosemont, IL 60018**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.687 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Seavy, Julie**
**3 Bowers Road**
**Harvard, Massachusetts 01451-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.687 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Seay, Celeste**
**1794 Grand ave**
**#10**
**Cincinnati, Ohio 45214-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.687 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sechrist, Corie**
**402 Dove Drive**
**Uniontown, Pennsylvania 15401-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.687 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sedgwick, Cortni**
**2843 White Thorn Cir**
**Naperville, Illinois 60564-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.687 6**

**Nonpriority creditor's name and mailing address**
**Seeboeck, Kathleen**
**21 West 550 South**
**Atlanta, Indiana 46031-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.687 7**

**Nonpriority creditor's name and mailing address**
**Seeley, Elizabeth**
**15 Forman Street**
**Cazenovia, New York 13035-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.687 8**

**Nonpriority creditor's name and mailing address**
**Segoviano, Carrie**
**1483 Oro Grande St**
**Yuba City, California 95993-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.687 9**

**Nonpriority creditor's name and mailing address**
**Seguil, Paola**
**2110 N Seminary Ave**
**Apt 15**
**Chicago, Illinois 60614-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.688 0**

**Nonpriority creditor's name and mailing address**
**Segura, Diveda**
**1773 Popps Ferry Road**
**C34**
**Biloxi, Mississippi 39532-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.688 1**

**Nonpriority creditor's name and mailing address**
**Seher, Brenda**
**14705 Manderson Plaza**
**APT 104**
**Omaha, Nebraska 68116-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.688 2**

**Nonpriority creditor's name and mailing address**
**Seiler, Nicole**
**3363 W Lake Road**
**Canadaigua, New York 14424-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.688 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SEIU HEALTHCARE**
**2229 S Halsted**
**Suite 122**
**Chicago, IL 60608**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sell, Catherine**
**30 Linksland Drive**
**Hutchinson, Kansas 67502-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Semblex Corporation**
**900 N. Church Road**
**Elmhurst, IL 60126**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Semeniuk, Jacqueline**
**141 Morning Glory Dr**
**Winchester, Virginia 22602-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Semien, Ki'arra**
**11100 FM 1960 APT 1336**
**Huffman, Texas 77336-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sen, Top**
**441 Red Cedar Road**
**Lake Villa, Illinois 60046-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Seneca CCSD #170**
**174 Oak Street**
**Seneca, IL 61360**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor / Other**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.6890**

**Nonpriority creditor's name and mailing address**
Seneca Foods Corporation
3736 South Main Street
Marion, NY 14505

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6891**

**Nonpriority creditor's name and mailing address**
Seneca Township High School
307 E. Scott St.
Seneca, IL 61360

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6892**

**Nonpriority creditor's name and mailing address**
Senkus, Malorie
7062 S Jamestown Ct
Aurora, Colorado 80016-0000

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6893**

**Nonpriority creditor's name and mailing address**
Sepe, Anna Marie
65 Huntington Ave
Woonsocket, Rhode Island 02895-0000

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6894**

**Nonpriority creditor's name and mailing address**
Sepulveda, Kristen
6015 April Lane
Missoula, Montana 59803-0000

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6895**

**Nonpriority creditor's name and mailing address**
Serlet, Andrea
1731 S Poplar Way
Denver, Colorado 80224-0000

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6896**

**Nonpriority creditor's name and mailing address**
Serlin, Danielle
1445 Gordon Terrace
Deerfield, Illinois 60015-0000

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.6897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Serrano Rodriguez, Ivelisse**
**32104 Sagewood Bend Lane**
**Spring, Texas 77386-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Serrano, Isabel**
**240 E. 61 St.**
**Hialeah, Florida 33013-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Serrato, Crystal**
**399 Tee Lane**
**Carpentersville, Illinois 60110-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Service Coordination, Inc.**
**5283 Corporate Drive Suite 103**
**Frederick, MD 21703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Servion Global**
**3 Independence Way**
**Suite 304**
**Princeton, NJ 08540**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sesar, Patricia**
**6 Island Park Road**
**Ipswich, Massachusetts 01938-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sessions, Valerie**
**2245 Central Park Dr**
**Campbell, California 95008-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.690 4 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|

**Settle, Melissa**
**1335 Dakota Ridge Lane Apt C**
**Indianapolis, Indiana 46217-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 5 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|

**Sewell, Delia**
**505 SW Eastman Ct**
**Gresham, Oregon 97080-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 6 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|

**Sewerage and Water Board of New Orleans**
**625 Saint Joseph Street**
**Room 331**
**New Orleans, LA 70165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 7 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|

**Sexton, Maureen**
**211 Monte Vista Dr**
**Camillus, New York 13031-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 8 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|

**Shackelford, Arthur**
**4103 Nottingham Ave**
**Pascagoula, Mississippi 39581-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 9 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|

**Shaddox, Eileen**
**1156 Mariana Rd**
**Floresville, Texas 78114-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 0 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|

**Shadle, Astrid**
**1715 N. 8th St**
**Boise, Idaho 83702-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.691**
**1**

**Nonpriority creditor's name and mailing address**
**Shadow Wood Country Club, Inc.**
**22801 Oakwilde Blvd,**
**Bonita Springs, FL 34135**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.691**
**2**

**Nonpriority creditor's name and mailing address**
**Shah, Deep**
**4706 Kolze Ave**
**Schiller Park, Illinois 60176-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.691**
**3**

**Nonpriority creditor's name and mailing address**
**Shah, Lakshmi**
**304 Audubon Road**
**Streamwood, Illinois 60107-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.691**
**4**

**Nonpriority creditor's name and mailing address**
**Shah, Nirja**
**1178 E Cunningham Drive**
**Palatine, Illinois 60074-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.691**
**5**

**Nonpriority creditor's name and mailing address**
**Shah, Sima**
**812 Camilla**
**Irving, Texas 75039-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.691**
**6**

**Nonpriority creditor's name and mailing address**
**Shamrock Technologies, Inc.**
**299 Pacific Street**
**Newark, NJ 07114**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.691**
**7**

**Nonpriority creditor's name and mailing address**
**Shannon Gabriel**
**2438 Prairie Flower Lane**
**De Pere, WI 54115**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.6918**

**Nonpriority creditor's name and mailing address**

**Shapiro Metal Supply**
**9666 Olive**
**Suite 500**
**St Louis, MO 63120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6919**

**Nonpriority creditor's name and mailing address**

**Shapit, Anthony**
**7015 Ridge Avenue Unit, 30**
**Philadephia, Pennsylvania 19128-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6920**

**Nonpriority creditor's name and mailing address**

**Sharp, Heather**
**3553 Lexington Road**
**Richmond, Kentucky 40475-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6921**

**Nonpriority creditor's name and mailing address**

**Sharpe, Kim**
**120 Emerson Ave**
**Hampstead, New Hampshire 03841-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6922**

**Nonpriority creditor's name and mailing address**

**Shashtri, Yashvi**
**880 New Jersey Ave SE Apt.1110**
**Washington, District of Columbia 20003-0**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6923**

**Nonpriority creditor's name and mailing address**

**Shats, Anthony**
**2222 University Street**
**Crest Hill, Illinois 60403-1819**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6924**

**Nonpriority creditor's name and mailing address**

**Shaw Construction**
**300 Kalamath Street**
**Denver, CO 80223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.692 5**

**Nonpriority creditor's name and mailing address**
**Shaw, Ashley**
**1616 W Dallas street**
**Apt 116**
**Houston, Texas 77019-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.692 6**

**Nonpriority creditor's name and mailing address**
**Shaw, Lucy**
**446 W. Diversey Pkwy**
**Chicago, Illinois 60614-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.692 7**

**Nonpriority creditor's name and mailing address**
**Shawley, William**
**1413 S. Jackson Ave**
**Defiance, Ohio 43512-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.692 8**

**Nonpriority creditor's name and mailing address**
**SHAWNEE COMMUNITY COLLEGE**
**8364 Shawnee College Rd.**
**Ullin, IL 62992**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.692 9**

**Nonpriority creditor's name and mailing address**
**Shea, Oliver**
**12410 Alameda Trace Cir**
**# 2312**
**Austin, Texas 78727-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.693 0**

**Nonpriority creditor's name and mailing address**
**Sheehan, Wendy**
**2332 York St**
**Quincy, Illinois 62301-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.693 1**

**Nonpriority creditor's name and mailing address**
**Sheet Metal Workers Local 38**
**38 Ridge Rd**
**Brewster, NY 10509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.693 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sheet Metal Workers Local No. 71**
**24 Liberty Avenue**
**Buffalo, NY 14215**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sheets, Beatriz**
**4849 N Central Park Ave**
**Chicago, Illinois 60625-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shefa, Morad**
**21289 South Reeve Rd**
**Tracy, California 95304-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**SHELBY COUNTY CO-OP**
**2350 E State Rd 44**
**Shelbyville, IN 46176**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shelly, Miranda**
**23765 W Newell Circle**
**Farmington Hills, Michigan 48336-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shelton, Katherine**
**997 E. Remus Rd**
**Mount Pleasant, Michigan 48858-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shemanski, Stephanie**
**45 Colin Street**
**Reading, Pennsylvania 19606-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.6939**

Nonpriority creditor's name and mailing address
**Shenk, Auliya**
**408 Lancaster Road**
**Mebane, North Carolina 27302-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6940**

Nonpriority creditor's name and mailing address
**Shepard, Allie**
**712 Arrowhead Trail**
**Loveland, Ohio 45140-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6941**

Nonpriority creditor's name and mailing address
**Shepard, Melanie**
**1003 Vista Court**
**Hendersonville, Tennessee 37075-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6942**

Nonpriority creditor's name and mailing address
**Sheppard, Melissa**
**27 Helen st**
**Buffalo, New York 14213-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6943**

Nonpriority creditor's name and mailing address
**Sheri Dennard**
**5520 Magnolia Tree Terrace**
**Sarasota, FL 34233**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6944**

Nonpriority creditor's name and mailing address
**Sherman, Ludmila**
**12522 Maria Cir**
**Broomfield, Colorado 80020-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6945**

Nonpriority creditor's name and mailing address
**Sherman, Zachary**
**122 Randall Street**
**Reinbeck, Iowa 50669-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor    **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)    __20-11530 (BLS)__

| | |
|---|---|
| 3.694<br>6 | **Nonpriority creditor's name and mailing address**<br>**Shern, Erica**<br>**1620 Wheyfield Drive**<br>**Frederick, Maryland 21701-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.694<br>7 | **Nonpriority creditor's name and mailing address**<br>**Sherron, Jeremy**<br>**4 Delford Avenue**<br>**Silver Spring, Maryland 20904-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.694<br>8 | **Nonpriority creditor's name and mailing address**<br>**Shibaura Machine (formerly Toshiba Machi**<br>**755 Greenleaf Ave**<br>**Elk Grove Village, IL 60007** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.694<br>9 | **Nonpriority creditor's name and mailing address**<br>**Shields, Raynell**<br>**9401 White Cedar Drive**<br>**Apt 417**<br>**Owings Mills, Maryland 21117-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.695<br>0 | **Nonpriority creditor's name and mailing address**<br>**Shifflett, Danielle**<br>**3220 Hooper Road**<br>**New Windsor, Maryland 21776-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.695<br>1 | **Nonpriority creditor's name and mailing address**<br>**Shimkus, Samantha**<br>**1509 Darien Club Drive**<br>**Darien, Illinois 60561-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.695<br>2 | **Nonpriority creditor's name and mailing address**<br>**Shingler, Carlton**<br>**13805 W Meath Drive**<br>**Homer Glen, Illinois 60491-0000** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.695 3**

**Nonpriority creditor's name and mailing address**
**Shinkle, Candace**
**338 NW Reselk Drive**
**Comanche, Oklahoma 73507-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.695 4**

**Nonpriority creditor's name and mailing address**
**Shinsky, Linda**
**1409 Sioux Trail**
**Niles, Michigan 49120-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.695 5**

**Nonpriority creditor's name and mailing address**
**Shinsky, Rachel**
**221 31st Avenue North**
**Apt 426**
**Nashville, Tennessee 37203-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.695 6**

**Nonpriority creditor's name and mailing address**
**Shinwar, Samar**
**6821 Plymouth Rd #13**
**Stockton, California 95207-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.695 7**

**Nonpriority creditor's name and mailing address**
**Shionogi, Inc**
**300 Campus Drive**
**Florham Park, NJ 07932**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.695 8**

**Nonpriority creditor's name and mailing address**
**Shirazi, Gabriella**
**P.O. Box 230621**
**Tigard, Oregon 97281-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.695 9**

**Nonpriority creditor's name and mailing address**
**Shiroki North America, Inc.**
**1111 W Broad St**
**Smithville, TN 37166**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.696 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shogren, Brooke**
**108 E Capitol Drive**
**Appleton, Wisconsin 54911-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.696 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shoreacres Country Club**
**1601 Shore Acres Drive**
**Lake Bluff, IL 60044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.696 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shoroye, Omoyemi**
**820 N. Acacia Street**
**Inglewood, California 90302-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.696 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shouse, Cheryl**
**2518 St. Lucie Ct.**
**Chattanooga, Tennessee 37421-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.696 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shovlin, Megan**
**1791 Princeton Court**
**Lake Forest, Illinois 60045-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.696 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shred-It- IH**
**28883 Network Place**
**Chicago, IL 60673-1288**

Date(s) debt was incurred  **5/22/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$3,767.21**

---

| 3.696 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shulman, Alec**
**2250 W Melrose Street**
**1 W**
**Chicago, Illinois 60618-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.696 7**

**Nonpriority creditor's name and mailing address**
**Shumaker, Anne**
**2871 georges landing rd**
**goochland, Virginia 23063-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.696 8**

**Nonpriority creditor's name and mailing address**
**Siambanes, Dorothy**
**10260 Wight Street**
**Westchester, Illinois 60154-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.696 9**

**Nonpriority creditor's name and mailing address**
**Sibug-Franklin, Marites**
**2234 Traverse Dr**
**Troy, Michigan 48083-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.697 0**

**Nonpriority creditor's name and mailing address**
**Sickels, Deborah**
**2716 N. 22nd Drive**
**Phoenix, Arizona 85009-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.697 1**

**Nonpriority creditor's name and mailing address**
**Sid Dillon**
**2420 East 23rd Street**
**Fremont, NE 68025**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.697 2**

**Nonpriority creditor's name and mailing address**
**Siddiqi, Hera**
**22610 spring crossing drive**
**Spring, Texas 77373-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.697 3**

**Nonpriority creditor's name and mailing address**
**Siddiqui, Rehan**
**189 Lilac St**
**Bolingbrook, Illinois 60490-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.697**
**4**

**Nonpriority creditor's name and mailing address**
**Sidney Federal Credit Union**
**42 Union Street**
**Sidney, NY 13838**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.697**
**5**

**Nonpriority creditor's name and mailing address**
**Sidney Regional Medical Center**
**645 Osage Street**
**Sidney, NE 69162**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.697**
**6**

**Nonpriority creditor's name and mailing address**
**Siedlecki, Holly**
**111 Crest Lake Court**
**Yorktown, Virginia 23693-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.697**
**7**

**Nonpriority creditor's name and mailing address**
**Siedschlag, Amanda**
**2055 NE Sheffield Ave**
**Beaverton, Oregon 97006-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.697**
**8**

**Nonpriority creditor's name and mailing address**
**Siegel, Juan Carlos**
**14811 Liberty Stone Lane**
**Cypress, Texas 77429-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.697**
**9**

**Nonpriority creditor's name and mailing address**
**Sierra Vista Unified School District #68**
**3555 East Fry Boulevard**
**Sierra Vista, AZ 85635**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.698**
**0**

**Nonpriority creditor's name and mailing address**
**Sierra-Barrera, Alexandra**
**782 45th Avenue NE**
**Salem, Oregon 97301-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.698**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Sierra-Nowell, Anna**<br>**4021 North Kolmar Ave**<br>**Chicago, Illinois 60641-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.698**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Sierra-Nowell, Ruth**<br>**4021 N. Kolmar**<br>**Chicago, Illinois 60641-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.698**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Signode Industrial Group**<br>**3650 West Lake Avenue**<br>**Glenview, IL 60026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.698**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|
| **SIH Workcare/SIHMG**<br>**2808 East Outer Drive**<br>**Marion, IL 62959** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **3/4/2020** | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.698**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Silgan Plastics**<br>**14515 N. Outer 40**<br>**Suite 210**<br>**Chesterfield, MO 63017** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.698**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Silhacek, Christina**<br>**1195 Hidden Hills Drive**<br>**Delano, Minnesota 55328-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.698**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Silkworth, Nolan**<br>**15285 Clovernook Drive**<br>**Grand Haven, Michigan 49417-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.698 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Silva Rodriguez, Thais**
**10800 Lakeline Blvd**
**Apt. 13207**
**Austin, Texas 78717-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Silva, Laura**
**308 Cr 140**
**Alice, Texas 78332-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Silva, Ximena**
**83-45 Broadway APT 403**
**Elmhurst, New York 11373-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Silveira, Erica**
**3208 Cole Ave Apt 1110**
**Dallas, Texas 75204-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Silver Lake-Salem Jt. School District**
**300 E. Prosser Street**
**Silver Lake, WI 53170**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Silvera, Ricardo**
**236 SummerBrooke Ct**
**El Paso, Texas 79932-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Silverman, Jason**
**2609 Briar Trail**
**Apt. 303**
**Schaumburg, Illinois 60173-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.699 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sima, Jeanne**
**W234 - S6830 Millbrook Circle**
**Big Bend, Wisconsin 53103-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Simecek-Spencer, Stephanie**
**315 Kirk**
**Cedar Hill, Texas 75104-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Simkins-Hallin, Inc.**
**326 N Broadway Ave**
**Bozeman, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Simmons, Amanda**
**242 Wallace Dr**
**Coldwater, Mississippi 38618-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Simmons, Doris**
**5308 Drifton Dr.**
**Louisville, Kentucky 40241-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Simmons, Ronnisha**
**425 Warrior Drive Apt J134**
**Murfreesboro, Tennessee 37128-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Simms, Samara**
**3067 Brinkley Road**
**Apt. 202**
**Temple Hills, Maryland 20748-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.700**
**2**

**Nonpriority creditor's name and mailing address**
**SIMON CONTRACTORS**
**4819 S. Industrial Rd**
**Cheyenne, WY 82007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.700**
**3**

**Nonpriority creditor's name and mailing address**
**Simon, Malissa**
**2021 13th St**
**Granite City, Illinois 62040-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.700**
**4**

**Nonpriority creditor's name and mailing address**
**Simon-Bell, Cheryl**
**245 Sunset Ct**
**Vernon Hills, Illinois 60061-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.700**
**5**

**Nonpriority creditor's name and mailing address**
**Simonich, Christina**
**1009 Evergreen Drive**
**Carol Stream, Illinois 60188-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.700**
**6**

**Nonpriority creditor's name and mailing address**
**Simonson, Sophia**
**1346 Minehaha Ave W**
**St Paul, Minnesota 55104-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.700**
**7**

**Nonpriority creditor's name and mailing address**
**Simonton, Carson**
**1940 Minnewil Lane**
**Marietta, Georgia 30068-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.700**
**8**

**Nonpriority creditor's name and mailing address**
**Simpkiss, Cheryl**
**765 Parkview Drive**
**Park City, Utah 84098-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.700 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Simpson, Emily**
**1301 Beemer Court**
**Oxford, Michigan 48371-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sims, Daniel**
**310 Normandy Road**
**Lousburg, North Carolina 27549-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sims, Kevin**
**5660 Eichelberger**
**Saint Louis, Missouri 63109-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sims, Saquania**
**681 Taylor Dr S.E. Apt B**
**Smyrna, Georgia 30080-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sinclair, Remington**
**110 The Boulevard**
**Pittsburgh, Pennsylvania 15210-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Singer, Jason**
**3276 Margellina Drive**
**Charlotte, North Carolina 28210-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Singh, Gurnish**
**4327 Meadow Mills Road**
**Owings Mills, Maryland 21117-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.701 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Singh, Navjot**
**833 Province Rd**
**Fort Collins, Colorado 80525-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.701 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Singletary, Dauline**
**209 Peach St**
**Franklinton, North Carolina 27525-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.701 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Singleton, Kandi**
**650 Conkey St**
**HAMMOND, Indiana 46320-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.701 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sisic, Anna**
**3933 Rexmere Rd**
**Baltimore, Maryland 21218-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.702 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sisson, Heather**
**P.O. Box 2311**
**El Granada, California 94018-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.702 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sitko, Christina**
**572 Canterbury Lane**
**Pingree Grove, Illinois 60140-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.702 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sitkowski, Vincent**
**8428 Grenway Dr**
**Mentor, Ohio 44060-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.702**
**3**

**Nonpriority creditor's name and mailing address**

**Sitnik, Tara**
**3402 Kensington Ct**
**Rocklin, California 95765-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.702**
**4**

**Nonpriority creditor's name and mailing address**

**Sivanich, Kathryn**
**7400 Jackson St. NE**
**Fridley, Minnesota 55432-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.702**
**5**

**Nonpriority creditor's name and mailing address**

**SKF USA INC.**
**890 Forty Foot Rd. POBOX 352**
**Lansdale, PA 19446**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.702**
**6**

**Nonpriority creditor's name and mailing address**

**Skokie Country Club**
**500 Washington Ave.**
**Glencoe, IL 60022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.702**
**7**

**Nonpriority creditor's name and mailing address**

**Skokie SD #68**
**9440 Kenton Ave**
**Skokie, IL 60076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.702**
**8**

**Nonpriority creditor's name and mailing address**

**Skokie SD 69**
**5050 Madison Street**
**Skokie, IL 60077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.702**
**9**

**Nonpriority creditor's name and mailing address**

**Skokie SD 73.5**
**8000 East Prairie Road**
**Skokie, IL 60076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.703 0**

**Nonpriority creditor's name and mailing address**
**Skrine, Veronica**
**PO Box 2753**
**Spring, Texas 77383-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.703 1**

**Nonpriority creditor's name and mailing address**
**Slack, Leo**
**288 Grove Street #166**
**Braintree, Massachusetts 02184-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.703 2**

**Nonpriority creditor's name and mailing address**
**Slack, Tracey**
**7250 West Coon Lake Rd**
**Howell, Michigan 48843-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.703 3**

**Nonpriority creditor's name and mailing address**
**Sladky, Mandy**
**1503 18th Ave**
**Apt 101**
**Seattle, Washington 98122-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.703 4**

**Nonpriority creditor's name and mailing address**
**Slater, James**
**995 Stockbridge Place**
**Elgin, Illinois 60120-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.703 5**

**Nonpriority creditor's name and mailing address**
**Slattery, Hannah**
**2458 Box Canyon**
**New Lenox, Illinois 60451-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.703 6**

**Nonpriority creditor's name and mailing address**
**Slaughter, Dian**
**4834 Donald Ave**
**Richmond Heights, Ohio 44143-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.703 7**

**Nonpriority creditor's name and mailing address**
**Sletteland, Jakob**
**505 Kelly Blvd**
**Springfield, Oregon 97477-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.703 8**

**Nonpriority creditor's name and mailing address**
**Sletten Companies**
**1000 25th St. North**
**Great Falls, MT 59401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.703 9**

**Nonpriority creditor's name and mailing address**
**Sletten, Angela**
**1278 Charles Ave**
**Apt A**
**St Paul, Minnesota 55104-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.704 0**

**Nonpriority creditor's name and mailing address**
**Sliva, Brooke**
**92 Line St.**
**Easthampton, Massachusetts 01027-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.704 1**

**Nonpriority creditor's name and mailing address**
**Sloan, Elizabeth**
**2115 Scheffer Ave**
**Saint Paul, Minnesota 55116-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.704 2**

**Nonpriority creditor's name and mailing address**
**Sloan, Jocelyn**
**5244 Birchwood Drive**
**Kalamazoo, Michigan 49009-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.704 3**

**Nonpriority creditor's name and mailing address**
**Sloat, Daniel**
**4 Raleigh Court #204**
**Fairfield, Ohio 45014-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.704
4**

Nonpriority creditor's name and mailing address
**Slocum, Harriet**
**12765 Unit H St James Place**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.704
5**

Nonpriority creditor's name and mailing address
**Slocum, Patricia**
**223 Arbor Circle**
**Sanford, Florida 32773-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.704
6**

Nonpriority creditor's name and mailing address
**Small, Darlene**
**3336 High Pine Church Road**
**Asheboro, North Carolina 27205-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.704
7**

Nonpriority creditor's name and mailing address
**Small, Sean**
**14234 Ayers Rock Rd**
**Sugar Land, Texas 77498-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.704
8**

Nonpriority creditor's name and mailing address
**Smallwood, Jennifer**
**5125 Chablis Court**
**Fort Wayne, Indiana 46845-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.704
9**

Nonpriority creditor's name and mailing address
**Smallwood, Madison**
**242 Wallace Drive**
**Coldwater, Mississippi 38618-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.705
0**

Nonpriority creditor's name and mailing address
**Smereczniak, Diane**
**134 Mill Spring Land**
**Peters, Missouri 63376-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.705**
**1**

**Nonpriority creditor's name and mailing address**
**Smetana, Kaitlyn**
**902 E Jules Street**
**Alrlington Heights, Illinois 60004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.705**
**2**

**Nonpriority creditor's name and mailing address**
**Smith Green Community Schools**
**1 Eagle Drive**
**Churubusco, IN 46723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.705**
**3**

**Nonpriority creditor's name and mailing address**
**Smith Jr, David**
**1589 East 33Rd St, Front Apt**
**Cleveland, Ohio 44114-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.705**
**4**

**Nonpriority creditor's name and mailing address**
**Smith McDaniel, Dominique**
**7906 E 92nd St**
**Kansas City, Missouri 64138-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.705**
**5**

**Nonpriority creditor's name and mailing address**
**Smith Temporaries Inc. dba Cornerstone S**
**3861 Long Prairie Road**
**Flower Mound, TX 75022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.705**
**6**

**Nonpriority creditor's name and mailing address**
**Smith, Aisha**
**5318 Smoke Tree Drive**
**Arlington, Texas 76018-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.705**
**7**

**Nonpriority creditor's name and mailing address**
**Smith, Alaine**
**1849 Washington Ave S**
**Minneapolis, Minnesota 55454-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

| 3.705<br>8 | **Nonpriority creditor's name and mailing address**<br>**Smith, Alexandra**<br>**322 Queen Anne Rd**<br>**Stevensville, Maryland 21666-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Wages / Other<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.705<br>9 | **Nonpriority creditor's name and mailing address**<br>**Smith, Amanda**<br>**12501 Broadway, Apt 27107**<br>**Pearland, Texas 77584-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Wages / Other<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.706<br>0 | **Nonpriority creditor's name and mailing address**<br>**Smith, Anita**<br>**21 Club House Drive**<br>**Savannah, Georgia 31419-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Wages / Other<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.706<br>1 | **Nonpriority creditor's name and mailing address**<br>**Smith, Bren**<br>**3021 NW Grand Blvd**<br>**Oklahoma City, Oklahoma 73116-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Wages / Other<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.706<br>2 | **Nonpriority creditor's name and mailing address**<br>**Smith, Cheryl**<br>**16 Airway Circle, APT 1B**<br>**Towson, Maryland 21286-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Wages / Other<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.706<br>3 | **Nonpriority creditor's name and mailing address**<br>**Smith, Christen**<br>**720 Lake Charles Way**<br>**Roswell, Georgia 30075-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Wages / Other<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.706<br>4 | **Nonpriority creditor's name and mailing address**<br>**Smith, Christopher**<br>**3705 Crossleigh Ct**<br>**Randallstown, Maryland 21133-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Wages / Other<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|--------|-----------------------------------|------------------------|----------------|
|        | Name                              |                        |                |

---

**3.706 5**

**Nonpriority creditor's name and mailing address**
**Smith, Cynthia**
**7674 Sweetwood Court**
**Dublin, Ohio 43016-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.706 6**

**Nonpriority creditor's name and mailing address**
**Smith, Debbie**
**12625 Hampton Crossing Dr**
**Chesterfield, Virginia 23832-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.706 7**

**Nonpriority creditor's name and mailing address**
**Smith, Devon**
**802 Orchard View Rd**
**Reading, Pennsylvania 19606-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.706 8**

**Nonpriority creditor's name and mailing address**
**Smith, Diana**
**4641 Woodland Blvd. Apt. 254**
**Oklahoma City, Oklahoma 73105-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.706 9**

**Nonpriority creditor's name and mailing address**
**Smith, Elizabeth**
**N8433 Glacial Ct.**
**Elkhart Lake, Wisconsin 53020-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.707 0**

**Nonpriority creditor's name and mailing address**
**Smith, Emarie**
**9518 Black Torn Lane**
**San Antonio, Texas 78240-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.707 1**

**Nonpriority creditor's name and mailing address**
**Smith, Erika**
**890 E245th St.**
**Euclid, Ohio 44123-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.707 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Smith, Erin**
**843 South Longmore**
**Apt 2077**
**Mesa, Arizona 85202-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Smith, Evelyn**
**719 E. E Street**
**Jenks, Oklahoma 74034-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Smith, Jamie**
**3179 Treeside Lane**
**Green Cove Springs, Florida 32043-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Smith, Jared**
**627 W Barry Ave**
**Apartment #2D**
**Chicago, Illinois 60657-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Smith, Jessica**
**2471 Cove Creek Road**
**Bristol, Virginia 24202-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Smith, Joseph**
**1706 Darien Circle**
**Spring Hill, Tennessee 37174-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Smith, Katherine**
**20660 N Exmoor Ave**
**Barrington, Illinois 60010-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7079**

**Nonpriority creditor's name and mailing address**

**Smith, Katherine**
**10503 Sumter Lane**
**Bloomington, Minnesota 55438-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7080**

**Nonpriority creditor's name and mailing address**

**Smith, Kayla**
**8114 N. Pingree Ave**
**Milwaukee, Wisconsin 53224-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7081**

**Nonpriority creditor's name and mailing address**

**Smith, Kelly**
**2461 Lamar Place N**
**Hernanado, Mississippi 38632-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7082**

**Nonpriority creditor's name and mailing address**

**Smith, Kerrigan**
**679 Sand Spur Drive**
**Etters, Pennsylvania 17319-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7083**

**Nonpriority creditor's name and mailing address**

**Smith, Kristy**
**434 Nw 27st Street**
**Oklahoma City, Oklahoma 73103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7084**

**Nonpriority creditor's name and mailing address**

**Smith, LaChon**
**2145 E 98th St**
**Chicago, Illinois 60617-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7085**

**Nonpriority creditor's name and mailing address**

**Smith, Lateisha**
**1717 Avery Cv.**
**Southaven, Mississippi 38671-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.708 6**

**Nonpriority creditor's name and mailing address**
**Smith, Latrisha**
**2791 Glasgow Ct**
**1W**
**Schaumburg, Illinois 60194-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.708 7**

**Nonpriority creditor's name and mailing address**
**Smith, Leslie**
**5243 W Monroe**
**Chicago, Illinois 60644-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.708 8**

**Nonpriority creditor's name and mailing address**
**Smith, Linda**
**270 Degeorge Ci#8**
**Rochester, New York 14626-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.708 9**

**Nonpriority creditor's name and mailing address**
**Smith, Lonzo**
**5600 S Winchester Ave**
**Chicago, Illinois 60636-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.709 0**

**Nonpriority creditor's name and mailing address**
**Smith, Lori**
**5851 Montana Ave**
**New Port Richey, Florida 34652-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.709 1**

**Nonpriority creditor's name and mailing address**
**Smith, Marna**
**18212 Stewart Ave**
**Homewood, Illinois 60430-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.709 2**

**Nonpriority creditor's name and mailing address**
**Smith, Megan**
**1214 Glynwater Lane**
**Waxhaw, North Carolina 28173-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
| --- | --- | --- | --- |
| | Name | | |

---

**3.709**
**3**

**Nonpriority creditor's name and mailing address**
**Smith, Michael**
**4845 Transit Rd**
**Apt #S10**
**Depew, New York 14043-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.709**
**4**

**Nonpriority creditor's name and mailing address**
**Smith, Michele**
**304 Magnolia Blossom Lane**
**Yukon, Oklahoma 73099-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.709**
**5**

**Nonpriority creditor's name and mailing address**
**Smith, Nancy**
**810 Highland Drive**
**704**
**Knoxville, Tennessee 37912-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.709**
**6**

**Nonpriority creditor's name and mailing address**
**Smith, Nathan**
**5700 Starboardway Drive**
**Fort Worth, Texas 76135-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.709**
**7**

**Nonpriority creditor's name and mailing address**
**Smith, Nicole**
**9702 Lower River Rd**
**Louisville, Kentucky 40272-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.709**
**8**

**Nonpriority creditor's name and mailing address**
**Smith, Nikah**
**25676 West Dunlap Road**
**Buckeye, Arizona 85326-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.709**
**9**

**Nonpriority creditor's name and mailing address**
**Smith, Peggy**
**23703 Misty Peak**
**San Antonio, Texas 78258-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7100**

**Nonpriority creditor's name and mailing address**

**Smith, Reginale**
**595 W. Church St #801**
**Orlando, Florida 32805-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7101**

**Nonpriority creditor's name and mailing address**

**Smith, Samantha**
**4079 Highview Court**
**Waterford, Michigan 48329-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7102**

**Nonpriority creditor's name and mailing address**

**Smith, Samantha**
**2857 Godfrey Road**
**Glen Rock, Pennsylvania 17327-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7103**

