# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Interactive Health Solutions, Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 20-11526 (BLS)<br>**Related Doc. No. 46** |
| In re:<br><br>Interactive Health Holdings Corp.<br><br>Debtor. | Chapter 7<br><br>Case No. 20-11527 (BLS)<br>**Related Doc. No. 38** |
| In re:<br><br>HIS Intermediate, Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 20-11528 (BLS)<br>**Related Doc. No. 36** |
| In re:<br><br>Interactive Health New York, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 20-11529 (BLS)<br>**Related Doc. No. 36** |
| In re:<br><br>Health Solutions, Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 20-11530 (BLS)<br>**Related Doc. No. 37** |
| In re:<br><br>Health Solutions Services, Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 20-11531 (BLS)<br>**Related Doc. No. 38** |

## ORDER DIRECTING JOINT ADMINISTRATION AND PROCEDURAL CONSOLIDATION OF CASES

Upon consideration of the motion (the "Motion")[1] of the Trustee in the above-captioned cases seeking an order directing joint administration and procedural consolidation of the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

\47857307\1 00601.0823.000/492597.000
09/03/2020

Debtors' Chapter 7 cases; and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that joint administration and procedural consolidation of these cases will be in the best interests of the Debtors' creditors and estates, and will further the economic and efficient administration of these cases; and it appearing that notice of the Motion was adequate and proper under the circumstances of these cases; and it appearing that no other or further notice of the Motion need be provided; and upon the Motion and the proceedings before the Court; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, for the reasons set forth in the Motion, the above-captioned cases shall be procedurally consolidated and jointly administered by this Court; and it is further

**ORDERED**, that the caption of the jointly administered Chapter 7 cases shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Interactive Health Solutions, Inc.[2]<br>Debtors. | Chapter 7<br>Case No. 20-11526 (BLS)<br>(Jointly Administered) |

and it is further

---

[2] The Debtors are In re: Interactive Health Solutions, Inc., Case No. 20-11526; In re: Interactive Health Holdings Corp., Case No. 20-11527; In re: HIS Intermediate, Inc., Case No. 20-11528; In re: Interactive Health New York, LLC, Case No. 20-11529; In re: Health Solutions, Inc., Case No. 20-11530; and In re: Health Solutions Services, Inc., Case No. 20-11531.

**ORDERED**, that a docket entry shall be made in each of the following affiliate cases: In re: Interactive Health Solutions, Inc., Case No. 20-11526; In re: Interactive Health Holdings Corp., Case No. 20-11527; In re: HIS Intermediate, Inc., Case No. 20-11528; In re: Interactive Health New York, LLC, Case No. 20-11529; In re: Health Solutions, Inc., Case No. 20-11530; and In re: Health Solutions Services, Inc., Case No. 20-11531 as follows:

> An order has been entered in this case directing procedural consolidation and joint administration of this case with the Chapter 7 bankruptcy case of Interactive Health Solutions, Inc., Case No. 20-11526 (BLS). The docket for Interactive Health Solutions, Inc., Case No. 20-11526 (BLS) should be consulted for all matters affecting this case.

and it is further

**ORDERED**, that nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 7 cases; and it is further

**ORDERED**, that this Court shall retain exclusive jurisdiction to enforce and interpret the terms of this Order.

**Dated: September 8th, 2020**
**Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**

\47857307\1 00601.0823.000/492597.000
09/03/2020