**Nonpriority creditor's name and mailing address**

**Smith, Sharon**
**7266 Pierce Court**
**Merrillville, Indiana 46410-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7104**

**Nonpriority creditor's name and mailing address**

**Smith, Sharon**
**4102 Glenarm ave**
**Baltimore, Maryland 21206-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7105**

**Nonpriority creditor's name and mailing address**

**Smith, Stacey**
**312 Susan Constant Dr**
**Newport News, Virginia 23608-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7106**

**Nonpriority creditor's name and mailing address**

**Smith, Sydney**
**320 Carroll Island Road**
**Middle River, Maryland 21220-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.710 7**

**Nonpriority creditor's name and mailing address**

**Smith, Tarcia**
**1115 Woodflower Way**
**Clermont, Florida 34714-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.710 8**

**Nonpriority creditor's name and mailing address**

**Smith, Terence**
**3900 Paris Avenue**
**New Orleans, Louisiana 70122-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.710 9**

**Nonpriority creditor's name and mailing address**

**Smith, Tony**
**9702 Lower River Rd**
**Louisville, Kentucky 40272-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.711 0**

**Nonpriority creditor's name and mailing address**

**Smith-Anderson, Nichole**
**3448 Timberview Trail**
**Lapeer, Michigan 48446-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.711 1**

**Nonpriority creditor's name and mailing address**

**Smith-Ward, Dorian**
**7207 Lemoyne**
**River Forest, Illinois 60305-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.711 2**

**Nonpriority creditor's name and mailing address**

**Smith-Young, Trena**
**2498 Wendover Dr**
**Naperville, Illinois 60565-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.711 3**

**Nonpriority creditor's name and mailing address**

**SmithAmundsen**
**150 N Michigan Ave**
**Suite 3300**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.711**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Smither, Rebecca**<br>**1305 NE 4th Ave**<br>**Boca Raton, Florida 33432-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: __Wages / Other__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.711**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Smitherman, Michelle**<br>**1648 Nansemond PKWY**<br>**Suffolk, Virginia 23434-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: __Wages / Other__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.711**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Smithfield-Farmland**<br>**11500 Nw Ambassador Drive**<br>**Kansas City, MO 64153** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: __Vendor / Other__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.711**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **SmithGroupJJR**<br>**500 Griswold St.**<br>**17th Floor**<br>**Detroit, MI 48226** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: __Vendor / Other__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.711**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Smoke Test Account**<br>**1700 E Golf Road, Suite 900**<br>**Schaumburg, IL 60173** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: __Vendor / Other__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.711**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Smyrnioudis, Heather**<br>**15 Overmill Court**<br>**Owings Mills, Maryland 21117-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: __Wages / Other__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.712**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Snapp, Emily**<br>**2434 Tullibee Drive**<br>**Norfolk, Virginia 23518-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: __Wages / Other__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.712 1**

**Nonpriority creditor's name and mailing address**

**Sneath, Christine**
**130 Idlewild Ct # 7**
**Schaumburg, Illinois 60195-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.712 2**

**Nonpriority creditor's name and mailing address**

**Sneed, Andrea**
**3001 Harbor Lights Dr**
**Nashville, Tennessee 37217-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.712 3**

**Nonpriority creditor's name and mailing address**

**Sneed, Heather**
**475 Swanholme Drive APT K302**
**Murfreesboro, Tennessee 37129-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.712 4**

**Nonpriority creditor's name and mailing address**

**Snell, Linda**
**45 Trumbauersville Road**
**Quakertown, Pennsylvania 18951-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.712 5**

**Nonpriority creditor's name and mailing address**

**Snelling - IH**
**P.O Box 650765**
**Dallas, TX 75265-0765**

Date(s) debt was incurred  3/1/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,420.00**

---

**3.712 6**

**Nonpriority creditor's name and mailing address**

**Snelling, Christopher**
**1 Tricount Court**
**Apt 3B**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.712 7**

**Nonpriority creditor's name and mailing address**

**Snow, Marilee**
**1840 N 184TH St.**
**Shoreline, Washington 98133-4648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.712**
**8**

**Nonpriority creditor's name and mailing address**
**Snowden, Cheryl**
**5030 Amber Clay Lane**
**Raleigh, North Carolina 27612-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.712**
**9**

**Nonpriority creditor's name and mailing address**
**Snowden, Timothy**
**7203 Kennebunk Road**
**Windsor Mill, Maryland 21244-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.713**
**0**

**Nonpriority creditor's name and mailing address**
**Snugz USA, Inc.**
**9258 S Prosperity Rd**
**West Jordan, UT 84081-6161**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.713**
**1**

**Nonpriority creditor's name and mailing address**
**So, Stephanie**
**583 Flood Ave**
**San Francisco, California 94112-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.713**
**2**

**Nonpriority creditor's name and mailing address**
**Soberanis, Brenda**
**3049 Marbella Lane**
**Palmdale, California 93550-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.713**
**3**

**Nonpriority creditor's name and mailing address**
**Sobota, Dominic**
**PO Box 8412**
**Holland, Michigan 49422-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.713**
**4**

**Nonpriority creditor's name and mailing address**
**Society of Petroleum Engineers (spe), In**
**222 Palisades Creek Dr**
**Richardson, TX 75080-2040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.713 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Socket Telecom**
**2703 Clark Lane**
**Columbia, MO 65202**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Soe, Stella**
**53 Planters Drive Nw**
**Cartersville, Georgia 30120-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Soell, Alan**
**8640 Georgiana Ave**
**Morton Grove, Illinois 60053-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Soffera, Amanda**
**14211 Fabled Point Avenue**
**El Paso, Texas 79938-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sogeti USA, LLC**
**10100 Innovation Drive, Suite 200**
**Dayton, OH 45342**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sokun, Pysarl**
**85 Brainerd Rd. Apt 101**
**Allston, Massachusetts 02134-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Solberg, Christine**
**630 N. Hamlin**
**Park Ridge, Illinois 60068-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.714**
**2**

**Nonpriority creditor's name and mailing address**
**Solis, Elena**
**13 Warner Road**
**Los Lunas, New Mexico 87031-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.714**
**3**

**Nonpriority creditor's name and mailing address**
**Soliz, Veronica**
**6915 E. Curry Rd**
**Edinburg, Texas 78539-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.714**
**4**

**Nonpriority creditor's name and mailing address**
**Solloway, Megan**
**417 Oak Grove Road**
**Linthicum, Maryland 21090-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.714**
**5**

**Nonpriority creditor's name and mailing address**
**Solomon Cloud Solutions**
**1219 W. Main Cross Street**
**Suite 100**
**Findlay, OH 45840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.714**
**6**

**Nonpriority creditor's name and mailing address**
**Solomon, Cristie**
**8448 Felton Crest Way**
**Elk Grove, California 95624-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.714**
**7**

**Nonpriority creditor's name and mailing address**
**Solorio, Mariann**
**27 Ellington Drive**
**Schaumburg, Illinois 60194-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.714**
**8**

**Nonpriority creditor's name and mailing address**
**Solow Management Corporation**
**9 W 57th Street**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7149**

**Nonpriority creditor's name and mailing address**
**Solu Technology Partners**
**7647 Main St Fishers**
**Victor, NY 14564**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7150**

**Nonpriority creditor's name and mailing address**
**Solution Partners, Inc**
**Department 4952**
**Carol Stream, IL 60122-4952**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7151**

**Nonpriority creditor's name and mailing address**
**Solution Partners, Inc.**
**Department 4952**
**Carol Stream, IL 60122-4952**

Date(s) debt was incurred **5/22/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$16,848.00**

---

**3.7152**

**Nonpriority creditor's name and mailing address**
**Solvay Bank**
**1537 Milton Avenue**
**Solvay, NY 13209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7153**

**Nonpriority creditor's name and mailing address**
**Somerton Elementary School District**
**343 N Carlisle Ave**
**Somerton, AZ 85350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7154**

**Nonpriority creditor's name and mailing address**
**Sondreal, Courtney**
**217 A Melin Ave**
**Ben Lomond, California 95005-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7155**

**Nonpriority creditor's name and mailing address**
**Song, Grace**
**13808 Ne 12th Street #I-104**
**Bellevue, Washington 98005-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.715 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sonko, Safiatou**
**9508 Golders Green Circ**
**Apt 304**
**Loui, Kentucky 40229-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sonoita Elementary School District**
**23 Elgin Road**
**Elgin, AZ 85611**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sonoma Partners**
**525 West Monroe Street**
**Suite 500**
**Chicago, IL 60661**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sonova**
**4520 Weaver Parkway**
**Warrenville, IL 60555-3927**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sontag, Meghan**
**501 Dartmouth Avenue**
**Silver Spring, Maryland 20910-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Soon, Wen**
**2240 Woodset Drive**
**San Jose, California 95116-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sootho, Schyler**
**4739 Rams Horn Row**
**Ellicott City, Maryland 21042-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Wages / Other__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.716 3**

**Nonpriority creditor's name and mailing address**
**SOPREMA**
**310 Quadral Dr.**
**Wadsworth, OH 44281**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.716 4**

**Nonpriority creditor's name and mailing address**
**Sorensen, Michael**
**1827 E Illinois St**
**Wheaton, Illinois 60187-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.716 5**

**Nonpriority creditor's name and mailing address**
**Sorensen, Sharon**
**1641 Canyon Dr**
**Fullerton, California 92833-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.716 6**

**Nonpriority creditor's name and mailing address**
**Soto, Merly**
**8231 Princeton Square Blvd W.**
**Apt. 407**
**Jacksonville, Florida 32256-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.716 7**

**Nonpriority creditor's name and mailing address**
**Soto, Pamela**
**913 Linden Avenue**
**Oak Park, Illinois 60302-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.716 8**

**Nonpriority creditor's name and mailing address**
**Soto, Sandie**
**4470 Rich Beem #334**
**El Paso, Texas 79938-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.716 9**

**Nonpriority creditor's name and mailing address**
**Soto, Sandra**
**1130 W 54th St**
**Hialeah, Florida 33012-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.717 0**

**Nonpriority creditor's name and mailing address**
**Soto, Yanileth**
**841 NW 85th Terrace Apt2014**
**Plantation, Florida 33324-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.717 1**

**Nonpriority creditor's name and mailing address**
**Sotomayor, Gerarlyn**
**1919 Prairie Square**
**#305**
**Schaumburg, Illinois 60173-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.717 2**

**Nonpriority creditor's name and mailing address**
**Sotomayor, Sandra**
**550 Lake Ave. #2**
**Manchester, New Hampshire 03103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.717 3**

**Nonpriority creditor's name and mailing address**
**Soule, Ryan**
**1701 Century Circle Apt. 314**
**Woodbury, Minnesota 55125-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.717 4**

**Nonpriority creditor's name and mailing address**
**South Adams Schools**
**1075 Starfire Way**
**Berne, IN 46711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.717 5**

**Nonpriority creditor's name and mailing address**
**South Carolina Department of Revenue**
**PO Box 12265**
**Columbia, SC 29211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.717 6**

**Nonpriority creditor's name and mailing address**
**South Dakota Department of Revenue & Reg**
**445 East Capitol Ave**
**Pierre, SD 57501-3185**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
| --- | --- | --- | --- |
| | Name | | |

---

**3.717**
**7**

Nonpriority creditor's name and mailing address
**South, Janet**
**7268 Belroi Rd**
**Gloucester, Virginia 23061-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.717**
**8**

Nonpriority creditor's name and mailing address
**Southard, Barbara**
**506 Rowe Mountain Rd**
**Bradford, New Hampshire 03221-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.717**
**9**

Nonpriority creditor's name and mailing address
**Southard, Courtney**
**7020 Ellingham Circle #21**
**Alexandria, Virginia 22315-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.718**
**0**

Nonpriority creditor's name and mailing address
**Southeastern Schools Corporation**
**100 South Main Street**
**Walton, IN 46994**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.718**
**1**

Nonpriority creditor's name and mailing address
**Southern Illinois Health & Wellness Insu**
**411 S. Court St**
**Marion, IL 62959**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.718**
**2**

Nonpriority creditor's name and mailing address
**Southern, Regina**
**2921 Line Dr**
**Norman, Oklahoma 73071-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.718**
**3**

Nonpriority creditor's name and mailing address
**Southwest Cook County CASE**
**(SWCCCASE)**
**6020 W. 151st. St.**
**Oak Forest, IL 60452**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.718
4**

**Nonpriority creditor's name and mailing address**

**SOUTHWEST OHIO REGIONAL TRANSIT AUTHORIT**
**602 Main Street Suite 1100**
**Cincinnati, OH 45202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.718
5**

**Nonpriority creditor's name and mailing address**

**SOUTHWESTERN ILLINOIS COLLEGE**
**2500 Carlyle Ave**
**Belleville, IL 62221**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.718
6**

**Nonpriority creditor's name and mailing address**

**Sowinski, Julie**
**253 E Bank Street**
**Fond Du Lac, Wisconsin 54935-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.718
7**

**Nonpriority creditor's name and mailing address**

**Sowizral, Melinda**
**51 Westcott Road**
**Harvard, Massachusetts 01451-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.718
8**

**Nonpriority creditor's name and mailing address**

**Spain-Allen, Michelle**
**4027 Hawkmount Way**
**San Ramon, California 94582-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.718
9**

**Nonpriority creditor's name and mailing address**

**Sparks, Adam**
**661 West Beecher Street APT 19**
**Adrian, Michigan 49221-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.719
0**

**Nonpriority creditor's name and mailing address**

**Sparks, Kelsey**
**3948 Tyler St NE**
**Columbia Heights, Minnesota 55421-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.719 1**

**Nonpriority creditor's name and mailing address**
**Sparta Hospital**
**818 East Boardway**
**Sparta, IL 62886**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.719 2**

**Nonpriority creditor's name and mailing address**
**Spaulding, Tanesha**
**512 Saratoga Drive**
**Alpharaetta, Georgia 30022-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.719 3**

**Nonpriority creditor's name and mailing address**
**Speare Memorial Hospital**
**16 Hospital Road**
**Plymouth, NH 03264-1300**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.719 4**

**Nonpriority creditor's name and mailing address**
**Spears, Joy**
**7516 Gary Road**
**Joelton, Tennessee 37080-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.719 5**

**Nonpriority creditor's name and mailing address**
**Specified Technologies, Inc.**
**210 Evans Way**
**Branchburg, NJ 08876**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.719 6**

**Nonpriority creditor's name and mailing address**
**Spectrum Geo Inc.**
**11750 Katy Freeway Suite 900**
**Houston, TX 77079**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.719 7**

**Nonpriority creditor's name and mailing address**
**SPEED S.E.J.A. District #802**
**1125 Division Street**
**Chicago Heights, IL 60411**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.719
8**

**Nonpriority creditor's name and mailing address**

**Speights, Christine**
**5455 Euclid Street**
**Philadelphia, Pennsylvania 19131-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.719
9**

**Nonpriority creditor's name and mailing address**

**Spence, Antionette**
**2647 Locust Ave**
**Dallas, Texas 75216-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.720
0**

**Nonpriority creditor's name and mailing address**

**Spencer, Celia**
**34 Ingleside Avenue**
**Norwalk, Connecticut 06850-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.720
1**

**Nonpriority creditor's name and mailing address**

**Spencer, Lauren**
**4240 Harbor Walk Ave**
**Norfolk, Virginia 23518-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.720
2**

**Nonpriority creditor's name and mailing address**

**Spencer, Santina**
**7 Highland Place**
**4G**
**New York, New York 10705-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.720
3**

**Nonpriority creditor's name and mailing address**

**Spengler, Stephanie**
**8043 Sawgrass Court**
**Orland Park, Illinois 60462-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.720
4**

**Nonpriority creditor's name and mailing address**

**Spidle, Logan**
**2545 Hillsboro Blvd**
**Aurora, Illinois 60503-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.720 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spindor, Jennifer**
**5029 Roundtree Court**
**Haltom City, Texas 76137-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.720 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spinoso Real Estate Group**
**112 Northern Concourse**
**Syracuse, NY 13212**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.720 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spire - Alabama**
**2101 6th Avenue North**
**Birmingham, AL 35203**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.720 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spire - Gulf**
**2828 Dauphin St.**
**Mobile, AL 36606**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.720 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spire - Mississippi (formerly Wilmut Gas**
**315 South Main Street**
**Hattiesburg, MS 39403**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.721 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spire - Missouri West (formerly MGE)**
**720 Olive St.**
**Saint Louis, MO 63101**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.721 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spire Energy**
**720 Olive Street**
**St. Louis, MO 63101**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.721 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Spire Marketing**
**3773 Richmond Ave Ste 300**
**Houston, TX 77046**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.721 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Spire Storage**
**3535 Sulphur Haul Road**
**Evanston, WY 82930**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.721 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Spirov, Lauren**
**5421 Bryant Ave S**
**Minneapolis, Minnesota 55419-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.721 5 |
|---|

**Nonpriority creditor's name and mailing address**

**SPOON RIVER COLLEGE**
**23235 North County Rd. 22**
**Canton, IL 61520**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.721 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Sports Medicine & Orthopedic Center Inc**
**100 Wimbledon Square**
**Suite A**
**Chesapeake, VA 23320**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.721 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Spring Grove Cemetery & Arboretum**
**4521 Spring Grove Ave**
**Cincinnati, OH 45232**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.721 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Spring Venture Group**
**2301 McGee Street**
**4th Floor**
**Kansas City, MO 64108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.721**
**9**

**Nonpriority creditor's name and mailing address**
**Springer, Valerie**
**42349 NW Banks Rd**
**Banks, Oregon 97106-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.722**
**0**

**Nonpriority creditor's name and mailing address**
**Springfield Electric Company**
**700 North 9th Street**
**Springfield, IL 62702**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.722**
**1**

**Nonpriority creditor's name and mailing address**
**Sprinkle, Daniel**
**6217 N. Mississippi Ave**
**Portland, Oregon 97217-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.722**
**2**

**Nonpriority creditor's name and mailing address**
**Square, Glenda**
**PO Box 581**
**CEDAR HILL, Texas 75106-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.722**
**3**

**Nonpriority creditor's name and mailing address**
**Squillante, Angela**
**6853 Bianchini Circle**
**Boca Raton, Florida 33433-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.722**
**4**

**Nonpriority creditor's name and mailing address**
**Squires, Aaron**
**14128 Butler Ct**
**Plainfield, Illinois 60544-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.722**
**5**

**Nonpriority creditor's name and mailing address**
**Squires, Rosemary**
**311 Milton Ave Apt 3**
**Syracuse, New York 13204-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.722 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**SSM Health St. Marys Hospital - Audrain**
**2760 Solution Center**
**Chicago, IL 60677-2007**

Date(s) debt was incurred  3/1/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| 3.722 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**St Charles Community Unit School Distric**
**201 South 7th Street**
**St. Charles, IL 60174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.722 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**St Germain, Marie**
**6436 SW 22nd St.**
**Miramar, Florida 33023-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.722 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**St Louis, Therese**
**4211 Ridge Side Dr**
**Rochester, Michigan 48306-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.723 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**St. Camillus**
**813 Fay Road**
**Syracuse, NY 13219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.723 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**St. Charles Park District**
**101 S 2nd Street**
**St. Charles, IL 60174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.723 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**St. Louis, Janice**
**403 Red Bud Circle**
**Chesapeake, Virginia 23325-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.723 3**

**Nonpriority creditor's name and mailing address**
**St. Luke Community Hospital**
**107 6th Ave S.W.**
**Ronan, MT 59864**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.723 4**

**Nonpriority creditor's name and mailing address**
**St. Margaret's Health**
**221 W. St. Paul**
**Spring Valley, IL 61362**

Date(s) debt was incurred  4/1/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**$120.00**

---

**3.723 5**

**Nonpriority creditor's name and mailing address**
**St. Romain, Tracy**
**2608 Whispering Oaks**
**Denton, Texas 76209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.723 6**

**Nonpriority creditor's name and mailing address**
**Stacker, Nikita**
**16000 Rushmore Avenue**
**Apt 5105**
**Little Rock, Arkansas 72223-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.723 7**

**Nonpriority creditor's name and mailing address**
**Stade, William**
**601 Fairbanks Court Unit V1**
**Schaumburg, Illinois 60194-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.723 8**

**Nonpriority creditor's name and mailing address**
**Staley, Amber**
**525 Nokomis Court**
**Fort Collins, Colorado 80524-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.723 9**

**Nonpriority creditor's name and mailing address**
**Stallmann, Robert**
**1906 Friar Tuck Drive**
**Arlington, Texas 76013-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.724 0**

**Nonpriority creditor's name and mailing address**
**Stallworth, Lakeshia**
**7548 S. Michigan**
**Chicago, Illinois 60619-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.724 1**

**Nonpriority creditor's name and mailing address**
**Staloch, Jessica**
**1037 5th Ave SW**
**Forest Lake, Minnesota 55025-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.724 2**

**Nonpriority creditor's name and mailing address**
**STAMPEDE MEAT**
**7351 South 78th Avenue**
**Bridgeview, IL 60455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.724 3**

**Nonpriority creditor's name and mailing address**
**STANDARD TEXTILE**
**1 Knollcrest Drive**
**Cincinnati, OH 45237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.724 4**

**Nonpriority creditor's name and mailing address**
**Standard, Amanda**
**2215 Black Road**
**Joliet, Illinois 60435-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.724 5**

**Nonpriority creditor's name and mailing address**
**Standex**
**11 Keewaydin Drive**
**Salem, NH 03079**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.724 6**

**Nonpriority creditor's name and mailing address**
**Stanford, Ann**
**8560 Alocasia Court**
**Las Vegas, Nevada 89149-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.724
7**

**Nonpriority creditor's name and mailing address**
**Stanion Wholesale Electric Co., Inc.**
**812 S. Main**
**Pratt, KS 67124**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.724
8**

**Nonpriority creditor's name and mailing address**
**Stanley, Krystal**
**209 W. Ingram Court**
**Norfolk, Virginia 23505-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.724
9**

**Nonpriority creditor's name and mailing address**
**Stansfield Vending**
**3172 Berlin Drive**
**La Crosse, WI 54601**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.725
0**

**Nonpriority creditor's name and mailing address**
**Stanton, Bridget**
**1825 East Sauk Trail**
**Sauk Village, Illinois 60411-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.725
1**

**Nonpriority creditor's name and mailing address**
**Star Extruded Shapes, Inc.**
**7055 Herbert Road**
**Canfield, OH 44406**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.725
2**

**Nonpriority creditor's name and mailing address**
**Star Pipe Products**
**4018 Westhollow Pkwy**
**Houston, TX 77082**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.725
3**

**Nonpriority creditor's name and mailing address**
**Starks, Terri**
**1025 E. Centerville Road**
**#705**
**Garland, Texas 75041-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.725**
**4**

**Nonpriority creditor's name and mailing address**

**Starling, Sharon**
**7528 Riverside Court**
**Clemmons, North Carolina 27012-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.725**
**5**

**Nonpriority creditor's name and mailing address**

**Starrett, Beth**
**7145 Hall St**
**Holland, Ohio 43528-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.725**
**6**

**Nonpriority creditor's name and mailing address**

**Stasik, Adelina**
**7612 NW 99th Terracw**
**Tamarac, Florida 33321-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.725**
**7**

**Nonpriority creditor's name and mailing address**

**Stastny, Jodie**
**39326 N Melbourne Ct**
**Beach Park, Illinois 60083-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.725**
**8**

**Nonpriority creditor's name and mailing address**

**State Bank of AZ**
**1771 Mcculloch Drive**
**Lake Havasu City, AZ 00084-6403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.725**
**9**

**Nonpriority creditor's name and mailing address**

**State Road Occupational Medical Facility**
**600 State Road**
**Suite 166**
**Ashtabula, OH 44004**

Date(s) debt was incurred  **5/22/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$245.00**

---

**3.726**
**0**

**Nonpriority creditor's name and mailing address**

**Staten, Atiya**
**113 Jackie Drive**
**Gilbertsville, Pennsylvania 19525-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.726
1**

**Nonpriority creditor's name and mailing address**
**Staton, Carol**
**3554 Glasscock Trail**
**San Antonio, Texas 78253-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.726
2**

**Nonpriority creditor's name and mailing address**
**STATS, LLC**
**203 N. LaSalle, Ste 2200**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.726
3**

**Nonpriority creditor's name and mailing address**
**Staybright Electric of Colorado, Inc**
**1780 Rough Neck Drive**
**Humble, TX 77338**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.726
4**

**Nonpriority creditor's name and mailing address**
**Steakley, Kimberly**
**111 Vancouver Rd**
**Meridianville, Alabama 35759-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.726
5**

**Nonpriority creditor's name and mailing address**
**Stearns, Catherine**
**924 Pembroke woods drive**
**Pembroke, Massachusetts 02359-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.726
6**

**Nonpriority creditor's name and mailing address**
**STEC GROUP, INC**
**2345 167th St**
**Hammond, IN 46323**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.726
7**

**Nonpriority creditor's name and mailing address**
**Stedman, Ashley**
**903 Lake Shore Dr #211**
**Lake Park, Florida 33403-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.7268**

**Nonpriority creditor's name and mailing address**
**Steel Equipment Specialists**
**1507 Beeson St**
**Alliance, OH 44601**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7269**

**Nonpriority creditor's name and mailing address**
**Steele, Crystal**
**2642 S. Elm St**
**Tempe, Arizona 85282-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7270**

**Nonpriority creditor's name and mailing address**
**Steele, Mary**
**2600 S. Kanner #e4**
**Stuart, Florida 34994-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7271**

**Nonpriority creditor's name and mailing address**
**Steelman, Jamie**
**24192 Chestnut Grove Rd**
**S. Bloomingville, Ohio 43152-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7272**

**Nonpriority creditor's name and mailing address**
**Stees, Sara**
**3030 Benefit Court**
**Abingdon, Maryland 21009-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7273**

**Nonpriority creditor's name and mailing address**
**Steffens, Katherine**
**12504 Stem Lane**
**Bowie, Maryland 20715-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7274**

**Nonpriority creditor's name and mailing address**
**Stefin, Stephani**
**48 Samuel Drive**
**Streamwood, Illinois 60107-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.727 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stein, Andrea**
**14 Hobbs Road**
**Wayland, Massachusetts 01778-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.727 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stein, Patti**
**2536 Spooner Ave**
**Apt. 104**
**Altoona, Wisconsin 54720-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.727 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steinecker, Justin**
**474 West 3rd Street**
**Elmhurst, Illinois 60126-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.727 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steiner Management Services, LLC**
**770 South Dixie Highway**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.727 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steiner, Megin**
**3907 Flynn St**
**#104**
**Bellingham, Washington 98229-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.728 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steinfeldt, Brianna**
**1399 Karen Drive**
**West Dundee, Illinois 60118-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.728 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Steinline, Candace**
**1701 Goose Ct**
**Raymore, Missouri 64083-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.728**
**2**

**Nonpriority creditor's name and mailing address**
**Stella & Dot LLC**
**8000 Marina Blvd., Ste 400**
**San Francisco, CA 94005**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.728**
**3**

**Nonpriority creditor's name and mailing address**
**Stellar Senior Living**
**4525 Wasatch Blvd Suite 300**
**Salt Lake City, UT 84124**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.728**
**4**

**Nonpriority creditor's name and mailing address**
**Stellwag, Heidi**
**3806 Gulf of Mexico Drive**
**Longboat Key, Florida 34228-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.728**
**5**

**Nonpriority creditor's name and mailing address**
**Stephens, Amy**
**7223 Willoughby Ave #214**
**Los Angeles, California 90046-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.728**
**6**

**Nonpriority creditor's name and mailing address**
**Stephens, Jasmine**
**2111 Brandywine Road**
**Apt. 637**
**West Palm Beach, Florida 33409-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.728**
**7**

**Nonpriority creditor's name and mailing address**
**Stephens, Kaitlin**
**3560 - 40th St, Sw**
**Waverly, Minnesota 57106-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.728**
**8**

**Nonpriority creditor's name and mailing address**
**Stephens, Leslie**
**3043 North Harrier Drive**
**Fayetteville, Arkansas 72704-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.728
9**

**Nonpriority creditor's name and mailing address**
**Stephens, Stephanie**
**1231 Morgan Avenue North**
**Minneapolis, Minnesota 55411-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.729
0**

**Nonpriority creditor's name and mailing address**
**Sterchi, Angela**
**1218 Golf Canyon**
**San Antonio, Texas 78258-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.729
1**

**Nonpriority creditor's name and mailing address**
**Sterling Public Schools**
**410 E. Le Feyre Rd.**
**Sterling, IL 61081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.729
2**

**Nonpriority creditor's name and mailing address**
**Sterling, Amina**
**11306 Ohlman Avenue**
**Cleveland, Ohio 44108-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.729
3**

**Nonpriority creditor's name and mailing address**
**Sterling, Margaret**
**4440 - 217th Ave Nw**
**Anoka, Minnesota 55303-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.729
4**

**Nonpriority creditor's name and mailing address**
**Sterling-Morlock, Jennifer**
**25378 - 117th Nw**
**Zimmerman, Minnesota 55398-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.729
5**

**Nonpriority creditor's name and mailing address**
**Sterling-Rice Group, Inc.**
**1801 13th Street, Suite 400**
**Boulder, CO 80302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.729 6**

**Nonpriority creditor's name and mailing address**
**Sternal, Alma Lynda**
**95-33 Kuahelani Ave**
**#333**
**Mililani, Hawaii 96789-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.729 7**

**Nonpriority creditor's name and mailing address**
**Steshenko, Nataliia**
**2900 Centerfield Pkwy E#101**
**West Dundee, Illinois 60118-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.729 8**

**Nonpriority creditor's name and mailing address**
**Stethen, Laura**
**1713 Elk Pointe BLVD**
**Jeffersonville, Indiana 47130-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.729 9**

**Nonpriority creditor's name and mailing address**
**Stetson, Elizabeth**
**2132 W. Highland St, Apt B**
**Allentown, Pennsylvania 18104-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.730 0**

**Nonpriority creditor's name and mailing address**
**Stevens, Joanna**
**8539 Hwy Hh**
**Kewaskum, Washington 53040-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.730 1**

**Nonpriority creditor's name and mailing address**
**Stevens, Kevin**
**1581 Gilstrap Lane NW**
**Atlanta, Georgia 30318-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.730 2**

**Nonpriority creditor's name and mailing address**
**Stevens, Yolanda**
**3327 Bremerton Falls Dr**
**Missouri City, Texas 77459-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.730 3**

**Nonpriority creditor's name and mailing address**
**Stevenson, Lance**
**13720 W. 120th St.**
**Olathe, Kansas 66062-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.730 4**

**Nonpriority creditor's name and mailing address**
**Steward, Candiece**
**9 Taylor Ave**
**Norwalk, Connecticut 06854-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.730 5**

**Nonpriority creditor's name and mailing address**
**Stewart Title**
**1980 Post Oak Blvd Ste 80**
**Houston, TX 77056**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.730 6**

**Nonpriority creditor's name and mailing address**
**Stewart, Anthonya**
**11629 Herefordshire Dr**
**MO, Missouri 63138-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.730 7**

**Nonpriority creditor's name and mailing address**
**Stewart, Baylea**
**5549 E 77th Street**
**Tulsa, Oklahoma 74136-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.730 8**

**Nonpriority creditor's name and mailing address**
**Stewart, Chanel**
**747 Scott Ave**
**Salt Lake City, Utah 84106-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.730 9**

**Nonpriority creditor's name and mailing address**
**Stewart, Danielle**
**25738 Jefferey Court**
**Chesterfield, Michigan 48051-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.731 0**

**Nonpriority creditor's name and mailing address**
**Stewart, De'Quincey**
**2918 Hickory Leaf Way**
**Silver Spring, Maryland 20904-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.731 1**

**Nonpriority creditor's name and mailing address**
**Stewart, Jamila**
**2222 S. Figueroa Street #PH7**
**Los Angeles, California 90007-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.731 2**

**Nonpriority creditor's name and mailing address**
**Stewart, Ken**
**22358 Blue Lupine Circle**
**Grand Terrace, California 92313-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.731 3**

**Nonpriority creditor's name and mailing address**
**Stewart, Mary**
**211 5th Ave #204**
**Salt Lake City, Utah 84103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.731 4**

**Nonpriority creditor's name and mailing address**
**Stewart, Priscilla**
**5281 Lake Ridge Dr. Apt 3A**
**Southaven, Mississippi 38671-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.731 5**

**Nonpriority creditor's name and mailing address**
**Stice, Lindsey**
**2566 Palm Blvd**
**Fairfield, Iowa 52556-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.731 6**

**Nonpriority creditor's name and mailing address**
**Stich, Courtney**
**4717 Greenbrooke Dr**
**Glen Allen, Virginia 23060-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.731 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stichel, Fred**
**1 Buckingham Court**
**Asheville, North Carolina 28803-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.731 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stickney, Margaret**
**424 N. Grandview Ave**
**Sanford, Florida 32771-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.731 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stiles, Michael**
**1923 Herbert Blvd**
**Williamstown, New Jersey 08094-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.732 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stillman, Carly**
**3636 W 227th Place #20**
**Torrance, California 90505-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.732 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stinespring, Emily**
**365 Thompson Rd**
**Culloden, West Virginia 25510-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.732 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stinger, Elizabeth**
**3006 Victor Street**
**Saint Louis, Missouri 63104-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.732 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stinson, Jennifer**
**49 Rocky Hill Road**
**Amesbury, Massachusetts 01913-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.732 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stivelman, Linda**
**67 Jefferson Street**
**Hoboken, New Jersey 07030-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.732 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stokes, Alicia**
**1510 Russell Lee Dr**
**Louisville, Kentucky 40211-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.732 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stokes, Ashley**
**7036 Windsor Mill Rd House B**
**Baltimore, Maryland 21207-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.732 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stokes, Ivonne**
**505 Nightshade Drive**
**Arlington, Texas 76018-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.732 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stone Eagle Benefits Corporation**
**111 W Spring Valley Road**
**Richardson, TX 75081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.732 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stone, Catherine**
**908 21st Avenue Place**
**Coralville, Iowa 52241-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.733 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stone, Danielle**
**265 El Dorado Blvd**
**#701**
**Webster, Texas 77598-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.733**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Stone, Erin**<br>**1518 E. 3rd Street**<br>**Long Beaca, California 90802-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.733**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Stone, Martha**<br>**3760 Hudlow Road**<br>**P.O. Box 3608**<br>**Hayden, Idaho 83835-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.733**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Stone, Nedra**<br>**321 Miami Street**<br>**house**<br>**Park Forest, Illinois 60466-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.733**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Stone, Theresa**<br>**1311 Shimmering Glen Ave**<br>**Henderson, Nevada 89014-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.733**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **StoneEagle Benefits Corporation**<br>**3701 W. Plano Parkway, Suite 2**<br>**Plano, TX 75075** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.733**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **StoneRidge Retirement Living Communities**<br>**440 East Lincoln Avenue**<br>**Myerstown, PA 17067** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor / Other** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.733**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Storey, Dana**<br>**2211 W Colorado Ave**<br>**Colorado Springs, Colorado 80904-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Wages / Other** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7338**

**Nonpriority creditor's name and mailing address**
Storey, LaVon
2477 Calavera Dr
Florissant, Missouri 63033-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7339**

**Nonpriority creditor's name and mailing address**
STORIS, Inc.
400 Valley Road Suite 302
Mt Arlington, NJ 07856

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7340**

**Nonpriority creditor's name and mailing address**
Storla, Michelle
P.O. Box 994
Marion, Iowa 52302-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7341**

**Nonpriority creditor's name and mailing address**
Stormont Vail Health
1500 SW 10th Ave
Topeka, KS 66604

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7342**

**Nonpriority creditor's name and mailing address**
Storms, Cassandra
2417 W 32nd Ave Unit 7
Denver, Colorado 80211-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7343**

**Nonpriority creditor's name and mailing address**
Stoughtenborough, Utamu
1126 Wizard Avenue
North Las Vegas, Nevada 89030-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7344**

**Nonpriority creditor's name and mailing address**
Stover, Nicole
637 Main Street
Woodland, Pennsylvania 16881-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.734**
**5**

**Nonpriority creditor's name and mailing address**
**Stowers, Katherine**
**6307 Antler Court**
**Stockton, California 95219-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.734**
**6**

**Nonpriority creditor's name and mailing address**
**Strachan, Shedley**
**3202 Puritan Way**
**McDonough, Georgia 30252-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.734**
**7**

**Nonpriority creditor's name and mailing address**
**Strategic Pharmaceutical Solutions Inc.**
**17014 NE Sandy**
**Portland, OR 97230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.734**
**8**

**Nonpriority creditor's name and mailing address**
**STRATEGIC RISK SOLUTIONS**
**2352 Main Street**
**Suite 304**
**Concord, MA 01742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.734**
**9**

**Nonpriority creditor's name and mailing address**
**Street, Eryn**
**10401 N Cave Creek Rd #184**
**Phoenix, Arizona 85020-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.735**
**0**

**Nonpriority creditor's name and mailing address**
**Strehlow, Tammy**
**N2396 Doering Rd**
**Merrill, Wisconsin 54452-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.735**
**1**

**Nonpriority creditor's name and mailing address**
**Strickland, Lori**
**797 Hovey Street**
**Gary, Indiana 46406-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor    **Interactive Health Solutions, Inc.**    Case number (if known)    **20-11530 (BLS)**

Name

| 3.735<br>2 | **Nonpriority creditor's name and mailing address**<br>**Strickland, Susan**<br>**25 Laurel Crest Rd**<br>**Madison, Connecticut 06443-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Wages / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.735<br>3 | **Nonpriority creditor's name and mailing address**<br>**Strittmatter, Joanna**<br>**10015 Lake Creek Pkwy APT 1132**<br>**Austin, Texas 78729-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Wages / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.735<br>4 | **Nonpriority creditor's name and mailing address**<br>**Strong, Lashayn**<br>**579 S Vermillion Pl**<br>**Gary, Indiana 46403-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Wages / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.735<br>5 | **Nonpriority creditor's name and mailing address**<br>**Structural & Steel**<br>**1320 S. University Suite 701**<br>**Ft. Worth, TX 76107**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.735<br>6 | **Nonpriority creditor's name and mailing address**<br>**Stryker Local Schools**<br>**400 S. Defiance**<br>**Stryker, OH 43557**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.735<br>7 | **Nonpriority creditor's name and mailing address**<br>**Stuart, Holly**<br>**18632 May Ave**<br>**Purcell, Oklahoma 73080-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Wages / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.735<br>8 | **Nonpriority creditor's name and mailing address**<br>**Stuart, Lauren**<br>**315 Turnberry Circle**<br>**Clarksville, Tennessee 37043-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Wages / Other__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.735 9**

**Nonpriority creditor's name and mailing address**
**Stuart, Sharon**
**168 Lariat Drive**
**Lapeer, Michigan 48446-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.736 0**

**Nonpriority creditor's name and mailing address**
**Stubbe, Jennifer**
**290 Kleeman Court**
**Shawano, Wisconsin 54476-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.736 1**

**Nonpriority creditor's name and mailing address**
**Stubblefield, Sandra**
**551 Sidney Ave**
**Unit D**
**Glendale Heights, Illinois 60139-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.736 2**

**Nonpriority creditor's name and mailing address**
**Stubenhofer, Lydia**
**6608 Nw 134th St**
**Oklahoma City, Oklahoma 73142-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.736 3**

**Nonpriority creditor's name and mailing address**
**Stuchell, Austin**
**15310 N. Tormey Road**
**Nine Mile Falls, Washington 99026-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.736 4**

**Nonpriority creditor's name and mailing address**
**Stuck, Jill**
**12099 Limestone Dr**
**Fishers, Indiana 46037-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.736 5**

**Nonpriority creditor's name and mailing address**
**Stuckert, Jennifer**
**14949 Juneau Blvd**
**Elm Grove, Wisconsin 53122-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.736 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stuefen, Matthew**
**2408 167th St. Ct. E**
**Tacoma, Washington 98445-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stukes, Nouri**
**1805 Briarcliff Rd**
**Parkville, Maryland 21234-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stuntebeck-Poff, Susan**
**1009 Marlin Drive**
**West Chester, Pennsylvania 19382-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stupak, Melanie**
**4794 Fox Run Place**
**Lebanon, Ohio 45036-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stutts, Sandra**
**407 N Oakridge**
**Hudson Oaks, Texas 76087-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stutzman, Jennifer**
**1562 Grant Ave**
**Dupont, Washington 98327-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Styka-Wrobel, Karolina**
**296 Wildspring Court**
**Itasca, Illinois 60143-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    **Page 1055 of 1226**

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.737
3**

**Nonpriority creditor's name and mailing address**
**Suarez, Carmetta**
**5445 Wilborn Drive**
**Jennings, Missouri 63136-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.737
4**

**Nonpriority creditor's name and mailing address**
**Suarez, Linda**
**341 NE Adams Dairy Parkway**
**Blue springs, Missouri 64014-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.737
5**

**Nonpriority creditor's name and mailing address**
**Sublett, April**
**14350 E. 540 Road**
**Claremore, Oklahoma 74019-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.737
6**

**Nonpriority creditor's name and mailing address**
**Such-Smith, Kim**
**709 8th Ave NW**
**Byron, Minnesota 55920-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.737
7**

**Nonpriority creditor's name and mailing address**
**Suggs, Torshia**
**1106 Hickory Club Dr**
**Antioch, Tennessee 37013-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.737
8**

**Nonpriority creditor's name and mailing address**
**Suhy, Katherine**
**2738 Plymouth Dr**
**Shelby charter Township, Michigan 48316-**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.737
9**

**Nonpriority creditor's name and mailing address**
**Sulentich, Anne**
**2874 Market Place Drive**
**#209**
**Little Canada, Minnesota 55117-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.738 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sullivan, Anne**
**1117 City Park Ave**
**# G-7**
**Fort Collins, Colorado 80521-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sullivan, Jennifer**
**6517 E Blanche Dr**
**Scottsdale, Arizona 85254-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sullivan, Jessica**
**165 North Twin Oaks Ter**
**South Burlington, Vermont 05403-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sullivan, Margaret**
**117 1st Avenue**
**Reisterstown, Maryland 21136-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sullivan, Mary**
**35 Bulfinch Terrace**
**Lynn, Massachusetts 01902-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sullivan, William**
**1117 City Park Ave**
**Apt G-7**
**Fort Collins, Colorado 80521-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Summers, Brenda**
**742 W. Westview**
**Springfield, Missouri 65807-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.738 7**

**Nonpriority creditor's name and mailing address**
**Summers, Linda**
**519 South Future Street**
**Marion, Illinois 62959-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.738 8**

**Nonpriority creditor's name and mailing address**
**Summers, Lorri**
**232 Aspen Road**
**Yardley, Pennsylvania 19067-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.738 9**

**Nonpriority creditor's name and mailing address**
**Summers, Wendy**
**4626 E Red Range Way**
**Cave Creek, Arizona 85331-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.739 0**

**Nonpriority creditor's name and mailing address**
**Summit Hill School District 161**
**20100 S Spruce Dr**
**Frankfort, IL 60423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.739 1**

**Nonpriority creditor's name and mailing address**
**Summitstone Health Partners**
**1250 N. Wilson Ave**
**Loveland, CO 80537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.739 2**

**Nonpriority creditor's name and mailing address**
**SumnerOne**
**2121 Hampton Ave**
**St Louis, MO 63139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.739 3**

**Nonpriority creditor's name and mailing address**
**Sumners, Bonnie**
**24 W. Olive Ave, Apt 12**
**Redlands, California 92373-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.739 4**

**Nonpriority creditor's name and mailing address**

**Sumpter, Tony**
**3117 Vogue Ave**
**Louisville, Kentucky 40220-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.739 5**

**Nonpriority creditor's name and mailing address**

**Sumulong, Gerry**
**8691 Springhouse Way**
**Elk Grove, California 95624-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.739 6**

**Nonpriority creditor's name and mailing address**

**Sundby, Jennifer**
**2138 S. 94th Street**
**West Allis, Wisconsin 53227-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.739 7**

**Nonpriority creditor's name and mailing address**

**Sunderlage, Josh**
**307 S. Hubbard St**
**Algonquin, Illinois 60102-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.739 8**

**Nonpriority creditor's name and mailing address**

**Sunderman, Sarah**
**1580 Bardstown Road**
**Louisville, Kentucky 40205-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.739 9**

**Nonpriority creditor's name and mailing address**

**Sunrise Cooperative**
**2025 W State St**
**Fremont, OH 43420**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.740 0**

**Nonpriority creditor's name and mailing address**

**Sunset Ridge SD 29**
**525 Sunset Ridge Rd**
**Northfield, IL 60093**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.740**
**1**

**Nonpriority creditor's name and mailing address**
**Superior Ag Resources Co-Op Inc.**
**901 N. Main Street**
**Huntingburg, IN 47543**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.740**
**2**

**Nonpriority creditor's name and mailing address**
**Superior Paving Corp**
**5551 Wellington Road**
**Gainesville, VA 20155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.740**
**3**

**Nonpriority creditor's name and mailing address**
**SupplyCore Inc.**
**303 North Main Street**
**Suite 800**
**Rockford, IL 61101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.740**
**4**

**Nonpriority creditor's name and mailing address**
**Surratt, Charmine**
**3324 E Ray Road**
**Unit 84**
**Higely, Arizona 85236-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.740**
**5**

**Nonpriority creditor's name and mailing address**
**Survey Monkey**
**3050 South Delaware Street**
**San Mateo, CA 94403**

Date(s) debt was incurred **2/23/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

$355.19

---

**3.740**
**6**

**Nonpriority creditor's name and mailing address**
**Survis, Karen**
**530 Melrose Ave E #606**
**Seattle, Washington 98102-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.740**
**7**

**Nonpriority creditor's name and mailing address**
**Susan F. Madnek-Oxman**
**1051 Wade Street**
**Highland Park, IL 60035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7408**

**Nonpriority creditor's name and mailing address**
Sutter, David
157 N. Benton St.
Palatine, Illinois 60067-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7409**

**Nonpriority creditor's name and mailing address**
Sutton Bank
1 South Main Street
Attica, OH 44807

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7410**

**Nonpriority creditor's name and mailing address**
Sutton, Ashley
1137 31st Street
Newport News, Virginia 23607-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7411**

**Nonpriority creditor's name and mailing address**
Sutton, Diana
361 Shirley St.
Apt. 1
Winthrop, Massachusetts 02152-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7412**

**Nonpriority creditor's name and mailing address**
Sutton, Emily
8228 Charlies Way
Cleves, Ohio 45002-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7413**

**Nonpriority creditor's name and mailing address**
Sutton, Onnalita
1401 Yogi Berra Cove
Round Rock, Texas 78665-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7414**

**Nonpriority creditor's name and mailing address**
Svec, Susan
1819 Diane Merle Dr
N. Huntingdon, Pennsylvania 15642-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.741**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Svec, Tom**<br>**1819 Diane Merle Drive**<br>**North Huntindon, Pennsylvania 15642-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.741**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Swafford, Jamie**<br>**3733 Long Leaf Lane**<br>**#B**<br>**Harvey, Louisiana 70058-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.741**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Swallows, Christine**<br>**3272 Whitwood Rd**<br>**Campbellsville, Kentucky 42718-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.741**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Swan, Laura**<br>**4665 Victor Path #1**<br>**Hugo, Minnesota 55038-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.741**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Swanson, Kristina**<br>**2505 Slayton Dr**<br>**Bloomington, Illinois 61704-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.742**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Swanson, Natasha**<br>**2129 190th Street**<br>**Boone, Iowa 50036-0000** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.742**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **SWC Technology Partners, LLC**<br>**1420 Kensington Road Suite 110**<br>**Oak Brook, IL 60523** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.742
2**

**Nonpriority creditor's name and mailing address**

**Sweet, Trenton**
**9113 Meade St.**
**Westminster, Colorado 80031-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.742
3**

**Nonpriority creditor's name and mailing address**

**Swenor, Afton**
**212 Blemhuber Ave**
**Marquette, Michigan 49855-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.742
4**

**Nonpriority creditor's name and mailing address**

**Swilley, Chenae**
**12020 N. Gessner Rd**
**7208**
**Houston, Texas 77064-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.742
5**

**Nonpriority creditor's name and mailing address**

**Swoope, Stacy**
**4430 North Holland Sylvania Ro**
**Apt 1307**
**Toledo, Ohio 43623-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.742
6**

**Nonpriority creditor's name and mailing address**

**Swope, Chada**
**117 High Meadow Lane**
**Ashville, Pennsylvania 16613-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.742
7**

**Nonpriority creditor's name and mailing address**

**Swope, Christine**
**2345 S. Williams Street**
**Denver, Colorado 80210-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.742
8**

**Nonpriority creditor's name and mailing address**

**Swygart, Amy**
**15346 Cypress Pointe Drive**
**Fort Wayne, Indiana 46818-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.7429**

**Nonpriority creditor's name and mailing address**
**SYCAMORE SCHOOL DISTRICT 427**
**245 W. Exchange Street**
**Sycamore, IL 60178**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7430**

**Nonpriority creditor's name and mailing address**
**Sylejmanovski, Nagiyan**
**34 North 12th Street**
**Haledon, New Jersey 07508-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7431**

**Nonpriority creditor's name and mailing address**
**Symmonds, Jill**
**230 E 6th Street**
**Chuluota, Florida 32766-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7432**

**Nonpriority creditor's name and mailing address**
**Sypris Solutions Inc.**
**101 Bullitt Lane**
**Suite 450**
**Louisville, KY 40222**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7433**

**Nonpriority creditor's name and mailing address**
**Szecsi, Zsolt**
**1915 N Yale Ave**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7434**

**Nonpriority creditor's name and mailing address**
**Szopa, Nancy**
**85 East India Row**
**Unit #15C**
**Boston, Massachusetts 02110-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7435**

**Nonpriority creditor's name and mailing address**
**Szpajer, Grace**
**150 Wildflower Way**
**Streamwood, Illinois 60107-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7436**

Nonpriority creditor's name and mailing address
**Szymanski, Brianna**
**3481 Frye Avenue**
**Finleyville, Pennsylvania 15332-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7437**

Nonpriority creditor's name and mailing address
**Tableau Software**
**1621 N. 34th Street**
**Seattle, WA 98103**

Date(s) debt was incurred  **2/29/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$11,440.00**

---

**3.7438**

Nonpriority creditor's name and mailing address
**Tabor, Tiffany**
**12616 Harbor Dr**
**Woodbridge, Virginia 22192-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7439**

Nonpriority creditor's name and mailing address
**Tacka, Mary**
**4 Silktree Court**
**Catonsville, Maryland 21228-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7440**

Nonpriority creditor's name and mailing address
**Tackett, Melodie**
**4816 Carnbrook Place**
**Charlotte, North Carolina 28212-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7441**

Nonpriority creditor's name and mailing address
**TACO JOHNS INTERNATIONAL**
**808 West 20 Street**
**Cheyenne, WY 82001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7442**

Nonpriority creditor's name and mailing address
**Tacony**
**1760 Gilsinn Lane**
**Fenton, MO 63026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.744
3**

**Nonpriority creditor's name and mailing address**

**Taddeo, Christina**
**482 South Western Avenue**
**Bartlett, Illinois 60103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.744
4**

**Nonpriority creditor's name and mailing address**

**Tafone, Denise**
**30 Hastings Lane**
**Medford, Massachusetts 02155-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.744
5**

**Nonpriority creditor's name and mailing address**

**Tafoya, Janice**
**14076 West Edgemont Ave.**
**Goodyear, Arizona 85395-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.744
6**

**Nonpriority creditor's name and mailing address**

**Tait, Allison**
**21 Millway Road**
**Lumberton, New Jersey 08048-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.744
7**

**Nonpriority creditor's name and mailing address**

**Takeda Pharmaceuticals U.S.A. Inc.**
**1200 Lakeside Drive**
**Bannockburn, IL 60015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.744
8**

**Nonpriority creditor's name and mailing address**

**Takeform (HMNYS)**
**11601 Maple Ridge Rd**
**Medina, NY 14103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.744
9**

**Nonpriority creditor's name and mailing address**

**Talbot, Nora**
**345 west 39th ave**
**eugene, Oregon 97405-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7450**

Nonpriority creditor's name and mailing address
**Talbott, Debra**
**1553 E Country Lane**
**Mulvane, Kansas 67110-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.7451**

Nonpriority creditor's name and mailing address
**Talley, Kim-Marie**
**18 Running Brook Lane**
**Newark, Delaware 19711-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.7452**

Nonpriority creditor's name and mailing address
**Tallo, Patti**
**404 Chantilly Court**
**Warrenton, Missouri 63383-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.7453**

Nonpriority creditor's name and mailing address
**Tam, Roberto**
**20425 Silverado Ave**
**Cupertino, California 95014-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.7454**

Nonpriority creditor's name and mailing address
**Tamayo, Eva**
**231 Leafwood Court**
**Suisan, California 94585-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.7455**

Nonpriority creditor's name and mailing address
**Tamayo, Lejla**
**5707 TPC Pkwy Apt1022**
**San Antonio, Texas 78261-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.7456**

Nonpriority creditor's name and mailing address
**Tamosaitis, Sarah**
**10948 E Tumbleweed Ave**
**Mesa, Arizona 85212-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|--------|-----------------------------------|------------------------|----------------|
|        | Name                              |                        |                |

---

**3.745 7**

**Nonpriority creditor's name and mailing address**
**Tamrazzadeh, Cynthia**
**3340 Prospect Ave**
**La Crescenta, California 91214-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.745 8**

**Nonpriority creditor's name and mailing address**
**Tanana Chiefs Conference**
**1408 19th Avenue**
**Fairbanks, AK 99701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.745 9**

**Nonpriority creditor's name and mailing address**
**Tang, Lyly**
**2974 Sawgrass Trail SW**
**Lilburn, Georgia 30047-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.746 0**

**Nonpriority creditor's name and mailing address**
**Tangen, Jennifer**
**11900 Northeast 18th Street**
**Apt 464**
**Vancouver, Washington 98684-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.746 1**

**Nonpriority creditor's name and mailing address**
**Tango Card aka GiftCertificates.com**
**4700 42nd Ave SW, Suite 430A**
**Seattle, WA 98116**

Date(s) debt was incurred  6/5/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,000.00**

---

**3.746 2**

**Nonpriority creditor's name and mailing address**
**Tankersley, Margo**
**1513 Binder Lane**
**Wilmington, Delaware 19805-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.746 3**

**Nonpriority creditor's name and mailing address**
**Tannehill, Lisa**
**9945 Co Rd 540**
**Lavon, Texas 75166-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.746 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tanner, Galina**<br>**7521 Deerfield Rd**<br>**Albuquerque, New Mexico 87120-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.746 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tanque Verde Unified School District**<br>**2300 N Tanque Verde Loop Road**<br>**Building 1**<br>**Tucson, AZ 85749** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.746 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tantasook, Siwa Art**<br>**440 E. Pine Lake Circle**<br>**Vernon Hills, Illinois 60061-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.746 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **TARC, Inc.**<br>**2701 SW Randolph Avenue**<br>**Topeka, KS 66611** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.746 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Taroy, Maria Christina**<br>**206 Judy Ln**<br>**Streamwood, Illinois 60107-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.746 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tartir, Pamela**<br>**7330 Sandalwood Dr**<br>**Tinley Park, Illinois 60477-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.747 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tarver, Danielle**<br>**4616 Debilen Circle #F**<br>**Pikesville, Maryland 21208-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.747**
**1**

**Nonpriority creditor's name and mailing address**
**Tate, Khandase**
**800 E. Grand Ave**
**Apt. 35B**
**Carbondale, Illinois 62901-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.747**
**2**

**Nonpriority creditor's name and mailing address**
**Tate, Toni**
**6720 s Jeffery blvd**
**602**
**Chicago, Illinois 60649-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.747**
**3**

**Nonpriority creditor's name and mailing address**
**Tau, Jerie**
**741 Tom's canyon road**
**auburn, Wyoming 83111-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.747**
**4**

**Nonpriority creditor's name and mailing address**
**Tausan, Karin**
**P.O. Box 16202**
**San Diego, California 92176-6202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.747**
**5**

**Nonpriority creditor's name and mailing address**
**Tayloe, Jessica**
**8540 Greenway Blvd**
**Apt 107**
**Middleton, Wisconsin 53562-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.747**
**6**

**Nonpriority creditor's name and mailing address**
**Taylor Devices (HMNYS)**
**90 Taylor Drive**
**North Tonawanda, NY 14120**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.747**
**7**

**Nonpriority creditor's name and mailing address**
**Taylor Made**
**66 Kingsboro Avenue**
**Gloversville, NY 12078**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

| 3.747<br>8 | Nonpriority creditor's name and mailing address<br>**Taylor, Abigail**<br>**6108 Kiwanis Dr**<br>**Fort Wayne, Indiana 46835-0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.747<br>9 | Nonpriority creditor's name and mailing address<br>**Taylor, Brady**<br>**8324 SE 11th Ave.**<br>**Unit B**<br>**Portland, Oregon 97202-0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.748<br>0 | Nonpriority creditor's name and mailing address<br>**Taylor, Cayla**<br>**13254 Companion Circle S**<br>**Jacksonville, Florida 32224-0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.748<br>1 | Nonpriority creditor's name and mailing address<br>**Taylor, Cory**<br>**3101 Southern Ave #27**<br>**Temple Hills, Maryland 20748-0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.748<br>2 | Nonpriority creditor's name and mailing address<br>**Taylor, Ida**<br>**2825 N HWY 360 #234**<br>**Grand Prairie, Texas 75050-0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.748<br>3 | Nonpriority creditor's name and mailing address<br>**Taylor, Jackson**<br>**116 Seton Rd**<br>**Cheektowaga, New York 14225-0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.748<br>4 | Nonpriority creditor's name and mailing address<br>**Taylor, LeeAnn**<br>**14200 N May Ave #221**<br>**Oklahoma City, Oklahoma 73134-0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
| --- | --- | --- | --- |
| | Name | | |

---

**3.748
5**

**Nonpriority creditor's name and mailing address**

**Taylor, Rosemarie**
**10024 NE 140th St.**
**Kirkland, Washington 98034-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.748
6**

**Nonpriority creditor's name and mailing address**

**Taylor, Sheila**
**13553 Lockwood Ave**
**Crestwood, Illinois 60445-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.748
7**

**Nonpriority creditor's name and mailing address**

**Taylor, Shelia**
**6412 Brentwood Stair Rd**
**Apt 108**
**Fort Worth, Texas 76112-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.748
8**

**Nonpriority creditor's name and mailing address**

**Taylor, Sheree**
**1215 Victoria Blvd**
**Hampton, Virginia 23661-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.748
9**

**Nonpriority creditor's name and mailing address**

**Taylor, Teresita**
**5289 Waring Road**
**San Diego, California 92120-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.749
0**

**Nonpriority creditor's name and mailing address**

**Tbakhi, Islam**
**1766 Pebble Beach Drive**
**Hoffman Estates, Illinois 60169-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.749
1**

**Nonpriority creditor's name and mailing address**

**TC Industries, Inc.**
**3703 S Rte. 31**
**Crystal Lake, IL 60012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.749 2**

**Nonpriority creditor's name and mailing address**
**Teach Enterprises, Inc. DBA Century Foam**
**2600 South Nappanee St.**
**Elkhart, IN 46517**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.749 3**

**Nonpriority creditor's name and mailing address**
**Teague, Caleb**
**10715 Regal Oaks Dr**
**Austin, Texas 78737-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.749 4**

**Nonpriority creditor's name and mailing address**
**Teague, Yasmine**
**103 Donegal Ct**
**Oswego, Illinois 60543-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.749 5**

**Nonpriority creditor's name and mailing address**
**TEAMSTERS LOCAL 731**
**1000 Burr Ridge Parkway Suite 300**
**Burr Ridge, IL 60527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.749 6**

**Nonpriority creditor's name and mailing address**
**Tebrugge, Kevin**
**2804 Cronin Dr**
**Springfield, Florida 62711-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.749 7**

**Nonpriority creditor's name and mailing address**
**Tech Air Companies**
**50 Mill Plain Road**
**Danbury, CT 06811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.749 8**

**Nonpriority creditor's name and mailing address**
**Teichrow, April**
**2121 N Fm 312**
**Winnsboro, Texas 75494-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.7499**

**Nonpriority creditor's name and mailing address**

**Tek Pak**
**1336 Paramount Parkway**
**Batavia, IL 60510**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.7500**

**Nonpriority creditor's name and mailing address**

**TELULAR CORPORATION**
**311 S Wacker Dr**
**Suite 4300**
**Chicago, IL 60606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.7501**

**Nonpriority creditor's name and mailing address**

**Temp-Con, Inc.**
**15670 S. Keeler Street**
**Olathe, KS 66062**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.7502**

**Nonpriority creditor's name and mailing address**

**Tempco Electric Heater Corporation**
**607 North Central Avenue**
**Wood Dale, IL 60191**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.7503**

**Nonpriority creditor's name and mailing address**

**Templeman, Hope**
**4621 Brushy Fork Rd**
**Bridgeport, Virginia 26330-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.7504**

**Nonpriority creditor's name and mailing address**

**Tenhuisen, Katherine**
**4821 Fairgrove Lane**
**Commerce Twp, Michigan 48382-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.7505**

**Nonpriority creditor's name and mailing address**

**Tennessee Department of Revenue**
**TDOR c/o Attorney General**
**PO Box 20207**
**Nashville, TN 37202-0207**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Taxing Authority__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.750 6**

**Nonpriority creditor's name and mailing address**

**Tension Corporation**
**819 E 19th Street**
**Kansas City, MO 64108-1703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other **

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.750 7**

**Nonpriority creditor's name and mailing address**

**Tention, Parthenopi**
**9317 Samoset rd**
**Randallstown, Maryland 21133-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other **

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.750 8**

**Nonpriority creditor's name and mailing address**

**Tepler, Ashleigh**
**1907 N Milwaukee Ave**
**#203**
**Chicago, Illinois 60647-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other **

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.750 9**

**Nonpriority creditor's name and mailing address**

**Terphane Inc.**
**2754 West Park Drive**
**bloomfield, NY 14469**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other **

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.751 0**

**Nonpriority creditor's name and mailing address**

**Terriquez, Diana**
**1543 Marina Court, Unit A**
**San Mateo, California 94403-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other **

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.751 1**

**Nonpriority creditor's name and mailing address**

**Terry, Dana**
**3348 Blaine St NE**
**Washington DC, District of Columbia 2001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other **

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.751 2**

**Nonpriority creditor's name and mailing address**

**Terry, Kalena**
**12331 N Gessner RD # 424**
**Houston, Texas 77064-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other **

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.751 3 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Terry, Leanne**
**105 Camellia Dr**
**Lebanon, Oregon 97355-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 4 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Terwelp, Kelsey**
**2045 Locust St**
**Apt 2**
**Quincy, Illinois 62301-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 5 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Teschner, Kelley**
**4857 Amarosa Heights Apt 301**
**Colorado Springs, Colorado 80920-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 6 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tesfay, Ruta**
**742 Coffee Tree Cir**
**Indianapolis, Indiana 46224-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 7 | | | **$30.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**TestSource Lab**
**3414 Lovers Lane, Suite A**
**Suite 8**
**Kalamazoo, MI 49001**

Date(s) debt was incurred  **3/31/2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 8 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Testut, Zach**
**774 Old Duanesburg Rd**
**Schenectady, New York 12306-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 9 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Teter, Heather**
**13370 Grove Way**
**Broomfield, Colorado 80020-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.752 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Teton County**
**1 Main Ave South**
**Choteau, MT 59422**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.752 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tewar, Chirag**
**1618 Thornbury Road**
**Bartlett, Illinois 60103-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.752 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Texas Comptroller of Public Accounts**
**Office of the Attorney General- Bankrupt**
**P.O. Box 12548**
**MC-008**
**Austin, TX 78711**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Taxing Authority__

Is the claim subject to offset? ■ No ☐ Yes

| 3.752 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Texoma Community Center**
**315 McLain**
**Sherman, TX 75091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.752 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tgs-Nopec Geophysical Company**
**10451 Clay Rd.**
**Houston, TX 77041**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

| 3.752 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thakar, Arti**
**5513 Ridge Crossing**
**Hanover Park, Illinois 60133-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Interactive Health Solutions, Inc.** | | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.752 6**

**Nonpriority creditor's name and mailing address**

**Thammathai, Linda**
**332 W Naperville Road**
**apt 12**
**Westmont, Illinois 60559-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.752 7**

**Nonpriority creditor's name and mailing address**

**Thao, Pang**
**1968 Maryland Ave E**
**Saint Paul, Minnesota 55119-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.752 8**

**Nonpriority creditor's name and mailing address**

**Tharp, Joshua**
**14344 Willow Tree Lane**
**West Frankfort, Illinois 62896-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.752 9**

**Nonpriority creditor's name and mailing address**

**Tharp, Kristen**
**14344 Willow Tree Lane**
**West Frankfort, Illinois 62896-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.753 0**

**Nonpriority creditor's name and mailing address**

**Thatcher Unified School District**
**3490 W. Main St.**
**Thatcher, AZ 85552**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.753 1**

**Nonpriority creditor's name and mailing address**

**Thayn, Elizabeth**
**3401 E. Kent Ave**
**Gilbert, Arizona 85296-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.753 2**

**Nonpriority creditor's name and mailing address**

**The American College**
**270 S. Bryn Mawr Ave., Suite 1**
**Bryn Mawr, PA 19010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.753.3**

**Nonpriority creditor's name and mailing address**
The American Society of Anesthesiologist
1061 American Lane
Schaumburg, IL 60173

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.753.4**

**Nonpriority creditor's name and mailing address**
THE ARC OTSEGO
35 Academy Street
PO Box 490
Oneonta, NY 13820

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.753.5**

**Nonpriority creditor's name and mailing address**
The Bonadio Group
171 Sully's Trail
Pittsford, NY 14534

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.753.6**

**Nonpriority creditor's name and mailing address**
The Clear Alternative
P.O. Box 301
Winfield, IL 60190

Date(s) debt was incurred  4/1/2020
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☒ No ☐ Yes

**$210.00**

---

**3.753.7**

**Nonpriority creditor's name and mailing address**
The Cleveland Group
1281 Fulton Industrial Blvd. NW
Atlanta, GA 30336

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.753.8**

**Nonpriority creditor's name and mailing address**
The CSI Companies, Inc.
9995 Gates Pkwy N Ste 150
Jacksonville, FL 32246

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.753.9**

**Nonpriority creditor's name and mailing address**
The Denver Center for the Performing Art
1101 13th St
Denver, CO 80204

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.754 0**

**Nonpriority creditor's name and mailing address**

**The Elms of Cranbury**
**61 Maplewood Avenue**
**Cranbury, NJ 08512**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.754 1**

**Nonpriority creditor's name and mailing address**

**The Farmers National Bank of Emlenton**
**612 Main Street**
**P.O. Drawer D**
**Emlenton, PA 16373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.754 2**

**Nonpriority creditor's name and mailing address**

**The Flooring Place**
**1891 Boot Hill Ct**
**Bozeman, MT 59715**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.754 3**

**Nonpriority creditor's name and mailing address**

**The Fountainhead Group, Inc**
**23 Garden Street**
**New York Mills, NY 13417**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.754 4**

**Nonpriority creditor's name and mailing address**

**The Gund Company**
**2121 Walton Rd**
**St. Louis, MO 63114-5807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.754 5**

**Nonpriority creditor's name and mailing address**

**The Hampshire Companies, LLC**
**83 South Street**
**Morristown, NJ 07960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.754 6**

**Nonpriority creditor's name and mailing address**

**The Heart Group**
**4007 Gateway Blvd**
**Suite 100**
**Newburgh, IN 47630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.754 7**

**Nonpriority creditor's name and mailing address**

**The Horton Group**
**Att: Jason Helfert**
**10320 Orland Parkway**
**Orland Park, IL 60467**

Date(s) debt was incurred  **4/24/2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$17,250.00**

---

**3.754 8**

**Nonpriority creditor's name and mailing address**

**The House of the Good Shepherd**
**116 Business Park Drive**
**Utica, NY 13502**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.754 9**

**Nonpriority creditor's name and mailing address**

**The Insurance Center**
**701 Sand Lake Road**
**Onalaska, WI 54650**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.755 0**

**Nonpriority creditor's name and mailing address**

**The Intersect Group LLC**
**10 Glenlake Parkway, Suite 300**
**Atlanta, GA 30328**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.755 1**

**Nonpriority creditor's name and mailing address**

**The Kendal Corporation**
**1107 E Baltimore Pike**
**Kennett Square, PA 19348**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.755 2**

**Nonpriority creditor's name and mailing address**

**The Main Street Group**
**4601 Touchton Read East Suite 3400**
**Jacksonville, FL 32246**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.755 3**

**Nonpriority creditor's name and mailing address**

**The Menninger Clinic**
**12301 Main Street**
**Houston, TX 77035**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.755 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Mid-York Press, Inc.**
**2808 State Highway 80**
**Sheburne, ny 13460**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.755 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The North West Company International, In**
**550 West 64th Avenue, Suite 200**
**Anchorage, AK 99518**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.755 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Penray Companies, Inc.**
**440 Denniston Court**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.755 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The PRG Group**
**36 Center Ln**
**Gallatin Gateway, MT 59730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.755 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Royal Group**
**1301 South 47th Avenue**
**Cicero, IL 60804**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.755 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Saint Louis Brewery, LLC**
**2100 Locust Street**
**St. Louis, MO 63103**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.756 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Second City, Inc.**
**1616 N. Wells Street**
**Chicago, IL 60614**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

**3.756**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **The Sundt Companies** | ☐ Contingent | |
| **2620 S. 55th St.** | ■ Unliquidated | |
| **Tempe, AZ 85282** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.756**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **The Village of Evergreen Park** | ☐ Contingent | |
| **9418 South Kedzie Avenue** | ■ Unliquidated | |
| **Chicago, IL 60805** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.756**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **The Weitz Company** | ☐ Contingent | |
| **420 Watson Powell Jr Way # 100** | ☐ Unliquidated | |
| **Des Moines, IA 50309-1611** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.756**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,538.65** |
|---|---|---|
| **The Wellness  Research** | ☐ Contingent | |
| **1400 Renaissance Drive** | ■ Unliquidated | |
| **Suite 306** | ☐ Disputed | |
| **Park Ridge, IL 60068** | | |
| Date(s) debt was incurred  **4/24/2020** | Basis for the claim: **Vendor / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.756**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **The Zenger Group** | ☐ Contingent | |
| **777 E Park Dr** | ■ Unliquidated | |
| **Tonawanda, NY 14150** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.756**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Thelen, Andrea** | ☐ Contingent | |
| **116 Plymouth Ave** | ■ Unliquidated | |
| **Buffalo, New York 14201-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.756**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Thelusma, Joann** | ☐ Contingent | |
| **338 John Street** | ■ Unliquidated | |
| **Roselle, New Jersey 07203-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.7568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Theobald, Lisa**
**7930 Castle Lake Rd**
**Indianapolis, Indiana 46256-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Theodorowicz, Sharon**
**9713 E Camino Del Santo**
**Scottsdale, Arizona 85260-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thiessen, Lisa**
**20700 SW Kawanda Court**
**Tualatin, Oregon 97062-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thimons, Chad**
**17 Heritage Court**
**Delmont, Pennsylvania 15626-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Think Mutual Bank**
**5200 Members Parkway NW**
**Rochester, MN 55901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7573 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**This is justa test**
**123 easy st**
**palatine, il 60047**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**THK America, Inc**
**200 Commerce Drive**
**Schaumburg, IL 60173**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.757 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas McGee, L.C.**
**920 Main**
**Suite 1700**
**Kansas City, MO 64105**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vendor / Other_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas, Aisha**
**21 Serpens Court**
**Baltimore, Maryland 21237-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Wages / Other_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas, Alexandrea**
**1691 Mesa Drive**
**G6**
**Newport Beach, California 92660-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Wages / Other_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas, Angela**
**680 Whitetail Loop**
**Apopka, Florida 32703-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Wages / Other_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas, Brenda**
**4539 Brittany Lane**
**Grand Prairie, Texas 75052-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Wages / Other_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas, Briana**
**6 Alexis Court**
**Mickleton, New Jersey 08056-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Wages / Other_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas, Brittney**
**23535 Rockingham St**
**Southfield, Michigan 48033-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Wages / Other_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.758 2**

**Nonpriority creditor's name and mailing address**

**Thomas, Christina**
**1112 5TH ST**
**PIERCE, Colorado 80650-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.758 3**

**Nonpriority creditor's name and mailing address**

**Thomas, Dennison**
**1609 W Moss Ave**
**Peoria, Illinois 61606-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.758 4**

**Nonpriority creditor's name and mailing address**

**Thomas, Heidi**
**2936 N. Princess Circle**
**Broomfield, Colorado 80020-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.758 5**

**Nonpriority creditor's name and mailing address**

**Thomas, Jelicia**
**138 N. Beaudry ave apt. 309**
**Los Angles, California 90012-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.758 6**

**Nonpriority creditor's name and mailing address**

**Thomas, John**
**13427 East 45th Street**
**Tulsa, Oklahoma 74134-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.758 7**

**Nonpriority creditor's name and mailing address**

**Thomas, Kevin**
**771 Childress Drive**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.758 8**

**Nonpriority creditor's name and mailing address**

**Thomas, Kourtney**
**863 52nd st**
**Oakland, California 94608-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor  __Interactive Health Solutions, Inc._____    Case number (if known)  __20-11530 (BLS)__
      Name

| 3.758 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3.758 9**

**Nonpriority creditor's name and mailing address**
**Thomas, LaShon**
**426 Red Tulip Ct**
**Taneytown, Maryland 21787-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.759 0**

**Nonpriority creditor's name and mailing address**
**Thomas, Lisa**
**708 La Fonda Cir**
**Seagoville, Texas 75159-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.759 1**

**Nonpriority creditor's name and mailing address**
**Thomas, Lori**
**2208 Diane Street**
**Papillion, Nebraska 68046-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.759 2**

**Nonpriority creditor's name and mailing address**
**Thomas, Melissa**
**6322 East Dunbar Road**
**Monroe, Michigan 48161-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.759 3**

**Nonpriority creditor's name and mailing address**
**Thomas, Olivia**
**5229 Leader Ave**
**Sacramento, California 95841-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.759 4**

**Nonpriority creditor's name and mailing address**
**Thomas, Tarnisha**
**6701 Galaxie Dr**
**Dayton, Ohio 45415-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.759 5**

**Nonpriority creditor's name and mailing address**
**Thomas, Yvette**
**8500 Grant Circle Apt B-120**
**Merrillville, Indiana 46410-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

| 3.759 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.759 6**

**Nonpriority creditor's name and mailing address**

**Thomas-Baxter, Gayle**
**483 Huntington Ave**
**Hyde Park, Massachusetts 02136-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.759 7**

**Nonpriority creditor's name and mailing address**

**Thomasson, Rachel**
**633 Decatur St.**
**St. Charles, Missouri 63301-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.759 8**

**Nonpriority creditor's name and mailing address**

**Thompsen, Lisa**
**8745 Monterey Bay Loop**
**Bradenton, Florida 34212-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.759 9**

**Nonpriority creditor's name and mailing address**

**Thompson, Alexis**
**1619 Currant Court**
**North Port, Florida 34289-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.760 0**

**Nonpriority creditor's name and mailing address**

**Thompson, Angela**
**213 Derosa Dr**
**Hampton, Virginia 23666-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.760 1**

**Nonpriority creditor's name and mailing address**

**Thompson, Arlene**
**1351 Franklin Parkway Apt D1**
**Franklin, Georgia 30217-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.760 2**

**Nonpriority creditor's name and mailing address**

**Thompson, Ashley**
**1963 Evangeline Drive**
**Miamisburg, Ohio 45342-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.760 3**

**Nonpriority creditor's name and mailing address**

**Thompson, Barbra**
**72 Lewiston Rd**
**New Gloucester, Maine 04260-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.760 4**

**Nonpriority creditor's name and mailing address**

**Thompson, Beverly**
**5267beacon ave**
**5267 beacon ave**
**St Louis, Missouri 63120-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.760 5**

**Nonpriority creditor's name and mailing address**

**Thompson, Emily**
**14621 S Elk Creek Rd**
**Pine, Colorado 80470-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.760 6**

**Nonpriority creditor's name and mailing address**

**Thompson, Eric**
**136 April Wind Ct.**
**Montgomery, Texas 77356-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.760 7**

**Nonpriority creditor's name and mailing address**

**Thompson, Jordon**
**14 Waters Edge Drive**
**Little Rock, Arkansas 72204-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.760 8**

**Nonpriority creditor's name and mailing address**

**Thompson, Laura**
**9580 Old Glory Lane APT 817**
**Summerville, South Carolina 29485-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.760 9**

**Nonpriority creditor's name and mailing address**

**Thompson, Lee Anna**
**11 Villas Drive**
**Apt. 3**
**New Castle, Delaware 19720-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.761 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thompson, Leslie**
**1300 Hansberry Dr**
**Allen, Texas 75002-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thompson, Maggie**
**8750 E. El Nido Lane**
**Scottsdale, Arizona 85250-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thompson, Margaret**
**2227 E Pratt Street**
**Apartment 1**
**Baltimore, Maryland 21231-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thompson, Ronisha**
**1 Keel Court #316**
**Hampton, Virginia 23666-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thompson, Sherry**
**1359 Lincolnshire Way**
**Fort Worth, Texas 76134-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thompson, Tracy**
**4715 Brompton Square**
**Richmond, Virginia 23234-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thompson, Wendy**
**3107 Scenic View Dr**
**Morgantown, West Virginia 26508-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

| 3.761 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomsen, Kristie**
**123 22nd Avenue North**
**St. Cloud, Minnesota 56303-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thorn, Christopher**
**218 Coteau Place**
**Lilburn, Georgia 30047-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thornhill, Julie**
**19121 Lake Audubon Ave**
**Tampa, Florida 33647-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thornton Fractional HSD 215**
**18601 Torrence Ave**
**Lansing, IL 60438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thornton Township High SD#205**
**465 E. 170th Street**
**South Holland, IL 60473**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thornton, Blair**
**1803 Broadway**
**Unit 222**
**Nashville, Tennessee 37203-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thunderbird LLC**
**1501 Oakton Street**
**Elk Grove Village, IL 60007**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.762**
**4**

Nonpriority creditor's name and mailing address
**Thurston, Atlee**
**339 Eastside Rd**
**Burns, Tennessee 37029-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.762**
**5**

Nonpriority creditor's name and mailing address
**Thweatt, Pamela**
**5101 Abbott Dr.**
**Temple Hills, Maryland 20748-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.762**
**6**

Nonpriority creditor's name and mailing address
**Thyberg, Leah**
**12037 Distant Thunder Trail**
**Clarksville, Maryland 21029-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.762**
**7**

Nonpriority creditor's name and mailing address
**Thygesen, Eric**
**1753 Heritage Lane**
**Sacramento, California 95815-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.762**
**8**

Nonpriority creditor's name and mailing address
**Tibbitts, Nannette Nan**
**2818 West Daybreaker Drive**
**Park City, Utah 84098-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.762**
**9**

Nonpriority creditor's name and mailing address
**Tibbs, Mariah**
**155 South Hickin Street**
**Rittman, Ohio 44270-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.763**
**0**

Nonpriority creditor's name and mailing address
**Tice, Sonja**
**11131 E Cholla Rd**
**Mesa, Arizona 85207-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.763**
**1**

**Nonpriority creditor's name and mailing address**

**Ticknor, Prudence**
**405 East Vance St**
**Fuquay-Varina, North Carolina 27526-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.763**
**2**

**Nonpriority creditor's name and mailing address**

**Tiegs, Dawn**
**1101 Beaver Dr**
**Gillette, Wyoming 82718-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.763**
**3**

**Nonpriority creditor's name and mailing address**

**Tierpoint, LLC**
**12444 Powerscout Dr., Suite 450**
**St. Louis, MO 63131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.763**
**4**

**Nonpriority creditor's name and mailing address**

**Tiffany, Jelaine**
**1670 5th Avenue**
**Baldwin, Wisconsin 54002-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.763**
**5**

**Nonpriority creditor's name and mailing address**

**Tiffany, Vikki**
**1201 4th St NE**
**Minot, North Dakota 58703-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.763**
**6**

**Nonpriority creditor's name and mailing address**

**Tillotson, Stacie**
**8105 S. Farm Brook Way**
**Sandy, Utah 84093-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.763**
**7**

**Nonpriority creditor's name and mailing address**

**Time Definite Services**
**1360 Madeline Lane Suite 300**
**Elgin, IL 60124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7638**

**Nonpriority creditor's name and mailing address**
**Times Supermarkets Inc.**
**3375 Koapaka St. #D108**
**Honolulu, HI 96819**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7639**

**Nonpriority creditor's name and mailing address**
**Timmons, Moria**
**1463 S 71st St**
**West Allis, Wisconsin 53214-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7640**

**Nonpriority creditor's name and mailing address**
**Tims, Charmonique**
**216 N. Oak Park Ave**
**Apt 3AA**
**Oak Park, Illinois 60302-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7641**

**Nonpriority creditor's name and mailing address**
**Tincher, Kari**
**101 Gillespie Drive**
**Apt. 11108**
**Franklin, Tennessee 37067-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7642**

**Nonpriority creditor's name and mailing address**
**Tinker, Anne**
**3321 Shagbark Road**
**Powell, Tennessee 37849-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7643**

**Nonpriority creditor's name and mailing address**
**Tinker, Michael**
**3321 Shagbark Road**
**Powell, Tennessee 37849-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7644**

**Nonpriority creditor's name and mailing address**
**Tioga County**
**56 Main Street**
**Owego, NY 13827**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.764 5**

**Nonpriority creditor's name and mailing address**

**Tire Discounters**
**3650 E Kemper Rd**
**Cincinnati, OH 45241**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.764 6**

**Nonpriority creditor's name and mailing address**

**Toastmasters International**
**9127 South Jamaica Street**
**Englewood, CO 80112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.764 7**

**Nonpriority creditor's name and mailing address**

**Todd, Michael**
**914 Lincoln Street**
**Oregon City, Oregon 97045-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.764 8**

**Nonpriority creditor's name and mailing address**

**Tojong, Paulo**
**2429 West Avenue 33**
**Los Angeles, California 90065-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.764 9**

**Nonpriority creditor's name and mailing address**

**Tok, Orhan**
**12395 Orchard Wood Dr**
**Fenton, Michigan 48430-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.765 0**

**Nonpriority creditor's name and mailing address**

**Toledo Public Schools**
**420 East Manhattan Blvd.**
**Toledo, OH 43608**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.765 1**

**Nonpriority creditor's name and mailing address**

**Toledo, Jennifer**
**8803 Ariel Street**
**Houston, Texas 77074-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Interactive Health Solutions, Inc.**
          Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.765 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tolentino, Anna**
**6981 San Juan Circle**
**Buena Park, California 90620-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.765 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Toliver, Leslie**
**4261 E University Drive #343**
**Prosper, Texas 75078-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.765 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tollefson, Alicia**
**5615 Summer Shine Drive**
**Apt. 105**
**Madison, Wisconsin 53718-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.765 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tollefsrud, Paul**
**2101 Estates Tr**
**Burnsville, Minnesota 55306-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.765 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tolleson Union High School District #214**
**9801 W. Van Buren Street**
**Tolleson, AZ 85353**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.765 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tolliver, Elisha**
**11528 Prairie**
**Chicago, Illinois 60628-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.765 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Toltec Elementary School District**
**3315 N Toltec**
**Eloy, AZ 85131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.765 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tomaso, Valerie**
**700 Bordeaux Ct**
**Unit E**
**Elk Grove, Illinois 60007-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tombstone Unified School District**
**1211 Yellow Jacket Way**
**Tombstone, AZ 85638**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tomlinson, Jennifer**
**113 Hein Drive**
**Clayton, North Carolina 27527-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tompkins, Lynette D**
**6109 Smoker Road**
**Centerville, Indiana 47330-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**TOMS Shoes**
**5404 Jandy Place**
**Los Angeles, CA 90066**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tomsic, Jocelyn**
**4502 Heritage Woods Ridge**
**Midlothian, Virginia 23112-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tongay, January**
**611 Grover St**
**APT #1**
**Liberty, Missouri 64068-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.766 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Toole County**
**226 1st St South**
**Shelby, MT 59474**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Toon, Suzanne**
**3839 N Wayne Ave 2**
**Chicago, Illinois 60613-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Toone, Traci**
**2803 Broadacres Lane**
**Arlington, Texas 76016-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**TOOTSIE ROLL INDUSTRIES INC.**
**7401 S. Cicero**
**Chicago, IL 60629**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Topco Associates LLC**
**150 Northwest Point Blvd.**
**Elk Grove Village, IL 60007**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Toppan Photomasks (MHBT)**
**131 E Old Settlers Blvd**
**Round Rock, TX 78664**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Torrens, Nicole**
**4800 Atlantic Blvd Apt i155**
**Jacksonville, Florida 32207-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.767 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Torres, Andrea**
**2755 Arrow Hwy Spc 74**
**La Verne, California 91750-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Torres, Andreas**
**5100 Foxridge Drive**
**Mission, Kansas 66202-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Torres, Eleanor**
**1123 Scott Street**
**Fairfield, California 94533-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Torres, Jose**
**850 Cardinal Lane**
**Lewisberry, Pennsylvania 17339-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Torres, Laura**
**2568 Bruce Ave**
**Fort Worth, Texas 76111-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Torres, Noelle**
**250 Terrace Drive**
**Clarks Summit, Pennsylvania 18411-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Torres, Noemi**
**328 Joan Ct. Unit A**
**Bartlett, Illinois 60103-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7680**

**Nonpriority creditor's name and mailing address**
**Torres, Sandra**
**12304 Squire Dr**
**Balch Springs, Texas 75180-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7681**

**Nonpriority creditor's name and mailing address**
**Torress-Cook, Shelby**
**7501 E Mcdowell Rd., #1099**
**Scottsdale, Arizona 85257-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7682**

**Nonpriority creditor's name and mailing address**
**Tosi, Lauren**
**97 Pfister Drive**
**Newington, Connecticut 06111-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7683**

**Nonpriority creditor's name and mailing address**
**Total Plastics, Inc.**
**2810 North Burdick Street**
**Kalamazoo, MI 49004**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7684**

**Nonpriority creditor's name and mailing address**
**TOTES-ISOTONER**
**9655 International Blvd. P.O. Box 465658**
**Cincinnati, OH 45246**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7685**

**Nonpriority creditor's name and mailing address**
**Toussaint, Ken**
**4394 Wesleyan Pointe**
**Decatur, Georgia 30034-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7686**

**Nonpriority creditor's name and mailing address**
**Tovar, Sara**
**526 Mar Cir Dr**
**Alamo, Texas 78516-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.768 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tovi, Kajin**
**3713 Bixby Drive**
**Pano, Texas 75023-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.768 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Towl, Kendall**
**203 Pennsylvania Court**
**Dyess Afb, Texas 79607-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.768 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Town of Amherst**
**5583 Main St**
**Williamsville, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Town of Normal**
**11 Uptown Circle**
**Normal, IL 61761**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Town of Simsbury**
**933 Hopmeadow St**
**PO Box 495**
**Simsbury, CT 06070**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Town of Vestal**
**605 Vestal Parkway w**
**Vestal, NY 13850**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Town of Whitestown**
**S2014 Sandhill Road**
**La Farge, wi 54639**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.769<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Towns, Amanda**
**7155 S. Robertsdale Way**
**Aurora, Colorado 80016-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Townsend, Cynthia**
**1823 Widener Place**
**Philadelphia, Pennsylvania 19141-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Townsend, Emma**
**17 Charleston Park Drive**
**Houston, Texas 77025-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Townsend, Jennifer**
**112 S. Oak St.**
**Harrod, Ohio 45850-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Township High School District 211**
**1750 South Roselle Road**
**Palatine, IL 60067**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Toyoda Gosei Indiana**
**5331 Foundation Blvd**
**New Albany, IN 38606**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.770<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Toyoda Gosei Kentucky**
**633 E Main St.**
**Lebanon, KY 40033**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.770 1**

**Nonpriority creditor's name and mailing address**

**Toyoda Gosei Mississippi**
**195 Corporate Dr.**
**Batesville, MS 38606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.770 2**

**Nonpriority creditor's name and mailing address**

**Toyoda Gosei Missouri Corporation**
**2200 Plattin Road**
**Perryville, MO 63775**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.770 3**

**Nonpriority creditor's name and mailing address**

**Toyota Tsusho America Inc.**
**700 Triport Rd.**
**Georgetown, KY 40324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.770 4**

**Nonpriority creditor's name and mailing address**

**Tracchio, Alrexandra**
**6740 Polo Drive**
**Cumming, Georgia 30040-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.770 5**

**Nonpriority creditor's name and mailing address**

**Trachte Building Systems, Inc.**
**314 Wilburn Road**
**Sun Prairie, WI 53590-1469**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.770 6**

**Nonpriority creditor's name and mailing address**

**Tracy, McGuire**
**4424 Beta Avenue**
**Newburgh Heights, Ohio 44105-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.770 7**

**Nonpriority creditor's name and mailing address**

**TradeLink LLC**
**71 South Wacker Drive, suite 1900**
**Chicago, IL 60606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.770<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TradeNet Publishing, Inc.**
**1200 Energy Center Drive**
**Gardner, KS 66030**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TRADEWINDS RESORTS**
**5500 Gulf Blvd**
**St. Pete Beach, FL 33706**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Trading Technologies**
**222 South Riverside Plaza**
**Suite 1100**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Traffic and Parking Control Company (TAP**
**5100 W. Brown Deer Road**
**Brown Deer, WI 53223**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tragoszanos, Jennifer**
**18701 Stratford Road**
**Apt. 22**
**Minnetonka, Minnesota 55345-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Trainor, Kathy**
**95 W Dudley Rd**
**Dudley, Massachusetts 01571-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.771 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tran, Cecilia**
**207 Auburn Dr**
**Apt 5**
**207 Auburn Dr**
**Auburn, Alabama 36830-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tran, Jenny**
**6713 Duryea Ct**
**Dayton, Ohio 45424-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tran, Kevin**
**1N298 Purnell St**
**Carol Stream, Illinois 60188-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tran, Michael**
**17820 Misty Grove Drive**
**Dallas, Texas 75287-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tran, Thin**
**1303 Aberford Dr**
**San Jose, California 95131-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tran, Thu**
**5739 Parkside Place**
**Newark, California 94560-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.7720**

**Nonpriority creditor's name and mailing address**

**Trans Ash Inc**
**617 Shepherd Drive**
**Cincinnati, OH 45215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7721**

**Nonpriority creditor's name and mailing address**

**Traska, Dorothy**
**15000 Mansions View Dr #502**
**Conroe, Texas 77384-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7722**

**Nonpriority creditor's name and mailing address**

**Traslavina, Gloria**
**1901 Nora Dr**
**Hollister, California 95023-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7723**

**Nonpriority creditor's name and mailing address**

**TRAYLOR BROS**
**835 N Congress Ave**
**Evansville, IN 47715**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7724**

**Nonpriority creditor's name and mailing address**

**Traylor, Tristan**
**128 Mica**
**Hot Springs, Arkansas 71901-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7725**

**Nonpriority creditor's name and mailing address**

**Treasure County**
**307 Rapelje - PO Box 392**
**Hysham, MT 59038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7726**

**Nonpriority creditor's name and mailing address**

**Trecartin, Julianne**
**48 Marlu Street**
**Westbrook, Maine 04092-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.772 7**

**Nonpriority creditor's name and mailing address**

**Tree Town USA LTD**
**5151 Mitchelldale St., Suite B**
**Houston, TX 77092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.772 8**

**Nonpriority creditor's name and mailing address**

**Treisch, Shauna**
**563 Tionesta Drive**
**Dalton, Ohio 44618-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.772 9**

**Nonpriority creditor's name and mailing address**

**Trek Bicycles**
**801 West Madison Street**
**Waterloo, WI 53594**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.773 0**

**Nonpriority creditor's name and mailing address**

**trek inc**
**190 Walnut Street**
**Lockport, NY 14094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.773 1**

**Nonpriority creditor's name and mailing address**

**Trenhaile, Cassie**
**3324 4th Ave S**
**Minneapolis, Minnesota 55408-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.773 2**

**Nonpriority creditor's name and mailing address**

**Trevino Jasso, Karla**
**14220 Laterna Ln**
**Houston, Texas 77083-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.773 3**

**Nonpriority creditor's name and mailing address**

**Trex Company, Inc.**
**160 Exeter Drive**
**Winchester, VA 22603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.773<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tri City Electric**
**6225 N. Brady Street**
**Davenport, IA 52806**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Trial Vault International, Inc.**
**155 North Wacker Drive**
**Suite 4250**
**Attn: Paul Hannon**
**Chicago, IL 60606**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Trice, LaNissa**
**7736 S Kimbark**
**Chicago, Illinois 60619-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Trilogy**
**303 N Hurstbourne , Pkwy #200**
**Louisville, KY 40222**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Trinity Christian College**
**6601 W College Dr**
**Palos Heights, IL 60463**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Triple Creek Ranch**
**5551 W Fork Rd**
**Darby, MT 59829**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7740**

**Nonpriority creditor's name and mailing address**

**Triplett Machine Inc.**
**1374 Phelps Junction Rd**
**Phelps, NY 14532**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7741**

**Nonpriority creditor's name and mailing address**

**Tritz, Rebekah**
**3923 Carson Cutoff**
**Martinez, Georgia 30907-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7742**

**Nonpriority creditor's name and mailing address**

**Triumph Group**
**899 Cassatt Rd, #210**
**Berwyn, PA 19312**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7743**

**Nonpriority creditor's name and mailing address**

**Triumph Group - AON**
**100 Default Address**
**Arlington Heights, IL 60004**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7744**

**Nonpriority creditor's name and mailing address**

**Trivette, Selena**
**321 Winding Rd**
**Bristol, Tennessee 37620-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7745**

**Nonpriority creditor's name and mailing address**

**Trojniar, Jill**
**636 Garfield Ave**
**Rockford, Illinois 61103-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7746**

**Nonpriority creditor's name and mailing address**

**Tromp, Dena**
**1446 Ridgeway**
**Arnold, Maryland 21012-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.774
7**

**Nonpriority creditor's name and mailing address**

**Trope, Rachel**
**1828 18th St. NW**
**Apt. B**
**Washington DC, District of Columbia 2000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.774
8**

**Nonpriority creditor's name and mailing address**

**Trout, Benjamin**
**1343 Tullis St. NE**
**Olympia, Washington 98506-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.774
9**

**Nonpriority creditor's name and mailing address**

**Trowbridge, Kim**
**577 Elko Ave**
**Akron, Ohio 44305-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.775
0**

**Nonpriority creditor's name and mailing address**

**TROY CITY SCHOOL DISTRICT**
**500 North Market St.**
**Troy, OH 45373**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.775
1**

**Nonpriority creditor's name and mailing address**

**TRU-FLEX**
**6640 Intech Boulevard, Suite 200**
**Indianapolis, IN 46278**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.775
2**

**Nonpriority creditor's name and mailing address**

**TRUE, Keasha**
**708 W 90th street**
**Kansas City, Missouri 64114-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.775
3**

**Nonpriority creditor's name and mailing address**

**Truetken, Laura**
**2810 Indiana Ave**
**St. Louis, Missouri 63118-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.775 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Trujillo, Rosa**
**2029 Berdan Ave**
**Toledo, Ohio 43613-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.775 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Truscott, Judy**
**336 Orchird Ridge Drive**
**Lake Orion, Michigan 48362-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.775 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Truss, Jalisa**
**12490 Quivira Road #4002**
**Overland Park, Kansas 66213-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.775 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TruStile Doors, LLC**
**1780 East 66th Ave.**
**Denver, CO 80229**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.775 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tsipianitis, Spiro**
**1624 S. Prospect**
**Park Ridge, Illinois 60068-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.775 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tsourakis, Christos**
**21532 Edgewater Drive**
**Port Charlotte, Florida 33952-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.776 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TST Boces Consortium**
**555 Warren Rd**
**Ithaca, NY 14850**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

**3.776 1**

**Nonpriority creditor's name and mailing address**

**TTX COMPANY**
**101 N. Wacker Dr.**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.776 2**

**Nonpriority creditor's name and mailing address**

**Tuba City Unified School District**
**67 Fir Street**
**Tuba City, AZ 86045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.776 3**

**Nonpriority creditor's name and mailing address**

**Tubbs, Ronald**
**8024 Cross Bow Lane**
**Theodore, Alabama 36582-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.776 4**

**Nonpriority creditor's name and mailing address**

**Tubbs, Shantenette**
**P.O. Box 154**
**Lucedale, Mississippi 39452-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.776 5**

**Nonpriority creditor's name and mailing address**

**Tuck, Jonathan**
**2035 W El Camino Ave, #288**
**Sacramento, California 95833-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.776 6**

**Nonpriority creditor's name and mailing address**

**Tucker, Becky**
**2979 Melbourne Terrace**
**Mt Juliet, Tennessee 37122-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.776 7**

**Nonpriority creditor's name and mailing address**

**Tucker, Diana**
**2979 Melbourne Terrace**
**Mt Juliet, Tennessee 37122-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.7768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tucker, Dyas**
2184 Leatherstone Dr
Powder Springs, Georgia 30127-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tucker, Jamie**
1165 San Bernard Street
Austin, Texas 78702-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tucker, Megan**
2356 South Scenic Drive
Salt Lake City, Utah 84109-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tuffour, Gifty**
523 Van Kirk St.
Philadelphia, Pennsylvania 19120-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tully, Elizabeth**
1 East 11th Street
Ocean City, New Jersey 08226-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tully, Jake**
1 East 11th Street
Ocean City, New Jersey 08226-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Turano, Joanna**
751 Alison Lane
Carol Stream, Illinois 60188-0000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Interactive Health Solutions, Inc.**

Name

Case number (if known) **20-11530 (BLS)**

---

| 3.777 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Turcotte, Jean**
2 Meadow Pond Lane
Natick, Massachusetts 01760-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Turk, Emily**
610 Chastine Drive
Spartanburg, South Carolina 29301-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Turner, Charmaine**
603 Hay Street
Apt. F
Pittsburgh, Pennsylvania 15221-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Turner, Chelsey**
1704 Gordon Street
Greensboro, North Carolina 27405-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Turner, Debbie**
615 Junction Street
Morgantown, West Virginia 26505-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.778 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Turner, Edna**
16919 Wood St
Hazelcrest, Illinois 60429-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.778 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Turner, Evelyn**
2517 Dietz
Lake Charles, Louisiana 70605-0000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.778 2**

**Nonpriority creditor's name and mailing address**

**Turner, Joletta**
**104 Lester Rd**
**Park Forest, Illinois 60466-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.778 3**

**Nonpriority creditor's name and mailing address**

**Turner, Kristin**
**15605 - 24th Ave N, Unit A**
**Plymouth, Minnesota 55447-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.778 4**

**Nonpriority creditor's name and mailing address**

**Turner, Lauren**
**775 Columbia St.**
**Apt. B**
**New Milford, New Jersey 07646-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.778 5**

**Nonpriority creditor's name and mailing address**

**Turner, Marsha**
**133 Margaret Drive**
**Hampton, Virginia 23669-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.778 6**

**Nonpriority creditor's name and mailing address**

**Turner, Monique**
**1619 Kriswood Dr**
**Houston, Texas 77014-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.778 7**

**Nonpriority creditor's name and mailing address**

**Turner, Rachel**
**4909 Hunter Village Drive**
**Olltewah, Tennessee 37363-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.778 8**

**Nonpriority creditor's name and mailing address**

**Turner, Shannon**
**1308 Sunshine Court**
**Lancaster, Texas 75134-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7789**

Nonpriority creditor's name and mailing address
**Turner, Stacy**
**1025 Swiss Alpine Road**
**Midway, Utah 84049-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7790**

Nonpriority creditor's name and mailing address
**Turning Point**
**P.O. Box 548, 5 Perry Way**
**Newburyport, MA 01950**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7791**

Nonpriority creditor's name and mailing address
**Turpin, Karen**
**3256 Page Ave**
**Apt 304**
**Virginia Beach, Virginia 23451-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7792**

Nonpriority creditor's name and mailing address
**Tursi, Elsa**
**2184 Merokee Dr**
**Merrick, New York 11566-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7793**

Nonpriority creditor's name and mailing address
**Twitty, India**
**11618 Honeydale Avenue**
**Cleveland, Ohio 44120-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7794**

Nonpriority creditor's name and mailing address
**TWO CENTURY, LLC**
**FIS-Lockbox**
**400A Commerce Blvd**
**Carlstadt, NJ 07072-3018**

Date(s) debt was incurred  6/1/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$55,520.95**

---

**3.7795**

Nonpriority creditor's name and mailing address
**Tyler, Ciarra**
**601 Dickey Ave**
**Greenfield, Ohio 45123-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7796**

**Nonpriority creditor's name and mailing address**

**Tyler, Shameka**
**655 East Royal Lane**
**Apt. 3034**
**Irving, Texas 75039-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7797**

**Nonpriority creditor's name and mailing address**

**Tyner, Connie**
**517 Fossil Hill Dr**
**Arlington, Texas 76002-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7798**

**Nonpriority creditor's name and mailing address**

**Tyson, Quiana**
**1020 Pacific St Apt 1**
**Saint Paul, Minnesota 55106-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7799**

**Nonpriority creditor's name and mailing address**

**Tzankova, Dessislava**
**5926 Sandhurst St, Apt 202**
**Canton, Michigan 48187-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7800**

**Nonpriority creditor's name and mailing address**

**U.S. Waterproofing**
**5650 Meadowbrook**
**Rolling Meadows, IL 60008**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7801**

**Nonpriority creditor's name and mailing address**

**UB Campus Dining and Shops**
**146 Fargo Quad**
**Buffalo, NY 14261**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7802**

**Nonpriority creditor's name and mailing address**

**Ubaque, Angelica**
**640 W. Oakdale Ave, Apt #2**
**Chicago, Illinois 60657-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor    **Interactive Health Solutions, Inc.**
　　　　　Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.780<br>3 | Nonpriority creditor's name and mailing address<br>**Udvari, Bruce**<br>**62908 Crimson Drive**<br>**Washington, Michigan 48094-0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780<br>4 | Nonpriority creditor's name and mailing address<br>**Ugenyi, Fortunatus**<br>**9453 Fens Hollow**<br>**Laurel, Maryland 20723-0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780<br>5 | Nonpriority creditor's name and mailing address<br>**Ugoh, Las**<br>**3800 Ridgecroft Rd**<br>**Baltimore, Maryland 21206-0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780<br>6 | Nonpriority creditor's name and mailing address<br>**UKHS Great Bend, LLC.**<br>**514 Cleveland Street**<br>**Great Bend, KS 67530-3562** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$225.00** |
|---|---|---|---|

Date(s) debt was incurred  **5/1/2020**

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780<br>7 | Nonpriority creditor's name and mailing address<br>**Ukonu, Collins**<br>**7507 Tomahawk Court**<br>**Apt F**<br>**Rosedale, Maryland 21237-0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780<br>8 | Nonpriority creditor's name and mailing address<br>**Ulliman Schutte Construction, LLC**<br>**2383 A Woodburn Road**<br>**Charlottesville, VA 22901** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780<br>9 | Nonpriority creditor's name and mailing address<br>**Ulmer, Carolynn**<br>**295 Convent Avenue**<br>**Apt. 53**<br>**New York, New York 10031-0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.781 0**

**Nonpriority creditor's name and mailing address**
**Ulmer, Rachele**
**2849**
**Essex St**
**St.Charles, Missouri 63301-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.781 1**

**Nonpriority creditor's name and mailing address**
**Ulmer, Sabrina**
**3400 Chateau Boulevard**
**Apt D229**
**Kenner, Louisiana 70065-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.781 2**

**Nonpriority creditor's name and mailing address**
**Ultra Clean Technology**
**26462 Corporate Avenue**
**Hayward, CA 94545**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.781 3**

**Nonpriority creditor's name and mailing address**
**Umble, Ronda**
**3017 Dream Lane**
**Dewy Rose, Georgia 30634-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.781 4**

**Nonpriority creditor's name and mailing address**
**Umlauf-Brown, Pamela**
**1101 W. Walkup Ave**
**Carbondale, Illinois 62901-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.781 5**

**Nonpriority creditor's name and mailing address**
**Umunna, Ben-Paul**
**10 N Ashbel Ave**
**Hillside, Illinois 60162-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.781 6**

**Nonpriority creditor's name and mailing address**
**Umunnakwe, Emmanuela**
**544 Freestone Drive**
**Allen, Texas 75002-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|--------|-----------------------------------|------------------------|----------------|
| | Name | | |

---

**3.7817**

Nonpriority creditor's name and mailing address
**Underwood, Rakeitta**
**100 Stratford Lakes Dr.**
**Unit 376**
**Durham, North Carolina 27713-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.7818**

Nonpriority creditor's name and mailing address
**Underwood, Stephanie**
**904 Michael Drive**
**Chesapeake, Virginia 23323-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.7819**

Nonpriority creditor's name and mailing address
**UNIFIED SCHOOL DISTRICT 443**
**1000 N 2nd Ave**
**Dodge City, KS 67801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.7820**

Nonpriority creditor's name and mailing address
**Uniland Development Corporation**
**100 Corporate Parkway**
**Ste 500**
**Amherst, NY 14426**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.7821**

Nonpriority creditor's name and mailing address
**Union Elementary School District #62**
**3834 S 91st Ave**
**Tolleson, AZ 85353**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.7822**

Nonpriority creditor's name and mailing address
**Union Ridge SD 86**
**4600 North Oak Park Avenue**
**Harwood Heights, IL 60706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.7823**

Nonpriority creditor's name and mailing address
**United Airlines**
**1200 East Algonquin Rd**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.782 4**

**Nonpriority creditor's name and mailing address**
**United American Steel Constructors, Inc.**
**10700 N. Freeway, Suite 950**
**Houston, TX 77037**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.782 5**

**Nonpriority creditor's name and mailing address**
**United Church Homes**
**170 E. Center St PO Box 1806**
**Marion, OH 43301-1806**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.782 6**

**Nonpriority creditor's name and mailing address**
**United Farmers Cooperative**
**705 E. 4th St.**
**Winthrop, MN 55396**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.782 7**

**Nonpriority creditor's name and mailing address**
**United Fast Food & Beverage**
**2626 Delta Lane**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.782 8**

**Nonpriority creditor's name and mailing address**
**United Health Services**
**PO Box 5214**
**Binghamton, NY 13902**

Date(s) debt was incurred __4/1/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.782 9**

**Nonpriority creditor's name and mailing address**
**United Memorial Medical Center**
**127 North Street**
**Batavia, NY 14020**

Date(s) debt was incurred __3/5/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$496.00**

---

**3.783 0**

**Nonpriority creditor's name and mailing address**
**United Power, Inc.**
**500 Cooperative Way**
**Brighton, CO 80603**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.783**
**1**

**Nonpriority creditor's name and mailing address**
**United States Federal Reserve**
**20th St Cnsttution Ave NW**
**Washington, DC 20551-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.783**
**2**

**Nonpriority creditor's name and mailing address**
**Unity College**
**90 Quaker Hill Road**
**Unity, ME 04988**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.783**
**3**

**Nonpriority creditor's name and mailing address**
**Universal Forest Products, Inc**
**2801 East Beltline Avenue NE**
**Grand Rapids, MI 49525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.783**
**4**

**Nonpriority creditor's name and mailing address**
**University of Maryland Charles Regional**
**5 Garrett Avenue**
**La Plata, MD 20646**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.783**
**5**

**Nonpriority creditor's name and mailing address**
**University Physicians**
**P.O. Box 843966**
**Kansas City, MO 64184-3966**

Date(s) debt was incurred  5/7/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**$18.00**

---

**3.783**
**6**

**Nonpriority creditor's name and mailing address**
**University System of New Hampshire**
**5 Chenell Dr Suite 301**
**Concord, NH 03301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.783**
**7**

**Nonpriority creditor's name and mailing address**
**University Title Company, Inc.**
**1021 University Drive East**
**College Station, TX 77840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7838**

**Nonpriority creditor's name and mailing address**
**Unsell, Sara**
**11000 Twin Fawns**
**Oklahoma City, Oklahoma 73173-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7839**

**Nonpriority creditor's name and mailing address**
**UNUM Life Insurance Company of America**
**P.O Box 409548**
**Atlanta, GA 30384-9548**

Date(s) debt was incurred  6/1/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$5,646.96**

---

**3.7840**

**Nonpriority creditor's name and mailing address**
**Upchurch, Rhonda**
**5035 Rainbow Harbour Circle**
**Colorado Springs, Colorado 80917-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7841**

**Nonpriority creditor's name and mailing address**
**UPMC CHAUTAUQUA WCA**
**PO Box 371472**
**Pittsburgh, PA 15250-7472**

Date(s) debt was incurred  4/13/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$56.50**

---

**3.7842**

**Nonpriority creditor's name and mailing address**
**UPS**
**PO Box 809488**
**Chicago, IL 60680-9488**

Date(s) debt was incurred  4/18/2020

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**$302.74**

---

**3.7843**

**Nonpriority creditor's name and mailing address**
**Upstate Cerebral Palsy**
**1020 Mary Street**
**Utica, NY 13501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7844**

**Nonpriority creditor's name and mailing address**
**UQM Technologies**
**4120 Specialty Place**
**Longmont, CO 80504**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.784 5**

**Nonpriority creditor's name and mailing address**
**Urban Retail Properties, LLC**
**111 East Wacker Drive Suite 24**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.784 6**

**Nonpriority creditor's name and mailing address**
**Urbina, Marie**
**6503 65th Way**
**West Palm Beach, Florida 33409-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.784 7**

**Nonpriority creditor's name and mailing address**
**Urgent Care of Ada**
**1023 Arlington**
**Ada, OK 74820**

Date(s) debt was incurred  4/17/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.784 8**

**Nonpriority creditor's name and mailing address**
**Urgent Care Specialists, LLC**
**2400 Corporate Exchange Dr**
**Suite 102**
**Columbus, OH 43231-7605**

Date(s) debt was incurred  5/4/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.784 9**

**Nonpriority creditor's name and mailing address**
**Urso, Antonina**
**601 Hatlen Ave**
**Mount Prospect, Illinois 60056-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.785 0**

**Nonpriority creditor's name and mailing address**
**Urteaga, Marco**
**8100 S. Scottsdale Ave**
**Chicago, Illinois 60652-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.785 1**

**Nonpriority creditor's name and mailing address**
**Urteaga, Rene**
**24519 Buck Creek**
**San Antonio, Texas 78255-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.785
2**

**Nonpriority creditor's name and mailing address**
**Urton, Paula**
**21552 Road l21**
**Cloverdale, Ohio 45827-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.785
3**

**Nonpriority creditor's name and mailing address**
**Usack, Barbara**
**50 Renee Ct**
**Jackson, New Jersey 08527-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.785
4**

**Nonpriority creditor's name and mailing address**
**USCG Community Services Command**
**510 Independence Parkway**
**Suite 500**
**Chesapeake, VA 23320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.785
5**

**Nonpriority creditor's name and mailing address**
**USG Insurance Services, Inc.**
**3810 Northdale Boulevard**
**Tampa, FL 33624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.785
6**

**Nonpriority creditor's name and mailing address**
**Usiak, Jill**
**1321 Linerick Lane**
**Normal, Illinois 61761-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.785
7**

**Nonpriority creditor's name and mailing address**
**Usnik, Patricia**
**17 S Hatlen Ave**
**Mt Prospect, Illinois 60056-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.785
8**

**Nonpriority creditor's name and mailing address**
**Utah State Tax Commission**
**Attn: Bankruptcy Unit**
**210 N 1950 W**
**Salt Lake City, UT 84134-9000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.785 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**UTE Water Conservancy District**
**2190 H 1/4 Road**
**Grand Junction, CO 81505**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim: Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Utz, Carolyn**
**77 W Huron St Apt 405**
**Chicago, Illinois 60654-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vail Unified School District**
**13801 E Benson Highway**
**Vail, AZ 85641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim: Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Valbracht, Katrina**
**8900 Tracy Dr**
**Oklahoma City, Oklahoma 73132-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Valdez, Angie**
**522 E Cache La Poudre St**
**Colorado Springs, Colorado 80903-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Valdez, Maria**
**2935 N. Coolidge Ave**
**Los Angeles, California 90039-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Valdivieso, Nestor**
**162 Greenhill Dr**
**Jackson, Tennessee 38305-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim: Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|--------|---------------------------------------|------------------------|---------------------|
| | Name | | |

---

**3.786 6**

**Nonpriority creditor's name and mailing address**
**Valencia, Tashlin**
**937 pheasant walk drive**
**schaumburg, Illinois 60193-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.786 7**

**Nonpriority creditor's name and mailing address**
**Valentin, Sandra**
**28 South Hartman Street**
**York, Pennsylvania 17403-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.786 8**

**Nonpriority creditor's name and mailing address**
**Valentin, Sierra**
**972 E. Philadelphia St**
**York, Pennsylvania 17401-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.786 9**

**Nonpriority creditor's name and mailing address**
**Valentine, Katie**
**11012 Fruitland Drive**
**Los Angeles, California 91604-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.787 0**

**Nonpriority creditor's name and mailing address**
**Valentine, Sarah**
**11089 N Lapis Ct**
**Oro Valley, Arizona 85737-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.787 1**

**Nonpriority creditor's name and mailing address**
**Valentine-Mitchell, Regina**
**1233 Doak Blvd**
**Ripon, California 95366-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.787 2**

**Nonpriority creditor's name and mailing address**
**Valle, Gina**
**2410 E 27th St**
**Mission, Texas 78574-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.787 3**

**Nonpriority creditor's name and mailing address**
**Vallery, Brittany**
**5109 Goldsboro Dr, Apt 1c**
**Hampton, Virginia 23605-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.787 4**

**Nonpriority creditor's name and mailing address**
**Valley County**
**501 Court Square**
**Glasgow, MT 59230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.787 5**

**Nonpriority creditor's name and mailing address**
**Valley Forge Insurance Company**
**151 N. Franklin St.**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.787 6**

**Nonpriority creditor's name and mailing address**
**Valveri, Kaitlyn**
**51 Balcom Road**
**Faringdale, New York 11735-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.787 7**

**Nonpriority creditor's name and mailing address**
**Van Allen, Kaitlyn**
**154 Academy Street**
**Piscataway, New Jersey 08854-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.787 8**

**Nonpriority creditor's name and mailing address**
**Van Cott, Jennifer**
**9202 E. Wabash Road**
**Spokane, Washington 99206-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.787 9**

**Nonpriority creditor's name and mailing address**
**Van Deusen, Tim**
**11358 Kinloch**
**Redford, Michigan 48239-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.788 0**

**Nonpriority creditor's name and mailing address**

**Van Dine, Jonathon**
**18591 Anchor Drive**
**Boca Raton, Florida 33498-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.788 1**

**Nonpriority creditor's name and mailing address**

**Van Dorn, Katie**
**5335 Elk Ridge Road**
**Missoula, Montana 59802-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.788 2**

**Nonpriority creditor's name and mailing address**

**Van Grouw, Jacqueline**
**23 Taylor Street**
**Hampton, New Hampshire 03842-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.788 3**

**Nonpriority creditor's name and mailing address**

**Van Ness Feldman LLP**
**1050 Thomas Jefferson Street, NW.**
**Washington, DC 20007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.788 4**

**Nonpriority creditor's name and mailing address**

**Van Oosbree, Danielle**
**305 Bergen Street**
**Adams, Minnesota 55909-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.788 5**

**Nonpriority creditor's name and mailing address**

**Vandaveer, Natalie**
**6301 W. Hampden Ave**
**Apt 1-307**
**Denver, Colorado 80227-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.788 6**

**Nonpriority creditor's name and mailing address**

**Vander Linde, Joseph**
**27180 Tierra Del Fuego**
**Punta Gorda, Florida 33983-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.788 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vanderhans, Mark**
**38 State Park Road**
**Dover Foxcroft, Maine 04426-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.788 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vanderhoff, Sara**
**12329 Sequoia Lane**
**Clio, Michigan 48420-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.788 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vanderlaan, Kengie**
**209 S Oak Park Ave**
**Unit 102**
**Oak Park, Illinois 60302-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.789 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**VanderMolen, Samantha**
**57 Mill Street**
**Coopersville, Michigan 49404-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.789 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vandor Corp**
**4251 W Industries Rd**
**Richmond, IN 43734**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.789 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vang, Mai**
**3866 Miller Road**
**Perry, Michigan 48872-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.789 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vankoughnett, Jenna**
**755 Braves Ave**
**Apt 1313**
**Lawrenceville, Georgia 30043-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.789 4**

**Nonpriority creditor's name and mailing address**
**Vanlue, Elizabeth**
**3201-104 Sugar Pine Trail**
**Durham, North Carolina 27713-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.789 5**

**Nonpriority creditor's name and mailing address**
**Vannata, Lisa**
**5641 Mossberg Dr**
**New Port Richey, Florida 34655-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.789 6**

**Nonpriority creditor's name and mailing address**
**VanOrden, Amy**
**181 Pond View Heights**
**Rochester, New York 14612-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.789 7**

**Nonpriority creditor's name and mailing address**
**Vantassel, Erica**
**215 Liberty Street**
**Franklin, Pennsylvania 16323-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.789 8**

**Nonpriority creditor's name and mailing address**
**Varens, Lisvany**
**6105 N 31st Ave**
**Phoenix, Arizona 85017-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.789 9**

**Nonpriority creditor's name and mailing address**
**Vargas, Regina**
**707 Drews Lake Rd**
**New Limerick, Maine 04761-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.790 0**

**Nonpriority creditor's name and mailing address**
**Varian, Janeen**
**32548 River Knolls Road**
**Coarsegold, California 93614-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.790 1**

**Nonpriority creditor's name and mailing address**
**Varney, Marina**
**1000 Worthington Lane**
**#34-309**
**Spring Hill, Tennessee 37174-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.790 2**

**Nonpriority creditor's name and mailing address**
**Vasilyev, Olga**
**8566 sw charlotte dr**
**Beaverton, Oregon 97007-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.790 3**

**Nonpriority creditor's name and mailing address**
**Vasquez, Ashley**
**11430 Devencrest Drive**
**Houston, Texas 77066-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.790 4**

**Nonpriority creditor's name and mailing address**
**Vasquez, Crystal**
**1321 Broadway Street**
**Chico, California 95928-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.790 5**

**Nonpriority creditor's name and mailing address**
**Vasquez, Norma**
**5111 Timberwolf**
**El Paso, Texas 79903-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.790 6**

**Nonpriority creditor's name and mailing address**
**Vasquez, Orlando**
**1539 Alaskan Wolf**
**San Antonio, Texas 78245-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.790 7**

**Nonpriority creditor's name and mailing address**
**Vasser, Chrishuna**
**10816 North Council Road Apt 1**
**Oklahoma, Oklahoma 73162-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.790 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vaughan, Kendra Marie**
7 Tyron Pl
Portsmouth, Virginia 23702-0000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vaughan, Marianna**
3238 N 126th Ave
Avondale, Arizona 85392-0000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vaughn Industries**
1201 East Findlay St.
Carey, OH 43316

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vaughn, Angela**
2865 Exeter Place
Lithia Springs, Georgia 30122-0000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vaughn, Chelsea**
1800 Wesleyan Drive
Apt 180
Macon, Georgia 31210-0000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vaughn, Corey**
4750 kenilworth dr
#106
Rolling Meadows, Illinois 60008-0000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vaughn, Delbert**
3049 Kendale Drive
Dallas, Texas 75220-0000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.791 5**

**Nonpriority creditor's name and mailing address**
**Vaughn, Dondretta**
**870 Foxworth Blvd. 211**
**Lombard, Illinois 60148-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.791 6**

**Nonpriority creditor's name and mailing address**
**Vaughn, Jade**
**9722 Groffs Mill Dr**
**213**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.791 7**

**Nonpriority creditor's name and mailing address**
**Vaughn, Jodi**
**551 Cherry St. #101**
**Macon, Georgia 31201-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.791 8**

**Nonpriority creditor's name and mailing address**
**Vazquez, Dulce**
**120 Glengarry Drive**
**Unit 309**
**Bloomingdale, Illinois 60108-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.791 9**

**Nonpriority creditor's name and mailing address**
**Vazquez, Jordan**
**1201 Dahlia Ct**
**Bel Air, Maryland 21014-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.792 0**

**Nonpriority creditor's name and mailing address**
**Vazquez, Matthew**
**408 Esclave Circle**
**Apt. 207**
**Costa Mesa, California 92626-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.792 1**

**Nonpriority creditor's name and mailing address**
**Veach, Shannon**
**1713 Filbert Ct.**
**Nampa, Idaho 83651-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.792 2**

**Nonpriority creditor's name and mailing address**

**Veeman, Antoinette**
**6719 Champoeg Rd. NE**
**Saint Paul, Oregon 97137-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.792 3**

**Nonpriority creditor's name and mailing address**

**VEGA Americas, Inc.**
**4241 Allendorf Dr.**
**Manufacturing Building**
**Cincinnati, OH 45209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.792 4**

**Nonpriority creditor's name and mailing address**

**Vega, Eva**
**2511 Anthony Pine Lane**
**Houston, Texas 77088-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.792 5**

**Nonpriority creditor's name and mailing address**

**Veise, Michael**
**3924 Hudson Street**
**Baltimore, Maryland 21224-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.792 6**

**Nonpriority creditor's name and mailing address**

**Veksler, Marie**
**22555 E River Chase Way**
**Parker, Colorado 80138-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.792 7**

**Nonpriority creditor's name and mailing address**

**Velasco, Norma**
**7400-A Rock Ridge Sims Road**
**Sims, North Carolina 27880-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.792 8**

**Nonpriority creditor's name and mailing address**

**Velasquez, Beatriz**
**547 Sandra Dr.**
**Northlake, Illinois 60164-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7929**

**Nonpriority creditor's name and mailing address**

**Velazquez, Vanessa**
**2607 Darwin Ave**
**Los Angeles, California 90031-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7930**

**Nonpriority creditor's name and mailing address**

**Vella, Teresa**
**806 Kingsway Cove**
**West Memphis, Arkansas 72301-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7931**

**Nonpriority creditor's name and mailing address**

**Veloz, Edward**
**6039 Madison street**
**ridgewood, New York 11385-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7932**

**Nonpriority creditor's name and mailing address**

**Venegas, Irma**
**12421 Chelwood PL NE**
**Albuquerque, New Mexico 87112-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7933**

**Nonpriority creditor's name and mailing address**

**Venegas, Jennifer**
**91 w dodridge st**
**Columbus, Ohio 43202-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7934**

**Nonpriority creditor's name and mailing address**

**Venenga, Toni**
**113 Twinleaf Lane**
**San Antonio, Texas 78213-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7935**

**Nonpriority creditor's name and mailing address**

**Venus Laboratories, Inc**
**11150 Hope Street**
**Cypress, CA 90630**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.793 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**VeraBank**
**201 W Main St**
**P.O. Box 1009**
**Henderson, TX 75653**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Veras-Estevez, Katherine**
**3344 Park Avenue**
**Apt 5**
**Weehawken, New Jersey 07086-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$375.00** |
|---|---|---|---|

**Verbatim Solutions**
**5200 S Highland Dr., Suite 201**
**Salt Lake City, UT 84117**

Date(s) debt was incurred  **4/29/2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Verbrick, Brittany**
**N941 Julius Dr.**
**Greenville, Wisconsin 54942-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Verch, Shannon**
**201 West M Street**
**North Little Rock, Arkansas 72116-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Verdieu, Clifton**
**50 Grant Avenue**
**Belmont, Massachusetts 02478-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,215.16** |
|---|---|---|---|

**Verizon Wireless**
**P.O. Box  25505**
**Lehigh Valley, PA 18002-5505**

Date(s) debt was incurred  **5/7/2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

| 3.794<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,384.41 |
|---|---|---|---|

**Verizon- IH**
P.O Box 15043
Albany, NY 12212-5043

Date(s) debt was incurred  5/8/2020

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Vendor / Other

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vermilion Association for Special Educat**
15009 Catlin-Tilton Road
Danville, IL 61834

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Vendor / Other

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vermont Department of Taxes**
PO Box 1881
Montpelier, VT 05601-1881

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Taxing Authority

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vernis, Stephanie**
713 Jacana Way
North Palm Beach, Florida 33408-0000

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wages / Other

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Versa Integrity, Inc.**
1833 Sunset Place
Longmont, CO 80501

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Vendor / Other

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**VersionOne, Inc.**
6220 Shiloh Road, #400
Alpharetta, GA 30005

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Vendor / Other

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Veskerna, L.**
17553 George Miller Pkwy
Omaha, Nebraska 68116-0000

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Wages / Other

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.795 0**

Nonpriority creditor's name and mailing address
**Viafield**
**1001 Blunt Parkway**
**Charles City, IA 50616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.795 1**

Nonpriority creditor's name and mailing address
**Vicidomino, Kristen**
**947 Chestnut Street, Unit 3**
**Newton, Massachusetts 02464-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.795 2**

Nonpriority creditor's name and mailing address
**Vickers, Ruth**
**2041 Keyes Lane**
**Deltona, Florida 32738-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.795 3**

Nonpriority creditor's name and mailing address
**Victory Bank**
**548 N Lewis Rd**
**Limerick, PA 19468**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.795 4**

Nonpriority creditor's name and mailing address
**Vidaris**
**360 Park Ave South 15th Floor**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.795 5**

Nonpriority creditor's name and mailing address
**Vidovich, Cindylou**
**408 Kennerdell Street**
**Franklin, Pennsylvania 16323-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.795 6**

Nonpriority creditor's name and mailing address
**Vierzba, Jason**
**1388 Abraham Terrace**
**Harbor City, California 90710-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.7957**

**Nonpriority creditor's name and mailing address**
Vieth, Catherine
208 Hettman St.
Norwalk, Wisconsin 54648-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7958**

**Nonpriority creditor's name and mailing address**
Vignes, Sandra
1731 Parkway Drive
Bettendorf, Iowa 52722-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7959**

**Nonpriority creditor's name and mailing address**
Viguerie, Alyssa
PO Box 1493
Midland, Texas 79702-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7960**

**Nonpriority creditor's name and mailing address**
Viking Chemical
1827 18th Ave.
Rockford, IL 61104

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7961**

**Nonpriority creditor's name and mailing address**
Viking Group, Inc.
210 North Industrial Park Drive
Hastings, MI 49058

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7962**

**Nonpriority creditor's name and mailing address**
Villa Healthcare
3755 W Chase Ave
Skokie, IL 60076

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7963**

**Nonpriority creditor's name and mailing address**
Villa, Alison
3325 Holcomb Bridge Road
Apt. 1559A
Norcross, Georgia 30092-0000

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.796 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Villa, David**
**300 Wanda Way**
**Hurst, Texas 76053-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Village Christian School**
**8930 Village Avenue**
**Sun Valley, CA 91352**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Village of Addison**
**1 Friendship Plaza**
**Addison, IL 60101-2786**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**VILLAGE OF ALGONQUIN**
**2200 Harnish Drive**
**Algonquin, IL 60102**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Village of Chatham**
**116 E. Mulberry St**
**Chatham, IL 62629**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Village of Glen Ellyn**
**535 Duane Street**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**VILLAGE OF LAKE IN THE HILLS**
**600 Harvest Gate**
**Lake in the Hills, IL 60156**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.797**
**1**

**Nonpriority creditor's name and mailing address**
**Village of New Lenox**
**1 Veterans Pkwy**
**New Lenox, IL 60451**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.797**
**2**

**Nonpriority creditor's name and mailing address**
**Village of Northbrook**
**1225 Cedar Lane**
**Northbrook, IL 60062**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.797**
**3**

**Nonpriority creditor's name and mailing address**
**Village of Vernon Hills**
**290 Evergreen Drive**
**Vernon Hills, IL 60061**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.797**
**4**

**Nonpriority creditor's name and mailing address**
**Village of Woodridge**
**5 Plaza Drive**
**Woodridge, IL 60517**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.797**
**5**

**Nonpriority creditor's name and mailing address**
**Villalobos, Miguel**
**904 Casey Drive**
**Minooka, Illinois 60447-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.797**
**6**

**Nonpriority creditor's name and mailing address**
**Villanueva, Jose**
**715 SW 39th St.**
**San Antonio, Texas 78237-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.797**
**7**

**Nonpriority creditor's name and mailing address**
**Villanueva, Stacey**
**700 Lenox Ave**
**#11L**
**New York City, New York 10039-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.7978**

**Nonpriority creditor's name and mailing address**
**Villarreal Cuevas, Claudia**
**2303 Seminole St.**
**Hyattsville, Maryland 20783-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7979**

**Nonpriority creditor's name and mailing address**
**Villescas, Chantal**
**4995 Bosworth**
**Las Cruces, New Mexico 88012-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7980**

**Nonpriority creditor's name and mailing address**
**Vincent, Lakeisha**
**725 Shlester Way**
**New Iberia, Louisiana 70560-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7981**

**Nonpriority creditor's name and mailing address**
**Vindez, Danielle**
**1802 Esplanade #8**
**Redondo Beach, California 90277-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7982**

**Nonpriority creditor's name and mailing address**
**Vine Management Services, LLC**
**5800 Granite**
**Plano, TX 75024**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7983**

**Nonpriority creditor's name and mailing address**
**Vinson, Yolanda**
**142 Autumn Pine Dr**
**Fairview Heights, Illinois 62208-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7984**

**Nonpriority creditor's name and mailing address**
**Violette, Jeffrey**
**P.O. Box 1064**
**Saint Helena Island, South Carolina 2992**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.798
5**

**Nonpriority creditor's name and mailing address**

**Virginia (Ginger) Hill**
**1336 Saxon Lane**
**Naperville, IL 60564**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.798
6**

**Nonpriority creditor's name and mailing address**

**Virginia Department of Taxation**
**1957 Westmoreland Street**
**Richmond, VA 23230**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.798
7**

**Nonpriority creditor's name and mailing address**

**Virgona, Brianne**
**10623 Caminito Basswood**
**San Diego, California 92131-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.798
8**

**Nonpriority creditor's name and mailing address**

**Visions Federal Credit Union**
**24 McKinley Ave**
**Endicott, NY 13760**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.798
9**

**Nonpriority creditor's name and mailing address**

**Vitale, Angela**
**702 Country Village Dr, Apt 2b**
**Bel Air, Maryland 21014-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.799
0**

**Nonpriority creditor's name and mailing address**

**Vizcaino-Riveros, Jorge**
**101 Syracuse Drive**
**Newark, Delaware 19713-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.799
1**

**Nonpriority creditor's name and mailing address**

**Vizthum, Diane**
**1633 Beason St.**
**Baltimore, Maryland 21230-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

| 3.799 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**VNA Health**
**512 E Gutierrez Street**
**Santa Barbara, CA 93103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.799 3 | Nonpriority creditor's name and mailing address |
|---|---|

**Vo, Catherine**
**839 Stoneyford Drive**
**Daly City, California 94015-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.799 4 | Nonpriority creditor's name and mailing address |
|---|---|

**Vo, Ellen**
**10306 Mills Pass Drive**
**Houston, Texas 77070-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.799 5 | Nonpriority creditor's name and mailing address |
|---|---|

**Vodicka, Tiffany**
**824 Green Ridge Ave**
**Earlville, Illinois 60518-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.799 6 | Nonpriority creditor's name and mailing address |
|---|---|

**Voelpel, Rebecca**
**17 Freedom Court**
**Middle River, Maryland 21220-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.799 7 | Nonpriority creditor's name and mailing address |
|---|---|

**Vogelsberg, Sarah**
**7917 Colony Lane**
**Lenexa, Kansas 66215-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.799 8 | Nonpriority creditor's name and mailing address |
|---|---|

**Voges, Tessa-Lee**
**3025 NE 137th St**
**Apt 412**
**Seattle, Washington 98125-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.799 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Volk, Kelsey**
**41907 Spillway Drive**
**Winona, Minnesota 55987-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Volk, Taylor**
**2057 Roe Crest Dr**
**North Mankato, Minnesota 56003-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Volkart, Renee**
**211 Robert Street**
**P O Box 114**
**Ostrander, Minnesota 55961-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Vollmer, Cathy**
**78 Cottonwood Dr**
**Chatham, Illinois 62629-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Volodarets, Mariya**
**44 Black Oak Court**
**Reisterstown, Maryland 21136-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Volquardsen, Jeanette**
**47 Whispering Drive**
**Streamwood, Illinois 60107-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Von Fintel, Chelsea**
**911 Montose Ave**
**Royal Oak, Michigan 48073-0000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.800 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Von Stamwitz, Lisa**
**535 Fee Fee Hills Drive**
**Hazelwood, Missouri 63042-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Von Tobel Lumber and Hardware**
**256 S. Washington St.**
**Valparaiso, IN 46384**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Von Urlich, Christine**
**3419 West Grace Street, apt. 2**
**Richmond, Virginia 23221-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Vongdeuane, Pamila**
**332 W Naperville Road**
**Apt. 12**
**Westmont, Illinois 60559-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Vontobel Asset Management, Inc.**
**1540 Broadway**
**New York, NY 10036**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Vorasane, Yoo Yee**
**328 Black St**
**Akron, Ohio 44306-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Vorisek, Lauren**
**661 parkedge dr**
**Gahanna, Ohio 43230-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.801 3**

**Nonpriority creditor's name and mailing address**

**Voss Electric Company**
**1601 Cushman Drive**
**Lincoln, NE 68512**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.801 4**

**Nonpriority creditor's name and mailing address**

**Voss, Michele**
**2302 Robin Lane**
**Rolling Meadows, Illinois 60008-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.801 5**

**Nonpriority creditor's name and mailing address**

**Vucevski, Aleksandra**
**55449 Hearthside Drive**
**Shelby Township, Michigan 48316-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.801 6**

**Nonpriority creditor's name and mailing address**

**W. L. Gore & Associates Inc.**
**555 Paper Mill Road**
**Newark, DE 19714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.801 7**

**Nonpriority creditor's name and mailing address**

**W. S. Darley & Co., Inc.**
**325 Spring Lake Dr.**
**Itasca, IL 60143**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.801 8**

**Nonpriority creditor's name and mailing address**

**Wabash Area Development, Inc.**
**334 Industrial Drive**
**Albion, IL 62806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.801 9**

**Nonpriority creditor's name and mailing address**

**Wacker, Caroline**
**1717 Glencoe Rd**
**Sparks, Maryland 21152-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.802 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Waclawek, Joann**
**6815 Biscayne Blvd, Ste 466**
**Miami, Florida 33138-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wade, Brashaun**
**4118 Furey Street**
**Dallas, Texas 75212-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wade, Debra**
**1220 Upland Lane**
**Van Meter, Iowa 50261-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wadhwa, Gauri**
**2712 Hackberry Street**
**Cincinnati, Ohio 45206-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wagman, Brittany**
**2919 Caroline Street**
**Houston, Texas 77004-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wagner Motor Sales**
**760 Boston Turnpike**
**Shrewsbury, MA 01545**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wagner, Dawn**
**722 Barber Circle**
**Lakeland, Florida 33803-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.8027**

**Nonpriority creditor's name and mailing address**

**Wagner, Elizabeth**
**3365 Ridge Road**
**Lexington, North Carolina 27295-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.8028**

**Nonpriority creditor's name and mailing address**

**Wagner, Kaitlin**
**200 Lakeside Ct**
**Apt 1426**
**St Charles, Illinois 60174-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.8029**

**Nonpriority creditor's name and mailing address**

**Wagner, Susan**
**74584 Usage Lane**
**Irrigon, Oregon 97844-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.8030**

**Nonpriority creditor's name and mailing address**

**Wagner-Willis, Sandra**
**2111 E. 91st Street**
**Indianapolis, Indiana 46240-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.8031**

**Nonpriority creditor's name and mailing address**

**Waibel, Melanie**
**11698 122nd St South**
**Hastings, Minnesota 55033-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.8032**

**Nonpriority creditor's name and mailing address**

**Wailes, Kelsey**
**2055 Pembrook Ct**
**Emmitsburg, Maryland 21727-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.8033**

**Nonpriority creditor's name and mailing address**

**Wakefield, Ryan**
**6421 1st Avenue South**
**Richfield, Minnesota 55423-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.803<br>4 | Nonpriority creditor's name and mailing address<br>**Walas, Christine**<br>**1406 S Princeton Ave**<br>**Arlington Heights, Illinois 60005-0000**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.803<br>5 | Nonpriority creditor's name and mailing address<br>**Walitschek, Michelle**<br>**380 Newton Street**<br>**Hoffman Estates, Illinois 60169-0000**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.803<br>6 | Nonpriority creditor's name and mailing address<br>**Walk, Emily**<br>**1904 Tower Grove AVE 1N**<br>**St. Louis, Missouri 63110-0000**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.803<br>7 | Nonpriority creditor's name and mailing address<br>**Walker II, Joseph**<br>**5119 E. Maple Lane**<br>**Indianapolis, Indiana 46219-0000**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.803<br>8 | Nonpriority creditor's name and mailing address<br>**Walker, Amanda**<br>**2258 Independence Blvd**<br>**Abilene, Texas 79601-0000**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.803<br>9 | Nonpriority creditor's name and mailing address<br>**Walker, Dorie**<br>**13611 Belleshire Ave**<br>**Cleveland, Ohio 44135-0000**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.804<br>0 | Nonpriority creditor's name and mailing address<br>**Walker, Elizabeth**<br>**1206 Clements Bridge Rd Apt 2**<br>**Barrington, New Jersey 08007-0000**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.804**
**1**

**Nonpriority creditor's name and mailing address**
**Walker, Kristina**
**1374 Summit Pines Blvd #424**
**West Palm Beach, Florida 33415-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.804**
**2**

**Nonpriority creditor's name and mailing address**
**Walker, Lashai**
**13949 Lullaby Rd**
**Germantown, Maryland 20874-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.804**
**3**

**Nonpriority creditor's name and mailing address**
**Walker, Laura**
**249 N. Smith St. Unit 1W**
**Palatine, Illinois 60067-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.804**
**4**

**Nonpriority creditor's name and mailing address**
**Walker, Monica**
**2501 NW Overlook Drive #1233**
**Hillsboro, Oregon 97124-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.804**
**5**

**Nonpriority creditor's name and mailing address**
**Walker, Temetrius**
**864 N McNeil St**
**Memphis, Tennessee 38107-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.804**
**6**

**Nonpriority creditor's name and mailing address**
**Walker, Velma**
**7307 Pasadena Blvd Apt 1**
**St. Louis, Missouri 63121-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.804**
**7**

**Nonpriority creditor's name and mailing address**
**Walkling, Jennifer**
**8 Hillside Ct.**
**Westminster, Maryland 21157-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.8048**

Nonpriority creditor's name and mailing address

**Wall, Mary**
**67 Cat Cay Ct.**
**Dania Beach, Florida 33004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8049**

Nonpriority creditor's name and mailing address

**Wallace, Diana**
**899 Highway DD**
**Defiance, Missouri 63341-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8050**

Nonpriority creditor's name and mailing address

**Wallace, Donald**
**2263 Docs Rd**
**Lillington, North Carolina 27546-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8051**

Nonpriority creditor's name and mailing address

**Wallace, Jennifer Samantha**
**75 Clear Spring Lane**
**Oxford, Georgia 30054-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8052**

Nonpriority creditor's name and mailing address

**Wallace, Meredith**
**9 Winthrop Court**
**Baltimore, Maryland 21204-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8053**

Nonpriority creditor's name and mailing address

**Wallace, Nicholas**
**5584 Heritage Court Drive**
**Apt A4, Delaware 19808-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8054**

Nonpriority creditor's name and mailing address

**Wallace, Raquel**
**559 East 83 Street**
**Brooklyn, New York 11236-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.805 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wallace, Terelle**
**3613 Wetherington Dr #103**
**Virginia Beach, Virginia 23453-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.805 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wallace, Tricia**
**14507 SE 26th Street**
**Vancouver, Washington 98683-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.805 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wallis Companies**
**106 East Washington St**
**Cuba, MO 65453**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.805 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Walraven, Quinn**
**400 Braund Street #1**
**Onalaska, Wisconsin 54650-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.805 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Walser, Wendy**
**6009 Rock Cliff Lane Apt. N**
**Alexandria, Virginia 22315-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.806 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Walsh, Alexandra**
**601 Truman Circle, Sw**
**Vienna, Virginia 22180-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.806 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Walsh, Andrew**
**609 Cove Drive**
**Cary, Illinois 60013-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.806
2**

**Nonpriority creditor's name and mailing address**

**Walsh, Brigette**
**778 East Oakmont Blvd**
**Johnstown, Pennsylvania 15904-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.806
3**

**Nonpriority creditor's name and mailing address**

**Walsh, Jennifer**
**4623 North Malden Street**
**3N**
**Chicago, Illinois 60640-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.806
4**

**Nonpriority creditor's name and mailing address**

**Walsh, Laura**
**808 S Ashland Avenue**
**La Grange, Illinois 60525-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.806
5**

**Nonpriority creditor's name and mailing address**

**Walsh, Lillian**
**102 Michaels Ct**
**Chalfont, Pennsylvania 18914-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.806
6**

**Nonpriority creditor's name and mailing address**

**Walsh, Robin**
**1510 Meadowsedge Ln**
**Carpentersville, Illinois 60110-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.806
7**

**Nonpriority creditor's name and mailing address**

**Walters, Debra**
**20528 Highway 43**
**Picayune South, Mississippi 39466-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.806
8**

**Nonpriority creditor's name and mailing address**

**Walters, Julie**
**2705 Cuckoo Shrike Avenue**
**North Las Vegas, Nevada 89084-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.8069**

**Nonpriority creditor's name and mailing address**
**Walters-Williams, Jillian**
**65 East Scott Street**
**Apt 3B**
**Chicago, Illinois 60610-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8070**

**Nonpriority creditor's name and mailing address**
**Walton, Darla**
**2418 E Buckeye Ave**
**Spokane, Washington 99207-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8071**

**Nonpriority creditor's name and mailing address**
**Walton, Patricia**
**1040 S Longwood Ave**
**Los Angelos, California 90019-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8072**

**Nonpriority creditor's name and mailing address**
**Walworth County**
**100 W. Walworth Street**
**Elkhorn, WI 53121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8073**

**Nonpriority creditor's name and mailing address**
**Walz, Brian**
**220 South Street**
**McSherrystown, Pennsylvania 17344-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8074**

**Nonpriority creditor's name and mailing address**
**Wamsley, Jessica**
**1721 W Barry Ave Apt 2FB**
**Chicago, Illinois 60657-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8075**

**Nonpriority creditor's name and mailing address**
**Wandering Wifi**
**1425 Ellsworth Blvd**
**Suite 1**
**Atlanta, GA 30318**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.807 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wandsnider, Kayla**
**PO Box 134**
**58 Picture Mountain Way**
**Dumont, Colorado 80436-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.807 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wang, Christina**
**12260 Nw 33rd St**
**Sunrise, Florida 33323-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.807 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wang, Hou-Ting**
**1624 Country Lakes Dr**
**208**
**Naperville, Illinois 60563-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.807 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wang, Thomas**
**300 West Franklin Street**
**APT 203E**
**Richmond, Virginia 23220-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.808 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ward, Barrett**
**2101 Burton Drive**
**#2072**
**Austin, Texas 78741-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.808 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ward, Brielle**
**30 Swan Bridge Court**
**Windsor Mill, Maryland 21244-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.808 2**

**Nonpriority creditor's name and mailing address**

**Ward, Tawana**
**6136 S. Kimbark Avenue**
**Apt. 2W**
**6136 S Kimbark**
**Chicago, Illinois 60637-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.808 3**

**Nonpriority creditor's name and mailing address**

**Warden, Nancy**
**155 Dupree Lane**
**Mooresville, North Carolina 28115-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.808 4**

**Nonpriority creditor's name and mailing address**

**Warinski, Kate**
**17 Strada Di Circolo**
**Henderson, Nevada 89011-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.808 5**

**Nonpriority creditor's name and mailing address**

**Warlick, Katherine**
**P.O. Box 3871**
**Greenville, South Carolina 29608-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.808 6**

**Nonpriority creditor's name and mailing address**

**Warner Norcross & Judd L.L.P.**
**111 Lyon St NW Ste 900**
**Grand Rapids, MI 49503-2487**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.808 7**

**Nonpriority creditor's name and mailing address**

**Warner Truck Company**
**2240 South 5370 West**
**Salt Lake City, UT 84120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.808 8**

**Nonpriority creditor's name and mailing address**
**Warner, Heavin**
**709 E Culton**
**Apartment 5**
**Warrenburg, Missouri 64093-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.808 9**

**Nonpriority creditor's name and mailing address**
**WARREN COUNTY**
**406 Justice Drive**
**Lebanon, OH 45036**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.809 0**

**Nonpriority creditor's name and mailing address**
**Warren County Combined Health District**
**416 S East St,**
**Lebanon, OH 45036**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.809 1**

**Nonpriority creditor's name and mailing address**
**Warren Industries**
**2201 South Street**
**Racine, WI 53404**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.809 2**

**Nonpriority creditor's name and mailing address**
**Warren Township HSD 121**
**34090 Almond Road**
**Gurnee, IL 60031**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.809 3**

**Nonpriority creditor's name and mailing address**
**Warren, Ebony**
**6025 S. Indiana Ave #102**
**Chicago, Illinois 60637-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.809 4**

**Nonpriority creditor's name and mailing address**
**Warren, Joseph**
**10322 SE Market St**
**Portland, Oregon 97216-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| Debtor | **Interactive Health Solutions, Inc.** |
| | Name |

Case number (*if known*)    **20-11530 (BLS)**

---

**3.809 5**

**Nonpriority creditor's name and mailing address**
**Warren, Katherine**
**5 Chippenham Drive**
**Newark, Delaware 19711-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.809 6**

**Nonpriority creditor's name and mailing address**
**Warren, Sharron**
**3221 Pristine View**
**Williamsburg, Virginia 23188-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.809 7**

**Nonpriority creditor's name and mailing address**
**Warren, Stephanie**
**703 Cornell Avenue**
**West Memphis, Arkansas 72301-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.809 8**

**Nonpriority creditor's name and mailing address**
**Warule, Monali**
**144 Point Comfort Lane**
**Cary, North Carolina 27519-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.809 9**

**Nonpriority creditor's name and mailing address**
**Washburn Chapman, Isabelle**
**14056 Kvanbeck Trail**
**Nerstrand, Minnesota 55053-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.810 0**

**Nonpriority creditor's name and mailing address**
**Washburn, Carol**
**3108 SE 193rd Ave**
**Camas, Washington 98607-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.810 1**

**Nonpriority creditor's name and mailing address**
**Washington College**
**300 Washington Ave**
**Chestertown, MD 21620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.810 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Washington County**
**14949 62nd Street North**
**Stillwater, MN 55082**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Washington Department of Revenue**
**Attn: Bankruptcy Claims Unit**
**2101 4th Ave**
**Ste 1400**
**Seattle, WA 98121**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Washington University**
**One Brookings Drive**
**St. Louis, MO 63130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Washington, Brittany**
**13806 Bluff Ridge Dr**
**Chesterfield, Virginia 23838-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Washington, Erin**
**603 West University Dr**
**Rochester, Michigan 48307-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Washington, Jameka**
**12345 S Union Ave**
**Chicago, Illinois 60628-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.810 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Washington, Lina** **7540 Orvale Rd, 4413** **Plano, Texas 75024-0000** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Wages / Other Is the claim subject to offset? ■ No ☐ Yes | |

| 3.810 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Washington, Lucretia** **3214 Avalon** **Sharon, Massachusetts 02067-0000** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Wages / Other Is the claim subject to offset? ■ No ☐ Yes | |

| 3.811 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Washington, Neicey** **2895 Drake Street** **Sumter, South Carolina 29153-0000** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Wages / Other Is the claim subject to offset? ■ No ☐ Yes | |

| 3.811 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Washington, Raven** **2551 Netherton Drive** **St. Louis, Missouri 63136-0000** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Wages / Other Is the claim subject to offset? ■ No ☐ Yes | |

| 3.811 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Washington, Tamarra** **7701 Okeith Court** **Apt. 1612** **Richmond, Virginia 23228-0000** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Wages / Other Is the claim subject to offset? ■ No ☐ Yes | |

| 3.811 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Washington-Law, Faith** **6008 Ridgecrest Rd** **Dallas, Texas 75231-0000** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Wages / Other Is the claim subject to offset? ■ No ☐ Yes | |

| 3.811 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Wasleske, Kaitlyn** **2311 Wellswood Curve** **Bloomington, Minnesota 55431-0000** | ☐ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Wages / Other Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.811**
**5**

Nonpriority creditor's name and mailing address

**Wassarman, Brittany**
**1448 N Orleans St**
**Unit 2D**
**Chicago, Illinois 60610-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.811**
**6**

Nonpriority creditor's name and mailing address

**Wasserstrom Holdings Inc.**
**4500 Broad Street**
**Columbus, OH 43213**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.811**
**7**

Nonpriority creditor's name and mailing address

**Waters, Abigail**
**W704 Hogan Rd**
**Arcadia, Wisconsin 54612-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.811**
**8**

Nonpriority creditor's name and mailing address

**Waters, Alisica**
**6502 Eberle Drive, Apt 101**
**Baltimore, Maryland 21215-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.811**
**9**

Nonpriority creditor's name and mailing address

**Watkins Inc.**
**1640 Kimberly Road**
**Twin Falls, ID 83301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.812**
**0**

Nonpriority creditor's name and mailing address

**Watkins, Erin**
**1311 Cook St**
**Apt 101**
**DENVER, Colorado 80206-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.812**
**1**

Nonpriority creditor's name and mailing address

**Watkins, Teresa**
**4842 Jennifer Lane**
**Abilene, Texas 79606-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.812 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Watley, Latesia**
**138 Cedarwood Terrace**
**Rochester, New York 14609-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.812 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Watrobski, Mary**
**19520 Founders Ct.**
**North Royalton, Ohio 44133-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.812 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Watson, Genea**
**74 Ireland St**
**Hampton, Virginia 23663-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.812 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Watson, Inc.**
**4015 South Fwy**
**Fort Worth, TX 76110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.812 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Watson, Lisa**
**1510 W. North Loop Blvd**
**#323**
**Austin, Texas 78756-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.812 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Watson, Quatosha**
**7826 Monarda Drive**
**Port Richey, Florida 34668-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.812 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Watson, Shirleen**
**1001 Tricou Street**
**New Orleans, Louisiana 70117-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.812 9**

**Nonpriority creditor's name and mailing address**

**Watson, Tyra**
**9137 S Komensky Ave**
**Oak Lawn, Illinois 60453-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.813 0**

**Nonpriority creditor's name and mailing address**

**Watson, Whitney**
**16 Karlstad Road**
**New Castle, Delaware 19720-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.813 1**

**Nonpriority creditor's name and mailing address**

**WAUBONSEE COMMUNITY COLLEGE**
**Route 47 at Waubonsee Drive**
**Sugar Grove, IL 60554**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.813 2**

**Nonpriority creditor's name and mailing address**

**WAUPACA COUNTY**
**811 Harding St**
**Waupaca, WI 54981**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.813 3**

**Nonpriority creditor's name and mailing address**

**WAUSAU COATED**
**7801 Steward Avenue**
**Wausau, WI 54401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.813 4**

**Nonpriority creditor's name and mailing address**

**Wausau School District**
**415 Syemour Street**
**Wausau, WI 54403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.813 5**

**Nonpriority creditor's name and mailing address**

**Wauseon Schools**
**940 E. Leggett Street**
**Wauseon, OH 43567**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.813 6**

Nonpriority creditor's name and mailing address

**We Are Alexander**
**1227 Washington Avenue,**
**St. Louis, MO 63103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.813 7**

Nonpriority creditor's name and mailing address

**Weas, Laura**
**369 Scarlet Tanager Court**
**Arden, North Carolina 28704-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.813 8**

Nonpriority creditor's name and mailing address

**Weatherman, Alexis**
**8205 Redbud Vine St**
**North Las Vegas, Nevada 89085-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.813 9**

Nonpriority creditor's name and mailing address

**Weave Companies**
**P.O. Box 22745**
**Billings, MT 59104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.814 0**

Nonpriority creditor's name and mailing address

**Weaver, Ashley**
**37 Meadow Lane**
**Waldorf, Maryland 20601-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.814 1**

Nonpriority creditor's name and mailing address

**Weaver, Craig**
**7131 Harlan Ave**
**Sykesville, Maryland 21784-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.814 2**

Nonpriority creditor's name and mailing address

**Weaver, Michael**
**1005 Hiawatha Ln**
**Riverwoods, Illinois 60015-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)    **20-11530 (BLS)**

---

| 3.814 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Weaver, Nichole**
**PO BOX 430**
**STRATTON, Maine 04982-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.814 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Weaver, Tramaine**
**3231 Western Ave**
**Park Forest, Illinois 60466-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.814 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Web Interactive Technologies**
**1829 Reisterstown Road**
**Suite 350**
**Baltimore, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.814 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Webb Audio Visual**
**3020 S West Temple**
**Salt Lake City, UT 84115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.814 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Webb, Allanna**
**1803 Foxwood Circle**
**Bowie, Maryland 20721-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.814 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Webb, Carlene**
**7570 La Salle Blvd.**
**Hollywood, Florida 33023-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.814 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Weber, Ann Marie**
**7 S. 349 Augusta Lane**
**Naperville, Illinois 60540-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.815 0**

**Nonpriority creditor's name and mailing address**
**Weber, Anna**
**4511 Westbrook Lane**
**Kensington, Maryland 20895-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.815 1**

**Nonpriority creditor's name and mailing address**
**Weber-Scott, Kiyana**
**2186 New Hope Rd**
**Lawrenceville, Georgia 30045-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.815 2**

**Nonpriority creditor's name and mailing address**
**Webster, Abrielle**
**73 Dorchester Way**
**Nashua, New Hampshire 03064-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.815 3**

**Nonpriority creditor's name and mailing address**
**Wedding, Danielle**
**1909 Marie Ave**
**Evansville, Indiana 47711-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.815 4**

**Nonpriority creditor's name and mailing address**
**Weddle, Dawn**
**39W371 Preston Circle**
**Geneva, Illinois 60134-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.815 5**

**Nonpriority creditor's name and mailing address**
**Wedig, Nina**
**2343 Kittridge Drive**
**West Dundee, Illinois 60118-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.815 6**

**Nonpriority creditor's name and mailing address**
**Wee, Alexander**
**14967 Hillside Trail**
**Savage, Minnesota 55378-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.815 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Weekley, Taylor**
**2606 Main St**
**Hurricane, West Virginia 25526-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Weeks, Greta**
**210 Woodline Drive**
**Milton, West Virginia 25541-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Weihbrecht, Linda**
**1310 Brandt Ave**
**New Cumberland, Pennsylvania 17070-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Weihs, Leigh**
**6905 Marlborough Road**
**Baltimore, Maryland 21212-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Weiland, Bridget**
**7500 Highway 7 #253**
**St. Louis Park, Minnesota 55426-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Weir, Jordan**
**3776 Weller Road**
**Cato, New York 13033-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Weirich, Grant**
**833 Lakewood Drive**
**Norman, Oklahoma 73072-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.816**
**4**

**Nonpriority creditor's name and mailing address**
**Weisgerber, Kayce**
**73432 646 Ave**
**Peru, Nebraska 68421-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.816**
**5**

**Nonpriority creditor's name and mailing address**
**Weisgerber, Tazmine**
**45 Glencourt Ave**
**Edison, New Jersey 08837-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.816**
**6**

**Nonpriority creditor's name and mailing address**
**Weiss, Jennifer**
**34 Banister Drive**
**Hampton, Virginia 23666-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.816**
**7**

**Nonpriority creditor's name and mailing address**
**Weitzman Management Corporation**
**3102 Maple Avenue #500**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.816**
**8**

**Nonpriority creditor's name and mailing address**
**Welch, Terri**
**5854 S Nepal St**
**Centennial, Colorado 80015-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.816**
**9**

**Nonpriority creditor's name and mailing address**
**Welling, Amy**
**5300 South Los Altos Pkwy**
**Apt 291**
**Sparks, Nevada 89436-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.817**
**0**

**Nonpriority creditor's name and mailing address**
**Wellington, Sharlin**
**4930 Galleon Drive Northeast**
**Tacoma, Washington 98422-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Debtor **Interactive Health Solutions, Inc.**
Name

Case number (if known) **20-11530 (BLS)**

| | | |
|---|---|---|
| **3.817**<br>**1** | **Nonpriority creditor's name and mailing address**<br>**WellNOW UC**<br>P.O Box 10459<br>Albany, NY 12201-5459 | **$85.00** |

Date(s) debt was incurred  **3/1/2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.817**<br>**2** | **Nonpriority creditor's name and mailing address**<br>**Wells, Deana**<br>7100 Walnut Ave<br>Pikesville, Maryland 21208-0000 | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.817**<br>**3** | **Nonpriority creditor's name and mailing address**<br>**Wells, Elizabeth**<br>5801 Lowell St Ne #9d<br>Albuquerque, New Mexico 87111-0000 | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.817**<br>**4** | **Nonpriority creditor's name and mailing address**<br>**Wells, Maahin**<br>8 E 9th Street<br>Apt 2909<br>Chicago, Illinois 60605-0000 | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.817**<br>**5** | **Nonpriority creditor's name and mailing address**<br>**Wells, Nancy**<br>8 Moyer Place<br>Cincinnati, Ohio 45208-0000 | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.817**<br>**6** | **Nonpriority creditor's name and mailing address**<br>**Wells-Arrington, Sequoia**<br>2444 Beal St.<br>Snellville, Georgia 30078-0000 | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.817**<br>**7** | **Nonpriority creditor's name and mailing address**<br>**Welsh, George**<br>909 Ellendale Drive<br>Towson, Maryland 21286-0000 | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.8178**

**Nonpriority creditor's name and mailing address**
**Welsh, Molly**
**7001 Seaview Ave NW**
**Sutie 160-27**
**Seattle, Washington 98117-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.8179**

**Nonpriority creditor's name and mailing address**
**Welsheimer, Brett**
**432 S Warren Ave**
**Big Rapids, Michigan 49307-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.8180**

**Nonpriority creditor's name and mailing address**
**Welton Elementary School District**
**29126 San Jose Avenue**
**Welton, AZ 85356**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.8181**

**Nonpriority creditor's name and mailing address**
**Wendy's of Colorado Springs**
**1515 N Academy Blvd**
**Suite 400**
**Colorado Springs, CO 80909**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.8182**

**Nonpriority creditor's name and mailing address**
**Wentworth, Miriam**
**10423 Vienna St. Unit 202**
**Parker, Colorado 80134-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.8183**

**Nonpriority creditor's name and mailing address**
**Werner, Janet**
**28 Trenton Ave**
**South Elgin, Illinois 60177-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.8184**

**Nonpriority creditor's name and mailing address**
**Werner, Marilyn**
**555 Walnut Circle**
**Bellville, Texas 77418-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.818 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wesco**<br>**1460 Whitehall Road**<br>**Muskegon, MI 49445** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.818 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wesinger, Bonnie**<br>**8 B Shelly Drive**<br>**Hudson, New Hampshire 03051-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.818 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wesley, Lolita**<br>**777 Royal Saint George Dr #400**<br>**Naperville, Illinois 60563-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.818 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **West Chicago CHSD 94**<br>**157 W. Washington Street**<br>**West Chicago, IL 60185** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.818 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **West Monroe Partners**<br>**222 W Adams Street**<br>**Chicago, IL 60606** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.819 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206,950.54** |
|---|---|---|---|
| | **West Monroe Partners, LLC**<br>**222 W Adams St, 11th Fl**<br>**Chicago, IL 60606** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/1/2019**<br>Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.819 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **West Northfield School District 31**<br>**3131 Techny Road**<br>**Northbrook, IL 60062** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Vendor / Other** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.819
2**

**Nonpriority creditor's name and mailing address**
**West Paw, Inc.**
**32050 Frontage Rd**
**Bozeman, MT 59715**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.819
3**

**Nonpriority creditor's name and mailing address**
**West Shore Community College**
**3000 Stiles Road**
**Scottville, MI 49454**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.819
4**

**Nonpriority creditor's name and mailing address**
**West Virginia Department of Revenue**
**Legal Division ? Bankruptcy Unit**
**P.O. Box 766**
**Charleston, WV 25323-0766**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Taxing Authority__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.819
5**

**Nonpriority creditor's name and mailing address**
**West, Claire**
**5811 W Mcnab road**
**North Lauderdale, Florida 33068-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.819
6**

**Nonpriority creditor's name and mailing address**
**West, David**
**4507 Mount Carmel Road**
**Hampstead, Maryland 21074-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.819
7**

**Nonpriority creditor's name and mailing address**
**West, Jaslin**
**133 Horsley Drive**
**Hampton, Virginia 23666-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.819
8**

**Nonpriority creditor's name and mailing address**
**West, Jill**
**5 Haven Ct**
**Moraga, California 94556-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.819**
**9**

**Nonpriority creditor's name and mailing address**
**West, Joan**
**14622 N 48th Way**
**Scottsdale, Arizona 85254-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.820**
**0**

**Nonpriority creditor's name and mailing address**
**West, Reaster**
**4095 Hampton Manor Cove**
**Memphis, Tennessee 38128-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.820**
**1**

**Nonpriority creditor's name and mailing address**
**Westbrook, Thelma**
**380- H Knollwood #215**
**Winston Salem, North Carolina 27103-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.820**
**2**

**Nonpriority creditor's name and mailing address**
**Westbrooks, Wendy**
**1442 W Birchwood #c**
**Chicago, Illinois 60626-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.820**
**3**

**Nonpriority creditor's name and mailing address**
**Westchester Public SD 92.5**
**9981 Canterbury Street**
**Westchester, IL 60154**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.820**
**4**

**Nonpriority creditor's name and mailing address**
**Western Governors University**
**4001 South 700 E, Suite 700**
**Salt Lake City, UT 84107**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.820**
**5**

**Nonpriority creditor's name and mailing address**
**Western Montana Mental Health Center**
**3255 Lt. Moss Road**
**Missoula, MT 59804**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.820 6**

**Nonpriority creditor's name and mailing address**
**Western Printing Machinery**
**9229 Ivanhoe Street**
**Schiller Park, IL 60176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.820 7**

**Nonpriority creditor's name and mailing address**
**Western Specialty Contractors (Western C**
**1637 North Warson Road**
**St. Louis, MO 63132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.820 8**

**Nonpriority creditor's name and mailing address**
**WESTERN STAR AG RESOURCES INC**
**P.O. Box 1393**
**834 E. Prescott**
**Salina, KS 67401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.820 9**

**Nonpriority creditor's name and mailing address**
**Western Wyoming Beverage**
**100 Reliance Road**
**Rock Springs, WY 82901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.821 0**

**Nonpriority creditor's name and mailing address**
**Westfall, Chelsea**
**16035 N 27th St, APT 123**
**APT 123**
**Phoenix, Arizona 85032-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.821 1**

**Nonpriority creditor's name and mailing address**
**Westinghouse**
**1000 Westinghouse Drive**
**Cranberry Township, PA 16066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.821 2**

**Nonpriority creditor's name and mailing address**
**Westinicky, Jean**
**835 Pearson Street**
**Apartment 205**
**Des Plaines, Illinois 60016-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (*if known*) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.821**
**3**

**Nonpriority creditor's name and mailing address**
**Westminster Manor**
**4100 Jackson Avenue**
**Austin, TX 78731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.821**
**4**

**Nonpriority creditor's name and mailing address**
**Weston, Amanda**
**3403 Robey Terr Apt 201**
**Silver Spring, Maryland 20904-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.821**
**5**

**Nonpriority creditor's name and mailing address**
**Westside Mechanical, LLC**
**2007 Corporate Lane**
**Naperville, IL 60563-9647**

Date(s) debt was incurred _4/1/2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

**3.821**
**6**

**Nonpriority creditor's name and mailing address**
**Westville CUSD 2**
**125 Ellsworth**
**Westville, IL 61883**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.821**
**7**

**Nonpriority creditor's name and mailing address**
**Wetzel, Kelly**
**2031 Maples Road**
**Fort Wayne, Indiana 46816-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.821**
**8**

**Nonpriority creditor's name and mailing address**
**Wheatley, Tayler**
**1702 35th St**
**Moline, Illinois 61265-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.821**
**9**

**Nonpriority creditor's name and mailing address**
**Wheeler, Alisha**
**1300 Hopewell Downs Lane**
**APT 106**
**Cary, North Carolina 27519-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

| 3.822 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Wheeler, Asha
3757 Newcastle Drive
Sulphur, Louisiana 70663-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.822 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Wheeler, Brandie
15 Tulip Ave
Evansville, Indiana 47711-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.822 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Wheeler, Ian
18 E Columbia Avenue
Philadelphia, Pennsylvania 19125-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.822 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Wheeler, Johnnie
1198 Cactus Trl
Carol Stream, Illinois 60188-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.822 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Wheeler, Maralyn
19 Centre St #4
Cambridge, Massachusetts 02139-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.822 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Wheeler, Whitney
8270 Fairhaven Lane
Montgomery, Alabama 36117-0000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.822 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Whirley DrinkWorks
618 4th Ave.
Warren, PA 16365

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other 

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.822 7**

**Nonpriority creditor's name and mailing address**

**Whitaker, Amanda**
**12574 Bell Creek Dr N**
**Grand Bay, Alabama 36541-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.822 8**

**Nonpriority creditor's name and mailing address**

**White County**
**1235 Helen Hwy**
**Cleveland, GA 30528**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.822 9**

**Nonpriority creditor's name and mailing address**

**White, Amy**
**6371 Fayetta Court**
**Dayton, Ohio 45424-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.823 0**

**Nonpriority creditor's name and mailing address**

**White, Chiniqua**
**2764 Airport FWY**
**Fort Worth, Texas 76111-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.823 1**

**Nonpriority creditor's name and mailing address**

**White, Christine**
**1022 Ravencrest Road**
**North Tustin, California 92705-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.823 2**

**Nonpriority creditor's name and mailing address**

**White, DeAnn**
**4247 Osborn Road**
**Dallas, Texas 75227-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.823 3**

**Nonpriority creditor's name and mailing address**

**White, Donna**
**3608 Offutt Road #873**
**Randallstown, Maryland 21133-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| 4 | **White, Jennifer**<br>**2920 E. 80th Place**<br>**Tulsa, Oklahoma 74136-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| 5 | **White, Katina**<br>**124 Paulmerston Dr**<br>**Medina, Tennessee 38355-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| 6 | **White, Melissa**<br>**119 River St**<br>**Madison, Ohio 44057-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| 7 | **White, Patricia**<br>**871 W. California Ave, Unit K**<br>**Sunnyvale, California 94086-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| 8 | **White, Phillip**<br>**100 Cross Keys Rd, Unit #100b**<br>**Baltimore, Maryland 21210-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| 9 | **White, Qianna**<br>**6936 Trimble Dr**<br>**Fort Worth, Texas 76134-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| 0 | **White, S.**<br>**1010 N. First St.**<br>**Apt E-24**<br>**Jacksonville, Arkansas 72076-0000** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.824
1**

**Nonpriority creditor's name and mailing address**

**White, Shana**
**2812 North Rocheblave Street**
**New Orleans, Louisiana 70117-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.824
2**

**Nonpriority creditor's name and mailing address**

**White, Tammy**
**290 Meribel Court**
**Schaumburg, Illinois 60194-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.824
3**

**Nonpriority creditor's name and mailing address**

**White, Vanessa**
**4953 Durham Place**
**Shreveport, Louisiana 71109-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.824
4**

**Nonpriority creditor's name and mailing address**

**Whiteriver Unified School District**
**959 South Chief Avenue**
**White River, AZ 85941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.824
5**

**Nonpriority creditor's name and mailing address**

**Whiting Petroleum Corporation**
**1700 Broadway 2300**
**Denver, CO 80290**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.824
6**

**Nonpriority creditor's name and mailing address**

**Whiting, Tiana**
**104 N 53RD ST**
**philadelphia, Pennsylvania 19139-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.824
7**

**Nonpriority creditor's name and mailing address**

**Whitley County Consolidated Schools**
**107 North Walnut**
**Columbia City, IN 46725**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.8248**

**Nonpriority creditor's name and mailing address**
**Whitlock, Sharon**
**2010 CHADWICK DR APT 28**
**JACKSON, Mississippi 39204-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8249**

**Nonpriority creditor's name and mailing address**
**Whitney, Melissa**
**2355 Ivylgail Drive East**
**Jacksonville, Florida 32225-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8250**

**Nonpriority creditor's name and mailing address**
**Whittaker, Heather**
**1420 Mulberry Avenue**
**Muscatine, Iowa 52761-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8251**

**Nonpriority creditor's name and mailing address**
**Whittaker, Tracy**
**47650 - 50th Street E**
**Lancaster, California 93535-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8252**

**Nonpriority creditor's name and mailing address**
**Whitted, Shannon**
**4020 Charleston Rd**
**Apt 1n**
**Matteson, Illinois 60443-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8253**

**Nonpriority creditor's name and mailing address**
**Whittemore, Melinda**
**4026 High Point Road**
**Ellicott City, Maryland 21042-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8254**

**Nonpriority creditor's name and mailing address**
**Whitten, Julie**
**4911 S 147th St**
**Omaha, Nebraska 68137-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.825**
**5**

Nonpriority creditor's name and mailing address
**Wiarda, Jonathan**
**2140 Paris Avenue Southeast**
**Grand Rapids, Michigan 49507-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.825**
**6**

Nonpriority creditor's name and mailing address
**Wibaux County**
**203 S. Wibaux**
**Wibaux, MT 59353**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.825**
**7**

Nonpriority creditor's name and mailing address
**Wickenburg Unified School District**
**40 West Yavapai Street**
**Wickenburg, AZ 85390**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.825**
**8**

Nonpriority creditor's name and mailing address
**Wicker, Riley**
**1552 Innes Ave.**
**Sn Francisco, California 94124-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.825**
**9**

Nonpriority creditor's name and mailing address
**Wickett, Marsha**
**3127 North 71st Street**
**Scottsdale, Arizona 85251-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.826**
**0**

Nonpriority creditor's name and mailing address
**Wicks, John**
**328 West Kennedy Street**
**Syracuse, New York 13205-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.826**
**1**

Nonpriority creditor's name and mailing address
**Wicks, Kristin**
**517 Guthrie Street**
**Desoto, Iowa 50069-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.826<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wicks, Randal**
**9144 S Pulaski Rd**
**Apt 2E**
**Oak Lawn, Illinois 60453-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wicks, Reginald**
**12411 Honore St**
**Calumet Park, Illinois 60827-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Widby, R.**
**380 Jonesboro Drive**
**Bluff City, Tennessee 37618-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Widmer, Ashley**
**941 Columbia Rd**
**Irving, New York 14081-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wiechert-Sharar, Laurie**
**2500 Fieldstone Ct**
**Normal, Illinois 61761-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wiegand, Samantha**
**722 West St**
**Burnet, Texas 78654-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wiggins, Sharon**
**1204 Gail Ct**
**Newport News, Virginia 23605-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.8269**

**Nonpriority creditor's name and mailing address**

**Wiggins, Tameka**
**7000 castello point**
**suffolk, Virginia 23434-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8270**

**Nonpriority creditor's name and mailing address**

**Wilber, Susan**
**7501 W McColm**
**Gaston, Indiana 47342-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8271**

**Nonpriority creditor's name and mailing address**

**Wilbert, Mary**
**13 Quail Ridge Dr**
**Joplin, Missouri 64804-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8272**

**Nonpriority creditor's name and mailing address**

**Wilburn, Sara**
**3820 Chaumont Circle**
**Ocean Springs, Mississippi 39564-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8273**

**Nonpriority creditor's name and mailing address**

**Wilcox, Sylvia**
**2689 Imperial Street**
**Salt Lake City, Utah 84106-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8274**

**Nonpriority creditor's name and mailing address**

**Wilde, Julienne**
**319 Dover Dr**
**Chatham, Illinois 62629-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8275**

**Nonpriority creditor's name and mailing address**

**Wilderom, Andrea**
**PO Box 894**
**Basalt, Colorado 81621-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|

Name

---

**3.827 6**

**Nonpriority creditor's name and mailing address**

**Wildwood & Holt of NY, Inc.**
**65 Pondfield Road Rear**
**Bronxville, NY 10708**

Date(s) debt was incurred _1/27/2020_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor / Other_

Is the claim subject to offset? ■ No ☐ Yes

$2,310.00

---

**3.827 7**

**Nonpriority creditor's name and mailing address**

**Wiley, Curtis**
**6707 Alpine Lane**
**Westmont, Illinois 60559-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.827 8**

**Nonpriority creditor's name and mailing address**

**Wilkerson, Christie**
**185 West Rd**
**N. Chittenden, Vermont 05763-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.827 9**

**Nonpriority creditor's name and mailing address**

**Wilkes, Ashlee**
**3100 Days Court**
**Ijamsville, Maryland 21754-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.828 0**

**Nonpriority creditor's name and mailing address**

**Wilkins, Jody**
**3491 Camino Corte**
**Carlsbad, California 92009-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.828 1**

**Nonpriority creditor's name and mailing address**

**Wilkinson, Nora**
**6501 Meade Drive**
**Colleyville, Texas 76034-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.828 2**

**Nonpriority creditor's name and mailing address**

**Willard, Michaela**
**186 Miramar St**
**Mary Ester, Florida 32569-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages / Other_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.828
3**

**Nonpriority creditor's name and mailing address**

**Willard, Taryn
380 E Torrence Rd
Columbus, Ohio 43214-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.828
4**

**Nonpriority creditor's name and mailing address**

**William Knight
Fortitude Systems
P.O. Box 76383
Baltimore, MD 21275-6383**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.828
5**

**Nonpriority creditor's name and mailing address**

**Williams Institutional Foods
1325 Bowens Mill Road SW
Douglas, GA 31534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.828
6**

**Nonpriority creditor's name and mailing address**

**Williams Unified School District
802 South 6th Street
Williams, AZ 86046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.828
7**

**Nonpriority creditor's name and mailing address**

**Williams, Amber
746 S. Coronado St.
Apt. #209
Los Angeles, California 90057-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.828
8**

**Nonpriority creditor's name and mailing address**

**Williams, Amy
6515 7th ave
Kenosha, Wisconsin 53143-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.828
9**

**Nonpriority creditor's name and mailing address**

**Williams, Ayisha
2190 S Uecker Lane Apt 1022
Lewisville, Texas 75067-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.829 0**

**Nonpriority creditor's name and mailing address**

**Williams, Candice**
**16107 Kensington Dr #348**
**Sugar Land, Texas 77479-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.829 1**

**Nonpriority creditor's name and mailing address**

**Williams, Carmen**
**5492 Trailbend**
**Florissant, Missouri 63033-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.829 2**

**Nonpriority creditor's name and mailing address**

**Williams, Caroline**
**59 Delaware Road**
**Easton, Connecticut 06612-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.829 3**

**Nonpriority creditor's name and mailing address**

**Williams, Corey**
**2449 Greenbook Drive**
**Little Elm, Texas 75068-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.829 4**

**Nonpriority creditor's name and mailing address**

**Williams, Cybil**
**3900 Tyler Apt #3**
**El Paso, Texas 79930-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.829 5**

**Nonpriority creditor's name and mailing address**

**Williams, Desiree**
**1435 Maple Ave**
**Hillside, New Jersey 07205-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.829 6**

**Nonpriority creditor's name and mailing address**

**Williams, Devin**
**1800 Rogers Road**
**Apt. 314**
**Fort Worth, Texas 76107-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.829 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Williams, Donna**
**1727 McDaniel**
**A**
**Evanston, Illinois 60201-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Williams, Douglas**
**13075 Jeddo rd**
**Brockway, Michigan 48097-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Williams, Ebony**
**2100 s conway rd**
**Orlando, Florida 32812-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Williams, Fabian**
**1621 Beacon Village Drive**
**Raleigh, North Carolina 27604-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Williams, Jaleesa**
**297 West Squire Dr**
**Apt 1**
**Rochester, New York 14623-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Williams, Jasmine**
**2635 Welllington Ave**
**Westchester, Illinois 60154-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Williams, Jawana**
**7012 East Lakeside Drive**
**Charlotte, North Carolina 28215-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wages / Other**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.830 4**

**Nonpriority creditor's name and mailing address**
**Williams, Jennifer**
**1712 Chacon Canyon Dr**
**Desoto, Texas 75115-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.830 5**

**Nonpriority creditor's name and mailing address**
**Williams, Jocelyn**
**15416 Adams Lane**
**Fontana, California 92336-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.830 6**

**Nonpriority creditor's name and mailing address**
**Williams, Kellica**
**7100 Burton Drive**
**Little Rock, Arkansas 72204-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.830 7**

**Nonpriority creditor's name and mailing address**
**Williams, Kiannah**
**3653 Briargrove Lane**
**#1235**
**Dallas, Texas 75287-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.830 8**

**Nonpriority creditor's name and mailing address**
**Williams, Lesley**
**5312 S Ingleside**
**Chicago, Illinois 60615-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.830 9**

**Nonpriority creditor's name and mailing address**
**Williams, Lillian**
**5256 Felicia Ave**
**Livermore, California 94550-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.831 0**

**Nonpriority creditor's name and mailing address**
**Williams, Malinda**
**7924 South Ada 2nd Floor**
**Chicago, Illinois 60620-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.831**
**1**

**Nonpriority creditor's name and mailing address**

**Williams, Marilyn**
**1910 E Lillian Lane**
**Arlington Heights, Illinois 60004-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.831**
**2**

**Nonpriority creditor's name and mailing address**

**Williams, Marquita**
**1359 E. Rittenhouse St**
**Philadelphia, Pennsylvania 19138-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.831**
**3**

**Nonpriority creditor's name and mailing address**

**Williams, Marvette**
**1134 Hartford Tpke, 2C1**
**Vernon, Connecticut 06066-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.831**
**4**

**Nonpriority creditor's name and mailing address**

**Williams, Merissa**
**61 Paerdegat 3rd St**
**1st Floor**
**Brooklyn, New York 11236-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.831**
**5**

**Nonpriority creditor's name and mailing address**

**Williams, Monica**
**5973 NW 54th Lane**
**Tamarac, Florida 33319-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.831**
**6**

**Nonpriority creditor's name and mailing address**

**Williams, Patricia**
**1995 Erin Way**
**Glendale, California 91206-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.831**
**7**

**Nonpriority creditor's name and mailing address**

**Williams, Patsy**
**1923 Weeks Lane NW**
**Brookhaven, Mississippi 39601-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

Debtor     **Interactive Health Solutions, Inc.**

Name

Case number (if known)    **20-11530 (BLS)**

| 3.831 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Williams, Shaletta**
**6406 Wooded Glen Ct #104**
**Chester, Virginia 23831-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Williams, Sharifah**
**1408 Webster Avenue**
**The Bronx, New York 10456-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Williams, Sheldon**
**2130 S.5th Ave**
**Maywood, Illinois 60153-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Williams, Simira**
**2431 FM 1960 Rd West**
**Apt 2804**
**Houston, Texas 77068-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Williams, Stephanie**
**253 Chasse Circle**
**Saint Charles, Illinois 60174-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Williams, Talya**
**631 Orange Grove Ave, Unit B**
**South Pasadena, California 91030-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Williams, Tamara**
**862 Cedargate Ct**
**Waterford, Michigan 48328-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.832 5**

**Nonpriority creditor's name and mailing address**
**Williams, Tameka**
**12236 Washington Ave**
**Apt 4**
**Blue Island, Illinois 60406-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.832 6**

**Nonpriority creditor's name and mailing address**
**Williams, Tiffany**
**329 Pine Arbol Pass**
**Buda, Texas 78610-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.832 7**

**Nonpriority creditor's name and mailing address**
**Williams, Tovia**
**1118 Powers Drive**
**Tyler, Texas 75701-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.832 8**

**Nonpriority creditor's name and mailing address**
**Williams, Tracey**
**4107 Shirley Drive**
**Belleville, Illinois 62226-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.832 9**

**Nonpriority creditor's name and mailing address**
**Williams, Viola**
**606 Appaloosa Trail**
**Chesapeake, Virginia 23323-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.833 0**

**Nonpriority creditor's name and mailing address**
**Williams, Vivian**
**41 Arborwood Crescent**
**Rochester, New York 14615-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.833 1**

**Nonpriority creditor's name and mailing address**
**Williams, Wakeisha**
**3207 Henderson Mill Rd, H9**
**Atlanta, Georgia 30341-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|--------|----------------------------------------|------------------------|---------------------|
|        | Name                                   |                        |                     |

---

**3.833 2**

**Nonpriority creditor's name and mailing address**

**Williams, Yvonne**
**7432 Alabama Ave**
**Hammond, Indiana 46323-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.833 3**

**Nonpriority creditor's name and mailing address**

**Williams-Eberhart, Sandra**
**8 CABANNE TOWNHOME DR**
**SAINT LOUIS, Missouri 63112-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.833 4**

**Nonpriority creditor's name and mailing address**

**Williford, Lori**
**4116 Salem Farms Rd**
**Oxford, North Carolina 27565-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.833 5**

**Nonpriority creditor's name and mailing address**

**Willis, Gabrielle**
**1569 Winthrope Drive**
**Newport News, Virginia 23602-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.833 6**

**Nonpriority creditor's name and mailing address**

**Willis, Lindsay**
**4821 E Riverside Drive**
**APT 145**
**Austin, Texas 78741-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.833 7**

**Nonpriority creditor's name and mailing address**

**Willis, Paris**
**111 Towne Commons Way**
**Apt 34**
**Cincinnati, Ohio 45215-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.833 8**

**Nonpriority creditor's name and mailing address**

**Willis, Tiffany**
**206 E Garfield Blvd, Apt 301**
**Chicago, Illinois 60615-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.8339**

**Nonpriority creditor's name and mailing address**
**Willis-Johnson, Grace**
**5317 Playa Way**
**Jacksonville, Florida 32211-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8340**

**Nonpriority creditor's name and mailing address**
**Willocks, Ebeni**
**21355 Clarefield Ct.**
**Humble, Texas 77338-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8341**

**Nonpriority creditor's name and mailing address**
**Willow Springs SD 108**
**8345 Archer Ave**
**Willow Springs, IL 60480**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8342**

**Nonpriority creditor's name and mailing address**
**Wills, Jeff**
**803 Boccaccio Ave**
**Los Angeles, California 90291-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8343**

**Nonpriority creditor's name and mailing address**
**Wilmot Union High School**
**11112 308th Avenue**
**PO Box 8**
**Wilmot, WI 53192**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8344**

**Nonpriority creditor's name and mailing address**
**Wilson School District #7**
**3025 E. Fillmore Street**
**Phoenix, AZ 85008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8345**

**Nonpriority creditor's name and mailing address**
**Wilson, Angielena**
**14626 myrtle ave**
**harvey, Illinois 60426-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.834**
**6**

**Nonpriority creditor's name and mailing address**
**Wilson, Beverly**
**2225 S. Kostner Ave**
**Chicago, Illinois 60623-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.834**
**7**

**Nonpriority creditor's name and mailing address**
**Wilson, Casey**
**7336 Sungold Ave**
**Corona, California 92880-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.834**
**8**

**Nonpriority creditor's name and mailing address**
**Wilson, Crystal**
**8117 Titus Road**
**St. Louis, Missouri 63114-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.834**
**9**

**Nonpriority creditor's name and mailing address**
**Wilson, Elizabeth**
**3030 Pembroke Dr.**
**Ottawa Hills, Ohio 43606-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.835**
**0**

**Nonpriority creditor's name and mailing address**
**Wilson, Jasmine**
**2301 North 5th St**
**Harrisburg, Pennsylvania 17110-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.835**
**1**

**Nonpriority creditor's name and mailing address**
**Wilson, Jordan**
**1900 Kickingbird Rd**
**Apt 93**
**Edmond, Oklahoma 73034-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.835**
**2**

**Nonpriority creditor's name and mailing address**
**Wilson, Kammi**
**14710 - 4th Street, Apt 226**
**Laurel, Maryland 20707-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.835**
**3**

**Nonpriority creditor's name and mailing address**
**Wilson, Karma**
**10135 South Bell Avenue**
**Chicago, Illinois 60643-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.835**
**4**

**Nonpriority creditor's name and mailing address**
**Wilson, Kutia**
**336 Brenkie Street**
**Lukin, Texas 75904-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.835**
**5**

**Nonpriority creditor's name and mailing address**
**Wilson, Laura**
**740 Rose Street**
**Albany, Texas 76430-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.835**
**6**

**Nonpriority creditor's name and mailing address**
**Wilson, Lionel**
**1501 Little Gloucester Rd #C19**
**Blackwood, New Jersey 08012-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.835**
**7**

**Nonpriority creditor's name and mailing address**
**Wilson, Lisa**
**345 Springlake Terrace**
**Covington, Georgia 30016-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.835**
**8**

**Nonpriority creditor's name and mailing address**
**Wilson, Michelle**
**913 Burning Springs Circle**
**Louisville, Kentucky 40223-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.835**
**9**

**Nonpriority creditor's name and mailing address**
**Wilson, Nancy**
**301 W. Washington Ave.**
**Apt. 304**
**Sunnyvale, California 94086-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

| 3.836 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wilson, Patricia**
**1717 Michaelwood Ct**
**St Charles, Missouri 63303-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wilson, Ramute**
**6857 Malton Ct**
**Centreville, Virginia 20121-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wilson, Stephanie**
**400 C. Howard Ave**
**Lakeland, Florida 33815-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wilson, Susan**
**6460 Double Eagle Dr**
**Unit 323**
**Woodridge, Illinois 60517-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wilson, Tonoa**
**2241 S 12th Street**
**Springfield, Illinois 62703-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wilson, Tricia**
**2476 Saddle Ridge Dr**
**Joliet, Illinois 60432-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wilson, Valerie**
**3883 Turtle Creek**
**807**
**Dallas, Texas 75219-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.836 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wilton Re Services, Inc.**
**20 Glover Ave.**
**Norwalk, CT 06850**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wimbley, Jennifer**
**3528 W. Wabansia**
**Chicago, Illinois 60647-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wimpee, Jacob**
**3820 Alpine Track Ave**
**North Las Vegas, Nevada 89032-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.837 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Winans, Emily**
**26200 Redlands Blvd, Apt 127**
**Redlands, California 92373-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.837 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Winbush, Natisha**
**114 Pine Ct**
**Pittsburgh, Pennsylvania 15239-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.837 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Winchester, Cameo**
**33 Marianne Dr**
**St Peters, Missouri 63376-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.837 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Windham, Steffany**
**5908 Buncombs Road**
**Shreveport, Louisiana 71129-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.837 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Windom Area Health**
**2150 Hospital Drive**
**Windom, MN 56101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.837 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Windstream- IH**
**P.O Box 9001013**
**Louisville, KY 40290-1013**

Date(s) debt was incurred __12/12/2019__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.837 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Winfrey, Brittany**
**2665 Lyon St. SE**
**Albany, Oregon 97322-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.837 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Winger, Kimberly**
**10492 Fawn Ridge Trail**
**Hartland, Michigan 48353-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.837 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Winner, Shannon**
**2043 Garden Drive**
**Forest Hill, Maryland 21050-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.837 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Winnetka SD 36**
**1235 Oak Street**
**Winnetka, IL 60062**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.838 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Winslow, Kelly**
**1895 East Tambourine Avenue**
**Salt Lake City, Utah 84106-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

**3.838
1**

**Nonpriority creditor's name and mailing address**
**Winston, Robin**
**1209 Shenandoah Ave**
**St Louis, Missouri 63104-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.838
2**

**Nonpriority creditor's name and mailing address**
**Wint, Lauren**
**644 W. Surf Street, APT 307**
**Chicago, Illinois 60657-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.838
3**

**Nonpriority creditor's name and mailing address**
**Winters, Pamala**
**5823 Spay Rd**
**McCool, Mississippi 39108-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.838
4**

**Nonpriority creditor's name and mailing address**
**Winzer, Gian-**
**2075 McLaughlin Ave #109**
**San Jose, California 95122-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.838
5**

**Nonpriority creditor's name and mailing address**
**Wipf, Melissa**
**300 Arianna Place Unit 1**
**Tea, South Dakota 57604-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.838
6**

**Nonpriority creditor's name and mailing address**
**Wirth, Andrea**
**1701 Grand St. NE**
**Minneapolis, Minnesota 55413-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.838
7**

**Nonpriority creditor's name and mailing address**
**Wisconsin Department of Revenue**
**Special Procedures Unit - PO Box 8901**
**Madison, WI 53708-8901**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Taxing Authority__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Interactive Health Solutions, Inc.**
_____
Name

Case number (if known)    **20-11530 (BLS)**
_____

| | | |
|---|---|---|
| **3.838 8** | Nonpriority creditor's name and mailing address<br>**Wise, Marlene**<br>**14 Cumberland Drive**<br>**Newport News, Virginia 23608-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.838 9** | Nonpriority creditor's name and mailing address<br>**Wise, Stacey**<br>**2 Braided Whip Court**<br>**Baltimore, Maryland 21244-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.839 0** | Nonpriority creditor's name and mailing address<br>**Wismer, Alysa**<br>**11 W Riverbend Road**<br>**Casper, Wyoming 82604-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.839 1** | Nonpriority creditor's name and mailing address<br>**Witchard, Raven**<br>**6707 W. Lloyd #11**<br>**Worth, Illinois 60482-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.839 2** | Nonpriority creditor's name and mailing address<br>**Witherspoon, Anthony**<br>**8921 Wadford Dr.**<br>**Unit 102**<br>**Raleigh, North Carolina 27616-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.839 3** | Nonpriority creditor's name and mailing address<br>**Witherspoon, Mary**<br>**9120 S. Drexel Ave**<br>**Chicago, Illinois 60619-7613**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.839 4** | Nonpriority creditor's name and mailing address<br>**Witherspoon, Shavahn**<br>**8921 Wadford Dr.**<br>**Apt. 102**<br>**Raleigh, North Carolina 27616-0000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages / Other**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor __Interactive Health Solutions, Inc.__
Name

Case number (if known) __20-11530 (BLS)__

| 3.839 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Witt, Alyssa**
**3607 Greystone DR #923**
**Austin, Texas 78731-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Witte, Morgan**
**549 Velasko Road**
**Syracuse, New York 13207-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Witter, Stephanie**
**15525 Thayer Drive**
**Lolo, Montana 59847-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wlodek, Nicollette**
**8 Arthur Ct**
**Streamwood, Illinois 60107-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wohlers, Tami**
**1050 Flathead Road**
**Helena, Montana 59602-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wojan, Frank**
**4702 Keel Ct**
**Apt 1C**
**Lisle, Illinois 60532-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wojcik, Mary**
**91 De Arc Place**
**Atlanta, Georgia 30327-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.840 | | | |
|---|---|---|---|
| 2 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Woldemichael, Elda**
**735 Sligo Ave**
**Apt. 104**
**Silver Spring, Maryland 20910-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.840 | | | |
|---|---|---|---|
| 3 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Wolf, Emily**
**5660 Kingsbury Ave #218**
**St. Louis, Missouri 63112-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.840 | | | |
|---|---|---|---|
| 4 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Wolfe, Elizabeth**
**1108 Cedarbrook Rd**
**Hampstead, Maryland 21074-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.840 | | | |
|---|---|---|---|
| 5 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Wolfe, Hannah**
**17 Joelyn Street**
**Fairmont, West Virginia 26554-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.840 | | | |
|---|---|---|---|
| 6 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Wolin, Kathleen**
**218 W Saint Paul Ave**
**Chicago, Illinois 60614-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.840 | | | |
|---|---|---|---|
| 7 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Wolkon, Melissa**
**527 S. Sierra Avenue 179**
**Solana Beach, California 92075-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.840 | | | |
|---|---|---|---|
| 8 | | | **Unknown** |

**Nonpriority creditor's name and mailing address**

**Wolpers, Annie**
**14447 Willowbend Park**
**Town and Country, Missouri 63017-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.840** | **9**

Nonpriority creditor's name and mailing address
**Woltman, Melinda**
**107 April Lane**
**North Aurora, Illinois 60542-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.841** | **0**

Nonpriority creditor's name and mailing address
**Woman's Hospital Foundation**
**100 Woman's Way**
**Baton Rouge, LA 70817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.841** | **1**

Nonpriority creditor's name and mailing address
**Woman, Wonder**
**123 Avenger Lane**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.841** | **2**

Nonpriority creditor's name and mailing address
**Wonder, Woman**
**1 Avenger Drive**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.841** | **3**

Nonpriority creditor's name and mailing address
**Wong, Jason**
**634 Tramway Dr.**
**Milpitas, California 95035-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.841** | **4**

Nonpriority creditor's name and mailing address
**Wong, Kristin**
**347 W. 55th Street**
**Apt. 6G**
**New York, New York 10019-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.841** | **5**

Nonpriority creditor's name and mailing address
**Wong, Lina**
**3332 Le Conte Court**
**Stockton, California 95212-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.841 6**

**Nonpriority creditor's name and mailing address**
**Woo, Heather**
**5883 E. Eugenia Ave**
**Fresno, California 93727-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.841 7**

**Nonpriority creditor's name and mailing address**
**Wood Dale SD 7**
**543 N. Wood Dale Road**
**Wood Dale, IL 60191**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.841 8**

**Nonpriority creditor's name and mailing address**
**Wood, Allison**
**1305 3rd Ave N**
**Nashville, Tennessee 37208-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.841 9**

**Nonpriority creditor's name and mailing address**
**Wood, Anna**
**2102 N Damen Avenue**
**Apt 3R**
**Chicago, Illinois 60647-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.842 0**

**Nonpriority creditor's name and mailing address**
**Wood, James**
**5004 Golfridge Dr.**
**Las Vegas, Nevada 89130-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.842 1**

**Nonpriority creditor's name and mailing address**
**Wood, Julie**
**2401 S. Atlantic Ave**
**C-502**
**New Smyrna Beach, Florida 32169-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.842 2**

**Nonpriority creditor's name and mailing address**
**Wood, Nicole**
**105 E. Wells St.**
**Apt D258**
**Baltimore, Maryland 21230-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.842<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wood, Susan**
**113 Chelsea Way**
**York, Pennsylvania 17406-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodard, Idella**
**415 American Road**
**Nashville, Tennessee 37209-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodard, Kristie**
**3287B Reagan Dr**
**Lemoore, California 93245-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodard, Shirese**
**8550 S. Escanaba**
**Chicago, Illinois 60617-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wooden, James**
**555 Woodbrook Way**
**Lawrenceville, Georgia 30043-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodland Foods, LTD**
**3751 Sunset Ave.**
**Waukegan, IL 60087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodland SD 50**
**1105 N. Hunt Club Road**
**Gurnee, IL 60031**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.843 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WOODLANDS TOWNSHIP**
**2801 Technology Forest**
**The Woodlands, TX 77381**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.843 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodrick, Alexandra**
**72 Sunrise Court**
**Apt # 8**
**Moriches, New York 11955-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.843 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodridge School District 68**
**7925 Janes Avenue**
**Woodridge, IL 60517**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.843 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodring, Krista**
**19 Lexington Road**
**Wellesley, Massachusetts 02482-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.843 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodroffe, Latoya**
**810 Buckingham Dr**
**Silver Spring, Maryland 20901-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.843 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodruff, Kristin**
**28 Warren Ave #6**
**Somerville, Massachusetts 02143-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

| 3.843 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woods, Georgette**
**4919 40th St Ne**
**Tacoma, Washington 98422-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.843 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Woods, Teresa**
**5018 Cindy Way**
**Las Vegas, Nevada 89146-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Woodworth, Chad**
**106 Wilbury Place**
**Buffalo, New York 14216-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Woody, Samantha**
**9600 Groveton Circle**
**Owings Mills, Maryland 21117-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Woolpert**
**4454 Idea Center Blvd**
**Dayton, OH 12345**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wooten, Jacklynn**
**133 Holmes St Unit B**
**Hillsboro, Ohio 45133-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wooten, Mary**
**23 Crestwood Dr**
**Meriden, Connecticut 06450-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |
|---|---|---|---|

**Workplace Health**
**1670 E Sherman Blvd**
**Muskegon, MI 49442**

Date(s) debt was incurred  **3/2/2020**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|
| | Name | | |

---

**3.844 4**

**Nonpriority creditor's name and mailing address**
**Workpoint Ashley Valley**
**PO Box 25204**
**Belfast, ME 04915-2003**

Date(s) debt was incurred  5/1/2020

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

$13.00

---

**3.844 5**

**Nonpriority creditor's name and mailing address**
**World Education Services, Inc.**
**1 Battery Park Plaza**
**3rd Floor**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.844 6**

**Nonpriority creditor's name and mailing address**
**World's Finest Chocolate Inc.**
**4801 S Lawndale Ave**
**Chicago, Il 60632**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.844 7**

**Nonpriority creditor's name and mailing address**
**Worrall, Caroline**
**4632 Schenley Rd**
**Baltimore, Maryland 21210-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.844 8**

**Nonpriority creditor's name and mailing address**
**Worthington, Bernard**
**32 Henley Court**
**Windsor Mill, Maryland 21244-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.844 9**

**Nonpriority creditor's name and mailing address**
**Worthy, Jonathan**
**1218 SW 26th Place**
**Lawton, Oklahoma 73505-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.845 0**

**Nonpriority creditor's name and mailing address**
**Wozny, Justin**
**6463 SE Windsong Ln**
**Stuart, Florida 34997-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Debtor __**Interactive Health Solutions, Inc.**__     Case number (if known) __**20-11530 (BLS)**__
Name

| 3.845 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wright, Carla**
**14 Norman Lane**
**Auburndale, Florida 33823-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wright, Cindy**
**12333 Deerfield Ln**
**Glade Spring, Virginia 24340-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wright, Irene**
**104 Sweetbay Arbour**
**Yorktown, Virginia 23692-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WRIGHT, JOHNATHAN**
**1220 W 52ST**
**CHICAGO, Illinois 60609-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wright, Jossalynn**
**680 Del Mar Drive**
**Aumsville, Oregon 97325-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wright, Loretta**
**388 Beale Street**
**APT 1714**
**San Francisco, California 94105-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wright, Tiffiny**
**7151 Hunnington Dr**
**Sanger, Texas 76266-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.845**
**8**

**Nonpriority creditor's name and mailing address**
**Wright-Spence, Joshua**
**833 North Delaware ave**
**NY, New York 11226-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.845**
**9**

**Nonpriority creditor's name and mailing address**
**Wrigley, Maquel**
**20456 W. 3000 S**
**Malad City, Idaho 83252-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.846**
**0**

**Nonpriority creditor's name and mailing address**
**WSI Industries**
**213 Chelsea Road**
**Monticello, MN 55362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.846**
**1**

**Nonpriority creditor's name and mailing address**
**Wu, Hung P.**
**9402 Logan Ridge Court**
**Las Vegas, Nevada 89139-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.846**
**2**

**Nonpriority creditor's name and mailing address**
**Wu, Judy**
**178 - 5th St**
**Stoughton, Massachusetts 02072-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.846**
**3**

**Nonpriority creditor's name and mailing address**
**Wu, Meng**
**750 N. Rush Street**
**Apt. 1401**
**Chicago, Illinois 60611-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.846**
**4**

**Nonpriority creditor's name and mailing address**
**Wullschleger, Kelly**
**304 Camellia Way**
**League City, Texas 77573-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.846 5**

**Nonpriority creditor's name and mailing address**

**Wundrock, Judith**
**6 Judith Drive**
**Concord, New Hampshire 03301-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.846 6**

**Nonpriority creditor's name and mailing address**

**Wyman, Jessica**
**4882 Anderson Way**
**Nampa, Idaho 83687-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.846 7**

**Nonpriority creditor's name and mailing address**

**Wymore, Erin**
**1947 N. Cleveland, Apt F**
**Chicago, Illinois 60614-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.846 8**

**Nonpriority creditor's name and mailing address**

**Wynn, Ivy**
**10634 S Normal Ave**
**Chicago, Illinois 60628-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.846 9**

**Nonpriority creditor's name and mailing address**

**Wynn, Michele**
**8985 S DURANGO DR UNIT 1008**
**LAS VEGAS, Nevada 89113-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.847 0**

**Nonpriority creditor's name and mailing address**

**Wynn, Senaka**
**206 Windsor Way**
**Midwest City, Oklahoma 73110-0000**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|--------|------------------|-----------------|-----------------|
| | Name | | |

---

**3.847**
**1**

**Nonpriority creditor's name and mailing address**
**Wyoming Department of Revenue**
**122 West 25th Street**
**Suite E301**
**Herschler Building East**
**Cheyenne, WY 82002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Taxing Authority**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.847**
**2**

**Nonpriority creditor's name and mailing address**
**WYOMING MACHINERY COMPANY**
**5300 W Old Yellowstone Hwy**
**Casper, WY 82604**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.847**
**3**

**Nonpriority creditor's name and mailing address**
**Xiao, Sheng Qi**
**811 Buena Vista Ave**
**Alameda, California 94501-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.847**
**4**

**Nonpriority creditor's name and mailing address**
**Xie, Anyue**
**5100 Kellan Drive**
**Ellicott City, Maryland 21043-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.847**
**5**

**Nonpriority creditor's name and mailing address**
**Xpress Wellness LLC**
**P.O. Box 412697**
**Kansas City, MO 64141**

Date(s) debt was incurred  **5/1/2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.847**
**6**

**Nonpriority creditor's name and mailing address**
**Xtek Inc.**
**11451 Reading Rd**
**Cincinnati, OH 45241**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Other**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.847**
**7**

**Nonpriority creditor's name and mailing address**
**Xynos, Gloris**
**11122 Oak Lake Ct**
**St Louis, Missouri 63146-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.847**
**8**

**Nonpriority creditor's name and mailing address**
**Yagudayev, Larisa**
**19152 E Arkansas Dr #103**
**Aurora, Colorado 80017-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.847**
**9**

**Nonpriority creditor's name and mailing address**
**Yakimenko, Kira**
**16140 Pauline**
**Prairie View, Illinois 60069-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.848**
**0**

**Nonpriority creditor's name and mailing address**
**Yamin, Sherwin**
**32 Palomino Drive**
**North Andover, Massachusetts 01845-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.848**
**1**

**Nonpriority creditor's name and mailing address**
**Yang, Tria**
**1259 North Wall Ave, Apt #1**
**San Bernardino, California 92404-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.848**
**2**

**Nonpriority creditor's name and mailing address**
**Yao, Ti**
**215 Vintage Lane**
**Buffalo Grove, Illinois 60089-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.848**
**3**

**Nonpriority creditor's name and mailing address**
**Yap, Gregory**
**12405 Pasco Trails Blvd**
**Spring Hill, Florida 34610-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Interactive Health Solutions, Inc. | | Case number (if known) | 20-11530 (BLS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.848**
**4**

**Nonpriority creditor's name and mailing address**
**Yaphet, Jennifer**
**811 East 11th St #133**
**Austin, Texas 78702-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.848**
**5**

**Nonpriority creditor's name and mailing address**
**Yarnell, Robin**
**2245 Monroe Blvd. #4**
**Ogden, Utah 84401-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.848**
**6**

**Nonpriority creditor's name and mailing address**
**Yaskovitch, Sherry**
**Po Box 612**
**Williston, Florida 32696-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.848**
**7**

**Nonpriority creditor's name and mailing address**
**Yates County**
**417 Liberty St**
**Penn Yan, NY 14527**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.848**
**8**

**Nonpriority creditor's name and mailing address**
**Yavapai County Education Service Agency**
**2970 Centerpointe East Dr,**
**Prescott, AZ 86301**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.848**
**9**

**Nonpriority creditor's name and mailing address**
**Yext, Inc.**
**One Madison Ave 5th floor**
**New York, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.849**
**0**

**Nonpriority creditor's name and mailing address**
**Yim, Samuel**
**1191 Harbor Tree Drive**
**Crownsville, Maryland 21032-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.849**
**1**

**Nonpriority creditor's name and mailing address**
**Yonan, Yonia**
**3915 W Sherwin**
**Lincolnwood, Illinois 60712-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.849**
**2**

**Nonpriority creditor's name and mailing address**
**Yoon, Diana**
**1658 liholiho st, apt 603**
**Honolulu, Hawaii 96822-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.849**
**3**

**Nonpriority creditor's name and mailing address**
**York, Roya**
**987 S. Alkire St.**
**Lakewood, Colorado 80228-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.849**
**4**

**Nonpriority creditor's name and mailing address**
**Youell, Jonathan**
**1402 E. State Street**
**Boise, Idaho 83712-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.849**
**5**

**Nonpriority creditor's name and mailing address**
**Young Cook, Emma**
**14650 Lowell Blvd**
**Broomfield, Colorado 80023-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.849**
**6**

**Nonpriority creditor's name and mailing address**
**Young, Adrianne**
**2936 Peachtree**
**Sauk Village, Illinois 60411-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.849**
**7**

**Nonpriority creditor's name and mailing address**
**Young, Ashley**
**10588 Noland Rd.**
**Overland Park, Kansas 66215-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Interactive Health Solutions, Inc.**

Name    Case number (if known)    **20-11530 (BLS)**

---

| 3.849 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Young, Courtney** | ☐ Contingent | |
| **7605 Queens Garden** | ■ Unliquidated | |
| **Dallas, Texas 75248-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.849 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Young, Denise** | ☐ Contingent | |
| **15613 Paulina** | ■ Unliquidated | |
| **Harvey, Illinois 60426-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.850 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Young, Joy** | ☐ Contingent | |
| **16908 Simsbrook Drive** | ☐ Unliquidated | |
| **Pflugerville, Texas 78660-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.850 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Young, Kim** | ☐ Contingent | |
| **3006 Walnut Ave** | ■ Unliquidated | |
| **Owings MIlls, Maryland 21117-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.850 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Young, Lydia** | ☐ Contingent | |
| **8416 s Exchange** | ■ Unliquidated | |
| **2fl** | ☐ Disputed | |
| **Chicago, Illinois 60617-0000** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.850 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Young, Nicole** | ☐ Contingent | |
| **1320 W. Bloomwood Rd** | ☐ Unliquidated | |
| **Racho Palos Verdes, California 90275-000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.850 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Young, Shirley** | ☐ Contingent | |
| **121 N Marion Ave** | ■ Unliquidated | |
| **Bartlett, Illinois 60103-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.850 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Youngblood, Jennifer**
**2960 Wolferton St**
**Norfolk, Virginia 23504-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| 3.850 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yount, Arleithia**
**1351 Iron Leige Run**
**Virginia Beach, Virginia 23454-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| 3.850 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yuan, Ashley**
**2230 Gateway Oaks Dr Apt 331**
**Sacramento, California 95833-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| 3.850 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yuen, David**
**22671 Laguna Drive**
**Moreno Valley, California 92553-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| 3.850 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yusef, Ahmad**
**2318 S Country Club Dr**
**Mesa, Arizona 85210-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| 3.851 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zaccardelli, Kathryn**
**4515 Elmwood Ave**
**Royal Oak, Michigan 48073-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| 3.851 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zaccarello, Kathryn**
**24 Carrswold Drive**
**St. Louis, Missouri 63105-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.851
2**

Nonpriority creditor's name and mailing address

**Zaffino, Marybeth
4691 Pelehu Road
Kapaa, Hawaii 96746-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.851
3**

Nonpriority creditor's name and mailing address

**Zahn, Lacey
109 Pinegrove Ave
Warwick, Rhode Island 02889-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.851
4**

Nonpriority creditor's name and mailing address

**Zajac, Magdalena
1317 Allison Ln
Schaumburg, Illinois 60194-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.851
5**

Nonpriority creditor's name and mailing address

**Zajack, Steven
3620 West 123rd Place
Alsip, Illinois 60803-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.851
6**

Nonpriority creditor's name and mailing address

**Zakria, Avesta
2201 Robert Gabriel Dr.
Tracy, California 95377-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.851
7**

Nonpriority creditor's name and mailing address

**Zalva, Dawn
334 Ensley Road
Bryson City, North Carolina 28713-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.851
8**

Nonpriority creditor's name and mailing address

**Zamani, Tara
3747 So. Sepulveda Blvd #21
Los Angeles, California 90034-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages / Other__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.851 9**

**Nonpriority creditor's name and mailing address**
**Zamarripa, Nadia**
**1563 Apache Drive Unit A**
**Chula Vista, California 91910-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.852 0**

**Nonpriority creditor's name and mailing address**
**Zambrana, MaryEllen**
**2274 Wheelwright Court**
**Reston, Virginia 20191-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.852 1**

**Nonpriority creditor's name and mailing address**
**Zamora, Lauren**
**1309 n Rockwell**
**Chicago, Illinois 60622-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.852 2**

**Nonpriority creditor's name and mailing address**
**Zapata, Mikaila**
**1411 Glenwood Ave**
**Odessa, Texas 79761-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.852 3**

**Nonpriority creditor's name and mailing address**
**Zapien, Jorge**
**5902 Ross Ave**
**Dallas, Texas 75206-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.852 4**

**Nonpriority creditor's name and mailing address**
**Zeamer, Amanda**
**3384 School Road**
**De Pere, Wisconsin 54115-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.852 5**

**Nonpriority creditor's name and mailing address**
**Zeb, Uroosa**
**2135 Rhododendron Ct.**
**Mays Landing, New Jersey 08330-0000**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.852
6**

**Nonpriority creditor's name and mailing address**
**ZeetoGroup LLC**
**925 B Street, 5th Floor**
**San Diego, CA 92101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.852
7**

**Nonpriority creditor's name and mailing address**
**Zehnder Rittling (HMNYS)**
**100 Rittling Boulevard**
**Buffalo, NY 14220**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.852
8**

**Nonpriority creditor's name and mailing address**
**Zelaya, Luis**
**12404 Goodhill Road**
**Silver Spring, Maryland 20906-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.852
9**

**Nonpriority creditor's name and mailing address**
**Zentz, Victoria**
**2413 Saint George Way**
**Brookeville, Maryland 20833-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.853
0**

**Nonpriority creditor's name and mailing address**
**Zerull, Taylor**
**13765 SW Ash Avenue**
**Portland, Oregon 97223-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.853
1**

**Nonpriority creditor's name and mailing address**
**ZF Electronic Systems**
**11200 88th Avenue**
**Pleasant Prairie, WI 53158**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.853
2**

**Nonpriority creditor's name and mailing address**
**Zhao-Chin, Jennifer**
**5N965 Baker Hill Ct**
**St Charles, Illinois 60175-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.853
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Zhivago, Olena** | ☐ Contingent | |
| **1965 N Coldspring Rd** | ■ Unliquidated | |
| **Arlington Heights, Illinois 60004-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.853
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Zhussupova, Jannat** | ☐ Contingent | |
| **4932 Mulholland Dr** | ■ Unliquidated | |
| **Lake Oswego, Oregon 97035-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.853
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Ziemba, Rebecca** | ☐ Contingent | |
| **15202 Chalco Pointe Dr** | ☐ Unliquidated | |
| **Omaha, Nebraska 68138-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.853
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Ziemkiewicz, Kelly** | ☐ Contingent | |
| **3721 North Wilton Avenue** | ■ Unliquidated | |
| **Unit 4** | ☐ Disputed | |
| **Chicago, Illinois 60613-0000** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.853
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Zimmerman, Daniel** | ☐ Contingent | |
| **460 Bonnie Brae Ave** | ■ Unliquidated | |
| **Rochester, New York 14618-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.853
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Zimmerman, Jodi** | ☐ Contingent | |
| **116 Longs Peak Dr** | ■ Unliquidated | |
| **P.O. Box 873** | ☐ Disputed | |
| **Lyons, Colorado 80540-0000** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Wages / Other** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.853
9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Zimmerman, Josephine** | ☐ Contingent | |
| **1422 Wilkes Way Se** | ■ Unliquidated | |
| **Rio Rancho, New Mexico 87124-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** **Wages / Other** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.8540**

**Nonpriority creditor's name and mailing address**
**Zindani, Shazma**
**3522 Jasmine Cir.**
**San Jose, California 95135-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8541**

**Nonpriority creditor's name and mailing address**
**Zion Elementary SD 6**
**2800 29th Street**
**Zion, IL 60099**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8542**

**Nonpriority creditor's name and mailing address**
**Zitani, Laura**
**6105 Windridge Court**
**Princeton, New Jersey 08540-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8543**

**Nonpriority creditor's name and mailing address**
**Zito, Tina**
**213 S Union Ave**
**Cranford, New Jersey 07016-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8544**

**Nonpriority creditor's name and mailing address**
**Zitzmann, Katherine**
**1313 SE Spokane Street #308**
**Portland, Oregon 97202-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8545**

**Nonpriority creditor's name and mailing address**
**Zonno, Paula**
**208 HOLLY HILL Rd**
**Davenport, Florida 33837-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8546**

**Nonpriority creditor's name and mailing address**
**Zotos International, Inc.**
**300 Forge Ave**
**Geneva, NY 14456**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.854
7**

**Nonpriority creditor's name and mailing address**

**Zucco, Monica
176 Richmond Avenue
Buffalo, New York 14222-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.854
8**

**Nonpriority creditor's name and mailing address**

**Zuchniarz, Ireneusz
2315 Trailside Lane
Wauconda, Illinois 60084-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.854
9**

**Nonpriority creditor's name and mailing address**

**Zumbiel Packaging
2100 Gateway Blvd
Hebron, KY 41048**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.855
0**

**Nonpriority creditor's name and mailing address**

**Zuniga, Julia
8708 Jefferson Ave
La Mesa, California 91941-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.855
1**

**Nonpriority creditor's name and mailing address**

**Zuniga, Zsazsa
5 Waterfront Dr
Brownsville, Texas 78520-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.855
2**

**Nonpriority creditor's name and mailing address**

**Zweber, Shaley
8801 204th St. East
Prior Lake, Minnesota 55372-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.855
3**

**Nonpriority creditor's name and mailing address**

**Zweifach Erie, Alexis
6405 Apollo Dr
APT B
Baltimore, Maryland 21209-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages / Other

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Interactive Health Solutions, Inc.** | Case number (if known) | **20-11530 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.855 4**

**Nonpriority creditor's name and mailing address**

**Zych, Brian**
**1105 Sunset Drive**
**Trophy Club, Texas 76262-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.855 5**

**Nonpriority creditor's name and mailing address**

**Zyla, Andrew**
**1246 W. Arrowhead Road**
**Duluth, Minnesota 55811-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.855 6**

**Nonpriority creditor's name and mailing address**

**Zyla, Ryan**
**108 Miracle Rose Way**
**Liberty Hill, Texas 78642-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.855 7**

**Nonpriority creditor's name and mailing address**

**Zynger, Adam**
**17 Waldron Ave**
**Baltimore, Maryland 21208-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages / Other**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 4,154,717.94 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 4,154,717.94 |

**Fill in this information to identify the case:**

Debtor name    **Interactive Health Solutions, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11530 (BLS)**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Building Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **300 N. Elizabeth, LLC**<br>**cSterling Bay**<br>**1040 West Randolph St.**<br>**Chicago, IL 60607** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Building Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **A&M Fulton West Owner, LLC**<br>**Kevin Halm**<br>**205 West Randolph St.**<br>**Suite 830**<br>**Chicago, IL 60606** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Contractor**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Amy Sadowski**<br>**6010 Eagle Point Dr.**<br>**Racine, WI 53406** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Contractor**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ann Rowland**<br>**4117 N Central Park Avenue**<br>**Chicago, IL 60618** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

Debtor 1    **Interactive Health Solutions, Inc.**                                                      Case number (*if known*)    **20-11530 (BLS)**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | State the term remaining | | **Anna Garcia**<br>**1618 S Halstead St.**<br>**Unit 5B**<br>**Chicago, IL 60608** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | State the term remaining | | **Anne Leavell**<br>**130 Whitebridge Ln**<br>**Winnetka, IL 60093** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | State the term remaining | | **Balanced Body Nourishment, LLC**<br>**Maria McConville**<br>**229 2nd Avenue SW**<br>**Washington, DC 20024** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | State the term remaining | | **Belatrix Software Inc.**<br>**444 Brickell Ave**<br>**Suite 51-473**<br>**Miami, FL 33131** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | State the term remaining | | **Beth LaCoste**<br>**15525 W. 154th Street**<br>**Olathe, KS 66062** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | State the term remaining | | **Beth W. Ask**<br>**19 Buffalo Street**<br>**Cogan Station, PA 17728** |
| | List the contract number of any | | |

Debtor 1   **Interactive Health Solutions, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11530 (BLS)**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Canon Financial Solutions** |
| | List the contract number of any government contract | | **158 Gaither Drive**<br>**Suite 200**<br>**PO Box 5008**<br>**Mount Laurel, NJ 08054** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **IT Contract** | |
|---|---|---|---|
| | State the term remaining | | **CDW Computer Centers, Inc.** |
| | List the contract number of any government contract | | **PO Box 75723**<br>**Chicago, IL 60675** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** | |
|---|---|---|---|
| | State the term remaining | | **Cintas Corporation** |
| | List the contract number of any government contract | | **6800 Cintas Blvd.**<br>**Cincinnati, OH 45262** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Cisco Systems Capital Crp** |
| | List the contract number of any government contract | | **PO Box 41602**<br>**Philadelphia, PA 19101** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **IT Consulting** | |
|---|---|---|---|
| | State the term remaining | | **Civis Analytics, Inc.** |
| | List the contract number of any government contract | | **200 West Monroe Street**<br>**Suite 2200**<br>**Chicago, IL 60606** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | | | **Colette Thompson**<br>**176 Station Road**<br>**New Sweden, ME 04762** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Interactive Health Solutions, Inc.**                                    Case number *(if known)*    **20-11530 (BLS)**
　　　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Unit Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **CubeSmart Management LLC**<br>**241 Southwest Cutoff**<br>**Northborough, MA 01532** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Unit Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **CubeSmart Management, LLC**<br>**1905 East William Cannon Drive**<br>**Austin, TX 78744** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Unil Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **CubeSmart Management, LLC**<br>**4311 Communications Drive**<br>**Dallas, TX 75211** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Unit Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **CubeSmart Management LLC**<br>**2467 North Western Avenue**<br>**Chicago, IL 60647** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Deanna Taylor**<br>**3011 Walden Circle**<br>**Waukesha, WI 53188** |

Debtor 1    **Interactive Health Solutions, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*    **20-11530 (BLS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** | |
|---|---|---|---|
| | State the term remaining | | **Discover Financial Services** |
| | List the contract number of any government contract | | **2500 Lake Cook Road** |
| | | | **Deerfield, IL 60015** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** | |
|---|---|---|---|
| | State the term remaining | | **Elkay Manufacturing Company** |
| | List the contract number of any government contract | | **2222 Camden Court** |
| | | | **Oak Brook, IL 60523** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | State the term remaining | | **Enlighten, Inc.** |
| | List the contract number of any government contract | | **aka Katie Walbrun** |
| | | | **1215 Hunter Road** |
| | | | **CT 06009** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | State the term remaining | | **Erica Lokshin** |
| | List the contract number of any government contract | | **32 Conshohocken Road** |
| | | | **Apt F2** |
| | | | **Bala Cynwyd, PA 19004** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **IT Consulting** | |
|---|---|---|---|
| | State the term remaining | | **Ethan Horger** |
| | List the contract number of any government contract | | **233 South Coats Road** |
| | | | **Oxford, MI 48371** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **IT Consulting** | |
|---|---|---|---|
| | State the term remaining | | **EZ Business Solutions** |
| | List the contract number of any | | **1000 Balmoral Lane** |
| | | | **Elgin, IL 60120** |

Debtor 1  **Interactive Health Solutions, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*  **20-11530 (BLS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
|---|---|---|
| | State the term remaining | **Fuzzy Math** |
| | List the contract number of any government contract | **811 W Evergreen Ave.** **Suite 305** **Chicago, IL 60642** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
|---|---|---|
| | State the term remaining | **Glen Susz** |
| | List the contract number of any government contract | **Academic Technical Services** **17300 S Delia Ave.** **Plainfield, IL 60586** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** |
|---|---|---|
| | State the term remaining | **GM Financial** |
| | List the contract number of any government contract | **4001 Embarcadero Road** **Arlington, TX 76014** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
|---|---|---|
| | State the term remaining | **Heather Gustafson** |
| | List the contract number of any government contract | **4365 Thorn Hill Trail** **Green Bay, WI 54313** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** |
|---|---|---|
| | State the term remaining | **HP Hood** |
| | List the contract number of any government contract | **6 Kimball Lane** **Lynnfield, MA 01940** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** |
|---|---|---|
| | | **Hubbell Incorporatted** **40 Waterview Dr.** **Shelton, CT 06484** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Interactive Health Solutions, Inc.**
_____
First Name         Middle Name         Last Name

Case number (*if known*)    **20-11530 (BLS)**
_____

    **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **IDEX Corporation**<br>**1925 West Field Ct**<br>**Suite 200**<br>**Lake Forest, IL 60045** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Irma Herrera Olson**<br>**860 Lawrence Dr**<br>**San Luis Obispo, CA 93401** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jamie Shifley**<br>**6211 Park Ave.**<br>**Downers Grove, IL 60516** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Janet Arenas**<br>**3652 W 60th Pl**<br>**Chicago, IL 60629** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **IT Consulting** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **JC Muyl**<br>**141 East 3rd St**<br>**9C**<br>**New York, NY 10009** |

Debtor 1    **Interactive Health Solutions, Inc.**

First Name            Middle Name            Last Name

Case number (*if known*)    **20-11530 (BLS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jefferson Health New Jersey**<br>**30 East Laurel Road**<br>**Stratford, NJ 08084** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jessica Sieja**<br>**2261 Elkridge Circle**<br>**Highland, MI 48356** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jonathan Bond**<br>**Fortitude Systems**<br>**PO Box 76383**<br>**Baltimore, MD 21275** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Judy Skaer**<br>**4158 Riverhill Court**<br>**Roswell, GA 30075** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Karen Curtis**<br>**1 Lucas Lane**<br>**Malvern, PA 19355** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **IT Consulting** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Karen Enright**<br>**559 Wilson Ave.**<br>**Glen Ellyn, IL 60137** |

Debtor 1    **Interactive Health Solutions, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)    **20-11530 (BLS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Karen Hagedorn-Wagner**<br>**1917 Birch Street**<br>**Carver, MN 55315** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kathleen Brown-Miner**<br>**1498 Ryan Dr.**<br>**Platteville, WI 53818** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kristen Ritchey**<br>**15235 Quail Hollow Ct**<br>**Granger, IN 46530** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lauren Opalka**<br>**416 Apple River Drive**<br>**Naperville, IL 60565** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Leonora Louise Young**<br>**293 Central Park West**<br>**4D**<br>**New York, NY 10024** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **IT Consulting** | **Likens Technology Solutions, LLC**<br>**23374 W Milton Road**<br>**Wauconda, IL 60084** |
|---|---|---|---|

Debtor 1   **Interactive Health Solutions, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11530 (BLS)**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

| | | |
|---|---|---|
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
| | State the term remaining | **ListEngage LLC** |
| | List the contract number of any government contract | **5 Edgell Road** |
| | | **Suite 20** |
| | | **Framingham, MA 01701** |

| | | |
|---|---|---|
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
| | State the term remaining | **M. Harris LLC** |
| | List the contract number of any government contract | **1800 W Roscoe Street** |
| | | **Unit 516** |
| | | **Chicago, IL 60657** |

| | | |
|---|---|---|
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** |
| | State the term remaining | **Mallinckrodt Pharmaceuticals** |
| | List the contract number of any government contract | **675 McDonnell Blvd** |
| | | **Hazelwood, MO 63042** |

| | | |
|---|---|---|
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
| | State the term remaining | **Marisela Bayona** |
| | List the contract number of any government contract | **2255 SE Avalon Road** |
| | | **Port Saint Lucie, FL 34952** |

| | | |
|---|---|---|
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** |
| | State the term remaining | **Maritz** |
| | List the contract number of any government contract | **1375 N Highway Drive** |
| | | **Fenton, MO 63099** |

Debtor 1    **Interactive Health Solutions, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **20-11530 (BLS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **IT Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Med IT Partners**<br>**2551 N Saint Louis Ave**<br>**Chicago, IL 60647** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **IT Consulting** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MentorMate, Inc.**<br>**3036 Hennipin Ave.**<br>**Minneapolis, MN 55408** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mercy Health**<br>**14528 South Outer 40**<br>**Suite 100**<br>**Chesterfield, MO 63017** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Michelle Bartelt**<br>**8733 N. Hedge Road**<br>**Byron, IL 61010** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **National General**<br>**5630 University Parkway**<br>**Winston Salem, NC 27105** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **IT Consulting** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **nGuard, Inc.**<br>**3700 Arco Corporate Dr.**<br>**Suite 525**<br>**Charlotte, NC 28273** |

Debtor 1  **Interactive Health Solutions, Inc.**

First Name  Middle Name  Last Name

Case number (*if known*)  **20-11530 (BLS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | Customer Contract | |
| | State the term remaining | | **Nicklaus Children's Health System** |
| | List the contract number of any government contract | | **3100 SW 62nd Ave.** |
| | | | **Miami, FL 33155** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | IT Consulting | |
| | State the term remaining | | **Octadyne Systems** |
| | List the contract number of any government contract | | **310 Main Street** |
| | | | **Suite 201** |
| | | | **Ames, IA 50010** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | IT Consulting | |
| | State the term remaining | | **Polaris Solutions, LLC** |
| | List the contract number of any government contract | | **10820 Sunset Office Dr** |
| | | | **Suite 302** |
| | | | **Saint Louis, MO 63127** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | Contractor | |
| | State the term remaining | | **Raina Roeder** |
| | List the contract number of any government contract | | **S83 W32800 N. Oak Tree Court** |
| | | | **Mukwonago, WI 53149** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | Contractor | |
| | State the term remaining | | **Rdsquared, LLC** |
| | List the contract number of any government contract | | **aka Rebecca Davis HC** |
| | | | **9412 Twin Spruce Drive** |
| | | | **Saint Louis, MO 63126** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | IT Consulting | **RDX-Remote** |
| | | | **2000 Westinghouse Drive** |
| | | | **Suite 302** |
| | | | **Cranberry Twp, PA 16066** |

Debtor 1    **Interactive Health Solutions, Inc.**                                    Case number *(if known)*    **20-11530 (BLS)**

     First Name          Middle Name          Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    State the term remaining

    List the contract number of any government contract

---

**2.68.**  State what the contract or lease is for and the nature of the debtor's interest    **IT Consulting**

    State the term remaining

    List the contract number of any government contract

                         **Risc Management & Consulting**
                         **500 N. Randall Rd**
                         **Suite 532**
                         **Batavia, IL 60510**

---

**2.69.**  State what the contract or lease is for and the nature of the debtor's interest    **Customer Contract**

    State the term remaining

    List the contract number of any government contract

                         **Rockford Public Schools**
                         **501 7th St.**
                         **Rockford, IL 61104**

---

**2.70.**  State what the contract or lease is for and the nature of the debtor's interest    **Customer Contract**

    State the term remaining

    List the contract number of any government contract

                         **Rush**
                         **1653 W. Congress Pkwy**
                         **Chicago, IL 60612**

---

**2.71.**  State what the contract or lease is for and the nature of the debtor's interest    **Contractor**

    State the term remaining

    List the contract number of any government contract

                         **Sally Willis**
                         **1539 Greenleaf Ave.**
                         **Lake Forest, IL 60045**

---

**2.72.**  State what the contract or lease is for and the nature of the debtor's interest    **Contractor**

    State the term remaining

    List the contract number of any government contract

                         **Sarah Ahto**
                         **3524 University Ave.**
                         **Highland Park, IL 60035**

---

Debtor 1    **Interactive Health Solutions, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **20-11530 (BLS)**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Schneider Electric**<br>**100 N Martingale Road**<br>**Suite 1000**<br>**Palatine, IL 60067** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
| | State the term remaining | |
| | List the contract number of any government contract | **Shannon Gabriel**<br>**2438 Prairie Flower Lane**<br>**De Pere, WI 54115** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Sheri Dennard**<br>**5520 Magnolia Tree Terrace**<br>**Sarasota, FL 34233** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **SKF USA Inc.**<br>**890 Forty Foot Road**<br>**PO Box 352**<br>**Lansdale, PA 19446** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **IT Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Sogeti USA, LLC**<br>**10100 Innovation Drive, Suite 200**<br>**Palestine, OH 45352** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **IT Consulting** |
| | State the term remaining | |
| | List the contract number of any | **Solutions Partners Inc.**<br>**Dept 4952**<br>**Carol Stream, IL 60122** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Interactive Health Solutions, Inc.**
      First Name      Middle Name      Last Name

Case number *(if known)*    **20-11530 (BLS)**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

government contract

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
| --- | --- | --- |
| | State the term remaining | **Susan F. Madnek-Oxman** |
| | List the contract number of any government contract | **1051 Wade Street** |
| | | **Highland Park, IL 60035** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** |
| --- | --- | --- |
| | State the term remaining | **The Sundt Companies** |
| | List the contract number of any government contract | **2620 S. 55th St.** |
| | | **Tempe, AZ 85282** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **IT Contract** |
| --- | --- | --- |
| | State the term remaining | **Trial Vault International, Inc.** |
| | List the contract number of any government contract | **155 North Wacker Drive** |
| | | **Suite 4250** |
| | | **Chicago, IL 60606** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |
| --- | --- | --- |
| | State the term remaining | **Virgina Hill** |
| | List the contract number of any government contract | **1336 Saxon Lane** |
| | | **Naperville, IL 60564** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** |
| --- | --- | --- |
| | State the term remaining | **W.L. Gore & Asso.** |
| | List the contract number of any government contract | **555 Paper Mill Road** |
| | | **Newark, DE 19714** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **IT Contract** | **Web Interactive Technologies** |
| --- | --- | --- | --- |
| | | | **1829 Reisterstown Road** |
| | | | **Suite 350** |
| | | | **Pikesville, MD 21208** |

| Debtor 1 | **Interactive Health Solutions, Inc.** | | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract  _____ | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract  _____ | **Western Connecticut Health Network**<br>**PO Box 860**<br>**Danbury, CT 06810** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **IT Consulting** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract  _____ | **William Knight**<br>**Fortitude Systems**<br>**PO Box 76383**<br>**Baltimore, MD 21275** |

**Fill in this information to identify the case:**

Debtor name    **Interactive Health Solutions, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11530 (BLS)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Health Solutions Services** | **11409 Cronhill Drive Suite K-R Owings Mills, MD 21117** | **Bank of Montreal** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Health Solutions Services** | **11409 Cronhill Drive Suite K-R Owings Mills, MD 21117** | **Solar Capital Ltd** | ■ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Health Solutions, Inc.** | **11409 Cronhill Drive Suite K-R Owings Mills, MD 21117** | **Bank of Montreal** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Health Solutions, Inc.** | **11409 Cronhill Drive Suite K-R Owings Mills, MD 21117** | **Solar Capital Ltd** | ■ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Interactive Health Solutions, Inc.** | Case number *(if known)* | **20-11530 (BLS)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | **IHS Intermediate, Inc.** | **1700 E. Golf Road**<br>**Suite 900**<br>**Schaumburg, IL 60173** | **Bank of Montreal** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **IHS Intermediate, Inc.** | **1700 E. Golf Road**<br>**Suite 900**<br>**Schaumburg, IL 60173** | **Solar Capital Ltd** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Interactive Health Holdings Corp.** | **1700 E. Golf Road**<br>**Suite 900**<br>**Schaumburg, IL 60173** | **Bank of Montreal** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Interactive Health Holdings Corp.** | **1700 E. Golf Road**<br>**Suite 900**<br>**Schaumburg, IL 60173** | **Solar Capital Ltd** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Interactive Health New York, LLC** | **1700 E. Golf Road**<br>**Suite 900**<br>**Schaumburg, IL 60173** | **Bank of Montreal** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Interactive Health New York, LLC** | **1700 E. Golf Road**<br>**Suite 900**<br>**Schaumburg, IL 60173** | **Solar Capital Ltd** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Interactive Health Solutions, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11530 (BLS)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 12, 2020**      X **/s/ Matthew Manning**
                                    Signature of individual signing on behalf of debtor

                                    **Matthew Manning**
                                    Printed name

                                    **Former CRO and Designated Representative**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy